**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MIGUEL COCA and                                   )
ALEJANDRO RANGEL-LOPEZ,                            )
                                                   )
                     Plaintiffs,                   )          Case No. 6:22-cv-01274-EFM-RES
                                                   )
vs.                                                )
                                                   )
CITY OF DODGE CITY, a municipal                    )
corporation, the DODGE CITY                        )
COMMISSION, E. KENT SMOLL, in his                  )
official capacity as Mayor of Dodge City,          )
MICHAEL BURNS, in his official capacity            )
as Vice-Mayor of Dodge City, RICK                  )
SOWERS, in his official capacity as a              )
member of the Dodge City Commission,               )
CHUCK TAYLOR, in his official capacity             )
as a member of the Dodge City Commission,)
and JOSEPH NUCI, in his official capacity          )
as a member of the Dodge City Commission,)
                                                   )
                     Defendants.                   )

**EXHIBIT LIST FOR DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO
DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Exhibit A -- Charter Ordinance 40 of the Dodge City Code

Exhibit B -- Dodge City Voting Precincts Map

                              Respectfully submitted,

                              FOULSTON SIEFKIN LLP

                              By: */s/ Anthony F. Rupp*
                                  Anthony F. Rupp, KS #11590
                                  Tara Eberline, KS #22576
                                  Sarah E. Stula, KS #27156
                                  7500 College Boulevard, Suite 1400
                                  Overland Park, Kansas  66210
                                  (913) 498-2100
                                  (913) 498-2101 (fax)

trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

-and-

Clayton J. Kaiser, KS #24066
FOULSTON SIEFKIN, LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on the 11th of January 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett
AMERICAN CIVIL LIBERTIES
UNION OF KANSAS
P.O. Box 917
Mission, Kansas 66201
sbrett@aclukansas.org
(913) 490-4100

Chad W. Dunn
Sonni Waknin
Bernadette Reyes
UCLA VOTING RIGHTS PROJECT
3250 Public Affairs Building
Los Angeles, California 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
(310) 400-6019

Jonathan Topaz
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION, INC.
125 Broad Street, 18th Floor
New York, New York 10004
jtopaz@aclu.org
slakin@aclu.org
(212) 549-2500

Abena Mainoo
Jonathan I. Blackman
JD Colavecchio
Mijin Kang
Elizabeth R. Baggott
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
amainoo@cgsh.com
jblackman@cgsh.com
jdcolavecchio@cgsh.com
mkang@cgsh.com
ebaggott@cgsh.com
(212) 225-2000

Scott Fuqua
FUQUA LAW & POLICY, P.C.
P.O. Box 32015
Santa Fe, New Mexico 87594
scott@fuqualawpolicy.com
(505) 982-0961

*/s/ Anthony F. Rupp*