# CODE

## of the

## CITY OF DODGE CITY

## KANSAS

Published under the authority and by the Direction of
The Governing Body of the City of Dodge City,
Kansas, this 4th day of January 2022

_____

A Codification of the General Ordinances
of the City of Dodge City, Kansas



EXHIBIT A

# ROSTER OF CITY OFFICIALS

# CITY OF DODGE CITY

## GOVERNING BODY

Commissioners

E.Kent Smoll

Michael Burns    Rick Sowers

Joseph Nuci     Chuck Taylor

---

## Administrative Officials

Nick Hernandez                    Bradley C. Ralph
City Manager                      City Attorney


Mark Cowell                       Drew Francis
Prosecuting Attorney              Chief of Police


Nicole May                        Connie Marquez
Finance Director                  City Clerk

## PREFACE

This volume contains the Code of the City of Dodge City, Kansas, 1987. As expressed in the adopting ordinance, the code supersedes all ordinances passed prior to February 1, 1988 which are not included herein or recognized as continuing in force by reference thereto. The code was prepared by the staff of the League of Kansas Municipalities and Dodge City officials under the authority of Sections 12-3014:3015 of the Kansas Statutes Annotated.

This code is arranged in chapters, articles, and sections in a manner similar to the Kansas Statutes Annotated arrangement. Headnotes and footnotes are included; however, these do not constitute a part of the code and no implication or presumption of intent or construction is to be drawn therefrom.

Any section of this code may be amended or repealed by ordinary ordinance by reference to the code section number as follows:
"Section 1-105 of the Code of the City of Dodge City is hereby amended to read as follows: (the new provisions shall then be set out in full)"

A new section not heretofore existing in the code may be added as follows:
"The Code of the City of Dodge City is hereby amended by adding a section (or article or chapter) which reads as follows: (the new provision shall be set out in full)"

All sections or articles or chapters to be repealed shall be repealed by specific reference as follows:
"Section 1-105 (or article or chapter) of the Code of the City of Dodge City is hereby repealed."

The user's attention is directed to the League of Kansas Municipalities publication, "HANDBOOK for the City Governing body," with the supplement for cities of the first class, both as a source of general information and as an index to the pertinent sections of the Kansas Statutes Annotated.

An index is included in this volume, and the user's attention is also directed to indexes which may appear in standard codes incorporated by reference in this Code.

THE LEAGUE OF KANSAS MUNICIPALITIES

ORDINANCE NO. 2727

AN ORDINANCE AUTHORIZING THE PROVIDING FOR THE CODIFICATION OF THE GENERAL ORDINANCES OF THE CITY OF DODGE CITY, KANSAS, AND THE PUBLICATION OF SUCH CODIFICATION IN PERMANENTLY BOUND OR LOOSELEAF BOOK FORM.

Be it Ordained by the Governing Body of the City of Dodge City:

Section 1.  That a codification of the general ordinances of the City of Dodge City, Kansas, including supplements thereto, as authorized by K.S.A. 12-3014 and 12-3015, is hereby ordered, authorized and provided for, the preparation of which shall be done by the League of Kansas Municipalities as provided by contract.  When completed, the codification shall be adopted by ordinance and published together with the adopting ordinance in loose-leaf book form.  No fewer than 10 copies shall be published.  Such codification shall be entitled, "Code of the City of Dodge City, Kansas," of the year in which the work is completed and ready for publication.  The said code shall be duly certified by the City Clerk.  One copy of the code shall be filed in the office of the City Clerk and shall be designated as and shall constitute the official ordinance book.  Three additional copies shall be filed in the office of the city clerk and shall be designated for used by the public.

Section 2.  That this ordinance shall take effect and be in force from and after its publication once in the official city newspaper.

Passed and Approved by the Governing Body this 19th day of November, 1984.

