# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF DODGE CITY, a municipal corporation, the DODGE CITY COMMISSION, E. KENT SMOLL, in his official capacity as Mayor of Dodge City, MICHAEL BURNS, in his official capacity as Vice-Mayor of Dodge City, RICK SOWERS, in his official capacity as a member of the Dodge City Commission, CHUCK TAYLOR, in his official capacity as a member of the Dodge City Commission, and JOSEPH NUCI, in his official capacity as a member of the Dodge City Commission, ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | Case No. 6:22-cv-01274-EFM-RES |

## NOTICE OF SERVICE

Defendants notify the Court that the following were sent via electronic mail to Plaintiffs' counsel on the 20th day of January 2023 in PDF and Word format:

- *Defendant's First set of Requests for Production of Documents to Plaintiff Rangel-Lopez;*
- *Defendant's First Set of Interrogatories to Plaintiff Rangel-Lopez;*
- *Defendant's First Requests for Admission to Plaintiff Rangel-Lopez;*
- *Defendant's First Set of Requests for Production of Documents to Plaintiff Coca;*
- *Defendant's First Set of Interrogatories to Plaintiff Coca; and*
- *Defendant's First Set Request for Admission to Plaintiff Coca.*

1

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Sarah E. Stula*
    Anthony F. Rupp, KS #11590
    Tara Eberline, KS #22576
    Sarah E. Stula, KS #27156
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    (913) 498-2100
    (913) 498-2101 (fax)
    trupp@foulston.com
    teberline@foulston.com
    sstula@foulston.com

    -and-

    Clayton Kaiser, KS #24066
    FOULSTON SIEFKIN, LLP
    1551 North Waterfront Parkway, Suite 100
    Wichita, Kansas 67206
    (316) 267-6371
    (316) 267-6345 (fax)
    ckaiser@foulston.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system, which will send notification of electronic filing to counsel for all parties of record:

Sharon Brett
AMERICAN CIVIL LIBERTIES
UNION OF KANSAS
P.O. Box 917
Mission, Kansas 66201
sbrett@aclukansas.org
(913) 490-4100

Chad W. Dunn
Sonni Waknin
Bernadette Reyes
UCLA VOTING RIGHTS PROJECT
3250 Public Affairs Building
Los Angeles, California 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
(310) 400-6019

Jonathan Topaz
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION, INC.
125 Broad Street, 18th Floor
New York, New York 10004
jtopaz@aclu.org
slakin@aclu.org
(212) 549-2500

Abena Mainoo
Jonathan I. Blackman
JD Colavecchio
Mijin Kang
Elizabeth R. Baggott
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
amainoo@cgsh.com
jblackman@cgsh.com
jdcolavecchio@cgsh.com
mkang@cgsh.com
ebaggott@cgsh.com
(212) 225-2000

Scott Fuqua
FUQUA LAW & POLICY, P.C.
P.O. Box 32015
Santa Fe, New Mexico 87594
scott@fuqualawpolicy.com
(505) 982-0961

*/s/ Sarah E. Stula*