UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, ALEJANDRO RANGEL-LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DODGE CITY, a municipal corporation, the DODGE CITY COMMISSION, E. KENT SMOLL, in his official capacity as Mayor of Dodge City, MICHAEL BURNS, in his official capacity as Vice-Mayor of Dodge City, RICK SOWERS, in his official capacity as a member of the Dodge City Commission, CHUCK TAYLOR, in his official capacity as a member of the Dodge City Commission, and JOSEPH NUCI, in his official capacity as a member of the Dodge City Commission,<br><br>Defendants. | Case No. 6:22-cv-01274-EFM-RES |

## JOINT NOTICE OF MEDIATION

To comply with the Court's order concerning notice of mediation: A Settlement Conference is set for February 8, 2023, at 9:00 a.m. at 7500 College Boulevard, Suite 1400, Overland Park, Kansas, before the following mediator:

Hon. Deanell Tacha (Ret.).
JAMS
71 S. Wacker Drive
Suite 2400
Chicago, IL  60606
314-334-5267

Respectfully Submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF KANSAS<br>*/s/ Sharon Brett*<br>Sharon Brett   KS 28696<br>P.O. Box 917 Mission, KS 66201<br>sbrett@aclukansas.org<br>913-490-4100<br><br>*Attorney for the Plaintiffs* | FOULSTON SIEFKIN LLP<br>*/s/ Anthony F. Rupp*<br>Anthony F. Rupp, KS #11590<br>7500 College Boulevard, Suite 1400<br>Overland Park, Kansas 66210<br>trupp@foulston.com<br>(913) 498-2100<br><br>*Attorney for the Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of January, 2023, I electronically filed the foregoing with the Clerk by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            /s/ *Sharon Brett*
                                            Sharon Brett