# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DODGE CITY, KANSAS, a municipal corporation, et al., <br><br> Defendants. | Case No. 22-cv-1274-EFM-RES |

### NOTICE OF SERVICE OF DOCUMENTS
### DESCRIBED IN PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, by and through their counsel, hereby certify that on February 3, 2023, electronic copies of documents described in Plaintiffs' Rule 26(a) Initial Disclosures were served to Defendants' counsel of record via electronic mail.

Dated: February 3, 2023

Respectfully submitted,

By: */s/ Sharon Brett*

| | |
|---|---|
| Chad W. Dunn* <br> Sonni Waknin* <br> Bernadette Reyes* <br> **UCLA VOTING RIGHTS PROJECT** <br> 3250 Public Affairs Building <br> Los Angeles, CA 90065 <br> chad@uclavrp.org <br> sonni@uclavrp.org <br> bernadette@uclavrp.org <br> 310-400-6019 <br><br> Jonathan Topaz* <br> Sophia Lin Lakin* <br> **AMERICAN CIVIL** | Sharon Brett   KS 28696 <br> **AMERICAN CIVIL** <br> **LIBERTIES UNION OF KANSAS** <br> P.O. Box 917 <br> Mission, KS 66201 <br> sbrett@aclukansas.org <br> 913-490-4100 <br><br> Abena Mainoo* <br> Jonathan I. Blackman* <br> JD Colavecchio* <br> Mijin Kang* <br> Elizabeth R. Baggott* <br> **CLEARY GOTTLIEB STEEN &** |

| | |
|---|---|
| **LIBERTIES UNION, INC.** | **HAMILTON LLP** |
| 125 Broad Street, 18th Floor | One Liberty Plaza |
| New York, NY 10004 | New York, NY 10006 |
| jtopaz@aclu.org | amainoo@cgsh.com |
| slakin@aclu.org | jblackman@cgsh.com |
| 212-549-2500 | jdcolavecchio@cgsh.com |
| | mkang@cgsh.com |
| Scott Fuqua* | ebaggott@cgsh.com |
| **FUQUA LAW & POLICY, P.C.** | 212-225-2000 |
| P.O. Box 32015 | |
| Santa Fe, NM 87594 | *Attorneys for Plaintiffs* |
| scott@fuqualawpolicy.com | |
| 505-982-0961 | * Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 1st day of February 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

| | |
|---|---|
| FOULSTON SIEFKIN LLP<br>Anthony F. Rupp, KS #11590<br>Tara Eberline, KS #22576<br>Sarah E. Stula, KS #27156<br>7500 College Boulevard, Suite 1400<br>Overland Park, Kansas 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br>sstula@foulston.com | FOULSTON SIEFKIN, LLP<br>Clayton Kaiser, KS #24066<br>1551 North Waterfront Parkway,<br>Suite 100<br>Wichita, Kansas 67206<br>(316) 267-6371<br>(316) 267-6345 (fax)<br>ckaiser@foulston.com |

By: */s/ Sharon Brett*
Sharon Brett    KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
P.O. Box 917
Mission, KS 66201
sbrett@aclukansas.org
913-490-4100