## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MIGUEL COCA and                                )
ALEJANDRO RANGEL-LOPEZ,          )
                                                            )
                        Plaintiffs,                )          Case No. 6:22-cv-01274-EFM-RES
                                                            )
vs.                                                        )
                                                            )
CITY OF DODGE CITY, a municipal        )
corporation, the DODGE CITY                )
COMMISSION, E. KENT SMOLL, in his    )
official capacity as Mayor of Dodge City,  )
MICHAEL BURNS, in his official capacity  )
as Vice-Mayor of Dodge City, RICK        )
SOWERS, in his official capacity as a        )
member of the Dodge City Commission,    )
CHUCK TAYLOR, in his official capacity  )
as a member of the Dodge City                )
Commission, and JOSEPH NUCI, in his    )
official capacity as a member of the Dodge )
City Commission,                                  )
                                                            )
                        Defendants.                )
_____ )

## NOTICE OF SERVICE

Defendants, by and through their counsel, hereby certify that Defendants' Responses to

Plaintiffs First Set of Request for Production were served to Plaintiff's Counsel on February 9,

2023 via email.


                                            Respectfully submitted,

                                            FOULSTON SIEFKIN LLP

                                            By: */s/ Sarah E. Stula*_____
                                                 Anthony F. Rupp, KS #11590
                                                 Tara Eberline, KS #22576
                                                 Sarah E. Stula, KS #27156
                                                 7500 College Boulevard, Suite 1400

1

Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

-and-

Clayton Kaiser, KS #24066
FOULSTON SIEFKIN, LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the February 9, 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett
AMERICAN CIVIL LIBERTIES
UNION OF KANSAS
P.O. Box 917
Mission, Kansas 66201
sbrett@aclukansas.org
(913) 490-4100

Chad W. Dunn
Sonni Waknin
Bernadette Reyes
UCLA VOTING RIGHTS PROJECT
3250 Public Affairs Building
Los Angeles, California 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
(310) 400-6019

Jonathan Topaz
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES
UNION, INC.
125 Broad Street, 18th Floor
New York, New York 10004
jtopaz@aclu.org
slakin@aclu.org
(212) 549-2500

Abena Mainoo
Jonathan I. Blackman
JD Colavecchio
Mijin Kang
Elizabeth R. Baggott
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
amainoo@cgsh.com
jblackman@cgsh.com
jdcolavecchio@cgsh.com
mkang@cgsh.com
ebaggott@cgsh.com
(212) 225-2000

Scott Fuqua
FUQUA LAW & POLICY, P.C.
P.O. Box 32015
Santa Fe, New Mexico 87594
scott@fuqualawpolicy.com
(505) 982-0961

*/s/ Sarah E. Stula*