UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, ALEJANDRO RANGEL-LOPEZ,<br><br>       Plaintiffs,<br><br>    v.<br><br>CITY OF DODGE CITY, a municipal corporation, the DODGE CITY COMMISSION, E. KENT SMOLL, in his official capacity as Mayor of Dodge City, MICHAEL BURNS, in his official capacity as Vice-Mayor of Dodge City, RICK SOWERS, in his official capacity as a member of the Dodge City Commission, CHUCK TAYLOR, in his official capacity as a member of the Dodge City Commission, and JOSEPH NUCI, in his official capacity as a member of the Dodge City Commission,<br><br>       Defendants. | Civil Action No.:<br>6:22-cv-01274-EFM-RES |

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The undersigned attorney files this Notice of Change of Address for Sharon Brett, counsel for Plaintiffs, and requests that the Court's docket in the above styled case be updated accordingly.

Sharon Brett's new address is as follows:

Sharon Brett
ACLU of Kansas
10561 Barkley Street
Suite 500
Overland Park, KS 66212

Respectfully submitted,

/s                       
Sharon Brett    KS #29893
ACLU of Kansas
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org

**ATTORNEY FOR PLAINTIFFS**