UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MIGUEL COCA, et al.,

    Plaintiffs,

v.

CITY OF DODGE CITY, KANSAS, a municipal corporation, et al.,

    Defendants.

Case No. 22-cv-1274-EFM-RES

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to District of Kansas Local Rule 7.1(f), Plaintiffs notify the Court of the decision of the United States Supreme Court in *Allen v. Milligan*, 599 U.S. \_\_\_, (2023) (Nos. 21-1086 and 21-1087), *attached hereto as Exhibit A,* issued on June 8, 2023, which is the Court's most recent case under Section 2 ("Section 2") of the Voting Rights Act of 1965 ("VRA"), 52 U.S.C. § 10301.

The Supreme Court in *Allen* affirmed preliminary injunctions in three actions brought by private plaintiffs alleging violations of Section 2 of the VRA by the State of Alabama in congressional redistricting, holding that these private plaintiffs had established such violations under the familiar *Gingles* standard that "has governed our [VRA] jurisprudence since it was decided 37 years ago." *Allen*, slip op. at 11. While Alabama did not raise the private right issue at the Supreme Court, it did so in the lower court. In today's decision, the Court did not dispute the fact that private plaintiffs alone brought the action or suggest that relief would be inappropriate because there is no private right of action available under Section 2.

Defendants' theory supporting their pending motions to amend and certify, Docs. 79, 80, is that no private right of action exists under Section 2. The decision today in *Allen* runs directly

counter to that theory. It strains credulity to assume that the Supreme Court affirmed an order requiring Alabama to redraw its congressional map yet believes that private plaintiffs had no authority to bring the case in the first place. In denying Defendants' Motion to Dismiss, this Court rightfully rejected such a far-fetched idea. *See* Doc. 71. *Allen* provides further weight in the already heavy scale against granting Defendants their requested extraordinary relief under 28 U.S.C. § 1292(b) for interlocutory review of their novel, and in any event non-dispositive, argument that the many decades of private litigation under Section 2, now up to and including *Allen*, should be disregarded. *See* Pls.' Opp. to Defs.' Mot. to Amend and Certify, Doc. 86.

Dated: June 8, 2023

| | |
|---|---|
| Chad W. Dunn*<br>Sonni Waknin*<br>Bernadette Reyes*<br>**UCLA VOTING RIGHTS PROJECT**<br>3250 Public Affairs Building<br>Los Angeles, CA 90065<br>chad@uclavrp.org<br>sonni@uclavrp.org<br>bernadette@uclavrp.org<br>310-400-6019<br><br>Jonathan Topaz*<br>Sophia Lin Lakin*<br>Luis Manuel Rico Román*<br>**AMERICAN CIVIL**<br>**LIBERTIES UNION, INC.**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>jtopaz@aclu.org<br>slakin@aclu.org<br>lroman@aclu.org<br>212-549-2500<br><br>Scott Fuqua*<br>**FUQUA LAW & POLICY, P.C.**<br>P.O. Box 32015<br>Santa Fe, NM 87594<br>scott@fuqualawpolicy.com<br>505-982-0961 | By: _/s/ Sharon Brett_<br>Sharon Brett    KS 28696<br>**AMERICAN CIVIL**<br>**LIBERTIES UNION OF KANSAS**<br>10561 Barkley Street<br>Suite 500<br>Overland Park, KS 66212<br>sbrett@aclukansas.org<br>913-490-4100<br><br>Abena Mainoo*<br>Jonathan I. Blackman*<br>JD Colavecchio*<br>Mijin Kang*<br>Elizabeth R. Baggott*<br>**CLEARY GOTTLIEB STEEN &**<br>**HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>amainoo@cgsh.com<br>jblackman@cgsh.com<br>jdcolavecchio@cgsh.com<br>mkang@cgsh.com<br>ebaggott@cgsh.com<br>212-225-2000<br><br>*Attorneys for Plaintiffs*<br><br>* Admitted Pro Hac Vice |

## **CERTIFICATE OF SERVICE**

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 8th day of June 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

FOULSTON SIEFKIN LLP
Anthony F. Rupp, KS #11590
Tara Eberline, KS #22576
Sarah E. Stula, KS #27156
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

FOULSTON SIEFKIN, LLP
Clayton Kaiser, KS #24066
1551 North Waterfront Parkway
Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

By: */s/ Sharon Brett*
Sharon Brett   KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100