UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MIGUEL COCA, et al.,

    Plaintiffs,

v.

CITY OF DODGE CITY, KANSAS, a municipal corporation, et al.,

    Defendants.

Case No. 22-cv-1274-EFM-RES

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to District of Kansas Local Rule 7.1(f), Plaintiffs notify the Court of the decision of the United States Supreme Court in *Health and Hospital Corporation of Marion County v. Talevski*, 599 U.S. ___, (2023) (No. 21-806), *attached hereto as Exhibit A*, issued on June 8, 2023. In *Talevski*, the Supreme Court held that private plaintiffs could sue to enforce their rights under the Federal Nursing Home Reform Act under 42 U.S.C. § 1983. The Supreme Court further held that the presumption of § 1983 enforceability for federal statutory rights cannot be rebutted merely by pointing to "a detailed enforcement regime that also protects those interests," unless that enforcement regime is "*incompatible* with individual enforcement under §1983." *Talevski*, slip op. at 19 (emphasis original; internal quotation marks omitted).

In their pending motions to amend and certify, Docs. 79, 80, Defendants contend that private plaintiffs do not have a § 1983 cause of action to enforce Section 2 ("Section 2") of the Voting Rights Act of 1965 ("VRA"), 52 U.S.C. § 10301. The Supreme Court's decision in *Talevski* lends additional support to the Court's rejection of such an argument in its denial of Defendants' Motion to Dismiss, *see* Doc. 71, in that it further clarifies the incredibly high bar a party must clear to rebut the presumption of § 1983 enforceability for federal rights. Given

that "Section 2 contain[s] clear rights-creating language" and "does not contain a comprehensive enforcement scheme incompatible with individual enforcement," *id.* at 12, *Talevski* therefore further warrants denying Defendants' request for extraordinary relief under 28 U.S.C. § 1292(b) for interlocutory review of their claim that Plaintiffs cannot enforce Section 2 via § 1983. *See* Pls.' Opp. to Defs.' Mot. to Amend and Certify, Doc. 86.

Dated: June 9, 2023

| | |
|---|---|
| Chad W. Dunn*<br>Sonni Waknin*<br>Bernadette Reyes*<br>**UCLA VOTING RIGHTS PROJECT**<br>3250 Public Affairs Building<br>Los Angeles, CA 90065<br>chad@uclavrp.org<br>sonni@uclavrp.org<br>bernadette@uclavrp.org<br>310-400-6019<br><br>Jonathan Topaz*<br>Sophia Lin Lakin*<br>Luis Manuel Rico Román*<br>**AMERICAN CIVIL<br>LIBERTIES UNION, INC.**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>jtopaz@aclu.org<br>slakin@aclu.org<br>lroman@aclu.org<br>212-549-2500<br><br>Scott Fuqua*<br>**FUQUA LAW & POLICY, P.C.**<br>P.O. Box 32015<br>Santa Fe, NM 87594<br>scott@fuqualawpolicy.com<br>505-982-0961 | By: _/s/ Sharon Brett_<br>Sharon Brett   KS 28696<br>**AMERICAN CIVIL<br>LIBERTIES UNION OF KANSAS**<br>10561 Barkley Street<br>Suite 500<br>Overland Park, KS 66212<br>sbrett@aclukansas.org<br>913-490-4100<br><br>Abena Mainoo*<br>Jonathan I. Blackman*<br>JD Colavecchio*<br>Mijin Kang*<br>Elizabeth R. Baggott*<br>**CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>amainoo@cgsh.com<br>jblackman@cgsh.com<br>jdcolavecchio@cgsh.com<br>mkang@cgsh.com<br>ebaggott@cgsh.com<br>212-225-2000<br><br>*Attorneys for Plaintiffs*<br><br>* Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

Pursuant to D. Kan. Loc. R. 5.1(f), I hereby certify that on this 9th day of June 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

FOULSTON SIEFKIN LLP
Anthony F. Rupp, KS #11590
Tara Eberline, KS #22576
Sarah E. Stula, KS #27156
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

FOULSTON SIEFKIN, LLP
Clayton Kaiser, KS #24066
1551 North Waterfront Parkway
Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

By: */s/ Sharon Brett*
Sharon Brett   KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100

4