EXHIBIT
1

## Expert Report of Rubén Martinez, Ph.D.

## 1. INTRODUCTION AND QUALIFICATIONS

I have been retained by Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), the American Civil Liberties Union Foundation of Kansas, Inc. ("ACLU-KS"), the UCLA Voting Rights Project ("UCLA-VRP"), Fuqua Law & Policy, P.C. ("Fuqua Law"), and the American Civil Liberties Union Foundation, Inc. ("ACLU") in the case of Miguel Coca and Alejandro Rangel-Lopez (the "Plaintiffs") v. City of Dodge City ("Dodge City," or the "City"), the Dodge City Commission, et al. (Civil Action No.: 22-cv-01274-EFM-RES). I have been asked to analyze the history of official discrimination in Dodge City and Kansas and the historical background of the at-large method of election in Dodge City and Kansas.

I am being compensated for my work as an expert, but my compensation is not dependent on the contents of this report, my testimony at any court hearing(s) or trial(s), as may be necessary, or on the outcome of this case. I am being compensated by Plaintiffs at a rate of $300 per hour for work on this report, and $400 per hour for any work related to oral testimony, depositions, or trial(s).

### 1.01 Summary of Opinions

Dodge City reflects the history of racial dynamics of the state of Kansas. It has a history of both *de jure* and *de facto* segregation initially aimed at African Americans. These practices of segregation spread to Mexicans[1] who arrived in Kansas in the early 20th Century to work in the railroad sector. The number of Mexicans increased with the arrival of the meatpacking plants in the 1960s–and increased significantly as the composition of the labor force shifted and the plants increased their operations. While Mexicans are the overwhelming majority of the Spanish-speaking population in Dodge City, there are a growing number of immigrants from Central America that have entered the local labor force. While members of these populations sustain the local economy through their labor, members of these populations have not been integrated into Dodge City, particularly within the political system. There have only been a handful of individuals from the Hispanic population who serve in professional roles in local government or have been elected to public office. The demographic shift that has occurred in recent decades has likely engendered a perception of threat to political power among White Dodge Citians[2] who are interested in retaining their dominant political position in the City.

---

[1] "Mexicans" are persons from Mexico who are here in the United States as first-generation immigrants. "Mexican Americans" are those born in the United States or immigrants who obtained citizenship. Some may be offspring of immigrants and others may be descendants of the initial generation that became citizens of the United States at the conclusion of the Mexican American War in 1848. The label Mexicans is used here to include Mexican Americans. The labels "Latinos" and "Hispanics" include not only Mexicans and Mexican Americans, but also persons who are members of other Spanish-speaking populations in this country.

[2] "White," "Whites," "Black" and "Blacks" are capitalized when used as ethnic labels. "Citians" is used in the literature to refer to residents of Dodge City in the same manner that Kansans is used to refer to residents of Kansas.

1.02    Qualifications

I am a sociologist specializing in social stratification and political sociology. I received a Bachelor of Science degree with Distinction in Behavioral Science from the University of South Colorado, a Master of Arts degree in Sociology from Arizona State University, and a doctoral degree in Sociology from the University of California at Riverside. Within social stratification I specialized in social inequality and intergroup relations, and within political sociology I specialized in social movements and political power. I have been a tenured faculty member at the University of Colorado at Colorado Springs, the University of Southern Colorado, the University of Texas at San Antonio, and Michigan State University. At the University of Texas at San Antonio, I was professor of public administration. As an administrator, I have been department chair, assistant vice chancellor for academic and multicultural affairs, associate provost, and director of three different research units. Currently, I am professor emeritus at Michigan State University. I have served as a reviewer of manuscripts for professional journals and publishing houses, and I have published 48 peer-reviewed articles, 10 chapters in edited books, several reports and book reviews. I am currently series editor of *Latinos in the United States* published through Michigan State University Press and, to date, have published 15 volumes through the series. My work has centered on institutionalized racial features in different sectors of society. In the course of my career I have received numerous awards and fellowships, including the Spivak Dissertation Award from the American Sociological Association, the President's University Service Award from the Office of the President, University of Colorado, the Chancellor's Award from the University of Colorado at Colorado Springs, Bank One Community Service Award in Colorado Springs, Community Service Award from the NAACP in Colorado Springs, Distinguished Community Service Award, Latino Forum, Pomona, California, and the Distinguished Service Award from the University of Southern Colorado Alumni Association. Relevant courses that I have taught include Political Sociology, Race and Ethnic Relations, Diversity Policies and Public Management, and Politics and Public Policy.

1.03    Documents Reviewed

As part of my assignment, I have reviewed the Amended Complaint for Declaratory and Injunctive Relief, as well as numerous news articles, scholarly books and articles, master's theses and doctoral dissertations, court decisions, congressional hearing reports, and other materials found on the Internet and at the Heritage Center at the Dodge City Public Library, which I visited during a trip to Dodge City in April 2023. A list of materials reviewed are included in Appendix A.

## 2.    KEY CONCEPTS

2.01    "Intergroup relations" refers to the ways in which people who belong to social groups, such as ethnic and racial groups, perceive, think about, feel about, and act towards and interact with people in other groups. In the present case, the interest is in race relations in Dodge City, Ford County, and Kansas.

2.02    "Race relations" are the dynamics that exist among members of racially defined groups, as well as the dynamics that prevail between groups.

2.03    "Racism" refers to a system based on ideologies that define social groups as superior and inferior on a mix of physical and/or cultural characteristics, and is used to deny members of the racially defined inferior groups full participation in society.

2.04    "Institutional racism" is the perpetuation of racial inequality through the day-to-day practices of social institutions.

2.05    "Structural racism" refers to the totality of ways in which dominant groups in society foster and maintain racial discrimination through mutually reinforcing systems of housing, education, employment, earnings, benefits, credit, media, health care and criminal justice. These patterns and practices in turn reinforce racial beliefs, values and the distribution of opportunities and resources.

2.06    "Discrimination," in this case, refers to racial discrimination, which means behaviors and practices by individuals, and policies and practices by groups, which deny members of groups defined as racially inferior full economic and political opportunities and social freedoms.

2.07    "Perceived threat" is the perception on the part of members of the dominant group that a group deemed inferior is threatening to displace their status, culture, and institutions in society. Members of the dominant group are likely to engage in discriminatory actions, such as exclusionary policies and practices, against the particular group associated with the perceived threat.

## 3.    HISTORY OF DODGE CITY

3.01    Dodge City was founded on the banks of the Arkansas River near Fort Dodge in 1872 as the Dodge City Town Company for the purpose of establishing a town.

3.02    Whites lived on the north bank of the river and Blacks on the south bank. With the arrival of the railroad in 1872, Dodge City quickly became a major shipping site of buffalo hides and, a few years later, cattle brought up from Texas. With the cattle came some *vaqueros*, Mexican cowhands.

3.03    Dodge City became known for its vice and lawlessness in its early years, with the southside of town hosting saloons, dance halls, and brothels serving cowhands arriving with the large herds of cattle to be shipped.

3.04    In June 1873, a Black businessman in Dodge City was murdered by White men resulting in the first homicide indictment in the City. In July 1873, another was mobbed by Whites and beaten, but not killed. Mobbing involved nonlethal violence.

3.05    The Census of 1880 set the population of Dodge City at 1,279, of which 169 were foreign born. Of the foreign born, 136 were born in Europe (most in Germany) and 33 were born elsewhere. Forty-two were classified as "Negro" or "Mulatto," and were socially and economically relegated to the lowest stratum of the City.

3.06    The pull of railroad work brought the early generations of Mexicans to Dodge City and to other towns and cities in Kansas early in the 20th Century. Around this time, beet production attracted Mexican workers, especially in nearby Garden City. Later on, meatpacking plants attracted more generations, with numbers increasing as the demand for labor increased.

3.07    In 1961, Hyplains Dressed Beef opened the first meatpacking plant in Dodge City. The same plant is today operated by National Beef. Today, Dodge City, along with Garden City and Liberal, comprises what is known as the Meatpacking Triangle, the region in southwest Kansas that hosts four of the largest meatpacking companies in the country.

3.08    Meatpacking is one of the most dangerous and disagreeable of occupations, with workers at increased risk of work-related injuries and illnesses (Gerr, 2021; Ramos, et al, 2021). It is a highly competitive industry, and companies keep wages and benefits to a minimum (Stull & Broadway, 1995). The labor force is disproportionately comprised of racial and ethnic minorities and Mexican immigrants, many of whom are undocumented.

3.09    The Immigrant Reform and Control Act of 1986 granted amnesty to undocumented persons who met certain requirements. By Executive Order, President Ronald Reagan granted amnesty to the children of parents who qualified.

3.10    The legalization of undocumented immigrants permitted greater ease for this population to migrate to places in the Midwest and the South, known as "new destination sites." Coupled with family unification laws, which allow citizens and green card holders to sponsor relatives to come to the U.S., there has been an increase in the number of documented Mexican immigrants in Dodge City.

3.11    The population of Dodge City increased from 1,942 in 1900 to 27,788 in 2020. Census figures set the percentage of Hispanics at 64.6% in 2021. Of these, the overwhelming majority are of Mexican-origin or ancestry.

3.12    Demographically, the population in Dodge City has shifted from a White American majority to a Hispanic majority. This is the result of a decline in the White American population and dramatic increases in the Hispanic population. This is most evident among the school age population, with Hispanic students in the school district comprising 80 percent of the enrollees.

3.13    On September 7, 2009, Sam Bonilla (a Mexican) shot and killed Steven Holt and wounded Tanner Brunson (both White men) in the dry bed of the Arkansas River in Dodge City. Bonilla claimed he was defending himself. The incident led Claire O'Brien, reporter for the *Daily Globe*, to "uncover" racial undercurrents and hostilities toward Hispanics among some White Dodge Citians and biases in the criminal justice system. O'Brien reported that one of the victims was known, among other persons in the area, to hold anti-Hispanic beliefs and to have a supply of semi-automatic weapons (Associated Press, 2010; Trillin, 2010).

3.14    Today, Dodge City promotes itself as a "wild west" tourist attraction and promotes the National Day of the Cowboy which has the slogan "Preserving Pioneer Heritage and Cowboy Culture." It has a ten-point code of conduct for cowboys and cowgirls; interestingly, while

acknowledging Gene Autry's cowboy code, the current code does not include #5, which states "He must not advocate or possess racially or religiously intolerant ideas."

3.15    In a context in which "White Cowboys" and their families in Dodge City have become a numeric minority, promoting the "cowboy heritage" can be interpreted, at least partly, as a response to the demographic shift that has occurred in Dodge City. It is the intensification of the affirmation of identity in a context in which the dominant culture may be perceived as threatened. In 2019, Dodge City hosted National Day of the Cowboy dignitaries who visited Dodge City Days and rode in the Dodge City Drovers float during the Dodge City Days Western Parade.

3.16    In April 2020, as the coronavirus spread across the country, President Trump declared chicken, pork and meat processing plants critical infrastructure and ordered them to remain open to avoid the collapse of the supply chain and shortages in supermarkets. Meatpacking workers, a disproportionate number of whom are Hispanic, became "essential workers" and bore the brunt of the disease, facing outbreak after outbreak. In Kansas, only long-term care facilities, jails and prisons had more outbreaks, yet meatpacking workers were not among the first groups to receive the vaccine when it became available in 2021.

3.17    White American leaders in Dodge City and Garden City tend to view all generations of Mexican Americans as Mexicans and to attribute to them a "natural distrust of government" as a way of explaining their limited participation in electoral politics (Dickens, 2019). In other words, White leaders in Dodge City and Garden City suggest that it is this supposed distrustful culture that explains Mexicans' limited participation in electoral politics, as opposed to their lower socioeconomic status and/or barriers to the vote. This view is more likely based on stereotypes than on reality.

3.18    Early in 2023, it was reported that Packers Sanitation Services was illegally employing minors to clean meatpacking plants in eight states, including Kansas. In Dodge City, 26 minors were found cleaning the Cargill plant, and Packers Sanitation Services was fined $393,588 (Department of Labor, 2023). Some of the minors may have been victims of human trafficking (Stickler, Martinez & Ainsley, 2023).

3.19    On April 6, 2023, during a visit to Dodge City, I spoke with an immigrant who is originally from Zacatecas, Mexico, who after a lifestyle as a migrant worker, settled in Dodge City just south of E. Trail Street. He retired from one of the meatpacking plants where, according to him, Mexicans, Puerto Ricans, Guatemalans, and other Hispanics work. He mentioned the Drovers Parade as an event held by White Dodge Citians, and he complained of the brick-paved streets and how difficult it is to get the City to pave the streets with concrete in his neighborhood. These streets are just north and east of Dodge City's historic downtown. This section of the City has a high density of Mexicans and other Hispanics.

**Housing Segregation**

3.20    Mexicans arrived in Dodge City early in the 20th Century to work on the railroad. They were housed in company housing made of railroad ties and wood scraps in a railroad yard south

of the railroad tracks in a community known as *La Yarda* (the yard) by the residents and as the Mexican Village by White Dodge Citians. The Village was described as an "assemblage of shacks" (Mines, 1980).

3.21    The Mexican Village, over time, consisted of three settlements. The housing units in the Village were eventually eradicated in the late 1950s as an "unsanitary sore," and the Mexican populations moved north of the tracks into the Eastside of Dodge City, which is located in the southeast quadrant of the City.[3] Other Mexican workers who could afford to pay rent were already living in that section of the City.

3.22    Dodge City had a history of restrictive covenants in housing sales, which prohibited the sale of houses and transfer of residences in certain areas of the City to Mexicans and Blacks (Martinez, 1985). Housing in Dodge City remains highly segregated, with White residents concentrated in the northern part of the City and Hispanics concentrated in the southern part of the City.

### Education Segregation

3.23    Mexicans attended mass at the Sacred Heart Church in Dodge City until the first church of Our Lady of Guadalupe Church Parish was constructed in the Mexican Village in 1915. The facility also served as a school from 1915 to 1920, when a school building was constructed in the Village. That school existed until 1948, when the building was sold and began to be used as an office. Students transferred to Roosevelt School in the east side (Wenzl, 2022).

### Segregation in Public Spaces

3.24    Mexicans in Dodge City were routinely denied access to public accommodations and were restricted to certain sections of theaters. It was not until the passage of the 1964 Civil Rights Act that these restrictive practices began to be eliminated.

3.25    In 1998, in an oral history interview, Louis Sanchez (August 19, 1923 – October 8, 2020), the first Mexican mayor of Dodge City, spoke about how discrimination against "Mexicans" was common in Dodge City, including denying them and Blacks use of the public swimming pool.

3.26    According to Sanchez, Mexicans founded a chapter of the G.I. Forum in 1954 and began challenging institutionalized segregation in Dodge City. The G.I. Forum is a Mexican American civil rights organization founded in Texas in 1948 after a White-owned funeral home refused a Mexican American family funerary service for their son who was killed in WWII.

