# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF DODGE CITY, *et al.* )<br>)<br>Defendants. ) | Case No. 6:22-cv-01274-EFM-RES |

## DEFENDANTS' MOTION TO EXCLUDE EXPERT WITNESS MATT A. BARRETO

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrel Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants respectfully move this Court for an order excluding the testimony and expert report of Plaintiffs proposed expert witness, Dr. Matt A. Berreto.

For the reasons set forth in the accompanying supporting brief, Defendants respectfully request that the Court grant this Motion.

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Anthony F. Rupp*
   Anthony F. Rupp, KS #11590
   Tara Eberline, KS #22576
   Sarah E. Stula, KS #27156
   7500 College Boulevard, Suite 1400
   Overland Park, Kansas 66210
   T (913) 498-2100 | F (913) 498-2101
   trupp@foulston.com
   teberline@foulston.com
   sstula@foulston.com

   - and-

> Clayton J. Kaiser, KS #24066
> FOULSTON SIEFKIN, LLP
> 1551 North Waterfront Parkway, Suite 100
> Wichita, Kansas 67206
> T (316) 267-6371 | F (316) 267-6345
> ckaiser@foulston.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on the 22nd of September, 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett, KS #28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
sbrett@aclukansas.org

Chad W. Dunn *(Pro Hac Vice)*
Sonni Waknin *(Pro Hac Vice)*
Bernadette Reyes *(Pro Hac Vice)*
**UCLA VOTING RIGHTS PROJECT**
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

Jonathan Topaz *(Pro Hac Vice)*
Sophia Lin Lakin *(Pro Hac Vice)*
Luis M. R. Roman *(Pro Hac Vice)*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
jtopaz@aclu.org
slakin@aclu.org
lroman@aclu.org

Abena Mainoo *(Pro Hac Vice)*
Jonathan I. Blackman *(Pro Hac Vice)*
JD Colavecchio *(Pro Hac Vice)*
Mijin Kang *(Pro Hac Vice)*
Elizabeth R. Baggott *(Pro Hac Vice)*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
amainoo@cgsh.com
jblackman@cgsh.com
jdcolavecchio@cgsh.com
mkang@cgsh.com
ebaggott@cgsh.com

Scott Fuqua *(Pro Hac Vice)*
**FUQUA LAW & POLICY, P.C.**
scott@fuqualawpolicy.com

*ATTORNEYS FOR PLAINTIFFS*

> */s/ Anthony F. Rupp*