1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF KANSAS
3
4
5   MIGUEL COCA and ALEJANDRO    )
6   RANGEL-LOPEZ,        )
7          Plaintiffs,   )
8       VS.              )   NO. 6:22-cv-01274
9   CITY OF DODGE CITY, et al.,  )      EFM-RES
10         Defendants.   )
11  _____)
12
13
14  DEPOSITION OF:
15         MATT A. BARRETO, PH.D.
16         FRIDAY, JUNE 23, 2023
17         9:15 A.M.
18
19
20
21  REPORTED BY:
22         Sari M. Knudsen
23         CSR No. 13109

**EXHIBIT C**

24
25

Page 2

```
 1            Deposition of MATT BARRETO, PH.D.,
 2            taken on behalf of the DEFENDANTS,
 3            at 2000 Avenue of the Stars, Suite 400,
 4            Los Angeles, California, on FRIDAY,
 5            JUNE 23, 2023, before Sari M. Knudsen,
 6            CSR No. 13109.
 7
 8
 9   APPEARANCES OF COUNSEL:
10
11   FOR THE PLAINTIFF:
12            UCLA VOTING RIGHTS PROJECT
13            BY:  SONNI WAKNIN, ESQ.
14            3250 Public Affairs Building
15            Los Angeles, California  90025
16
17   FOR THE DEFENDANT:
18            FOULSTON SIEFKIN LLP
19            BY:  ANTHONY RUPP, ESQ.
20            7500 College Park Boulevard, Suite 1400
21            Overland Park, Kansas  66210
22            913-498-2100
23
24
25
```

1  ALSO PRESENT VIA ZOOM:
2          JONATHAN TOPAZ, ACLU
3          ALEXA SALES, SUMMER LAW FELLOW
4          PALMER TURNBALL, SUMMER LAW FELLOW
5          ISAAC DESANTOS, SUMMER LAW FELLOW
6          EMILY SHAUL, SUMMER LAW FELLOW
7          CALEB HERSH, SUMMER LAW FELLOW
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  as the director, and so I've been appointed to that.
2       Q    And you indicated that you are a professor.
3  What type of a professor are you?
4       A    My Ph.D. is in political science from the
5  University of California Irvine.
6       Q    And are you a full professor?
7       A    Yes, I'm a full professor with tenure.
8       Q    We'll talk a little bit more about the UCLA
9  Voting Rights Project as we move along here.  But I
10 just want to make sure I understand in terms of your
11 relationship to this case.
12           Counsel for the plaintiffs in this case
13 comes from the UCLA Voting Rights Project.  Is that
14 correct?
15      A    I think there's a lot of counsel.  But I
16 know some are from UCLA, yes.
17      Q    All right.  And do they report to you?
18      A    They do not report to me, no.
19      Q    What is -- what is the relationship between
20 you as a Faculty Director of the UCLA Voting Rights
21 Project and the attorneys who represent the UCLA
22 Voting Rights Project in this case?
23      A    I mean, most -- basically we're co-workers.
24 We work at a similar research center.  But there's a
25 legal director of the Voting Rights Project who is

1  named Chad Dunn, and he oversees both the legal
2  education and clinic as well as all the attorneys.
3       Q    And in terms of decisions, for example,
4  with regard to if the UCLA Voting Rights Project is
5  going to get involved in taking a plaintiff's case,
6  who makes that decision?
7       A    Mr. Dunn.
8       Q    Do you -- are you involved in that
9  decision?
10      A    No.
11      Q    How do they -- how do they separate out
12 what the lawyers do and what you do?
13      A    I think it's like any voting rights case.
14 The lawyers are involved in all the legal
15 components.  I don't have a J.D.  So I don't work on
16 any complaints or briefs or anything like that.
17           I have a Ph.D. in political science, and so
18 I oversee data analysis, data science, and I do
19 educational seminars on what it means to be an
20 expert witness and the type of research that goes
21 into those reports.
22      Q    When do you first become aware that the
23 UCLA Voting Rights Project is contemplating taking a
24 case?
25      A    It depends.  It varies a lot.

