# A Solution to the Ecological Inference Problem

## Reconstructing Individual Behavior from Aggregate Data

**GARY KING**

Exhibit G




# A Solution to the Ecological Inference Problem

# A Solution to the Ecological Inference Problem

## RECONSTRUCTING INDIVIDUAL BEHAVIOR FROM AGGREGATE DATA

*Gary King*

PRINCETON UNIVERSITY PRESS
PRINCETON, NEW JERSEY

# Preface

IN THIS BOOK, I present a solution to the ecological inference problem: a method of inferring individual behavior from aggregate data that works in practice. *Ecological inference* is the process of using aggregate (i.e., "ecological") data to infer discrete individual-level relationships of interest when individual-level data are not available. Existing methods of ecological inference generate very inaccurate conclusions about the empirical world—which thus gives rise to the ecological inference *problem*. Most scholars who analyze aggregate data routinely encounter some form of the this problem.

The ecological inference problem has been among the longest standing, hitherto unsolved problems in quantitative social science. It was originally raised over seventy-five years ago as the first statistical problem in the nascent discipline of political science, and it has held back research agendas in most of its empirical subfields. Ecological inferences are required in political science research when individual-level surveys are unavailable (for example, local or comparative electoral politics), unreliable (racial politics), insufficient (political geography), or infeasible (political history). They are also required in numerous areas of major significance in public policy (for example, for applying the Voting Rights Act) and other academic disciplines, ranging from epidemiology and marketing to sociology and quantitative history.[1]

Because the ecological inference problem is caused by the lack of individual-level information, no method of ecological inference, including that introduced in this book, will produce precisely accurate results in every instance. However, potential difficulties are minimized here by models that include more available information, diagnostics to evaluate when assumptions need to be modified, and realistic uncertainty estimates for all quantities of interest. For political methodologists, many opportunities remain, and I hope the

---

[1] What is "ecological" about the aggregate data from which individual behavior is to be inferred? The name has been used at least since the late 1800s and stems from the word ecology, the science of the interrelationship of living things and their environments. Statistical measures taken at the level of the environment, such as summaries of geographic areas or other aggregate units, are widely known as ecological data. Ecological inference is the process of using ecological data to learn about the behavior of individuals within these aggregates.

Finally, the double regression method adds another problem to the list:

*No method of calculating uncertainty estimates, such as standard errors and confidence intervals, exists for the double regression model.*

Although standard errors could be computed by such methods as bootstrapping, simulation, or analytical approximation, no method has been proposed. This is especially disturbing given how widely the method is used in state and federal courts to make real public policy decisions. Because the basic model is improved in subsequent chapters, I do not pursue these possibilities here.

## 4.4 CONCLUDING REMARKS

A valid method of inferring individual attributes from aggregate data requires a procedure for avoiding aggregation bias as well as a model that solves the non-aggregation problems discussed in this chapter. In particular, a working method of ecological inference should take into account the maximum information from the method of bounds. Rarely is deterministic information such as this available in a statistical context, and it can be very valuable in making ecological inferences. The method should be verified in data for which $X_i$ varies over only a small portion of its possible [0,1] range. Implausible assumptions about the parameters of interest, such as constancy, should not be assumed; the parameters of interest are demonstrably not constant, and so modeling assumptions and empirical estimates should reflect this fact wherever possible. If the aggregate quantities are of interest, the weighted average of the precinct parameters (the district aggregate) should be the goal, not the average of the precinct quantities. Weighting should be used if it helps with the statistical properties of the estimates and in estimating the correct quantities of interest; care should be taken to avoid disrupting one goal while trying to achieve the other. Observable implications of the chosen model should include the possibility of massive heteroskedasticity, as seems common in at least some aggregate data sets. If a 2 × 3 table is the subject of inference, the insight from the double regression model could be used. Finally, any method should include accurate assessments of the uncertainty of all ecological inferences drawn.