IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, ) ) ) | |
| Plaintiffs, ) | Case No. 6:22-cv-01274-EFM-RES |
| ) vs. ) ) | |
| CITY OF DODGE CITY, *et al.* ) ) | |
| Defendants. ) ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants City of Dodge City, the Dodge City Commission, E. Kent Smoll, Michael Burns, Rick Sowers, Chuck Taylor, and Joseph Nuci ("Defendants"), by and through counsel, respectfully request summary judgment in this matter pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Kan. Rule 56.1. In support of this motion, Plaintiffs direct the Court to the contemporaneously filed Memorandum of Law and Exhibits.

WHEREFORE, Defendants respectfully request that the Court grant summary judgment in favor of Defendants and against Plaintiffs on all counts.

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Anthony F. Rupp*
  Anthony F. Rupp, KS #11590
  Tara Eberline, KS #22576
  Sarah E. Stula, KS #27156
  7500 College Boulevard, Suite 1400
  Overland Park, Kansas 66210
  T (913) 498-2100 | F (913) 498-2101
  trupp@foulston.com
  teberline@foulston.com
  sstula@foulston.com

  - and-

  Clayton J. Kaiser, KS #24066
  FOULSTON SIEFKIN, LLP
  1551 North Waterfront Parkway, Suite 100
  Wichita, Kansas 67206
  T (316) 267-6371 | F (316) 267-6345
  ckaiser@foulston.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I certify that on the 22nd day of September 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett, KS #28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
sbrett@aclukansas.org

Chad W. Dunn *(Pro Hac Vice)*
Sonni Waknin *(Pro Hac Vice)*
Bernadette Reyes *(Pro Hac Vice)*
**UCLA VOTING RIGHTS PROJECT**
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

Jonathan Topaz *(Pro Hac Vice)*
Sophia Lin Lakin *(Pro Hac Vice)*
Luis M. R. Roman *(Pro Hac Vice)*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
jtopaz@aclu.org
slakin@aclu.org
lroman@aclu.org

Abena Mainoo *(Pro Hac Vice)*
Jonathan I. Blackman *(Pro Hac Vice)*
JD Colavecchio *(Pro Hac Vice)*
Mijin Kang *(Pro Hac Vice)*
Elizabeth R. Baggott *(Pro Hac Vice)*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
amainoo@cgsh.com
jblackman@cgsh.com
jdcolavecchio@cgsh.com
mkang@cgsh.com
ebaggott@cgsh.com

Scott Fuqua *(Pro Hac Vice)*
**FUQUA LAW & POLICY, P.C.**
scott@fuqualawpolicy.com

*ATTORNEYS FOR PLAINTIFFS*

                                                    */s/ Anthony F. Rupp*