IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and<br>ALEJANDRO RANGEL-LOPEZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF DODGE CITY, *et al.*<br><br>　　　　　Defendants. | Case No. 6:22-cv-01274-EFM-RES |

## DECLARATION OF NICKOLAUS J. HERNANDEZ

Pursuant to 28 U.S.C. § 1746, I, Nickolaus J. Hernandez, declare, verify, certify, and state under penalty of perjury that the following is true and correct:

1. I am the City Manager of the City of Dodge City, Kansas ("Dodge City").

2. I have personal knowledge of the matters stated herein.

3. Dodge City adopted the at-large system of election for City Commissioner in 1971. A true and correct copy of the Charter Ordinance that enacted this form of election, Ordinance No. 7, is attached to this declaration and incorporated herein as Ex. A-1. A true and correct copy of the minutes surrounding the enactment of Charter Ordinance is attached to this declaration and incorporated herein as Ex. A-2.

4. Dodge City does not campaign on behalf of or endorse any candidate for any elected office, including City Commission.

5. Dodge City encourages all eligible citizens to vote and does not discourage any eligible citizen from voting.

**EXHIBIT A**

6. I am not aware of any attempts to keep any eligible Dodge City voter from voting in Commission elections or prevent any Dodge City citizens from running for City Commission.

7. The City publishes election flyers before elections to encourage all eligible Dodge City voters to participate in and vote in elections. All election flyers attached to this declaration are true and correct copies and are incorporated herein as Ex. A-3.

8. Dodge City has engaged in many initiatives to welcome immigrants to the City, including the development of the Cultural Relations Advisory Board, the Welcoming Dodge City Strategic Plan (created by the Cultural Relations Advisory Board), hosting the annual International Festival, hosting New Americans Dinners and the Engage Dodge Program. Dodge City has also worked with the United States Citizen and Immigration Services Mobile Services, and both the Mexican and Guatemalan Consulate services to help community members with the immigration process and has participated in US Naturalization ceremonies. A true and correct description of these activities is set forth in a document attached to this declaration and incorporated herein as Ex. A-4.

9. The City provides free public transportation for citizens to vote during early voting and on election day.

10. The City offers its bilingual staff the opportunity to assist Ford County at the polls on election day without taking a vacation day and while being paid by the City. A true and correct copy of an email addressing this matter from 2020 is attached to this declaration and incorporated herein as Ex. A-5.

11. The Cultural Relations Advisory Board developed a Strategic Plan for Welcoming and Integration in 2021. A true and correct copy of that Plan is attached to this declaration and incorporated herein as Ex. A-6.

12. As far as I am aware, since the at-large system of elections was adopted, the City of Dodge City has not received petitions requesting a change in City Commissioner elections from at-large to district elections.

13. As far as I am aware, since the at-large system of elections was adopted, the form of election, whether district or at-large, has not been an issue in any City Commissioner race.

14. In February 2019, then-Commissioner Jan Scoggins asked then-City Manager Cherise Tieben to add to the Commission agenda a request to consider a combination of districts and at-large seats for City Commission elections. A true and correct copy of that request is attached to this declaration and incorporated herein as Ex. A-7. True and correct copies of the meeting minutes from March and April 2019 in which then-Commissioner Scoggins' requests were addressed are attached to this declaration and incorporated herein as Exs. A-8 and A-9, respectively.

15. Outside of the discussion that transpired in March and April 2019, I am unaware of any other time that the issue of at-large versus district elections has been raised with the Commission or by any commissioner since the at-large system of elections was adopted in the 1970s.

16. Outside of this lawsuit, I am unaware of any citizens in Dodge City desiring or attempting to change the at-large election system currently being utilized.

17. On June 20, 2011, the U.S. Department of Justice ("DOJ"), Civil Rights Division sought information on elections from Ford County. A true and correct copy of the letter that the

DOJ sent to Ford County is attached to this declaration and incorporated herein as Ex. A-10.

18. On October 20, 2011, the DOJ advised then-Ford County Clerk Sharon Siebel of the newly promulgated bilingual election requirements under Section 203 of the Voting Rights Act. A true and correct copy of the letter that the DOJ sent to Ms. Siebel is attached to this declaration and incorporated herein as Ex. A-11.

19. As far as I am aware, the DOJ has never subpoenaed or otherwise requested documents from the City of Dodge City.

20. As far as I am aware, the DOJ has never made any findings of wrongdoing against Dodge City.

21. A true and correct copy of the results for the 2021 Dodge City Commission General Election is attached to this declaration and incorporated herein as Ex. A-12.

22. A true and correct copy of the results for the 2017 Dodge City Commission General Election is attached to this declaration and incorporated herein as Ex. A-13.

23. A true and correct copy of the results for the 2014 Dodge City Commission General Election is attached to this declaration and incorporated herein as Ex. A-14.

24. A true and correct copy of the results for the 2006 Dodge City Commission Primary Election is attached to this declaration and incorporated herein as Ex. A-15.

25. A true and correct copy of the results for the 2000 Dodge City Commission General Election is attached to this declaration and incorporated herein as Ex. A-16.

26. Following the filing of this lawsuit, I have consulted with trusted leaders in the Dodge City Latino community regarding the at-large city council election system. The feedback that I

5

received was that the Latino leaders believed that the at-large system united Dodge City, and they did not see a need to change to district-based elections.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 22nd day of September, 2023.

*/s/ Nickolaus J. Hernández*
Nickolaus J. Hernández