8

**EXHIBIT A-1**

CHARTER ORDINANCE NO. 7

A CHARTER ORDINANCE EXEMPTING THE CITY OF DODGE CITY FROM THE PROVISIONS OF KSA 12-1005a, 12-1005b, 12-1006 AND KSA SUPP. 1970, 14-1204 AND 14-1208, AND PROVIDING SUBSTITUTE AND ADDITIONAL PROVISIONS OF THE SAME SUBJECT RELATING TO THE NUMBER OF COMMISSIONERS OF THE CITY OF DODGE CITY, THEIR TENURE, APPOINTMENT AND ELECTION AND REPEALING CHARTER ORDINANCE NO. 5

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY, IN REGULAR SESSSION ASSEMBLED:

SECTION 1. In accordance with the authority granted by Article 12, Section 5, of the Constitution of the State of Kansas, the City of Dodge City, hereby elects to exempt itself from and to make inapplicable to the City of Dodge City, KSA 12-1005a, 12-1005b, 12-1006 and KSA Supp. 1970, 14-1204 and 14-1208, and provide substitute and additional provisions as are contained in this ordinance. The provisions of the above mentioned statutes apply to the City of Dodge City, but do not uniformly apply to all cities in Kansas.

SECTION 2. The Governing Body of the City of Dodge City shall consist of five (5) Commissioners.

SECTION 3. At the regular City election to be held in 1972, there shall be elected two (2) Commissioners for a four year term and two (2) Commissioners for a two year term. The candidates receiving the largest and second largest number of votes, respectively, shall be elected for the four year terms and the candidates receiving the third and fourth largest number of votes, respectively, shall be elected for the two year terms. The Commissioner then in office, whose term has two years to run, shall hold office for the remainder of his term. At succeeding regular City elections, there shall be elected two (2) Commissioners for four year terms and one (1) Commissioner for a number of votes, respectively, shall be elected for four year terms and the candidate receiving the third largest number of votes shall be elected fro the two year term. (KSA 12-1005k)

SECTION 4: Charter Ordinance No. 5 of the City of Dodge City is hereby repealed.

SECTION 5: This ordinance shall be published once each week for two consecutive weeks in the official City paper, as provided by law.

SECTION 6: This is a Charter Ordinance and shall take effect March 1, 1972, and more than sixty-one (61) days after its final publication, unless a sufficient petition for a referendum is filed and a referendum is held on this ordinance in accordance with the provisions of Article 12, Section 5, Sub-section (c) (3), of the Constitution of the State of Kansas, in which case this ordinance shall become effective if approved by a majority of the electors voting thereon.

Passed by the Governing Body of the City of Dodge City, not less than two thirds of the members elect voting in favor thereof, the 29 day of March, 1971.

ATTEST:  N.A. Cromwell           Lowell G. Clark
         City Clerk                Mayor

REPEALED - C.O. #16
1-3-77