MARCH 29, 1971

THE GOVERNING BODY OF THE CITY OF DODGE CITY MET in regular session Monday, March 29, 1971.

THE MEETING WAS CALLED TO ORDER by Mayor Lowell G. Clark.

RESPONDING TO ROLL CALL were Mayor Lowell G. Clark, and Commissioners Dale R. Northern and Robert J. Coffin, Jr.

COMMISSIONER COFFIN, JR. MOVED the minutes of the meeting of March 22, 1971, be approved as distributed, seconded by Commissioner Northern, motion carried unanimously.

MR. HAROLD FAULKNER and other persons appeared requesting Mobil Home Ordinance revision.

MR FRANK DAVIS, JR. requested traffic count on Highway 56 one mile west of 14th Avenue.

APPROPRIATION ORDINANCE NO. 71-13-A and Payroll No. 6: An ordinance providing for approval and payment of claims no. 2991 to 3028 imclusive and Payroll No. 6 was passed on a motion by Commissioner Northern, seconded by Commissioner Coffin, Jr. by the following vote:

| MAYOR | CLARK | VOTING | YEA |
| COMMISSIONER | NORTHERN | VOTING | YEA |
| COMMISSIONER | COFFIN, JR. | VOTING | YEA |

RESOLUTION NO. 1099: A Resolution ordering street improvements for SPRUCE STREET from Twelfth Avenue to Fourteenth Avenue was adopted on a motion by Commissioner Coffin, Jr., seconded by Commissioner Northern by a unanimous vote.

RESOLUTION NO. 1100: A resolution ordering street improvements for MAGNOLIA STREET from Avenue "C" to Avenue "D" was adopted on a motion by Commissioner Coffin, Jr., seconded by Commissioner Norhtern by a nuanimous vote.

RESOLUTION NO. 1101: A resolution ordering street improvements for MULBERRY STREET from Avenue "E" to Avenue "F" was adopted on a motion by Commissioner Northern, seconded by Commissioner Coffin, Jr. by a unanimous vote.

RESOLUTION NO. 1102: A resolution ordering street improvements for ASH STREET from Seventh Avenue to to Ninth AVenue was adopted on a motion by commissioner Northern, Seconded by Commissioner Coffin, Jr. by a unanimous vote.

RESOLUTION NO. 1103: A resolution ordering street improvements for ROANOKE ROAD from University Drive to Plaza Avenue was adopted on a motion by Commissioner Coffin, Jr., seconded by Commissioner Northern by a unanimous vote.

RESOLUTION NO. 1104: A resolution ordering that the electorate should have a choice in selecting the form of government and that this choice should be exercised at the earliest date permitted by law (as provided by Charter Ordinance No. 7). was adopted on a motion by Commissioner Coffin, Jr., seconded by Commissioner Northern by a unanimous vote.

CHARTER ORDINANCE NO. 7: A charter ordinance exempting the City of Dodge City from provisions of KSA 12-1005b, 12-1005a, 12-1006 and KSA Supp. 1970, 14-1204 and 14-1208, and providing subsuitute and additional provisions of the same subject relating to the number of Commissioners of the City of Dodge City, their tenure, appointment and election and repealing Charter Ordinance No. 5 was passed on a motion by Commissioner Coffin, Jr., seconded by Commissioner Northern by a unanimous vote.

EXHIBIT A-2