

EXHIBIT

A-3

DODGE_CITY_0002119

**Dodge City Public Transportation will be offering FREE rides on Election Day, _November 8th_ to the voting poll at the Civic Center and all other locations in Dodge City.**



**El Transporte Público de Dodge City estará ofreciendo viajes GRATIS el Día de _Elecciones, el 8 de Noviembre_ en Dodge City, incluyendo la casilla de votación ubicada en el Civic Center.**

DODGE_CITY_0000392



November 6, 2018

Exercise your right to Vote!

Need a ride to cast your vote?

Passengers exercising their right to vote will ride free of charge.

To schedule a ride please call Dodge City Public Transportation at

620-371-3879



DODGE_CITY_0012543



6 de Noviembre, 2018

¡Ejerza su derecho a votar!

¿Necesita transportacion para emitir su voto?

Los pasajeros que necesitan transportacion para vota viajarán gratis

Solo llame al Transporte Público de Dodge City para agendar su viaje

620-371-3879



DODGE_CITY_0012544

# ADVANCED VOTING IN FORD COUNTY/DODGE CITY
# LAS VOTACIONES AVANZADAS EN EL CONDADO DE FORD/DODGE CITY

## WHEN | CUANDO

9 am - 4:30 pm
- — Monday, October 26 & Friday, October 30 | Lunes Octubre 26 & Viernes Octubre  30

9 am - 7 pm
- — Tuesday, October 27  | Martes Octubre 27
- — Wednesday, October 28  | Miercoles Octubre 28
- — Thursday, October 29  | Jueves Octubre 29

10 am - 2 pm
- — Saturday, October 31 | Sabado Octubre  31

9 am - 12 pm
- — Monday, November 2 | Lunes Noviembre 2

## WHERE | DONDE

Ford County Elections Office
100 Gunsmoke St., Rose Room, Dodge City, KS 67801

## MORE INFORMATION | MÁS INFORMACIÓN

www.fordcounty.net/227/Election-Office
620-227-4551





DODGE_CITY_0012564

# ADVANCED VOTING IN FORD COUNTY/DODGE CITY
# LAS VOTACIONES AVANZADAS EN EL CONDADO DE FORD/DODGE CITY

## WHEN | CUANDO

9 am - 4:30 pm
   — Monday, October 26 & Friday, October 30 | Lunes Octubre 26 & Viernes Octubre  30
9 am - 7 pm
   — Tuesday, October 27  | Martes Octubre 27
   — Wednesday, October 28  | Miercoles Octubre 28
   — Thursday, October 29  | Jueves Octubre 29
10 am - 2 pm
— Saturday, October 31 | Sabado Octubre  31
9 am - 12 pm
   — Monday, November 2 | Lunes Noviembre 2

## WHERE | DONDE

Ford County Elections Office
100 Gunsmoke St., Rose Room, Dodge City, KS 67801

## MORE INFORMATION | MÁS INFORMACIÓN

www.fordcounty.net/227/Election-Office
620-227-4551




DODGE_CITY_0012565

# There is still time!



Don't forget to Register to Vote or update your registration for the General Election.

No olvide registrarse para votar o actualizar su registro para las elecciones generales.

Ford County Government Center

100 Gunsmoke Street

Dodge City, KS 67801

## Last Day, Tuesday October 15, 2019

DODGE_CITY_0012567

# Fechas importantes para las elecciones generales de noviembre de 2019

## martes 15 de octubre de 2019 último día para registrarse para votar en las elecciones de noviembre

## jueves 17 de octubre de 2019, comienza la votación en el cargo. Vaya a fordcounty.net para horarios y detalles

## Viernes 8 de Noviembre del 2019 es la fecha límite para recibir las boletas de voto por correo, deben ser entregadas a la oficina del correo postal el día 5 de Noviembre del 2019 día de elecciones o antes.

DODGE_CITY_0012568



# VOTE
## 2020 ELECTION

---

★

---

Need a free ride to vote early or on November 3rd?
Give us a call!
Schedule your door-to-door ride 24 hours in advance at
1-877-323-3626

¿Necesita que lo lleven a votar temprano o el 3 de noviembre?
¡Llámenos!
Programe su viaje gratis de puerta a puerta 24 horas por adelantado
al 1-877-323-3626



**CITY OF**
*Dodge City*

★

**PUBLIC TRANSPORTATION**

DODGE_CITY_0012570



# VOTE
# 2021 ELECTION

Need a free ride to vote early or on November 2nd?
Give us a call!
Schedule your door-to-door ride 24 hours in advance at
1-877-323-3626

¿Necesita que lo lleven a votar temprano o el 2 de noviembre?
¡Llámenos!
Programe su viaje gratis de puerta a puerta 24 horas por adelantado
al 1-877-323-3626



**CITY OF**
*Dodge City*

**PUBLIC TRANSPORTATION**

DODGE_CITY_0012582



Need a free ride to vote early or on November 8th?
Give us a call!
Schedule your door-to-door ride 24 hours in advance at
1-877-323-3626

¿Necesita que lo lleven a votar temprano o el 8 de noviembre?
¡Llámenos!
Programe su viaje gratis de puerta a puerta 24 horas por adelantado
al 1-877-323-3626



DODGE_CITY_0012585

# FECHAS IMPORTANTES

## OCTOBER 20

### COMIENZA LA VOTACIÓN ANTICIPADA

Oficina Electoral del Condado de Ford
100 Gunsmoke
Cuarto Piso
Dodge City, KS 67801

## NOVIEMBRE 7

### TERMINA LA VOTACIÓN ANTICIPADA

Oficina Electoral del Condado de Ford
100 Gunsmoke
Cuarto Piso
Dodge City, KS 67801

## OCTOBER 26

### ESTADO DE LA CIUDAD

11:30-1:00pm
Centro de Conferencias del
Boot Hill Casino y Resort
4100 W. Comanche
Dodge City, KS 67801

## NOVIEMBRE 8

### LA ELECCIÓN GENERAL

7 am - 7 pm
Su Lugar de Votación

DODGE_CITY_0012586

# VOTE

# 2022 ELECTION

★

**Don't forget to Register to Vote or
update your registration for the
General Election!**

**No olvide registrarse para votar o
actualizar su registro para las
elecciones generales.**



**Registration Deadline: Tuesday, October 18, 2022**

DODGE_CITY_0012602