| | |
|---|---|
| **From:** | Nick Hernandez |
| **Sent:** | Friday, June 19, 2020 11:31 AM CDT |
| **To:** | Ernestor DeLaRosa |
| **CC:** | Melissa McCoy |
| **Subject:** | Re: August Primary Election Help |

I think it would be wonderful to allow our employees to help out.

Sent from my iPhone

On Jun 19, 2020, at 11:22 AM, Ernestor DeLaRosa <Ernestord@dodgecity.org> wrote:

Nick,

Last year we allowed a handful of bilingual employees help with elections. They were paid regular time by the City and could not receive additional compensation by the County. Are you wanting to do it again this year? They struggle with bilingual poll workers and our employees have experience and have been trained. Please advise.

ED

**From:** Debbie Cox [mailto:dcox@fordcounty.net]
**Sent:** Thursday, June 18, 2020 2:17 PM
**To:** Ernestor DeLaRosa <Ernestord@dodgecity.org>
**Subject:** August Primary Election Help

Ernestor
We are getting ready to notify poll workers for the August Primary Election. We were wanting to know if the City would again provide a few workers? If so could you let me know by the first of next week who may help so we may send out notices for training.
Thank you

Debbie Cox
Ford County
Certified County Clerk
Election Officer
100 Gunsmoke
Dodge City, KS 67801
P (620) 227-4553
F (620) 227-4699


EXHIBIT A-5

DODGE_CITY_0000601