| | |
|---|---|
| **From:** | Cherise Tieben |
| **Sent:** | Tuesday, February 26, 2019 9:34 AM CST |
| **To:** | Jan Scoggins |
| **CC:** | Brian Delzeit (bdelzeit@coldwellbankerhancocks.com) |
| **BCC:** | Ernestor DeLaRosa; Brad Ralph; Nannette Pogue |
| **Subject:** | RE: Could you please put this on the agenda |

I'm going to make an assumption and you can correct me if I am wrong.  It sounds like you want to request that the Commission direct staff to begin exploring the pros and cons of districts and term limits for the City Commission.  If that is the case, you could simply make that request of the Commission at the end of the meeting during Commission reports.  If the community group is wishing to attend, they can bring this issue forward in the Visitors Section and you can follow at the end of the meeting with the same request of the Commission to direct staff.  I hope that makes sense.  Thoughts?

-----Original Message-----
From: Jan Scoggins [mailto:jan.scoggins@yahoo.com]
Sent: Monday, February 25, 2019 8:31 PM
To: Cherise Tieben <cheriset@dodgecity.org>
Cc: Brian Delzeit (bdelzeit@coldwellbankerhancocks.com) <bdelzeit@coldwellbankerhancocks.com>
Subject: Could you please put this on the agenda

Cherise,

This request is coming from a community group and I volunteered to bring it to the commission.  Please add an agenda item to consider districts for the city commission.   Thoughts are to have three districts and two "at large" positions.  I know it cannot happen in the 2019 election but we need to consider it for the 2021 election cycle.  Also we need to consider term limits.

Thanks for any consideration you can give to this request.  It would be good to be proactive and begin this discussion  before another bi-partisan group brings us a petition.

Jan

Jan Scoggins
PO Box 57
Dodge City, KS 67801
Cell 620-225-5444
Jan.scoggins@yahoo.com



DODGE_0001777