# CITY COMMISSION MEETING MINUTES
City Hall Commission Chambers
Monday, March 4, 2019
7:00 p.m.
MEETING #5120

**CALL TO ORDER**

**ROLL CALL:** Mayor Brian Delzeit, Commissioners Jan Scoggins, Kent Smoll and Rick Sowers. Commissioners Joyce Warshaw was reported absent.

**INVOCATION by** Pastor Steve Ormond, First Baptist Church

**PLEDGE OF ALLEGIANCE**

**PUBLIC HEARING**

Mayor Brian Delzeit opened the public hearing to consider a Tax Exemption for National Beef Packing Company LLC. Joann Knight, Economic Development Director, presented the project and stated that a Cost Benefit Analysis had been completed. Representatives of National Beef Packing Company were present to answer questions. No other members of the public were present to comment.

Mayor Delzeit closed the Public Hearing.

Mayor Brian Delzeit opened the public hearing to consider the establishment of a Rural Housing Incentive District and adoption of a Development Plan for Candletree 8, Phase II. Mollea Wainscott, Housing Director, presented the plan. No other members of the public were present to comment.

Mayor Delzeit closed the Public Hearing.

**PETITIONS & PROCLAMATIONS**

Amy Falcon representing the Southwest Kansas Gambling Task Force read the Problem Gambling Awareness Proclamation. Debbie Snapp, Chairman of the Task Force presented additional information to the City Commission. Mayor Brien Delzeit proclaimed the month of March as Problem Gambling Awareness Month.

**VISITORS** (Limit of five minutes per individual and fifteen minutes per topic. Final action may be deferred until the next City Commission meeting unless an emergency situation does exist).

EXHIBIT A-8

**CONSENT CALENDAR**

Commissioner Kent Smoll moved to add the CMB License for Tacos Jalisco to the Consent Calendar. Commissioner Jan Scoggins seconded the motion. The motion carried 4-0.

1. Approval of City Commission Meeting Minutes, February 18, 2019;
2. Appropriation Ordinance No.5 March 4, 2019;
3. Cereal Malt Beverage License:
    a. Tacos Jalisco

Commissioner Kent Smoll moved to approve the Consent Calendar as presented. Commissioner Jan Scoggins seconded the motion. The motion carried 4-0.

Brian Delzeit moved and Rick Sowers seconded the motion to add an Executive Session to the end of the meeting. The motion carried 4-0.

**ORDINANCES & RESOLUTIONS**

**Ordinance No. 3707:** An Ordinance of the Governing Body of the City of Dodge City, Kansas, Establishing a Rural Housing Incentive District within the City, Adopting a Plan for the Development of Housing and Public Facilities in Such District, and Making Certain Findings in Conjunction Therewith (Candletree 8, Phase II) was approved on a motion by Commissioner Rick Sowers. Commissioner Kent Smoll seconded the motion. The motion carried 4-0.

**Resolution No. 2019-04:** A Resolution Establishing Fees and Rates for Water Utility Service for the City of Dodge City was approved on a motion by Commissioner Kent Smoll. Commissioner Rick Sowers seconded the motion. The motion carried 4-0.

**Resolution No. 2019-05:** A Resolution Establishing Fees and Rates for Sanitary Sewer Service for the City of Dodge City was approved on a motion by Commissioner Kent Smoll. Commissioner Rick Sowers seconded the motion. The motion carried 4-0.

**Resolution No. 2019-06:** A Resolution Establishing Fees and Rates for Solid Waste Collection Service in the City of Dodge City was approved on a motion by Commissioner Kent Smoll. Commissioner Rick Sowers seconded the motion. The motion carried 4-0.

**Resolution No. 2019-07:** A Resolution Establishing Fees and Rates for Storm Water Utility Service for the City of Dodge City was approved on a motion by Commissioner Kent Smoll. Commissioner Rick Sowers seconded the motion. The motion carried 4-0.

**Resolution No. 2019-08:** A Resolution Providing for Advalorem Property Tax Exemption Under Section 13, Article II of the Constitution of the State of Kansas for National Beef Packing Company, LLC of Dodge City, Kansas for a 10 year declining schedule was approved on a motion by Commissioner Jan Scoggins. Commissioner Kent Smoll seconded the motion. The motion carried 4-0.

**NEW BUSINESS**

1. Commissioner Rick Sowers moved to approve the Consulting Agreement with Kirkham, Michael and Associates, Inc. for US 50 and Gary Avenue Intersection Design in an amount not to exceed $74,925.00. Commissioner Kent Smoll seconded the motion. The motion carried 4-0.

**OTHER BUSINESS**

Commissioner Jan Scoggins asked the City Commission to direct staff to look at changing the elections in Dodge City to having 3 City Commissioners elected by District and 2 elected at-large, and to also consider term limits. The City Commission discussed this and staff was directed to get some information for further discussion.

At 7:57 p.m. Commissioner Jan Scoggins moved to recess into Executive Session pursuant to the preliminary discussion related to the acquisition of real property found in K.S.A. 75-4319(b)(6). The justification for closing the meeting is to protect the City's position in the negotiations. The open meeting will resume in 10 minutes at 8:07 p.m. The Commission will not take action upon returning to the open session and prior to adjournment. The executive session will include Cherise Tieben, Brad Ralph and Nannette Pogue. Commissioner Kent Smoll seconded the motion. The motion carried 4-0.

The regular meeting was reconvened at 8:07 p.m.

**ADJOURNMENT**

Commissioner Jan Scoggins moved to adjourn the meeting. Commissioner Rick Sowers seconded the motion. The motion carried 4-0.

_____
Mayor

_____
City Clerk