# CITY COMMISSION MEETING MINUTES
City Hall Commission Chambers
Monday, April 15, 2019
7:00 p.m.
MEETING #5123

**CALL TO ORDER**

**ROLL CALL:** Mayor Brian Delzeit, Commissioners Rick Sowers, Joyce Warshaw, Jan Scoggins and Kent Smoll.

**PLEDGE OF ALLEGIANCE** – Boy Scout Troup #162 presented the colors

**APPROVAL OF AGENDA:** Commissioner Jan Scoggins moved and Joyce Warshaw seconded the motion to approve the Agenda as presented. The motion carried unanimously.

**PETITIONS & PROCLAMATIONS**

Mayor Brian Delzeit read an Autism Proclamation and proclaimed April, 2019, as Autism Awareness Month. Jennie Zortman made comments and thanked the Commission for the proclamation.

Mayor Brian Delzeit read an Arbor Day Proclamation and proclaimed Friday, April 26, 2019, as Arbor Day in the City of Dodge City. On that day, the City plans to plant a tree as a memorial for the Ken Strobel Family.

Mayor Brian Delzeit read a DCHS Wrestling Team Day Proclamation and proclaimed Thursday, April 18, 2019, as Dodge City High School Red Demon Wrestling Team Day. Coach Lars Lueders introduced 3 wrestlers that placed first at State; Damian Mendez, Couy Weil, and Garrett Edwards. He also introduced other wrestlers that were part of the team that placed at the State tournament.

**VISITORS (Limit of five minutes per individual and fifteen minutes per topic. Final action may be deferred until the next City Commission meeting unless an emergency situation does exist).**

Corey Keller, Public Works Supervisor gave the Crew Recycling Update.

**CONSENT CALENDAR**

1. Approval of City Commission Work Session, April 1, 2019;
2. Approval of City Commission Meeting Minutes, April 1, 2019;
3. Appropriation Ordinance No.8 April 15, 2019;
4. Approval of the Purchase of Park Street Property from Harold and Carol Jackson;

EXHIBIT A-9

5. Approval Contract with Wald's All American Display Fireworks;
6. Approval of Change Order No. 1 for Youth Complex Drainage Improvements.

Commissioner Jan Scoggins moved to approve the Consent Calendar as presented. Commissioner Kent Smoll seconded the motion. The motion carried unanimously.

**NEW BUSINESS**

Commissioner Rick Sowers moved to approve the bid from Municipal Supply in the amount of $92,285.85 for 295 water meters and some additional parts for meters for the Utilities Department. Commissioner Kent Smoll seconded the motion. The motion carried unanimously.

Commissioner Kent Smoll moved to authorize staff to enter into a contract with Imagemakers from Wamego Kansas for the purpose of analyzing the current Dodge City Convention and Visitors Bureau marketing program, subject to legal counsel review, for a total not to exceed $25,000. Commissioner Joyce Warshaw seconded the motion. The motion carried unanimously.

City Attorney Brad Ralph discussed with the City Commission a question that had come up at a previous Commission meeting regarding moving the City Elections from At-Large positions to a combination of Wards and At-Large positions. Brian Delzeit and Joyce Warshaw voiced that they were opposed to staff continuing to look into this process further. Jan Scoggins was in favor. There was not a majority of the City Commission requesting further information.

**ADJOURNMENT**

Commissioner Kent Smoll moved to adjourn the meeting. Commissioner Joyce Warshaw seconded the motion. The motion carried unanimously.

_____
Mayor

Attest:

_____
City Clerk