

U.S. Department of Justice

Civil Rights Division

*Voting Section - NWB*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

June 29, 2011

**VIA FACISMILE AND FIRST-CLASS MAIL**

Sharon Seibel
County Clerk & Election Officer
Ford County Government Center
100 Gunsmoke, 4th Floor
Dodge City, Kansas 67801

    RE:    Request for Election Information

Dear Ms. Seibel:

    I write to request certain election information regarding the City of Dodge City, Kansas. Please provide the following information, in electronic format, within 30 days:

(1) Maps. A SHAPE or other digital file of all precinct and district boundaries used in Dodge City since January 2000. Please also include a list of all precinct and boundary changes or consolidations during that time.

(2) Voter Lists. An electronic list of registered voters by precinct at the time of each election in which one or more precincts in Dodge City participated since January 2000. Please produce the list in a .dbf, .xls, or delimited-text file format. Please specify what delimiter is used for the electronic lists, if applicable, or provide a file layout.

(3) Turnout Data. An electronic list of actual voters in each precinct who turned out to vote at each election in which one or more precincts in Dodge City participated since January 2000. Again, please produce the list in a .dbf, .xls, or delimited-text file format, and specify the delimiter, if applicable, or provide a file layout. If electronic lists of actual voters are not available, please provide copies of any poll books/sign-in lists retained from those elections. Please indicate whether voters are designated as voting absentee/early/or in-precinct.

(4) Election Data. Precinct level election results showing the votes cast for each candidate, in electronic format, for each election in which one or more precincts in Dodge City participated since January 2000. Please indicate whether early voting/absentee votes are allocated back to the precinct-level results.

EXHIBIT
**A-10**

FC_000208