**U.S. Department of Justice**

Civil Rights Division

---

Voting Section - NWB
950 Pennsylvania Ave, NW
Washington, DC 20530

October 20, 2011

Sharon Seibel
Ford County Clerk
100 Gunsmoke, 4th Floor
Dodge City, KS 67801

Dear Ms. Seibel:

    This letter is to advise you that the Director of the Census has determined that Ford County is subject to the bilingual election requirements of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a, with respect to persons of Hispanic heritage. This determination was made pursuant to the criteria set forth in Section 203 and is based on Census data showing that there are a significant number of voting age citizens with limited-English proficiency within your jurisdiction who require materials, information and assistance in their primary language to participate effectively in the political process. The determination became effective upon publication of the Federal Register on October 13, 2011. *See* 76 Fed. Reg. 63,602. We are enclosing a copy of the Federal Register publication, as well as a copy of relevant provisions of the Voting Rights Act and the Attorney General's minority language guidelines.

    As you know, under Section 203, all information that is provided by your jurisdiction in English about the electoral process, including registration or voting notices, forms, instructions, or assistance, as well as information provided at the polling places and the voting booths, must be provided in the language of members of the covered language group to the extent needed to allow them to participate effectively in the electoral process and all voting-connected activities. The requirement applies to information that is communicated orally as well as in writing, but does not require that information in the minority language be provided to people who have no need for it. The obligations apply to all elections conducted by your jurisdiction. The same duty applies to any other governmental units within your jurisdiction, such as school districts or municipalities, to the extent they conduct voter registration or elections.

    The enclosed guidelines provide more specific guidance on the requirements of Section 203. For example, Sections 55.19 and 55.20 provide information concerning written material, and oral assistance and publicity, respectively. Section 55.17 discusses the process of "targeting" information in the minority language to people who need it, and Section 55.16 emphasizes the importance of ongoing communication with the jurisdiction's minority language community. Section 55.12 of the guidelines explains that, with respect to languages that are historically unwritten, only oral assistance and publicity is required.



EXHIBIT A-11

FC_000245