| NAME OF OFFICE / NAME OF CANDIDATE | POLITICAL PARTY | BUCKLIN CITY | DODGE CITY PCT 1 | DODGE CITY PCT 2 | DODGE CITY PCT 3 | DODGE CITY PCT 4 | DODGE CITY PCT 5 | DODGE CITY PCT 6 | DODGE CITY PCT 7 | DODGE CITY PCT 8 | DODGE CITY PCT 9 | DODGE CITY PCT 12 | FORD CITY | SPEARVILLE CITY | BLOOM TWP | BLOOM TWP 219/MHD | BUCKLIN TWP 219/MHD | BUCKLIN TWP 459/BHD | BUCKLIN TWP 381 | CONCRD TWP 102 | CONCRD TWP 443 | DODGE TWP-H115/443 | DODGE TWP-H119/443 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Wilroads Garden Improvement District Board* | | | | | | | | | | | | | | | | | | | | | | | |
| Karen Baker | | | | | | | | | | | | | | | | | | | | | | | |
| Troy Robertson | | | | | | | | | | | | | | | | | | | | | | | |
| Tony Zortman | | | | | | | | | | | | | | | | | | | | | | | |
| Write Ins | | | | | | | | | | | | | | | | | | | | | | | |
| Matt Cole | | | | | | | | | | | | | | | | | | | | | | | |
| *Wright Improvement District Board* | | | | | | | | | | | | | | | | | | | | | | | |
| Jim J Burke | | | | | | | | | | | | | | | | | | | | | | | |
| Tim Slattery | | | | | | | | | | | | | | | | | | | | | | | |
| Betty Burkhart | | | | | | | | | | | | | | | | | | | | | | | |
| Write Ins | | | | | | | | | | | | | | | | | | | | | | | |
| *City of Dodge City Commissioners* | | | | | | | | | | | | | | | | | | | | | | | |
| Michelle L. Salinas | | | 47 | 19 | 23 | 70 | 154 | 207 | 18 | 0 | 0 | 0 | | | | | | | | | | | |
| Joseph Nuci | | | 66 | 30 | 40 | 99 | 227 | 370 | 38 | 0 | 0 | 0 | | | | | | | | | | | |
| Chuck Taylor | | | 83 | 39 | 39 | 108 | 242 | 346 | 21 | 0 | 2 | 0 | | | | | | | | | | | |
| Blanca Ilean Soto | | | 50 | 31 | 38 | 87 | 154 | 234 | 25 | 0 | 1 | 0 | | | | | | | | | | | |
| Dayton Rhoten | | | 16 | 9 | 6 | 40 | 74 | 106 | 6 | 0 | 1 | 0 | | | | | | | | | | | |
| Jan Scoggins | | | 50 | 28 | 37 | 70 | 154 | 251 | 17 | 0 | 1 | 0 | | | | | | | | | | | |
| Michael Burns | | | 59 | 43 | 28 | 96 | 238 | 463 | 37 | 0 | 2 | 0 | | | | | | | | | | | |
| Jeffery J. Reinert | | | 45 | 22 | 33 | 84 | 210 | 349 | 34 | 0 | 1 | 0 | | | | | | | | | | | |
| Write Ins | | | | | | | | | | | | | | | | | | | | | | | |
| Terry Malone | | | | | | | | | | | | | | | | | | | | | | | |
| Jeff Hiers | | | | | | | 1 | | | | | | | | | | | | | | | | |
| Michelle Salinas | | | | | | 1 | | | | | | | | | | | | | | | | | |
| The Horse | | | | | | 1 | | | | | | | | | | | | | | | | | |
| Rob Christensen | | | | | | | 1 | | | | | | | | | | | | | | | | |
| David Rebein | | | | | | | 1 | | | | | | | | | | | | | | | | |
| Crystal Webb | | | | | | 1 | | | | | | | | | | | | | | | | | |
| Terry Malone | | | | | | 1 | | | | | | | | | | | | | | | | | |
| A.Literal Chimpanzee | | 1 | | | | | | | | | | | | | | | | | | | | | |
| David Miller | | 1 | | | | | | | | | | | | | | | | | | | | | |
| Kyle Schulte | | | | | | 1 | | | | | | | | | | | | | | | | | |
| Jeff Banning | | | | | | | 1 | | | | | | | | | | | | | | | | |

EXHIBIT A-12

DODGE_CITY_0000004