Abstract of Votes Cast at the April 1st, 2014 Dodge City City Commission Election

| NAME OF OFFICE / NAME OF CANDIDATE | Dodge City Commission | Russ McBee | Joe Peters | Jan Scoggins | E Kent Smoll – 2yr term | Rick Sowers | Jeffrey A Turner | Liliana Zuniga | Write-in | Edward Clark | Joseph Dredd | Kathryn O Bell | Kerry Zimmerman | John Cogliari |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLITICAL PARTY | | | | | | | | | | | | | | |
| DODGE CITY PCT 1 | | 33 | 10 | 11 | 43 | 41 | | | | | | | | |
| DODGE CITY PCT 2 | | 21 | 15 | 12 | 9 | 30 | 13 | 19 | | | | | | |
| DODGE CITY PCT 3 | | 29 | 5 | 19 | 29 | 15 | 14 | | | | | | | |
| DODGE CITY PCT 4 | | 47 | 72 | 61 | 124 | 51 | 82 | 80 | 44 | 9 | | | | |
| DODGE CITY PCT 5 | | 85 | 97 | 172 | 159 | 116 | 128 | 123 | 99 | | | | | |
| DODGE CITY PCT 6 | | 1 | 5 | 2 | 2 | 200 | 201 | 139 | 145 | | | | | |
| DODGE CITY PCT 7 | | 1 | 2 | 1 | 1 | 1 | 4 | 2 | | | | | | |
| DODGE CITY PCT 8 | | 0 | 2 | 0 | 1 | 0 | 2 | | | | | | | |
| DODGE CITY PCT 9 | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| BLOOM TWP | | | | | | | | | | | | | | |
| BUCKLIN TWP | | | | | | | | | | | | | | |
| BUCKLIN CITY | | | | | | | | | | | | | | |
| CONCORD TWP | | | | | | | | | | | | | | |
| DODGE TWP-115 | | | | | | | | | | | | | | |
| DODGE TWP-119 | | | | | | | | | | | | | | |
| DODGE TWP-S | | | | | | | | | | | | | | |
| ENTERPRISE TWP-115 | | | | | | | | | | | | | | |
| ENTERPRISE TWP-119 | | | | | | | | | | | | | | |
| FAIRVIEW TWP | | | | | | | | | | | | | | |
| FORD TWP | | | | | | | | | | | | | | |
| FORD CITY | | | | | | | | | | | | | | |
| GRANDVIEW TWP-115 | | | | | | | | | | | | | | |
| GRANDVIEW TWP-119 | | | | | | | | | | | | | | |
| GRANDVIEW TWP-2-115 | | | | | | | | | | | | | | |
| GRANDVIEW TWP-2-119 | | | | | | | | | | | | | | |
| RICHLAND TWP | | | | | | | | | | | | | | |
| ROYAL TWP | | | | | | | | | | | | | | |
| SODVILLE TWP | | | | | | | | | | | | | | |
| SPEARVILLE TWP | | | | | | | | | | | | | | |
| SPEARVILLE CITY | | | | | | | | | | | | | | |
| WHEATLAND TWP | | | | | | | | | | | | | | |
| WILBURN TWP | | | | | | | | | | | | | | |
| TOTAL | | 253 | 424 | 424 | 486 | 441 | 393 | 393 | 1 | 1 | 1 | 1 | 1 | |

EXHIBIT A-14