State of Kansas, on the 28th day of February, 2006

| Soldiers H | Spear City | Spearville | Wheatland | Wilburn | Wilroads | DODGE CITY | | | | | | | | | | | | | Provisional | Advance | Total Votes | Circle Majority Vote Below |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | First | Second | Third | Fourth | Fifth | Sixth | Seventh | Eighth | Ninth | Tenth | Eleventh | Twelfth | Thirteenth | | | | |
| | | | | | | 109 | 46 | 45 | 171 | 207 | 267 | | | | | | | | | 104 | 943 | * |
| | | | | | | 100 | 48 | 44 | 159 | 197 | 248 | | | | | | | | | 109 | 905 | * |
| | | | | | | 41 | 24 | 27 | 124 | 207 | 301 | | | | | | | | | 68 | 792 | * |
| | | | | | | 43 | 22 | 24 | 83 | 146 | 220 | | | | | | | | | 57 | 595 | |
| | | | | | | 99 | 29 | 41 | 123 | 120 | 167 | | | | | | | | | 78 | 657 | * |
| | | | | | | 41 | 23 | 21 | 56 | 70 | 63 | | | | | | | | | 38 | 312 | |
| | | | | | | 53 | 36 | 42 | 139 | 240 | 387 | | | | | | | | | 81 | 978 | * |
| | | | | | | 80 | 35 | 49 | 162 | 247 | 396 | | | | | | | | | 82 | 1051 | * |
| | | | | | | 39 | 32 | 29 | 84 | 104 | 134 | | | | | | | | | 54 | 476 | |

EXHIBIT A-15

STATE OF KANSAS, FORD COUNTY, ss.

We, the undersigned, members of the County Board of Canvassers for said County, do hereby certify that the foregoing abstract of votes cast at the City Primary election held in the several precincts in said County on the 28th day of February A.D. 2006, is true and correct, as shown by the returns of said election on file in the County Election Officer's office, and canvassed by us this 3rd day of March A.D. 2006.

WITNESS OUR HANDS, this 3rd day of March A.D. 2006

Attest: Victoria Well, County Election Officer   T. Kim _____   County

Abstract of Votes Cast at a _City Primary_ Election in Ford County,

| NAME OF OFFICE | NAME OF PERSON VOTED FOR | Political Party | Bloom | Bucklin City | Bucklin | Concord | Dodge | Dodge - 3 | Enterprise | Fairview | Ford City | Ford | Grandview | Richland | Royal | Sodville |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dodge City Commissioner | Mike Boettcher | | | | | | | | | | | | | | | |
| | Ed Kinminau | | | | | | | | | | | | | | | |
| | Jim Lambright | | | | | | | | | | | | | | | |
| | Mike Nelson | | | | | | | | | | | | | | | |
| | Connie Penick | | | | | | | | | | | | | | | |
| | Mark Ringsterhaus | | | | | | | | | | | | | | | |
| | E. Kent Smoll | | | | | | | | | | | | | | | |
| | Rick Sowers | | | | | | | | | | | | | | | |
| | Jose Vargas | | | | | | | | | | | | | | | |

DODGE_CITY_0000016