State of Kansas, on the ____4th____ day of ____april____, 20_00_

| Soldiers H | Spear City | Spearville | Wheatland | Wilburn | Wilroads | DODGE CITY ||||||||||||| Provisional | Advance | Total Votes (Circle Majority Vote Below) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | First | Second | Third | Fourth | Fifth | Sixth | Seventh | Eighth | Ninth | Tenth | Eleventh | Twelfth | Thirteenth | | | |
| | | | | | | 64 | | | | 86 | | | 164 | | | 201 | | | 9 | 52 | 576 |
| | | | | | | 85 | | | | 106 | | | 245 | | | 274 | | | 9 | 96 | (815) |
| | | | | | | 59 | | | | 87 | | | 193 | | | 223 | | | 8 | 83 | (653) |
| | | | | | | 85 | | | | 108 | | | 142 | | | 164 | | | 10 | 66 | 575 |

STATE OF KANSAS, FORD COUNTY, SS.

We, the undersigned members of the County Board of Canvassers for said County, do hereby certify that the foregoing abstract of votes cast at the General election held in the several precincts in said County on the 4th day of April, A.D. 2000, is true and correct, as shown by the returns of said election on file in the County Election Officer's office, and canvassed by us this 7th day of April A.D. 2000.

WITNESS OUR HANDS, this 7th day of April A.D. 2000.

ATTEST: _Rita A. Slattery_
County Election Officer

_O. E. Molitar_
_Ron R. Wiles_
_D. A. Lumm_
County Board of Canvassers.

| | 1-2-3-4 | 5-6-7 | 8-9-10 | 11-12-13 | Prov | Adv | Total |
|---|---|---|---|---|---|---|---|
| | 62 | 84 | 163 | 202 | 9 | 52 | 572 |
| | 83 | 108 | 142 | 165 | 10 | 66 | (574) |

STATE OF KANSAS, FORD COUNTY, ss.

We, the undersigned, members of the County Board of Canvassers for said County, do hereby certify that the foregoing abstract of votes cast at the _Recount_ election held in the several precincts in said County on the _12th_ day of _april_ A. D. 20_00_. is true and correct, as shown by the returns of said election on file in the County Election Officer's office, and canvassed by us this _14th_ day of _april_ A. D. 20_00_.

WITNESS OUR HANDS, this _14th_ day of _april_ A. D. 20_00_.

Attest: _Rita A. Slattery_
County Election Officer.

_Richard V. ____
_S. Molitar_
County Board of

EXHIBIT A-16

Abstract of Votes Cast at a _General_ Election in Ford County,

| NAME OF OFFICE | NAME OF PERSON VOTED FOR | Political Party | Bloom | Bucklin City | Bucklin | Concord | Dodge | Dodge - 3 | Enterprise | Fairview | Ford City | Ford | Grandview | Richland | Royal | Spearville |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC Commissioner | Fernando Jurado | | | | | | | | | | | | | | | |
| | Jim Lembright | | | | | | | | | | | | | | | |
| | Tom Martin | | | | | | | | | | | | | | | |
| | Billy Weber | | | | | | | | | | | | | | | |
| Recount requested by Billy Weber | | | | | | | | X | | | ✓ | | | | | |
| | Fernando Jurado | | | | | | — | | | | | | | | | |
| | Billy Weber | | | | | | | | | | | | | | | |