/s/ Louis T. Sanchez, Mayor

ATTEST: Ron Thornburg, City Clerk

(SEAL)

ORDINANCE NO. 2870

AN ORDINANCE ADOPTING THE CODIFICATION OF ORDINANCES OF THE CITY OF DODGE CITY, KANSAS, AUTHORIZED BY ORDINANCE NO. 2727 PROVIDING FOR THE REPEAL OF CERTAIN OTHER ORDINANCES NOT INCLUDED THEREIN, EXCEPTING CERTAIN ORDINANCES FROM REPEAL AND SAVING CERTAIN ACCRUED RIGHTS AND LIABILITIES.

Be it ordained by the Governing Body of the City of Dodge City, KS:

    Section 1.  The codification of ordinances of the City of Dodge City, Kansas, authorized by Ordinance No. 2727 and K.S.A. 12-3014 and 12-3015, as set out in the following chapters, Chapter I to XVI and Appendices A and B, all inclusive, and entitled the "Code of the City of Dodge City, Kansas, 1987," is hereby adopted and ordained as the "Code of the City of Dodge City, Kansas, 1987," and said codification shall become effective upon publication of no fewer than 10 copies of said code in book form.

    Section 2.  All ordinances and parts of ordinances of a general nature passed prior to February 1, 1088, in force and effect at the date of the publication of no fewer than 10 copies of the "Code of the City of Dodge City, Kansas, 1987,: and this ordinance, are hereby repealed as of the date of publication of said code except as hereinafter provided.

    Section 3.  In construing this ordinance, the following ordinances shall not be considered or held to be ordinances of general nature:

    (a)   Ordinances pertaining to the acquisition of property or interests in property by gift, purchase, devise, bequest, appropriation or condemnation;
    (b)   Ordinances opening, dedicating, widening, vacating or narrowing streets, avenues, alleys and boulevards;
    (c)   Ordinances establishing and changing grades of streets, avenues, alleys and boulevards;
    (d)   Ordinances naming or changing the names of streets, avenues and boulevards;
    (e)   Ordinances authorizing or directing public improvements to be made;
    (f)   Ordinances creating districts for public improvements of whatsoever kind or nature;
    (g)   Ordinances levying general taxes;
    (h)   Ordinances levying special assessments or taxes;
    (i)   Ordinances granting any rights, privileges, easements or franchises therein mentioned to any person, firm or corporation;
    (j)   Ordinances authorizing the issuance of bonds and other instruments of indebtedness by the city;
    (k)   Ordinances authorizing contracts;
    (l)   Ordinances establishing the limits of the city or pertaining to annexation or exclusion of territory;

 (m) Ordinances relating to compensation of officials, officers and employees of the city;
 (n) Ordinances of a temporary nature; Provided, that the above enumeration of exceptions shall not be held or deemed to be exclusive, it being the purpose and intention to exempt from repeal any and all ordinances not of a general nature and general ordinances specifically excepted by this section.

 Section 4. The arrangement and classification of the several chapters, articles, and sections of the code adopted by Section 1 of this ordinance and the headnotes and footnotes at the ends of the sections, are made for the purpose of convenience and orderly arrangement, and do not constitute a part of the ordinances, and therefore, no implication or presumption of legislative intent or construction is to be drawn therefrom.

 Section 5. The repeal of ordinances as provided in Section 2 hereof, shall not affect any rights acquired, fines, penalties, forfeitures or liabilities incurred thereunder, or actions involving any of the provisions of said ordinances or parts thereof.  Said ordinances above repealed are hereby continued in force and effect after the passage, approval and publication of this ordinance for the purpose of such rights, fines, penalties, forfeitures, liabilities and actions therefor.

 Section 6. If for any reason any chapter, article, section, subsection, sentence, portion or part of the "Code of the City of Dodge City, Kansas, 1987," or the application thereof to any person or circumstances is declared to be unconstitutional or invalid, such decision will not affect the validity of the remaining portions of this code.

 Section 7. This ordinance shall take effect and be in force from and after the publication of the "Code of the City of Dodger City, Kansas, 1987," as provided in K.S.A. 12-3015.

 Passed by the Governing Body of the City of Dodge City, Kansas, this 7th day of March, 1988.