3.27    In 2008, the Dodge City Daily Globe cited Fred Rodriguez, who grew up in the Mexican Village and told of Mexicans not being allowed to attend dances in Dodge City when he was young. As young adults, Mexicans had to travel to Garden City and other nearby cities to attend dances.

---

[3] This process is known as an ecological succession process in which an established population moves out of an area and another moves in. In this case, Mexicans moved into an area that previously had been inaccessible to them.

3.28    Rodriguez was further cited as saying that discrimination against Mexicans was commonplace. Because they were not allowed to use the public swimming pool, they had to swim in the Arkansas River. They also were not allowed to patronize the barber shops in the downtown area, nor to use Spanish in school or in stores.

3.29    Rodriguez further noted that no distinctions were made by White Dodge Citians between Mexicans, with all regarded as "Mexicans" even those born in the United States. Historically, as many as six generations of Mexicans have likely been born in Dodge City.

## 4.    HISTORY OF DISCRIMINATION IN KANSAS

4.01    The Kansas-Nebraska Act of 1854 established the Territory of Kansas. Early into White American entry into what is now Kansas, a number of forts had been established in the area that would become the Kansas Territory. The first was Fort Leavenworth which was established in 1827, six years after the Santa Fe Trail was opened. The Kansas Territory was established in 1854 and the first election was held in November of that year to elect a delegate to Congress. From its inception, the Territory experienced violence and political unrest between abolitionists and pro-slavery settlers. A secret pro-slavery political society was established in Missouri that extended into the Kansas Territory. Its aim was to extend slavery into the Territory and other territories. Election fraud was common, with western Missourians crossing into the Territory to vote. These differences influenced the founding of towns, with anti-slavery settlers helping found Topeka and Lawrence, and pro-slavery Missourians founding Atchison and Leavenworth. The violence and political unrest in the Territory became so severe that the U.S. House of Representatives established a Special Committee in 1856 to Investigate the Troubles in Kansas. In 1861, Kansas became the 34th state during the Civil War as a Free State after a battle between abolitionists and pro-slavery settlers.

4.02    As in the South, the lynching of African Americans is part of the history of Kansas. Lynching and White-led riots began as early as 1861. In many instances, the intent was to drive Blacks out of Kansas and to keep them from moving into the state. From 1861 through 1927, approximately 227 incidents of racial violence, including homicides, police killings, mobbing, lynching, race riots, and threats of lynching occurred throughout Kansas (Campney, 2015).

4.03    In 1869, outside of Hays, three Black soldiers accused of shooting and killing a White man were taken from jail and lynched from a railroad trestle. In 1989, one hundred and twenty years later, the Ellis County Commission gave a five-mile stretch of road near that bridge where the lynching took place the name "Noose Road." It was only in June of 2020 that the County Commission changed the name to Rome Road after citizens expressed concerns.

4.04    Figure 1.  Map of formerly "Noose Road," Big Creek, KS 67601



Source: https://www.google.com/search?client=firefox-b-1-d&q=Noose+Road+in+KS

4.05    Like many other towns in Kansas and the Midwest, Hays was a "sundown town." These were towns promoted as "all white" and Blacks were not allowed to be in town once the sun went down. While many think that sundown towns were mostly in the South, they were actually more numerous in the Midwest (Campney, 2015).

4.06    The first saloon was opened in Dodge City in 1872 by George Hoover, who would go on to serve as mayor several times, as commissioner, and as state legislator. In 1880, Kansas voters ratified a constitutional amendment that prohibited the manufacture and sale of "intoxicating liquors." Hoover and other mayors of Dodge City would repeatedly violate prohibition laws, and Dodge City became known as the most "flagrant violator."

4.07    In 1893, a White woman in Salina alleged she had been raped and described the assailant as a "half-breed Mexican" with thick lips who apparently had fled town. Days later, the accuser changed her story to fit public opinion that had been whipped up by local and regional newspapers that claimed the assailant was "undoubtedly a negro." In the midst of prevailing public sentiment that attacks and "razor slashing" of women was becoming common, a Black man was lynched for an alleged knife attack (Campney, 2015).

4.08    On April 18, 1932, a lynching of a Black man took place in Rawlins County. The last lynching before this one had taken place on April 19, 1920 in Crawford County, Kansas.

4.09     Small cities like Lyons, Salina, and Herington, all located west of Topeka and north of Wichita, moved aggressively to limit Mexicans in public places. The segregation of Mexicans became so common that the Mexican Consulate complained about the practices in 1915. In Salina that year, the police chief told the Consul that Mexicans could frequent Black but not White establishments.

4.10    In 1915 in Salina, threatening notes were posted at the homes of Black voters just before a local election.

4.11    In 1915, the Mexican Consul implored the Governor to intervene in Herington where police were breaking into Mexican homes in search of offenders.

4.12    In 1920, Seaman High School in Topeka was founded by Fred Seaman, a leader (Exalted Cyclops) in the Ku Klux Klan (KKK). The high school was named after him. It is estimated that in the mid-1920s there were 30 KKK chapters in Kansas and about 60,000 Klansmen. The KKK was outlawed in Kansas in 1925 when the Kansas Supreme Court held that a foreign corporation (one organized under the laws of another state) that had not obtained permission from the state charter board to conduct business in state could be ousted.

4.13    Seaman was instrumental in consolidating nine school districts to establish USD 345, which bears his name. In 2021, the District Board voted to keep the name but dissociated the District from Seaman.

4.14    On October 14, 1922 the Mayor of Liberty, Kansas was abducted by Klansmen and whipped for speaking out against the Klan and refusing to rent a hall to men suspected of being Klansmen. He was Catholic, and Catholics, Jews and Negroes were deemed undesirables by Klansmen.

4.15    In July, 1922, the Klan held a parade in Udall, Kansas. According to a railroad retiree in 1955 who had witnessed the parade, "all the Negroes in the town left then and never returned" (Campney, 2015: 187). By 1930, the Klan was no longer in public view.

4.16    Mexicans in Wichita up through the 1950s could not enter restaurants, barber shops, theatres, and could not rent houses. The usual reason given was "We do not do business with Mexicans" (Franco, 1950: 53). Such was the case in other communities in Kansas, including Dodge City.

4.17    As late as 1955, Mexicans in Garden City were not allowed in the public dining areas of restaurants and could only be served in the kitchen areas.

4.18    According to the Department of Justice, hate crimes in Kansas based on Race/Ethnicity/Ancestry spiked from 38 in 2019 to 85 in 2020, reflecting an increase of 124 percent. The crimes tended to be both against persons and property.

4.19    In 2022, the Kansas legislature passed, and the governor signed into law, HB 2717, an anti-immigration bill which prohibits municipalities from taking action to prevent local law enforcement from working with federal immigration authorities. It also prohibits the use of municipal ID cards for state identification purposes such as voter ID.

## 5.    EDUCATIONAL SEGREGATION OF MEXICANS IN KANSAS

5.01    In its 1876 statute, "District Schools Free to All Resident Children," Kansas established a two-tier system of public education, one tier for first-class cities with populations greater than

15,000, and another for second-class cities.[4]

5.02    Statutes at the time allowed school boards in first-class cities to establish separate elementary schools for White and "colored" children and allowed segregated high schools only in Kansas City. Second-class cities were not permitted to establish separate schools for White and colored children.

5.03    Mexicans arrived in Kansas in visible but relatively small numbers between 1905 and 1930, and receiving communities generally responded to their arrival through separation policies.

5.04    A dual system of education already existed in Kansas when Mexicans arrived in which the segregation of Black students was allowed at the elementary schools and at a high school by statute in cities of first-class. Famously, it was the Board of Education of Topeka that went all the way to the U.S. Supreme Court to defend its policy of *de jure* segregation of Black students in the landmark *Brown v. Board of Education* case.

5.05    Education was a principal institution in which separation policies were evident and where Mexicans were likewise seen and treated as a distinct race, with *de facto* tri-race systems of education functioning at local levels. In effect, this was the construction of "Mexican" as a race in Kansas.

5.06    In Kansas City, where one of the largest concentrations of Mexicans has historically been located, a separate school was established for Mexican children in response to demands by White parents who did not want their children mingling with Mexican children. Established in 1923 in the Argentine District, the "Mexican School" was named the Clara Barton School, which served the students until 1953, when it was damaged by flood.

5.07    A pattern of educational segregation emerged in the 1920s relative to Mexican students where they were separated by classrooms (as in Hutchinson) and, in many cases, by schools (as in Kansas City), depending on the density of the population. While the federal government classified Mexicans as "white," in Kansas City they were "classified" and treated in the same discriminatory manner as Black students in the education system. This also occurred in other sectors. For instance, according to a master's thesis from 1950, at Bell Memorial Hospital in Kansas City, dark-complected Mexican patients were placed in rooms with Black patients and light-complected patients were placed in the white ward. Similar patterns occurred in other cities and towns in Kansas.

5.08    In Rosedale in 1924, a controversy erupted over the exclusion of Mexican students from attending a new school. The State Superintendent of Education, in response to concerns raised by the Mexican Consul, failed to see an injustice in the practice of segregation. The press announced that the "racial problems" had been solved through the opening of a new school and the separation of White and Mexican students.

---

[4] First-class cities have populations greater than 15,000. Second class cities have populations between 2,000 and 15,000, and third-class cities have populations of less than 2,000.

5.09    By the 1930s, the schools in Salina used three categories: 1) White males; 2) White females; and, 3) "Colored and Mexicans." In Hutchison, parents at some schools expressed fear of the "foreign element" in school life.

5.10    There were several purported rationales for separate schools. One rationale was that Mexicans should be schooled separately so they would not allegedly hold up learning among White students. Another rationale was that the process of "Americanization" would proceed unimpeded.[5] Other alleged benefits of educational segregation of Mexicans in Kansas included avoiding over-crowding, poor sanitation, and the benefit of personal instruction that would allegedly flow from separate schools.

5.11    Despite these claimed benefits of separation, it was a general pattern that the "Mexican schools" had inadequate and deplorable facilities.

## 6.0  HISTORICAL BACKGROUND OF ELECTIONS IN DODGE CITY

6.01    Dodge City was elevated by Kansas to a municipality of the third-class in 1875 and it held its first election on December 1.

6.02    In 1886, the mayor and city council members of Dodge City were elected by a ward-based system consisting of three wards. In 1887, Dodge City was elevated to a second-class city.

6.03    Election reforms during the Progressive Era at the turn of the 20th Century included expanded use of the at-large election method, which would become the most common method used by local governments by the middle of the 20th Century. The rationale for the adoption of the at-large election method during this period was to ensure "Good Government" by electing the most capable in a city and at the same time preventing the working classes and racial minorities from having local decision-making influence.

6.04    The Weinstein-Hays Thesis regarding the rise of commission plans and at-large elections during the Progressive Era is widely accepted by historians of politics. Weinstein stated that "[t]he heart of the [commission] plan, that of electing only a few men on a citywide vote, made the election of minority or labor candidates less likely than before. This was so because the resources needed to conduct a citywide campaign were much greater than those needed for a ward election, and because minorities–political, racial, or national–were usually concentrated in specific wards" (Weinstein, 1962: 177). Similarly, Hays stated "[t]he movement for reform in municipal government, therefore, constituted an attempt by upper-class, advanced professional, and large business groups to take formal political power from the previously dominant lower- and middle-class elements so that they might advance their own conceptions of desirable public policy" (Hays, 1964: 162).

---

[5] The Americanization Movement of the early 20th Century was a nation-wide movement that sought to culturally assimilate immigrants. "The education of Mexican-origin students under the assimilationist agenda of Americanization took place in segregated schools…[Mexican students were seen] as "unmotivated, disease-ridden, and intellectually inferior" (Galindo, 2011: 334).

6.05    The use of the at-large method of election was to ensure that businessmen ran local government (Hays, 1964).[6]

6.06    In 1911, using an at-large election method, Dodge City implemented the mayoral and commission model for local governance adopted by the voters in 1910, replacing the mayor-council and ward design that was in place. At that time, Dodge City consisted of four wards.

6.07    In 1911, the Commercial Club of Dodge City had this to say about the leadership of City government: "They have been selected with reference to their special qualifications for the positions they occupy and from our best known and respected business men" (1911: 20-21). The Club was comprised exclusively of White men.

6.08    As late as 1980, no Mexican had been elected to the City Commission, the County Commission, the School Board, nor to the State Legislature, despite a few having run for office.

6.09    Louis Tovar Sanchez (August 19, 1923 - October 8, 2020), as noted earlier, was the first Mexican to be elected to the Dodge City Commission (1982) and the first to become mayor of Dodge City (1984). Having umpired for the Dodge City Softball Association and coached the women's softball team that made it to state-level competition in 1981, he had a high profile in Dodge City and was a sort of local celebrity.

6.10    In the early 1980s, when the renewal of the Voting Rights Act was under consideration, the *Dodge City Daily Globe* carried articles on the at-large election method. On April 12, 1984, it cited Senator Bob Dole, senior senator from Kansas and a strong proponent of voting rights, stating that at-large elections "cancel out minority votes."

6.11    In 2009, Mario Sanchez was elected to the USD 443 School Board. He ran for reelection in 2013 but was not reelected. He is running again in 2023.

6.12    In 2011, the Kansas legislature passed the Kansas Secure and Fair Elections Act (SAFE Act) requiring documentary proof of citizenship when registering to vote. In 2018, the U.S. District Court for the District of Kansas ruled that the SAFE Act violated the 14th Amendment to the U.S. Constitution. The Act was challenged in part on grounds that it would have a disproportionate impact on Hispanics in Kansas.

6.13    On September 28, 2018, the Ford County Elections Clerk gave public notice that the sole polling site in Dodge City would be temporarily moved to the Dodge City Expo Center located south and outside of the City limits. The Expo Center is approximately 4 miles south of the Civic Center, where the polling site is usually located. The nearest bus stop to the Expo Center is approximately a mile away.

6.14    Two refugees from Sudan interviewed by *The Wichita Eagle* on election day, November 6, 2018, stated they had used provisional ballots because one was not aware he had to take his

---

[6] See testimony of C. Vann Woodward and that by J. Morgan Kousser in U.S. House of Representatives, *Extension of the Voting Rights Act*, 1982).

passport ID and the other had changed addresses since having registered. This raises questions about how much voter education is being conducted by the Elections Office.

6.15    Following litigation, the Ford County Elections Clerk decided that a second polling site would be opened during future elections held in Dodge City. These will be at the Civic Center and the Hoover Pavilion.

6.16    The Statement of Votes Cast on the General Election, Ford County, KS on November 08, 2022 shows 11,743 registered voters in Dodge City. Two polling sites for this number of registered voters averages 5,871 per site, which is significantly higher than the estimated national average of 1,547 registered voters per polling place (Election Assistance Commission, 2017).