1  named Chad Dunn, and he oversees both the legal
2  education and clinic as well as all the attorneys.
3       Q    And in terms of decisions, for example,
4  with regard to if the UCLA Voting Rights Project is
5  going to get involved in taking a plaintiff's case,
6  who makes that decision?
7       A    Mr. Dunn.
8       Q    Do you -- are you involved in that
9  decision?
10      A    No.
11      Q    How do they -- how do they separate out
12 what the lawyers do and what you do?
13      A    I think it's like any voting rights case.
14 The lawyers are involved in all the legal
15 components.  I don't have a J.D.  So I don't work on
16 any complaints or briefs or anything like that.
17           I have a Ph.D. in political science, and so
18 I oversee data analysis, data science, and I do
19 educational seminars on what it means to be an
20 expert witness and the type of research that goes
21 into those reports.
22      Q    When do you first become aware that the
23 UCLA Voting Rights Project is contemplating taking a
24 case?
25      A    It depends.  It varies a lot.

Page 9

1      Q    Okay.  Let me make it more specific then.
2           In this situation with regard to claims
3   against the City of Dodge City, Kansas, when did you
4   first become aware that the UCLA Voting Rights
5   Project was contemplating filing a lawsuit or
6   investigating a claim?
7      A    Investigating a claim was probably a while
8   back.  It was a -- one of about probably 50
9   jurisdictions across the country that I was aware
10  of.
11     Q    And how did you become aware of it?
12     A    It was -- it was a example that had been
13  used in our teaching clinic that one of the students
14  had researched and brought to our attention, and
15  then I oversaw some additional research.
16          So as I said, at any given time, there's
17  probably about 50 jurisdictions that I'm aware that
18  students or other researchers are looking into.
19     Q    Okay.  What was -- who did that research?
20     A    I don't recall.
21     Q    So there would be a research project by
22  somebody at UCLA that was provided to you about the
23  City of Dodge City?
24     A    It would have been a class project that was
25  turned in for a grade.

```
 1      Q    Okay.  And what was the scope of the
 2   assignment?
 3      A    The general assignment, not related to
 4   Dodge, but in general, is for students to research
 5   and understand census demographics of race and
 6   ethnicity of different jurisdictions and then to
 7   research and understand representation in city,
 8   school board, county, state legislature, whatever
 9   jurisdiction level they are interested in, and to
10   then explain to us or turn in as a grade what they
11   have found.
12      Q    And did you keep a copy of that paper?
13      A    I don't recall.  UCLA has some rules on how
14   long we are supposed to and also allowed to keep
15   student final projects.  But they are protected by
16   FREPA, of course.
17      Q    All right.  On the other hand, if something
18   is related to litigation, you would have an
19   obligation to suspend discarding things.  Wouldn't
20   that be true?
21      A    I don't -- I'm not a lawyer.  So I would
22   have to see a court order, and then I would follow
23   it.
24      Q    All right.  So in terms of litigation
25   holds, you are not familiar with a litigation hold?
```

1      Q    You've done that before?  You've used
2   confidence bands before.  Correct?
3      A    Confidence bands are a part of the
4   eiCompare software that I use.  And so if I've used
5   the eiCompare software, those are included.
6      Q    And you did not include them here, did you?
7      A    I did include them.  They are part of the
8   eiCompare software.
9      Q    And what -- I didn't see any in your report
10  here.
11     A    They are detailed in the data and
12  description of the eiCompare so that if anyone wants
13  to inspect them or extract them, they can.
14     Q    And have you provided that information to
15  us?
16     A    Yes.
17     Q    But you have not recorded your confidence
18  bands in your report?
19     A    I think that's correct.  But I would have
20  to look at the report to know.
21     Q    Okay.  We're going to give you that
22  opportunity.
23          But in terms of confidence bands -- so in
24  an ecological inference report, if you have
25  precincts where 95 percent of the voters are Latino