            /s/ Bob Carlson, Mayor

ATTEST: /s/ Ron Thornburg, City Clerk

(SEAL)

## CERTIFICATE OF THE CITY CLERK

Office of the City Clerk
City of Dodge City, Kansas

State of Kansas   )
                  )
Ford County       )

    I, Ron Thornburg, City Clerk of the City of Dodge City, Ford County Kansas do hereby certify that said city is a city of the first class of the commission form of government under the statutes of Kansas; that this codification of the general ordinances of said city and the publication thereof in book form were ordered and authorized by the governing body of Ordinance No. 2727 and in accordance therewith is entitled the "Code of The City of Dodge City, Kansas, 1987," that said codification was adopted as the "Code of the City of Dodge City, Kansas, 1987," by the governing body by Ordinance No. 2870 passed on the 7th day of March, 1988, as authorized by Section 12-3015 of the Kansas Statutes Annotated; that said Ordinance No. 2870 and said codification of general ordinances as contained in this volume will take effect upon publication of 10 or more copies; that the publication of 10 copies of this code and adoptive Ordinance No. 2870 constitute due passage of this code and all general ordinances contained therein; that the codification and adoptive Ordinance No. 2870 as contained herein are true and correct copies; and that said publication imports absolute verity and is to be received in evidence in all courts and places without further proof as provided by 12-3015 of the Kansas Statutes Annotated.

    I further certify that the "Code of the City of Dodge City, Kansas, 1987," and the matter therein contained will take effect upon publication and be in force from and after March 10, 1988.

    Witness my hand and the seal of the City of Dodge City, Kansas, at my office in Dodge City, Kansas, this 7th day of March, 1988.

                                         /s/ Ron Thornburg, City Clerk
                                           City of Dodge City, Kansas

(SEAL)

# TABLE OF CONTENTS

**CHAPTER I.      ADMINISTRATION**

    Article  1.   General Provisions
    Article  2.   Governing Body
    Article  3.   City Manager
    Article  4.   Administrative Departments
    Article  5.   Oaths and Bonds
    Article  6.   Personnel Policy and Employee Benefits
    Article  7.   Historic Landmark Preservation Committee
    Article  8.   Open Records
    Article  9.   Fees and Charges

**CHAPTER II.     ANIMAL CONTROL REGULATIONS**

    Article  1.   General Provisions
    Article  2.   Other Animals
    Article  3.   Keeping of Bees
    Article  4.   Pit Bull Dogs

**CHAPTER III.    BEVERAGES**

    Article  1.   General Provisions
    Article  2.   Cereal Malt Beverages
    Article  3.   Alcoholic Liquor
    Article  4.   Private Clubs
    Article  5.   Drinking Establishments
    Article  6.   Caterers
    Article  7.   Temporary Permits
    Article  8.   Sidewalk Cafes

**CHAPTER IV.     BUILDINGS AND CONSTRUCTION**

    Article  1.   International Building Code
    Article  2.   International Electrical Code
    Article  3.   International Plumbing Code
    Article  4.   Water Conditioning
    Article  5.   International Mechanical Code
    Article  6.   Property Maintenance Code
    Article  7.   Dangerous and Unfit Structures
    Article  8.   Moving Buildings
    Article  9.   Satellite Receiver Antennas
    Article 10.   Fences & Spray Painting
    Article 11.   Numbering Buildings
    Article 12.   Fees
    Article 13.   Licensing Contractors & Trades
    Article 14.   Inspections
    Article 15.   Penalties
    Article 16.   Unsafe or Dangerous Structures
    Article 17.   International Fuel Gas Code
    Article 18.   International Existing Building Code

Article 19.  International Residential Code

## CHAPTER V.    BUSINESS REGULATIONS

Article  1.  General Provisions
Article  2.  Signs and Handbills
Article  3.  Hotels, Motels and Rooming Houses
Article  4.  Junkyards
Article  5.  Pawnbrokers and Precious Metal Dealers
Article  6.  Temporary Business License/Permits
Article  7.  Public Amusements and Devices
Article  8.  Taxicabs
Article  9.  Scrap Metal Dealers
Article 10.  Loudspeakers

## CHAPTER VI.   ELECTIONS

Article  1.  City Elections

## CHAPTER VII.  FIRE

Article  1.  Fire Department
Article  2.  Fire Prevention
Article  3.  Firemen's Relief Association
Article  4.  Fire Insurance Proceeds Fund