6.17    To date, no Hispanic woman has been elected to the Dodge City Commission. Although Blanca Soto was appointed to fill a vacancy left by a commissioner who resigned due to threats for having supported vaccinations during the COVID-19 pandemic, Soto was not elected in the fall 2021 election cycle.

## 7.0    AT-LARGE ELECTIONS AND ETHNIC AND RACIAL MINORITY VOTERS

7.1    Social science studies of at-large elections and ethnic and racial minority communities generally find that this election method provides significantly less minority representation than other methods because of voter dilution (Fraga, 1988; Zax, 1990; Kousser, 1999).

7.2    The at-large election method is one among many schemes used to minimize the political power of racial and ethnic minority populations (Berry & Dye, 1979; Kousser, 1999).

7.3    At-large election methods have been used as barriers to minority officeholding (Kousser, 1999).

7.4    A sense of powerlessness is likely to arise among voters when votes cast in elections do not result in the election of candidates that can give expression to their interests and grievances (Ortiz, 1982).

7.5    Minority candidates usually are unable to raise sufficient funds from their own communities to launch competitive campaigns in at-large elections, and this represents a major hurdle for these candidates (Berry & Dye, 1979).

7.6    At-large elections negatively impact Hispanic representation in both local government and school board elections (Abbott & Magazinnik, 2020; Leal, Martinez-Ebers, & Meier, 2004).

7.7    Changes from at-large elections methods to single district elections tend to increase minority representation (Abbott & Magazinnik, 2002; Polinard, Wrinkle, & Longoria, 1991).

## 8.0    CONCLUSIONS

8.01    Both Kansas and Dodge City have a history of racial discrimination against Mexicans.

8.02    That history is integrated with and parallels discrimination against other minorities, including African Americans.

8.03    Historically, institutionalized racism against "Mexicans" is modeled on that against African Americans and involved educational and housing segregation, and denial of public accommodations.

8.04    Historically, the use of at-large elections has been used to limit the electoral influence of selected populations, namely ethnic and racial minorities and members of the working class.

I reserve the right to continue to supplement my declarations in light of additional facts, testimony and/or materials that may come to light.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: May 19, 2023


_____
Rubén Martinez, Ph.D

Appendix A
**Documents reviewed in connection with Miguel Coca and Alejandro Rangel-Lopez
(the "Plaintiffs") in voting rights litigation currently pending in the United States
District Court for the District of Kansas**

Abott, C., & Magazinnik, A. (2020). "At-Large elections and minority representation in local government." *American Journal of Political Science*, 64(3), 717-733. https://hdl.handle.net/1721.1/140916.

Aistrup, J. A. (2016). "Kansas elections: Then and now." *Kansas Journal of Law & Public Policy*, 25 (3), 301-328.

Amy, D. J. (2001). "The state of the electoral reform movement in the United States." *Representation*, 38(2), 159-170.

Anderson, J. M. (1987). "Politics and purpose: hide and seek in the gerrymandering thicket after *Davis v. Bandemer.*" *University of Pennsylvania Law Review*, 136(1), 183-237.

Associated Press. (2010). "Dodge City Globe reporter fired." *The Topeka Capital Journal*, cjonline: https://www.cjonline.com/story/news/local/2010/03/09/dodge-city-globe-reporter-fired/16504774007/.

Bailey Z. D., Krieger, N., Agenor, M., Graves, J., Linos, N., & Bassett, M. T. (2017). "Structural racism and health inequities in the USA: evidence and interventions." *The Lancet*. 389 (10077):1453-1463.

Berinsky, A. J. (2005). "The perverse consequences of electoral reform in the United States." *American Politics Research*, 33(4), 471-491.

Berry, B. L., & Dye, T. R. (1979). "The discriminatory effects of at-large elections." *Florida State University Law Rev*iew, 7(1), 85-122.

Bezdek, R. R., Billeaux, D. M., & Huerta, J. C. (2000). "Latinos, at-large elections, and political change: evidence from the 'transition zone.'" *Social Science Quarterly*, 81(1), 207-225.

Birenbaum, J. (1977). "Discriminatory effect of elections at-large: the totality of circumstances doctrine." *Albany Law Review*, 41(2), 363-388.

Blanchard, L. H. (1931). *The conquest of Southwest Kansas*. Wichita, KS:  The Wichita Eagle Press.

Bonapfel, P. W. (1976). "Minority challenges to at-large elections: The dilution problem." *Georgia Law Review*, 10(2), 353-390.

Campa, A. (1990). "Immigrant Latinos and resident Mexican Americans in Garden City, Kansas: Ethnicity and ethnic relations." *Urban Anthropology and Studies of Cultural Systems and World Economic Development*, 19(4), 345-360.

Campney, B. M. S. (2015). *This Is Not Dixie: Racist Violence in Kansas, 1861–1927*. Urban, IL: University of Illinois Press.

Carman, J. Neale. (1962). *Foreign Language Units of Kansas: Historical Atlas and Statistics*. Lawrence, KS: University of Kansas.

Carleton, R. P. (1992). "*Williams v. City of Dallas*: Campaign costs in at large districts as a factor in proving voting dilution claims." *George Mason University Civil Rights Law Journal*, 2(2), 341-360.

Clark, Victor. (1908). "Mexican Labor in the United States." In U.S. Department of Commerce and Labor, *Bulletin of the Department of Labor*, No. 78, (pp. 462-522). Washington, D.C.: GPO.

Cleary, R. M. (2002). *The education of Mexican-Americans in Kansas City, Kansas, 1916–1951* [Master's Thesis, University of Missouri, Kansas City, MO].

Condos, D. (2021, November 22). Even in the most Hispanic cities in Kansas, getting elected as a Latina is an uphill battle. *High Plains Public Radio*, https://www.hppr.org/hppr-news/2021-11-22/even-in-the-most-hispanic-cities-in-kansas-getting-elected-as-a-latina-is-an-uphill-battle.

Condos, D. (2021, August 4). Kansas' history of racist violence often proves too heavy for words. *The Journal*. https://klcjournal.com/kansas-racist-violence-history/.

Condos, D. (2021, March 2). What the history of 'Noose Road' tells us about Kansas, race and the lynchings of Black men. *High Plains Public Radio*. https://www.hppr.org/hppr-news/2021-03-02/what-the-history-of-noose-road-tells-us-about-kansas-race-and-the-lynchings-of-black-men.

Davidson, C., & Korbel, G. (1981). "At-large elections and minority-group representation: A re-examination of historical and contemporary evidence." *The Journal of Politics*, 43(4), 982-1005.

Davidson, C. (2021). "Reforming a reform: The attack on multimember districts." In Merle Black and John Shelton Reed (Eds.), *Perspectives on the American South* (pp. 143-149). Boca Raton, FL: CRC Press (Original work published in 1981).

Dickens, A. R. (2019). *Narrating migrants and cowboys: Language and race in Southwest Kansas local government.* [Master's Thesis, University of California, Los Angeles].

Dodge City Commercial Club. (1911). *Dodge City and Ford County Kansas: A history of the old and a story of the new*. Larned, KS: Tucker-Vernon Publishing Co. http://genealogytrails.com/kan/ford/historyoldandnew.html.

Dodge City Globe. (2022). *Dodge City, celebrating 150 Years. The West is just the beginning*, A supplement of the Dodge City Globe. Dodge City, KS: Dodge City Globe.

Donato, R., & Hanson, J. (2017). ''In these towns, Mexicans are classified as Negroes'': The politics of unofficial segregation in the Kansas Public Schools, 1915–1935. *American Educational Research Journal*. 54(1S): 53S–74S.

Dykstra, R. R., & Manfra, J. A. (2017). *Dodge City and the birth of the Wild West*. Lawrence, KS: University of Kansas Press.

Editorial Board. (1970). "Note: Ghetto voting & at-large Elections: A subtle infringement upon minority rights." *Georgtown Law Journal*, 58(5), 989-1012.

Editorial Board. (1982a). "The constitutional significance of the discriminatory effects of at-large elections." *Yale Law Journal*, 91(5), 974-999.

Editorial Board (1982b). "Alternative voting systems as remedies for unlawful at-large systems." *Yale Law Journal*, 92(1), 144-160.

Election Assistance Commission. (2017). *Poll workers and polling places*. https://www.eac.gov/sites/default/files/document_library/files/EAVSDeepDive_pollworkers_pollingplaces_nov17.pdf.

Ellis County Commission. (2020). *Special meeting: Order of business*. Available online: https://www.ellisco.net/AgendaCenter/ViewFile/ArchivedAgenda/_06222020-160.

Franco, H. (1950). *Mexicans in Wichita* [Master's Dissertation, University of Wichita]. https://soar.wichita.edu/bitstream/handle/10057/22238/t1950_Franco.pdf?sequence=1

Fraga, L. R. (1988). "Domination through democratic means: Nonpartisan slating groups in city electoral politics." *Urban Affairs Quarterly*, 23(4), 528-555.

Frank, T. (2004). *What's the matter with Kansas: How conservatives won the heart of America*. New York, NY: Metropolitan Books.

Friedman, A. K. (2005). "Voter disenfranchisement and policy toward election reforms." *Review of Policy Research*, 22(6), 787-810.

Fromer, J. C. (2005). "An exercise in line-drawing: Deriving and measuring fairness in redistricting." *Georgetown Law Journal*, 93(5), 1547-1622.

Garcilazo, Jeffrey M. *Traqueros: Mexican Railroad Workers in the United States, 1870 to 1930*. [Doctoral Dissertation, University of California, Santa Barbara, CA].

Gerr, F. (2021). "Meatpacking plant workers: A case study of a precarious workforce." *Journal of Occupational and Environmental Hygiene*, 18(4-5), 154-158.

Gonzalez, J. (2022). *Harvest of empire: A history of Latinos in America*. 2nd rev. and Updated Ed. New York, NY: Penquin Random House.

Governing Body of the City of Dodge City. (2022). *Code of the City of Dodge City Kansas*. https://www.dodgecity.org/DocumentCenter/View/3/Code-of-the-City-of-Dodge-City?bidId=.

Gribble, G. (1940). *George M. Hoover, Dodge City Pioneer* [Master's Dissertation, University of Wichita].

Hays, S. P. (1964). "The politics of reform in municipal government in the progressive era." *The Pacific Northwest Quarterly*, 55(4), 157-169.

Haywood, C. R. (1985). "The Dodge City census of 1880: historians' tool or stumbling block?" *Kansas History*, 8(2), 95-109.

Haywood, C. R. (1988). "'No less a man': Blacks in Cow Town Dodge City, 1876-1886." *The Western Historical Quarterly*, *19*(2), 161-182.

Hoffman, A. (1974). *Unwanted Mexican Americans in the Great Depression: Repatriation pressures, 1929-1939*. Tucson, AZ: University of Arizona Press.

Hritzuk, N., & Park, D. K. (2000). "The question of Latino participation: From an SES to a social structural explanation." *Social Science Quarterly*, 81(1), 151-166.

Hull, J. (1978). "Challenges to at-large election plans: modern local government on trial." *University of Cincinnati Law Review*, 47(1), 64-77.

Irwin, A. S. (1978). "At-large voting dilution claims: the fifth circuit requires racially motivated discrimination." *Cumberland Law Review*, 9(2), 443-456.

Jeffrey, S. Z. (1990). "Election methods and black and Hispanic city council membership." *Social Science Quarterly.*" 71(2), 339-335.

*Kansas heritage: Ford County*. Fort Hays State University Forsyth Library. (n.d.). Retrieved April 1, 2023, from https://fhsuguides.fhsu.edu/kansasheritage/fordcounty.

Koenigsberg, D. A. (1981). "The standard of proof in at-large vote dilution discrimination cases after *City of Mobile v. Bolden*." *Fordham Urban Law Journal*, 10(1), 103-146.

Kousser, J. M. (1981). *The undermining of the first reconstruction: Lessons for the second*. Humanities Working Paper 64. Pasadena, CA: California Institute of Technology. https://authors.library.caltech.edu/15031/1/HumsWP-0064.pdf.

Kousser, J. Morgan. (1999). *Colorblind Injustice: Minority Voting Rights and the Undoing of the Second Reconstruction*. Chapel Hill: The University of North Carolina Press.

Laird, J. (1975). *Argentine, Kansas: The evolution of a Mexican-American community, 1905–1940* [Doctoral Dissertation, University of Kansas, Lawrence, KS.]

Leal, D. L., Martinez-Ebers, V., & Meier, K. J. (2004). "The politics of Latino education: The biases of at-large elections." *The Journal of Politics*, 66(4), 1224-1244.

Longoria, T. Jr., Wrinkle, R. D., & Polinard, J. L. (1990). "Mexican American voter registration and turnout: Another look." *Social Science Quarterly*, 71(2), 356-361.

Martinez, A. D. (1983). "The historical development of the Mexican-American community of Dodge City, Kansas." *International Social Science Review*, 58(3), 159-167.

Martinez, A. D. (1985). "Los de Dodge City, Kansas: A Mexican American Community at the Heartland of the United States." *Journal of the West*, 24(2), 88-95.

Mines, Cynthia. (1980). *Riding the Rails to Kansas: The Mexican Immigrants*. [Master's Thesis, McPherson College, McPherson, KS].

National Park Service. (2021). *Chaos in early Kansas elections*. https://www.nps.gov/teachers/classrooms/voting.htm.

Ortiz, D. R. (1982). Alternative voting systems as remedies for unlawful atlarge systems. *Yale Law Journal*, 92, 144-160.

Packer, M. (1982). "Tracking the court through a political thicket: at-large election systems and minority vote dilution." *Urban Law Annual*, 23, 227-262

Polinard, J. L., Wrinkle, R. D., & Longoria T. Jr, (1991). "The impact of district elections on the Mexican American community: The electoral perspective." *Social Science Quarterly*, 72(3), 608-614.

ProximityOne Decision-making Information. *Hispanic population by specific origin - examining Hispanic demographics by county*. Accessed May 15, 2023. http://proximityone.com/hispanic_origin.htm.

Ramos, A. K., Carvajal-Suarez, M., Trinidad, N., Quintero, S. A., Molina, D., Johnson-Beller, R., & Rowland, S. A. (2021). "Health and well-being of Hispanic/Latino meatpacking workers in Nebraska: An application of the health belief model." *Workplace Health & Safety*, 69(12), 564-572.

Ricca, F., & Trebbi, F. (2022). *Minority underrepresentation in U.S. cities* (No. w29738). National Bureau of Economic Research. https://www.nber.org/system/files/working_papers/w29738/w29738.pdf.

Rodriguez, R. G. (2021). "Has the sleeping giant wakened in Kansas? An overview of Latino voting behavior in the sunflower state." *Great Plains Research*, 31(2), 145-157.

R. S. B. (1981). "Voting rights act and local at-large elections." *The Virginia Law Review*, 67(5): 1011-1034.

Shillingberg, W. B. (2009). *Dodge City: The early years, 1872-1886*. Norman, OK: The Arthur H. Clark Company.