1  and precincts where 95 percent of the voters are
2  White, your confidence bands probably -- you have a
3  pretty good idea that that is the way Latino voters
4  voted and this is the way White voters voted.
5  Correct?  Your confidence would be high.  Correct?
6        MS. WAKNIN:  Objection.  Form.  Compound.
7        THE WITNESS:  I think you are talking about
8  homogenous precinct analysis now?
9  BY MR. RUPP:
10       Q    Yes.
11       A    So in homogenous precinct analysis, there
12  is no confidence band necessary.  We are just
13  inspecting the most heavily Latino and the most
14  heavily White precincts, and we are just looking at
15  the actual real vote data, which candidate got first
16  second or third, which candidate got fourth, fifth
17  or sixth.
18            So there's no margin of error, as you said.
19  It's just which candidate won and which candidate
20  lost.  It's more of a simple reporting of the
21  precinct results.
22       Q    In a situation where there is less
23  variation, where it's 55 percent White and
24  45 percent Latino, for example, the margin of error
25  would be huge.  Correct?

```
 1              assessments based on aggregate level data."
 2              Is that correct?
 3       A      That's the first sentence.
 4       Q      So EI -- eiCompare is, in fact, a new
 5   package.  Correct?
 6       A      It was --
 7       Q      True statement?
 8       A      It was at the time of this article.  I
 9   would say it's no longer new.  But...
10       Q      And it is attempting to address the
11   ecological inference problem.
12              What is the ecological inference problem?
13       A      The ecological inference problem, sort of
14   just generally, is something that was discussed by
15   sociology scholar named Goodman in the 1950's that
16   attempting to infer from ecological units can be
17   problematic, can lead you to the wrong conclusions
18   unless you use the proper regression techniques and
19   statistical analysis.
20       Q      And so the ecological inference problem is
21   that without reliable data, you are likely to end up
22   or at least bare a huge margin of error.  Correct?
23       A      No.
24       Q      What -- the ecological inference problem is
25   the problem, in essence, described in the first
```

Page 112

1  BY MR. RUPP:
2     Q    Is the UCLA Voting Rights Project an
3  advocacy group?
4     A    I would describe it primarily as a research
5  and teaching mission.
6          As I said earlier, I have a role in
7  teaching undergraduate, master's, Ph.D. students
8  social science data techniques, explaining to them
9  previous expert reports that I've done and
10 explaining to them the techniques involved in
11 different portions of expert research.  That's my
12 main role in VRP.
13    Q    So it's not part of the mission of UCLA
14 Voting Rights Projects to take advocacy positions in
15 litigation?
16    A    I don't know that the UCLA Voting Rights
17 Project has a mission statement written out.  If
18 they do, I could look at it.  But I'm not familiar
19 with it.
20    Q    Are you aware that the UCLA Voting Rights
21 Projects brings lawsuits?
22    A    I'm aware that they participate in
23 litigation, yes.
24    Q    And including this one?
25    A    Correct.

Page 168

1    decision.  So that would be a question for the
2    lawyers involved.
3        Q    Well, I'm not allowed to ask them
4    questions, but you are the co-director.
5        A    They did not consult me.
6        Q    Okay.  Is there a reason why as co-director
7    of the UCLA Voting Rights Project you were not
8    consulted?
9        A    We set it up so that I directed the social
10   science training and education.  That's where my
11   expertise is.  And Mr. Dunn directs the legal part.
12   That's where his expertise is.
13       Q    Before throwing the weight of the UCLA
14   Voting Rights Project behind this lawsuit, did you
15   do any surveys or meetings with members of the
16   community in the City of Dodge City to determine
17   whether there was substantial support for suing the
18   City of Dodge City over -- over the manner of City
19   Commission elections?
20           MS. WAKNIN:  Objection.  Form.
21           THE WITNESS:  What do you mean by "throwing the
22   weight"?
23   BY MR. RUPP:
24       Q    UCLA Voting Rights Project has substantial
25   resources.  Is that correct?