## CHAPTER VIII. HEALTH AND WELFARE

Article  1.  Environmental Code
Article  2.  Motor Vehicle Nuisances; Abatement
Article  3.  Weeds
Article  4.  Noise
Article  5.  Council on Aging
Article  6.  Human Relations
Article  7.  Graffiti Nuisance
Article  8.  Smoking Restrictions

## CHAPTER IX.   MUNICIPAL COURT

Article  1.  General Provisions

## CHAPTER X.    POLICE

Article  1.  Police Department
Article  2.  Property in Police Custody
Article  3.  Reserve Police Force
Articles 4.  Citizen Police Auxiliary

**CHAPTER XI.     PUBLIC OFFENSES**

        Article   1.   Uniform Offense Code
        Article   2.   Local Regulations
        Article   3.   Unlawful Use of Specific Elements and
                        Compounds
        Article   4.   Narcotics and Drugs
        Article   5.   Juvenile Curfew Ordinance
        Article   6.   Public Nudity
        Artilce   7.   Pedestrians on Designated Roadways

**CHAPTER XII.    PUBLIC BUILDINGS AND GROUNDS**

        Article 1.   Cemeteries
        Article 2.   Civic Center
        Article 3.   Libraries
        Article 4.   Parks and Recreation

**CHAPTER XIII.   STREETS AND SIDEWALKS**

        Article 1.   In General
        Article 2.   Sidewalks
        Article 3.   Streets(Excavation)
        Article 4.   Trees and Shrubs
        Article 5.   Stormwater and Drainage
                    (National Discharge Elimination System)

**CHAPTER XIV.    TRAFFIC**

        Article 1.   Standard Traffic Ordinance
        Article 2.   Local Traffic Regulations
        Article 3.   Impoundment of Motor Vehicles
        Article 4.   Hazardous Materials
        Article 5.   School Zones
        Article 6.   Micro Utility Trucks

**CHAPTER XV.     UTILITIES**

        Article 1.   General Provisions
        Article 2.   Residential and Commercial Sewers and
                    Wastewater
        Article 3.   Industrial Wastewater
        Article 4.   Water Supply and Distribution
        Article 5.   Solid Waste Collection and Disposal
        Article 6.   Storm Water Utility

**CHAPTER XVI.    ZONING AND PLANNING**

        Article 1.   Zoning Regulations
        Article 2.   Municipal Airport Zoning
        Article 3.   Subdivision Regulations
        Article 4.   Board of Zoning and Appeals
        Article 5.   Flood Plain Management
        Article 6.   Comprehensive Plan

**APPENDIX A.    CHARTER ORDINANCES**

**APPENDIX B.    FEES**

## CHARTER ORDINANCE NO. 39

A CHARTER ORDINANCE REPEALING CHARTER ORDINANCE NO. 16 AND REPEALING CHARTER ORDINANCE NO. 22

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY:

   SECTION 1.  Charter Ordinance No. 16, regarding municipal elections is hereby repealed.

   SECTION 2.  Charter Ordinance No. 22, regarding municipal elections is hereby repealed.

   SECTION 3.  This ordinance shall be published once each week for two consecutive weeks in the official City paper as provided by law.

   SECTION 5.  This ordinance shall take effect sixty-one (61) days following final publication, unless a sufficient petition in Article 12, Section 5, Subsection C-3 of the constitution of the State of Kansas in which case the ordinance shall be effective if approved by a majority of the electors voting thereon.

   Passed and approved by the Governing body of the City of Dodge City, not less than two-thirds of the members elect voting in favor of this ordinance, this 19th day of January, 2016.

## CHARTER ORDINANCE NO. 40

A CHARTER ORDINANCE EXEMPTING THE CITY OF DODGE CITY, KANSAS, FROM THE PROVISIONS OF L. 2015, CH. 88, SEC. 11, RELATING TO THE CITY MANAGER FORM OF GOVERNMENT, ELECTION CYCLES AND REPEALING CHARTER ORDINANCES NOS. 15, 16, 18, 19 AND 22. .