Sloan, L. (1969). "'Good government' and the politics of race." *Social Problems*, 17(2), 161-175.

Stahl, K. A. (2010). "The artifice of local growth politics: At-large elections, ballot-box zning, and judicial review." *Marquette Law Review*, 94(1), 1-74.

Strickler, L., Martinez, D., & Ainsley, J. (2023, April 13). Workers at company fined for employing minors have used stolen identities to get hired. *The Limited Times*. Available online: https://newsrnd.com/news/2023-04-14-workers-at-company-fined-for-employing-minors-have-used-stolen-identities-to-get-hired.rybCdk4IG3.html.

Stull, D. D., & Broadway, M. J. (1995). "Killing them softly: Work in meatpacking plants and what it does to workers." In Donald D. Stull, Michael J. Broadway, and David Griffith (Eds.), *Any way you cut it: Meat processing and small-Town America* (pp. 61-84). Lawrence, KS: University Press of Kansas.

Stull, D. D., & Gouveia, L. (1995). "Dances with cows: Beefpacking's impact on Garden City, Kansas and Lexington, Nebraska." In Donald D. Stull, Michael J. Broadway, and David Griffith (Eds.), *Any way you cut it: Meat processing and small-town America* (pp. 85-108). Lawrence, KS: University Press of Kansas.

Trillin, C. (2010, May 3). Incident in Dodge City: What led to a showdown in the riverbed? *The New Yorker*. Available online: https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city

Trounstine, J., & Valdini, M. E. (2008). "The context matters: The effects of single-member versus at-large districts on city council diversity." *American Journal of Political Science*, 52(3), 554-569.

U.S. Department of Labor. (2023, February 17). More than 100 children illegally employed in hazardous jobs, federal investigations finds; food sanitation contractor pays $1.5M in *penalties*. https://www.dol.gov/newsroom/releases/whd/whd20230217-1#:~:text=KIELER%2C%20WI%20%E2%80%93%20One%20of%20the,occupations%20and%20had%20them%20working

U.S. Department of Justice. (2022). *2020 hate crime statistics for Kansas*. Available online: https://www.justice.gov/hatecrimes/state-specific-information/kansas.

U.S. House of Representatives (Serial Report 24, Part 3). (1982). *Extension of the Voting Rights Act: Hearing before the subcommittee on civil and constitutional rights of the committee on the judiciary*, 97th Congress, 1st Session. Washington, DC: Government Printing Office.

U.S. House of Representatives, House Report 1856-No. 200. (1856). *Report of the special committee appointed to investigate the troubles in Kansas*. 34th Congress, 1st Session. Washington: Cornelius Wendell.

Vanderleeuw, J. M. (1990). "A city in transition: The impact of changing racial composition on voting behavior." *Social Science Quarterly*, 71(2), 326-338.

Vernon, J. (1911). *Dodge City and Ford County Kansas: A history of the old and a story of the new*. Larned, KS: Tucker Vernon Publishing Company.

Walawender, R. A. (1986). "At-large elections and vote dilution: An empirical study." *University of Michigan Journal of Law Reform*, 19(4), 1221-1242.

Weber, B. (2010). *Progressive municipal reform as reflected in Dodge City newspapers: The progressive agendas of Robert Wright, George Hoover, and Adolph Gluck* [Master's Thesis, Fort Hays State University].

Weinstein, J. (1962). "Organized business and the city commission and manager movements." *The Journal of Southern History*, 28(2), 166-182.

Welch, S. (1990). "The impact of at-large elections on the representation of Blacks and Hispanics." *The Journal of Politics*, 52(4), 1050-1076.

Wenzel, Tim. (2022). *A place in time: Dodge City's Mexican Village, 1906-1956*. Monee, IL: Self Published.

Wiggans, O. D. (1938). *A History of Dodge City, Kansas* [Master's Thesis, Colorado State College of Education, Greeley, Colorado].

Wood, A. (1988). *The beef packing industry: A study of three communities in Southwestern Kansas*. Flagstaff, AZ: Wood and Wood Associates.

Zax, J., S. (1990). "Election methods and black and Hispanic city council membership." *Social Science Quarterly*." 71(2), 339-335.

Appendix B
Rubén Martinez
# Professor Emeritus of Sociology

## Current
Department of Sociology
Michigan State University
Email: mart1097@msu.edu

## Credentials
Ph.D., Sociology, University of California, Riverside, 1984
M.A., Sociology, Arizona State University, 1978
B.S. With Distinction, Behavioral Science, University of Southern Colorado, 1976
Certified Research Administrator, Society of Research Administrators International, 1999-Present

## Military Experience
1971-1973    U.S. Army

## Academic Experience
- Professor of Sociology, Michigan State University, 2007-present.
- Professor of Public Administration, UTSA, 2004-2007.
- Visiting Professor, Department of Public Administration, UTSA, 2003-2004.
- Visiting Professor, Department of Sociology, UTSA, 2001-2003.
- Professor of Sociology and Chicano Studies, CSU-Pueblo (Formerly USC), 1997-2004; (On leave    2001-2004).
- Professor of Sociology, CU-Colorado Springs, 1995-1997.
- Associate Professor of Sociology, CU-Colorado Springs, 1991-1995.
- Visiting Assistant Professor, Sociology and Chicano Studies, Pitzer College, 1990-1991.
- Assistant Professor, Department of Sociology, CU-Colorado Springs, 1984-1991.
- Visiting Assistant Professor, Division of Behavioral Sciences, NMHU, 1983-1984.
- Director, Julian Samora Research Institute, MSU, 2007-2022
- Interim Special Advisor on Diversity to MSU President, 7/20—12/20.
- Director, Center for Policy Studies, College of Public Policy, University of Texas at San Antonio, 2006-2007.
- Interim Chair, Department of Criminal Justice, University of Texas at San Antonio, 2005-2006 (Conducted successful national search for chair).

## Administrative Experience
- Managing Director, The Culture and Policy Institute, University of Texas at San Antonio, 2002-2005
- Acting Director, Metropolitan Research and Policy Institute, University of Texas at San Antonio, 2001-2002
- Associate Provost, CSU-Pueblo (Formerly University of Southern Colorado), 1997-2001.
- Assistant Vice Chancellor for Academic and Multicultural Affairs, CU-Colorado Springs, 1995-1997

**Administrative Experience Continued**
- Founding Chair, Ethnic Minority Studies, CU-Colorado Springs, 1995-1996 (conducted successful national search for chair).
- Chair, Department of Sociology, CU-Colorado Springs, 1991-1994
- Co-Director, Minority Graduate Education Opportunity Program, CU-Colorado Springs 1989-1990
- Coordinator, Graduate Program, Department of Sociology, CU-Colorado Springs, 1984-1989
- Founding Director, University Learning Center, CU-Colorado Springs, 1988 (conducted successful national search for director).

**Teaching Areas**
Sociological Theory, Social Stratification, Race and Ethnic Relations, Introduction to Chicano Studies; Chicano Politics; Chicanos and Neoliberalism; Environmental Justice and Latinos; Education and Ethnic Minority Populations; Social Justice; Social Change and Public Policy; Social Research (with an emphasis on program evaluation), Organizational Theory; Social Statistics; Theories of Public Bureaucracy, Diversity Policies and Public Management, Diversity and Organizational Leadership

**Professional Service and Professional Development Activities**
- 1997-2022          Consultant-Evaluator, Higher Education Accreditation Associations
- 1999-2010          Training Consultant, HACU – DHHS Professions Capacity Development Program
- Mar. 1999-         Participant, Sponsored Research Administrator Training, Minority Health
  June 1999             Professionals Foundation, Sponsored by DHHS and OMH
- 1997-1998          President, Western Social Science Association
- Feb. 1998          Participant, AASCU Leadership Institute
- Feb. 1997          Participant, ACE, Leadership Institute
- 1993-1994          President, UCCS Faculty Assembly, CU-Colorado Springs (18 months)
- Spring, 1986       Administrative Intern (Emphasis on Budgeting), CU-Colorado Springs

**Fellowships**
- 2000-2001          HACU-ETS Policy Fellow.  Year-long policy fellows program that included two weeklong Capitol Forums in Washington, DC.
- 1994-1995          ACE Fellow, American Council of Education (with a year-long internship in the President's Office, University of Southern Colorado)
- 1986               Summer Institute Fellow, "History of Social Scientific Inquiry," Center for the Advanced Study of Behavioral Science, Stanford, CA, July-Aug.

**Curriculum Development**
- 1999    "President's Leadership Program," CSU-Pueblo (Formerly USC)
- 1998    "American Humanics Program," CSU-Pueblo (Formerly USC)
- 1995    "Ethnic Minority Studies Program," CU-Colorado Springs (Founding Chairperson)
- 1990    "Education for Leadership in a Diverse Society," Ford Foundation Grant, Pitzer College
- 1989    "Integrating Minority Women into the Curriculum," SIROW Project, University of Colorado at Colorado Springs (w/M. Dahlin & L. Dickson, L.)

23

**Editorial Review Work**

Journals (Ad Hoc unless specified)

*The American Ethnologist, Aztlan, Conflict Sociology, International Journal for Qualitative Research in Education, Journal of Hispanic Higher Education (Editorial Board), Journal of Population Economics, Journal of Public Management and Social Policy (Editorial Board), Latino Studies, The Social Science Journal, Sociological Focus, Sociological Perspectives, Teachers College Record, Urban Affairs Review, Latino Studies; The Sociological Quarterly (Editorial Board); Journal of AgroMedicine; Race & Justice; Journal of Planning Literature; Bilingual Review; Journal of Primary Care and Community Health, Adversity and Resilience Science.*

Publishing Houses (Ad Hoc unless specified)

Collegiate Press, McGraw Hill/Dushkin, Michigan State University Press (Editorial Advisory Bd), Random House, Inc., Simon & Schuster, University of Colorado Press, University of Washington Press, West Educational Publishing; Lexington Books; University of Illinois Press; Routledge; School for Advanced Research Press

**Publications**

**A.   Book Series**

2011-   *Latinos in the United States*.  Series Editor.  East Lansing, MI: Michigan State
Present        University Press (15 volumes to date; four in progress).

**B.   Books/Monographs**

2017    *Occupational Health Disparities Among Racial and Ethnic Minorities: Formulating Research Needs and Directions.* (Eds.). Washington, DC: APA Books.  (w/ Leong, F. T. L., Eggerth, D., Chang, D., Flynn, M. A., Ford, K.).

2013    *Latino College Presidents:  In Their Own Words*.  (Eds).  Bingley, UK: Emerald Group Publishing Limited. (w/Leon, D.).

2011    *A Brief History of Cristo Rey Church in Lansing, MI.* Lansing, MI: Cristo Rey Church. (w/Palma Ramirez, E., & Horner, P.).

2011    *Latinos in the Midwest*.  (Ed.).  East Lansing, MI:  Michigan State University Press.

2007    *Diversity Leadership in Higher Education*.  ASHE Higher Education Report, No. 32 (3).  San Francisco, CA: Jossey-Bass (w/Aguirre, A.).

1993    *Chicanos and Higher Education*. (ASHE-ERIC Higher Education Series).  Washington, DC: The George Washington University (w/Aguirre, A.).

**C.   Research Newsletter**

2007-   *NEXO*.  Editor.  East Lansing, MI:  Julian Samora Research Institute, MSU (30 issues).
2022

**D.   Special Issues of Journals**

2021    "Neoliberalism in Higher Education: Policies, Practices, and Issues," Special issue of *Social Justice*, 48 (2) (Co-Editor w/A. Aguirre).

2018    "Latinas and Latinos in the Midwest: Historic and Contemporary Issues," Special issue of *Diálogo: Interdisciplinary Journal*. 20(1) (Co-Editor w/J. Coronado).

2016    Neoliberalism and Latinos, *Latino Studies*, Special Issue, 14 (1). (Co-Editor, w/ Raymond Rocco).

**E.   Refereed Publications**

2021    "Introduction to Special Issue on Neoliberalism in Higher Education: Policies, Practices, and Issues," *Social Justice*, 48 (2): 1-7 (w/A. Aguirre).

2019    "Motivations for Entrepreneurship among Mexican Americans and White Americans," *International Journal of Social Science and Business*, 4(1): 1-12. (w/B. Avila).

2019    "Criminal Justice, Disconnected Youth, and Latino Males in the United States and in Michigan." In Lynn Scott and Curtis Stokes (Eds.), *Minorities and the Criminal Justice System*. (Pp. 211-156). East Lansing, MI: MSU Press. (w/B. Avila & B. Lewis).

2018    "*Hicimos el camino en* Michigan: Latino Business Pioneers," *Diálogo: Interdisciplinary Journal*. 20(1): 51-64 (w/J. Coronado).

2017    "The Relationship of Chronic Pain to Attitudes toward Suicide and Physician-Assisted Suicide among Latino and Non-Hispanic White Elders," *Journal of Palliative Care and Hospice*, 1(1): 1-13 (w/ O. J. Santiago, D. V. Espino, & D. Vélez-Ortiz).

2017    "Ethics Review and the Minority Ethnographer: A Case Study in Racialized Invalidation," *Race and Justice*, 7 (2): 127-143 (w/Mike Tapia).

2017    "Latino Occupational Health and the Changing Regulatory Context of Work," In F. T. L. Leong, D. E. Eggerth, C-H Chang, M. A. Flynn, J. K. Ford, R. O. Martinez (Eds.). *Occupational Health Disparities Among Racial and Ethnic Minorities: Formulating Research Needs and Directions*. Washington, DC:  American Psychological Association.

2016    "Introduction to Special Issue on Neoliberalism and Latinos," 2016.  *Latino Studies*, 14 (1): 2-10. (w/ Raymond Rocco).

2016    The Impact of neoliberalism on Latinos," 2016. *Latino Studies*, Special Issue, 14 (1): 11-32.

2015    "Adapting a Nutrition Education Intervention for Latinos," *Journal of Education and Human Development,* 4(4): 84-90 . (w/Horner, P., Vélez Ortiz, D., Kayitsinga, J., Acosta,S.).

**Refereed Publications Continued**

2015    "*Hay que Sufrir*: The Meaning of Suffering among Former Mexican American Migrant Farmworkers." *Latino Studies*, 13(4): 523-541. (w/Horner, P.).

2015    "Cultural lag: A new challenge for mastitis control on dairy farms in the U.S," *Journal of Dairy Science,* 98 (11): 8240-8244 (w/Erskine, R., & Contreras, G. A.).

2015    "Herd management and social variables associated with bulk tank somatic cell counts in dairy herds in the Eastern United States," *Journal of Dairy Science.* 98(11): 7650-7665. (w/Schewe, R., Kayitsinga, J., Contreras, G. A., Odom, C., Coats, W., Durst, P., Hovingh, E., Mobley, R., Moore, S., & Erskine, R.)

2015    "Framing Effects on Resuscitation Preferences among Latino and White Elders," *Social Work in Health Care.* 54: 708-724. (w/Vélez Ortiz, D., & Espino, D.).