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY, KANSAS:

   WHEREAS, on the 13th day of January, 1970, the citizens of the City of Dodge City, Kansas, adopted by a majority vote the commission-manager form of government;

   WHEREAS, the Kansas Legislature passed L. 2015, ch. 88 (H.B. 2104), which amended and transferred the statutory provisions for the

commission-manager form of government, and L. 2015, ch. 88, sec. 8(a) states that a city shall continue to operate under its current form of government if established at an election until such time that the city's form of government is changed;

WHEREAS, the statutory provisions for the commission-manager form of government have been recodified in L. 2015, ch. 88, sec. 11;

WHEREAS, L. 2015, ch. 88, sec. 8(b) states that all existing ordinances and charter ordinances relating to a city's form of government shall remain in effect until amended or repealed by such city;

WHEREAS, the City of Dodge City, Kansas, wishes to exempt itself from provisions within L. 2015, ch. 88, sec. 11.

THEREFORE, BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY, KANSAS:

Section 1. The City of Dodge City, Kansas, by the power vested in it by Article 12, Section 5 of the Kansas Constitution hereby elects to and does exempt itself and make inapplicable to it the provisions of L. 2015 ch. 88 sec. 11, K.S.A. 13-1702 and K.S.A. 13-1708 that apply to this City, but are parts of enactments which do not apply uniformly to all cities.

Section 2. The City of Dodge City, Kansas, continues to operate under the commission-manager form of government and pursuant to all existing ordinances and charter ordinances relating to its form of government.

Section 3. Those Governing Body positions with terms that would have expired in April 2017, shall expire on the second Monday in January of 2018, when the city officials elected in the November 2017 general election take office.  Those Governing Body positions with terms that would have expired in April 2019, shall expire on the second Monday in January of 2020, when the city officials elected in the November 2019 general election take office.

Those Governing Body positions with terms expiring in April 2016, shall expire on the second Monday in January of 2018, when the city officials elected in the November 2017 general election take office. Those Governing Body positions with terms expiring in April 2018, shall expire on the second Monday in January of 2020, when the city officials elected in the November 2019 general election take office.

Section 4. The Governing Body shall consist of a five (5)

commissioners to be elected to terms as set forth herein. The commissioners shall be residents and qualified electors of the City of Dodge City, Kansas.

Section 5. City general elections shall take place on the Tuesday succeeding the first Monday in November 2017. Succeeding City general elections will be held every two (2) years for all such Governing Body positions whose terms have expired. At succeeding City general elections there shall be elected two (2) commissioners for a four-year term and one (1) commissioner for a two-year term. The candidates receiving the largest and second largest number of votes shall be elected for four-year terms, and the candidate receiving the third largest number of votes shall be elected for a two-year term.

Section 6. In accordance with K.S.A. 25-205, and amendments thereto, any person may become a candidate for city office elected at large by having had filed on their behalf, a nomination petition or a declaration of candidacy, accompanied by any fee required by law. The nomination petition must be signed by fifty (50) of the qualified electors of the City of Dodge City.

Section 7.  All elections for the City of Dodge City, Kansas shall be nonpartisan.

Section 8.  Charter Ordinances No. 15, 16, 18, 19 and 22 of the City of Dodge City, Kansas are hereby repealed.

Section 9.  Chapter VI Sections 6-102, 6-103 and 6-201 of the City Code are hereby repealed.

Section 10.  Chapter I Section 1-402 of the City Code is hereby repealed.

Section 11. This Charter Ordinance shall be published once each week for two (2) consecutive weeks in the official city newspaper.

Section 12. This Charter Ordinance shall take effect sixty-one (61) days after the final publication unless a sufficient petition for a referendum is filed, requiring a referendum to be held on the ordinance as provided by Article 12, Section 5, Subsection (c)(3) of the Constitution of the State of Kansas, in which case this Charter Ordinance shall become effective upon approval by the majority of the electors voting thereon.

Passed by the Governing Body, not less than two-thirds of the members elect voting in favor thereof, this 2nd day of May, 2016.

A-27