2014    "The Foreclosure Crisis, the American Dream, and Minority Households in the United States: A Descriptive Profile." *Social Justice Journal,* 40(3): 6-15. (w/Aguirre, A.).

2013    "Latino Identifiability and Public Policy: Seeking Presence and Voice in U.S. Civic Culture," *Camino Real,* 8: 15-29. (w/Aguirre, A.).

2013    "Mexican American Schoolchildren in U.S. Public Schools: A Review of Social Science Research on the Mexican American Family's Cultural Capital." In B. Gastic and R. Verdugo (Eds.). *The Education of the Hispanic Population: Selected Essays.* Charlotte, NC: Information Age Publishing. (w/Aguirre, A., & Barboza, S.).

2012    "Latino Scorecard on Higher Education: A Focus on Texas Public Universities," *The Journal of Hispanics in Higher Education.* 11(1): 41-54. (w/Vega, A.).

2010    "Physician-Assisted Suicide Attitudes of Older Mexican-American and Non-Hispanic White Adults: Does Ethnicity Make a Difference?" JAGS, 58(7): 1370-1375. (w/ Espino, D. V., Macias, R. L., Wood, R. C., Becho, J., Talamantes, M., Finley, M. R., and Hernandez, A. E.)

2009    "Social Capital and Social Integration: The Case of the Barrio in San Antonio, Texas". *Journal of Public Management and Social Policy.* 15(1): 3-29. (w/Vega, A., Firestone, J. & Harris, R.).

2009    "Assessing Cultural Competence at a Local Hospital System in the United States". *The Health Care Manager.* 28(2): 1-13. (w/Polacek, G. N. L. J.)

2007    "Chicano/a Land Ethics and Sense of Place: A Review Essay." *Culture & Agriculture.* 29(2): 113-120.

2006    "A CRASH-Course on Cultural Competence." *Ethnicity & Disease,* 16(S3): 29-36. (w/ Rust, G., Kondwani, K., Martinez, R., et al.).

**Refereed Publications Continued**

2005    "Personal Stories, Voice and Presence in Academia: A Dialogical Response to Aguirre," *The International Journal of Qualitative Research in Education*. 18(2): 199-220. (w/Padilla, R. V.).

2003    "The Post-Colonial University: Racial Issues in South African and American Institutions," *Safundi: The Journal of South African & American Comparative Studies*. Issue 12. Available online: http://www.safundi.com/issue12.asp (w/Aguirre, A.).

2003    "The Diversity Rationale in Higher Education: An Overview of the Contemporary Legal Context," *Social Justice Journal*. 30(1): 138-152. (w/Aguirre, A.).

2003    "Resource Shares and Educational Attainment:  The U.S. Latino Population in the Twenty-First Century."  Pp. 37-55.  In D. Leon (Ed.), *Latinos in Higher Education*. Greenwich, CT: JAI/Ablex. (w/Aguirre, A.).

2002    "Leadership Practices and Diversity in Higher Education: Transitional and Transformational Frameworks," *Journal of Leadership Studies*. 8(3):53-62. (w/Aguirre, A.).

1998    "Social Action Research, Bioregionalism, and the Upper Rio Grande," Pp. 58-79 in D. Peña (Ed.), *Subversive Kin: Chicano Culture, Ecology, Politics*.  The University of Arizona Press.

1998    "Globalization and the Social Sciences," *The Social Science Journal*, 35(4): 601-613.

1998    "The Capitalist Tool, the Lawless, and the Violent: A Critique of Recent Southwestern Environmental History," Pp. 141-176 in D. Peña (Ed.), *Subversive Kin: Chicano Culture, Ecology, Politics*.  The University of Arizona Press. (w/Peña, D.).

1997    "The Effects of Ethnic Identity, Ethnicity and Gender on Adolescent Well Being," *Journal of Youth and Adolescence* 26(5): 503-516 (w/Dukes, R.).

1997    "Precursors and Impacts of Membership in Youth Gangs," *Youth and Society*, 29(2):139-165 (w/ Dukes, R., & Stein, J. A.) [Reprinted in *Preventing Student Violence: What Schools Can Do*, K. Bosworth (Ed.). Pp. 131-156. Hot Topic Series. Bloomington, IN: Phi Delta Kappa International. 1999].

1994    "Perceptions of the Workplace: Focus on Minority Women Faculty," *Initiatives*, 56(3): 41-50. (w/ Aguirre, A., & Hernandez, A.).

1994    "The Impact of Ethgender on Self Esteem Among Adolescents," *Adolescence*, 29(113): 105-115 (w/ Dukes, R.).

1994    "Socio-Cognitive Development Among Chicano College Students." *Journal of College Student Development*, 35: 178-182 (w/Durham, R., & Hays, J.).

**Refereed Publications Continued**

1993/   "Latino Faculty Attitudes Toward the Workplace." *Journal of the Association of*
1994    *Mexican American Educators*. Special Theme Edition, pp. 45-52 (w/Hernandez, A., &
        Aguirre, A.).

1993    "Rural Chicano Communities and the Environment:  An Attitudinal Survey of Residents
        of Costilla County, CO." *Perspectives in Mexican American Studies*, 4(Aug): 47-76
        (w/Peña, D. & McFarland, L.).

1993    "Majority and Minority Faculty Perceptions in Academe." *Research in Higher
        Education*, 34(3): 371-385 (w/Aguirre, A., & Hernandez, A.).

1992    "Minority Graduate Enrollment:  An Encouragement Program." *Equity and Excellence*,
        25(2-4): 31-34 (w/Durham, R., Melendez, D. & Philbrick, P.).

1991    "The Politics of Ethnicity in Social Science," in J. Brown and D. van Keuren (eds.), *The
        Estate of Social Knowledge*, pp. 228-252.  Baltimore:  Johns Hopkins University.

1991    "Ethnic and Gender Differences in Self Esteem," *Youth and Society*, 22(3): 318-338
        (w/Dukes, R.).

1988    "The Rediscovery of the 'Forgotten People,'" *In Times of Challenge:  Chicanas and
        Chicanos in American Society*, pp. 215-224.  Houston:  University of Houston.

1987    "Rudolfo Anaya, Chicano in China," *Writers' Forum*, 13 (Fall): 8-13.

1987    "Race, Gender and Self Esteem Among Youth." *Hispanic Journal of Behavioral
        Science*, 9 (4): 427-443 (w/Dukes, R.).

1987    "Chicano Lands:  Acquisition and Loss," *Wisconsin Sociologist*, 24 (2 & 3): 89-98.

1984    "Hispanics and the U.S. Occupational Structure:  A Focus on Vocational Education."
        *The International Journal of Sociology and Social Policy*, 4 (2): 50-59 (w/Aguirre, A.).

1982    "Internal Colonialism:  A Reconceptualization of Race Relations in the United States."
/1983   *Humboldt Journal of Social Relations*, 10 (1): 163-176.

## F.   Chapters, Proceedings, and Other Publications

In-     "Faculty and Student Activism as Sites of Resistance to Neoliberalism in Higher
Press   Education," In A. Nocella III (Ed.), *Resisting Neoliberal Schooling: Dismantling the
        Rubricization and Corporatization of Higher Education*, NYC, NY: Peter Lang
        Publishing (w/A. Aguirre).

2020    "Social and Structural Inequalities and COVID-19 in the United States," *NEXO*, 24(1):
        18-25 (w/Jean Kayitsinga).

**Chapters, Proceedings, and Other Publications Continued**

2020    "The COVID-19 Initial Impact on Michigan's Labor Market," *NEXO*, 24(1): 6-14
(w/M. Siles) (w/Marcelo Siles).

2020    "Labor Concerns on the Modern Dairy Farm," *NEXO*, 23(3): 8-12.

2018    "Obesity among Latina/o Children and Adolescents," in H. E. Fitzgerald, Dele Davies
& Kami Silk (Eds.), *Obesity in America: Childhood to Adolescence: Vol. 2, Medical,
Biological and Social Issues*, (Pp. 203-231). Westport, CT: Praeger. (w/J. Kayitsinga)

2018.    "Neoliberalism and the Context of Public Higher Education for Latinos," In A. G. de
los Santos, L. I. Rendón, G. F. Keller, A. Acereda, E. M. Bensimon, and R. J.
Tannenbaum (Eds.), *Moving Forward: Policies, Planning, and Prompting Access of
Hispanic College    Students*. (Pp. 95-114). Tempe, AZ: Bilingual Press, Hispanic
Research Center.

2018    "Introduction," Special Issue of *Diálogo: Interdisciplinary Journal: Latinas and
Latinos in the Midwest: Historic and Contemporary Issues*. 20(1): 3-6. (w/J.
Coronado).

2017    "Introduction," Pp. 3-21 in F. T. L. Leong, D. E. Eggerth, C-H Chang, M. A. Flynn, J.
K. Ford, R. O. Martinez (Eds.). *Occupational Health Disparities Among Racial and
Ethnic    Minorities: Formulating Research Needs and Directions*. Washington, DC:
American Psychological Association (w/ F. T. L. Leong, D. E. Eggerth, C-H Chang, M.
A. Flynn, & J. K. Ford).

2017    "Afterword: Research and Policy Implications for Addressing Health Implications," Pp.
217-222 in F. T. L. Leong, D. E. Eggerth, C-H Chang, M. A. Flynn, J. K. Ford, R. O.
Martinez (Eds.). *Occupational Health Disparities Among Racial and Ethnic Minorities:
Formulating Research Needs and Directions*. Washington, DC:  American
Psychological Association (w/C-H Chang & J. K. Ford).

2016    "Epilogue:  What Latino/a Leadership is Up Against," Pp. 119-123 in F. Hernandez and
E. T.  Murakami (Eds.). *Brown-eyed Leaders of the Sun: A Portrait of Latina/o
Educational Leaders*.  Charlotte, NC: Information Age Publishing.

2014    "'Closing the Gap': Affirmative Action in Higher Education," In J. Beckman (Ed.),
*Controversies in Affirmative Action* (Vol. 1, pp. 159-179).  Santa Barbara, CA:
Praeger (w/Aguirre, A.).

2014    "Start-Up Experiences of Latino Business Owners in Lansing and Saginaw, MI." In S.
Jeanetta & C. Valdivia (eds.), *Proceedings of the 12th Annual Cambio de Colores
Conference: Positive Steps Toward a Pluralist Society, June 12-14, 2013*. Columbia,
MO: Cambio de Colores Center, University of Missouri. (w/Calantone, R., and
Escalante).

**Chapters, Proceedings, and Other Publications Continued**

2013    "Framing Effects on End-of-Life Preferences among Latino Elders," *NEXO*, 16(2): 19-23.

2012    "'*Hay que Sufrir para Sobrevivir'*: Suffering as a Component of Resilience," *NEXO*, 16(1): 1, 9, 17-21.

2012    "The Turn toward Incarceration in the U.S. and Michigan," *NEXO*, 15(2): 1, 17-23.

2012    "Ethnic Differences on the effect of mothers' perception of child's physical activity on child's weight status: A focus on Hispanic Children in the Midwest." In S. Jeanetta & C. Valdivia (Eds.), *Proceedings of the 10th Annual Cambio de Colores Conference: Migration and Shifting Human Landscapes, June 8-10, 2011.* Columbia, MO: Cambio de Colores Center, University of Missouri. (w/Santiago, O., & Eisenmann, J. C.).

2011    "*Cosas Politicas*: Politics, Attitudes, and Perceptions by Region," In R. O. Martinez (Ed.), *Latinos in the Midwest.* East Lansing, MI: Michigan State University Press.

2011    "A Demographic Overview of Latino Children," In F. Villarruel and N. Cabrera (Eds). *Latina/o Child Psychology and Mental Health.* Westport, CT: Praeger Publishers.

2011    "Cristo Rey Church in Lansing, MI," *NEXO*, 15(1): 1, 3, 9-11, 14-17. (w/P. Horner).

2011    "Hispanic Mothers' Perception of Child's Activity Level Associated with Child's Obesity and Physical Activity." *NEXO*. 14(2): 1, 6-9, 16-17. (w/ Santiago, O., & Bette Avila).

2011    "Latino-Owned Businesses: Patterns of Growth and Exclusion." *NEXO*. 14(2): 1, 3, 18-19 (w/Buntin, J. T.).

2011    "The Education of Latinos in Michigan and its Mid-Sized Cities." *NEXO*. 14(2): 10-11, 14, 17. (w/Kayitsinga, J.).

2010    "Going Beyond the Lesson Plans: Adapting and Evaluating Shapedown for Latino Families in the Midwest." *NEXO*. 14(1): 1, 11-14. (w/Horner, P.).

2010    "Latinos and Michigan's Population Changes," *NEXO*. 14(1): 2-3, 6.

2010    "Michigan's Mid-term Elections and Latinos in 2010." *NEXO*. 14(1): 7. (w/Kayitsinga, J.).

2010    "Using Technology to Enhance Survival Skills among Latino Migrant Farmworkers." *NEXO*. 13(2): 1, 4-8, 18-19. (w/Kayitsinga, J.).

2009    "The Settlement Phases of Latino/as in Lansing." *NEXO*: 13(2): 1, 12-17. (w/Escobar, R.).

**Chapters, Proceedings, and Other Publications Continued**

2008      "The Impact of Race and Ethnicity, Household Structure, and Socio-Economic Status on Health." <u>*NEXO*</u>. 12(1): 1, 6, 10-12, 17-18. (w/Kayitsinga, J.).

2008      "Race and Genomics: Beyond Skin Color." *Medical Humanities Report*. 29(4). Available online: http://www.bioethics.msu.edu/mhr/contents.html.

2008      "Latino Scorecard on Higher Education," *The Hispanic Outlook in Higher Education*, 18 (26): 28-29. (w/Vega, A.).

2008      *Latino Scorecard on Texas Higher Education: Just Who is 'Closing the Gaps,'* Institute Research Reports # RR 39, Julian Samora Research Institute. Available online: http://www.jsri.msu.edu/RandS/research/irr/index.html. (w/Vega, A.).

2008      "Public Assistance Patterns in Michigan," <u>*NEXO*</u>. 11(2): 1, 5-11, 18-22. (w/Kayitsinga, J.).

2008      "A Struggle Over Affirmative Action," <u>*NEXO*</u>. 11(2): 3, 14-17. (w/Kayitsinga, J., & Moreno, J.).

2005      "Latino Demographic and Institutional Issues in Higher Education: Implications for Leadership Development." In D. Leon (Ed.), *Lessons in Leadership: Executive Leadership Programs for Advancing Diversity in Higher Education* (pp. 17-55). Oxford, UK: Elsevier Science.

2004      "Race Relations in San Antonio: Breaking the Silence," *Context*, No. 4: 38-44 (UCLA Center for Communications and Community). (w/Vega, A.).

2001      "High-Stakes Testing and Latino Students," *The Hispanic Outlook on Higher Education*. 11(14): 21-23.

1999      *Rural Community College Initiative--IV. Capacity for Leading Institutional and Community Change. Project Brief.* American Association of Community Colleges, AACC-PB-99-3. Washington, DC. (w/Eller, R., Pace, C., Pavel, M., & Barnett, L.).

1999      *Rural Community College Initiative--III. Building Teams for Institutional and Community Change. Project Brief,* American Association of Community Colleges, PB-99-1. Washington, DC. (w/Eller, R., Garza, H., Pace, C., Pavel, M., & Barnett, L.).

1998      "Foreword." *Debatable Diversity*. Edited by Raymond Padilla and Miguel Montiel. Boulder, CO: Westview Press.

1998      *Rural Community College Initiative--II. Economic Development. Project Brief,* American Association of Community Colleges, PB-98-2. Washington, DC. (w/Eller, E., Garza, H., Pace, C. Pavel, M., & Barnett, L.).

**Chapters, Proceedings, and Other Publications Continued**

1998    *Rural Community College Initiative--I. Access: Removing Barriers to Participation. Project Brief*, American Association of Community Colleges, PB-98-1. Washington, DC. (w/Eller, R., Garza, H., Pace, C., Pavel, M., & Barnett, L.).

1994    "Chicanos, Internal Colonialism and American Criminal Justice," Chapter Nine in Adalberto Aguirre, Jr. and David V. Baker, *Perspectives on Race and Ethnicity in American Criminal Justice*, pp. 111-121. Minneapolis/St. Paul: West Publishing Co. (w/ Aguirre, A., & Baker, D.).

1994    "Modern Sociological Theory," In L. Fiol-Matta and M. K. Chamberlain (Eds.), *Women of Color and the Multicultural Curriculum: Transforming the College Classroom*, pp. 320-322. NY: Feminist Press.

1989    "The Chicano Community," in *Undergraduate and Graduate Curricular Resources in Chicano Studies*, Gary Keller, et al. (eds.), Tempe: Bilingual Press.

1986    "Reflections on Respect for Human Plurality in Opposition to the March toward Uniformity: Racial Minorities and the Marketplace of Ideas." *Proceedings of the Symposium in Honor of E. Gordon Gee on His Appointment as the Fifteenth President of the University of Colorado*. Boulder: University of Colorado.

1986    *Minority Youth Dropouts: Personal, Social, and Institutional Reasons for Leaving School*. Center for Community Development and Design, University of Colorado at Colorado Springs (Also published as ERIC Document 025 461).

1986    *Technology and Racial Minorities: A Focus on Bilingual Education.* Edited Proceedings of Conferences and Symposia Series, No. 1, Hispanic Research Center, Arizona State University.

1983    *Trends in the Health Status of Race/Ethnic Minorities in HSA 12.* Inland Counties Health Systems Agency, Riverside, CA.

**G.  Commissioned Works**

2019    "Rodolfo 'Corky' Gonzales." *Latinos in the Political System: An Encyclopedia of Latinos as P*ress *Voters, Candidates, and Office Holders*. (Pp. 211-213). Santa Barbara, CA: ABC-CLIO.

2019    "Jose Angel Gutierrez." *Latinos in the Political System: An Encyclopedia of Latinos as Voters,* Press *Candidates, and Office Holders*. (Pp. 219-221). Santa Barbara, CA: ABC-CLIO.

2015    "Hispanic Association of Colleges and Universities," In S. Oboler and D. J. González (Eds.). *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York: Oxford University Press.

**Commissioned Works Continued**

2015    "Latino/a Business and Entrepreneurship," In S. Oboler and D. J. González (Eds.).  *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.  (w/Avila, B.)

2015    "Environmental Equity (Updated version)," In S. Oboler and D. J. González (Eds.). *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.

2015    "Environmental Justice (Updated version)," In S. Oboler and D. J. González (Eds.). *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.

2015    "Executive Order 12898 (Updated version)," In S. Oboler and D. J. González (Eds.). *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.

2015    "Environmental Impact Studies (Updated version)," In S. Oboler and D. J. González (Eds.). *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.

2015    "National Forests (Updated version)," In S. Oboler and D. J. González (Eds.).  *The Encyclopedia of Latinos and Latinas in Contemporary Politics, Law, and Social Movements*, Vol. X. New York:  Oxford University Press.

2005    "Environmental Justice," In S. Oboler and D. J. González (Eds.).  *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 37-44). Vol. 2. New York: Oxford University Press.

2005    "Environmental Racism," In S. Oboler and D. J. González (Eds.).  *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 63-65). Vol. 2. New York: Oxford University Press.

2005    "National Forests," In S. Oboler and D. J. González (Eds.).  *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 243-247). Vol. 3. New York: Oxford University Press.

2005    "Environmental Equity," In S. Oboler and D. J. González (Eds.). *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 34-35). Vol. 2. New York: Oxford University Press.

2005    "Environmental Protection Agency," In S. Oboler and D. J. González (Eds.).  *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 59-63). Vol. 2. New York: Oxford University Press.

**Commissioned Works Continued**

2005    "Executive Order 12898," In S. Oboler and D. J. González (Eds.). *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 83-85). Vol. 2. New York: Oxford University Press.

2005    "Environmental Impact Studies," In S. Oboler and D. J. González (Eds.). *The Oxford Encyclopedia of Latinos and Latinas in the United States* (pp. 36-37). Vol. 2. New York: Oxford University Press.

2002    "Environmental Justice Issues and Chicano/a Land Grants: A Policy Analysis," Environmental Justice Resource Center at Clark Atlanta University.

2002    "Closing the Latino Achievement Gap through Transformational Partnerships." Intercultural Development and Research Association, San Antonio, TX.

1998    "Hispanic Leadership in American Higher Education," Hispanic Association of Colleges and Universities.  HACU Webpage: >http:\\www.hacu.org< [Reprinted as ERIC Document 422038]

1995    *Anaya's Bless Me, Ultima*.  Lincoln, NE:  Cliffs Notes, Inc.

1992    "Wagner Act Requires Employers to Accept Collective Bargaining," Pp. 508-513.  In *Great Events from History II:  Human Rights*.  Pasadena, CA:  Salem.

1992    "Cesar Chavez Organizes Grape Pickers and Forms Farmworkers' Association," Pp. 1161-1166.  In *Great Events from History II:  Human Rights*.  Pasadena, CA:  Salem.

1988    "The Hispanic Heritage of the Pikes Peak Region."  Pioneers Museum, Colorado Springs (w/Sandoval, D., & Jenkins, M. E.).

1987    "An Interview with Rudolfo Anaya." *Writers Forum* 13 (Fall): 14-29. [Reprinted in *Conversations with Rudolfo Anaya*, B. Dick & S. Sirias (Eds.). Pp. 116-130.  Jackson, MS: University Press of Mississippi, 1998].

**H.   Book Reviews**

2022    "Review of *The Plot to Change America*," *NEXO*, 26 (2): 4.

2020    "Review of *Insurgent Aztlan*, *NEXO*, 24 (1): 4.

2019    "Review of *Cultural Impact on Conflict Management in Higher Education." Teachers College Record. July 18, 2019. https://www.tcrecord.org ID Number: 22977.*

2019    "Review of *Hispanics in the U.S. Criminal Justice System, 2nd Ed*." *NEXO*, 23 (1): 3.

2016    "Review of *Dark Money: The Hidden History of the Billionaires behind the Rise of the Radical Right*." *NEXO*, 20(1): 3, 27.

34

**Book Reviews Continued**

2014    "Review of *The Informal and Underground Economy in the South Texas Border*."
*NEXO*, 17(2): 5, 23.

2013    "Review of *Arizona Firestorm: Global Immigration Realities, National Media, and
Provincial Politics*."  NEXO.  16(2): 5.

2013    "Review of *NAFTA and the Politics of Labor Transnationalism*."  *NEXO*. 16(2): 4.

2007    "Review of *Labor in Cross-Cultural Perspective*.  *Journal of Anthropological
Research*. 63(1): 141-143.

2006    "Review of *Challenging Racism in Higher Education: Promoting Justice*."  *Planning
in Higher Education*. 34(4): 57-59.

2004    "Review of *Testing Student Learning, Evaluating Teacher Effectiveness*."  *Teachers
College Record*.  E-copy available online: http://www.tcrecord.org; print copy in TCR,
2005, 107(2): 247-250.

2002    "Review of *Beyond Affirmative Action: Reframing the Context of Higher Education*."
*Planning in Higher Education*, 31(1): 50-52.

2001    "Review of *Women and Minority Faculty in the Academic Workplace*."  *Planning in
Higher Education*, 30(1):45-46.

1998    "Review of *Post-Suburbia*," *Urban Affairs Review*, (November): 361-363.

1997    "Review of *The Bubbling Cauldron*," *The Social Science Journal*, 34(3): 411-414.

1997    "Review of *Managing Diversity: People Skills for a Multicultural Workplace*."
*Planning for Higher Education*, 25: 62-63.

1993    "Review of *Syllabi and Instructional Materials for Chicano and Latino Studies*."
*Teaching Sociology*, 21(2):203-205.

1992    "Review of *Streetwise:  Race, Class, and Change in an Urban Community*."
*Sociological Inquiry*, 63 (2): 390-391.

1991    "Review of *Youth, Identity, Power*."  *Critical Sociology*, 18 (2): 123-126.

1991    "Review of *Ain't No Makin' It*," *Hispanic Journal of Behavioral Sciences*," 13 (4): 460-
462.

1988    "Review of *American Indian Sports Heritage*," *Sociology of Sport Journal*, 5 (4): 378-
80.

**Book Reviews Continued**

1986    "Review of *The Chicano Experience,*" *The Journal of Ethnic Studies*, 14 (1): 138-140.

1985    "Review of *To Possess the Land: A Biography of Arthur Rochford Manby,*" *Hispanic Journal of Behavioral Sciences*, 7 (3): 303-306.

1984    "Interpretive Review of *Hunger of Memory,*" *Hispanic Journal of Behavioral Sciences*, 6 (3): 285- 287.

**I.    Reports**

2018    *Providing Appropriate Treatments to Youth in the Criminal Justice System by Raising the Age.* Julian Samora Research Institute, University Outreach and Engagement, Michigan State University. (w/ R. Davila, J., Kayitsinga, & F. A. Villarruel).

2017    *Farmworkers in Michigan.* Report No. 59. East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University. (w/ B. Lewis & J. D. Corondado).

2017    *Latino Farmers in Michigan.* Research Report No. 58. East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University. (w/D. Sarathchandra, P. Babladelis & S. Miller).

2016    *Survey of Cooperative Extension Educators in the Midwest: A Focus on Michigan.* Report No. 56. East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University. (w/ J.Kayitsinga).

2016    *Survey of Cooperative Extension Educators in the Midwest: On Serving Latino Populations.* Report No. 55. East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University (w/J. Kayitsinga, P. Horner & D. Vélez Ortiz).

2016    *Shapedown Project: A Bilingual Approach for the Hispanic Community.* Report No. 54. East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University (w/ J. Kayitsinga, D. Vélez Ortiz, P. Horner and S. Acosta).

2015    *LATINOS 2025: A Needs Assessment of Latino Communities in Southeast Michigan.* East Lansing, MI: Julian Samora Research Institute, University Outreach and Engagement, Michigan State University. (w/ J.Kayitsinga, P. Horner & D. Vélez Ortiz).

2011    *The Policy Dimensions of the Context of Reception for Immigrants and Latinos in the Midwest.* JSRI Research Report No. 47, Julian Samora Research Institute, Michigan State University, East Lansing, MI. (w/Tello Buntin, J., & Escalante, W.).

**Reports Continued**

2011    *Latino-Owned Businesses: Startup Fund Sources and Implications in Comparison to Other Racial/Ethnic Groups.*  Research Report No. 48.  Julian Samora Research Institute, MSU. Available online: http://www.jsri.msu.edu/pdfs/rr/rr48.pdf. (w/Avila, B., Santiago-Rivera, O. J., & Tello Buntin, J.).

2011    *Does Formal Institutional Access to Startup Funds Matter to the Survivability of Latina-Owned Firms?*  Research Report No. 49.  Julian Samora Research Institute, MSU.  Available online: http://www.jsri.msu.edu/pdfs/rr/rr49.pdf. (w/Avila, B.).

2010    *Measuring the Economic and Fiscal Contributions of Michigan's Latino Population.*  East Lansing: Julian Samora Research Institute, Michigan State University, East Lansing, MI.          (w/Miller, S., & Faun, A.).

2009    *Racial and Ethnic Disparities in Childhood Overweight.* JSRI Research Report No. 43, Julian Samora Research Institute, Michigan State University, East Lansing, MI. (w/ Kayitsinga, J., & Villarruel, F. F.).

2008    *¿Bellas o no tan Bellas?: A Latino Scorecard on Texas Higher Education Institutions. Just Who is Closing the Gaps?*  JSRI Research Report No. 39, Julian Samora Research Institute, Michigan State University, East Lansing, MI. (w/Vega, A.).

2008    *The Impact of Race/Ethnicity, Household Structure, and Socioeconomic Status on Health Status in the Midwest, 2006-2008.*  JSRI Research Report No. 41, Julian Samora Research Institute, Michigan State University, East Lansing, MI. (w/ Kayitsinga, J.).

2004    *Measures of San Antonio's Social Capital—Social Cohesion.*  Issue Brief, No. 6.  The Culture and Policy Institute, University of Texas at San Antonio (w/Norton, D., & Vega, A.).

2003    *Self-Assessment on Cultural and Linguistic Competence Report.*  Ambulatory and Community Oriented Services Strategic Planning Process at University Health System, San Antonio, Texas.  The Culture and Policy Institute (UTSA), Hispanic Medical Center of Excellence (UTHSCSA), and University Health Science System (w/Members of the Ambulatory Services Research Committee).

2003    *A Methodological Assessment of the Family Security Index.*  The Culture and Policy Institute, University of Texas at San Antonio (w/Ramos, R., & Chance, W.).

2003    *The City of San Antonio Solid Waste Collection Survey: Final Report to the City of San Antonio Environmental Services Department.*  The Culture and Policy Institute, University of Texas at San Antonio (w/Harris, R., & Firestone, J.).

**Reports Continued**

2001   *Academic Ability, Educational Aspirations and Ethnic Identity Among High School Students in Pueblo County School District No. 70.* University of Southern Colorado. (w/Mondragon, L.).

2001    *Academic Ability, Educational Aspirations and Ethnic Identity among High School Students, La Junta, Colorado.* University of Southern Colorado (w/Mondragon, L.).

2000   *Upper Rio Grande Hispano Farms: A Cultural and Environmental History of Land Ethics in Transition, 1598-1998.* The National Endowment for the Humanities. Grant Number R0-227078-94 (w/Peña, D.).

1997   *The University of Colorado at Colorado Springs: A Campus in Transition.* Self-Study Report Submitted to the North Central Association of Colleges and Schools. Vols. 1-2. CU-Colorado Springs.

1996   *Exploring & Documenting the Challenges and Opportunities Faced by Institutions Participating in the Rural Community College Initiative.* Report for the Ford Foundation by the Office of Minorities in Higher Education, ACE, Washington DC.

1994   *External Program Review, Department of Sociology,* University of Southern Colorado, Pueblo.

1993   *Program Review Self Study, Department of Sociology.* University of Colorado at Colorado Springs.

1990   *CU Faculty Survey: Views on Minority Affairs,* CU Faculty Senate Minority Affairs Committee, University of Colorado.

1987   *Minorities and Strategic Planning at the University of Colorado, August 1987.* CU Faculty Senate Minority Affairs Committee, University of Colorado (w/Committee).

1987   *Final Report, May 1983, Survey of Youth Lifestyles*, CARE Coalition, University of Colorado (w/Hughes, R., et al).

1986   *Report on Minority Student Retention Submitted to Chancellor Dwayne Nuzum, University of Colorado at Colorado Springs.* University of Colorado at Colorado Springs.

1987   *Report to the Colorado Advisory Committee to the U.S. Commission on Civil Rights and the Colorado Department of Education*, Concerned Chicanos in Colorado, Denver, CO.

## J.   Professional Paper Presentations

Over 200 papers and presentations at professional conferences over the past four decades. Annual conferences included those by the American Sociological Association, American Association of Hispanics in Higher Education, Pacific Sociological Association, Western Social

Science Association, National Association for Chicana and Chicano Studies, National Association of Ethnic Studies, and the Association of Governing Boards. Papers also were presented at different special conference events held at different campuses across the country, including the Center for Advanced Study of Behavioral Science at Stanford and The Johns Hopkins University.

**K.   Selected Professional Presentations**

"DEI: It's All About Organizational Transformation," Michigan Credit Union League and Affiliates, Annual Convention and Exposition, Detroit, MI, June 9, 2022.

"Latino and Latina Farms: Characteristics, Challenges, and Management," 2nd Annual National Latino Farm and Ranch Congress, Albuquerque, NM, October 29, 2021.

"Ethnic Differences in Factors Influencing Attitudes Toward Suicide and Physician-Assisted Suicide Among Elders," Paper presented at The Gerontological Society of America's 71st Annual Scientific Meeting, November 15, 2019, Austin, Texas. (w/ O. J. Santiago, D. V. Espino, & B. Avila)

"Latina/o Business Owners and Changing American Society," *14th Annual Economic Forum Breakfast*, Michigan Hispanic Chamber of Commerce, Detroit, MI, April 27, 2018.

"Understanding our Contemporary Social Order," Keynote Speaker, Interfaith Strategy for Advocacy & Action in the Community Annual Banquet, Kalamazoo, MI, June 5, 2017.

"Toward a Justice Economy: Neoliberalism and the Flint Water Crisis," Environmental Justice Summit, City of Flint, March 10, 2017.

"Neoliberal Nationalism:  A Challenge for America," ISSAC Annual Banquet, Kalamazoo, MI, May 6, 2017.

"Latinos in the Midwest," *E Pluribus Unum? Missouri and the Fractured S*ociety series, Kansas City Public Library, Kansas City, Missouri, October 16, 2016.

"The Status of Latinos in the U.S., *Texas Hispanic Heritage Month*, Brownsville, TX, September 29, 2016.

"The Status of Latino/as in Michigan and the United States: Demographic, Education and Income Characteristics," MSU College of Veterinary Medicine, *Hispanic Heritage Month Celebration*, East Lansing, MI, October 13, 2017.

"Factors Affecting the Survivability of Latino/a Firms," Keynote Presentation at the 11th Annual Cambio de Colores Conference, June 13-15, 2012, Columbia, MO. (w/Avila, B.).

"Human Rights in the Time of Nativism."  Keynote Luncheon Presentation at the 2008 NAHRW-IAOHRA Conference, "Gateway to Freedom – Honoring the Past – Marching Towards the Future," September 15, 2008, Detroit, MI.

**Selected Professional Presentations Continued**

"Latino Land Ethics: The Need for Articulation and Recovery." Paper presented at the 114th Annual Convention of the American Psychological Association. August 2006, New Orleans, Louisiana.

"A Critical Assessment of Theories on Diversity and Public Administration." Paper presented at the 2006 Western Political Science Association Meeting, March 2006, Albuquerque, NM.

"Cultural Diversity and Environmental Ethics." Paper presented at the 36th Annual Conference of the Environmental Design Research Association, April 2005, Vancouver, Canada.

"Diversity and Public Administration: A Focus on the U.S. Forest Service." Paper presented at the 47th Annual Conference of the Western Social Science Association, Albuquerque, NM, April, 2005.

"Hispano Land Ethics," Invited Paper, Division of Population and the Environment, 112th Annual Convention of the American Psychological Association, Honolulu, July 28-August 1, 2004.

"Diversity Leadership," Keynote Presentation, Cross-Cultural Leadership Seminar, The Council on Career Development for Minorities and The National Association for Hispanic Education, San Antonio, June, 2004.

"The Organizational Response to Diversity: Leading in Diversity versus Leading for Diversity," Paper Presented at the 8th Annual Conference of the People of Color in Predominantly White Institutions: Affirmative Approaches to Ensuring Diversity, University of Nebraska, Lincoln, November, 2003.

"Hispanic Demographics and the Demands on Higher Education." Leadership Workshop, Hispanic Association of Colleges and Universities, Denver, October 2002.

"Chicano/a Land Ethics, Sense of Place and the Environment." Invited Paper, Division of Population and the Environment, American Psychological Association, Chicago, August 2002.

"Juneteenth and the Celebration of Human Freedoms." Keynote Speaker, Juneteenth Celebration, African American Voice, Colorado Springs, June 2002.

"Hispanic Education Issues and The Role of the National Association for Hispanic Education." Invited Presentation, National Association for Hispanic Education, Inaugural Summit, Tucson, December 2001.

"Hispanics and High Stakes Testing: A Focus on Colorado and Texas." Hispanic Association of Colleges and Universities, San Juan, Puerto Rico, October 2001.

40

**L.   Newspaper Articles/Op. ed. Comments**
Over two hundred pieces have been published over the past four decades in several newspapers. Most have focused on civil and human rights issues. Over two hundred interviews have been granted to newspaper, magazine, radio and television news reporters and commentators.

**M.   Works in Progress**
*Voces de la Tierra: Four Hundred Years of Acequia Farms in the Rio Arriba, 1598-1998.*  Co-
    edited w/Devon Peña and Mario Montaño. Tucson, AZ: University of Arizona Press.

**N.   Selected Grants and Contracts**
2021    Principal Investigator, "Educating Underserved and Socially Disadvantage Farmers on
    Risk Management and Mitigation through Culturally Appropriate Outreach, and
    Technical Assistance," Agriculture Research and Education, Michigan ($99,996).

2020-    Co-Principal Investigator, "Strategies for Adaptive Resilience in Sustainable
2022    Agriculture for Beginning and Historically Underserved Farmers," North Central
    Sustainable Agriculture Research and Education, Michigan ($199,996, Subcontract
    $57,847).

2016-    Co-Principal Investigator, "Latino Agricultural Entrepreneurship Strategies, Networks
2020    of Support, and Sustainable Rural Development."  USDA/NIFA ($477,860;
    Subcontract $149,176).

2013-    Co-Principal Investigator and Evaluation Director, "An Integrated Extension and
2018    Education Program to Reduce Mastitis and Antimicrobial Use". USDA/NIFA
    ($2,913,199) [February 1, 2013 – January 31, 2019].

2009    Principal Investigator, "Evaluating ShapeDown among Latino Families, Michigan
    Nutrition Network, Michigan State University Extension ($59,000).

2009    Project Director, "Transnational Labor Symposium Series," Office of Inclusion and
    Intercultural Initiatives, Michigan State University ($17,900).

2008    Principal Investigator, "Survival Skills Among Latino Migrants," Families and Children
    Together, Michigan State University ($30,000).

2005-    Co-Principal Investigator, "Decision-Making at the End of Life Among Mexican
2007    American Elders," Agency for Healthcare Research and Quality ($223,267).

2003-    Co-Principal Director, "Hispanic Leadership Program for Research in Food and
2006    Agricultural Sciences,"U.S. Department of Agriculture, CSREES ($1,345,580).

2002-    Co-Principal Director and Project Coordinator, "Hispanic Leadership Program in
2005    Agriculture and Natural Resources," U.S. Department of Agriculture, Forest Service
    ($800,000).

**Selected Grants and Contracts Continued**

2002-  Co-Principal Coordinator, "Local Learning Partner for Making Connections—San
2005   Antonio," Annie E. Casey Foundation ($1,182,000).

2004   Training Contract, "Training Hispanic Faculty in the Use of Medicare & Medicaid
       Datasets," Centers for Medicare & Medicaid Services, Baltimore, MD ($30,000)

2003   Co-Principal Investigator, "Survey of User Satisfaction with City Waste Collection
       Services," San Antonio Environmental Waste Division ($24,990).

2002   Training Contract, "Training Hispanic Faculty in the Use of Medicare & Medicaid
       Datasets," Centers for Medicare & Medicaid Services, Baltimore, MD ($30,000).

2000   GEAR UP Grant. (Proposal Development Coordinator and Principal Investigator).
       "Mathematics and Student Success." U.S. Department of Education ($3 million).

2000   Planning Grant, "Southern Colorado Latino Educational Achievement Project," The W.
       K. Kellogg Foundation ENLACE Initiative ($100,000).

1996   Institutional Grant, "Promoting Diversity Action Plans at CU-Colorado Springs,"
       Office of the President, University of Colorado ($15,500).

1995-  Institutional Grant, "Mentoring Minority Students," Office of the President, University
1997   of Colorado ($7,500).

1994-  Research Grant, "Upper Rio Grande Hispano Farms:  A Cultural and Natural History of
1997   Land Ethics in Transition, 1850-1994," NEH ($140,000). (w/Peña, D.).

1989-  Grant, "Strengthening Institutions," Member of UCCS Grant Proposal Committee, U.S.
1994   Department of Education, Title III Program ($2.2 million).

1989-  Grant, "Minority Affairs Electronic Communications Board," CU President's Fund for
1993   the Recruitment and Retention of Minority and Women Faculty ($92,000) (w/Lessley,
       M., & Durkee, J.).

1989   Grant, "Socio-Cognitive Development, Social Economic Factors, and the Writing of
       Hispanic College Students," Humanities Research Gift Fund Committee, UCCS ($3,183)
       (w/ Hays, J., & Durham, R.).

1988-  Grant, "Encouraging Minority Student Participation in Graduate Education," U.S.

1990   Department of Education, Title IX Program ($243,000). (w/Fairchild, J., et al.).

1988   Stipend, "2nd CU Minority Faculty Retreat," Minority Affairs Committee, President's
       Fund for the Recruitment and Retention of Women and Minorities, University of
       Colorado ($24,000).

**Selected Grants and Contracts Continued**

1987    Research Award, "CU Faculty Survey," Minority Affairs Committee, President's Fund for the Recruitment and Retention of Women and Minorities, University of Colorado ($13,000).

1987    Stipend, "CU Minority Faculty Retreat," Minority Affairs Committee, CU Faculty Senate, University of Colorado ($3,000).

## O.   Community Service

I serve and have served on numerous boards and task forces of various community organizations and agencies in every community in which I have resided. I am currently on the board of E.W. Sparrow Hospital, Lansing Sister Cities Commission, MI ALMA, and the North Star Alliance for Justice. I previously served on the Lansing Financial Health Team, which advises the Mayor of Lansing, and the Rightsizing Task Force for the Lansing School District as chair of the Facilities Subcommittee. More information is available upon request.

**Appendix A**
(revised July 31, 2023)

**Documents reviewed in connection with Miguel Coca and Alejandro Rangel-Lopez (the "Plaintiffs") in voting rights litigation currently pending in the United States District Court for the District of Kansas**

Abott, C., & Magazinnik, A. (2020). "At-Large elections and minority representation in local government." *American Journal of Political Science*, 64(3), 717-733. https://hdl.handle.net/1721.1/140916.

Aistrup, J. A. (2016). "Kansas elections: Then and now." *Kansas Journal of Law & Public Policy*, 25 (3), 301-328.

Amy, D. J. (2001). "The state of the electoral reform movement in the United States." *Representation*, 38(2), 159-170.

Anderson, J. M. (1987). "Politics and purpose: hide and seek in the gerrymandering thicket after *Davis v. Bandemer*." *University of Pennsylvania Law Review*, 136(1), 183-237.

Associated Press. (2010). "Dodge City Globe reporter fired." *The Topeka Capital Journal*, cjonline: https://www.cjonline.com/story/news/local/2010/03/09/dodge-city-globe-reporter-fired/16504774007/.

Bailey Z. D., Krieger, N., Agenor, M., Graves, J., Linos, N., & Bassett, M. T. (2017). "Structural racism and health inequities in the USA: evidence and interventions." *The Lancet.* 389 (10077):1453-1463.

Berinsky, A. J. (2005). "The perverse consequences of electoral reform in the United States." *American Politics Research*, 33(4), 471-491.

Berry, B. L., & Dye, T. R. (1979). "The discriminatory effects of at-large elections." *Florida State University Law Rev*iew, 7(1), 85-122.

Bezdek, R. R., Billeaux, D. M., & Huerta, J. C. (2000). "Latinos, at-large elections, and political change: evidence from the 'transition zone.'" *Social Science Quarterly*, 81(1), 207-225.

Birenbaum, J. (1977). "Discriminatory effect of elections at-large: the totality of circumstances doctrine." *Albany Law Review*, 41(2), 363-388.

Blanchard, L. H. (1931). *The conquest of Southwest Kansas*. Wichita, KS: The Wichita Eagle Press.

Board of Education, "Dodge City Public Schools." *Unified School District 443*. https://www.usd443.org/580055_3.

Bonapfel, P. W. (1976). "Minority challenges to at-large elections: The dilution problem." *Georgia Law Review*, 10(2), 353-390.

Campa, A. (1990). "Immigrant Latinos and resident Mexican Americans in Garden City, Kansas: Ethnicity and ethnic relations." *Urban Anthropology and Studies of Cultural Systems and World Economic Development*, 19(4), 345-360.

Campney, B. M. S. (2015). *This Is Not Dixie: Racist Violence in Kansas, 1861–1927*. Urban, IL: University of Illinois Press.

Carman, J. Neale.  (1962). *Foreign Language Units of Kansas: Historical Atlas and Statistics*. Lawrence, KS: University of Kansas.

Carleton, R. P. (1992). "*Williams v. City of Dallas*: Campaign costs in at large districts as a factor in proving voting dilution claims." *George Mason University Civil Rights Law Journal*, 2(2), 341-360.

City Commission, *City of Dodge City Kansas*. https://www.dodgecity.org/54/City-Commission#:~:text=The%20Dodge%20City%20commission%20is,November%20of%20odd%20numbered%20years.

Clark, Victor. (1908). "Mexican Labor in the United States." In U.S. Department of Commerce and Labor, *Bulletin of the Department of Labor*, No. 78, (pp. 462-522). Washington, D.C.: GPO.

Cleary, R. M. (2002). *The education of Mexican-Americans in Kansas City, Kansas, 1916–1951* [Master's Thesis, University of Missouri, Kansas City, MO].

Condos, D. (2021, November 22). Even in the most Hispanic cities in Kansas, getting elected as a Latina is an uphill battle. *High Plains Public Radio*. https://www.hppr.org/hppr-news/2021-11-22/even-in-the-most-hispanic-cities-in-kansas-getting-elected-as-a-latina-is-an-uphill-battle.

Condos, D. (2021, August 4). Kansas' history of racist violence often proves too heavy for words. *The Journal*. https://klcjournal.com/kansas-racist-violence-history/.

Condos, D. (2021, March 2). What the history of 'Noose Road' tells us about Kansas, race and the lynchings of Black men. *High Plains Public Radio*. https://www.hppr.org/hppr-news/2021-03-02/what-the-history-of-noose-road-tells-us-about-kansas-race-and-the-lynchings-of-black-men.

Davidson, C., & Korbel, G. (1981). "At-large elections and minority-group representation: A re-examination of historical and contemporary evidence." *The Journal of Politics*, 43(4), 982-1005.

Davidson, C. (2021). "Reforming a reform: The attack on multimember districts." In Merle Black and John Shelton Reed (Eds.), *Perspectives on the American South* (pp. 143-149). Boca Raton, FL: CRC Press (Original work published in 1981).

Dickens, A. R. (2019). *Narrating migrants and cowboys: Language and race in Southwest Kansas local government*. [Master's Thesis, University of California, Los Angeles].

Directory, *City of Dodge City Kansas*. https://www.dodgecity.org/Directory.aspx.

Dodge City Commercial Club. (1911). *Dodge City and Ford County Kansas: A history of the old and a story of the new*. Larned, KS: Tucker-Vernon Publishing Co. http://genealogytrails.com/kan/ford/historyoldandnew.html.

Dodge City Area Chamber of Commerce, https://dodgechamber.com/.

Dodge City Globe. (2022). *Dodge City,* c*elebrating 150 Years*. *The West i*s *just the b*eginning, A supplement of the Dodge City Globe. Dodge City, KS:  Dodge City Globe.

Dole, Bob Senator. (1984, April 12). "Talking with Kansans." Dodge City Daily Globe, p. 16.

Donato, R., & Hanson, J. (2017). ''In these towns, Mexicans are classified as Negroes'': The politics of unofficial segregation in the Kansas Public Schools, 1915–1935. *American Educational Research Journal*. 54(1S): 53S–74S.

Dykstra, R. R., & Manfra, J. A. (2017). *Dodge City and the birth of the Wild West*. Lawrence, KS: University of Kansas Press.

Editorial Board. (1970). "Note: Ghetto voting & at-large Elections: A subtle infringement upon minority rights." *Georgtown Law Journal*, 58(5), 989-1012.

Editorial Board. (1982a). "The constitutional significance of the discriminatory effects of at-large elections." *Yale Law Journal*, 91(5), 974-999.

Editorial Board (1982b). "Alternative voting systems as remedies for unlawful at-large systems." *Yale Law Journal*, 92(1), 144-160.

Election Assistance Commission. (2017). *Poll workers and polling places*. https://www.eac.gov/sites/default/files/document_library/files/EAVSDeepDive_pollworkers_pollingplaces_nov17.pdf.

Election Office, *Ford County Kansas*. http://www.fordcounty.net/227/Election-Office.

Ellis County Commission. (2020). *Special meeting: Order of business*. Available online: https://www.ellisco.net/AgendaCenter/ViewFile/ArchivedAgenda/_06222020-160.

Franco, H. (1950). *Mexicans in Wichita* [Master's Dissertation, University of Wichita]. https://soar.wichita.edu/bitstream/handle/10057/22238/t1950_Franco.pdf?sequence=1.

Fraga, L. R. (1988). "Domination through democratic means: Nonpartisan slating groups in city electoral politics." *Urban Affairs Quarterly*, 23(4), 528-555.

Frank, T. (2004). *What's the matter with Kansas: How conservatives won the heart of America*. New York, NY: Metropolitan Books.

Friedman, A. K. (2005). "Voter disenfranchisement and policy toward election reforms." *Review of Policy Research*, 22(6), 787-810.

Fromer, J. C. (2005). "An exercise in line-drawing: Deriving and measuring fairness in redistricting." *Georgetown Law Journal*, 93(5), 1547-1622.

Garcilazo, Jeffrey M. *Traqueros: Mexican Railroad Workers in the United States, 1870 to 1930*. [Doctoral Dissertation, University of California, Santa Barbara, CA].

Gerr, F. (2021). "Meatpacking plant workers: A case study of a precarious workforce." *Journal of Occupational and Environmental Hygiene*, 18(4-5), 154-158.

Gonzalez, J. (2022). *Harvest of empire: A history of Latinos in America*. 2nd rev. and Updated Ed. New York, NY: Penquin Random House.

Governing Body of the City of Dodge City. (2022). *Code of the City of Dodge City Kansas*. https://www.dodgecity.org/DocumentCenter/View/3/Code-of-the-City-of-Dodge-City?bidId=.

Gribble, G. (1940). *George M. Hoover, Dodge City Pioneer* [Master's Dissertation, University of Wichita].

Hays, S. P. (1964). "The politics of reform in municipal government in the progressive era." *The Pacific Northwest Quarterly*, 55(4), 157-169.

Haywood, C. R. (1985). "The Dodge City census of 1880: historians' tool or stumbling block?" *Kansas History*, 8(2), 95-109.

Haywood, C. R. (1988). "'No less a man': Blacks in Cow Town Dodge City, 1876-1886." *The Western Historical Quarterly*, 19(2), 161-182.

Hoffman, A. (1974). *Unwanted Mexican Americans in the Great Depression: Repatriation pressures, 1929-1939*. Tucson, AZ: University of Arizona Press.

Hritzuk, N., & Park, D. K. (2000). "The question of Latino participation: From an SES to a social structural explanation." *Social Science Quarterly*, 81(1), 151-166.

Hull, J. (1978). "Challenges to at-large election plans: modern local government on trial." *University of Cincinnati Law Review*, 47(1), 64-77.

Irwin, A. S. (1978). "At-large voting dilution claims: the fifth circuit requires racially motivated discrimination." *Cumberland Law Review*, 9(2), 443-456.

Jeffrey, S. Z. (1990). "Election methods and black and Hispanic city council membership." *Social Science Quarterly.*" 71(2), 339-335.

Johnson, Kenneth F. (1985). "Wichita's Hispanics: Tensions, Concerns, and the Migrant Stream." Wichita State University. https://files.eric.ed.gov/fulltext/ED271248.pdf.

*Kansas heritage: Ford County*. Fort Hays State University Forsyth Library. (n.d.). Retrieved April 1, 2023, from https://fhsuguides.fhsu.edu/kansasheritage/fordcounty.

Koenigsberg, D. A. (1981). "The standard of proof in at-large vote dilution discrimination cases after *City of Mobile v. Bolden*." *Fordham Urban Law Journal*, 10(1), 103-146.

Kousser, J. M. (1981). *The undermining of the first reconstruction: Lessons for the*

*second*. Humanities Working Paper 64. Pasadena, CA: California Institute of Technology. https://authors.library.caltech.edu/15031/1/HumsWP-0064.pdf.

Kousser, J. Morgan. (1999). *Colorblind Injustice: Minority Voting Rights and the Undoing of the Second Reconstruction*. Chapel Hill: The University of North Carolina Press.

Laird, J. (1975). *Argentine, Kansas: The evolution of a Mexican-American community, 1905– 1940* [Doctoral Dissertation, University of Kansas, Lawrence, KS.]

Leal, D. L., Martinez-Ebers, V., & Meier, K. J. (2004). "The politics of Latino education: The biases of at-large elections." *The Journal of Politics*, 66(4), 1224-1244.

Longoria, T. Jr., Wrinkle, R. D., & Polinard, J. L. (1990). "Mexican American voter registration and turnout: Another look." *Social Science Quarterly*, 71(2), 356-361.

Martinez, A. D. (1983). "The historical development of the Mexican-American community of Dodge City, Kansas." *International Social Science Review*, 58(3), 159-167.

Martinez, A. D. (1985). "Los de Dodge City, Kansas: A Mexican American Community at the Heartland of the United States." *Journal of the West*, 24(2), 88-95.

Mines, Cynthia. (1980). *Riding the Rails to Kansas: The Mexican Immigrants*. [Master's Thesis, McPherson College, McPherson, KS].

National Park Service. (2021). *Chaos in early Kansas elections*. https://www.nps.gov/teachers/classrooms/voting.htm.

Ortiz, D. R. (1982). Alternative voting systems as remedies for unlawful atlarge systems. *Yale Law Journal*, 92, 144-160.

Packer, M. (1982). "Tracking the court through a political thicket: at-large election systems and minority vote dilution." *Urban Law Annual*, 23, 227-262

Polinard, J. L., Wrinkle, R. D., & Longoria T. Jr, (1991). "The impact of district elections on the Mexican American community: The electoral perspective." *Social Science Quarterly*, 72(3), 608-614.

ProximityOne Decision-making Information. *Hispanic population by specific origin - examining Hispanic demographics by county*. Accessed May 15, 2023. http://proximityone.com/hispanic_origin.htm.

Ramos, A. K., Carvajal-Suarez, M., Trinidad, N., Quintero, S. A., Molina, D., Johnson-Beller, R., & Rowland, S. A. (2021). "Health and well-being of Hispanic/Latino meatpacking workers in Nebraska: An application of the health belief model." *Workplace Health & Safety*, 69(12), 564-572.

Ricca, F., & Trebbi, F. (2022). *Minority underrepresentation in U.S. cities* (No. w29738). National Bureau of Economic Research. https://www.nber.org/system/files/working_papers/w29738/w29738.pdf.

Rodriguez, R. G. (2021). "Has the sleeping giant wakened in Kansas? An overview of Latino voting behavior in the sunflower state." *Great Plains Research*, 31(2), 145-157.

R. S. B. (1981). "Voting rights act and local at-large elections." *The Virginia Law Review*, 67(5): 1011-1034.

Rutter, Larry G. (1968). *Mexican Americans in Kansas: A Survey and Social Mobility Study, 1900-1970*. [Master's Thesis, Kansas State University]. https://krex.k-state.edu/handle/2097/10608.

Shillingberg, W. B. (2009). *Dodge City: The early years, 1872-1886*. Norman, OK: The Arthur H. Clark Company.

Sloan, L. (1969). "'Good government' and the politics of race." *Social Problems*, 17(2), 161-175.

Stahl, K. A. (2010). "The artifice of local growth politics: At-large elections, ballot-box zning, and judicial review." *Marquette Law Review*, 94(1), 1-74.

Strickler, L., Martinez, D., & Ainsley, J. (2023, April 13). Workers at company fined for employing minors have used stolen identities to get hired. *The Limited Times*. Available online: https://newsrnd.com/news/2023-04-14-workers-at-company-fined-for-employing-minors-have-used-stolen-identities-to-get-hired.rybCdk4IG3.html.

Stull, D. D., & Broadway, M. J. (1995). "Killing them softly: Work in meatpacking plants and what it does to workers." In Donald D. Stull, Michael J. Broadway, and David Griffith (Eds.), *Any way you cut it: Meat processing and small-Town America* (pp. 61-84). Lawrence, KS: University Press of Kansas.

Stull, D. D., & Gouveia, L. (1995). "Dances with cows: Beefpacking's impact on Garden City, Kansas and Lexington, Nebraska." In Donald D. Stull, Michael J. Broadway, and David Griffith (Eds.), *Any way you cut it: Meat processing and small-town America* (pp. 85-108). Lawrence, KS: University Press of Kansas.

Trillin, C. (2010, May 3). Incident in Dodge City: What led to a showdown in the riverbed? *The New Yorker*. Available online: https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city.

Trounstine, J., & Valdini, M. E. (2008). "The context matters: The effects of single-member versus at-large districts on city council diversity." *American Journal of Political Science*, 52(3), 554-569.

U.S. Department of Labor. (2023, February 17). More than 100 children illegally employed in hazardous jobs, federal investigations finds; food sanitation contractor pays $1.5M in *penalties*. https://www.dol.gov/newsroom/releases/whd/whd20230217-1#:~:text=KIELER%2C%20WI%20%E2%80%93%20One%20of%20the,occupations%20and%20had%20them%20working.

U.S. Department of Justice. (2022). *2020 hate crime statistics for Kansas*. Available online: https://www.justice.gov/hatecrimes/state-specific-information/kansas.

U.S. House of Representatives (Serial Report 24, Part 3). (1982). *Extension of the Voting Rights Act: Hearing before the subcommittee on civil and constitutional rights of the committee on the judiciary*, 97th Congress, 1st Session. Washington, DC: Government Printing Office.

U.S. House of Representatives, House Report 1856-No. 200. (1856). *Report of the special committee appointed to investigate the troubles in Kansas*. 34th Congress, 1st Session. Washington: Cornelius Wendell.

Vanderleeuw, J. M. (1990). "A city in transition: The impact of changing racial composition on voting behavior." *Social Science Quarterly*, 71(2), 326-338.

Vernon, J. (1911). *Dodge City and Ford County Kansas: A history of the old and a story of the new*. Larned, KS: Tucker Vernon Publishing Company.

Walawender, R. A. (1986). "At-large elections and vote dilution: An empirical study." *University of Michigan Journal of Law Reform*, 19(4), 1221-1242.

Weber, B. (2010). *Progressive municipal reform as reflected in Dodge City newspapers: The progressive agendas of Robert Wright, George Hoover, and Adolph Gluck* [Master's Thesis, Fort Hays State University].

Weinstein, J. (1962). "Organized business and the city commission and manager movements." *The Journal of Southern History*, 28(2), 166-182.

Welch, S. (1990). "The impact of at-large elections on the representation of Blacks and Hispanics." *The Journal of Politics*, 52(4), 1050-1076.

Wenzel, Tim. (2022). *A place in time: Dodge City's Mexican Village, 1906-1956*. Monee, IL: Self Published.

Wiggans, O. D. (1938). *A History of Dodge City, Kansas* [Master's Thesis, Colorado State College of Education, Greeley, Colorado].

Wood, A. (1988). *The beef packing industry: A study of three communities in Southwestern Kansas*. Flagstaff, AZ: Wood and Wood Associates.

Zax, J., S. (1990). "Election methods and black and Hispanic city council membership." *Social Science Quarterly.*" 71(2), 339-335.