**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)                **Nickolaus Hernandez on 07/25/2023**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF KANSAS

 3

 4     MIGUEL COCA, et al.,

 5                    Plaintiffs,

 6     vs.                          Case No.

 7     CITY OF DODGE CITY, a municipal   6:22-01274-EFM-

 8     corporation, et al.,             RES

 9                    Defendants.

10

11

12

13

14          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

15     NICKOLAUS HERNANDEZ, a Witness, taken on behalf of

16     the Plaintiffs before Terri L. Huseth, CSR No. 1355,

17     CCR No. 660, RPR, pursuant to Rule 30(b)(6) Notice of

18     Deposition of Nickolaus Hernandez and Rule 30(b)(6)

19     Notice of Deposition of Defendant City of Dodge City,

20     Kansas, on the 25th of July, 2023, taken remotely.

21

22

23

24                                      EXHIBIT

25                                        B
```

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)          **Nickolaus Hernandez on 07/25/2023**          Pages 2..5

Page 2

```
1              ALL APPEARANCES VIA ZOOM
2
3   APPEARING FOR THE PLAINTIFFS:
4        Mr. JD Colavecchio
         Ms. Mijin Jacqueline Kang
5        Ms. Isabella Masiello
         Cleary Gottlieb Steen & Hamilton
6        1 Liberty Plaza
         New York, New York 10006
7        212.225.2000
         jdcolavecchio@cgsh.com
8        mkang@cgsh.com
         imasiello@cgsh.com
9
10  APPEARING FOR THE UCLA VOTING RIGHTS PROJECT:
11       Ms. Sonni Waknin
         Los Angeles Voter Rights Project
12       3250 Public Affairs Building
         Los Angeles, California 90095
13       310.208.8431
         sonni@uclavrp.org
14
15  APPEARING FOR THE CITY OF DODGE CITY:
16       Ms. Tara Eberline
         Foulston Siefkin LLP
17       7500 College Boulevard, Suite 1400
         Overland Park, Kansas 66210
18       913.498.2100
         teberline@foulston.com
19
20  VIDEOGRAPHER:  Mr. Javonte Parson (via Zoom)
21
22  ALSO PRESENT:  Mr. Brad Ralph (via Zoom)
23
24
25
```

Page 4

```
1              November 4, 2022
2   Dodge City 0005690 commission meeting agenda for
3              November 7, 2022
4   Dodge City 0002902 series of emails
5   Dodge City 0012168 document from Cherise Tieben
6   Dodge City 0003662 email chain from January 2023
7   Dodge City 0012372 initial draft of community
8              engagement plan
9   Dodge City 002137  Facebook post November 8, 2021
10  Dodge City 010025  text conversation between
11             Nickolaus Hernandez and Joe Nuci
12  Dodge City 0000602 email conversation between
13             Nickolaus Hernandez and Ernestor
14             de la Rosa in June 2020 about
15             Bilingual poll workers
16  Dodge City 12131  work session agenda from
17             February 1st, 2021
18  Dodge City 0004099 email dated January 31st, 2023
19  Dodge City 0002016 April 15th, 2019, city commission
20             meeting minutes
21
22
23
24
25
```

Page 3

```
1                   INDEX
2
3
4   WITNESS ON BEHALF OF THE PLAINTIFFS:      PAGE
5   NICKOLAUS HERNANDEZ
6   Direct-Examination by Mr. Colavecchio        6
7   Cross-Examination by Ms. Eberline          233
8
9              REFERENCED DOCUMENTS
10  Bates Number:
11  Dodge City 0003426 Weekly Update 1-13-2023
12  Dodge City 0003493 Community Demographic Profile for
13             Dodge City, Kansas
14  Dodge City 0003057 Email exchange from January 2023
15             on the subject of voter turnout
16  Dodge City 0003059 spreadsheet
17  Dodge City 0003060 Ms. Arjon's Memo "Best Strategy to
18             Increase Voter Turnout & Education"
19  Dodge City 0003073 revised version of Ms. Arjon's
20             memo
21  Dodge City 0002013 commission meeting minutes dated
22             March 4, 2019
23  Dodge City 0002006 Resolution Number 2015-2, dated
24             February 16, 2015
25  Dodge City 0005652 email from Connie Marquez dated
```

Page 5

```
1        (The deposition commenced at 10:08 a.m.)
2              THE VIDEOGRAPHER:  This is the
3   beginning of Media 1 in the deposition of Nick
4   Hernandez representing Dodge City in the matter of
5   Miguel Coca, et al. v. City of Dodge City.  Today's
6   date is July 25th and the time on the monitor is
7   10:08 a.m.
8              My name is Javonte Parson and I'm the
9   videographer.  The court reporter is Terri Huseth.
10  We are here with Huseby Global Litigation.  If
11  counsel would please introduce yourselves, after
12  which the court reporter will swear in the witness.
13             MR. COLAVECCHIO:  This is JD
14  Colavecchio with the law firm Cleary Gottlieb Steen &
15  Hamilton LLP in New York City.  I'm pro bono counsel
16  for plaintiffs in this case.
17             MS. EBERLINE:  Tara Eberline appearing
18  on behalf of City of Dodge City.  Also present is
19  city attorney Brad Ralph.
20             *********************
21             NICKOLAUS HERNANDEZ,
22  being first duly sworn, testified under oath as
23  follows:
24                   EXAMINATION
25  BY MR. COLAVECCHIO:
```

Page 6

1    Q.    Could you please state your full name
2  for the record?
3    A.    Nickolaus James Hernandez.
4    Q.    And what is your address?
5    A.    2100 Memory Lane, Dodge City, Kansas
6  67801.
7    Q.    When were you born?
8    A.    August 13th, 1978.
9    Q.    And what is your race or ethnicity?
10   A.    Hispanic.
11   Q.    Okay.  Do you use terms "Hispanic" and
12 "Latino" interchangeably?
13   A.    No, I do not.
14   Q.    Okay.  Is it okay if I use those terms
15 interchangeably for this deposition just to keep it
16 simple?
17   A.    I am okay with that, yes.
18   Q.    Okay.  Have you ever been deposed
19 before?
20   A.    No, I have not.
21   Q.    Have you ever given any other kind of
22 sworn testimony?
23   A.    No.
24   Q.    Do you know why you're here today?
25   A.    Yes.

Page 7

1    Q.    And do you know what this lawsuit is
2  about?
3    A.    Yes.
4    Q.    Can you tell me what this lawsuit is
5  about in your own words?
6    A.    There was a claim made by two
7  defendants of Voting Rights Act and they would
8  like -- the plaintiffs would like to have the City go
9  to districts versus our at-large system.
10   Q.    And you understand you have given an
11 oath to tell the truth just as you would in court?
12   A.    Yes.
13   Q.    And is there any reason you can think
14 of why you wouldn't be able to answer any of my
15 questions fully or truthfully today?
16   A.    No.
17   Q.    Are you taking any medications or
18 drugs of any kind that would affect your memory or
19 your ability to understand or answer my questions?
20   A.    No, I am not.
21   Q.    Okay.  I would like to go over a few
22 ground rules for the deposition.  I'm going to be
23 asking questions.  The court reporter will be making
24 a record of your testimony, so all of your responses
25 need to be verbal, meaning you should say yes,

Page 8

1  instead of nodding your head, or no, instead of
2  shaking your head.  And try to say "yes" or "no"
3  instead of "uh-huh" or "nah," so just a clear, verbal
4  "yes" or "no" to questions like that so it's clear on
5  the transcript what your answer was.  Does that make
6  sense?
7    A.    I understand, yes.
8    Q.    We also need to be careful not to talk
9  over each other, again, to make it clear on the
10 transcript who said what and what was fully asked and
11 what the full answers were.  Does that make sense?
12   A.    Yes, it does.
13   Q.    Your attorney, Ms. Eberline, might
14 object to some of my questions and her objections
15 will be noted for the record, but unless she
16 expressly instructs you at that moment not to answer
17 my question, you should still answer the question.
18 Do you understand?
19   A.    Yes, I do understand.
20   Q.    Okay.  And sometimes I might speak a
21 little inartfully and ask a question that is jumbled
22 or just doesn't make sense to you or uses a word or
23 acronym that you're not familiar with.  If that
24 happens and you just don't understand my question or
25 any part of my question, please tell me and I can

Page 9

1  rephrase it; otherwise, I'm going to assume that you
2  did understand my question.  Okay?
3    A.    Okay.  Thank you.
4    Q.    And we're going to take breaks
5  periodically, like we'll take a break for lunch and
6  we can take other shorter breaks throughout, but if
7  at any moment you want to take a break, just let me
8  know and we can do that.  If we're in the middle of a
9  question, I'll ask you to finish your answer before
10 we take our break; but otherwise, just let me know
11 when you would like to take a break and we can do
12 that.  Is that under --
13   A.    Okay.  Thank you.  No, sounds great.
14 Thank you.
15   Q.    Okay.  And you likely know this
16 already, but this deposition is going to be a little
17 different than a typical one because it's going to be
18 split into two parts.  There's going to be a
19 Rule 30(b)(6) portion and then after that a fact
20 witness portion.
21         For the first part, the Rule 30(b)(6)
22 portion.  Rule 30(b)(6) is a provision of the Federal
23 Rules of Civil Procedure that lets me take your
24 deposition as a corporate representative of the City
25 of Dodge City.  So, in other words, I'm deposing the

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 10..13

---

Page 10

1  City itself through you on the topics that you've
2  been prepared on.  So do you understand that your
3  answers today on the Rule 30(b)(6) topics are on
4  behalf of Dodge City?
5      A.    Yes, I do.
6      Q.    Okay.  And in the first part of this
7  deposition, the Rule 30(b)(6) portion, I am going to
8  assume that your answers are made in your capacity as
9  corporate representative of the City unless you tell
10 me otherwise.  Okay?
11     A.    Okay.  Thank you.
12     Q.    And if I ask a question during this
13 first part of the deposition on the 30(b)(6) topics,
14 and you don't think you can answer the question on
15 behalf of the City but you can answer the question
16 speaking from your own personal experience or
17 knowledge, please just tell me that, and we'll make
18 the record clear that you're answering in your
19 personal capacity, not as a representative of the
20 City, and then you can answer that question.  Sound
21 good?
22     A.    Sounds great.  Thank you.
23     Q.    Okay.  And if you, at any point, are
24 not sure if a question has been asked of you in your
25 capacity as a corporate representative of the City,

Page 11

1  or in your personal capacity, I can clarify that so
2  it's clear to you.  Okay?
3      A.    Okay.  Thanks.
4      Q.    So now I want to show you the
5  deposition notice that was served on you through
6  counsel.  This is the document that I put in the Chat
7  earlier, and so you can pull it up on your own if you
8  want, but I'm also going to screen-share it right
9  now.  Give me one moment.
10           Can you see this all right?
11     A.    Yes, I can.
12     Q.    Have you reviewed this document?
13     A.    Yes, I have.
14     Q.    And are you prepared to testify about
15 the topics on behalf of the City of Dodge City?
16     A.    Yes, sir.
17     Q.    I want to go through these topics, one
18 by one, and just ask you some questions about your
19 preparation on each of them.  As for this first
20 topic, let me know when you've read it.
21     A.    I have read it.
22     Q.    Who did you talk to to prepare to
23 testify on this topic?
24     A.    I talked with my attorney, Tara
25 Eberline.

Page 12

1      Q.    Okay.  Anyone else?
2      A.    Brad Ralph was present as well.
3      Q.    Is that everyone who was present?
4      A.    Yes, that is.
5      Q.    Were you provided any documents to
6  prepare to talk about this topic?
7      A.    No, I was not.
8      Q.    Did you take any notes during that
9  meeting?
10     A.    No, I did not.
11     Q.    Okay.  Now let me know when you've
12 read the second topic.
13     A.    Yes.  I've read it.
14     Q.    Okay.  Who did you talk to to prepare
15 for this topic?
16     A.    My attorney, Tara Eberline, and Brad
17 Ralph, city attorney.
18     Q.    Were you provided any documents to
19 prepare on this topic?
20     A.    No, I was not.
21     Q.    And did you take any notes during that
22 meeting?
23     A.    No, I did not.  It was the same
24 meeting as one.
25     Q.    Okay.  Was this the same meeting to

Page 13

1  prepare for each of these topics?
2      A.    Yes, it was.
3      Q.    Okay.  So for each of these topics is
4  it the case that you only talked to Tara Eberline and
5  Brad Ralph to prepare --
6      A.    That's correct.
7      Q.    -- in terms of these topics?
8      A.    I'm sorry.  That is correct.
9      Q.    Okay.  Were you provided any documents
10 to prepare on any of these topics?
11     A.    On these topics, no.
12     Q.    Okay.  And to be clear, so you didn't
13 review -- you were not provided any documents to
14 prepare to testify on topics 1 through 24?
15     A.    No, I was not.
16     Q.    And you did not take any notes during
17 that meeting with your attorney and the city
18 attorney?
19     A.    Sorry.  No, I did not.
20     Q.    And you only had the one meeting with
21 them?
22     A.    That is correct.
23     Q.    Okay.  How long did that meeting last
24 generally, just about, approximately?
25     A.    It approximately lasted two hours.

Page 14

1    Q.    Okay.  And did you bring any documents
2  yourself to those meetings?
3    A.    The only document that I brought
4  myself was the Welcoming Plan Implementation Report
5  that was updated on May 18, 2023.
6    MS. EBERLINE:  And that's a document,
7  JD, that we anticipate producing today and I can send
8  you --
9    MR. COLAVECCHIO:  Okay.
10    MS. EBERLINE:  -- that if you would
11  like to see it.
12    MR. COLAVECCHIO:  Great.  Yeah.  Okay,
13  yes, that would be great.  Thank you.
14  BY MR. COLAVECCHIO:
15    Q.    So that was the only document that you
16  brought to that meeting?
17    A.    That's correct.
18    Q.    Okay.  And in your own preparation for
19  this deposition did you review any documents on your
20  own?
21    A.    On my own?  You mean any documents of
22  my own?  Or --
23    Q.    Right, documents that you had.  Did
24  you review any documents that you already had in your
25  possession to prepare to testify on these topics or

Page 15

1  to refresh your recollection?
2    A.    I only reviewed the documents that
3  were produced by my attorney for this potential
4  deposition today.
5    Q.    Okay.  Which documents are those?
6    A.    There are several emails in regards to
7  communication between -- I wouldn't say several, but
8  Cherise Tieben, there were a couple emails there,
9  there was an email from League of Kansas
10  Municipalities and there was a couple other emails, I
11  believe, between Nannette Pogue and Cherise Tieben as
12  well.
13    Q.    Okay.  So those are -- you're saying
14  that those are documents that have already been
15  produced to plaintiffs by your attorneys?
16    A.    Yes, that is correct.
17    Q.    Okay.  Are there any other documents
18  that you recall reviewing other than those that you
19  just mentioned?
20    A.    No, those are all; those are it.
21    Q.    Okay.  Did you bring anything with you
22  today for this deposition?
23    A.    Just that Welcoming Plan
24  Implementation Report is all I have before me.
25    Q.    Okay.  You don't have any notes?

Page 16

1    A.    No, I do not.
2    Q.    And you don't have any other
3  documents?
4    A.    No, I do not.
5    Q.    Is there anyone else who you spoke to
6  about this deposition besides your attorneys?
7    A.    I informed my staff that I would be
8  taking the deposition today.
9    Q.    Okay.  Did you talk about what you
10  would be testifying to with your staff?
11    A.    I told them I would be testifying on
12  behalf of the City in regards to the ACLU lawsuit.
13    Q.    Did they provide you any information
14  to help prepare you for this deposition?
15    A.    No.
16    Q.    Did you do anything else to prepare
17  for this deposition other than what we've already
18  discussed?
19    A.    Just reviewed the documents that have
20  already been presented.  Looked at policy manuals
21  that were -- already been provided, and outside of
22  that just been thinking about potential topics that
23  may be covered.
24    Q.    Okay.  Can you tell me what the policy
25  manuals are that you just referenced?

Page 17

1    A.    Ms. Eberline showed me one yesterday,
2  which was a personnel policy handbook, I believe, of
3  the City, and that is the one that I reviewed.
4    Q.    What year was that from?
5    A.    I cannot tell you.
6    Q.    Okay.  Has that been produced to
7  plaintiffs in this litigation?
8    A.    Yes, it has.  It had a number on it,
9  so I'm sure it was produced.
10    Q.    Okay.
11    MR. COLAVECCHIO:  Tara, could you let
12  us know what document that is that he's referencing?
13    MS. EBERLINE:  Sure, I can.
14    MR. COLAVECCHIO:  Not right now but at
15  some point.
16    MS. EBERLINE:  Yeah.  The only
17  document that he reviewed that has not been produced
18  in this case is the Welcoming Plan Implementation
19  that I just sent you.
20  BY MR. COLAVECCHIO:
21    Q.    Okay.  So you said that your attorney
22  sent you that policy document yesterday.  Did she
23  send you anything else ahead of this deposition?
24    A.    She did not send it to me.  We
25  actually had it on view just like a shared screen

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                                    Pages 18..21

Page 18

1  during that two-hour prep.
2         Q.    Okay.  Was anything else shown to you
3  via shared screen?
4         A.    Yes.  There were several emails in
5  regards -- which have all been shared, that could
6  potentially be brought up for topics today.
7         Q.    Okay.  And what were those emails
8  about?
9         A.    They were exchanges between, as I
10 stated previously, Cherise Tieben, Nannette Pogue,
11 there was one email from League of Kansas
12 Municipalities.  There was one email I believe from
13 Melissa McCoy, or a conversation between Melissa
14 McCoy and Debbie Cox, I believe.
15        Q.    So I just want to clarify.  When you
16 said earlier that you had looked at those documents
17 that you listed just now, you mean that they were
18 shown to you over a screen-share by your attorneys?
19        A.    Yes, that is correct, screen-share
20 during that two-hour deposition yester- -- or
21 deposition prep session yesterday.
22        Q.    Okay.  So now I want to start getting
23 into some of the substance here, start by talking
24 about some demographic information for the City.
25               Has the Hispanic population of Dodge

Page 19

1  City grown over the past two decades?
2         A.    Yes, it has.
3         Q.    And how has it changed?
4         MS. EBERLINE:  May I object for just a
5  moment.  Which topic are you under here?
6         MR. COLAVECCHIO:  Tell you in a sec.
7  And I am going to jump around a bit.  I'm not going
8  to necessarily go in order here.
9         MS. EBERLINE:  That's no problem.  I
10 just want to ensure that we're staying within the
11 topics that have been identified when we're in the
12 30(b)(6) category of the deposition.
13        MR. COLAVECCHIO:  Okay.  This is
14 mainly related to Topic 17.
15        MS. EBERLINE:  Okay.  I'm going to
16 object that the questions are outside the scope of
17 the deposition.  But you can go ahead and answer,
18 Mr. Hernandez.
19        A.    Can you repeat the question for me,
20 please?
21        MR. COLAVECCHIO:  Could you read that
22 back for Mr. Hernandez.
23        THE REPORTER:  Sure.
24               (WHEREIN, the requested portion of the
25 record was read by the Court Reporter.)

Page 20

1  BY MR. COLAVECCHIO:
2         Q.    Can you answer the question based on
3  that, Mr. Hernandez?
4         A.    How has the Latino population changed
5  over the last 20 years?
6         Q.    Correct.
7         A.    It has increased, yes.
8         Q.    And does the City track how it's
9  changed?
10        A.    We track just through census numbers.
11 Yes.
12        Q.    Does the City rely on any reports
13 other than census data?
14        A.    No, I do not.
15        MS. EBERLINE:  It's outside of the
16 scope of the deposition categories.  Go ahead and
17 answer.
18        A.    No, we do not.
19 BY MR. COLAVECCHIO:
20        Q.    About what proportion of Dodge City's
21 residents' primary language is Spanish?
22        MS. EBERLINE:  Same objection.
23        A.    I cannot tell you.
24 BY MR. COLAVECCHIO:
25        Q.    Do you know if the City tracks what

Page 21

1  proportion of Dodge City's residents' primary
2  language is Spanish?
3         MS. EBERLINE:  Same objection.
4         A.    I cannot tell you, no.  We do not
5  track.
6  BY MR. COLAVECCHIO:
7         Q.    Do you know how many people own their
8  own home in Dodge City?
9         MS. EBERLINE:  Same objection.
10        A.    I do not know.
11 BY MR. COLAVECCHIO:
12        Q.    Do you know if the City tracks how
13 many people own their own home?
14        MS. EBERLINE:  Same objection.
15        A.    We do not track, no.
16 BY MR. COLAVECCHIO:
17        Q.    Has the City ever hired anyone to
18 study its demographics?
19        MS. EBERLINE:  Same objection.
20        A.    No, we have not.
21 BY MR. COLAVECCHIO:
22        Q.    I'm going to show you a document.
23 Just give me a moment to put in the Chat and I'll
24 share my screen.
25               It's in the Chat now.

Page 22

1          And this one is not very long, so if
2    you don't want to go through the trouble of pulling
3    it up, you don't have to, because I'm going to share
4    the screen right now.
5          A.    Yeah, I'm having a hard time pulling
6    it up.
7          Q.    Can you see that?
8          A.    Yes, I can.
9          Q.    So what I'm showing you right now is a
10   document that's been marked in the litigation as
11   Dodge City 0003426, and it's an email with the
12   subject line "Weekly Update January 13, 2023."
13          You authored this email, correct?
14          A.    Yes, I did.
15          Q.    Do you recall this email?
16          A.    Yes, I do.
17          Q.    Do you know who it was sent to?
18          A.    It was sent to the city commissioners.
19          Q.    Was it sent to anyone else?
20          A.    May have been sent to city attorney
21   Brad Ralph.
22          Q.    Okay.  Anyone else?
23          A.    No.
24          Q.    And do you send out these weekly
25   updates every week?

Page 23

1          A.    No, I do not.
2          Q.    Why do you send --
3          A.    I try to send --
4          Q.    I'm sorry, go ahead.
5          A.    I try to send them out weekly, if not
6    biweekly.
7          Q.    Okay.  What are these weekly updates
8    for?
9          A.    They are to inform the commission of
10   different topics and items that have taken place in
11   the past week.
12          Q.    I want you to look on this first page
13   at the section at the top here under "ACLU Lawsuit."
14   Can you read that section and let me know when you're
15   finished reviewing that section?
16          A.    I've read that section.
17          Q.    Okay.  So you say here that we have
18   turned to trusted leaders within our Latino community
19   for input on Dodge City commissioner/manager from of
20   government; and then you say that based on the
21   council and support of those community leaders we
22   more strongly believe our at-large council seats
23   unite our beautiful diverse city.
24          Who are the leaders within the Latino
25   community that you were referring to there?

Page 24

1          A.    The leaders we referred to, at that
2    point in time, I believe there were several of the
3    past commission candidates, there were several
4    individuals in regards to community leaders such as
5    Kansas Appleseed, visited with a few of those folks,
6    visited with some of the individuals, and then this
7    is as a city, so this was as staff, myself, Melissa
8    McCoy, Ernestor de la Rosa, and then reporting back
9    to me.
10          Also visited with past commission
11   candidates such as Fernando Jurardo.  I visited with
12   several of my friends and family members that are
13   long-term Dodge City residents.  They also visited
14   with Coral Lopez with Main Street Kansas.  Visited
15   with several of the business leaders in the
16   community.  I don't have their specific names in
17   front of me.  But I entrusted Melissa McCoy and
18   Ernestor de la Rosa, Coral Lopez, and also our city
19   clerk, Connie Marquez, to reach out to see if they
20   had heard of anything prior to the lawsuit in regards
21   to any dissension or any issues, and all the feedback
22   that we received at that point stated that they did
23   not see any need to go to districts.
24          Q.    So everyone who was talked to said
25   that they did not see a need to change that at-large

Page 25

1    method to a district-based method?
2          A.    That is correct.
3          Q.    No one said that they weren't sure?
4          A.    I would say the majority of
5    individuals didn't even know about the ACLU lawsuit
6    even though it had been published in the newspaper
7    and it had been sent out through the media.  A lot of
8    them were, to be honest, at that point in time and
9    even prior to that, were caught off guard.  They
10   didn't realize it was even a topic of conversation or
11   a concern.
12          Q.    Okay.  So just going back to my
13   original question, no one said that they weren't sure
14   about whether or not they wanted to change the
15   at-large method to a district-based method?
16          A.    From the individuals and the reports I
17   received, that is correct.
18          Q.    And no one said that they would be in
19   favor of a district-based election method?
20          A.    Not the individuals that I received
21   reports from, no.
22          Q.    About how many people in total were
23   talked to about this?
24          A.    I cannot give you exact numbers.  I do
25   not know the exact number.

**Page 26**

1  Q.    That's fair.  Can you give me an
2  approximation, like ballpark?  Are we talking like 15
3  people?  50 people?  100 people?
4        A.    I would say those individuals, I would
5  say probably more than 40, less than 100 individuals.
6        Q.    Okay.  And you mentioned that some of
7  the people who you talked to were former candidates
8  for the commission.  Can you tell me who -- who those
9  individuals were?
10        A.    Let me see.  I think that -- I believe
11  there may have been conversation by Ernestor with
12  Blanca Soto.  There may have been one I think with
13  Liliana Zuniga, Fernando Jurardo.  I believe those
14  were the individuals.
15        Q.    Okay.  So what were these
16  conversations about?
17        A.    The conversation was to inform them
18  that they had been identified and that they would
19  potentially be contacted by our attorney in regards
20  to the case.
21        Q.    And did you explain or others who were
22  contacting people explain what this lawsuit was
23  about?
24        A.    Yes.  We stated at the time that it
25  was in regards to forcing the city commission to go

**Page 27**

1  to district elections.
2        Q.    To the extent that people said they
3  would be willing to stand in support of the City's
4  position in this case, have those people been
5  disclosed to plaintiffs?
6        MS. EBERLINE:  Objection to the form
7  of the question.  You can go ahead and answer if you
8  know.
9        A.    I do not know.
10  BY MR. COLAVECCHIO:
11        Q.    Were city employees, including
12  yourself, explaining the City's position in this
13  lawsuit?
14        A.    Melissa McCoy and Ernestor de la Rosa,
15  yes.
16        Q.    Did the City explain why it's in favor
17  of keeping at-large elections?
18        A.    Yes.
19        Q.    Did the City explain why plaintiffs
20  are asking the court to instate single member
21  district-based elections?
22        A.    We did not go into details in regards
23  to why they were asking, we just mentioned that they
24  were asking.
25        Q.    So how was the question posed to

**Page 28**

1  people whether or not they support continuing to use
2  the at-large method of election?
3        A.    I believe at the time all that was
4  stated was do you have concerns in regards to the
5  at-large election or going to districts and what's
6  your opinion.
7        Q.    Did anyone else ask why they should be
8  concerned about at-large elections?
9        A.    I think we more had concerns of why we
10  would be going to district elections and changing our
11  form.
12        Q.    So no one asked why the City was in
13  favor of keeping at-large elections?
14        A.    No, they did not.
15        Q.    And no one asked what potential issues
16  there are with at-large elections?
17        A.    No.  I never had that question posed
18  to me.
19        Q.    And the City didn't explain what
20  potential issues there could be as plaintiffs have
21  alleged with at-large elections?
22        A.    We did not study the issue prior to
23  this lawsuit.
24        Q.    Up until now?
25        A.    Just shortly thereafter we started

**Page 29**

1  having conversations, probably within a couple weeks
2  of receiving that notice.
3        Q.    So is that a no, then, that the City
4  did not explain to people what potential issues there
5  could be with the at-large method of election?
6        A.    No, we did not, nor did we talk about
7  the districts at large either.
8        Q.    What do you mean by that?
9        A.    We didn't talk about concerns or
10  issues with districts at large or at-large elections.
11  We didn't discuss either way, the pros or cons of
12  either side.
13        Q.    Then what did you discuss?
14        A.    We just discussed that the ACLU and
15  these two plaintiffs had filed a lawsuit against the
16  City and that they were alleging that we should go to
17  district elections versus at-large elections, so
18  that's what was discussed.
19        Q.    Then what were people asked to
20  support?
21        A.    No one was asked to support anything.
22  They were just -- so in regards to this, what we were
23  receiving was their statements as why would we change
24  the form of government, we don't have any issues with
25  it.  So that was their support statement, statement

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                              Pages 30..33

1  of support.
2      Q.    Okay.  So I want to have you look at
3  another part of this email.  I'll lower it down
4  toward the bottom, the section called Retail Coach
5  Data.  Can you read that section and let me know when
6  you're done reviewing it.
7      A.    Yes, I'm done.
8      Q.    Are you familiar with The Retail
9  Coach?
10     A.    Yes, I am.
11           Are we still on Item 17 or are we on a
12  new topic?  Because I'm not following you on how this
13  relates to 17.
14     Q.    It ties into city services for
15  Hispanic residents in particular and how -- in order
16  to understand what kind of services the City should
17  be providing, I need to understand whether the City
18  is tracking what kind of services Hispanic residents
19  need.
20           MS. EBERLINE:  I share Mr. Hernandez'
21  concern about that and would object to this line of
22  questioning being outside of the scope of the topics
23  identified in Attachment A.  If he has personal
24  knowledge, he can answer, but I don't believe these
25  questions are within the scope of the categories that

1  have been identified.
2           I guess the other question I have, and
3  forgive me if you said this earlier, is there an
4  exhibit number for this document?
5           MR. COLAVECCHIO:  No, we don't have
6  exhibit numbers.  I'm just using the Bates numbers.
7           MS. EBERLINE:  Okay.
8           MR. COLAVECCHIO:  We provided the
9  documents to the reporter beforehand so they have
10  them all.
11          MS. EBERLINE:  Okay.
12          So, Mr. Hernandez, if you have
13  personal knowledge about the topics that JD is asking
14  you about, you're welcome to answer, but I would
15  object that they're outside the scope of the 30(b)(6)
16  notice.
17          THE WITNESS:  Can you repeat your last
18  question, sir?
19  BY MR. COLAVECCHIO:
20     Q.    Well, let me actually show you another
21  document.  I'm going to show you an attachment from
22  this that's referenced in this Retail Coach section
23  of the email.
24          And I sent in the Chat and I think you
25  should be able to follow along fine with shared

1  screen, so I don't think you need to download this
2  one.  Just a moment.
3           MS. EBERLINE:  While that's
4  downloading, I'm going to state again my objection to
5  this line of questioning.  Just so I'm not
6  interrupting you every question, would you prefer
7  that I just have a running objection with respect to
8  this line of questioning, or would you rather the
9  objection be with respect to each question?
10          MR. COLAVECCHIO:  If you want to make
11  a blanket objection to questions I'm going to ask him
12  about this document, I'll -- I can -- I'll
13  acknowledge that.
14          MS. EBERLINE:  Okay.  Let's do it that
15  way.
16          MR. COLAVECCHIO:  Okay.
17  BY MR. COLAVECCHIO:
18     Q.    So this document is -- it's been
19  marked in the litigation as Dodge City 0003493, and
20  it's a report titled Community Demographic Profile
21  for Dodge City, Kansas, and it was prepared by The
22  Retail Coach for City of Dodge City, and it's dated
23  for January 2023.  Are you familiar with this
24  document?
25     A.    Yes, I am.

1      Q.    Who commissioned this report?
2      A.    Economic -- Ford County Dodge City
3  Economic Development Corporation and the City of
4  Dodge City.
5      Q.    And why is your name on this report?
6      A.    Because I'm the city manager of Dodge
7  City, Kansas.
8      Q.    Did the City provide The Retail Coach
9  any data for this report?
10     A.    No, we did not.
11     Q.    On page 2, here, there's a statement
12  that 63.81 percent of Dodge City's population is
13  Hispanic.  Is that figure accurate?
14     A.    If this was in their document, I would
15  have to check what their source was, but I'm sure
16  it's accurate.
17     Q.    So you have no reason to doubt its
18  accuracy?
19     A.    I do not.  I have no reason to doubt
20  its accuracy.
21     Q.    Okay.  I'll scroll to page 3.  And
22  here you'll see that there is a statement that
23  54.07 percent of Dodge City's population speaks
24  Spanish at home.  Is that figure accurate?
25     A.    As an estimate, I have no reason to

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                  Nickolaus Hernandez on 07/25/2023                  Pages 34..37

Page 34

1  believe it's not accurate, inaccurate.
2          Q.     Okay.  Then also on this page there is
3  a statement that 42.49 percent of Dodge City's
4  population speaks only English at home.  Is that
5  accurate?
6              MS. EBERLINE:  Objection, calls for
7  speculation.  You can go ahead and answer if you
8  know.
9          A.     I have no clue.  I would assume that
10 if it's in this report, it says "estimated," so I
11 can't tell you.
12 BY MR. COLAVECCHIO:
13         Q.     Do you have any reason to doubt it?
14         A.     No.  I don't know where the
15 information came from.
16         Q.     The report also includes statistics on
17 educational attainment, right?
18         A.     I believe so.
19         Q.     Here's that section.  On page 5 here
20 there are statistics on educational attainment for
21 Hispanics or Latinos.  Why was this included?
22         A.     I have no clue.  I would have to ask.
23 That would be a question for Retail Coach.
24         Q.     Well, did the City, or did you,
25 request particular analysis on educational attainment

Page 35

1  for Hispanics and Latinos specifically?
2          A.     No.  We did not request any of this
3  information.  We just requested them to look at our
4  market and give us a report back and this is what
5  they provided.
6          Q.     Okay.  So you did not ask Retail Coach
7  to run any particular analysis on demographics?
8          A.     That is correct.
9          Q.     And they just sent you this report,
10 and this was your first time seeing these
11 demographics?
12         A.     That is --
13             MS. EBERLINE:  Objection, form.  Go
14 ahead.
15         A.     That is correct.
16 BY MR. COLAVECCHIO:
17         Q.     Did the City have any discussions
18 about this report?
19         A.     The report was -- I believe the city
20 commissioners received this report, but we had no
21 discussion in regards to any specific items included
22 in this report.
23         Q.     Were there any discussions with the
24 commissioners about this report?
25         A.     It was given to the commissioners but

Page 36

1  outside of that, no.
2          Q.     Was it presented at the commission
3  meeting?
4          A.     I do not recall.
5          Q.     Were there any discussions with the
6  chamber of commerce about this report?
7          A.     This was discussed with Ford County
8  Economic Development Corporation, which is our
9  economic development wing basically.  They provide
10 the economic development services for the county as a
11 whole.  The chamber of commerce does not, is not
12 really involved in economic development.
13         Q.     Okay.  I want to turn now to a
14 different topic.
15             MR. COLAVECCHIO:  And I just want to
16 clarify, Tara, that -- that your pointed objection to
17 the relevance is officially ended for that document.
18             MS. EBERLINE:  Fair enough.
19 BY MR. COLAVECCHIO:
20         Q.     I want to talk to you about the roles
21 and responsibilities of various people who work for
22 the City.  First, I want to ask you about your role.
23 So what is the city manager's role?
24         A.     Role of the city manager is really to
25 help develop a long-term vision for the community and

Page 37

1  present that to the governing body which is the city
2  commission.  We also -- it's our responsibility to
3  kind of bring a community-wide perspective that
4  considers both a past and even future challenges that
5  present themselves to the city in order for the
6  commission to have some really in-depth policy
7  discussions.
8              We also -- you know, one of the
9  biggest items for city managers is really to
10 encourage inclusion and building consensus amongst a
11 varying group of individuals.  You know, our goal is
12 to bring the community together as a whole, not to
13 try to separate the community out into individual
14 parts.  We've really got to take into account the
15 business leaders, the education leaders in schools,
16 the individuals in regards to just citizens,
17 regardless of what their political affiliation or
18 what their individual values are, and we have to try
19 to bring that group together to try to develop a
20 consensus to present to the city commission for them
21 to try to make a decision based upon the City as a
22 whole versus individual groups.
23             Also, another thing that the City
24 managers are really responsible for is we have to
25 really promote equity and fairness in ensuring that

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                                Pages 38..41

Page 38

1  all our services are fairly distributed throughout
2  the community.  And we have to do that while ensuring
3  that the laws and policies of the City are enforced
4  fairly as well.  You know, we're not out to target;
5  we're not out to go after one group or another.
6          It's our job to bring the community
7  together and to truly ensure that the services that
8  we provide, the policies that we implement really
9  reflect the majority of the population of Dodge City.
10  And that's what the city manager does.  We listen to
11  those individuals and we try to bring that together
12  and give that information to the city commissioners.
13          Q.    Okay.  I want to unpack that a bit.
14  One thing you mentioned a lot was bringing the
15  community together.  How do you go about achieving
16  that goal?
17          A.    There's a lot of different ways that
18  you can do that.  I have communications with hundreds
19  if not thousands of individuals on a monthly basis.
20  I make sure that I talk and communicate to people at
21  soccer games, at baseball games.  I try to be, you
22  know, in the restaurants, at the store.  I try to
23  ensure that people have access to me, so I can listen
24  to what their concerns are and to try to see how the
25  City can be better and become more efficient.

Page 39

1          I talk to developers, I talk to
2  builders, contractors, business leaders, owners,
3  individuals in the workplace.  I mean, I talk to a
4  plethora of individuals to try to ensure that we have
5  a very broad-based perspective on issues.
6          Q.    What do you do with that information
7  that you get from those conversations?
8          A.    It depends on if they are wanting to
9  accomplish something or if they just want to have
10  clarification on a certain topic.  So if they're
11  wanting clarification I give them an answer why we do
12  something.  If it's a concern, I do encourage them to
13  come to the city commission.  We have a visitor
14  section of the city, city commission meetings, and I
15  tell them, hey, if this is a topic that you would
16  like to be addressed by the city commission, please
17  come in front of them, let them know what your
18  concerns are and what your questions are and that way
19  it gives the city commission an opportunity to have
20  discussions on these broader topics.
21          One example that we had recently was
22  our pit bull ordinance and I encouraged a citizen and
23  a couple individuals to come before the city
24  commission to present their concerns with the law.
25  And the city commission listened to them, we studied

Page 40

1  it, we had discussions with our staff that oversees
2  the animal controls, we had communications with the
3  public, with the staff and with the commission.  We
4  developed kind of a consensus on how to move forward
5  and really resolve the issues that they had at hand.
6          Q.    So those, the people that you talked
7  to about their concerns about the pit bull ordinance,
8  those people then showed up to the commission
9  meeting?
10          A.    Yes.  I strongly encourage anytime
11  that I ever have an issue that really deals with
12  commission action or -- has to have a lot further
13  study or discussion with the city commission, if I
14  feel -- whether I feel it has merit or not, I
15  encourage them always to go in front of the city
16  commission and present their ideas for discussion.
17          Q.    So do you just tell them the time and
18  place of the commission meeting?
19          A.    I also tell them what to expect, you
20  know, from the commission during that time and place,
21  what to expect during visitor section.  I tell them
22  how to be prepared sometimes depending on the
23  questions they're bringing before them.  I don't want
24  them to go in there blind and not knowing the process
25  for how to communicate in that environment.

Page 41

1          Q.    Is there a flyer or pamphlet or link
2  that you provide people with for information on the
3  commission meetings?
4          A.    On the commission meetings as far as
5  the time, the agendas, all that is done in multiple
6  different methods, whether it be through Facebook,
7  social media, it can be done through -- it's online
8  on our website.  It's typically done radio, so the
9  advertising and the knowledge of when our meetings
10  take place are communicated to the public in several
11  different forms.
12          Q.    How long has the City been
13  communicating information for commission meetings
14  online or through social media?
15          A.    I could not tell you.  I'm sure it's
16  probably been at minimum 20 years if not more.
17          Q.    You said earlier that part of what you
18  do is talk with the commission about what you're
19  hearing from people in the community.  Do you mean
20  that you are formally making some kind of
21  presentation to commissioners or is that just more of
22  an informal conversation that you have with them?
23          MS. EBERLINE:  Object to the form.  Go
24  ahead.
25          A.    It depends on what the topic is.  If

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                  Nickolaus Hernandez on 07/25/2023                  Pages 42..45

Page 42

1  it's a pretty minor topic that can be handled and
2  addressed by staff and administration, it typically
3  doesn't go very far; but if it's something in regards
4  to statutes, ordinances or where it takes actually
5  commission actions to resolve, then I do.
6  BY MR. COLAVECCHIO:
7      Q.    Do you ever put individual residents
8  you talk to into contact directly with any of the
9  commissioners?
10     A.    If they have concerns, I do try to
11 encourage them to contact their commissioners as
12 well, yes.
13     Q.    How do you decide which commissioner
14 to put a resident in contact with?
15     A.    I don't.  I tell them blanketly which
16 commissioners or who our commissioners are in the
17 contact information.
18     Q.    Do any of the commissioners take
19 responsibility for like a particular part of the
20 City?
21     A.    No.  Our commissioners always view the
22 City as being one and the same.
23     Q.    Are there any town halls in particular
24 parts of the City, like spread around, or is it all
25 just a central town hall at the same location?

Page 43

1      A.    We only have one City Hall, and that
2  is located downtown on North 2nd.
3      Q.    And that's where --
4      A.    We don't have --
5      Q.    Go ahead.
6      A.    You know, we're only a community of
7  27,000.  We're like five miles across and six miles
8  long, so we're not a huge city by any means.
9      Q.    Okay.  So if there is a town hall,
10 it's usually held at City Hall?
11     A.    If there is a topic that needs more
12 addressing or that we feel that's going to have a
13 bigger crowd, we have at times went to different
14 venues to provide access to individuals, better
15 access for a large group of individuals.  Our city
16 commission chambers are pretty small.
17     Q.    What are those venues?
18     A.    That would be either Boot Hill
19 Conference Center or the school district has a -- has
20 a -- at the civic center has a boardroom that's much
21 larger or we can also have it at the public library.
22     Q.    Is there -- are all those places
23 within city limits?
24     A.    Yes, they are.
25     Q.    Do you speak Spanish fluently?

Page 44

1      MS. EBERLINE:  I object to the
2  question as outside the scope of the topics.  You can
3  go ahead and answer.
4      A.    Not fluently, no.
5  BY MR. COLAVECCHIO:
6      Q.    Do you speak Spanish conversationally?
7      MS. EBERLINE:  Are these questions to
8  Mr. Hernandez in his individual capacity or are you
9  asking the City?
10     MR. COLAVECCHIO:  I want to ask this
11 one in the capacity of the City, and it's related to
12 how he in his role in interacting with people in the
13 community.
14     MS. EBERLINE:  So are you asking if
15 the City -- I guess I'm not sure how he's supposed to
16 answer that.  You're asking the City for the City's
17 answer on whether Mr. Hernandez speaks Spanish
18 fluently?  Is that what you're asking?
19     MR. COLAVECCHIO:  Yes.
20     MS. EBERLINE:  Okay.
21     A.    Speaking Spanish is not a requirement
22 of the job.
23 BY MR. COLAVECCHIO:
24     Q.    Okay.  But do you speak Spanish
25 conversationally?

Page 45

1      A.    It was never asked of me by the City
2  to be able to speak conversationally, and I've never
3  been tested either, no.
4      Q.    Okay.  Do any of the commissioners
5  speak Spanish fluently?
6      A.    I do not know.
7      Q.    Do you know if any of the
8  commissioners speak Spanish conversationally?
9      MS. EBERLINE:  I'm going to object to
10 these questions as outside the categories and topics
11 within your 30(b)(6) notice as well.
12     A.    I do not know.
13 BY MR. COLAVECCHIO:
14     Q.    When you're talking to people in the
15 community, have you had any of those conversations in
16 Spanish?
17     A.    Yes, I have.
18     Q.    And you're able to understand what
19 people were saying?
20     MS. EBERLINE:  I'm going to object
21 again, outside the scope of the topics for
22 examination.  You can go ahead.
23     A.    Depends on the venue where I'm at and
24 who I'm with.
25 BY MR. COLAVECCHIO:

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                                    Pages 46..49

Page 46

1    Q.    So sometimes you understand but
2  sometimes you don't?
3              MS. EBERLINE:  Same objection.
4        A.    I do not -- my family members do speak
5  Spanish, and when I'm with my family, yes, I'm able
6  to have those conversations; whereas, if I'm with
7  other staff members who speak it much better than I
8  do, then I do have conversations with them.
9  BY MR. COLAVECCHIO:
10       Q.    So you have conversations with
11 residents who are speaking in Spanish if you have
12 someone with you who can interpret for you?
13             MS. EBERLINE:  Same objection.
14       A.    Yes.  And if they -- if I can speak
15 enough Spanish with them to encourage them to contact
16 me, too, when I'm with someone if they have a
17 concern.
18 BY MR. COLAVECCHIO:
19       Q.    Do you know how often you have someone
20 with you who is conversant in Spanish and can
21 interpret for you?
22             MS. EBERLINE:  Same objection.
23       A.    I would say at least 90 percent of the
24 time.
25 BY MR. COLAVECCHIO:

Page 47

1        Q.    And do those people work for the City?
2              MS. EBERLINE:  Same objection.
3        A.    Not all of them do, no.
4  BY MR. COLAVECCHIO:
5        Q.    Do some of them work for the City?
6        A.    Yes, they do.
7        Q.    Can you tell me who they are?
8              MS. EBERLINE:  Same objection.
9        A.    I have probably eight individuals --
10 I'm trying to think, probably not -- do I need to
11 list them out as well?
12 BY MR. COLAVECCHIO:
13       Q.    If you can tell me who they are, I
14 would like you to.
15             MS. EBERLINE:  Same objection.
16       A.    Melissa McCoy.  At the time Ernestor
17 de la Rosa.  I had Cassandra Ortiz which was my
18 administrative assistant.  I have Esparanza; that is
19 also another administrative assistant.  I have Roxana
20 Arjon, who was with me for several years, or for
21 several months, who was an intern.  Alejandro Rangel
22 who was an intern.  I have Connie Marquez, who is
23 city clerk.  I have Cindy Gonzales, who is -- I
24 believe she's HR director.  I have -- I'm trying to
25 think who else.  I'm sure there's more.  I just can't

Page 48

1  think of all of them right at this split second.  I
2  wasn't prepared to answer this question.
3        Q.    Okay.  Does -- are residents able to
4  receive the agendas for commission meetings in
5  advance of the meeting?
6              MS. EBERLINE:  Objection.
7        A.    Yes, they are.
8              MS. EBERLINE:  Outside the scope of
9  the topics.  Go ahead and answer, Mr. Hernandez.
10       A.    Yes, they are.
11 BY MR. COLAVECCHIO:
12       Q.    How do they obtain the agenda in
13 advance?
14       A.    They're done --
15             MS. EBERLINE:  Beyond the scope, go
16 ahead.
17       A.    They're done several different
18 methods:  online; they can also sign up for direct
19 mailing for us if they have interest in receiving all
20 communications, all communications and notices.  They
21 sign up and we send them out as we do with any press
22 media.  Anyone who requests it, we do send it to them
23 directly.
24 BY MR. COLAVECCHIO:
25       Q.    Okay.  Are the agendas translated into

Page 49

1  Spanish?
2        A.    I could not tell you at this moment.
3              MS. EBERLINE:  Same objection on scope
4  of the topics as to that question.
5  BY MR. COLAVECCHIO:
6        Q.    So you're not sure whether the agendas
7  are translated into Spanish?
8              MS. EBERLINE:  Same objection.
9        A.    If requested we would provide them,
10 but I don't -- I'm not -- I do not know for sure.
11 BY MR. COLAVECCHIO:
12       Q.    So the only time an agenda would be
13 translated into Spanish is if someone put in a
14 request to have it translated into Spanish?
15             MS. EBERLINE:  Objection on scope and
16 form of the question.  Go ahead and answer.
17       A.    I'm not positive whether they are
18 released in Spanish or not, but if it was requested
19 we would provide it in Spanish.
20 BY MR. COLAVECCHIO:
21       Q.    Who would be responsible for
22 translating the document?
23       A.    That would be staff.
24       Q.    Anyone in particular?
25       A.    No.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 50..53

Page 50

1    Q.    Just someone who speaks Spanish?
2    A.    And can write Spanish as well.
3    Q.    You also talked earlier about one of
4 your goals in your job as city manager being
5 providing equity in service; is that right?
6    A.    Yes.
7    Q.    How do you measure whether you're
8 accomplishing that goal?
9    A.    Community feedback.
10    Q.    Okay.  By that do you mean just
11 talking with people and seeing what they have to say
12 about the City?
13    A.    Yes.
14    Q.    Is there any other way that the City
15 measures whether services are being provided
16 equitably?
17    A.    No, not that I am aware of.
18    Q.    Do you report directly to the
19 commissioners?
20    A.    Yes, I do.
21    Q.    And do -- does anyone report to you
22 directly?
23    A.    All other city employees report to me
24 directly.
25    Q.    Okay.  So all other city employees are

Page 51

1 effectively your employees?
2    A.    That is correct.
3          MS. EBERLINE:  Object to form.  Go
4 ahead.
5    A.    That is correct.
6 BY MR. COLAVECCHIO:
7    Q.    How often do you meet with the
8 commissioners?
9    A.    It varies.  I meet with some
10 commissioners weekly.  I have conversations with some
11 commissioners multiple times a week.  But on a formal
12 basis we meet two times a month as a full commission.
13    Q.    And that's the commission meetings or
14 is that another meeting?
15    A.    That is the commission meetings.
16 Periodically we would have study sessions which are
17 posted meetings to the public, such as a commission
18 meeting, and we do have occasionally special
19 meetings, which are called meetings, which are
20 publicly noticed as well.  But anytime that the
21 commission is together as a group, we notice all
22 those meetings.
23    Q.    Okay.  And I think you said earlier
24 that there's a public portion of the commission
25 meetings; is that right?

Page 52

1    A.    That is correct.
2    Q.    So is there a segment after the public
3 portion that's a closed session for commissioners and
4 other city employees only?
5    A.    There's very, very strict rules and
6 regulations in regards to closed meetings and every
7 time that we do go into what they call executive
8 session, the Kansas Open Meetings Act is very clear
9 on what you can utilize those for and we are in
10 constant consultation with our city attorney prior to
11 even allowing those.  But it's very, very rare that
12 we would ever go into an executive session without a
13 specific exemption.
14    Q.    Okay.  So for the most part the
15 commission meetings are open to the public?
16    A.    Yes.
17    Q.    How are topics selected for the
18 commission meetings?
19    A.    Topics --
20          MS. EBERLINE:  Objection, beyond the
21 scope of the topics.  Go ahead.
22    A.    Topics are generally selected by the
23 businesses at hand.  We have a lot of contracts that
24 come before us that need to be approved by the
25 commission.  We also have a lot of planning-zoning

Page 53

1 type issues that come before, economic development
2 issues that come before the commission, but it's
3 really only items of business that are required by
4 the commissioners to take place before the
5 commission.
6 BY MR. COLAVECCHIO:
7    Q.    Is there a standing item on the agenda
8 for public feedback or concerns?
9    A.    Yes, there is.
10    Q.    Does it have a particular name?
11    A.    Visitor section is what it's called.
12    Q.    Okay.  How does that work?
13    A.    If the commission opens up the
14 visitors section portion of the meeting, at that
15 point, anyone in the audience -- they don't have to
16 sign up on a list, they don't have to ask what the
17 topic is about -- they can come up to the podium and
18 present their concerns or whatever they would like to
19 say to the commission.
20    Q.    So after the visitors portion are
21 residents who are attending the meeting able to speak
22 during the meeting?
23    A.    If it's -- if there's a specific item
24 on the agenda, say it's a rezoning item, during that
25 portion of a business meeting visitors and audience

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 54..57

**Page 54**

1  members are allowed to make comment in regards to
2  that item that has business before the city
3  commission.  So the visitor section is a very open
4  discussion.  Any topic, any situation, they can say
5  whatever they want during that portion of the
6  meeting, but the public can only speak on items that
7  are actually being -- during that portion of the
8  meeting that are actually being acted upon by the
9  city commission from after the visitors section.
10        Q.     How long does the visitors section
11  last?
12        A.     The visitors section can last as long
13  as the commission allows it to last.
14        Q.     In practice how long does it typically
15  last?
16        A.     If we have visitors, maybe 15 minutes,
17  10 minutes.  It depends on the topic too.  We've had
18  some that went as long as an hour.  It just depends
19  on the number of individuals in the audience that
20  want to speak, the topics that are being discussed.
21  So there is no -- there is kind of a standing rule,
22  but it can be waived by the mayor at any point of the
23  meeting, that says five minutes per individual,
24  15 minutes per topic, but that can be waived by the
25  mayor at any point in time, and it has been waived

**Page 55**

1  depending upon the item at hand.
2        Q.     On an average day for a commission
3  meeting how many people talk during the visitors
4  section?
5        A.     Zero.
6        Q.     That's the average?
7               On a really exciting day how many
8  visitors are talking during the visitors section?
9        A.     If you were to do my top ten in Dodge
10  City, I would say maybe 50 people would be in the
11  audience and you would have --
12        Q.     Did you say 50 like 5-0?
13        A.     5-0, yes.  And you may have a
14  representative that is speaking on behalf of maybe 10
15  or 15 of those individuals.  It just kind of really
16  depends on the topic, but during those meetings, the
17  commission has allowed all the issues at hand to be
18  addressed.  They actually even ask -- the commission
19  asks, Is there any other items that we need to
20  consider from the visitors that has not already been
21  discussed by other members of the audience, during
22  that visitors section, just to ensure that the
23  commission has all their concerns listened to and
24  they have the opportunity to speak on that item
25  before moving on.

**Page 56**

1        Q.     Okay.  Can you recall particular
2  examples of commission meetings where there was a
3  really large turnout for the visitor section?
4        A.     Yes, I do recall one in particular.
5  We had a rezoning of an area for a new housing
6  subdivision and we had probably 50 people in
7  attendance for that meeting and it was a very large
8  group that spoke both for and against that rezoning.
9        Q.     Okay.  Were any of the people who
10  spoke speaking Spanish?
11               MS. EBERLINE:  I object to the
12  question as outside of the scope of the topics for
13  examination.
14        A.     If they were to speak Spanish, we have
15  several individuals that could have interpreted at
16  that time.  But no, no one at that moment did.
17  BY MR. COLAVECCHIO:
18        Q.     Does the City employ a Spanish
19  language interpreter for the commission meetings?
20        A.     We have in our policies that we
21  actually provide a stipend to our employees based
22  upon their Spanish fluency.
23        Q.     So are you saying that people who
24  happen to work for the City and are at the meeting
25  will interpret and be compensated for interpreting?

**Page 57**

1        A.     They're compensated during their
2  regular salaries and if they -- if they are -- if
3  they receive that stipend from the City to speak
4  Spanish, then during official actions they do provide
5  those services.
6        Q.     Okay.  How often would you say is a
7  Spanish interpreter required for the commission
8  meetings?
9        A.     Required?  I would say not very often.
10  Available?  All the time.
11        Q.     Okay.  So not many people attending
12  the meetings primarily really speak Spanish?
13               MS. EBERLINE:  Object to the form of
14  the question.
15        A.     If they do, typically what happens is
16  they bring an individual or family member or friend
17  with them, and they interpret for them as well.  So
18  they typically bring someone with them, but we also
19  do have individuals present, staff members at the
20  meeting, that can provide those services as well.
21  BY MR. COLAVECCHIO:
22        Q.     Does the City provide people who
23  primarily speak Spanish a Spanish-language version of
24  the agenda?
25               MS. EBERLINE:  Objection, asked and

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                  Nickolaus Hernandez on 07/25/2023                  Pages 58..61

Page 58

1  answered.
2          A.    Okay, can you repeat?  I think I've
3  answered this question previously.  Do we provide the
4  agendas in Spanish, is that what you're asking?
5          MR. COLAVECCHIO:  Yeah, I agree.  That
6  I think captures a more general question earlier, so
7  you don't need to answer that.
8          THE WITNESS:  Okay.
9          MS. EBERLINE:  JD, when you get to a
10 breaking point, do you mind if we take a quick break,
11 five, ten minutes?
12         MR. COLAVECCHIO:  Yeah, we can take a
13 break right now.
14         MS. EBERLINE:  I don't mean to
15 interrupt your flow if you have other questions.
16         MR. COLAVECCHIO:  No, I was looking
17 back over to see if I want to move on from this
18 section, so perfect time to take a break.
19         MS. EBERLINE:  Okay, perfect.
20         MR. COLAVECCHIO:  Do you want -- how
21 many minutes?
22         THE VIDEOGRAPHER:  I was going to go
23 off the video record.
24         MS. EBERLINE:  No problem.  Let's go
25 five minutes.

Page 59

1          MR. COLAVECCHIO:  Okay.  So 11:25.
2          THE VIDEOGRAPHER:  Time on the monitor
3  is it's 11:20 a.m.  We're now off the record.
4          (Recess.)
5          THE VIDEOGRAPHER:  Time on the monitor
6  is 11:27 a.m.  We are now back on the record.
7  BY MR. COLAVECCHIO:
8          Q.    Okay.  Mr. Hernandez, I do want to ask
9  you a couple more questions related to your role as
10 city manager.  Do you -- are you responsible for
11 drafting the agenda for the commission meetings?
12         A.    I work with staff to draft it.  I do
13 review it and finalize it before it's presented.
14         Q.    Okay.  Who helps you draft it?
15         A.    Connie Marquez and Melissa McCoy.
16         Q.    Does anyone else help you draft it?
17         A.    No.
18         Q.    Are they doing the initial drafting?
19         A.    Yes.
20         Q.    And how do they decide what goes into
21 the agenda?
22         A.    The items that are presented by staff
23 members for commission action are placed on there.
24         Q.    Is there any dedicated section for the
25 agenda based on the conversations that you have with

Page 60

1  people in the community?
2          MS. EBERLINE:  Object to the form.
3          A.    If they require commission action or
4  further discussion, it would depend.
5  BY MR. COLAVECCHIO:
6          Q.    Okay.  So I want to move on to talk
7  about the city clerk.  What are the city clerk's
8  roles and responsibilities?
9          A.    The city clerk is responsible for the
10 records of the City.
11         Q.    Okay.  And what do they do with the
12 records for the City?
13         A.    As far as likes ordinances,
14 resolutions, she tracks those and maintains those.
15         Q.    So she's maintaining official city
16 records?
17         A.    Yes.
18         Q.    Does she maintain anything related to
19 voting or elections?
20         A.    As in general, I would say no.
21         Q.    Okay.  Does anyone report to the city
22 clerk?
23         A.    City clerk reports to the finance
24 director and myself.
25         Q.    The city clerk reports to the finance

Page 61

1  director and you?
2          A.    Yes.
3          Q.    Does anyone report to the city clerk?
4          A.    No.
5          Q.    So the city clerk does not manage
6  anyone?
7          A.    In the current format, no.  In the
8  past they have, yes.
9          Q.    What does the city clerk work with you
10 on?
11         A.    Directly just the agenda.
12         Q.    Anything else?
13         A.    No.
14         Q.    Does the city clerk work with the
15 commissioners?
16         A.    Not directly, no.
17         Q.    Does the city clerk work with them
18 indirectly?
19         A.    No, only for signatures when
20 signatures are needed by the mayor.  She will arrange
21 that, official documents being signed by the mayor.
22         Q.    So if a document needs the
23 commissioners' signatures, the city clerk arranges
24 getting their signatures?
25         A.    That is correct.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                Nickolaus Hernandez on 07/25/2023                Pages 62..65

**Page 62**

1    Q.    What kind of documents would those be?
2    A.    Ordinances that need signatures,
3 contracts that need signatures by the commission,
4 those type of agreements.
5    Q.    Does the city clerk work with Ford
6 County?
7    A.    Not directly, no.
8    Q.    Do they work with Ford County
9 indirectly?
10    MS. EBERLINE:  Object to the form of
11 the question.
12    A.    I would say we work with all
13 government agencies occasionally.  It depends on what
14 the topic is at hand and what -- what needs to be
15 communicated with one another.  She may communicate
16 with some members.
17 BY MR. COLAVECCHIO:
18    Q.    Is there anything that the city clerk
19 does that you have not already stated?
20    MS. EBERLINE:  Object to the form.
21    A.    She may issue some permits like
22 there's special event permits.  We have a worksite
23 utility vehicle permit that she handles.  And our
24 food truck transit vendors' permits, she handles
25 those as well.

**Page 63**

1 BY MR. COLAVECCHIO:
2    Q.    Is she responsible for updating those
3 forms and permits?
4    A.    Yes.
5    Q.    Are those forms and permits available
6 in Spanish?
7    A.    Yes.
8    Q.    And how do you obtain the Spanish
9 versions of those forms and permits?
10    A.    You visit with the city clerk.
11 They're available just as the English versions are.
12    Q.    So you get them the same way?
13    A.    Yes.
14    Q.    Are they physically located somewhere?
15    A.    They're physically located downtown at
16 City Hall.
17    Q.    Are they available online?
18    A.    I do not know.  They may be.  I do not
19 know.
20    Q.    Okay.  I want to ask you about human
21 resources.  What are the human resources division's
22 responsibilities with respect in particular to
23 handling complaints about racial or ethnic
24 discrimination against city employees?
25    A.    They would be the group that would

**Page 64**

1 take the initial complaint depending upon the scope
2 of it.  If the investigation can be done internally,
3 or if it needs to be done by a third party, they
4 would be the ones handling that investigation.
5    Q.    Okay.  Is there a particular person
6 responsible for that work?
7    MS. EBERLINE:  Object to the form.
8    A.    Yes, the HR director.
9 BY MR. COLAVECCHIO:
10    Q.    Okay.  And is human resources
11 responsible for adjudicating complaints?
12    A.    For adjudicating them?
13    Q.    Uh-huh.
14    A.    That -- that final authority would
15 rest with the city manager and city attorney.
16    Q.    So that authority rests with you?
17    A.    Yes.
18    Q.    And the city attorney?
19    A.    Yes.
20    Q.    Has that happened since you've been
21 city manager?
22    MS. EBERLINE:  I'm going to object as
23 outside of the scope of the topics identified in the
24 30(b)(6) notice.  Go ahead and answer if you know.
25    A.    No.

**Page 65**

1 BY MR. COLAVECCHIO:
2    Q.    Do you have any record of HR
3 complaints related to racial or ethnic discrimination
4 being filed with any of your predecessors?
5    MS. EBERLINE:  Same objection.
6    A.    I have no knowledge.
7 BY MR. COLAVECCHIO:
8    Q.    Does the City keep records of these
9 complaints?
10    MS. EBERLINE:  Same objection.
11    A.    I do not know.
12 BY MR. COLAVECCHIO:
13    Q.    Who would be responsible for keeping
14 any records?
15    MS. EBERLINE:  Object to the form of
16 the question.
17    A.    That would be the HR director.
18 BY MR. COLAVECCHIO:
19    Q.    Does the city clerk maintain any
20 records related to these sorts of complaints?
21    A.    To personnel file and
22 personnel-related records, no.
23    Q.    Is there a form to fill out for
24 complaints?
25    MS. EBERLINE:  Objection, outside the

Page 66

1  scope of the topics identified.
2       A.    I do not believe there is a form.
3  BY MR. COLAVECCHIO:
4       Q.    So what is the process for raising a
5  complaint?
6            MS. EBERLINE: Same objection. You
7  can go ahead and answer.
8       A.    They would either bring that up to
9  their supervisor, they would utilize their chain of
10 command, either supervisor, department head, or
11 directly to HR.
12 BY MR. COLAVECCHIO:
13      Q.    So they bring it up through like an
14 email or telephone call or an in-person meeting?
15      A.    Yes.
16      Q.    Does HR report to anyone about
17 complaints that it's received?
18      A.    Yes, to the city attorney and myself.
19      Q.    Have you received any sort of report
20 from HR about complaints of racial or ethnic
21 discrimination?
22            MS. EBERLINE: Objection, outside of
23 the scope of the topics identified and not relevant
24 to the matters at issue in the lawsuit. You can go
25 ahead and answer if you know.

Page 67

1       A.    No.
2  BY MR. COLAVECCHIO:
3       Q.    I want to talk about the public
4  information division now. What are the public
5  information division's responsibilities with respect
6  to distributing Spanish-language guidelines or
7  resources regarding voting?
8       A.    Regarding voting that's county, county
9  election officer's responsibility for all election
10 materials.
11      Q.    So the public information division
12 doesn't distribute anything regarding voting?
13      A.    They do distribute occasionally items
14 on voting, but that's not their responsibility to do
15 so.
16      Q.    Do they draft the documents that they
17 do distribute?
18      A.    Draft?
19            MS. EBERLINE: Object to the form.
20 BY MR. COLAVECCHIO:
21      Q.    Like for example, are the documents
22 from Ford County or are they created internally by
23 Dodge City?
24      A.    There occasionally may be where we
25 work with Ford County on the interpretation of some

Page 68

1  of those documents, but I could not tell you any
2  specifically, no.
3       Q.    Okay. Does the public information
4  division distribute Spanish-language guidelines or
5  resources for business owners?
6       A.    Yes. If there are resources that need
7  to be distributed, yes.
8       Q.    What kinds of resources would be
9  distributed?
10            MS. EBERLINE: Object to the form.
11      A.    I do not know.
12 BY MR. COLAVECCHIO:
13      Q.    Do you interact with the public
14 information very much?
15      A.    Yes.
16            MS. EBERLINE: Form.
17 BY MR. COLAVECCHIO:
18      Q.    What are your interactions with them
19 about?
20            MS. EBERLINE: Object to the form.
21      A.    Information that's being distributed;
22 items that they're working on.
23 BY MR. COLAVECCHIO:
24      Q.    Have you talked to them about
25 providing Spanish-language versions of materials?

Page 69

1       A.    Yes.
2       Q.    What -- what are those conversations?
3            MS. EBERLINE: Object to the form.
4       A.    Just ensuring that we're sending them
5  both out, that we're sending any information in both
6  formats.
7  BY MR. COLAVECCHIO:
8       Q.    And how long has the public
9  information division been including a
10 Spanish-language version of its materials?
11      A.    I do not know when that began.
12      Q.    Is there an administrative subdivision
13 of Dodge City's government?
14      A.    Like an administration department,
15 yes.
16      Q.    What does it do?
17      A.    The administration department houses
18 HR. It also houses assistant city manager and
19 administrative assistants as well.
20      Q.    And is the director still Ryan Reid?
21      A.    Okay. So you're talking about
22 director of administration. That's a little bit
23 different than administration department.
24      Q.    Okay. How is it different?
25      A.    Director of administration is a title.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)                  Nickolaus Hernandez on 07/25/2023                  Pages 70..73

Page 70

1  He's over IT and court services.
2       Q.    So what he's doing does not relate to
3  the administrative department that you were just
4  talking about, that encompasses HR and administrative
5  assistants?
6       A.    That's correct.
7       Q.    Okay.  But do you know if that
8  director I mentioned, Ryan Reid, if he's still the
9  person in that role?
10      A.    Yes, he is.
11      Q.    Do you work with him at all?
12      A.    Yes.
13      Q.    What are your interactions about?
14            MS. EBERLINE:  Object to form.
15      A.    We have items in regards to bid items
16  that may be coming up, IT issues, personnel issues in
17  the court services department.
18  BY MR. COLAVECCHIO:
19      Q.    What does the court services
20  department do?
21      A.    Court services department provides
22  municipal court functions for the City.
23      Q.    Do they report any statistical data to
24  you?
25            MS. EBERLINE:  Objection as outside of

Page 71

1  the scope of the topics for examination.
2       A.    No, not directly to me, no.  They may
3  have some reports to the State that are required but
4  not to me.
5  BY MR. COLAVECCHIO:
6       Q.    Did you say reports submitted to the
7  State?
8       A.    I said there may be reports that are
9  required to be submitted to the State but not to me.
10      Q.    What is the Dodge City developmental
11  services department?
12            MS. EBERLINE:  Objection, outside the
13  scope of the topics identified.
14      A.    That would be the planning and the
15  building codes division of the City.
16  BY MR. COLAVECCHIO:
17      Q.    Did -- does the commission work with
18  that department?
19      A.    Not directly, no.
20      Q.    Do you work with that department?
21      A.    Yes.  They're underneath my
22  management.
23      Q.    Okay.  And what is your work that you
24  do with them?
25      A.    I am a manager over their department,

Page 72

1  so I ensure that their day-to-day services are being
2  completed properly.
3       Q.    Do they provide any reports about
4  their work to you?
5            MS. EBERLINE:  Objection to form.
6       A.    Yes, they do.  They provide building
7  permits, number of building permits issued
8  evaluation.  Occasionally they'll report to me number
9  of code violations that have been completed over the
10  past year or month.
11  BY MR. COLAVECCHIO:
12      Q.    Do they track any demographic data on
13  code violations?
14      A.    No, they do not.
15      Q.    I want to turn to talk more about the
16  commission and the commissioners.
17            Generally speaking, what are the
18  commissioners' responsibilities?
19      A.    The commissioners adopt the budget,
20  they oversee policy decisions, they take long-term
21  planning of the City and develop a vision for the
22  City.  Also they have what's called home rule
23  authority, which they can actually have basically
24  authority and control to develop any sort of rules,
25  regulations that are not specifically stated by state

Page 73

1  statute.  Their responsibilities are to oversee the
2  entire city as a whole to ensure that all citizens
3  are treated fairly within the community.
4       Q.    How do their responsibilities differ
5  from yours?
6       A.    They are the -- they have the final
7  say in regards to ordinances, contracts.  They are
8  direct representatives of the community.
9       Q.    Are you the one typically negotiating
10  contracts or are the commissioners also involved in
11  negotiating contracts?
12            MS. EBERLINE:  Object to the form of
13  the question.
14      A.    I typically negotiate the contracts.
15  BY MR. COLAVECCHIO:
16      Q.    And then you present a contract that
17  you think should be approved to the commissioners so
18  that they can discuss and decide whether to approve
19  it?
20      A.    Yes, that's correct.
21      Q.    And is that the same process for other
22  items like city initiatives or city policies?
23            MS. EBERLINE:  Object to the form of
24  the question.
25      A.    Yes, typically that's how it's done,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                Nickolaus Hernandez on 07/25/2023                Pages 74..77

Page 74

1  but it can also be commission driven; or even during
2  that visitors section with commissioners' authority,
3  we have initiated new rules and regulations based
4  upon their decisions.
5  BY MR. COLAVECCHIO:
6        Q.      There is a mayor for the commission,
7  right?
8        A.      Yes, there is.
9        Q.      How are they elected?
10       A.      In the commission manager form of
11  government they're selected by them, the other
12  commissioners.  They are a figurehead for the
13  commission and they run the meetings.
14       Q.      Do they become mayor by majority vote
15  of the commission?
16       A.      Yes, they do.
17       Q.      What are all of their
18  responsibilities?
19             MS. EBERLINE:  Object to form.
20       A.      The mayor signs all official
21  documentation and they are a figurehead for
22  groundbreaking ceremonies, ribbon cuttings.  They're
23  the official figurehead of the City when it comes to
24  those public demonstrations or events.
25  BY MR. COLAVECCHIO:

Page 75

1        Q.      Okay.  Is there a vice-mayor?
2        A.      Yes, there is.
3        Q.      And how are they selected?
4        A.      They're selected by the commission.
5        Q.      And is that done by a majority vote of
6  the commissioners?
7        A.      Yes, it is.
8        Q.      And what are the vice-mayor's
9  responsibilities?
10       A.      To step in for the mayor when the
11  mayor is unavailable.
12       Q.      Is that their only unique role?
13             MS. EBERLINE:  Objection to the form.
14       A.  Yes.  Yes.
15             THE WITNESS:  Sorry, Tara.
16  BY MR. COLAVECCHIO:
17       Q.      How long are the commissioners' terms?
18       A.      It varies.  The two highest
19  vote-getters get a four-year term and the third-place
20  vote-getter get a two-year term.
21       Q.      And when are elections held?
22       A.      Every two years.  It's in the fall
23  now.
24       Q.      And is that odd-numbered years or
25  even-numbered years?

Page 76

1        A.      That would be in odd-numbered years is
2  when the elections take place.
3        Q.      And how many seats are up for election
4  each year?
5        A.      Three.
6        Q.      How often does the commission meet?
7        A.      Two times a month.
8        Q.      And all of those meetings are open to
9  the public?
10       A.      Yes, sir.
11       Q.      What kind of efforts does the City
12  take to make residents aware of topics for discussion
13  at commission meetings?
14       A.      We post the items on our website, we
15  send them directly to individuals who want the
16  information of what's going to be presented, and we
17  do actually have it shown live during a commission
18  meeting as well.
19       Q.      Are any of the outreach methods before
20  the meeting provided in Spanish?
21       A.      Yes, I believe they are.
22       Q.      Which outreach methods are provided in
23  Spanish?
24       A.      I believe on Facebook.
25       Q.      So there's Spanish-language Facebook

Page 77

1  posts explaining the topics for discussion at
2  commission meetings?
3        A.      I would have to go back and look.  I
4  don't recall right offhand.
5        Q.      You can't think of one instance of a
6  Spanish-language Facebook post about topics for
7  discussion at an upcoming commission meeting?
8             MS. EBERLINE:  Object to the form.
9        A.      Yes, I can.  We have on topics.  I
10  believe the pit bull was one of them.
11  BY MR. COLAVECCHIO:
12       Q.      Can you think of any others?
13       A.      Not off the top of my head.
14       Q.      Are they always posted?  Are the
15  topics always posted in Spanish in advance alongside
16  English versions?
17       A.      I could not tell you.  I don't review
18  those.
19       Q.      Is information about the commission
20  meetings provided in Spanish on any platform other
21  than Facebook?
22       A.      About like when they are, yes.
23       Q.      Is information about items
24  specifically to be discussed at that meeting posted
25  in Spanish?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)    Pages 78..81

Page 78

1    A.    I do not know.

2    Q.    Does the commissioner review anything
3  in advance of their meetings?

4    A.    Yes.

5    Q.    What do they review?

6    A.    They review the agenda and the agenda
7  items for discussion.

8    Q.    Are the agendas always sent to them in
9  advance?

10    A.    Yes.

11    Q.    Do the commissioners ever edit the
12  agendas?

13    A.    No.

14    Q.    Is it the case that sometimes an item
15  on the agenda might not be discussed during that
16  meeting?

17    A.    If an item is on the agenda, it's
18  discussed, unless it's pulled specifically by the
19  commission as a whole to be removed from the agenda.

20    Q.    Would there be a record of that?

21    A.    It should be in the minutes.  If they
22  removed an item for discussion, it should be in the
23  minutes.

24    Q.    We talked a little bit earlier about
25  the visitor section of the meeting.  Is there a time

Page 79

1  limit for how long one person can speak during that
2  section?

3    A.    There's a general limit of five
4  minutes, but that can be waived and has been waived
5  by the commission.

6    Q.    Do you know how often that's waived?

7    A.    I cannot tell you specifically.  I
8  would say it's waived more often than not depending
9  upon the number of individuals that want to speak.
10  It's a general guideline.

11    Q.    Is the City strict about enforcing the
12  five-minute time limit?

13    A.    No.

14    Q.    Does the commission make all of its
15  decisions publicly in the commission meetings?

16    A.    Absolutely.

17    Q.    Does the commission set the City's
18  budget?

19    A.    Yes, they do.

20    Q.    Are there different kinds of budgets?

21    MS. EBERLINE:  Object to the form.

22    A.    We have only one budget that's
23  approved, but there's multiple budgets within the
24  overall budget.

25  BY MR. COLAVECCHIO:

Page 80

1    A.    So there's subcomponents of one city
2  budget?

3    A.    Yes.

4    Q.    What is the process for considering in
5  setting the budget?

6    A.    There are statutory requirements that
7  are set by the State of Kansas for setting them that
8  we must follow which includes publication and public
9  hearings.

10    Q.    What is the publication requirement?

11    A.    I would have to look at state statute.

12    Q.    And so are there public hearings held
13  in the City on budget items?

14    A.    Yes, that is a statuary -- statutory
15  requirement.

16    Q.    Do those public hearings take place
17  during commission meetings?

18    A.    Yes, they do; official meetings, yes.

19    Q.    So that would be an item on the agenda
20  for a commission meeting?

21    A.    That typically would be a specially --
22  special-called meeting or would be considered a study
23  session which is a type of special-called meeting.
24  Study sessions do not take formal action in a study
25  session, but they're all treated the same as far as

Page 81

1  notification and publication.

2    Q.    Okay.  How does the City inform people
3  that there's going to be a session about the budget?

4    A.    We send out public notices and it has
5  to be in an official publication, which I believe is
6  in the newspaper, but we do put it online, we put it
7  through other forms as well, our website.

8    Q.    Are those notices provided in Spanish?

9    A.    I do not know.

10    Q.    Does the commission regularly vote on
11  whether to maintain the current form of government?

12    MS. EBERLINE:  Object to the form of
13  the question.

14    A.    It's only been discussed at one point,
15  but there's never been any items.

16  BY MR. COLAVECCHIO:

17    Q.    When was it discussed?

18    A.    I think it was 2018/2019 when Jan
19  Scoggins brought it up in a commission meeting.

20    Q.    Can you tell me about that?

21    MS. EBERLINE:  Object to the form of
22  the question.

23    A.    I believe Jan Scoggins at one point
24  asked if the commission had had any discussion or
25  wanted to talk about it, but I do not know specifics.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                            Pages 82..85

Page 82

1  BY MR. COLAVECCHIO:
2       Q.    Has the commission ever voted on its
3  form of government?
4       A.    Since 2014, no.
5       Q.    What was the vote in 2014?
6            MS. EBERLINE:  Object to the form of
7  the question.  The scope of the notice was for 2014,
8  so I think that's what Mr. Hernandez is referring to
9  when he says since 2014.
10           MR. COLAVECCHIO:  Okay, understood.
11 BY MR. COLAVECCHIO:
12      Q.    Is that -- is that right,
13 Mr. Hernandez?
14      A.    That is correct.
15      Q.    What would the process be to change
16 the City's form of government?
17           MS. EBERLINE:  Object to the scope of
18 the question and the topic for examination as not
19 being relevant or appropriate.  Go ahead if you know.
20           MR. COLAVECCHIO:  This is relevant to
21 the topic -- let me find the exact number.  No. 8,
22 decisions to maintain the current -- oh, wait I gave
23 you the wrong one.  Sorry.  No. 5, Topic No. 5:
24 Decisions to maintain the Dodge City commission's
25 at-large method of election.

Page 83

1            MS. EBERLINE:  And your question is
2  related to what the process would be for changing it?
3            MR. COLAVECCHIO:  Yes.  I also have
4  the Topic No. 15:  All steps or activities required
5  of the City to implement a new redistricting plan.
6            MS. EBERLINE:  And we had objected to
7  Topic 15 as not being relevant or appropriate and
8  essentially you're asking what steps would be
9  required of the City if the court were to order them
10 to change?  Is that the category of questions that
11 you're asking?
12           MR. COLAVECCHIO:  That's one component
13 of it that we're interested in, but also the topic is
14 noticing the issue of just how a change to the form
15 of government in the City would be adopted and
16 implemented and what that timeline process looks
17 like.  Are you saying that you object to the topic
18 itself?
19           MS. EBERLINE:  Yes, both -- I would
20 both object to the topic itself and I think the
21 specific question that you're asking, at least with
22 respect to Topic 5 would be beyond the scope of what
23 the topic is identified.  And again he can answer the
24 question to the extent that he knows, but I don't
25 think that there would be any relevance to the topic

Page 84

1  of what the City would be required to do if ordered
2  to change their election method in the sense that
3  that would be, you know, an undertaking that would
4  have to occur based on what the court would order,
5  would be dependent on what the court told us to do or
6  told the City to do.
7            MR. COLAVECCHIO:  Okay.  Well, we
8  never received objections from you on the topics
9  themselves.  But I will note your objection to our
10 interpretation of it for purposes of this deposition,
11 but we'll proceed with asking these questions.
12           MS. EBERLINE:  Understood.
13      A.    So am I answering to No. 5 which is
14 decision to maintain the Dodge City's commission
15 at-large method of election?  Is that what I'm
16 answering?
17           MR. COLAVECCHIO:  Ms. Huseth, could
18 you read back my last question, please.
19           (WHEREIN, the requested portion of the
20 record was read by the Court Reporter as follows:
21           "QUESTION:  What would the process be
22 to change the City's form of government?")
23      A.    It would have to be studied.  I do not
24 know.
25 BY MR. COLAVECCHIO:

Page 85

1       Q.    Have you ever looked into that
2  question?  And that question I'm asking you in your
3  personal capacity.
4       A.    In my personal capacity, yes, in
5  previous communities.
6       Q.    Are you saying you have not been asked
7  about changing the City's form of government in your
8  role as city manager for Dodge City?
9       A.    That's correct.
10      Q.    So no one has come to you to talk
11 about making a potential change to the City's form of
12 government --
13           MS. EBERLINE:  Object to the form of
14 the question.
15 BY MR. COLAVECCHIO:
16      Q.    -- for Dodge City?
17      A.    I have never put a study into it so I
18 would not know the process.
19      Q.    Does the commission have the power to
20 adopt district-based elections?
21      A.    The commission, I believe in my
22 personal capacity, they could, but it would be
23 subject to a protest petition and ultimately an
24 election by the people.
25      Q.    Okay.  I want to ask again in your

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 86..89

Page 86

1  capacity as corporate representative for the City:
2  Does the commission have the power to adopt
3  district-based elections?
4          MS. EBERLINE:  And we're objecting
5  with respect to this category of questions, but you
6  can go ahead and answer, Mr. Hernandez.
7      A.    Yes, they could with some caveats.
8          MR. COLAVECCHIO:  Tara, could you
9  actually give specific objections to each question
10  for the next series of questions?  Because I'm not
11  going over a document so I want the record to be
12  clear here exactly what you're objecting to.
13          MS. EBERLINE:  You bet.  Happy to.
14  BY MR. COLAVECCHIO:
15      Q.    Has the commission considered changing
16  from the at-large method to district-based elections?
17      A.    No, not that I am aware of.
18      Q.    Do you know how that process would be
19  initiated?
20      A.    If the commission voted as a whole to
21  look into it, then we would direct staff and the
22  attorneys to complete a rigorous study on different
23  alternatives and methods to complete that task.
24      Q.    Would it need to be drafted as a
25  proposed ordinance?

Page 87

1      A.    It would have to be probably a charter
2  ordinance because it would be a change to our
3  charter, city charter.
4      Q.    How does the commission enact a change
5  to the charter?
6      A.    For a city charter ordinance there is
7  a -- a -- they adopt the ordinance, initial
8  ordinance, from my recollection, then there is a
9  90-day protest period at which point electors could
10  file a protest petition, and then, at that point it
11  would go to an election.
12      Q.    So is the ultimate authority on
13  whether it gets passed a vote directly by Dodge City
14  residents?
15      A.    In that circumstance, yes.  Ultimate
16  authority lies within the people of Dodge City and
17  the voting citizens.
18      Q.    So there's no way for the commission
19  to change the charter on its own?
20          MS. EBERLINE:  Object to the form of
21  the question.
22      A.    They can if there's no protest
23  petition.
24  BY MR. COLAVECCHIO:
25      Q.    I see.  So if there's no protest

Page 88

1  petition the commissioners can make the change to the
2  charter; but if there is a protest petition, then the
3  change to the charter has to be decided by a vote by
4  residents?
5      A.    That's correct.
6      Q.    Okay.  What is the protest process?
7      A.    I do not know the specific process,
8  protest process.  From my knowledge is that they
9  would have to have a document that's drafted by legal
10  counsel.  At that point it would have to be reviewed,
11  I believe, by the county clerk to its form, and then
12  they would -- they would have to go out and get
13  signatures of qualified electors within the City.
14  And I do not know what that threshold is off the top
15  of my head, but it's a pretty low threshold in
16  regards to that protest petition going to an
17  election.
18      Q.    What are the electors?
19      A.    The electors are actually citizens
20  that are qualified to vote, registered voters.
21      Q.    Okay.  So an elector is just a
22  registered voter --
23      A.    That's correct.
24      Q.    -- or is that a specific role?
25      A.    Yeah.

Page 89

1      Q.    So it's not a specific role, it's just
2  someone who is a registered voter?
3      A.    That's correct.  Yeah, that's correct.
4      Q.    Do you know whether there are forums
5  to discuss the protests?
6          MS. EBERLINE:  Object to form.
7      A.    I couldn't -- could not tell you.
8  BY MR. COLAVECCHIO:
9      Q.    Does the commission work with the
10  chamber of commerce?
11      A.    Directly, no.  I do represent the City
12  on the commission board.  I have a nonvoting member,
13  standing nonvoting member on the chamber board.
14      Q.    Okay.  What are the commission's
15  interactions with the chamber?
16          MS. EBERLINE:  Object to form.
17      A.    There are -- there are none.  They may
18  see them, the chamber director, chamber members at
19  events, but nothing outside of that.
20  BY MR. COLAVECCHIO:
21      Q.    Are you the only person representing
22  the City and interfacing with the chamber?
23          MS. EBERLINE:  Object to form.
24      A.    Interfacing, no.  I'm sure that
25  there's conversations between individual commission

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 90..93

Page 90

1   members and chamber board members and director, but
2   I'm the only one in an official capacity, as is the
3   school district and the community college for
4   ex-officio members of that board.
5   BY MR. COLAVECCHIO:
6         Q.    Does the chamber ever present to the
7   commission?
8               MS. EBERLINE:  Object to form.
9         A.    Not that I recall, no.
10  BY MR. COLAVECCHIO:
11        Q.    How does the commission work with the
12  Dodge City Police Department?
13        A.    They are a department within the City.
14        Q.    Are they in regular communication?
15              MS. EBERLINE:  Object to form.
16        A.    No.  That communication would take
17  place through me or the chief of police with my
18  understanding, so it would be the two of us or
19  myself.
20  BY MR. COLAVECCHIO:
21        Q.    Okay.  What do you communicate with
22  the chief of police about?
23              MS. EBERLINE:  Object to form.
24        A.    Personnel issues, staffing levels,
25  budget; that's typically our primary conversations.

Page 91

1   BY MR. COLAVECCHIO:
2         Q.    Does the chief of police report to
3   you?
4         A.    Yes.
5         Q.    Do they provide you any data on
6   citations, fines, arrests?
7         A.    I have seen citation reports.  Yes, I
8   have.
9         Q.    What about arrests?
10        A.    They may have been included on there.
11  I could not -- I do not recollect in my personal
12  capacity.
13        Q.    Okay.  Has the chief of police
14  provided you any demographic data generally on Dodge
15  City's policing efforts?
16        A.    Generally, no, not outside of those
17  reports.  I believe they are broken down, but that's
18  it.
19        Q.    Do you ask the police department to
20  track demographics on policing?
21        A.    I believe they've been doing that for
22  several years, much sooner than when I arrived here.
23        Q.    Who receives that information?
24        A.    I could not tell you.  I do not
25  request it on a regular basis.

Page 92

1         Q.    Do the commissioners receive that
2   information?
3         A.    I do not know.  I've not provided that
4   to them.
5         Q.    Is that information publicly
6   available?
7               MS. EBERLINE:  I object to this line
8   of questioning as outside the topics for examination
9   on Attachment A.  Go ahead and answer, Mr. Hernandez.
10        A.    I do not know.
11  BY MR. COLAVECCHIO:
12        Q.    Topic 20 of the deposition notice is
13  the Dodge City commission's relationship to the
14  chamber, the police department, and the developmental
15  services department.
16              Does the police department ever
17  present at commission meetings?
18        A.    Yes.
19        Q.    What do they present about?
20        A.    They present new officers, they swore
21  in -- swear in new officers in front of the
22  commission.  Their budget requests typically are in
23  front of the commission and any other policy-related
24  items that they need to be addressed that affect that
25  department.

Page 93

1         Q.    What kinds of policy items are you
2   thinking of?
3         A.    Like the pit bull ordinances was one.
4   Downtown parking regulations, truck traffic
5   enforcement, those type of issues.
6         Q.    Is there an opportunity for residents
7   to raise concerns about policing with the police
8   department?
9         A.    Yes, there is.
10        Q.    What is the forum for that?
11        A.    They can contact any city employee,
12  they can contact the police department directly.
13  There's multiple.  They can get ahold of any city
14  employee and make a report.
15        Q.    Is there a form that someone can fill
16  out to report an issue with the police?
17              MS. EBERLINE:  I object to the scope
18  of the questions as being outside of the category of
19  the commission's relationship with the police
20  department.  But you can go ahead and continue to
21  answer that.
22        A.    I do not know.
23              MR. COLAVECCHIO:  I think now would be
24  a good time to break for lunch.  Do we want to come
25  back at 2:00, is that too long?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 94..97

Page 94

1    MS. EBERLINE:  Let's go off the record
2  and talk.  Is that okay?
3    MR. COLAVECCHIO:  Sure.
4    THE VIDEOGRAPHER:  Time on the monitor
5  is 12:16 p.m.  We're now off the record.
6    (Recess.)
7    THE VIDEOGRAPHER:  Time on the monitor
8  is 1:00 p.m.  We're now back on the record.
9  BY MR. COLAVECCHIO:
10    Q.    So I want to talk now about voting and
11  candidate issues.  Can you walk me through the
12  candidate registration requirements and the timeline
13  for those requirements for candidates for the
14  commission?
15    A.    The timeline and the requirements are
16  established by state law and the county election
17  office handles those issues.
18    Q.    Are you saying the City is not
19  involved with candidate registration?
20    A.    That's correct.
21    Q.    Does the city distribute any of the
22  paperwork for candidate registration?
23    A.    No.
24    Q.    Does the City do anything to make that
25  information available to potential candidates?

Page 95

1    A.    We may share county election
2  officials' posts on Facebook or news releases,
3  statements.
4    Q.    What do those posts or statements say?
5    A.    I do not know.  Don't recall.
6    Q.    Okay.  Do you not work on those kinds
7  of posts in your capacity as city manager?
8    A.    I do not.
9    Q.    Who from the City would work with the
10  county, or just independently, to distribute that
11  kind of information?
12    A.    It would be public information officer
13  or Melissa McCoy, assistant city manager.
14    Q.    Does Melissa McCoy work directly under
15  you?
16    A.    Yes.
17    Q.    But she does all this independently
18  without consulting you?
19    A.    She is the assistant city manager.
20  Her and I visit.  There's a lot of duties and
21  responsibilities that we do, but we don't discuss
22  every item that she works on, no.
23    Q.    Okay.  Do you know whether the posts
24  or materials that the City is putting out about
25  candidates' registration requirements is made

Page 96

1  available in Spanish?
2    A.    I do not know.
3    Q.    Are there any formal qualification
4  requirements for candidates?
5    A.    State statute governs those, but I
6  believe you have to be a registered voter living
7  within the city limits of Dodge City.
8    Q.    Have you discussed those requirements
9  with commissioners?
10    A.    With sitting commissioners, no, they
11  realize them already.
12    Q.    Have you discussed those requirements
13  with candidates for the commission?
14    A.    No, not any specific candidates, no.
15    Q.    And do you know whether those
16  qualification requirements are available in Spanish?
17    A.    I do not know.  That's a county
18  election officer issue.
19    Q.    Do existing commissioners play a role
20  in encouraging people to run for the commission?
21    A.    No, not that I am aware of.
22    Q.    What happens if there's a vacancy for
23  a seat on the commission?
24    A.    The commission will determine what
25  method they want to utilize to fill that position.

Page 97

1    Q.    What are the different methods?
2    A.    It would vary depending upon the
3  circumstances or the commission that's seated at the
4  time.  I'm only aware of the one method that we used
5  in this most previous time with Blanca Soto.
6    Q.    And that was in 2021, right?
7    A.    I believe so, yes.
8    Q.    What do you recall about that process
9  with Blanca Soto?
10    A.    The commission asked for statements of
11  interest as we do with all vacancies and board
12  positions that are coming up in front of them.  Those
13  statements of interest are then presented to the
14  commissioners where they narrow down the candidates.
15  And in a typical situation the mayor would actually
16  review those and make a recommendation to the
17  commission.  But I believe in this circumstance the
18  commissioners read them themselves and then narrowed
19  down the field for interviews and then ultimately
20  made a decision.
21    Q.    Do you know how many people initially
22  applied for that position?
23    A.    I do not recall the exact number, but
24  I believe it was around 13.
25    Q.    Okay.  Why was Ms. Soto ultimately

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                                    Pages 98..101

Page 98

1  selected?
2      A.    I do not know.
3      Q.    How does --
4      A.    That was a commission decision.
5      Q.    Okay.  How did the commission -- what
6  was their process for actually appointing her?
7      A.    The process was they took statements
8  of interest from the public.  They left that open for
9  a set period of time.  I do not recall what that
10  period of time was.  They narrowed down the
11  candidates to bring in for interviews.  They did that
12  individually, I believe, narrowed down their list.
13  And then they listened to the interviews and then
14  they discussed.  And one individual commissioner
15  approved it after that.
16      Q.    Only one commissioner had to approve
17  the appointment?
18      A.    No, no.  What I meant is the
19  commission had to approve it.  They made a -- one
20  commissioner makes a motion, the second one seconds
21  the motion, and then it's ultimately approved by the
22  commission.
23      Q.    By a vote?
24      A.    Yes.  Majority vote, yes.
25      Q.    And you can't recall any other

Page 99

1  appointments to fill vacancies in the commission?
2      A.    No, I do not recall, not since the
3  time frame of 2014 and beyond.  No.
4      Q.    I want to talk through the kind of
5  information that might be provided to residents about
6  election information.  Does the City distribute
7  candidate information, like information on who is
8  running for the commission?
9      A.    We would distribute potentially who is
10  running for commission only, no other facts, just the
11  candidates themselves, their names.
12      Q.    Okay.  And how is that information
13  distributed?
14      A.    Potentially through social media or
15  shared from the county election office.
16      Q.    Is it distributed in Spanish?
17      A.    I do not know.
18      Q.    Does the City distribute information
19  on the date and time of elections?
20      A.    Yes.
21      Q.    And how is that distributed?
22      A.    Electronically, website, social media,
23  and even sometimes it's discussed in commission
24  meetings.
25      Q.    Is that information distributed in

Page 100

1  Spanish?
2      A.    Yes.
3      Q.    So there are posts online about that
4  information in Spanish?
5      A.    I believe so, yes.
6      Q.    Does the City distribute information
7  on voter registration?
8      A.    Yes.
9      Q.    And how does it distribute that
10  information?
11      A.    I believe we do that through social
12  media, sometimes through press releases.
13      Q.    Is that information provided in
14  Spanish?
15      A.    Yes.
16      Q.    How long has the City been providing
17  voter registration information in Spanish?
18      A.    I do not know when they started that.
19  They have been since I've been here in my personal
20  position.
21      Q.    Does the City distribute polling
22  location information?
23      A.    Yes.
24      Q.    How does it distribute that?
25      A.    Electronically, website, social media.

Page 101

1      Q.    And is that information distributed in
2  Spanish?
3      A.    Yes.
4      Q.    Do you know how long the City has been
5  distributing it in Spanish?
6      A.    I do not know when it started.
7      Q.    Has the City been providing that
8  information in Spanish as long as you've been in
9  office as city manager?
10      A.    Yes, they have been.
11      Q.    Does the City provide information
12  about early or absentee voting?
13      A.    Yes.
14      Q.    And how is that distributed?
15      A.    Website, social media.
16      Q.    And is that information provided in
17  Spanish?
18      A.    Yes.
19      Q.    And do you know how long the City has
20  been providing that information in Spanish?
21      A.    They have been since I've been city
22  manager.
23      Q.    Okay.
24      A.    I'm sure it started well before I got
25  here.  I do not know the exact date.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                Nickolaus Hernandez on 07/25/2023                Pages 102..105

Page 102

1   Q.    I'm sure to your great relief the last
2   one:  Does the City provide information on ID
3   requirements for elections?
4        A.    I do not know.
5        Q.    Do you know who would be responsible
6   for providing information on ID requirements for
7   elections?
8        A.    All election-related items actually
9   fall underneath the county election officer.  They're
10  ultimately responsible for all elections within the
11  City of Dodge City.
12       Q.    Is anyone in the City of Dodge City
13  responsible for, as a matter of city policy, making
14  sure residents know about voter registration
15  requirements and information on elections?
16       A.    No.
17       Q.    Does the City do anything to track
18  whether residents are actually receiving this
19  information that the distribution methods are
20  effective?
21       A.    No, we do not.
22       Q.    Has the City made a determination on
23  how effective these measures are?
24       A.    No, we have not.
25       Q.    Does the City encourage people in

Page 103

1   Dodge City to register to vote?
2        A.    Yes.
3        Q.    How does the City do that?
4        A.    We do that at all occasions.  We do it
5   around times of elections; we do that in commission
6   meetings.  We do share those posts online through
7   social media.  We also have on our website how to
8   register to vote too.
9        Q.    Why does the City do that if it's not
10  responsible for arranging elections or distributing
11  election information?
12       A.    We do that because we want all of our
13  citizens to vote.
14       Q.    Does the City do anything else to try
15  to improve the numbers of people voting in the
16  elections?
17       A.    We -- through our welcoming plan, we
18  are working on different methods and videos with the
19  county election officer to showcase how to actually
20  vote in elections, the process.  We're undertaking
21  that currently.
22       Q.    Are any of the efforts that you're
23  currently undertaking directed at trying to increase
24  Hispanic voters' participation specifically?
25       A.    All voter turnout is our goal, all

Page 104

1   registered voters turnout.
2        Q.    In the past has the City done targeted
3   efforts to try to increase turnout of Hispanic voters
4   specifically?
5        A.    I do not know.
6        Q.    Can you recall an instance of the City
7   doing that since your tenure as city manager began?
8        A.    I cannot give you any specific from my
9   personal recollection, but we do have other entities
10  that may have provided those services.
11       Q.    What entities would those be?
12       A.    Community relations advisory board.
13       Q.    Okay.  I'm going to show you a
14  document now.  I'll send it in the Chat here, first.
15  This one is a short one, so I'll try to pull it up if
16  you don't want to.
17       A.    I can pull it up.
18       Q.    I'm going to share my screen anyway.
19  So this document has been marked in the litigation as
20  Dodge City 0003057.  It's an email exchange from
21  January 2023 on the subject of voter turnout between
22  you, Roxana Arjon, and Melissa McCoy, correct?
23       A.    That is correct.
24       Q.    And am I saying that name right,
25  Roxana Arjon?

Page 105

1        A.    It's Arjon.
2        Q.    Arjon, okay.  Can you tell me who
3   Ms. Arjon is?
4        A.    She was the intern for the City of
5   Dodge City, and her specific role was helping with
6   the cultural relations advisory board.  I believe her
7   specific title -- I'm trying to remember -- immigrant
8   refugee affairs intern I believe was her specific
9   title.
10       Q.    Okay.  And what did she do in that
11  role?
12       A.    She was really our -- one of our
13  community representatives.  She took over the
14  position that Ernestor de la Rosa had on the
15  community relations advisory board.  So she was an
16  intern working with Melissa McCoy with the community
17  relations advisory board to help with implementation
18  efforts of our welcoming plan.
19       Q.    How long was she in that role?
20       A.    She was in that role the entire time
21  she was here.  I do not have her specific employment
22  dates in front of me.
23       Q.    Was it like a number of years?  Just
24  one year?
25       A.    I believe it was one year, around one

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                               Pages 106..109

Page 106

1  year.
2        Q.    Okay.  Have there been interns in that
3  role since her?
4        A.    We actually replaced that with an
5  administrative assistant once she went to school.
6        Q.    Okay.  Were there interns in that role
7  prior to her starting in that role?
8        A.    Ernestor de la Rosa served in that
9  capacity.
10       Q.    Do you how long that position has
11 existed?
12       A.    That position existed while she was --
13 while she was here, and I believe Alejandro Rangel
14 was our intern in that position prior to that.
15       Q.    We talked a little bit about
16 what Melissa McCoy's work is for the City, but could
17 you just explain to me what her role was on the topic
18 of voter engagement?
19       A.    She was the staff liaison for the
20 community relations advisory board.
21       Q.    What do you mean by "staff liaison"?
22       A.    She was our direct representative on
23 that board.
24       Q.    Okay.
25       A.    She had kind of overseen and helped

Page 107

1  guide that committee.
2        Q.    Do you coordinate with her on voter
3  engagement topics?
4        A.    No.
5        Q.    Do you coordinate with her on the
6  cultural relations advisory board?
7        A.    I wouldn't say I coordinate.  She does
8  report kind of the topics that they're working on,
9  but I do not direct their specific items that the
10 community relations advisory board are addressing.
11       Q.    Why did you send this email reaching
12 out to Ms. Arjon and Ms. McCoy about voter
13 engagement?
14       A.    Because voter engagement was one of
15 the goals in the welcoming plan that the City had and
16 so I was just sharing tips and a little bit of
17 research I did find in regards to the community
18 engagement.
19       Q.    Did you reach out to them in part
20 because this lawsuit was filed?
21       A.    I would say yes in part, but it was
22 also due to the fact that that was a goal of the
23 board even prior to that, so it would have happened
24 naturally.
25       Q.    Okay.  I want to pull up an

Page 108

1  attachment, so I'm going to send you an attachment to
2  this email.  I'm going to send you another document
3  and then I'll also share my screen.  And this one
4  might be more annoying to look at because it's an
5  Excel spreadsheet, so take the time that you need to
6  look at it.  And it's probably going to be hard for
7  me to actually effectively show it through shared
8  screen, so you probably want to have this one up on
9  your own.
10       A.    Okay.  I have it open now.
11       Q.    Okay.  I'm having some issues loading
12 it on my end, but I think I'm familiar enough with
13 it.  Oh, I just got it.
14             So I'll share the screen but I'm
15 probably not going to be -- you definitely don't need
16 to follow along with me on the shared screen, because
17 I'm not really going to be looking at it line by line
18 much anyway.
19             Okay.  I actually cannot share my
20 screen because it's doing weird things, my computer,
21 so we'll just continue.  Sorry about that.
22             Okay.  So as I said, this is one of
23 the -- this is the attachment to Ms. Arjon's email
24 and it's been marked in litigation as Dodge City
25 0003059.  And this is a spreadsheet that contains a

Page 109

1  lot of information on different methods to increase
2  voter turnout, right?
3        A.    That's correct.
4        Q.    Did you or anyone else in the City
5  follow-up on implementing any of these strategies?
6        A.    Yes.  They're actually underneath
7  development with the community relations advisory
8  board right now.
9        Q.    Okay.  Which strategies are being
10 pursued?
11       A.    I could not tell you specifically
12 without looking at that document.
13       Q.    Okay.  Understanding that it wouldn't
14 be all of them, can you recall a couple of examples?
15       A.    Social media, print media, mass media,
16 and voter registration potentially.
17       Q.    Do you know whether
18 door-to-door canvassing is being considered?
19       A.    I do not believe it's being
20 considered, but I do not know specifically if the
21 community relations advisory board is looking at that
22 or not.
23       Q.    Okay.  And can you tell me with some
24 more particularity what the strategy is for social
25 media?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 110..113

| Page 110 | Page 112 |
|---|---|

Page 110

1    A.    No, I cannot.
2        Q.    Can you tell me what the strategy is
3    for voter registration?
4        A.    No, I cannot.
5        Q.    Is the reason you can't tell me
6    because you don't know?
7        A.    I do not know.  That would be a
8    community relations advisory board question.
9        Q.    Of the different methods that are
10   listed on this spreadsheet, are any of these measures
11   that the City has not previously taken to increase
12   voter engagement?
13       A.    Not taken?
14           MS. EBERLINE:  Object to form of the
15   question.
16           THE WITNESS:  Go ahead and answer?
17           MS. EBERLINE:  Go ahead and answer.
18       A.    I do not believe we have done
19   door-to-door canvassing, we've not done direct
20   mailers, phone banking, Party At the Poll events.
21   That's the ones I can know off the top of my head.
22   BY MR. COLAVECCHIO:
23       Q.    Okay.  Has the City done community
24   meetings?
25       A.    I do not know.  I don't believe we

Page 111

1    have, but I do not know.
2        Q.    Okay.  Is increasing voter
3    registration for Hispanic voters a priority for the
4    City?
5        A.    It's a priority for all voters.
6        Q.    So there's no specific priority of
7    increasing registration for Hispanic voters?
8            MS. EBERLINE:  Objection.
9        A.    All registered voters are -- it's
10   increasing voters across all spectrums.
11   BY MR. COLAVECCHIO:
12       Q.    Does the City take into consideration
13   that there are lower rates of turnout among Hispanic
14   voters in Dodge City?
15       A.    I'm unaware that there's lower voter
16   turnout because I don't know what the voter turnout
17   rate is for any ethnicity.
18       Q.    Do you know what the rate is
19   regardless of ethnicity?
20       A.    I do not have that in front of me, no.
21       Q.    Okay.  I'm going to pull up another
22   document now, which I'll also send in the Chat.
23           MS. EBERLINE:  Are you ready, Nick?
24           THE WITNESS:  I'm ready.  I was just
25   waiting.

Page 112

1            MR. COLAVECCHIO:  I'm still trying to
2    pull it up on the screen-share, but obviously feel
3    free to -- feel free to review it in the meantime.
4    BY MR. COLAVECCHIO:
5        Q.    So this document has been marked in
6    litigation as Dodge City 0003060.  And it's a memo
7    from Ms. Arjon titled "Best Strategy to Increase
8    Voter Turnout and Education."
9            Who was the intended audience for this
10   memo?
11       A.    That would be myself.
12       Q.    And I don't know if I stated this
13   before, but this is an attachment to Ms. Arjon's
14   email that we had been discussing.
15           So this memo was only intended for
16   you?
17       A.    For initial, yes, me.
18       Q.    Okay.  Was it intended to eventually
19   go to the commissioners?
20       A.    No.  It was intended eventually to go
21   to community relations advisory board.
22       Q.    Okay.  Anyone else?
23       A.    No.
24       Q.    I'm going to scroll down a bit here.
25   On page 2 it says that the citizen voting age

Page 113

1    population for Hispanic residents is 53 percent,
2    right?
3        A.    Yes.
4        Q.    Is that figure accurate?
5        A.    I have no reason to assume it isn't.
6        Q.    Okay.  Am I right in interpreting this
7    paragraph above it to mean that this 53 percent
8    figure is based on the 2016 to 2020 Five-Year
9    American Community Survey?
10       A.    Yes, that would be my assumption.
11       Q.    Okay.  And then a little lower down
12   there is a bullet that says that 63.8 percent of the
13   total population in Dodge City is Hispanic.  Is that
14   figure accurate?
15           MS. EBERLINE:  Objection to the form
16   of the question and to the scope of the examination.
17       A.    I believe it would be accurate based
18   on Ms. Arjon's study or review of that information.
19   BY MR. COLAVECCHIO:
20       Q.    So you think it's accurate based on
21   the City's own study of the demographics?
22           MS. EBERLINE:  Objection, that's not
23   what he said.
24           MR. COLAVECCHIO:  Actually, I had a
25   hard time hearing you.  Could you just restate for me

Page 114

1  what you said?

2      A.     Sorry.  The City has not done any of
3  its own study.  The information presented here from
4  my assumption would be from the U.S. Census Bureau.
5  BY MR. COLAVECCHIO:
6      Q.     Okay.  Does this figure also come from
7  the 2020 ACS Five-Year Estimates Data Profiles?
8          MS. EBERLINE:  Object to form of the
9  question, outside of the scope of the testimony.
10      A.     I would not know.  I would have to ask
11  Roxana.
12  BY MR. COLAVECCHIO:
13      Q.     I ask because there's this line in the
14  paragraph above, and it's fine if you want to answer
15  this particular question in your personal capacity,
16  not as representative of the City.  I'm just trying
17  to understand this document.
18          At the beginning of this paragraph
19  it's talking about census bureau data.  But then it
20  says that it's providing demographics information
21  from, first, the 2016 to 2020 Five-Year American
22  Community Survey and then the 2020 ACS Five-Year
23  Estimates Data Profiles respectfully.  So what I'm
24  wondering is, do you interpret that to mean that this
25  53 percent number on citizens voting age population

Page 115

1  comes from the Five-Year American Community Survey
2  and the 63.8 percent number comes from the 2020 ACS
3  Five-Year Estimates Data Profiles?
4          MS. EBERLINE:  Objection, calls for
5  speculation.
6      A.     Yeah, I would not know.  I would
7  assume, yes, it comes from the U.S. Census Bureau
8  data.
9  BY MR. COLAVECCHIO:
10      Q.     Okay.  And resuming now questions of
11  you as a corporate representative for Dodge City.
12          Prior to January 2023, had the City
13  conducted candidate forums?
14      A.     Prior to, I don't believe -- well, the
15  City has never conducted candidate forums.
16      Q.     Okay.  Has the City ever conducted
17  community Town Halls and meetings to reach voters?
18      A.     Since 2014, I do not believe the City
19  has done any community forums that I am aware of.
20      Q.     Has the City canvassed at community
21  centers to reach voters?
22      A.     No.
23      Q.     I want to pull up another attachment.
24      A.     Can I go back?  What do you mean by
25  canvass?

Page 116

1      Q.     Oh, well, what do you take canvassing
2  to mean?
3      A.     Well, canvassing, in the form of your
4  question, I would take it as being do we provide
5  names of candidates or are looking for specific
6  candidates for those roles.  That's like canvassing
7  for a candidate.
8      Q.     Okay.  I mean it more broadly in the
9  sense of providing information about candidates and
10  elections and other materials that would make it
11  easier or more likely for voters to participate in
12  elections.
13      A.     That's a very broad question.  I'm
14  sure we've done very small portions of that, but not
15  every last one of them that I can think of.
16      Q.     Okay.  But there hasn't been a
17  coordinated effort to do that sort of thing at
18  community centers?
19      A.     I do not believe so.
20      Q.     Okay.  So I want to look at one other
21  attachment.  I'm going to send it through the Chat.
22          Okay.  This document has been marked
23  in the litigation as Dodge City 0003073.  This is a
24  revised version of Ms. Arjon's memo we were just
25  looking at with your edits in the document; is that

Page 117

1  right?

2      A.     With my edits?  They may be mine or
3  Melissa McCoy's or even Roxana's edits.
4      Q.     Okay.  Well, let's look at page 2 in
5  particular.  There are some draft changes in here.
6  Do you know whether these are your edits?
7      A.     I do not know.
8      Q.     So it's possible -- is it possible
9  that they're your edits?
10          MS. EBERLINE:  Object to form.  Asked
11  and answered.
12  BY MR. COLAVECCHIO:
13      Q.     You can answer.
14      A.     Yes, the comments, some of the
15  comments, yes, may be mine, yes.
16      Q.     Which ones?
17      A.     How many registered voters are in
18  Dodge City, that portion.  All of them that are
19  underlined are probably my changes.
20      Q.     Okay.  So everything underlined
21  including these parts that where underlined and bold?
22      A.     Yes.
23      Q.     Okay.  So I want to ask you some
24  questions about these edits it's in your personal
25  capacity, so this is not a line of 30(b)(6)

Page 118

1  questions.
2      A.    Okay.
3      Q.    On this page, page 2, in the "Citizen
4  Voting Age Population" section, you state, "That
5  means there is a potential 1,508 additional voters.
6  What is an acceptable level percentage of
7  unregistered voters?"  Do you see that?
8      A.    Yes, I do.
9      Q.    What did you mean by that?
10     A.    What is the national standard for
11  eligible voters as far as the number of unregistered
12  voters, what's a typical percentage that you would
13  see across the nation of the citizen voting age
14  population, what would be an acceptable percentage
15  level of unregistered voters.  Exactly what it says.
16     Q.    Okay.  So is this a question directed
17  at Ms. Arjon?
18     A.    Yes, it is.
19     Q.    And did you ever receive an answer to
20  that question?
21     A.    I do not believe I ever did.
22     Q.    Did you try to follow-up to receive an
23  answer to that question?
24     A.    No, I did not.
25     Q.    And in this section on voter

Page 119

1  registration, Point 4, you say that, quote, I agree
2  the League of Women Voters used to be one group that
3  was very instrumental in voter registration efforts
4  and there is a crackdown on cities and nonprofits
5  from performing similar efforts, unquote; do you see
6  that?
7      A.    Yes, I do.
8      Q.    What do you mean by there was a
9  crackdown on cities and nonprofits from performing
10  voter registration efforts?
11     A.    The State of Kansas put in very
12  specific guidelines on who could and could not
13  provide information to individuals.  I do not have
14  that in front of me, but this was from my
15  recollection of a state statute that was passed.
16     Q.    Do you know when it was passed?
17     A.    I do not recall.  It's been in place
18  for at least five, if not longer, years.
19     Q.    Okay.  Has the City had to monitor
20  what it does as a result of that act?
21     A.    No.  We never participate in anything
22  that would have potentially run at risk of that
23  statute from my understanding.
24     Q.    Okay.  From your understanding what
25  would run at risk of violating that statute?

Page 120

1      A.    I do not have that statute in front of
2  me.
3      Q.    Do you recall anything that you're
4  aware of that would have violated the statute?
5      A.    I believe if you had voter forums,
6  this is speculation, but voter forums that you would
7  actually put on yourself as a city organization.  If
8  you actually present information that may have been
9  seen as skewed in the eyes of another candidate or
10  entity, that would potentially run afoul of the state
11  statute.
12     Q.    Okay.  Now, on this next section,
13  Section 5, Get Out the Vote Techniques, it says the
14  most successful techniques are face-to-face or
15  personal interactions.  And then you leave the
16  comment that suggests that the City use direct
17  mailers.  Why did you suggest direct mailers?
18     A.    We send out a utility bill every
19  month.  It's a great way to get the information in to
20  every single property owner, renter, anyone who has a
21  utility bill gets that directly in front of them.
22     Q.    Let me actually scroll down a bit.
23        Were you suggesting mail orders to the
24  exclusion of face-to-face interactions?
25     A.    Face-to-face interactions are very

Page 121

1  difficult in my personal opinion to accomplish.  And
2  it takes so much staff and manpower to do, it
3  wouldn't have probably been the best use of our city
4  resources.
5      Q.    Okay.  You also note here that the
6  City currently does radio and social media
7  advertising which we had discussed earlier.  Has the
8  City tried to measure how effective either of those
9  methods have been at getting out the vote?
10     A.    No.
11     Q.    You have a line here, and this is on
12  page 3 now, part of that same paragraph, that
13  "Unfortunately, if someone doesn't like the City,
14  they'll claim we're trying to coerce them into a
15  position."  What did you mean by that?
16     A.    That would go back to that
17  face-to-face interaction.  It's very difficult for
18  individuals if we were to do face-to-face and we told
19  them about the dates of vote were to go out in that
20  item, if there was someone that was not friendly to
21  the City they could make false accusations about what
22  was being said during those face-to-face
23  interactions.
24     Q.    Have you tried to do face-to-face
25  interactions before?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)         Nickolaus Hernandez on 07/25/2023        Pages 122..125

Page 122

1        MS. EBERLINE:  Object to the form.

2     A.   No, no.

3  BY MR. COLAVECCHIO:

4     Q.   Do you know if anyone working for the

5  City has tried to do face-to-face interactions for

6  getting out the vote?

7     A.   I do not know.

8     Q.   Have you heard of any residents

9  claiming that someone from the City was trying to

10  coerce them into a particular position?

11     A.   In regards to a voting position?

12     Q.   Right.

13     A.   No.

14     Q.   Okay.  Now I want to move down -- I'm

15  on page 3 still -- to the recommendations section.

16  In this section you have a comment discussing how

17  there was a Street Sales Tax Town Hall event with

18  seven attendees for the English-speaking session and

19  none in the Spanish-speaking session.  How did the

20  City advertise the Street Sales Tax Town Hall?

21     A.   I believe it was on the radio, online

22  on our website.  We also had a discussion during

23  commission meetings as well in regards to that.  And

24  it may -- I said "it may" -- I think it was on the

25  radio and online, Facebook, social media.

Page 123

1     Q.   Okay.

2     A.   And our local news station which is

3  Channel 7.

4     Q.   In this penultimate paragraph here,

5  you have a short comment that says agrees to the

6  statement that low cost Get Out the Vote methods

7  should be used including graphics and videos that

8  explain voting and checking voter registration status

9  and the purpose of the commission.  Has the City done

10  those things in the past?

11       MS. EBERLINE:  Object to the form of

12  the question.  You can go ahead and answer.

13     A.   Yes, I believe we have.

14  BY MR. COLAVECCHIO:

15     Q.   Okay.  When did the City release

16  graphics or videos?

17     A.   It says -- I don't -- you're saying

18  additional graphics and videos can.  It doesn't say

19  we have.  So I know that we've done social media

20  posts and flyers, but I don't believe -- I don't know

21  if we've done any additional graphics or video

22  content that I am aware of.

23     Q.   Okay.  I'll take this item down.

24       So now I want to talk some more about

25  at-large and district-based elections.  Has Dodge

Page 124

1  City ever held elections based on single member

2  districts?

3       MS. EBERLINE:  You're asking within

4  the time frame identified within the topics, correct,

5  since 2014?

6       MR. COLAVECCHIO:  I would like to ask

7  that question beyond that general time frame.

8  BY MR. COLAVECCHIO:

9     Q.   So just let me know if your answer is

10  going to be made going all the way back or subject to

11  your attorney's objection to the time frame.

12       MS. EBERLINE:  So just to clarify on

13  the record, I would object to the separate question

14  being beyond the January 1, 2014, date identified in

15  the topic.  Mr. Hernandez, you can answer with

16  respect to both that time frame as well as anything

17  before if you know of anything before.

18     A.   Since 2014, no.  Prior to it, yes, in

19  1970s.  Early 1970s, I believe.

20  BY MR. COLAVECCHIO:

21     Q.   Okay.  Do you know when the City moved

22  to the at-large method of election?

23     A.   I believe it was in the early '70s.

24     Q.   Why did the City move to the at-large

25  method of election?

Page 125

1       MS. EBERLINE:  Objection as outside

2  the scope of the topics for examination.  You can go

3  ahead, Mr. Hernandez.

4     A.   I have an opinion, but I don't know

5  specifically, no.

6  BY MR. COLAVECCHIO:

7     Q.   Did you say you have an opinion?

8     A.   I have a personal opinion, but I do

9  not know the facts at that time.

10     Q.   Okay.  Well, I'll ask you to answer in

11  your personal capacity what your opinion is.

12     A.   In my personal capacity would be they

13  want to have a professional city manager in place to

14  run the day-to-day operations of the City and they

15  want to get away from the commissioners being

16  involved in the day-to-day activities of the

17  community and hire a professional city manager.

18     Q.   Switching hats again, I'm going to

19  resume asking you questions in your capacity as

20  corporate representative.

21       When did the city instate the city

22  manager role?

23       MS. EBERLINE:  Objection to the extent

24  it's outside the scope of the 2014 time frame.  Go

25  ahead and answer if you know.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 126..129

Page 126

1  A.    1970, same time that they went from
2  districts at large.
3  BY MR. COLAVECCHIO:
4       Q.    Okay.  So it was all at once --
5  A.    Yes.
6       Q.    -- the move to at-large and creating
7  the role of city manager?
8  A.    Yes.
9       Q.    Has the City made any decisions to
10 maintain the at-large method of elections since --
11 since it was first adopted?
12 A.    The City had discussions in regards to
13 Jan Scoggins brought that up as a topic in 2018 and
14 it was discussed briefly, but outside of that, no.
15      Q.    So it was determined at that
16 time that the City would continue to maintain the
17 at-large method of election?
18 A.    I believe the commission took no
19 action either way, they -- to move forward or looking
20 at changing anything.
21      Q.    The City decided not to adopt
22 Ms. Scoggins' proposal?
23      MS. EBERLINE:  Object to the form of
24 the question.
25 A.    I don't believe they were presented

Page 127

1  with any motion to change the form of government.  I
2  think there was discussion, but there was no action.
3  BY MR. COLAVECCHIO:
4       Q.    Let's pull up the document; I'll send
5  it in the Chat.  Okay.  So this document has been
6  marked in the litigation as Dodge City 0002013 and
7  this is a set of commission meeting minutes dated
8  March 4, 2019, and I believe that this is the meeting
9  that you were just referencing; is that correct?
10 A.    Yes, I believe so.
11      Q.    Okay.  On the third page, which I
12 think is mislabeled as page 2 in the document itself,
13 in the "Other Business" section, it states that
14 "Commissioner Jan Scoggins asked the city commission
15 to direct staff to look at changing the election in
16 Dodge City having three city commissioners elected by
17 district and two elected at large and to also
18 consider term limits.  The city commission discussed
19 this and staff was directed to get some information
20 for further discussion."
21      Do you need time to read that
22 yourself?
23 A.    No, I do not.
24      Q.    Would members of the public have been
25 present for this discussion?

Page 128

1  A.    Yes, because it's an open meeting.
2       Q.    Would there have been an opportunity
3  for members of the public to comment?
4  A.    Yes.
5       Q.    Is -- was this topic put on the agenda
6  for this meeting?
7  A.    I would have to look at the agenda
8  previous to this that was published.  These are just
9  the minutes from that meeting.
10      Q.    Is there any record of how many
11 members of the public were in attendance at this
12 meeting?
13 A.    Can you scroll up?  Scroll down a
14 little bit to visitors.  Scroll up more, sorry.
15      I was just seeing if there are any
16 visitors listed in that section.  I do not see any,
17 but that wouldn't be a full record.  That would only
18 be if they spoke.  I wouldn't know who was present at
19 that meeting.
20      Q.    So what you can tell from this
21 document is that no members of the public spoke?
22 A.    That is correct.
23      Q.    What came of this discussion raised by
24 Ms. Scoggins?
25 A.    I believe, as it states in the

Page 129

1  document, the city commission discussed this and then
2  staff was directed to get some information for
3  further discussion.  And I believe that the city
4  clerk, Nannette Pogue at the time, did conduct some
5  research into that item.
6       Q.    Were the results of that research
7  shared with the commissioners?
8  A.    I would have to look at the minutes
9  and -- and I cannot tell you.  I do not know.
10      Q.    Do you recall what the findings of
11 that research by Ms. Pogue were?
12 A.    I would have to look at the documents.
13      Q.    Is this the last time that this topic
14 came up at a commission meeting?
15 A.    This topic was discussed during that
16 time frame.  I do not know if it was the only one.  I
17 would have to look at the other commission meeting
18 minutes, and I would have to look at emails or
19 updates to understand if that had been completed.
20      Q.    If this idea of moving away from at
21 large was going to be actually considered by the
22 commission, what would the next step have been?
23 A.    The commission would have --
24      MS. EBERLINE:  Object to the form of
25 the question.  Go ahead.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 130..133

Page 130

1    A.    The commission would have instructed
2  staff to look into it even further, come up with some
3  proposals on how to accomplish that.  They would
4  actually probably ask for public forums and get
5  public input as well.
6  BY MR. COLAVECCHIO:
7    Q.    Were any of those things done after
8  Ms. Scoggins raised this issue?
9    A.    I believe staff looked at it further,
10 Nannette Pogue.
11   Q.    Were there any public forums?
12   A.    No.  There was no action by the
13 commission to necessitate a public forum.
14   Q.    What action by the commission would
15 have necessitated a public forum?
16   A.    The commission wanting to move
17 forward, as a body as a whole, to make this topic a
18 public -- or more of an item for action.
19   Q.    Would the commission have had to make
20 a decision on whether to move forward in considering
21 this proposal during a commission meeting?
22       MS. EBERLINE:  Object to the form.
23   A.    If they wanted to go -- if the
24 commission wanted to go to districts, yes, they would
25 have to take formal action, yes.

Page 131

1  BY MR. COLAVECCHIO:
2    Q.    Okay.  I want to take a step back
3  here.  Thanks for being patient with me.  I'm truly
4  just trying to get a sense of what exactly this
5  process would have looked like.
6        Could you just spell out for me, from
7  the time that Ms. Scoggins makes this proposal, I
8  understand that staff is directed to gather more
9  information on it for further discussion, Ms. Pogue
10 does some research.  From there -- well, first of
11 all, is that right so far?
12   A.    Yes, I believe so.
13   Q.    Okay.  From there what would the very
14 next step have been?
15       MS. EBERLINE:  Object to the form of
16 the question.  Go ahead.
17   A.    Those results would have been shared
18 with the commissioners and the commissioners would
19 have made a decision or had discussion in regards of
20 whether to move forward with it or not.
21 BY MR. COLAVECCHIO:
22   Q.    Okay.  So Ms. Pogue's research would
23 have been sent to the commissioners, right?
24   A.    Yes.  I believe so.
25   Q.    And then the commissioners would have

Page 132

1  a discussion, and that discussion, would it happen
2  just among themselves internally, or would that
3  discussion happen during a commission meeting?
4    A.    Discussion as a commission as a whole
5  would have to happen during a meeting.
6    Q.    Would there have been any imperative
7  to discuss the proposal after they received the
8  research?
9    Q.    Would they be forced to discuss it
10 after they were -- is that what you're saying?
11   Q.    Right.
12   A.    No.
13   Q.    So they could choose to just ignore
14 the research and not look into the proposal any
15 further?
16   A.    I think they would have to have a
17 discussion on the item at some point.
18   Q.    But you don't know --
19   A.    But it's not -- it's not legally
20 required, no.
21   Q.    But you don't know whether the
22 commissioners did, in fact, discuss this item again
23 during a commission meeting?
24   A.    I would have to look at the forums and
25 look at all the emails and minutes.  I don't have

Page 133

1  that in front of me.
2    Q.    Have there been other instances where
3  something gets proposed in a commission meeting and
4  some information-gathering or research is done on it
5  and circulated to the commissioners and it's just
6  never brought up again at a subsequent meeting?
7        MS. EBERLINE:  Object to the form.
8    A.    I do not know.
9  BY MR. COLAVECCHIO:
10   Q.    Ms. Pogue was at this meeting,
11 correct?
12   A.    Can you scroll up?
13   Q.    Oh, you should see it actually right
14 here.
15   A.    Yes; then yes, she was.
16   Q.    Would she have attended the meeting
17 after this one based on her role?
18   A.    The city -- the city clerk role does
19 attend the majority of meetings unless they are sick
20 or have family-related issues.
21   Q.    Would it have been appropriate for
22 Ms. Pogue to present on her research at the next
23 meeting?
24       MS. EBERLINE:  Object to the form of
25 the question.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 134..137

Page 134

1     A.    I do not know how the operations were
2  done at that point.
3  BY MR. COLAVECCHIO:
4     Q.    Okay.  I'm going to take down this
5  item now.  Now I want to talk about what the process
6  would look like if districts were to be implemented.
7           If the City did adopt single-member
8  districts, would the City itself be involved in
9  drawing the voting precincts?
10          MS. EBERLINE:  I object to this line
11  of questioning as outside of the topics identified
12  and not relevant to the issues at issue in the case.
13  But you can go ahead and answer.
14    A.    It would have to be studied.
15  BY MR. COLAVECCHIO:
16    Q.    Has the City looked into what the
17  process would be for drawing up districts?
18    A.    No.
19    Q.    So the City doesn't know how long that
20  would take?
21    A.    No.
22    Q.    Would ballots need to be revised?
23    A.    I do not know.  I haven't looked into
24  it.
25    Q.    Is there anything that comes to mind

Page 135

1  as something that the City would have to do to change
2  its process or materials if there was a switch to
3  single-member district instead of at large?
4     A.    The City -- all these city officials,
5  all the commissioners would have to be up for
6  election and the process would have to be determined
7  on those seats.
8     Q.    Is that the only thing you can think
9  of?
10    A.    At this moment.  I haven't studied --
11  we haven't studied the issue.
12    Q.    Has the City conducted any research or
13  investigation into whether it is in compliance with
14  the Voting Rights Act?
15    A.    No.
16    Q.    Has the City ever hired anyone to
17  assess its compliance with the Voting Rights Act?
18          MS. EBERLINE:  Let me object to these
19  lines of questions and direct the witness not to
20  answer with respect to any analysis or consultation
21  that they had with counsel.  I assume you're asking
22  about anything that would be outside attorney-client
23  privilege.  Is that fair?
24          MR. COLAVECCHIO:  Yes, thank you.
25  BY MR. COLAVECCHIO:

Page 136

1     Q.    I'm not asking you to disclose any
2  legal advice, whether from the city's attorney or
3  outside counsel, so please only answer to the extent
4  it would not be privileged information.
5     A.    I would say no.
6     Q.    Has the City ever investigated whether
7  Dodge City's at-large method of election violates
8  Section 2 of the Voting Rights Act?
9           MS. EBERLINE:  The same objection
10  would apply.
11    A.    No.
12  BY MR. COLAVECCHIO:
13    Q.    Has the City ever conducted any
14  research or analysis regarding whether the at-large
15  method of election violates Section 2 of the Voting
16  Rights Act?
17          MS. EBERLINE:  Objection with respect
18  to attorney-client privileged information.  You can
19  answer with respect to anything other than that
20  covered by privilege.
21    A.    No.
22  BY MR. COLAVECCHIO:
23    Q.    Are you aware of any requests for
24  information from the Department of Justice from 2011
25  to the present regarding the at-large method of

Page 137

1  election?
2     A.    We have none.  Have had none.
3     Q.    Are you saying that you've received no
4  information from the Department of Justice regarding
5  the 2011 investigation into the at-large method of
6  election?
7     A.    Since 2014 we have not, no.
8     Q.    I'm asking from 2011 to present.
9     A.    I haven't looked at that.  That wasn't
10  covered.  I focused on 2014 until now.
11          MS. EBERLINE:  And your question was
12  about inquiries directly to the City of Dodge City,
13  correct, counsel?
14          MR. COLAVECCHIO:  Correct.
15          MS. EBERLINE:  Okay.  So even since
16  2011 to the present, are you aware of any,
17  Mr. Hernandez, that would be directed to the City of
18  Dodge City?
19          THE WITNESS:  No, not to the City.
20  BY MR. COLAVECCHIO:
21    Q.    And I just want to clarify for you,
22  Mr. Hernandez, that the topics for examination state
23  that generally the time period for the topics will be
24  January 1st, 2014, until the present, but it says
25  that that is the case except where otherwise

Page 138

1  specified. And there is a topic that was included in
2  here, it's Topic 13, that asks about any request for
3  information or communications from the United States
4  Department of Justice, from 2011 to present,
5  regarding Dodge City's at-large method of election.
6          A.    My answer is no.
7          Q.    Did the City receive any request for
8  information from Ford County related to the
9  Department of Justice's 2011 investigation into Dodge
10 City's at-large method of election?
11         A.    No, not that I am aware of.
12         Q.    Well, is it that you're not aware of
13 any or is it that there were not any?
14         MS. EBERLINE:  Object to the question.
15 I mean, he's testified as to what he's aware of.  I'm
16 not sure how else he can answer.
17         MR. COLAVECCHIO:  I just want to be
18 clear because he said both.
19         MS. EBERLINE:  Okay.
20         A.    I don't think there was any open
21 records request made, so no.
22 BY MR. COLAVECCHIO:
23         Q.    What do you mean by that?
24         A.    State law dictates open records
25 requests.  You asked if there was any records

Page 139

1  request.  They would have to go through the open
2  records request process.  So my answer would be no,
3  they didn't go through the open records request.
4          Q.    Are you saying that Ford County would
5  have had to go through the open records request laws
6  in order to get -- in order to communicate -- I'm
7  sorry.  I don't understand what you're saying would
8  require an open records request.
9          A.    You asked if the County had requested
10 any records from the City; is that correct?
11         Q.    I don't think that's what I asked, but
12 in any event, I will just state a new question.
13         A.    Okay.
14         Q.    Did the City communicate with Ford
15 County about the Department of Justice's 2011
16 investigation into Dodge City's at-large method of
17 election?
18         MS. EBERLINE:  I'm going to object as
19 outside of the scope of the questions.  The category
20 is described as any request for information or
21 communications from the U.S. Department of Justice
22 from 2011 to the present regarding Dodge City's
23 at-large method of election, and it sounds like this
24 line of questioning is related to communications
25 between Ford County and the City, which would be

Page 140

1  outside of the scope of those questions.
2          To the extent that you know,
3  Mr. Hernandez, you can go ahead and answer.
4          MR. COLAVECCHIO:  Just briefly, Topic
5  14 covers any research, analysis, or investigations
6  conducted by Ford County or Dodge City initiated in
7  2011, or thereafter, regarding whether Dodge City's
8  at-large method of election violates Section 2 of the
9  Voting Rights Act.
10         MS. EBERLINE:  Yeah, I see that, and
11 so is your question about whether Dodge City
12 conducted any research, analysis, or investigation
13 about that topic?
14         MR. COLAVECCHIO:  That's been one of
15 my questions.  But what I'm asking about right now is
16 whether Ford County and Dodge City were communicating
17 from 2011 onward about whether the at-large method of
18 election violates the Voting Rights Act.
19         MS. EBERLINE:  Okay.
20         A.    I believe there was communication
21 between Nannette Pogue and the county clerk at the
22 time.
23 BY MR. COLAVECCHIO:
24         Q.    Do you know who was the county clerk
25 at the time?

Page 141

1          A.    Michael, I believe.
2          Q.    And do you know what those
3  communications were about?
4          A.    No, I do not.
5          Q.    Do you know how many conversations
6  there were between Dodge City and Ford County?
7          MS. EBERLINE:  I'll continue to object
8  to this line of questioning as outside the scope of
9  topics 13 or 14.
10         A.    No, I do not.
11 BY MR. COLAVECCHIO:
12         Q.    I think that I had asked you before
13 whether Dodge City conducted any research or
14 investigation into whether it was in violation of the
15 Voting Rights Act from 2011 onward.  And since then
16 it seems that you've been limiting your answers based
17 on a time period beginning in 2014.  So I just want
18 to clarify with you right now.
19         From 2011 onward, did Dodge City
20 itself research or investigate whether its at-large
21 method of election violates the Voting Rights Act?
22         MS. EBERLINE:  And I again object
23 that's outside the scope of the questions that have
24 been described.  But go ahead and answer to the
25 extent that you know.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                 Nickolaus Hernandez on 07/25/2023                 Pages 142..145

Page 142

1      A.    No.
2  BY MR. COLAVECCHIO:
3      Q.    Have there been any other
4  communications from the Department of Justice after
5  that 2011 investigation regarding Dodge City's
6  at-large method of election?
7            MS. EBERLINE:  Object to the form of
8  the question.
9      A.    No.
10 BY MR. COLAVECCHIO:
11     Q.    I'll show you a document.  My weather
12 is looking a little thunderstorm-scary, so if I
13 suddenly drop off, I'll try to get back on.
14     A.    I hope not.
15     Q.    Nothing yet.  Recently my Internet has
16 been fine, but my basement has not.
17     A.    I have it in front of me now.
18     Q.    Okay.  I'm going to put it up on the
19 screen-share too.
20           So this document has been marked in
21 litigation as Dodge City 0002006 and it's titled
22 Resolution Number 2015-2, dated February 16, 2015.
23 And its full name is "A Resolution of the City of
24 Dodge City, Kansas, Opposing the Kansas State
25 Legislature's Consideration of Making Municipal

Page 143

1  Elections Partisan and Moving to the Fall of
2  Even-Numbered Years."
3            The City opposed the Kansas State
4  Legislature's consideration of moving elections to
5  the fall of even-numbered years, correct?
6      A.    Yes.
7      Q.    Did the City oppose that change for
8  any reasons not listed in this resolution?  You can
9  take your time reading it if you need to.
10     A.    Not for any other reasons.
11     Q.    Is it still the City's position, as is
12 stated in this resolution, that moving elections to
13 even-numbered years would unnecessarily interfere
14 with local elections and create the likelihood that
15 local issues would be lost or ignored by voters
16 during the course of large-scale federal and state
17 partisan elections?
18     A.    Yes, it is.
19     Q.    Is it still the City's position, as is
20 stated in the resolution, that it has concerns its
21 issues would be relegated to the bottom of the
22 ballot, if placed with state and national elections,
23 leading to voter apathy with regard to local issues?
24     A.    Yes, it is.
25     Q.    And the City noted in this resolution

Page 144

1  that it opposed moving its elections to the fall
2  even-numbered years, but with respect to partisan
3  elections, it stated only that it had, quote,
4  concerns.  Was the City not opposed to partisan
5  elections?
6            MS. EBERLINE:  Object to the form of
7  the question.  You can answer.
8      A.    I'm just reading it; one second.
9  BY MR. COLAVECCHIO:
10     Q.    Sure.
11     A.    The City had concerns because federal
12 employees, which make up a bulk of our local
13 government individuals, and active duty military
14 members they cannot hold office if they're in
15 partisan elections.  So that was our concern.  We
16 didn't want to take away the ability of any
17 registered voter or citizen to be able to serve in
18 local government.
19     Q.    Okay.  So was the City, in fact,
20 opposed to adopting partisan elections?
21     A.    Yes; based upon this "whereas" yes.
22     Q.    Even though this document does not
23 expressly say that the City was opposed to partisan
24 elections?
25     A.    Yes.

Page 145

1      Q.    And is the City opposed to partisan
2  elections today?
3      A.    Yes.
4      Q.    Did the City do any research before
5  opposing moving elections to even-numbered years?
6      A.    We did no study, no.
7      Q.    Was any community outreach done?
8      A.    No.
9      Q.    I'll take this item down.
10           Does the City track voter turnout?
11     A.    No -- I'm sorry, no.
12     Q.    Does the City have a general sense of
13 whether it's high, low, average?
14           MS. EBERLINE:  Object to the form of
15 the question.
16     A.    We don't track it.
17 BY MR. COLAVECCHIO:
18     Q.    I'll ask you in your personal
19 capacity.  Do you have a sense personally of the
20 numbers for voter turnout?
21           MS. EBERLINE:  Objection, calls for
22 speculation.  Go ahead.
23     A.    Voter turnout I believe is no
24 different than at any other community in Kansas.  I
25 believe we're on par with voter turnout numbers.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)    Nickolaus Hernandez on 07/25/2023    Pages 146..149

Page 146

```
1   BY MR. COLAVECCHIO:
2        Q.    On par with which cities?
3        A.    All cities in general.  So if you're
4   looking at all, I think, if you're looking -- and
5   this is my personal, you know, is that if you were to
6   look at Dodge City's voter turnout percentage, it's
7   on par with what the voting percentage is pretty
8   typical for other cities in Kansas.
9        Q.    Okay.  Have you looked at the numbers
10  for all other cities in Kansas?
11       A.    No, but we've had conversations
12  between managers and at different state events and
13  it's pretty much the same response, that it's not
14  high by any means.  It's not high in any election,
15  even or odd years.
16       Q.    Switching back to asking you in your
17  capacity as corporate representative, does the City
18  have conversations with other cities in the state
19  about ways to increase voter turnout?
20       A.    Not as a city, no.
21       Q.    What do you mean by that?
22       A.    Staff members would but not the city
23  commission.
24       Q.    Would people working for you, for the
25  City, have those conversations with city officials
```

Page 147

```
1   from other cities in Kansas?
2             MS. EBERLINE:  Object to the form of
3   the question as outside the scope of this examination
4   as well.
5        A.    Yes, I assume they would.
6   BY MR. COLAVECCHIO:
7        Q.    But you're not sharing data between --
8        A.    No.  No, we would not be sharing data.
9        Q.    Has the City considered increasing the
10  number of polling locations?
11       A.    The polling locations is a
12  determination made by the county election officer.
13       Q.    Could the City work with Ford County
14  to arrange increasing polling locations?
15       A.    Yes, we could.
16       Q.    Could additional polling locations be
17  opened at schools in Dodge City?
18            MS. EBERLINE:  Objection, calls for
19  speculation.
20       A.    I -- I believe they could be, but that
21  would have to be involved with the school district as
22  well.
23  BY MR. COLAVECCHIO:
24       Q.    Has the City considered opening
25  polling locations at schools in the City before?
```

Page 148

```
1             MS. EBERLINE:  Object to the form of
2   the question.  Oh, I'm sorry.  Go ahead.
3   BY MR. COLAVECCHIO:
4        Q.    I was just going to say like in tandem
5   with Ford County?
6        A.    No.
7        Q.    Has the City considered how the
8   location of polling locations affects voter turnout?
9        A.    No.
10       Q.    Previously the City had only one
11  polling location, right?
12       A.    Yes.
13       Q.    Presently does it have two?
14       A.    Yes.
15       Q.    Why was that change made?
16       A.    I believe that was a result of
17  conversations between county election officer and
18  city administration to look at adding additional
19  space, but I believe that was actually started by the
20  county election officer to find a second polling
21  location.
22       Q.    Did the City work with the County to
23  create an additional polling location?
24       A.    Yes.
25       Q.    And did the City have input on where
```

Page 149

```
1   that location should be?
2        A.    Yes, I believe so.
3        Q.    Did the City consult with the
4   community on where that location should be?
5        A.    I do not know.
6        Q.    Okay.  I'm going to switch gears now,
7   get away from voting in elections and talk about city
8   services.
9             MS. EBERLINE:  Would this be an okay
10  time to take a break?
11            MR. COLAVECCHIO:  Sure, absolutely.
12  How long a break do you need?
13            MS. EBERLINE:  Ten minutes maybe.
14            MR. COLAVECCHIO:  Sure.  Back at 2:40.
15            THE VIDEOGRAPHER:  Time on the monitor
16  is 2:29 p.m.  We are now off the record.
17            (Recess.)
18            THE VIDEOGRAPHER:  Time on the monitor
19  is 2:41 p.m.  We are now back on the record.
20  BY MR. COLAVECCHIO:
21       Q.    So as I previewed before we took our
22  break, I want to start talking about city services.
23  And to start off, can you tell me what the community
24  facilities advisory board is?
25       A.    Community facilities advisory board in
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 150..153

Page 150

1  support of Why Not Dodge projects, we passed the Why
2  Not Dodge sales tax in the late '90s to look at
3  community facilities across Dodge City. It's a
4  partnership between the City, the County. And its
5  membership looks at the racetrack facility, the
6  Lagoon, which is our water park, our Legends Baseball
7  Field Complex and then United Wireless Arena and
8  Conference Center.
9       Q.     Okay. So are the facilities
10  outdoor-active kind of facilities only?
11      A.     They are only ones that are designated
12  through the Why Not Dodge sales tax.
13      Q.     Okay. So it could be broader than
14  that, but is that generally the kinds of facilities
15  that --
16      A.     No, it can't be broader than that.
17  It's very specific. It only addresses those
18  facilities only.
19      Q.     Oh, okay. Who are the members of that
20  board?
21      A.     The members are made up of citizens of
22  Dodge City. I believe currently the chair is Angela
23  Unruh, who is the CFO for Victory Electric, which is
24  our local electric company. There's also business
25  owners. I believe there is an attorney that serves

Page 151

1  on there as well.
2       Q.     How often does it meet?
3       A.     As needed, but typically quarterly,
4  but if needed, monthly.
5       Q.     Do you serve on that board?
6       A.     Ex-officio member.
7       Q.     Okay. So what exactly does the board
8  do?
9       A.     They control the budget and the
10  oversight of the Lagoon, the racetrack, the United
11  Wireless Arena and Legends ball complex.
12      Q.     So it does not have authority over
13  budget or financing for any other kind of facility in
14  the City?
15      A.     That is correct.
16      Q.     Does the City distribute information
17  on municipal services to residents?
18      A.     Yes, we do.
19      Q.     Through what means?
20      A.     We provide it on our website. We have
21  pamphlets in our offices, social media, radio
22  occasionally, just all methods.
23      Q.     Are those materials or broadcasts
24  provided in Spanish?
25      A.     Yes.

Page 152

1       Q.     When did the City start providing the
2  information in Spanish?
3       A.     Prior to my term.
4       Q.     Where are any tangible copies of
5  information kept?
6       A.     Intangible?
7       Q.     No, tangible.
8       MS. EBERLINE: Object to the form of
9  the question.
10  BY MR. COLAVECCHIO:
11      Q.     Like paper, if there are paper flyers,
12  where are those distributed?
13      A.     Typically at City Hall. They may be
14  at the visitors center. It just depends on what
15  service you're referring to.
16      Q.     Does the City track how effective the
17  distribution of this information is?
18      A.     No.
19      Q.     Are certain municipal services being
20  moved to a building outside of downtown Dodge City?
21      A.     We have consolidated some services
22  outside of the City, but they are still in the city
23  limits of Dodge City.
24      Q.     Which services?
25      A.     We have -- we have our parks, we have

Page 153

1  our building services, we have streets, water, sewer.
2  Some administration offices are out here, and also HR
3  offices are out here as well.
4       Q.     What is the address for that building?
5       A.     100 Chaffin Road, I believe, Dodge
6  City, Kansas.
7       Q.     Were there any studies conducted on
8  how the move could impact Hispanic residents?
9       A.     No.
10      Q.     Were there any discussions about how
11  the move could impact Hispanic residents?
12      A.     No.
13      Q.     Has that move -- has that move been
14  completed now?
15      A.     It's not 100 percent complete, no.
16      Q.     Okay. When did it start?
17      A.     We started the process of renovation
18  of this building August of 2022.
19      Q.     Okay. And you've been piecemeal
20  moving services over there since?
21      A.     Yes. We are not fully open as of yet.
22      Q.     Where are -- where is the information
23  on services being provided in the meantime?
24      MS. EBERLINE: Object to the form of
25  the question.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)    Nickolaus Hernandez on 07/25/2023    Pages 154..157

Page 154

1    A.    Services -- well, information is being
2  provided at City Hall downtown, North 2nd.
3  BY MR. COLAVECCHIO:
4    Q.    Okay.  And where are the services
5  themselves being provided in the meantime?
6          MS. EBERLINE:  Object to the form of
7  the question.  What services are you referring to?
8    Q.    The municipal services so all -- all
9  the services that are being moved to the building
10  outside downtown.
11    A.    We provide all of our services in
12  person, on-site, it just varies from what service
13  you're actually asking for.  You know, if it's
14  police, fire, street service, sewer service, water
15  service, we typically are on-site to provide those
16  services.
17  BY MR. COLAVECCHIO:
18    Q.    Has the City communicated any
19  information about the move to the public?
20    A.    Yes, we communicated in commission
21  meetings.
22    Q.    Has it been communicated in any way
23  other than commission meetings?
24    A.    For the public they can access exactly
25  the same way they did previously to our move.  There

Page 155

1  has been no change in the way that the community
2  contacts us for services.
3    Q.    How does the City distribute
4  information for existing or prospective local
5  business owners?
6    A.    If a local business owner wanted to
7  start a business, we typically refer them to the Ford
8  County Economic Development Corporation to begin that
9  process.
10    Q.    Does the City handle any of the
11  business ownership or licensure paperwork?
12    A.    We do not have business licenses in
13  general.  We do have some, like a transient vendor
14  permit that we do authorize, but we do not have
15  business licensing per se in Dodge City.
16    Q.    What do you mean by "per se"?
17    A.    Like a typical city will require you
18  to get a license to conduct business.  We don't have
19  any of those licensing requirements in Dodge City.
20    Q.    Okay.  What was the form that you said
21  that you do have?
22    A.    Like the transient merchant, like food
23  truck or door-to-door salesman.
24    Q.    For the transient merchant papers are
25  those provided in Spanish?

Page 156

1    A.    Yes, they are.
2    Q.    And where are those materials made
3  available?
4    A.    In the city clerk -- outside the city
5  clerk's office at City Hall.
6    Q.    Is public transportation a priority
7  for the City?
8    A.    It is one of many priorities, yes.
9    Q.    Does the City track how many of its
10  residents are using public transportation?
11    A.    Yes, we do.
12    Q.    Is the City tracking how many of its
13  Hispanic residents are using public transportation?
14    A.    I do not know specifically.  I've
15  never asked that question.  In my personal capacity
16  I do not know.
17    Q.    So you are saying both on the part of
18  the City and in your personal capacity, you're just
19  not sure?
20    A.    I'm not sure.  I would have to ask.
21    Q.    And in your personal capacity, you
22  haven't asked that?
23    A.    That's correct.
24    Q.    So continuing on asking in your
25  official capacity:  How does the City decide on its

Page 157

1  budget for public transportation?
2    A.    The budget is established by how many
3  buses we need replaced, the staffing levels to
4  provide those, and we utilize that through
5  cooperation with the Kansas Department of
6  Transportation.
7    Q.    Are there any public forums for
8  discussing the budget for public transportation for
9  residents?
10    A.    No.  It would be similar to all
11  departments' budgets.  So it would be during the
12  budget process, there would be the ability to talk
13  about it.
14    Q.    Okay.  I'm going to pull up a
15  document.  And this one is really short.
16          This document has been marked in
17  litigation as Dodge City 0005652.  And it's an email
18  from Connie Marquez dated November 4, 2022, which
19  attaches an agenda, check report and commissioner
20  calendar for the upcoming November 7, 2022,
21  commission meeting.
22          Can you just confirm that that's the
23  correct understanding of this document?
24    A.    Yes.
25    Q.    I'm going to show you an attachment to

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                                    Nickolaus Hernandez on 07/25/2023                                    Pages 158..161

Page 158

1  that email.  This document has been marked in
2  litigation as Dodge City 0005690.  And this is the
3  commission meeting agenda for November 2nd -- or,
4  sorry, November 7, 2022, referenced in Ms. Marquez'
5  email; is that correct?
6          A.    I believe so.
7          Q.    This document attaches an agenda -- or
8  I apologize.  This document attaches a memo on
9  page 5705 of the produced copy of the doc, and the
10 memorandum is on adopting the Title 6 policy for the
11 City in order to be in compliance with the Kansas
12 Department of Transportation as well as state and
13 federal law.  What prompted the adoption of this
14 policy?
15         A.    It's required to receive funding from
16 the Kansas Department of Transportation for public
17 transportation.
18         Q.    Has the City used this policy in some
19 way to improve public transit in the City?
20               MS. EBERLINE:  I'm going to object to
21 the line of questioning as outside of the scope of
22 the topics within Attachment A.  You can go ahead and
23 answer.
24         A.    I would have to -- I would have to
25 visit with our individual that actually handles the

Page 159

1  public transportation on a day-to-day basis.
2  BY MR. COLAVECCHIO:
3          Q.    Was it required for Dodge City to
4  adopt this policy?
5          A.    Yes, it is.
6          Q.    Was there some sort of enforcement
7  action brought against Dodge City that triggered the
8  adoption of this policy?
9                MS. EBERLINE:  Objection as outside
10 the scope of the topics.
11         A.    No.
12 BY MR. COLAVECCHIO:
13         Q.    I'll take that down.  Has there been
14 any assessments regarding the impact of city budget
15 decisions on infrastructure, roads, water, sewage and
16 power on Hispanic residents in particular?
17         A.    No.
18         Q.    Have there been any assessments on
19 city budget decisions related to assistance or
20 benefits programs for housing, food, childcare,
21 health care, disability, accessibility or senior
22 care, how those budget decisions impact Hispanic
23 residents in particular?
24         A.    No.
25         Q.    What is the cultural relations

Page 160

1  advisory board?
2          A.    Cultural relations advisory board is
3  actually our arm of the City.  It's a board
4  established I believe in 2013.  What they do, their
5  role and responsibility is to try to help with access
6  issues, the government, in trying to ensure equitable
7  access to opportunities, looking at immigration
8  issues, looking at how we can engage all of our
9  community members and get them more involved in local
10 government.
11         Q.    What does it do on immigration issues?
12         A.    I would have to look at the
13 documentation to specifically state.  We do provide
14 consulate services several times a year for Mexican
15 and Guatemalan residents to bring those to Dodge
16 City.  Ernestor de la Rosa was the primary
17 individual.  Ms. McCoy has taken over a lot of that
18 as assistant city manager.  So as city manager I do
19 not have direct day-to-day interaction in regards to
20 the community relations advisory board.
21         Q.    Okay.  Who is on the board?
22               MS. EBERLINE:  I'm going to object to
23 this line of questioning as outside the scope of the
24 topics as well.  You can go ahead and answer.
25         A.    I cannot tell you who is on the board

Page 161

1  specifically.  I would have to look.
2  BY MR. COLAVECCHIO:
3          Q.    So you -- you don't really interact
4  with this board very much?
5          A.    No, I do not.
6          Q.    Who is the primary person from the
7  City who would be interacting with this board?
8          A.    It is currently Melissa McCoy.
9          Q.    How does the City determine how it's
10 going to spend its budget?
11               MS. EBERLINE:  Object to the form of
12 the question.  Go ahead.
13         A.    We look at what existing revenues
14 there are, what our potential increases in salary and
15 benefits are going to be, what our available revenue
16 sources and streams are going to be, and then we make
17 a determination based upon the available resources of
18 what projects or what positions are being filled and
19 budgeted for the year.
20 BY MR. COLAVECCHIO:
21         Q.    How does the City determine its
22 priorities for the budget for any given year?
23         A.    So we have a couple different things.
24 We have a Conference of Plan, which is a guidebook.
25 It kind of sets out the priorities for the next ten

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 162..165

Page 162

1   years on a broad-based perspective, but we also have
2   the capital improvement plan which sets out the
3   priorities for the next five years from an
4   infrastructure perspective, and then we have our
5   equipment replacement plan which looks at the five
6   plus years as well for equipment-related items.
7           Q.    Can you tell me about the ballot
8   measure in 2022 regarding the sales tax?
9           A.    Yes, I can.
10          Q.    What was the proposal?
11          MS. EBERLINE:  I object to this line
12  of questioning as outside the scope of the topics as
13  well.  Go ahead.
14          A.    The proposal was for a half-cent sales
15  tax to be allocated for street improvements and also
16  for mill levy reduction.
17  BY MR. COLAVECCHIO:
18          Q.    And where would the revenue from that
19  tax go to?
20          A.    Street Sales Tax Fund.
21          Q.    Does that mean all of the revenue from
22  the tax would go towards street repairs?
23          A.    Potentially up to four mills of that
24  revenue could be utilized for general funds, mill
25  levy reduction, but the goal is to have 100 percent

Page 163

1   of that fund to be allocated towards streets.
2           Q.    And did that sales tax pass?
3           A.    Yes, it did.
4           Q.    When did it pass?
5           A.    I believe it was on the November
6   ballot of '22.
7           Q.    And since then has it been generating
8   funds for street repairs?
9           A.    We received our first funds in June of
10  this year.  So yes, it has.
11          Q.    Has there been any study on
12  predominantly who is paying this tax?
13          A.    No.
14          Q.    Has there been any study done on who
15  is predominantly benefiting from the revenue of this
16  tax?
17          A.    No study, no.
18          Q.    I'm going to show you a document.
19  This document has been marked in litigation as Dodge
20  City 0002902.  It's a series of emails between you,
21  Michael Burns, and Melissa McCoy about a presentation
22  on sales tax for the State of the City Address.  What
23  was the purpose of the State of the City
24  presentation?
25          MS. EBERLINE:  Object to the line of

Page 164

1   questioning as outside the scope of the 30(b)(6)
2   topics.  Go ahead.
3           A.    State of the City, we do that every
4   year.
5   BY MR. COLAVECCHIO:
6           Q.    Okay.  Is it kind of like State of the
7   Union but for the City?
8           A.    That is correct.
9           Q.    Who is the audience for that
10  presentation?
11          A.    The audience is whoever purchases a
12  ticket.  I believe the chamber of commerce is the one
13  that puts it together and they sell tickets for the
14  event.
15          Q.    About how many people typically
16  attend?
17          MS. EBERLINE:  Same objection.
18  Outside the scope of the topics.
19          A.    I would have to guess but maybe 200,
20  250.
21  BY MR. COLAVECCHIO:
22          Q.    Is there a Spanish interpreter for the
23  event?
24          MS. EBERLINE:  Same objection.
25          A.    We do have staff that can interpret

Page 165

1   on-site, yes.
2   BY MR. COLAVECCHIO:
3           Q.    Is someone interpreting the entire
4   address as it's being given?
5           A.    No.
6           Q.    In Michael Burns' email, on this page
7   here, it's 2903, he has a comment on the side deck
8   where he says, "Swap the two bullets, we need to
9   spend around 2.5 million per year should be the top
10  bullet.  And then can you add a slide, 'Currently
11  investing $600,000 per year to maintain roads.'"  Do
12  you see that?
13          A.    Yes.
14          Q.    Does this mean that without the street
15  sales tax the City needed to be spending $2.5 million
16  per year to maintain roads, but was only spending
17  $600,000 per year to maintain roads?
18          MS. EBERLINE:  Objection as outside
19  the scope of the topics identified.
20          A.    Yes.
21  BY MR. COLAVECCHIO:
22          Q.    How did the -- how did the City decide
23  how to allocate that $600,000?
24          MS. EBERLINE:  Same objection.
25          A.    The city engineer utilized pavement

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 166..169

Page 166

1  analysis software to look at the existing conditions
2  of pavement throughout the City, as well as looking
3  at main breaks, sewer potential issues, stormwater
4  issues, and that's how they make the determination
5  how to maintain those roadways.
6  BY MR. COLAVECCHIO:
7       Q.    Is there any consultation with
8  residents?
9            MS. EBERLINE:  Same objection.
10      A.    There is input from residents during
11  the budget process, yes.  They have the opportunity.
12  BY MR. COLAVECCHIO:
13      Q.    But it's not taken into account in
14  deciding how that money is actually going to be spent
15  on repairing roads?
16      A.    It is a consideration, yes.
17      Q.    How does that consideration factor in
18  in addition to the engineer's analysis?
19      A.    I would have to ask the engineer.
20            MS. EBERLINE:  I continue my
21  objections to this line of questioning as outside the
22  scope of the topics for examination.
23  BY MR. COLAVECCHIO:
24      Q.    Does the City monitor whether some
25  parts of the City have had more street repairs than

Page 167

1  other parts of the City?
2       A.    We maintain a list of all our repairs
3  and maintenance items.
4       Q.    But you're not specifically paying
5  close attention to whether there is a disparity in
6  whether there's been more repairs on the north side
7  of town than on the south side of town, for instance?
8            MS. EBERLINE:  Object to the form of
9  the question.  Go ahead.
10      A.    We look at the pavement condition
11  analysis and we look at the waterline condition.  We
12  look at all conditions prior to making a
13  determination of what roadways to be fixed and we do
14  take some community input as well.  But we take a
15  very engineered focus in trying to address those
16  roadways that are in the worst condition, first,
17  before we start moving on to areas which are not as
18  worse.
19  BY MR. COLAVECCHIO:
20      Q.    So is the main factor how bad the
21  condition of the road is?
22      A.    Yes.
23      Q.    And that's based on engineering
24  software?
25      A.    That's based -- yes.

Page 168

1       Q.    Is there consideration of, Well, we
2  have five roads that need some work, so we can spend
3  money on that to increase -- to improve more roads
4  across the City than if we just spend all this money
5  from this year's budget on one particular road?  Are
6  there ever decisions like that?
7            MS. EBERLINE:  Object to the form of
8  the question as outside the scope of the topics
9  identified.
10      A.    We actually have the City divided into
11  six maintenance zones and our goal is to target those
12  zones with the available funds every year.  And so we
13  look at it from that perspective of making sure, from
14  a maintenance perspective, we're touching those roads
15  in those zones at least once every six years -- once
16  every seven years.
17  BY MR. COLAVECCHIO:
18      Q.    What are the six maintenance zones?
19      A.    I don't have them in front of me.
20      Q.    But can you tell me generally like
21  where they would be listed?
22      A.    No.
23            MS. EBERLINE:  I'm going to continue
24  to object to this line of questioning.  Do you want
25  me to object each time, JD?

Page 169

1            MR. COLAVECCHIO:  Yeah, please do.
2            MS. EBERLINE:  Okay.  You can go
3  ahead, Nick.
4       A.    No.
5  BY MR. COLAVECCHIO:
6       Q.    So does the City consider whether
7  there's been more maintenance in one zone than in
8  another zone when it decides on which streets to
9  repair?
10            MS. EBERLINE:  Objection as outside
11  the scope of the topics identified.
12      A.    No.
13  BY MR. COLAVECCHIO:
14      Q.    How are the salaries of commissioners
15  determined?
16            MS. EBERLINE:  Objection as outside
17  the scope of the topics identified.
18      A.    Salaries are determined by
19  commissioners ultimately.
20  BY MR. COLAVECCHIO:
21      Q.    So they vote on their own salaries?
22            MS. EBERLINE:  Same objection.
23      A.    Yes.
24  BY MR. COLAVECCHIO:
25      Q.    Is there public input in that process?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 170..173

Page 170

1    MS. EBERLINE: Same objection.
2        A.    It is presented during the commission
3    meeting, so the opportunity exists.
4    BY MR. COLAVECCHIO:
5        Q.    Has the City taken any actions to
6    mitigate disparate policing?
7        MS. EBERLINE: Object to the form of
8    the question. Assumes a fact not in evidence. Go
9    ahead and answer.
10       A.    I do not know of any disparity.
11   BY MR. COLAVECCHIO:
12       Q.    Have you asked the chief of police
13   whether there are disparities in policing?
14       A.    Yes, I have.
15       Q.    And what did he tell you?
16       A.    No.
17       Q.    When did you have that conversation?
18       A.    I've had that conversation probably
19   two years ago when I first arrived and I've had that
20   conversation since looking at some of that data. I
21   wanted clarification from him to explain the data to
22   me.
23       Q.    What did he explain to you about the
24   data?
25       A.    The data that I've seen that a policy

Page 171

1    change was made so potentially it looks like
2    Hispanics could be ticketed more often than other
3    individuals. He explained to me why that would look
4    that way. There was a change made I believe in 2012,
5    2013, in regards to whether having a driver's license
6    or having insurance was an arrestable offense or not.
7    I think there was some discussion at that time to
8    change it, to not make it an arrestable offense, but
9    rather be a ticket or a citation. And so the
10   determination was made at that time that if you
11   stopped an individual for a citation, say, running a
12   stop sign or no turn signal and it was found that
13   that individual also did not have a driver's license
14   or insurance, that they be ticketed for both instead
15   of being arrested.
16       Q.    Okay. So the policy now is that you
17   would be ticketed for both and not be arrested;
18   whereas, previously you could be ticketed on the
19   citation and then arrested for -- you would be
20   arrested for lack of a driver's license?
21       A.    That is correct.
22       Q.    Why were you discussing that policy
23   with the chief of police?
24       A.    I wanted to understand the data that
25   was in front of me so I could better explain it.

Page 172

1        Q.    So you were looking at data that
2    showed multiple citations?
3        MS. EBERLINE: Object to the form of
4    the question.
5    BY MR. COLAVECCHIO:
6        Q.    Rather than like a citation and
7    arrest?
8        A.    I was looking at forms that were
9    requested by the plaintiffs in regards to police
10   records. And so that was -- as I came across that
11   form, I reviewed it, and then I asked a question
12   about it to the chief of police.
13       Q.    Requested by plaintiffs in this case?
14       A.    Yeah, I believe so, and in regards to
15   the document production process.
16       Q.    So what exactly did you see on that
17   document that you then asked about?
18       A.    I had seen the number of citations and
19   I had seen how it broke down between Hispanics and I
20   believe Whites on that form, but I do not have it in
21   front of me. It's been months since I've seen that
22   form.
23       Q.    So it looked to you like Hispanics
24   were being cited more than Whites?
25       MS. EBERLINE: Object to form.

Page 173

1        A.    No, no. I just wanted an explanation
2    so I could determine exactly what I was looking at.
3    BY MR. COLAVECCHIO:
4        Q.    Were you confused about what the data
5    meant?
6        A.    Was I confused? No. I just wanted to
7    have further explanation, because I -- if someone
8    hands me a document and I don't know what the
9    background information is -- and this is my personal
10   capacity -- if I don't know what the information is,
11   I'm going to ask questions.
12       Q.    But what was the information on that
13   document that you didn't understand?
14       MS. EBERLINE: Object to the form of
15   the question.
16       A.    I would have to look back at that
17   document. I don't have it in front of me. I think
18   it was looking at arrests and the ethnicity at the
19   time. I would just have to look at it.
20   BY MR. COLAVECCHIO:
21       Q.    What -- how would you define disparate
22   policing?
23       MS. EBERLINE: Object to the form of
24   the question.
25       A.    I don't know how to define it.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                        Pages 174..177

Page 174

BY MR. COLAVECCHIO:

2      Q.    You don't know how to define it?

3      A.    No.

4      Q.    Why don't you think there's disparate
5  policing in Dodge City?

6      A.    There's no evidence to show me that it
7  exists.

8      Q.    But how would -- what would you be
9  looking for as evidence for whether it exists?

10      A.    In my personal capacity, I would be
11  looking for patterns and trends that would be way
12  outside of the makeup of the community, and that's
13  how I would determine it, and then have conversations
14  with the police chief as well as his staff, as well
15  as the county attorney -- or not county attorney,
16  city attorney, city prosecutor, municipal court
17  judge, I would have those discussions as a group.

18      Q.    Okay.  And when you say "way outside,"
19  for there to be an issue from your perspective, like
20  how big would the difference need to be?

21          MS. EBERLINE:  Object to the question
22  as outside of the topics identified for examination.
23  Go ahead.

24      A.    Based on population, if 65 percent of
25  the population was Hispanic and 35 percent wasn't, if

Page 175

1  we had seen like 80 percent or 85 percent of the
2  stops were with Hispanics and 15 percent were not, I
3  think that would be something I would have to ask
4  further questions on and get some further
5  clarification on why that exists.

6  BY MR. COLAVECCHIO:

7      Q.    So when you talked to the chief of
8  police about this data that was being produced to
9  plaintiffs in this lawsuit, was the question that you
10  had in your mind:  Are these results showing that
11  there is policing of Hispanics at a higher rate than
12  Whites?

13          MS. EBERLINE:  Object to the form of
14  the question.  Go ahead.

15      A.    No.  What I was trying to determine is
16  what that data meant.  How was that data broken down.
17  What am I looking at.

18  BY MR. COLAVECCHIO:

19      Q.    So you didn't understand what the data
20  was trying to convey, like what -- did you not
21  understand like whata citation was?

22          MS. EBERLINE:  Object to the form of
23  the question, asked and answered.  Go ahead.

24      A.    It would be the factors involved with
25  that citation and that data, what factors exist.

Page 176

1  BY MR. COLAVECCHIO:

2      Q.    Okay.  I'm going to move on to ask a
3  bit about document preservation.  Does the City have
4  document retention policies?

5      A.    No.

6      Q.    So there's no policy on how long
7  emails, other electronic documents, or paper
8  documents need to be maintained?

9      A.    No, there is not.

10      Q.    Was there a migration to Microsoft 365
11  at some point for the City?

12          MS. EBERLINE:  I object as outside the
13  scope of the documents -- or the topics identified.

14      A.    I believe the transition was made
15  during COVID.

16  BY MR. COLAVECCHIO:

17      Q.    Okay.  Do you know whether prior --
18  whether documents existing before that migration were
19  carried over onto the new system or preserved in some
20  other way?

21          MS. EBERLINE:  Same objection.

22      A.    I would not know.

23  BY MR. COLAVECCHIO:

24      Q.    Does the City have a policy on
25  commissioners' use of personal emails and devices?

Page 177

1      A.    No, we do not.

2      Q.    Are commissioners free to use personal
3  emails and devices?

4      A.    Yes, they are.

5      Q.    Is there a preference for them to use
6  official city emails and devices if they have them?

7      A.    There is no preference.

8      Q.    Do city employees use personal emails?

9      A.    No, not for city business.

10      Q.    I want to go back to what we were
11  talking about policing.  I was able to find a
12  document that I think might be what you're talking
13  about so I want to pull it up here.

14          Okay.  Is this the document that you
15  reviewed?

16      A.    No, it is not.  Scroll down.  I do not
17  remember this.  This is from Cherise Tieben, yes.
18  This is not the document I reviewed.

19      Q.    Okay.  Do you recall ever seeing the
20  statistics on this document?

21      A.    On this document, no.

22      Q.    And, for the record, the document that
23  I'm showing has been marked in litigation as Dodge
24  City 0012168.

25      A.    No, I've never seen this document.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 178..181

Page 178

```
1       Q.      Do you have any reason to believe that
2   the City did not comply with its preservation
3   obligations for this action?
4       A.      No, I have no reason to believe we
5   would not.
6       Q.      Does the City have any funding
7   agreements related to this action?
8       A.      No, we do not.
9       Q.      And what in your mind is a funding
10  agreement?
11          MS. EBERLINE:  Object to the form of
12  the question.
13      A.      A promise to pay someone if we were to
14  win or lose.
15  BY MR. COLAVECCHIO:
16      Q.      Has anyone offered to pay the legal
17  fees for this case regardless of whether you win or
18  lose?
19      A.      No.
20      Q.      Are there any insurance policies that
21  would cover litigation liability for the City?
22      A.      No, this -- no, this is completely
23  coming out of city funds.  It's 100 percent taxpayer
24  funded.
25      Q.      I'm going to show you a document.
```

Page 179

```
1   Okay.  This document has been marked in litigation as
2   Dodge City 0003662.  It's an email chain from
3   January 2023, between you, Melissa McCoy, Brad Ralph
4   and Joshua Brewster discussing the community
5   engagement plan.
6           Can you describe to me what the
7   community engagement plan is?
8       A.      This email and Mr. Brewster served as
9   basically a consultant to help us with public
10  communication in regards to this matter.
11      Q.      And by that do you mean in regards to
12  this litigation?
13      A.      That is correct.
14      Q.      Who is Mr. Brewster?
15          MS. EBERLINE:  I object to this line
16  of questioning as outside the scope of the topics
17  identified in Attachment A to the deposition notice
18  as well.  Go ahead and answer.
19      A.      He works as a public information
20  individual for Trozzolo.
21  BY MR. COLAVECCHIO:
22      Q.      And what is Trozzolo?
23      A.      A PR firm I believe out of Kansas City
24  area.
25      Q.      When were they hired?
```

Page 180

```
1           MS. EBERLINE:  Again, same objection.
2   Outside the scope of the topics identified.
3       A.      I believe the day we were informed of
4   this litigation, this lawsuit.
5   BY MR. COLAVECCHIO:
6       Q.      And what work have they done for the
7   City?
8           MS. EBERLINE:  Same objection, outside
9   the scope of the topics identified.
10      A.      They helped us prepare two public
11  statements.
12  BY MR. COLAVECCHIO:
13      Q.      Is that the extent of the work that
14  they've done for you?
15          MS. EBERLINE:  Same objection.
16      A.      I believe so.  I don't think they've
17  done any other work for us outside of that.
18  BY MR. COLAVECCHIO:
19      Q.      Did they draft this community
20  engagement plan?
21          MS. EBERLINE:  Same objection and also
22  as to the form of the question.  Go ahead.
23      A.      I would have to look at the community
24  engagement plan to tell you.
25  BY MR. COLAVECCHIO:
```

Page 181

```
1       Q.      Okay.  Well, let's pull that up.  This
2   document has been marked in litigation as Dodge City
3   0012372.  This is an initial draft of the community
4   engagement plan referenced in the email that we were
5   just looking at, right?
6       A.      Yes.
7       Q.      Okay.  Who drafted this document?
8           MS. EBERLINE:  I object to this line
9   of questioning as outside the scope of the topics
10  identified.
11      A.      Trozzolo.  Mr. Brewster.
12  BY MR. COLAVECCHIO:
13      Q.      Okay.  Did anyone with the City edit
14  this document?
15          MS. EBERLINE:  Same objection.
16      A.      I do not know.
17  BY MR. COLAVECCHIO:
18      Q.      So you did not edit this document?
19          MS. EBERLINE:  Same objection.
20      A.      I do not recall.  I do not believe so.
21  BY MR. COLAVECCHIO:
22      Q.      There is a challenge section here and
23  one of the things listed is to strengthen the
24  position that the current at-large system is the
25  strongest method now and in the future.  What does
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                                Pages 182..185

Page 182

1  that mean?
2          MS. EBERLINE:  Same objection.
3      A.    I do not know.
4  BY MR. COLAVECCHIO:
5      Q.    You don't know what that means at all?
6      A.    My opinion would be that the at-large
7  system has been -- is the strongest method, and it's
8  the best way to potentially move the City forward in
9  the future such as that.  It would best represent the
10  community as a whole, ensuring that everyone has an
11  equal voice.
12      Q.    So that's your personal opinion, not
13  you speaking for the City?
14      A.    That's correct.
15          MS. EBERLINE:  And my objection
16  remains with respect to the line of questioning being
17  outside the scope of the topics identified.
18  BY MR. COLAVECCHIO:
19      Q.    And from your own personal knowledge,
20  not as -- not as a corporate representative for the
21  City, do you know who edited this document from the
22  City, if anyone?
23      A.    I do not know.
24      Q.    Why is holding onto the at-large
25  system a priority for the City?  And I'm asking that

Page 183

1  question in your capacity as a corporate
2  representative.
3      A.    It's the current form that's in place
4  and there hasn't been any public input in regards to
5  changing the system, and there's never been any
6  concerns addressed to the commission in a public
7  forum by any members of the public prior to this
8  legal challenge.
9      Q.    Are there any particular strengths of
10  the at-large system over a district-based system?
11      A.    I would have to leave that up to
12  professionals.
13      Q.    Do you have a personal opinion on
14  that?
15      A.    My personal opinion with the at-large
16  system, the commissioners are viewing the community
17  as a whole, not as certain specific areas of town,
18  ensuring that all citizens, regardless of where they
19  live, their ethnicity, their income levels are being
20  considered as equals; and that by the commission
21  being at large they represent the community as a
22  whole, not just their neighborhood.
23      Q.    Okay.  So personally can you think of
24  any downsides to that at-large method of election?
25          MS. EBERLINE:  Object to the form of

Page 184

1  the question.  Go ahead.
2      A.    Personally in certain-size
3  communities, say, 250,000-and-above-type communities,
4  where you are more neighborhood based and focused,
5  potentially you could see that, because you're trying
6  to represent -- say it's a community of 250,000, you
7  have one commissioner trying to represent 50,000
8  people rather than trying to represent 250,000 people
9  in that area.  It may be geographical boundaries in
10  some communities that may divide in large, large
11  communities.  But in a community of our size being
12  27,000, it's not difficult for a commissioner to be
13  able to communicate with all members of the public if
14  they chose to do so.
15      Q.    Are there neighborhoods in Dodge City?
16          MS. EBERLINE:  Object to the form of
17  the question and outside of the topics identified for
18  examination.
19      A.    I would say there's no specific known,
20  named neighborhoods.
21  BY MR. COLAVECCHIO:
22      Q.    In your personal capacity do you have
23  any sense that there are any differences, that
24  there's a north part of town and a south part of
25  town; do you see that?

Page 185

1          MS. EBERLINE:  Object to the form of
2  the question.
3      A.    I do not see the City of Dodge City as
4  north and south.  I see Dodge City as united and
5  I've seen it that way for the last 40 years.
6  BY MR. COLAVECCHIO:
7      Q.    So going back to asking in your
8  corporate representative capacity.  Another challenge
9  listed here is to show that current initiatives are
10  in place to engage the Latino community in Dodge
11  City.  What are those initiatives?
12          MS. EBERLINE:  Object to the form or
13  to the scope of the question as outside of the scope
14  of the topics identified for examination.  Go ahead.
15      A.    I would have to look at the list, but
16  we do so much community engagement.  Like I said, we
17  do provide those immigration services to the
18  community.  We provide -- we provide -- actually, I
19  do have that form in front of me.
20          THE WITNESS:  Can I refer to that,
21  Tara, for this questioning --
22          MS. EBERLINE:  Sure.
23          THE WITNESS:  -- the Welcoming Plan
24  Implementation Report?
25          MS. EBERLINE:  Go ahead.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)    Nickolaus Hernandez on 07/25/2023    Pages 186..189

Page 186

1    A.    What we do as far as what's mentioned
2  on here, we do have a welcoming week that we've been
3  doing since 2013.  The City and CRAB, we host an
4  event to celebrate our community and reiterate our
5  commitment to welcoming individuals to our community.
6  We also provide Dodge International Festival which is
7  held annually during that welcoming week.  We held
8  the festival for the first time in 2019 and have done
9  that several years with the exception of 2020 when we
10 had COVID.  We did begin the Crossroad Kitchens
11 event, which is part of the international festival
12 that actually celebrates and brings together culture,
13 food, stories from ten countries, from Latin America,
14 and also East Asia, Africa, and Eastern Europe.
15       You know, we -- we provide Engage
16 Dodge, both in English and Spanish, which we actually
17 bring individuals, and we bring the ESOL program,
18 which is English For Speakers of Other Languages and
19 diversity program from the Dodge City Community
20 College Adult Learning Center, we bring those folks
21 in, invite their children and other family members.
22 And we provide sessions to those individuals talking
23 about various department services and where to find
24 those services.  And as I stated we do that in
25 English and in Spanish sessions.  This year we're

Page 187

1  looking at providing two sessions to the Engage Dodge
2  City in Spanish as well as our English version of
3  that.
4        We also do -- the community relations
5  advisory board is also working on a civic engagement
6  plan that they have been -- which will address
7  getting out the vote, looking at census and trying to
8  increase the numbers of individuals that participate
9  in the census, our legislative policy that we
10 approved from the City, both as the Southwest Kansas
11 Coalition and as the City of Dodge City, we address
12 immigration issues and support pathways of
13 citizenship for doc recipients.  We also try and
14 promote health care access.  We work very closely
15 with Genesis Family Health and their group to help
16 bring, like I stated previously, the Guatemala
17 Consulate.  We also try to connect the individuals to
18 those health resources and provide -- help provide
19 language access when they're seeking medical care,
20 which they can do that through Genesis Health and
21 through the City.
22       They've also -- community relations
23 advisory board has also worked with Genesis Health to
24 provide many healthcare clinics to individuals
25 throughout the community.  We've also helped and

Page 188

1  supported Ford County in providing free or reduced
2  costs at the local health fair as well as providing
3  hygiene products to youth who benefit from free
4  access to these products.  There's so much that we do
5  for the community.
6        We are looked upon by other members of
7  the state and other cities in other states as being
8  the forefront of this engagement with other
9  communities.  When anyone asks us what we're doing,
10 we're the model.  We're the model of the State of
11 Kansas.  People try to model their programs and what
12 they're doing after what we've done for the last
13 several years.  We've actually had individuals
14 communicate at different conferences, such as the
15 International City Managers Conference, and trying to
16 mirror how we engage individuals in our community and
17 we've presented on that at several different
18 statewide and national events.
19 BY MR. COLAVECCHIO:
20       Q.    Okay.  Besides the initiatives that
21 you just talked about, is there anything else that
22 comes to mind?
23       A.    I'm sure there's probably 100 more.  I
24 just don't have them in front of me.  There's just so
25 much.  I think what is meant by this is we need to do

Page 189

1  a better job of selling the services that we provide
2  and beating our own chest and being our own
3  cheerleaders.  Because we don't go out there and
4  brag, we don't go out there and try to, you know,
5  just be in your face all the time.  We understand
6  people have lives to live and we're here to support
7  their ability to be successful.
8        Q.    Have the initiatives that you are
9  talking about, have -- from the City government's
10 perspective, has that built trust between the city
11 government and Hispanic residents?
12       A.    Yes, it has, and not just Hispanic
13 residents.  Individuals and residents from all
14 ethnicities that are new to our community, whether it
15 be individuals from East Africa, from Southeast Asia,
16 from all parts of the world.
17       Q.    Okay.  Can you talk to me about why
18 one of the challenges listed here is to rebuild
19 community trust?
20       A.    Whenever you have a lawsuit brought to
21 you by an outside entity and from two individuals,
22 you just have to be able to show that we're in this
23 together, and that we are working as one.  And so I
24 think a continuation of trying to help extend that
25 trust and unity and show that we're here to support

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 190..193

Page 190

1  the community as a whole.
2      Q.    Has there been any kind of rupture in
3  trust since this lawsuit was filed between the City
4  and Hispanic residents?
5      A.    No.
6          MS. EBERLINE:  I'm going to state my
7  objections to this line of questioning about this
8  document and the related topics as outside the topics
9  identified for examination.  Go ahead, Nick.
10     A.    No.
11 BY MR. COLAVECCHIO:
12     Q.    Has there been any conversations with
13 Hispanic residents about their reactions to the
14 lawsuit?
15         MS. EBERLINE:  Same objection, and
16 asked and answered.
17     A.    Yes.
18 BY MR. COLAVECCHIO:
19     Q.    And what were those conversations?
20         MS. EBERLINE:  Same objection, asked
21 and answered.
22     A.    I do not recall.
23 BY MR. COLAVECCHIO:
24     Q.    Have you taken any notes on what
25 Hispanic residents have said about the City or the

Page 191

1  at-large system since this lawsuit was filed?
2          MS. EBERLINE:  Same objection.
3      A.    No, no.
4  BY MR. COLAVECCHIO:
5      Q.    Has the City been cataloguing any
6  responses or reactions to the lawsuit by Hispanic
7  residents?
8      A.    No.
9      Q.    How does the City measure whether it's
10 being effective in creating community and trust?
11         MS. EBERLINE:  Objection as outside of
12 the scope of the topics for examination.
13     A.    I would say that comes from
14 communication between staff members, commissioners,
15 the public, and different individuals and complaints
16 to the City.  We've never received any complaints
17 that I am aware of in regards to the -- to our
18 at-large system that I'm aware outside of that one
19 with Jan Scoggins and of course this lawsuit.
20 BY MR. COLAVECCHIO:
21     Q.    What role have you played in
22 implementing this plan?
23     A.    I do not believe we've implemented it.
24 We may have taken it as a guideline, but I don't
25 think we've lived or breathed by it.

Page 192

1          MS. EBERLINE:  My objection on this
2  line of questioning continues.
3  BY MR. COLAVECCHIO:
4      Q.    So this has gone nowhere?
5          MS. EBERLINE:  Same objection.
6      A.    I can't say it's gone nowhere.  We may
7  have used some of these items, but they were items
8  that probably would have been accomplished
9  regardless.
10 BY MR. COLAVECCHIO:
11     Q.    But this plan was drafted after the
12 lawsuit was filed, right?
13         MS. EBERLINE:  Same objection, outside
14 the scope of the topics identified.
15     A.    Yes.
16 BY MR. COLAVECCHIO:
17     Q.    What was your role supposed to be for
18 implementing this plan?
19         MS. EBERLINE:  Object to the form of
20 the question and outside the topics for examination.
21     A.    If it was adopted, I'm sure I would
22 have -- by the commission, I would have been the one
23 spearheading it, but this is a draft.
24 BY MR. COLAVECCHIO:
25     Q.    So this would have had to have been

Page 193

1  adopted by the commission to be effected?
2          MS. EBERLINE:  Same objection.
3      A.    If the commission so choose to even
4  look at it and adopt it formally, they could, but
5  this was just a draft from the individual at Trozzolo
6  and I don't think anything was done with this
7  document after that as far as adopting the draft or
8  moving forward on this plan as being the plan.
9          MR. COLAVECCHIO:  All right.  Can we
10 take a short break?  And come back at 5:00 -- well,
11 for you, 4:00?
12         MS. EBERLINE:  Sure, that sounds good.
13         THE VIDEOGRAPHER:  The time on the
14 monitor is 3:51 p.m.  We're now off the record.
15         (Recess.)
16         THE VIDEOGRAPHER:  The time on the
17 monitor is 4:00 p.m.  We are now back on the record.
18 BY MR. COLAVECCHIO:
19     Q.    So I just want to ask a few more
20 questions for the 30(b)(6) portion of this deposition
21 and then I'll let you know when we're moving onto the
22 fact witness portion.
23         Toward the beginning of this
24 deposition, I asked about meetings that city
25 officials were having with people to discuss whether

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 194..197

**Page 194**

1  they support the at-large method of election. Do you
2  recall what I'm talking about?
3         A.    You're stating city commission?  As
4  the city commission?
5         Q.    You said that you and other city
6  officials had discussions with citizens of Dodge
7  City?
8         A.    Yes, individual discussions.
9         Q.    Right.  And I just wanted to clarify.
10 Did any of those residents say that they would be
11 willing to testify on the City's behalf?
12              MS. EBERLINE:  Let me object as to any
13 communications between counsel or with counsel.  If
14 the question is whether communications between
15 individual residents and individual city staff?
16              MR. COLAVECCHIO:  Yeah.
17              MS. EBERLINE:  You can answer that
18 question.
19        A.    Between residents and city staff, yes.
20 BY MR. COLAVECCHIO:
21        Q.    There were people who said that they
22 would be willing to testify on the City's behalf?
23        A.    Yes.
24        Q.    Okay.  Have those people been
25 disclosed to plaintiffs?

**Page 195**

1              MS. EBERLINE:  Is that a question for
2  me or for Mr. Hernandez?
3              MR. COLAVECCHIO:  I'll ask of
4  Mr. Hernandez and then we'll follow up, separately,
5  to confirm.
6         A.    I do not --
7              MS. EBERLINE:  Hold on just a second.
8  I would object that's outside the scope of the topics
9  identified as well.  You can go ahead and answer.
10        A.    I do not know who has been disclosed.
11 BY MR. COLAVECCHIO:
12        Q.    Okay.  And previously you had also,
13 when we were talking about meetings where a lot of
14 residents showed up to a commission meeting, you
15 mentioned one where there was a discussion of a
16 zoning regulation.  Do you recall what I'm talking
17 about?
18        A.    Yes, I do.
19        Q.    What was the regulation at issue?
20        A.    It was a rezoning from suburban to R1,
21 which is the lowest density residential, and to also
22 R3 which is a higher density residential.
23        Q.    Okay.  What does that mean practically
24 speaking?
25              MS. EBERLINE:  I object to this line

**Page 196**

1  of questioning as outside the scope of the topics
2  identified as well.
3         A.    That means in suburban, it's a very
4  large lot size with a single home on it.  May have
5  some outbuildings.  R1 structure would be your
6  traditional single-family-type homes.  Has a little
7  bit larger yard.  There are some certain requirements
8  that have to be met for lot sizes.  And then R3 is
9  just a higher density type of housing that would be
10 allowed.
11 BY MR. COLAVECCHIO:
12        Q.    Would it be low-income housing?
13              MS. EBERLINE:  Object to the form of
14 the question as well as outside the scope of the
15 topics for examination.
16        A.    Low-income housing can be in any one
17 of the R zones.  We don't dictate where low-income
18 housing can and cannot be.
19 BY MR. COLAVECCHIO:
20        Q.    What were residents concerned about?
21              MS. EBERLINE:  Object to the question
22 as outside the scope of the topics identified.
23        A.    They've been used to having basically
24 no neighbors for 40-plus years that the homes have
25 been sitting there, and there was a proposal to put

**Page 197**

1  homes next to them with a little smaller lot sizes.
2  It would have taken away that country feel from them.
3  BY MR. COLAVECCHIO:
4         Q.    Do you know like generally what date
5  that meeting would have been held on?
6              MS. EBERLINE:  Same objection.
7         A.    I do not know generally.
8  BY MR. COLAVECCHIO:
9         Q.    Can you tell me who Kansas Appleseed
10 is?
11              MS. EBERLINE:  Same objection.
12        A.    I cannot tell you specifically what
13 they do, no.
14 BY MR. COLAVECCHIO:
15        Q.    But you consider them leaders in the
16 Hispanic community?
17              MS. EBERLINE:  Object to the form of
18 the question as well as outside the scope of the
19 topics identified.
20        A.    I only know of one Kansas Appleseed
21 member in Dodge City and that is Mr. Dave Rebein.
22 Outside of that I've never heard of them until this
23 lawsuit.
24 BY MR. COLAVECCHIO:
25        Q.    I'm ready to turn now to the fact

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 198..201

Page 198

1    witness portion of the deposition.  So to be clear,
2    from this point forward the presumption will be that
3    I'm asking for you to respond to questions based on
4    your own personal knowledge.  The nice part about
5    this being at the end is it's way less mental work
6    for you.  So it's also a little more personable which
7    is nice.
8        A.    I appreciate that.  There's been a lot
9    of information I've had to try to soak in in my short
10   tenure here, so yes.
11       Q.    Yeah, I imagine.  I always say that my
12   worst fear in life is to be deposed, but I think my
13   worst fear here is to be a 30(b)(6) witness.
14             Okay.  So we're in the homestretch.
15   Are you registered with a political party?
16       A.    Yes, I am.
17       Q.    And which party?
18             MS. EBERLINE:  Objection as to
19   relevance of the question and to form.  But go ahead.
20       A.    Up until recently I was Independent.
21   Now I'm republican.
22   BY MR. COLAVECCHIO:
23       Q.    Where did you grow up?
24       A.    I grew up in Ford County, Spearville,
25   Kansas, just outside of Dodge City.

Page 199

1        Q.    How long did you live there?
2        A.    I lived there until I was 16 and then
3    my family moved to Ashland, Kansas, where my mom got
4    a job teaching in Ashland, which is south of here.
5    And then I graduated high school and then I went onto
6    the Marine Corps.
7        Q.    So you did graduate high school?
8        A.    Yes, I did.  Yes.
9        Q.    And did you obtain a college degree?
10       A.    Yes, I did.  I have a Bachelor of
11   Science in Justice Studies from Fort Hays State
12   University and Master of Public Administration from
13   Wichita State University.
14       Q.    Do you have any other graduate
15   degrees?
16       A.    No, I do not.
17       Q.    Do you have any professional licenses?
18       A.    City managers are not professionally
19   licensed so no.
20       Q.    And you said you served in the U.S.
21   military as a Marine?
22       A.    That is correct.
23       Q.    How long did you serve?
24       A.    Four years.
25       Q.    Do you belong to any political or

Page 200

1    civil rights organizations?
2        A.    No, I do not.  I don't believe in
3    belonging to any group, political group.
4        Q.    Did you belong to any in the past?
5        A.    No.
6        Q.    Do you belong to League of Kansas
7    Municipalities?
8        A.    Yes, I do.
9        Q.    And what is that organization?
10       A.    This is an organization of cities
11   within the state of Kansas that is kind of a
12   lobbying -- they have a lobbying wing but they also
13   have an education wing that helps smaller communities
14   and large communities basically navigate and help be
15   the voice for small communities in front of state
16   legislature and with federal issues as well.
17       Q.    What does the lobbying wing do?
18       A.    The lobbying wing looks at issues that
19   are specific to communities that may affect
20   communities.  Primarily, they look at attacks to home
21   rule authority with cities and try to ensure that the
22   abilities of cities to make their own decisions is
23   intact and not infringed upon.
24       Q.    How long have you belonged to that
25   organization?

Page 201

1        A.    You don't belong individually; you
2    belong as an entity.  So if the City belongs, you are
3    an automatic member.
4        Q.    Okay.  So Dodge City belongs to the
5    League of Kansas Municipalities?
6        A.    That is correct.
7        Q.    Do you know how long -- and I'll ask
8    you in your corporate representative capacity for
9    this question.  Do you know how long Dodge City has
10   been a member of the League of Kansas Municipalities?
11             MS. EBERLINE:  I'll object as outside
12   the topics for examination.  Go ahead, Nick.
13       A.    I do not know.
14   BY MR. COLAVECCHIO:
15       Q.    Resuming asking as a factual witness:
16   Do you belong to the Dodge City Area Chamber of
17   Commerce?
18       A.    The City of Dodge City does belong to
19   the area -- to the chamber.
20       Q.    Do you personally?
21       A.    No.
22       Q.    Are you personally a member?
23       A.    No, I'm not.
24       Q.    Or are you an ex-officio member?
25       A.    Yes, I am.  I represent the City as an

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

30(b)(6)    Nickolaus Hernandez on 07/25/2023    Pages 202..205

Page 202

1  ex-officio member.
2       Q.      What do you do as the City's
3  representative as an ex-officio member?
4          MS. EBERLINE:  Object to the form of
5  the question.
6       A.      Ex-officios traditionally are longer
7  serving members on those committees and on the
8  chamber board.  We help provide guidance.  If they
9  have issues/concerns related to the City or the
10 school district or the college, that potentially may
11 affect the business community, we are there to listen
12 to them and bring those to the commission if there
13 are any issues.
14 BY MR. COLAVECCHIO:
15      Q.      How long have you been involved with
16 the organization?
17      A.      Since my appointment as city manager,
18 so a little over three years.
19      Q.      Do you belong to Humanities Kansas?
20      A.      I do not anymore.  I finished up my
21 term just this past June, so last month.
22      Q.      Okay.  What -- when had you become a
23 member?
24      A.      I became a member of Humanities
25 Kansas, I believe it was six years ago so 2016/2017

Page 203

1  time frame, as well I was appointed to that board.
2       Q.      What is that organization?  What does
3  it do?
4       A.      Humanities Kansas was the community's
5  Kansas Humanities Council previously.  We look at
6  different types of humanities issues, whether it be
7  civil engagement, trying to look at methods to bring
8  citizens and entities together in different formats.
9  And it's a nonprofit of like-minded individuals that
10 want to do better for their communities and for
11 Kansas as a whole.
12      Q.      Did you work as a city manager
13 somewhere else before becoming city manager at Dodge
14 City?
15      A.      Yes, I did.  I worked as city manager
16 for the City of Arkansas City, Kansas, and also for
17 the City of Osage City, Kansas.
18      Q.      When were you city manager for
19 Arkansas City?
20      A.      For Arkansas City, I was city manager
21 from 2011 to 2020.
22      Q.      Okay.  And how long were you city
23 manager for Osage City?
24      A.      Just shy of three years:  2008 to
25 2011.

Page 204

1       Q.      And when you were city manager for
2  those cities, were you involved in any litigation
3  against the City?
4       A.      Personally involved, no.  Was there
5  litigation against the City?  Yes.  But I would not
6  be with those items.
7       Q.      But you weren't deposed in any of
8  those cases?
9       A.      No.
10      Q.      Did you have to talk to the press or
11 the public about those cases?
12          MS. EBERLINE:  Object to the form of
13 the question.
14      A.      As city representative I was required
15 to speak on behalf of the City.
16 BY MR. COLAVECCHIO:
17      Q.      Did you have to help gather documents
18 for productions in these cases?
19          MS. EBERLINE:  Object to the form of
20 the question.  Or are you talking about a specific
21 case, JD, or a specific city?  I'm not sure I'm
22 following what we're talking about.
23          MR. COLAVECCHIO:  Just whether he's
24 had experience in helping cities involved with
25 litigation.

Page 205

1       A.      The answer would be yes.
2  BY MR. COLAVECCHIO:
3       Q.      So when did you move back to Dodge
4  City?
5       A.      Would have been in May of 2020.
6       Q.      What brought you back?
7       A.      Being appointed as city manager of
8  Dodge City.
9       Q.      Okay.  So had you applied for the job,
10 got it, and moved back to start the job?
11      A.      That's correct.
12      Q.      Do you have any kids?
13      A.      I have three.
14      Q.      And are any of them in school?
15      A.      Yes, they are.
16      Q.      Do they go to the Dodge City Public
17 Schools?
18      A.      All three of my children attend Dodge
19 City Public Schools.  My daughter just graduated in
20 May from Dodge City High School.
21      Q.      Congrats.
22      A.      Thanks.
23      Q.      So do you know the exact date when you
24 became city manager of Dodge City?
25      A.      June 1, I believe, was my start date

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 206..209

Page 206

1  of 2020.
2      Q.    Okay.  And do you consider yourself in
3  that role to be the spokesperson for the City?
4          MS. EBERLINE:  Object to the form of
5  the question.  Go ahead.
6      A.    Yes, I do.
7  BY MR. COLAVECCHIO:
8      Q.    And what are your personal priorities
9  that you bring to that role?
10         MS. EBERLINE:  Object to the form of
11  the question.
12     A.    Personal priorities?  You know, my
13  family has been in Dodge City, both sides, over five
14  generations.  My great-grandfather came over and was
15  part of the first Mexican village in Dodge City.
16  Worked for the railroad.  My great-grandfather worked
17  for the railroad until he lost his life working for
18  the railroad.  My family, friends are all still here;
19  cousins, aunts, relatives.  I take it very personal
20  in the success of the community as a whole, making
21  sure that everyone is really -- all their needs are
22  attended to and their lives can be better.
23         You know, I grew up very poor.  Mom
24  didn't graduate from high school.  First child was at
25  16.  She got her GED later on and got her education

Page 207

1  when I was in junior high.  I want to make people
2  better in Dodge City and Ford County.  That's --
3  that's -- that's -- that's the reason why I'm here.
4  BY MR. COLAVECCHIO:
5      Q.    Are there specific plans that you've
6  made in your tenure, in this role, for how to
7  accomplish that goal?
8          MS. EBERLINE:  Object to the form of
9  the question.
10     A.    Yeah, yeah.  I think looking at
11  streets, I want to ensure our streets are maintained.
12  I want to look at our public utilities such as water,
13  wastewater, trying to find funding sources to get
14  those items addressed.  A lot of communities are not
15  able to properly fund infrastructure improvements and
16  that's been one of my biggest priorities.  You know,
17  I want people to be able to get to work.  I want them
18  to have great jobs.
19         We attracted a new employer since I've
20  been here, ran through the entire process, which is a
21  cheese-processing facility, which will have 260
22  employees, which is -- which is great for the
23  community.  I want opportunities for people to better
24  themselves both through our education system and
25  personally and professionally.

Page 208

1      I want to make sure that anyone who
2  wants to better themselves has that opportunity.
3      Q.    Do you see the at-large method of
4  election as important to accomplishing any of those
5  goals?
6      A.    Personally, I believe we have to view
7  citizens and Dodge City as a whole.  You know, I
8  don't think there should be any division whatsoever
9  within our community, and whether it be by districts
10  or by wards or whatever you want, or neighborhoods,
11  and trying to avoid that.  I think we need to be a
12  community of one.  We're most successful when we work
13  together and try to achieve the same goals and I
14  think Dodge City has proven for itself over the last
15  150 years, and in particular the last 20 or 30 years,
16  that if we have the same goals in mind, there's
17  nothing that can stop us.
18     Q.    Is the way that you're trying to
19  assess whether you're accomplishing these goals
20  mainly through your conversations with people?
21         MS. EBERLINE:  Object to the form.
22     A.    You know, over the last 15 years of my
23  experience, when people are not happy, they let you
24  know.  If there are services that need to be
25  addressed, if there's items that need to be done,

Page 209

1  they let them know.  You know, whether it be at
2  church, at the restaurant, grocery shopping, wherever
3  you're having interactions with people, if there's
4  things that affect them or bother them personally,
5  they're going to let you know about it.
6      You know, we're a small town.  You
7  know, a lot of us are on a first-name basis with one
8  another.  We see each other often.  And we know when
9  there's issues going on that need to be addressed and
10  we tend to work together to get those accomplished.
11  BY MR. COLAVECCHIO:
12     Q.    So you're mainly talking to people
13  when you just happen to bump into someone and they
14  recognize you and they strike up a conversation with
15  you?
16         MS. EBERLINE:  Object to the form of
17  the question.
18     A.    Here's the thing:  Everyone recognizes
19  me.  This is a small town.  You know, being city
20  manager, everyone knows who you are, what you do, you
21  know, in general.  They know I'm very approachable,
22  very friendly.  I go out of my way to ensure that
23  people have access to me.  If anyone walks into my
24  door at any point, I'm unscheduled, even if I have a
25  meeting, internal meeting with another department or

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)    Nickolaus Hernandez on 07/25/2023    Pages 210..213

| Page 210 | Page 212 |
|---|---|

Page 210

1  an individual that's within the organization, I bump
2  that to meet with them.  I listen to them.
3           You know, one of the things I learned
4  early on is, and from one of my mentors, is Joe
5  Palacioz, who was city manager for the City of
6  Hutchinson, Joe told me, Hey, treat everyone that
7  comes in your door like they're your daughter on her
8  wedding day.  You know, their needs are important.
9  Make sure you take care of them.  You know, because
10 their issue is the most important issue to them.
11 Make them feel like they're important and special and
12 make sure that their needs are attended to and that's
13 how I treat everyone.  Every conversation, every
14 interaction I treat the same.
15 BY MR. COLAVECCHIO:
16      Q.   Do you frequently have people coming
17 into your office, residents who are stopping in to
18 raise issues or thoughts about the City with you?
19      A.   I do.  And I also reach out on
20 Facebook when people have issues, you know, that may
21 be city related.  You know, if they have an issue or
22 a concern in regards to the City and it's
23 communicated and their position may not -- not
24 necessarily their position; if their facts are
25 incorrect, I want to make sure they have the right

Page 211

1  facts.  I'm not trying to tell them how to take those
2  facts and come to a conclusion; that's them.
3           My job is to make sure they have the
4  accurate facts.  If they're going to be out there on
5  social media stating that the City has done this, or
6  the City has done this, I make sure they know what
7  we've done and why the commission has made that
8  decision, but they could still have their own
9  personal opinion.  I don't -- it's not my job to
10 change their opinion.
11      Q.   Okay.  So are you saying you'll post
12 something on Facebook and like asking for feedback
13 from people what they think about something?
14      A.   I don't, no.  I -- I -- if there's
15 Facebook posts that involve the City, occasionally
16 the public information officer would reach out to
17 that individual and invite them to have a
18 conversation with me.  And if they would accept it,
19 then they would come in and visit with me.  I want to
20 make sure I'm accessible.
21      Q.   So how much of your conversations with
22 people arise where you're just at the grocery store
23 or at a sports game and someone recognizes you,
24 compared to people coming into your office?
25           MS. EBERLINE:  Object to the form of

Page 212

1  the question.
2      A.   I'm out and about so much, so I would
3  say the majority of those folks are ones I just
4  interact with in public.  But there are individuals
5  that will just pop into my office from time to time.
6  And they may not be there to see me specifically.
7  They may just have an issue in general and then they
8  bring them over to me to address and take care of it.
9  BY MR. COLAVECCHIO:
10      Q.   What kind of sports teams are you
11 going to?
12      A.   I go to everything.  I go to high
13 school sports, I go to semi pro, indoor football,
14 soccer.  I go to youth soccer games.  I go to youth
15 baseball games.  And just -- I haven't shared this,
16 but my kids don't play sports.  My wife and I just
17 love being out in the community.  We love
18 participating in the different events.  You know, we
19 go downtown to different parades, different
20 festivals.  We want to make sure that we're seen and
21 that people know we're approachable and they can come
22 and visit with us.  We're part of this community and
23 we want people to recognize that we're part of it.
24      Q.   So in terms of personal relationships
25 with commissioners, are there some commissioners who

Page 213

1  you talk with more than others?
2           MS. EBERLINE:  Object to the form of
3  the question.
4      A.   From a personal perspective, no.  Some
5  commissioners require more professional one-on-one
6  time.  If they're newer commissioners, it takes a lot
7  more time to get them up to speed on different items.
8  Some commissioners like to have a little bit more
9  explanation on certain topics one-on-one.  Some of
10 them have more questions.  It just really depends
11 upon the individual commissioner.  You know, when
12 you've -- some commissioners have served on the
13 commission for 20 years.  You know, they have a lot
14 more knowledge than someone who is fresh and new to
15 the position.
16 BY MR. COLAVECCHIO:
17      Q.   I'll show you a document.  This
18 document has been marked in the litigation as Dodge
19 City 0002137.
20           I just want you to confirm for me:  Is
21 this a message that you posted on Facebook on
22 November 8, 2021, regarding the failure of the street
23 sales tax?
24      A.   Yes, I believe so.
25      Q.   Okay.  Is -- was this the same or

**Page 214**

1  similar proposal as the one that ultimately passed in
2  2022?
3          A.    It is similar, but there were some
4  distinct differences which allowed the second one to
5  pass.
6          Q.    Okay.  What were those differences?
7          A.    The second one actually allowed for a
8  mill levy reduction and so a property tax reduction.
9  The first one did not.
10         Q.    Okay.  I'll take that down.  I'll show
11 you a different document.  This document has been
12 marked in litigation as Dodge City 0010025.  Is this
13 a text conversation between you and Joe Nuci?
14         A.    Yes, but I don't know why it says
15 Mellecker on there.
16         Q.    Right.  So that's what I was going to
17 ask.  It says Mellecker but our understanding is that
18 Mellecker is actually -- I'm sorry, is it Nuci?
19         A.    Yes, Nuci.
20         Q.    Nuci.  Okay.  So this is -- Mellecker
21 is Mr. Nuci.  Do you know why it says Mellecker?
22         A.    No idea.
23         Q.    On this first page, page 10025, there
24 is a discussion here about finding replacement for
25 Joyce Warshaw.  Mr. Nuci says, "I see people are

**Page 215**

1  already asking to fill Joyce's position.  What does a
2  person need to do that would like to be considered?"
3          And then you respond, "We'll discuss
4  on Monday, but I recommend that the commission take
5  applications and make a selection from the
6  candidates."
7          Why did you make that suggestion?
8          A.    Commissioner Nuci was new.  And in my
9  previous city manager in Arkansas City, that's what
10 we did.  That was the format we used to fill
11 positions.
12         Q.    Okay.  Was there any particular past
13 practice you're aware of for Dodge City?
14         A.    No.
15         Q.    Then a few days later, all on the same
16 page here, Mr. Nuci says, "I didn't see on the work
17 session agenda discussing the process for the
18 replacement commissioner.  Maybe I misunderstood, but
19 I thought last we talked we would be doing it then.
20 I have quite a few people interested and told them
21 that we would be discussing during the work session
22 so everyone would know the same info at the same
23 time.  Can this be added."
24         You respond, "I think it's on there.
25 We added it I thought.  Let me check."

**Page 216**

1          Why hadn't you added discussing her
2  replacement as a topic for the agenda?
3          MS. EBERLINE:  Object to the form of
4  the question.
5          A.    I think I say on there "I think it's
6  on there."  So he may have not reviewed it or the
7  work session may have been just a general meeting.  I
8  don't know.  I would have to go back and look at
9  that.
10 BY MR. COLAVECCHIO:
11         Q.    Okay.  So you don't recall whether it
12 was on the agenda or not?
13         A.    Either it was on agenda or work
14 session.  There are two separate time frames.
15         Q.    Got it.  Okay.
16         A.    But from this, I have stated that I
17 think it's on there, but I didn't have it in front of
18 me at the time.
19         Q.    And then right after that Mr. Nuci
20 says, "I think it would be better because people are
21 already talking about how it is going to be
22 manipulated."
23          What did you take that to mean?
24          MS. EBERLINE:  Object to the form of
25 the question.  Go ahead.

**Page 217**

1          A.    I don't know what he meant by that.
2  Maybe that we would just appoint someone blindly to
3  it, maybe, that we would have no process in place.
4  At this moment, in 2020, Commissioner Nuci was very,
5  very new to the commission.  It was his first term
6  and he had not served on the commission for very
7  long.
8  BY MR. COLAVECCHIO:
9          Q.    Okay.  On this next page, 10026, you
10 ask Mr. Nuci if he's okay with commissioner salaries
11 increasing from 200 to $400 per meeting and the mayor
12 salary going from 200 to $600 per meeting.  Why were
13 you confirming that change with Mr. Nuci?
14         A.    I spoke to all the commissioners
15 individually in regards to this item.  I reviewed
16 what several other cities were doing and I think this
17 was prior to placement on the agenda, just to see if
18 he had any discussion or any input in regards to that
19 item.
20         Q.    Okay.  On page 10027, Mr. Nuci asks,
21 "Does any change in the format of the commission have
22 to go to public vote like making the mayor an elected
23 official for a two-year term and the four
24 commissioners to four-year terms.  Also term limits
25 for each such as two terms, then sit one before

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Pages 218..221

Page 218

1  trying to serve again."
2              And you say that you will have to look
3  into it, but that you're sure that it would, then the
4  conversation continues from there.
5              Why was Mr. Nuci asking you that
6  question?
7              MS. EBERLINE:  Objection, calls for
8  speculation.
9       A.    I do not know.  That would be a
10 question for Mr. Nuci.
11 BY MR. COLAVECCHIO:
12      Q.    Did you have other conversations with
13 him about changing the terms of commission elections?
14      A.    Not that I recall.
15      Q.    Did you have conversations with any
16 other commissioners about changing the terms of
17 commission elections?
18      A.    No.
19      Q.    Then on page 10028, he continues to
20 explain his proposal.  And you say that you recommend
21 talking with the other commissioners and it would
22 make it more mayor-council-manager form depending on
23 the language.  What do you mean by a
24 mayor-council-manager form?
25      A.    It's potentially where the mayor is

Page 219

1  elected at large, individual from the other council
2  members.  It would be a completely different form of
3  government where you have mayor, individual council
4  and then a manager over the day-to-day -- it's a
5  completely different form.  I was underneath the
6  mayor-council-manager form of government when I was
7  in Osage City.
8       Q.    Would the council be elected based on
9  wards for districts?
10      A.    No, not necessarily.
11      Q.    So everyone would still be elected at
12 large potentially?
13              MS. EBERLINE:  Objection, calls for
14 speculation.  Go ahead.
15      A.    Yeah, that would have been what the
16 commission's desire was to do.
17 BY MR. COLAVECCHIO:
18      Q.    Was there any follow-up on this
19 proposal?
20      A.    I think we may have had a verbal
21 conversation in regards to it.  And then once I
22 explained that the difference between the
23 mayor-council and the manager form of government, I
24 don't think he was necessarily in favor of having a
25 mayor who has more power than any of the other

Page 220

1  council members.  So that's why he -- he didn't want
2  to divide the council.  But this is speculation.  But
3  I believe that's what the conversation revolved
4  around.
5       Q.    Okay.  Has a resident ever come into
6  your office or come up to you to tell you that they
7  encountered issues figuring out how to vote in an
8  election?
9       A.    Not to me, no.
10      Q.    I'll show you another document.  Okay.
11 This document has been marked in the litigation as
12 Dodge City 0000602.
13      A.    I'm familiar with this document.
14      Q.    Okay.  So this is an email
15 conversation between you and Ernestor de la Rosa in
16 June 2020 about bilingual poll workers?
17      A.    Yes.
18      Q.    Do you recall which employees assisted
19 as bilingual poll workers?
20      A.    I do not remember all of the employees
21 that assisted.  I do remember Coral Lopez
22 specifically and Connie Marquez, but I believe there
23 was more.  I just do not remember who all was able to
24 assist in that.  We opened it up to all of our
25 employees.  We allowed them to receive their city pay

Page 221

1  to do so without having to take vacation time.  But
2  they also were able if they wanted to be paid as a
3  polling worker or as an employee for the election
4  office, they could do that, but they would be paid at
5  that rate rather than at their city rate.
6       Q.    Okay.  And do you know whether there
7  had been bilingual poll workers prior to 2019?
8       A.    Yes, there has been.
9       Q.    I'll show you another document.  This
10 document has been marked in litigation as Dodge City
11 0012131.  It's a work session agenda from
12 February 1st, 2021, and there is just one agenda item
13 here it seems that says "Interviews and discussions
14 with the commission candidates."  Do you remember
15 this work session?
16      A.    I do remember the work session
17 vaguely, yes.
18      Q.    Can you tell me what the discussion
19 was?
20      A.    I believe that they interviewed a
21 couple of candidates and talked about some of the
22 individuals that applied to be on the commission, but
23 no decision was made during that work session.  I
24 believe they just asked questions of some candidates.
25      Q.    Okay.  And were these discussions with

Page 222

1  commission -- with candidates running for commission?
2      A.      I don't recall, but I -- I'm sure it
3  was.
4      Q.      Was -- was there any Spanish
5  interpretation available for this?
6      A.      At all meetings Spanish interpretation
7  is available, all public meetings.
8      Q.      But no one was doing it
9  simultaneously?
10     A.      No.
11     Q.      And as a general matter, there's not
12 simultaneous interpretation into Spanish of candidate
13 forums, right?
14     A.      Candidate forums?  Of city commission
15 meetings, no.  We don't handle candidate forums.
16     Q.      Okay.  Have you been -- how have you
17 been assisting the City with this litigation?
18             MS. EBERLINE:  Object to the form of
19 the question.
20     A.      I'm the primary contact between the
21 attorneys and the commission and since it involves
22 the City I am involved in almost every aspect of it.
23 BY MR. COLAVECCHIO:
24     Q.      Why have you been sitting in on
25 depositions of other witnesses?

Page 223

1      A.      As representative for the City.
2      Q.      Did you talk to any witnesses for the
3  City about their testimony beforehand?
4      A.      No.
5      Q.      Did you talk to any witnesses about
6  their testimony during their depositions?
7      A.      No.  During the depositions, no.
8      Q.      Have you taken any notes on the
9  depositions that you've sat in on?
10     A.      No, I did not.
11     Q.      I believe this is my last document.
12 We might not finish right at 6:00 my time, but I
13 think we'll be close.  I'll need like a small break
14 just to do any cleanup.  I just wanted to give you an
15 update on timing.
16             MS. EBERLINE:  I appreciate that.
17 Thank you.
18             THE WITNESS:  Yeah, thank you.
19 BY MR. COLAVECCHIO:
20     Q.      This document has been marked in
21 litigation as Dodge City 0004099.  And it's an email
22 dated January 31st, 2023, where you forward to
23 Ms. Eberline an email from Debbie Cox about the 2011
24 investigation of the City's compliance with the
25 Voting Rights Act conducted by Bruce Adelson.  And

Page 224

1  you also forwarded a number of documents related to
2  that investigation; is that right?
3              MS. EBERLINE:  Counsel, I'm going to
4  want to take a look at this document to ensure
5  whether this may have been an inadvertent production.
6  I'm okay with you asking him what it is, but I may
7  need to take a second look at it as something he had
8  sent to me.
9              MR. COLAVECCHIO:  Okay.
10             MS. EBERLINE:  Let's start and I'll
11 object and direct him not to answer if there are
12 questions, if things get too far, if that seems
13 reasonable and we'll see how far we can get.
14             MR. COLAVECCHIO:  Sure.
15 BY MR. COLAVECCHIO:
16     Q.      Why did you send these documents?
17             MS. EBERLINE:  And so, Mr. Hernandez,
18 if the answer to that question would require you to
19 disclose attorney-client privileged communications or
20 attorney-client advice, then I direct you not to
21 answer the question.
22     A.      It would be attorney-client.
23 BY MR. COLAVECCHIO:
24     Q.      Who have you spoken to about the 2011
25 investigation?

Page 225

1              MS. EBERLINE:  Again, absent any
2  communications with counsel, I assume is what you're
3  asking for.
4              MR. COLAVECCHIO:  Right.  Well, I want
5  to know if he has spoken to counsel about it, but I
6  would not be asking about the substance of those
7  discussions.
8              MS. EBERLINE:  Fair enough.
9              Counsel, employees, public members,
10 commissioners.  Anyone who asked about it.
11             MS. EBERLINE:  About the 2011?
12             THE WITNESS:  Oh, 2011.
13             MS. EBERLINE:  About the 2011
14 investigation?
15             THE WITNESS:  Sorry.  I thought you
16 were talking about the ACLU, I apologize, about this
17 current lawsuit.
18     A.      The 2011 would be counsel only, maybe
19 Melissa McCoy, assistant city manager.
20 BY MR. COLAVECCHIO:
21     Q.      Why would you have talked to
22 Ms. McCoy?
23             MS. EBERLINE:  Again, if that answer
24 requires you to disclose attorney-client privileged
25 information, I direct you not to answer.

Page 226

1    A.    Attorney-client.
2  BY MR. COLAVECCHIO:
3         Q.    My next question will be free of any
4  privilege concern I think.
5               What is your understanding of what
6  happened during the 2011 investigation?
7         A.    I don't have any understanding.  I was
8  not involved.
9         Q.    You didn't learn anything about it
10  after the fact, outside the context of this lawsuit?
11        A.    I learned that it took place in 2011,
12  that there was some communication.  That would be
13  honestly -- it would be attorney-client.  It's what I
14  learned from counsel.
15        Q.    Okay.  So you weren't aware of it
16  before this lawsuit?
17        A.    Absolutely not.
18        Q.    Okay.
19              MR. COLAVECCHIO:  Okay.  Can we take a
20  five-minute break so I can look over my material, see
21  if there's anything else I need to ask and then we
22  can close it out?
23              MS. EBERLINE:  Sounds good.
24              MR. COLAVECCHIO:  So back at like 4:58
25  -- or 6:00, either is fine.

Page 227

1               MS. EBERLINE:  That's fine.
2               THE VIDEOGRAPHER:  Time on the monitor
3  is 4:54 p.m.  We're now off the record.
4               (Recess.)
5               THE VIDEOGRAPHER:  Time on the monitor
6  is 4:59 p.m.  We're now back on the record.
7  BY MR. COLAVECCHIO:
8         Q.    So a few more questions and they're
9  about this 2011 investigation.  The first email in
10  the chain -- actually let me pull it back up for you.
11  The document is still in the Chat so I'll just share
12  my screen.  Okay.
13              So the first email in this document
14  actually before you forward the information to
15  counsel is from Debbie Cox, dated January 31st, 2023,
16  and I'm wondering why Ms. Cox forwarded that
17  information to you.
18              MS. EBERLINE:  Objection, calls for
19  speculation.  Go ahead.
20        A.    I believe this document was requested
21  by the plaintiffs to be produced and myself and Brad
22  Ralph, city attorney, received that information and
23  forwarded it onto Ms. Eberline as requested.
24  BY MR. COLAVECCHIO:
25        Q.    Okay.  Did you have a conversation

Page 228

1  with Ms. Cox about this investigation?
2         A.    No.
3         Q.    Did you have a conversation with her
4  about collecting documents related to it?
5         A.    Only those that were requested to be
6  produced.
7         Q.    Did you have any phone calls with her
8  prior to receiving this email?
9         A.    On this subject, no, not that I
10  recall.
11        Q.    Did you have any calls with her about
12  this litigation in general?
13        A.    She is aware that the litigation was
14  taking place.
15        Q.    And kind of taking more of a step
16  back, I want to ask some follow-up questions on what
17  precisely you did to prepare to speak on the topic
18  that's at issue with this document, so I'm going to
19  pull up the list of topics again.
20              So Topic 13 is any request for
21  information or communication from the United States
22  Department of Justice from 2011 to present regarding
23  Dodge City's at-large method of election.  And Topic
24  14 just kind of related, asks about any research
25  analysis or investigations conducted by Ford County

Page 229

1  and/or Dodge City initiated in 2011 or thereafter
2  regarding whether Dodge City's at-large method of
3  election violates Section 2 of the Voting Rights Act.
4               Can you walk me through what exactly
5  you did to prepare for these topics?
6         A.    For these two topics?
7         Q.    Right.
8         A.    Topic 13, I knew there was never any
9  request from the Department of Justice to the City,
10  so that was the end of that on No. 13.
11              On No. 14, any research analysis or
12  investigations by Ford County, Dodge City, initiated
13  in 2011, there were no -- no research analysis or
14  investigations in regards to Dodge City that we were
15  noticed upon by -- by anyone.  If there was any
16  conversations, that would have taken place between
17  the Ford County clerk and Nannette Pogue.  That's all
18  I remember of the situation personally.  That was my
19  preparation, the extent of it.
20        Q.    Okay.  So you did not review any
21  documents or talk to any people about requests from
22  the Department of Justice regarding Dodge City's
23  at-large method of election?  You only looked at
24  documents that would have been communications from
25  the Department of Justice to Dodge City?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

Page 230

1    MS. EBERLINE:  Object to the form of
2  the question.  Go ahead, Nick.
3        A.    The only thing I did in regards to
4  this question, there was no communication from the
5  Department of Justice to the City of Dodge City or
6  any request for information from the Department of
7  Justice to the City of Dodge City.
8  BY MR. COLAVECCHIO:
9        Q.    So you did not review any documents
10 where there were discussions by people working for
11 Dodge City, like people in your position as city
12 manager or other city officials or the commissioners,
13 discussing the investigation by the Department of
14 Justice?
15       A.    I stated previously I had seen an
16 email from Nannette Pogue in regards to this -- this
17 investigation in 2011.
18       Q.    Is that the only document that you
19 reviewed on that topic?
20       A.    That I can recall.  That's the only
21 one I know of.
22       Q.    And what was your process for deciding
23 how you were going to be knowledgeable upon this
24 topic?  Was it just whatever you personally knew
25 about?

Page 231

1    MS. EBERLINE:  Object to the form of
2  the question, also direct you not to answer with
3  respect to communications you had with counsel in
4  preparation.
5        A.    The only communication I had with
6  regard to this issue was with counsel.
7  BY MR. COLAVECCHIO:
8        Q.    Were you shown any information that
9  you would not, yourself, have had in your possession
10 from your time as city manager besides the documents
11 that you've already mentioned?
12       MS. EBERLINE:  With respect to these
13 two topics in particular?
14       MR. COLAVECCHIO:  Yes.
15       A.    That's correct.  I would not have been
16 shown this prior to the request to produce these
17 documents.
18 BY MR. COLAVECCHIO:
19       Q.    And you didn't talk to anyone who was
20 around at the time of this 2011 investigation?
21       A.    I had conversations with Cherise
22 Tieben if she had remembered it.  That was about it.
23 And that was just in passing, very quick.  Hey, do
24 you remember this, as we were producing the document
25 and that was it, outside of counsel.

Page 232

1        Q.    Okay.
2        MR. COLAVECCHIO:  I will just want to
3  note for the record that the deponent was unprepared
4  on several topics listed on the Rule 30(b)(6) notice.
5  Despite the fact that he was identified as the most
6  knowledgeable person with regard to these topics, for
7  many questions the deponent answered that he did not
8  know or had no knowledge of the subject of inquiry.
9  To the extent the City has no knowledge of certain
10 topics, that issue was not raised in advance, so we
11 reserve all rights and intend to request a
12 meet-and-confer with defendants to discuss next
13 steps.
14       MS. EBERLINE:  And I would
15 respectfully disagree and we've stated our objections
16 on the record with respect to those topics and don't
17 need to go on from there on the record.  I will say
18 with respect to topics 13 and 14 defendants have
19 answered written discovery on those topics and
20 identified there was no Department of Justice request
21 for information so I'm not sure -- he can't testify
22 to documents that don't exist.  But we'll leave it at
23 that and we'll be happy to engage in a
24 meet-and-confer on topic.
25       I do have -- are you finished with

Page 233

1  your questions?  I have just a few follow-ups if
2  you're finished.  I don't want to interrupt yours.
3        MR. COLAVECCHIO:  Yes.  I'm finished.
4  CROSS-EXAMINATION
5  BY MS. EBERLINE:
6        Q.    Mr. Hernandez, just a few follow-ups.
7  At the beginning of the deposition, Mr. Colavecchio
8  asked you some questions about what you did to
9  prepare for this deposition.  You mentioned our
10 meeting related to the deposition.  Have you also
11 participated in a number of depositions, or
12 witnessed, at least, a number of depositions from
13 this case throughout the case?
14       A.    I have witnessed several depositions,
15 yes.
16       Q.    And have you been involved in the
17 written discovery responses throughout this case?
18       A.    Yes, I have.
19       Q.    And have you been involved with the
20 document review and production in this case as
21 requested by counsel?
22       A.    Yes, I have.
23       Q.    And have you had numerous
24 conversations with counsel about each of the topics
25 requested throughout the written discovery process in

Page 234

1   this case?
2       A.      Yes, I have.
3       Q.      And have many of those topics been the
4   same topics that were identified for your preparation
5   in the 30(b)(6) notice?
6       A.      Yes, it has.  That's correct.
7       Q.      So throughout the past many months of
8   this case, have you been involved in educating
9   yourself on the City's information related to each of
10  the topics identified?
11      A.      Yes, I have.
12      Q.      Okay.  And is that true with respect
13  to topics 13 and 14 as well, related to the
14  Department of Justice's investigation of Ford County?
15      A.      That is correct.
16      Q.      I want to show you one document.  I'll
17  see if I can get it to drag in.  Let me see if I can
18  share my screen as well.  Okay.
19              Are you seeing the April 15th, 2019,
20  city commission meeting minutes?
21      A.      Yes, I am.
22      Q.      And this is Bates labeled Dodge City
23  0002016.  Do you see that?
24      A.      Yes.
25      Q.      You answered some questions earlier

Page 235

1   today related to an inquiry that Ms. Scoggins had
2   made related to whether the commission may be
3   interested in considering moving from at-large
4   elections to district elections; do you recall that?
5       A.      Yes, I do.
6       Q.      And if I scroll to the second page of
7   this document, which is Bates labeled 0002017, there
8   is a portion that's sort of highlighted in yellow
9   there at the end under new business; do you see that?
10      A.      Yes, I do.
11      Q.      And it states there that the city
12  attorney discussed with the commission a question
13  that had come up at a previous commission meeting
14  regarding moving the city elections from at large to
15  a combination of wards and at-large positions.  And
16  then it states that Brian Delzeit and Joyce Warshaw
17  voiced that they were opposed to staff continuing to
18  look into this process further; do you see that?
19      A.      Yes, I do.
20      Q.      And then it states that Ms. Scoggins
21  was in favor and there was not a majority of the city
22  commission requesting further information; do you see
23  that?
24      A.      Yes, I do.
25      Q.      Does that refresh your recollection

Page 236

1   with respect to the commission's decision not to move
2   forward with continuing to look into a change to
3   wards at that time in 2019?
4       A.      Yes.  At that point the city manager
5   and city staff would not be researching or looking
6   into that issue whatsoever.
7       Q.      Okay.  You were also shown a document
8   that was Bates labeled 12131, and I'm not asking you
9   to remember which one that was, but it was an agenda
10  I believe from a February 1, 2021, commission work
11  session.  And the document stated under the work
12  session topics, interview and discussions with the
13  commission candidates; do you recall that?
14      A.      Yes, I do.
15      Q.      Was that an interview and discussion
16  with commission candidates who were running for
17  election or were those commission candidates who were
18  interested in being appointed to a term that was open
19  from a commissioner who had stepped down?
20      A.      That was to fill the appointment for
21  the open position.
22      Q.      Okay.
23              MS. EBERLINE:  That is all I had.
24  Thank you very much, Mr. Hernandez.
25              MR. COLAVECCHIO:  Nothing further for

Page 237

1   me.
2               MS. EBERLINE:  He will read and sign.
3               MR. COLAVECCHIO:  I want to thank you
4   for your time.
5               MS. EBERLINE:  Are we off the record?
6               THE VIDEOGRAPHER:  I wanted to be sure
7   no one had anything else to say first.  The time on
8   the monitor is 5:16 p.m.  We are now off the record.
9               THE REPORTER:  Could I have your
10  transcript orders, please.
11              MR. COLAVECCHIO:  Sure.  For my side
12  just a standard transcript.
13              MS. EBERLINE:  E-Tran for us, please.
14              MS. WAKNIN:  I'd like a PTX file along
15  with the transcript.  My name is Sonni Waknin.
16              (Deposition concluded at 5:16 p.m.)
17
18
19
20
21
22
23
24
25

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
30(b)(6)                Nickolaus Hernandez on 07/25/2023                Pages 238..240

---

**Page 238**

```
1
2
3        _____
4             NICKOLAUS HERNANDEZ
5
6             Subscribed and Sworn to before me this
7     ____ day of _____, 2023.
8
9
10       _____
11             Notary Public
12
13             County of _____
14
15             State of _____
16
17   Miguel Coca, et al. v. City of Dodge City, et al.
18
19
20
21
22
23
24
25
```

**Page 239**

```
1             ERRATA SHEET
2   RE: Miguel Coca, et al. v. City of Dodge City, et al.
3   DEPOSITION OF:  NICKOLAUS HERNANDEZ
4   PG/LN NO.   CORRECTION      REASON FOR CHANGE
5    :_____:_____:_____
6    :_____:_____:_____
7    :_____:_____:_____
8    :_____:_____:_____
9    :_____:_____:_____
10   :_____:_____:_____
11   :_____:_____:_____
       `
12   :_____:_____:_____
13   :_____:_____:_____
14   :_____:_____:_____
15   :_____:_____:_____
16   :_____:_____:_____
17   :_____:_____:_____
18   :_____:_____:_____
19
     _____ I certify that I have read my deposition in
20   the above case and I request that no changes be made.
     _____ I certify that I have read my deposition in
21   the above case and I request that the above changes
     be made.
22
             SIGNATURE OF DEPONENT:
23   _____
24       DATED: _____
25
```

**Page 240**

```
1           C E R T I F I C A T E
2        I, TERRI L. HUSETH, a Certified Court
3   Reporter, do hereby certify:
4        That prior to being examined the witness was
5   by me duly sworn;
6        That said deposition was taken down by me in
7   shorthand at the time and place hereinbefore stated
8   and was thereafter reduced to writing under my
9   direction;
10        That I am not a relative or employee or
11   attorney or counsel of any of the parties, or a
12   relative or employee of such attorney or counsel, or
13   financially interested in the action.
14        WITNESS my hand and seal this 10th day of
15   August, 2023.
16
17
18              Terri L. Huseth
19        TERRI L. HUSETH
20        CSR 1355
21
22
23
24
25
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                    Index: $2.5..2

**$**

$2.5   165:15

$400   217:11

$600   217:12

$600,000
 165:11,17,
 23

**0**

0000602   4:12
 220:12

0002006   3:23
 142:21

0002013   3:21
 127:6

0002016   4:19
 234:23

0002017
 235:7

0002137
 213:19

0002902   4:4
 163:20

0003057   3:14
 104:20

0003059   3:16
 108:25

0003060   3:17
 112:6

0003073   3:19
 116:23

0003426   3:11
 22:11

0003493   3:12
 32:19

0003662   4:6
 179:2

0004099   4:18
 223:21

0005652   3:25
 157:17

0005690   4:2
 158:2

0010025
 214:12

0012131
 221:11

0012168   4:5
 177:24

0012372   4:7
 181:3

002137   4:9

010025   4:10

**1**

1   2:6  5:3
 13:14
 124:14
 205:25
 236:10

1,508   118:5

1-13-2023
 3:11

10   54:17
 55:14

100   26:3,5
 153:5,15
 162:25
 178:23
 188:23

10006   2:6

10025   214:23

10026   217:9

10027   217:20

10028   218:19

10:08   5:1,7

11:20   59:3

11:25   59:1

11:27   59:6

12131   4:16
 236:8

12:16   94:5

13   22:12
 97:24
 138:2
 141:9
 228:20
 229:8,10
 232:18
 234:13

13th   6:8

14   140:5
 141:9
 228:24
 229:11
 232:18

234:13

1400   2:17

15   26:2
 54:16,24
 55:15
 83:4,7
 175:2
 208:22

150   208:15

15th   4:19
 234:19

16   3:24
 142:22
 199:2
 206:25

17   19:14
 30:11,13

18   14:5

1970   126:1

1970s   124:19

1978   6:8

1:00   94:8

1st   4:17
 137:24
 221:12

**2**

2   33:11
 112:25
 117:4
 118:3
 127:12
 136:8,15

140:8
229:3

**2.5** 165:9

**20** 20:5
41:16
92:12
208:15
213:13

**200** 164:19
217:11,12

**2008** 203:24

**2011** 136:24
137:5,8,16
138:4,9
139:15,22
140:7,17
141:15,19
142:5
203:21,25
223:23
224:24
225:11,12,
13,18
226:6,11
227:9
228:22
229:1,13
230:17
231:20

**2012** 171:4

**2013** 160:4
171:5
186:3

**2014** 82:4,
5,7,9 99:3

115:18
124:5,14,
18 125:24
137:7,10,
24 141:17

**2015** 3:24
142:22

**2015-2** 3:23
142:22

**2016** 113:8
114:21

**2016/2017**
202:25

**2018** 126:13

**2018/2019**
81:18

**2019** 3:22
4:19 127:8
186:8
221:7
234:19
236:3

**2020** 4:14
113:8
114:7,21,
22 115:2
186:9
203:21
205:5
206:1
217:4
220:16

**2021** 4:9,17
97:6
213:22

221:12
236:10

**2022** 4:1,3
153:18
157:18,20
158:4
162:8
214:2

**2023** 3:14
4:6,18
14:5 22:12
32:23
104:21
115:12
179:3
223:22
227:15

**2100** 6:5

**212.225.2000**
2:7

**22** 163:6

**233** 3:7

**24** 13:14

**250** 164:20

**250,000**
184:6,8

**250,000-and-
above-type**
184:3

**25th** 5:6

**260** 207:21

**27,000** 43:7
184:12

**2903** 165:7

**2:00** 93:25

**2:29** 149:16

**2:40** 149:14

**2:41** 149:19

**2nd** 43:2
154:2
158:3

_____

**3**

_____

**3** 33:21
121:12
122:15

**30** 208:15

**30(b)(6)**
9:19,21,22
10:3,7,13
19:12
31:15
45:11
64:24
117:25
164:1
193:20
198:13
232:4
234:5

**310.208.8431**
2:13

**31st** 4:18
223:22
227:15

**3250** 2:12

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

30(b)(6)                                                          Index: 35..accusations

35    174:25

365    176:10

3:51    193:14

_____

**4**

4    3:22  4:1
  119:1
  127:8
  157:18

40    26:5
  185:5

40-plus
  196:24

42.49    34:3

4:00
  193:11,17

4:54    227:3

4:58    226:24

4:59    227:6

_____

**5**

5    34:19
  82:23
  83:22
  84:13
  120:13

5-0    55:12,
  13

50    26:3
  55:10,12
  56:6

50,000    184:7

53    113:1,7
  114:25

54.07    33:23

5705    158:9

5:00    193:10

5:16    237:8,
  16

_____

**6**

6    3:6
  158:10

63.8    113:12
  115:2

63.81    33:12

65    174:24

66210    2:17

67801    6:6

6:00    223:12
  226:25

_____

**7**

7    4:3  123:3
  157:20
  158:4

70s    124:23

7500    2:17

_____

**8**

8    4:9  82:21
  213:22

80    175:1

85    175:1

_____

**9**

90    46:23

90-day    87:9

90095    2:12

90s    150:2

913.498.2100
  2:18

_____

**A**

a.m.    5:1,7
  59:3,6

abilities
  200:22

ability    7:19
  144:16
  157:12
  189:7

absent    225:1

absentee
  101:12

absolutely
  79:16
  149:11
  226:17

accept
  211:18

acceptable
  118:6,14

access    38:23
  43:14,15
  154:24
  160:5,7
  187:14,19
  188:4
  209:23

accessibility
  159:21

accessible
  211:20

accomplish
  39:9  121:1
  130:3
  207:7

accomplished
  192:8
  209:10

accomplishing
  50:8
  208:4,19

account
  37:14
  166:13

accuracy
  33:18,20

accurate
  33:13,16,
  24  34:1,5
  113:4,14,
  17,20
  211:4

accusations
  121:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

achieve
  208:13

achieving
  38:15

acknowledge
  32:13

ACLU  16:12
  23:13 25:5
  29:14
  225:16

acronym  8:23

ACS  114:7,
  22 115:2

act  7:7
  52:8
  119:20
  135:14,17
  136:8,16
  140:9,18
  141:15,21
  223:25
  229:3

acted  54:8

action  40:12
  59:23 60:3
  80:24
  126:19
  127:2
  130:12,14,
  18,25
  159:7
  178:3,7

actions  42:5
  57:4 170:5

active
  144:13

activities
  83:4
  125:16

add  165:10

added
  215:23,25
  216:1

adding
  148:18

addition
  166:18

additional
  118:5
  123:18,21
  147:16
  148:18,23

address  6:4
  153:4
  163:22
  165:4
  167:15
  187:6,11
  212:8

addressed
  39:16 42:2
  55:18
  92:24
  183:6
  207:14
  208:25
  209:9

addresses
  150:17

addressing
  43:12
  107:10

Adelson
  223:25

adjudicating
  64:11,12

administration
  42:2
  69:14,17,
  22,23,25
  148:18
  153:2
  199:12

administrative
  47:18,19
  69:12,19
  70:3,4
  106:5

adopt  72:19
  85:20 86:2
  87:7
  126:21
  134:7
  159:4
  193:4

adopted
  83:15
  126:11
  192:21
  193:1

adopting
  144:20
  158:10
  193:7

adoption
  158:13
  159:8

Adult  186:20

advance
  48:5,13
  77:15
  78:3,9
  232:10

advertise
  122:20

advertising
  41:9 121:7

advice  136:2
  224:20

advisory
  104:12
  105:6,15,
  17 106:20
  107:6,10
  109:7,21
  110:8
  112:21
  149:24,25
  160:1,2,20
  187:5,23

affairs  2:12
  105:8

affect  7:18
  92:24
  200:19
  202:11
  209:4

affects
  148:8

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                Nickolaus Hernandez on 07/25/2023        Index: affiliation..answers

affiliation
  37:17

afoul   120:10

Africa
  186:14
  189:15

age   112:25
  114:25
  118:4,13

agencies
  62:13

agenda   4:2,
  16 48:12
  49:12
  53:7,24
  57:24
  59:11,21,
  25 61:11
  78:6,15,
  17,19
  80:19
  128:5,7
  157:19
  158:3,7
  215:17
  216:2,12,
  13 217:17
  221:11,12
  236:9

agendas   41:5
  48:4,25
  49:6 58:4
  78:8,12

agree   58:5
  119:1

agreement
  178:10

agreements
  62:4 178:7

agrees   123:5

ahead   17:23
  19:17
  20:16 23:4
  27:7 34:7
  35:14
  41:24 43:5
  44:3 45:22
  48:9,16
  49:16 51:4
  52:21
  64:24
  66:7,25
  82:19 86:6
  92:9 93:20
  110:16,17
  123:12
  125:3,25
  129:25
  131:16
  134:13
  140:3
  141:24
  145:22
  148:2
  158:22
  160:24
  161:12
  162:13
  164:2
  167:9
  169:3
  170:9

174:23
  175:14,23
  179:18
  180:22
  184:1
  185:14,25
  190:9
  195:9
  198:19
  201:12
  206:5
  216:25
  219:14
  227:19
  230:2

ahold   93:13

Alejandro
  47:21
  106:13

alleged
  28:21

alleging
  29:16

allocate
  165:23

allocated
  162:15
  163:1

allowed   54:1
  55:17
  196:10
  214:4,7
  220:25

allowing
  52:11

alongside
  77:15

alternatives
  86:23

America
  186:13

American
  113:9
  114:21
  115:1

analysis
  34:25 35:7
  135:20
  136:14
  140:5,12
  166:1,18
  167:11
  228:25
  229:11,13

and/or   229:1

Angela
  150:22

Angeles
  2:11,12

animal   40:2

annoying
  108:4

annually
  186:7

answering
  10:18
  84:13,16

answers   8:11
  10:3,8

141:16

anticipate
  14:7

anymore
  202:20

anytime
  40:10
  51:20

apathy
  143:23

apologize
  158:8
  225:16

APPEARANCES
  2:1

appearing
  2:3,10,15
  5:17

Appleseed
  24:5
  197:9,20

applications
  215:5

applied
  97:22
  205:9
  221:22

apply  136:10

appoint
  217:2

appointed
  203:1
  205:7

236:18

appointing
  98:6

appointment
  98:17
  202:17
  236:20

appointments
  99:1

approachable
  209:21
  212:21

approve
  73:18
  98:16,19

approved
  52:24
  73:17
  79:23
  98:15,21
  187:10

approximately
  13:24,25

approximation
  26:2

April  4:19
  234:19

area  56:5
  179:24
  184:9
  201:16,19

areas  167:17
  183:17

Arena  150:7
  151:11

arise  211:22

Arjon  47:20
  104:22,25
  105:1,2,3
  107:12
  112:7
  118:17

Arjon's
  3:17,19
  108:23
  112:13
  113:18
  116:24

Arkansas
  203:16,19,
  20  215:9

arm  160:3

arrange
  61:20
  147:14

arranges
  61:23

arranging
  103:10

arrest  172:7

arrestable
  171:6,8

arrested
  171:15,17,
  19,20

arrests
  91:6,9

173:18

arrived
  91:22
  170:19

Ashland
  199:3,4

Asia  186:14
  189:15

asks  55:19
  138:2
  188:9
  217:20
  228:24

aspect
  222:22

assess
  135:17
  208:19

assessments
  159:14,18

assist
  220:24

assistance
  159:19

assistant
  47:18,19
  69:18
  95:13,19
  106:5
  160:18
  225:19

assistants
  69:19 70:5

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

assisted
  220:18,21

assisting
  222:17

assume   9:1
  10:8 34:9
  113:5
  115:7
  135:21
  147:5
  225:2

Assumes
  170:8

assumption
  113:10
  114:4

at-large   7:9
  23:22
  24:25
  25:15
  27:17
  28:2,5,8,
  13,16,21
  29:5,10,17
  82:25
  84:15
  86:16
  123:25
  124:22,24
  126:6,10,
  17 136:7,
  14,25
  137:5
  138:5,10
  139:16,23
  140:8,17

141:20
142:6
181:24
182:6,24
183:10,15,
24 191:1,
18 194:1
208:3
228:23
229:2,23
235:3,15

attaches
  157:19
  158:7,8

attachment
  30:23
  31:21 92:9
  108:1,23
  112:13
  115:23
  116:21
  157:25
  158:22
  179:17

attacks
  200:20

attainment
  34:17,20,
  25

attend
  133:19
  164:16
  205:18

attendance
  56:7
  128:11

attended
  133:16
  206:22
  210:12

attendees
  122:18

attending
  53:21
  57:11

attention
  167:5

attorney
  5:19 8:13
  11:24
  12:16,17
  13:17,18
  15:3 17:21
  22:20
  26:19
  52:10
  64:15,18
  66:18
  136:2
  150:25
  174:15,16
  227:22
  235:12

attorney's
  124:11

attorney-
client
  135:22
  136:18
  224:19,20,
  22 225:24
  226:1,13

attorneys
  15:15 16:6
  18:18
  86:22
  222:21

attracted
  207:19

audience
  53:15,25
  54:19
  55:11,21
  112:9
  164:9,11

August   6:8
  153:18

aunts   206:19

authored
  22:13

authority
  64:14,16
  72:23,24
  74:2
  87:12,16
  151:12
  200:21

authorize
  155:14

automatic
  201:3

average
  55:2,6
  145:13

avoid   208:11

aware   50:17

76:12
86:17
96:21 97:4
115:19
120:4
123:22
136:23
137:16
138:11,12,
15 191:17,
18 215:13
226:15
228:13

**B**

**Bachelor**
199:10

**back** 19:22
24:8 25:12
35:4 58:17
59:6 77:3
84:18
93:25 94:8
115:24
121:16
124:10
131:2
142:13
146:16
149:14,19
173:16
177:10
185:7
193:10,17
205:3,6,10
216:8
226:24

227:6,10
228:16

**background**
173:9

**bad** 167:20

**ball** 151:11

**ballot**
143:22
162:7
163:6

**ballots**
134:22

**ballpark**
26:2

**banking**
110:20

**baseball**
38:21
150:6
212:15

**based** 20:2
23:20
37:21
56:21
59:25 74:3
84:4
113:8,17,
20 124:1
133:17
141:16
144:21
161:17
167:23,25
174:24
184:4

198:3
219:8

**basement**
142:16

**basically**
36:9 72:23
179:9
196:23
200:14

**basis** 38:19
51:12
91:25
159:1
209:7

**Bates** 3:10
31:6
234:22
235:7
236:8

**beating**
189:2

**beautiful**
23:23

**began** 69:11
104:7

**begin** 155:8
186:10

**beginning**
5:3 114:18
141:17
193:23
233:7

**behalf** 3:4
5:18 10:4,

15 11:15
16:12
55:14
194:11,22
204:15

**belong**
199:25
200:4,6
201:1,2,
16,18
202:19

**belonged**
200:24

**belonging**
200:3

**belongs**
201:2,4

**benefit**
188:3

**benefiting**
163:15

**benefits**
159:20
161:15

**bet** 86:13

**bid** 70:15

**big** 174:20

**bigger** 43:13

**biggest** 37:9
207:16

**bilingual**
4:15
220:16,19

221:7

**bill**
120:18,21

**bit** 19:7
38:13
69:22
78:24
106:15
107:16
112:24
120:22
128:14
176:3
196:7
213:8

**biweekly**
23:6

**Blanca** 26:12
97:5,9

**blanket**
32:11

**blanketly**
42:15

**blind** 40:24

**blindly**
217:2

**board** 89:12,
13 90:1,4
97:11
104:12
105:6,15,
17 106:20,
23 107:6,
10,23
109:8,21

110:8
112:21
149:24,25
150:20
151:5,7
160:1,2,3,
20,21,25
161:4,7
187:5,23
202:8
203:1

**boardroom**
43:20

**body** 37:1
130:17

**bold** 117:21

**bono** 5:15

**Boot** 43:18

**born** 6:7

**bother** 209:4

**bottom** 30:4
143:21

**Boulevard**
2:17

**boundaries**
184:9

**Brad** 2:22
5:19 12:2,
16 13:5
22:21
179:3
227:21

**brag** 189:4

**break** 9:5,7,
10,11
58:10,13,
18 93:24
149:10,12,
22 193:10
223:13
226:20

**breaking**
58:10

**breaks** 9:4,6
166:3

**breathed**
191:25

**Brewster**
179:4,8,14
181:11

**Brian** 235:16

**briefly**
126:14
140:4

**bring** 14:1
15:21
37:3,12,19
38:6,11
57:16,18
66:8,13
98:11
160:15
186:17,20
187:16
202:12
203:7
206:9
212:8

**bringing**
38:14
40:23

**brings**
186:12

**broad** 116:13

**broad-based**
39:5 162:1

**broadcasts**
151:23

**broader**
39:20
150:13,16

**broadly**
116:8

**broke** 172:19

**broken** 91:17
175:16

**brought**
14:3,16
18:6 81:19
126:13
133:6
159:7
189:20
205:6

**Bruce** 223:25

**budget** 72:19
79:18,22,
24 80:2,5,
13 81:3
90:25
92:22
151:9,13

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

157:1,2,8, 12 159:14, 19,22 161:10,22 166:11 168:5

**budgeted** 161:19

**budgets** 79:20,23 157:11

**builders** 39:2

**building** 2:12 37:10 71:15 72:6,7 152:20 153:1,4,18 154:9

**built** 189:10

**bulk** 144:12

**bull** 39:22 40:7 77:10 93:3

**bullet** 113:12 165:10

**bullets** 165:8

**bump** 209:13 210:1

**bureau** 114:4,19

115:7

**Burns** 163:21

**Burns'** 165:6

**buses** 157:3

**business** 24:15 37:15 39:2 53:3,25 54:2 68:5 127:13 150:24 155:5,6,7, 11,12,15, 18 177:9 202:11 235:9

**businesses** 52:23

————————
C
————————

**calendar** 157:20

**California** 2:12

**call** 52:7 66:14

**called** 30:4 51:19 53:11 72:22

**calls** 34:6 115:4 145:21 147:18

218:7 219:13 227:18 228:7,11

**candidate** 94:11,12, 19,22 99:7 115:13,15 116:7 120:9 222:12,14, 15

**candidates** 24:3,11 26:7 94:13,25 96:4,13,14 97:14 98:11 99:11 116:5,6,9 215:6 221:14,21, 24 222:1 236:13,16, 17

**candidates'** 95:25

**canvass** 115:25

**canvassed** 115:20

**canvassing** 109:18 110:19 116:1,3,6

**capacity** 10:8,19,25 11:1 44:8, 11 85:3,4, 22 86:1 90:2 91:12 95:7 106:9 114:15 117:25 125:11,12, 19 145:19 146:17 156:15,18, 21,25 173:10 174:10 183:1 184:22 185:8 201:8

**capital** 162:2

**captures** 58:6

**care** 159:21,22 187:14,19 210:9 212:8

**careful** 8:8

**carried** 176:19

**case** 5:16 13:4 17:18 26:20 27:4 78:14

134:12
137:25
172:13
178:17
204:21
233:13,17,
20  234:1,8

cases  204:8,
11,18

Cassandra
47:17

cataloguing
191:5

categories
20:16
30:25
45:10

category
19:12
83:10  86:5
93:18
139:19

caught  25:9

caveats  86:7

celebrate
186:4

celebrates
186:12

census
20:10,13
114:4,19
115:7
187:7,9

center

43:19,20
150:8
152:14
186:20

centers
115:21
116:18

central
42:25

ceremonies
74:22

certain-size
184:2

CFO  150:23

Chaffin
153:5

chain  4:6
66:9  179:2
227:10

chair  150:22

challenge
181:22
183:8
185:8

challenges
37:4
189:18

chamber
36:6,11
89:10,13,
15,18,22
90:1,6
92:14
164:12

201:16,19
202:8

chambers
43:16

change  24:25
25:14
29:23
82:15
83:10,14
84:2,22
85:11
87:2,4,19
88:1,3
127:1
135:1
143:7
148:15
155:1
171:1,4,8
211:10
217:13,21
236:2

changed  19:3
20:4,9

changing
28:10 83:2
85:7 86:15
126:20
127:15
183:5
218:13,16

Channel
123:3

charter
87:1,3,5,
6,19 88:2,

3

Chat  11:6
21:23,25
31:24
104:14
111:22
116:21
127:5
227:11

check  33:15
157:19
215:25

checking
123:8

cheerleaders
189:3

cheese-
processing
207:21

Cherise  4:5
15:8,11
18:10
177:17
231:21

chest  189:2

chief  90:17,
22  91:2,13
170:12
171:23
172:12
174:14
175:7

child  206:24

childcare
159:20

children
  186:21
  205:18

choose
  132:13
  193:3

chose  184:14

church  209:2

Cindy  47:23

circulated
  133:5

circumstance
  87:15
  97:17

circumstances
  97:3

citation
  91:7
  171:9,11,
  19 172:6
  175:21,25

citations
  91:6
  172:2,18

cited  172:24

cities
  119:4,9
  146:2,3,8,
  10,18
  147:1
  188:7
  200:10,21,
  22 204:2,
  24 217:16

citizen
  39:22
  112:25
  118:3,13
  144:17

citizens
  37:16 73:2
  87:17
  88:19
  103:13
  114:25
  150:21
  183:18
  194:6
  203:8
  208:7

citizenship
  187:13

city  2:15
  3:11,12,
  13,14,16,
  17,19,21,
  23,25 4:2,
  4,5,6,7,9,
  10,12,16,
  18,19 5:4,
  5,15,18,19
  6:5 7:8
  9:24,25
  10:1,4,9,
  15,20,25
  11:15
  12:17
  13:17
  16:12 17:3
  18:24 19:1
  20:8,12,25

21:8,12,17
  22:11,18,
  20 23:19,
  23 24:7,
  13,18
  26:25
  27:11,16,
  19 28:12,
  19 29:3,16
  30:14,16,
  17 32:19,
  21,22
  33:2,3,4,
  6,7,8
  34:24
  35:17,19
  36:22,23,
  24 37:1,5,
  9,20,21,23
  38:3,9,10,
  12,25
  39:13,14,
  16,19,23,
  25 40:13,
  15 41:12
  42:20,22,
  24 43:1,8,
  10,15,23
  44:9,11,
  15,16 45:1
  47:1,5,23
  50:4,12,
  14,23,25
  52:4,10
  54:2,9
  55:10
  56:18,24
  57:3,22

59:10
  60:7,9,10,
  12,15,21,
  23,25
  61:3,5,9,
  14,17,23
  62:5,18
  63:10,16,
  24 64:15,
  18,21
  65:8,19
  66:18
  67:23
  69:18
  70:22
  71:10,15
  72:21,22
  73:2,22
  74:23
  76:11
  79:11
  80:1,13
  81:2 82:24
  83:5,9,15
  84:1,6
  85:8,16
  86:1 87:3,
  6,13,16
  88:13
  89:11,22
  90:12,13
  92:13
  93:11,13
  94:18,21,
  24 95:7,9,
  13,19,24
  96:7 99:6,
  18 100:6,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023                    Index: ..city

| | | | |
|---|---|---|---|
| 16,21 | 134:7,8, | 18,19 | 197:21 |
| 101:4,7,9, | 16,19 | 159:3,7, | 198:25 |
| 11,19,21 | 135:1,4, | 14,19 | 199:18 |
| 102:2,11, | 12,16 | 160:3,16, | 201:2,4,9, |
| 12,13,17, | 136:6,13 | 18 161:7, | 16,18,25 |
| 22,25 | 137:12,17, | 9,21 | 202:9,17 |
| 103:1,3,9, | 18,19 | 163:20,22, | 203:12,13, |
| 14 104:2, | 138:7 | 23 164:3,7 | 14,15,16, |
| 6,7,20 | 139:10,14, | 165:15,22, | 17,18,19, |
| 105:4,5 | 25 140:6, | 25 166:2, | 20,22,23 |
| 106:16 | 11,16 | 24,25 | 204:1,3,5, |
| 107:15 | 141:6,13, | 167:1 | 14,15,21 |
| 108:24 | 19 142:21, | 168:4,10 | 205:4,7,8, |
| 109:4 | 23,24 | 169:6 | 16,19,20, |
| 110:11,23 | 143:3,7,25 | 170:5 | 24 206:3, |
| 111:4,12, | 144:4,11, | 174:5,16 | 13,15 |
| 14 112:6 | 19,23 | 176:3,11, | 207:2 |
| 113:13 | 145:1,4, | 24 177:6, | 208:7,14 |
| 114:2,16 | 10,12 | 8,9,24 | 209:19 |
| 115:11,12, | 146:17,20, | 178:2,6, | 210:5,18, |
| 15,16,18, | 22,25 | 21,23 | 21,22 |
| 20 116:23 | 147:9,13, | 179:2,23 | 211:5,6,15 |
| 117:18 | 17,24,25 | 180:7 | 213:19 |
| 119:19 | 148:7,10, | 181:2,13 | 214:12 |
| 120:7,16 | 18,22,25 | 182:8,13, | 215:9,13 |
| 121:3,6,8, | 149:3,7,22 | 21,22,25 | 219:7 |
| 13,21 | 150:3,4,22 | 184:15 | 220:12,25 |
| 122:5,9,20 | 151:14,16 | 185:3,4,11 | 221:5,10 |
| 123:9,15 | 152:1,13, | 186:3,19 | 222:14,17, |
| 124:1,21, | 16,20,22, | 187:2,10, | 22 223:1, |
| 24 125:13, | 23 153:6 | 11,21 | 3,21 |
| 14,17,21 | 154:2,18 | 188:15 | 225:19 |
| 126:7,9, | 155:3,10, | 189:9,10 | 227:22 |
| 12,16,21 | 15,17,19 | 190:3,25 | 229:1,9, |
| 127:6,14, | 156:4,5,7, | 191:5,9,16 | 12,14,25 |
| 16,18 | 9,12,18,25 | 193:24 | 230:5,7, |
| 129:1,3 | 157:17 | 194:3,4,5, | 11,12 |
| 133:18 | 158:2,11, | 7,15,19 | 231:10 |

232:9
234:20,22
235:11,14,
21 236:4,5

**city's** 20:20
21:1 27:3,
12 33:12,
23 34:3
44:16
69:13
79:17
82:16
84:14,22
85:7,11
91:15
113:21
136:2,7
138:5,10
139:16,22
140:7
142:5
143:11,19
146:6
194:11,22
202:2
223:24
228:23
229:2,22
234:9

**civic** 43:20
187:5

**civil** 9:23
200:1
203:7

**claim** 7:6
121:14

**claiming**
122:9

**clarification**
39:10,11
170:21
175:5

**clarify** 11:1
18:15
36:16
124:12
137:21
141:18
194:9

**cleanup**
223:14

**clear** 8:3,4,
9 10:18
11:2 13:12
52:8 86:12
138:18
198:1

**Cleary** 2:5
5:14

**clerk** 24:19
47:23
60:7,9,22,
23,25
61:3,5,9,
14,17,23
62:5,18
63:10
65:19
88:11
129:4
133:18
140:21,24

156:4
229:17

**clerk's** 60:7
156:5

**clinics**
187:24

**close** 167:5
223:13
226:22

**closed** 52:3,
6

**closely**
187:14

**clue** 34:9,
22

**Coach** 30:4,9
31:22
32:22 33:8
34:23 35:6

**Coalition**
187:11

**Coca** 5:5

**code** 72:9,
13

**codes** 71:15

**coerce**
121:14
122:10

**Colavecchio**
2:4 3:6
5:13,14,25
14:9,12,14
17:11,14,

20 19:6,
13,21
20:1,19,24
21:6,11,
16,21
27:10
31:5,8,19
32:10,16,
17 34:12
35:16
36:15,19
42:6 44:5,
10,19,23
45:13,25
46:9,18,25
47:4,12
48:11,24
49:5,11,20
51:6 53:6
56:17
57:21
58:5,12,
16,20
59:1,7
60:5 62:17
63:1 64:9
65:1,7,12,
18 66:3,12
67:2,20
68:12,17,
23 69:7
70:18
71:5,16
72:11
73:15
74:5,25
75:16
77:11

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

79:25
81:16
82:1,10,
11,20
83:3,12
84:7,17,25
85:15
86:8,14
87:24
89:8,20
90:5,10,20
91:1 92:11
93:23
94:3,9
110:22
111:11
112:1,4
113:19,24
114:5,12
115:9
117:12
122:3
123:14
124:6,8,20
125:6
126:3
127:3
130:6
131:1,21
133:9
134:3,15
135:24,25
136:12,22
137:14,20
138:17,22
140:4,14,
23 141:11
142:2,10

144:9
145:17
146:1
147:6,23
148:3
149:11,14,
20 152:10
154:3,17
159:2,12
161:2,20
162:17
164:5,21
165:2,21
166:6,12,
23 167:19
168:17
169:1,5,
13,20,24
170:4,11
172:5
173:3,20
174:1
175:6,18
176:1,16,
23 178:15
179:21
180:5,12,
18,25
181:12,17,
21 182:4,
18 184:21
185:6
188:19
190:11,18,
23 191:4,
20 192:3,
10,16,24
193:9,18

194:16,20
195:3,11
196:11,19
197:3,8,
14,24
198:22
201:14
202:14
204:16,23
205:2
206:7
207:4
209:11
210:15
212:9
213:16
216:10
217:8
218:11
219:17
222:23
223:19
224:9,14,
15,23
225:4,20
226:2,19,
24 227:7,
24 230:8
231:7,14,
18 232:2
233:3,7
236:25
237:3,11

**collecting**
228:4

**college**   2:17
90:3

186:20
199:9
202:10

**combination**
235:15

**command**
66:10

**commenced**
5:1

**comment**   54:1
120:16
122:16
123:5
128:3
165:7

**comments**
117:14,15

**commerce**
36:6,11
89:10
164:12
201:17

**commission**
3:21 4:2,
19 23:9
24:3,10
26:8,25
36:2 37:2,
6,20
39:13,14,
16,19,24,
25 40:3,8,
12,13,16,
18,20
41:3,4,13,

Case 6:22-cv-01274-EFM    Document 146-18    Filed 09/22/23    Page 77 of 136

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023    Index: commission's..communicate

18 42:5
43:16 48:4
51:12,13,
15,17,21,
24 52:15,
18,25
53:2,5,13
54:3,9,13
55:2,17,
18,23
56:2,19
57:7
59:11,23
60:3 62:3
71:17
72:16
74:1,6,10,
13,15 75:4
76:6,13,17
77:2,7,19
78:19
79:5,14,
15,17
80:17,20
81:10,19,
24 82:2
84:14
85:19,21
86:2,15,20
87:4,18
89:9,12,25
90:7,11
92:17,22,
23 94:14
96:13,20,
23,24
97:3,10,17
98:4,5,19,

22 99:1,8,
10,23
103:5
122:23
123:9
126:18
127:7,14,
18 129:1,
14,17,22,
23 130:1,
13,14,16,
19,21,24
132:3,4,23
133:3
146:23
154:20,23
157:21
158:3
170:2
183:6,20
192:22
193:1,3
194:3,4
195:14
202:12
211:7
213:13
215:4
217:5,6,21
218:13,17
221:14,22
222:1,14,
21 234:20
235:2,12,
13,22
236:10,13,
16,17

commission's
82:24
89:14
92:13
93:19
219:16
236:1

commissioned
33:1

commissioner
42:13 78:2
98:14,16,
20 127:14
157:19
184:7,12
213:11
215:8,18
217:4,10
236:19

commissioner/
manager
23:19

commissioners
22:18
35:20,24,
25 38:12
41:21
42:9,11,
16,18,21
45:4,8
50:19
51:8,10,11
52:3 53:4,
19 61:15
72:16,19
73:10,17
74:12 75:6

78:11 88:1
92:1 96:9,
10,19
97:14,18
112:19
125:15
127:16
129:7
131:18,23,
25 132:22
133:5
135:5
169:14,19
177:2
183:16
191:14
212:25
213:5,6,8,
12 217:14,
24 218:16,
21 225:10
230:12

commissioners'
61:23
72:18 74:2
75:17
176:25

commitment
186:5

committee
107:1

committees
202:7

communicate
38:20
40:25

Case 6:22-cv-01274-EFM    Document 146-18    Filed 09/22/23    Page 78 of 136

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023  Index: communicated..concern

62:15
90:21
139:6,14
184:13
188:14

**communicated**
41:10
62:15
154:18,20,
22 210:23

**communicating**
41:13
140:16

**communication**
15:7
90:14,16
140:20
179:10
191:14
226:12
228:21
230:4
231:5

**communications**
38:18 40:2
48:20
138:3
139:21,24
141:3
142:4
194:13,14
224:19
225:2
229:24
231:3

**communities**

85:5
184:3,10,
11 188:9
200:13,14,
15,19,20
203:10
207:14

**community**
3:12 4:7
23:18,21,
25 24:4,16
32:20
36:25
37:12,13
38:2,6,15
41:19 43:6
44:13
45:15 50:9
60:1 73:3,
8 90:3
104:12
105:13,15,
16 106:20
107:10,17
109:7,21
110:8,23
112:21
113:9
114:22
115:1,17,
19,20
116:18
125:17
145:7,24
149:4,23,
25 150:3
155:1
160:9,20

167:14
174:12
179:4,7
180:19,23
181:3
182:10
183:16,21
184:6,11
185:10,16,
18 186:4,
5,19
187:4,22,
25 188:5,
16 189:14,
19 190:1
191:10
197:16
202:11
206:20
207:23
208:9,12
212:17,22

**community's**
203:4

**community-wide**
37:3

**company**
150:24

**compared**
211:24

**compensated**
56:25 57:1

**complaint**
64:1 66:5

**complaints**
63:23

64:11
65:3,9,20,
24 66:17,
20 191:15,
16

**complete**
86:22,23
153:15

**completed**
72:2,9
129:19
153:14

**completely**
178:22
219:2,5

**complex**
150:7
151:11

**compliance**
135:13,17
158:11
223:24

**comply**  178:2

**component**
83:12

**computer**
108:20

**concern**
25:11
30:21
39:12
46:17
144:15
210:22
226:4

concerned
 28:8
 196:20

concerns
 28:4,9
 29:9 38:24
 39:18,24
 40:7 42:10
 53:8,18
 55:23 93:7
 143:20
 144:4,11
 183:6

concluded
 237:16

conclusion
 211:2

condition
 167:10,11,
 16,21

conditions
 166:1
 167:12

conduct
 129:4
 155:18

conducted
 115:13,15,
 16 135:12
 136:13
 140:6,12
 141:13
 153:7
 223:25
 228:25

Conference
 43:19
 150:8
 161:24
 188:15

conferences
 188:14

confirm
 157:22
 195:5
 213:20

confirming
 217:13

confused
 173:4,6

Congrats
 205:21

connect
 187:17

Connie  3:25
 24:19
 47:22
 59:15
 157:18
 220:22

cons   29:11

consensus
 37:10,20
 40:4

consideration
 111:12
 142:25
 143:4
 166:16,17

168:1

considered
 80:22
 86:15
 109:18,20
 129:21
 147:9,24
 148:7
 183:20
 215:2

considers
 37:4

consolidated
 152:21

constant
 52:10

consulate
 160:14
 187:17

consult
 149:3

consultant
 179:9

consultation
 52:10
 135:20
 166:7

consulting
 95:18

contact
 42:8,11,
 14,17
 46:15
 93:11,12

222:20

contacted
 26:19

contacting
 26:22

contacts
 155:2

content
 123:22

context
 226:10

continuation
 189:24

continue
 93:20
 108:21
 126:16
 141:7
 166:20
 168:23

continues
 192:2
 218:4,19

continuing
 28:1
 156:24
 235:17
 236:2

contract
 73:16

contractors
 39:2

contracts
 52:23 62:3

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

73:7,10,
11,14

control
72:24
151:9

controls
40:2

conversant
46:20

conversation
4:10,12
18:13
25:10
26:11,17
41:22
170:17,18,
20 209:14
210:13
211:18
214:13
218:4
219:21
220:3,15
227:25
228:3

conversational
ly 44:6,25
45:2,8

conversations
26:16 29:1
39:7 45:15
46:6,8,10
51:10
59:25 69:2
89:25
90:25

141:5
146:11,18,
25 148:17
174:13
190:12,19
208:20
211:21
218:12,15
229:16
231:21
233:24

convey
175:20

cooperation
157:5

coordinate
107:2,5,7

coordinated
116:17

copies   152:4

copy   158:9

Coral   24:14,
18 220:21

corporate
9:24 10:9,
25 86:1
115:11
125:20
146:17
182:20
183:1
185:8
201:8

Corporation
33:3 36:8

155:8

Corps   199:6

correct
13:6,8,22
14:17
15:16
18:19 20:6
22:13
25:2,17
35:8,15
51:2,5
52:1 61:25
70:6 73:20
82:14 85:9
88:5,23
89:3 94:20
104:22,23
109:3
124:4
127:9
128:22
133:11
137:13,14
139:10
143:5
151:15
156:23
157:23
158:5
164:8
171:21
179:13
182:14
199:22
201:6
205:11
231:15

234:6,15

cost   123:6

costs   188:2

council
23:21,22
203:5
219:1,3,8
220:1,2

counsel
5:11,15
11:6 88:10
135:21
136:3
137:13
194:13
224:3
225:2,5,9,
18 226:14
227:15
231:3,6,25
233:21,24

countries
186:13

country
197:2

county   33:2
36:7,10
62:6,8
67:8,22,25
88:11
94:16
95:1,10
96:17
99:15
102:9
103:19

138:8
139:4,9,
15,25
140:6,16,
21,24
141:6
147:12,13
148:5,17,
20,22
150:4
155:8
174:15
188:1
198:24
207:2
228:25
229:12,17
234:14

**couple** 15:8,
10 29:1
39:23 59:9
109:14
161:23
221:21

**court** 5:9,12
7:11,23
19:25
27:20
70:1,17,
19,21,22
83:9 84:4,
5,20
174:16

**cousins**
206:19

**cover** 178:21

**covered**
16:23
136:20
137:10

**covers** 140:5

**COVID** 176:15
186:10

**Cox** 18:14
223:23
227:15,16
228:1

**CRAB** 186:3

**crackdown**
119:4,9

**create**
143:14
148:23

**created**
67:22

**creating**
126:6
191:10

**Cross-
examination**
3:7 233:4

**Crossroad**
186:10

**crowd** 43:13

**cultural**
105:6
107:6
159:25
160:2

**culture**
186:12

**current** 61:7
81:11
82:22
181:24
183:3
185:9
225:17

**cuttings**
74:22

---
**D**
---

**data** 20:13
30:5 33:9
70:23
72:12
91:5,14
114:7,19,
23 115:3,8
147:7,8
170:20,21,
24,25
171:24
172:1
173:4
175:8,16,
19,25

**date** 5:6
99:19
101:25
124:14
197:4
205:23,25

**dated** 3:21,
23,25 4:18

32:22
127:7
142:22
157:18
223:22
227:15

**dates** 105:22
121:19

**daughter**
205:19
210:7

**Dave** 197:21

**day** 55:2,7
180:3
210:8

**day-to-day**
72:1
125:14,16
159:1
160:19
219:4

**days** 215:15

**de** 4:14
24:8,18
27:14
47:17
105:14
106:8
160:16
220:15

**deals** 40:11

**Debbie** 18:14
223:23
227:15

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

decades  19:1

decide  42:13
  59:20
  73:18
  156:25
  165:22

decided  88:3
  126:21

decides
  169:8

deciding
  166:14
  230:22

decision
  37:21
  84:14
  97:20 98:4
  130:20
  131:19
  211:8
  221:23
  236:1

decisions
  72:20 74:4
  79:15
  82:22,24
  126:9
  159:15,19,
  22 168:6
  200:22

deck  165:7

dedicated
  59:24

defendants
  7:7

232:12,18

define
  173:21,25
  174:2

degree  199:9

degrees
  199:15

Delzeit
  235:16

demographic
  3:12 18:24
  32:20
  72:12
  91:14

demographics
  21:18
  35:7,11
  91:20
  113:21
  114:20

demonstrations
  74:24

density
  195:21,22
  196:9

department
  66:10
  69:14,17,
  23 70:3,
  17,20,21
  71:11,18,
  20,25
  90:12,13
  91:19
  92:14,15,

16,25
93:8,12,20
136:24
137:4
138:4,9
139:15,21
142:4
157:5
158:12,16
186:23
209:25
228:22
229:9,22,
25 230:5,
6,13
232:20
234:14

departments'
  157:11

depend  60:4

dependent
  84:5

depending
  40:22 55:1
  64:1 79:8
  97:2
  218:22

depends  39:8
  41:25
  45:23
  54:17,18
  55:16
  62:13
  152:14
  213:10

deponent

232:3,7

deposed  6:18
  198:12
  204:7

deposing
  9:25

deposition
  5:1,3 6:15
  7:22 9:16,
  24 10:7,13
  11:5 14:19
  15:4,22
  16:6,8,14,
  17 17:23
  18:20,21
  19:12,17
  20:16
  84:10
  92:12
  179:17
  193:20,24
  198:1
  233:7,9,10
  237:16

depositions
  222:25
  223:6,7,9
  233:11,12,
  14

describe
  179:6

designated
  150:11

desire
  219:16

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023          Index: details..discussing

details
  27:22

determination
  102:22
  147:12
  161:17
  166:4
  167:13
  171:10

determine
  96:24
  161:9,21
  173:2
  174:13
  175:15

determined
  126:15
  135:6
  169:15,18

develop
  36:25
  37:19
  72:21,24

developed
  40:4

developers
  39:1

development
  33:3 36:8,
  9,10,12
  53:1 109:7
  155:8

developmental
  71:10
  92:14

devices
  176:25
  177:3,6

dictate
  196:17

dictates
  138:24

differ  73:4

difference
  174:20
  219:22

differences
  184:23
  214:4,6

difficult
  121:1,17
  184:12

direct  48:18
  73:8 86:21
  106:22
  107:9
  110:19
  120:16,17
  127:15
  135:19
  160:19
  224:11,20
  225:25
  231:2

Direct-
examination
  3:6

directed
  103:23
  118:16

127:19
129:2
131:8
137:17

directly
  42:8 48:23
  50:18,22,
  24 61:11,
  16 62:7
  66:11
  71:2,19
  76:15
  87:13
  89:11
  93:12
  95:14
  120:21
  137:12

director
  47:24
  60:24 61:1
  64:8 65:17
  69:20,22,
  25 70:8
  89:18 90:1

disability
  159:21

disagree
  232:15

disclose
  136:1
  224:19
  225:24

disclosed
  27:5
  194:25

195:10

discovery
  232:19
  233:17,25

discrimination
  63:24 65:3
  66:21

discuss
  29:11,13
  73:18 89:5
  95:21
  132:7,9,22
  193:25
  215:3
  232:12

discussed
  16:18
  29:14,18
  36:7 54:20
  55:21
  77:24
  78:15,18
  81:14,17
  96:8,12
  98:14
  99:23
  121:7
  126:14
  127:18
  129:1,15
  235:12

discussing
  112:14
  122:16
  157:8
  171:22

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023     Index: discussion..document

179:4
215:17,21
216:1
230:13

discussion
35:21
40:13,16
54:4 60:4
76:12
77:1,7
78:7,22
81:24
122:22
127:2,20,
25 128:23
129:3
131:9,19
132:1,3,4,
17 171:7
195:15
214:24
217:18
221:18
236:15

discussions
35:17,23
36:5 37:7
39:20 40:1
126:12
153:10
174:17
194:6,8
221:13,25
225:7
230:10
236:12

disparate

170:6
173:21
174:4

disparities
170:13

disparity
167:5
170:10

dissension
24:21

distinct
214:4

distribute
67:12,13,
17 68:4
94:21
95:10
99:6,9,18
100:6,9,
21,24
151:16
155:3

distributed
38:1 68:7,
9,21
99:13,16,
21,25
101:1,14
152:12

distributing
67:6 101:5
103:10

distribution
102:19
152:17

district
27:1 28:10
29:17
43:19 90:3
127:17
135:3
147:21
202:10
235:4

district-based
25:1,15,19
27:21
85:20
86:3,16
123:25
183:10

districts
7:9 24:23
28:5 29:7,
10 124:2
126:2
130:24
134:6,8,17
208:9
219:9

diverse
23:23

diversity
186:19

divide
184:10
220:2

divided
168:10

division
67:4,11

68:4 69:9
71:15
208:8

division's
63:21 67:5

doc  158:9
187:13

document  4:5
11:6,12
14:3,6,15
17:12,17,
22 21:22
22:10
31:4,21
32:12,18,
24 33:14
36:17
49:22
61:22
86:11 88:9
104:14,19
108:2
109:12
111:22
112:5
114:17
116:22,25
127:4,5,12
128:21
129:1
142:11,20
144:22
157:15,16,
23 158:1,
7,8
163:18,19
172:15,17

Case 6:22-cv-01274-EFM    Document 146-18    Filed 09/22/23    Page 85 of 136

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023    Index: documentation..door-to-door

173:8,13,
17 176:3,4
177:12,14,
18,20,21,
22,25
178:25
179:1
181:2,7,
14,18
182:21
190:8
193:7
213:17,18
214:11
220:10,11,
13 221:9,
10 223:11,
20 224:4
227:11,13,
20 228:18
230:18
231:24
233:20
234:16
235:7
236:7,11

**documentation**
74:21
160:13

**documents**
3:9 12:5,
18 13:9,13
14:1,19,
21,23,24
15:2,5,14,
17 16:3,19
18:16 31:9

61:21 62:1
67:16,21
68:1
129:12
176:7,8,
13,18
204:17
224:1,16
228:4
229:21,24
230:9
231:10,17
232:22

**Dodge**  2:15
3:11,12,
13,14,16,
17,19,21,
23,25 4:2,
4,5,6,7,9,
10,12,16,
18,19 5:4,
5,18 6:5
9:25 10:4
11:15
18:25
20:20
21:1,8
22:11
23:19
24:13
32:19,21,
22 33:2,4,
6,12,23
34:3 38:9
55:9 67:23
69:13
71:10
82:24

84:14
85:8,16
87:13,16
90:12
91:14
92:13 96:7
102:11,12
103:1
104:20
105:5
108:24
111:14
112:6
113:13
115:11
116:23
117:18
123:25
127:6,16
136:7
137:12,18
138:5,9
139:16,22
140:6,7,
11,16
141:6,13,
19 142:5,
21,24
146:6
147:17
150:1,2,3,
12,22
152:20,23
153:5
155:15,19
157:17
158:2
159:3,7

160:15
163:19
174:5
177:23
179:2
181:2
184:15
185:3,4,10
186:6,16,
19 187:1,
11 194:6
197:21
198:25
201:4,9,
16,18
203:13
205:3,8,
16,18,20,
24 206:13,
15 207:2
208:7,14
213:18
214:12
215:13
220:12
221:10
223:21
228:23
229:1,2,
12,14,22,
25 230:5,
7,11
234:22

**door**  209:24
210:7

**door-to-door**
109:18

110:19
155:23

doubt    33:17,
   19   34:13

download
   32:1

downloading
   32:4

downsides
   183:24

downtown
   43:2   63:15
   93:4
   152:20
   154:2,10
   212:19

draft    4:7
   59:12,14,
   16   67:16,
   18   117:5
   180:19
   181:3
   192:23
   193:5,7

drafted
   86:24   88:9
   181:7
   192:11

drafting
   59:11,18

drag    234:17

drawing
   134:9,17

driven    74:1

driver's
   171:5,13,
   20

drop    142:13

drugs    7:18

due    107:22

duly    5:22

duties    95:20

duty    144:13

_____

        E
_____

E-TRAN
   237:13

earlier    11:7
   18:16   31:3
   41:17   50:3
   51:23   58:6
   78:24
   121:7
   234:25

early    101:12
   124:19,23
   210:4

easier
   116:11

East    186:14
   189:15

Eastern
   186:14

Eberline
   2:16   3:7
   5:17   8:13
   11:25

12:16   13:4
14:6,10
17:1,13,16
19:4,9,15
20:15,22
21:3,9,14,
19   27:6
30:20
31:7,11
32:3,14
34:6   35:13
36:18
41:23
44:1,7,14,
20   45:9,20
46:3,13,22
47:2,8,15
48:6,8,15
49:3,8,15
51:3   52:20
56:11
57:13,25
58:9,14,
19,24   60:2
62:10,20
64:7,22
65:5,10,
15,25
66:6,22
67:19
68:10,16,
20   69:3
70:14,25
71:12   72:5
73:12,23
74:19
75:13   77:8
79:21

81:12,21
82:6,17
83:1,6,19
84:12
85:13
86:4,13
87:20
89:6,16,23
90:8,15,23
92:7   93:17
94:1
110:14,17
111:8,23
113:15,22
114:8
115:4
117:10
122:1
123:11
124:3,12
125:1,23
126:23
129:24
130:22
131:15
133:7,24
134:10
135:18
136:9,17
137:11,15
138:14,19
139:18
140:10,19
141:7,22
142:7
144:6
145:14,21
147:2,18

148:1
149:9,13
152:8
153:24
154:6
158:20
159:9
160:22
161:11
162:11
163:25
164:17,24
165:18,24
166:9,20
167:8
168:7,23
169:2,10,
16,22
170:1,7
172:3,25
173:14,23
174:21
175:13,22
176:12,21
178:11
179:15
180:1,8,
15,21
181:8,15,
19 182:2,
15 183:25
184:16
185:1,12,
22,25
190:6,15,
20 191:2,
11 192:1,
5,13,19

193:2,12
194:12,17
195:1,7,25
196:13,21
197:6,11,
17 198:18
201:11
202:4
204:12,19
206:4,10
207:8
208:21
209:16
211:25
213:2
216:3,24
218:7
219:13
222:18
223:16,23
224:3,10,
17 225:1,
8,11,13,23
226:23
227:1,18,
23 230:1
231:1,12
232:14
233:5
236:23
237:2,5,13

economic
33:2,3
36:8,9,10,
12 53:1
155:8

edit   78:11

181:13,18

edited
182:21

edits   116:25
117:2,3,6,
9,24

educating
234:8

education
3:18 37:15
112:8
200:13
206:25
207:24

educational
34:17,20,
25

effected
193:1

effective
102:20,23
121:8
152:16
191:10

effectively
51:1 108:7

efficient
38:25

effort
116:17

efforts
76:11
91:15
103:22

104:3
105:18
119:3,5,10

elected   74:9
127:16,17
217:22
219:1,8,11

election
25:19
28:2,5
29:5 67:9
76:3 82:25
84:2,15
85:24
87:11
88:17
94:16 95:1
96:18
99:6,15
102:9
103:11,19
124:22,25
126:17
127:15
135:6
136:7,15
137:1,6
138:5,10
139:17,23
140:8,18
141:21
142:6
146:14
147:12
148:17,20
183:24
194:1

208:4
220:8
221:3
228:23
229:3,23
236:17

**election-related**
102:8

**elections**
27:1,17,21
28:8,10,
13,16,21
29:10,17
60:19
75:21  76:2
85:20
86:3,16
99:19
102:3,7,
10,15
103:5,10,
16,20
116:10,12
123:25
124:1
126:10
143:1,4,
12,14,17,
22  144:1,
3,5,15,20,
24  145:2,5
149:7
218:13,17
235:4,14

**elector**
88:21

**electors**
87:9
88:13,18,
19

**electric**
150:23,24

**electronic**
176:7

**Electronically**
99:22
100:25

**eligible**
118:11

**email**  3:14,
25  4:6,12,
18  15:9
18:11,12
22:11,13,
15  30:3
31:23
66:14
104:20
107:11
108:2,23
112:14
157:17
158:1,5
165:6
179:2,8
181:4
220:14
223:21,23
227:9,13
228:8
230:16

**emails**  4:4

15:6,8,10
18:4,7
129:18
132:25
163:20
176:7,25
177:3,6,8

**employ**  56:18

**employee**
93:11,14
221:3

**employees**
27:11
50:23,25
51:1 52:4
56:21
63:24
144:12
177:8
207:22
220:18,20,
25  225:9

**employer**
207:19

**employment**
105:21

**enact**  87:4

**encompasses**
70:4

**encountered**
220:7

**encourage**
37:10
39:12
40:10,15

42:11
46:15
102:25

**encouraged**
39:22

**encouraging**
96:20

**end**  108:12
198:5
229:10
235:9

**ended**  36:17

**enforced**
38:3

**enforcement**
93:5 159:6

**enforcing**
79:11

**engage**  160:8
185:10
186:15
187:1
188:16
232:23

**engagement**
4:8 106:18
107:3,13,
14,18
110:12
179:5,7
180:20,24
181:4
185:16
187:5
188:8

Case 6:22-cv-01274-EFM    Document 146-18    Filed 09/22/23    Page 89 of 136

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023    Index: engineer..examination

203:7

**engineer**
165:25
166:19

**engineer's**
166:18

**engineered**
167:15

**engineering**
167:23

**English** 34:4
63:11
77:16
186:16,18,
25 187:2

**English-
speaking**
122:18

**ensure** 19:10
38:7,23
39:4 55:22
72:1 73:2
160:6
200:21
207:11
209:22
224:4

**ensuring**
37:25 38:2
69:4
182:10
183:18

**entire** 73:2
105:20
165:3

207:20

**entities**
104:9,11
203:8

**entity**
120:10
189:21
201:2

**entrusted**
24:17

**environment**
40:25

**equal** 182:11

**equals**
183:20

**equipment**
162:5

**equipment-
related**
162:6

**equitable**
160:6

**equitably**
50:16

**equity** 37:25
50:5

**Ernestor**
4:13 24:8,
18 26:11
27:14
47:16
105:14
106:8
160:16

220:15

**ESOL** 186:17

**Esparanza**
47:18

**essentially**
83:8

**established**
94:16
157:2
160:4

**estimate**
33:25

**estimated**
34:10

**Estimates**
114:7,23
115:3

**et al** 5:5

**ethnic** 63:23
65:3 66:20

**ethnicities**
189:14

**ethnicity**
6:9
111:17,19
173:18
183:19

**Europe**
186:14

**evaluation**
72:8

**even-numbered**
75:25

143:2,5,13
144:2
145:5

**event** 62:22
122:17
139:12
164:14,23
186:4,11

**events** 74:24
89:19
110:20
146:12
188:18
212:18

**eventually**
112:18,20

**evidence**
170:8
174:6,9

**ex-officio**
90:4 151:6
201:24
202:1,3

**Ex-officios**
202:6

**exact** 25:24,
25 82:21
97:23
101:25
205:23

**examination**
5:24 45:22
56:13 71:1
82:18 92:8
113:16

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

125:2
137:22
147:3
166:22
174:22
184:18
185:14
190:9
191:12
192:20
196:15
201:12

examples
56:2
109:14

Excel  108:5

exception
186:9

exchange
3:14
104:20

exchanges
18:9

exciting
55:7

exclusion
120:24

executive
52:7,12

exemption
52:13

exhibit
31:4,6

exist  175:25

232:22

existed
106:11,12

existing
96:19
155:4
161:13
166:1
176:18

exists  170:3
174:7,9
175:5

expect
40:19,21

experience
10:16
204:24
208:23

explain
26:21,22
27:16,19
28:19 29:4
106:17
123:8
170:21,23
171:25
218:20

explained
171:3
219:22

explaining
27:12 77:1

explanation
173:1,7
213:9

expressly
8:16
144:23

extend
189:24

extent  27:2
83:24
125:23
136:3
140:2
141:25
180:13
229:19
232:9

eyes  120:9

_____

F

_____

face  189:5

face-to-face
120:14,24,
25 121:17,
18,22,24
122:5

Facebook  4:9
41:6
76:24,25
77:6,21
95:2
122:25
210:20
211:12,15
213:21

facilities
149:24,25
150:3,9,

10,14,18

facility
150:5
151:13
207:21

fact  9:19
107:22
132:22
144:19
170:8
193:22
197:25
226:10
232:5

factor
166:17
167:20

factors
175:24,25

facts  99:10
125:9
210:24
211:1,2,4

factual
201:15

failure
213:22

fair  26:1
36:18
135:23
188:2
225:8

fairly  38:1,
4 73:3

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                Nickolaus Hernandez on 07/25/2023                Index: fairness..flyers

fairness
  37:25

fall  75:22
  102:9
  143:1,5
  144:1

false  121:21

familiar
  8:23 30:8
  32:23
  108:12
  220:13

family  24:12
  46:4,5
  57:16
  186:21
  187:15
  199:3
  206:13,18

family-related
  133:20

favor  25:19
  27:16
  28:13
  219:24
  235:21

fear
  198:12,13

February
  3:24 4:17
  142:22
  221:12
  236:10

federal  9:22
  143:16

144:11
158:13
200:16

feedback
  24:21 50:9
  53:8
  211:12

feel  40:14
  43:12
  112:2,3
  197:2
  210:11

fees  178:17

Fernando
  24:11
  26:13

festival
  186:6,8,11

festivals
  212:20

field  97:19
  150:7

figure
  33:13,24
  113:4,8,14
  114:6

figurehead
  74:12,21,
  23

figuring
  220:7

file  65:21
  87:10
  237:14

filed  29:15
  65:4
  107:20
  190:3
  191:1
  192:12

fill  65:23
  93:15
  96:25 99:1
  215:1,10
  236:20

filled
  161:18

final  64:14
  73:6

finalize
  59:13

finance
  60:23,25

financing
  151:13

find  82:21
  107:17
  148:20
  177:11
  186:23
  207:13

finding
  214:24

findings
  129:10

fine  31:25
  114:14
  142:16

226:25
227:1

fines  91:6

finish  9:9
  223:12

finished
  23:15
  202:20
  232:25
  233:2,3

fire  154:14

firm  5:14
  179:23

first-name
  209:7

five-minute
  79:12
  226:20

Five-year
  113:8
  114:7,21,
  22 115:1,3

fixed  167:13

flow  58:15

fluency
  56:22

fluently
  43:25
  44:4,18
  45:5

flyer  41:1

flyers
  123:20

152:11

focus    167:15

focused
  137:10
  184:4

folks    24:5
  186:20
  212:3

follow    31:25
  80:8
  108:16
  195:4

follow-up
  109:5
  118:22
  219:18
  228:16

follow-ups
  233:1,6

food    62:24
  155:22
  159:20
  186:13

football
  212:13

forced    132:9

forcing
  26:25

Ford    33:2
  36:7 62:5,
  8 67:22,25
  138:8
  139:4,14,
  25 140:6,

16  141:6
147:13
148:5
155:7
188:1
198:24
207:2
228:25
229:12,17
234:14

forefront
  188:8

forgive    31:3

form    27:6
  28:11
  29:24
  35:13
  41:23
  49:16 51:3
  57:13 60:2
  62:10,20
  64:7
  65:15,23
  66:2 67:19
  68:10,16,
  20 69:3
  70:14 72:5
  73:12,23
  74:10,19
  75:13 77:8
  79:21
  81:11,12,
  21 82:3,6,
  16 83:14
  84:22
  85:7,11,13
  87:20

88:11
89:6,16,23
90:8,15,23
93:15
110:14
113:15
114:8
116:3
117:10
122:1
123:11
126:23
127:1
129:24
130:22
131:15
133:7,24
142:7
144:6
145:14
147:2
148:1
152:8
153:24
154:6
155:20
161:11
167:8
168:7
170:7
172:3,11,
20,22,25
173:14,23
175:13,22
178:11
180:22
183:3,25
184:16

185:1,12,
19 192:19
196:13
197:17
198:19
202:4
204:12,19
206:4,10
207:8
208:21
209:16
211:25
213:2
216:3,24
218:22,24
219:2,5,6,
23 222:18
230:1
231:1

formal    51:11
  80:24 96:3
  130:25

formally
  41:20
  193:4

format    61:7
  215:10
  217:21

formats    69:6
  203:8

forms    41:11
  63:3,5,9
  81:7 172:8

Fort    199:11

forum    93:10
  130:13,15

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

183:7

**forums** 89:4
115:13,15,
19 120:5,6
130:4,11
132:24
157:7
222:13,14,
15

**forward** 40:4
126:19
130:17,20
131:20
182:8
193:8
198:2
223:22
227:14
236:2

**forwarded**
224:1
227:16,23

**Foulston**
2:16

**found** 171:12

**four-year**
75:19
217:24

**frame** 99:3
124:4,7,
11,16
125:24
129:16
203:1

**frames**

216:14

**free** 112:3
177:2
188:1,3
226:3

**frequently**
210:16

**fresh** 213:14

**friend** 57:16

**friendly**
121:20
209:22

**friends**
24:12
206:18

**front** 24:17
39:17
40:15
92:21,23
97:12
105:22
111:20
119:14
120:1,21
133:1
142:17
168:19
171:25
172:21
173:17
185:19
188:24
200:15
216:17

**full** 6:1

8:11 51:12
128:17
142:23

**fully** 7:15
8:10
153:21

**functions**
70:22

**fund** 162:20
163:1
207:15

**funded**
178:24

**funding**
158:15
178:6,9
207:13

**funds** 162:24
163:8,9
168:12
178:23

**future** 37:4
181:25
182:9

_____

**G**

_____

**game** 211:23

**games** 38:21
212:14,15

**gather** 131:8
204:17

**gave** 82:22

**gears** 149:6

**GED** 206:25

**general** 58:6
60:20
79:3,10
124:7
145:12
146:3
155:13
162:24
209:21
212:7
216:7
222:11
228:12

**generally**
13:24
52:22
72:17
91:14,16
137:23
150:14
168:20
197:4,7

**generating**
163:7

**generations**
206:14

**Genesis**
187:15,20,
23

**geographical**
184:9

**give** 11:9
21:23
25:24 26:1
35:4 38:12

39:11 86:9
104:8
223:14

Global   5:10

goal   37:11
38:16 50:8
103:25
107:22
162:25
168:11
207:7

goals   50:4
107:15
208:5,13,
16,19

Gonzales
47:23

good   10:21
93:24
193:12
226:23

Gottlieb   2:5
5:14

governing
37:1

government
23:20
29:24
62:13
69:13
74:11
81:11
82:3,16
83:15
84:22

85:7,12
127:1
144:13,18
160:6,10
189:11
219:3,6,23

government's
189:9

governs   96:5

graduate
199:7,14
206:24

graduated
199:5
205:19

graphics
123:7,16,
18,21

great   9:13
10:22
14:12,13
102:1
120:19
207:18,22

great-
grandfather
206:14,16

grew   198:24
206:23

grocery
209:2
211:22

ground   7:22

groundbreaking

74:22

group   37:11,
19 38:5
43:15
51:21 56:8
63:25
119:2
174:17
187:15
200:3

groups   37:22

grow   198:23

grown   19:1

guard   25:9

Guatemala
187:16

Guatemalan
160:15

guess   31:2
44:15
164:19

guidance
202:8

guide   107:1

guidebook
161:24

guideline
79:10
191:24

guidelines
67:6 68:4
119:12

H

half-cent
162:14

hall   42:25
43:1,9,10
63:16
122:17,20
152:13
154:2
156:5

halls   42:23
115:17

Hamilton   2:5
5:15

hand   40:5
52:23
55:1,17
62:14

handbook
17:2

handle
155:10
222:15

handled   42:1

handles
62:23,24
94:17
158:25

handling
63:23 64:4

hands   173:8

happen   56:24
132:1,3,5

209:13

**happened**
64:20
107:23
226:6

**happy** 86:13
208:23
232:23

**hard** 22:5
108:6
113:25

**hats** 125:18

**Hays** 199:11

**head** 8:1,2
66:10
77:13
88:15
110:21

**health**
159:21
187:14,15,
18,20,23
188:2

**healthcare**
187:24

**heard** 24:20
122:8
197:22

**hearing**
41:19
113:25

**hearings**
80:9,12,16

**held** 43:10
75:21
80:12
124:1
186:7
197:5

**helped**
106:25
180:10
187:25

**helping**
105:5
204:24

**helps** 59:14
200:13

**Hernandez**
3:5 4:11,
13 5:4,21
6:3 19:18,
22 20:3
31:12
44:8,17
48:9 59:8
82:8,13
86:6 92:9
124:15
125:3
137:17,22
140:3
195:2,4
224:17
233:6
236:24

**Hernandez'**
30:20

**hey** 39:15

210:6
231:23

**high** 145:13
146:14
199:5,7
205:20
206:24
207:1
212:12

**higher**
175:11
195:22
196:9

**highest**
75:18

**highlighted**
235:8

**Hill** 43:18

**hire** 125:17

**hired** 21:17
135:16
179:25

**Hispanic**
6:10,11
18:25
30:15,18
33:13
103:24
104:3
111:3,7,13
113:1,13
153:8,11
156:13
159:16,22
174:25

189:11,12
190:4,13,
25 191:6
197:16

**Hispanics**
34:21 35:1
171:2
172:19,23
175:2,11

**hold** 144:14
195:7

**holding**
182:24

**home** 21:8,
13 33:24
34:4 72:22
196:4
200:20

**homes** 196:6,
24 197:1

**homestretch**
198:14

**honest** 25:8

**honestly**
226:13

**hope** 142:14

**host** 186:3

**hour** 54:18

**hours** 13:25

**houses**
69:17,18

**housing** 56:5
159:20

196:9,12,
16,18

HR   47:24
64:8 65:2,
17 66:11,
16,20
69:18 70:4
153:2

huge   43:8

human   63:20,
21 64:10

humanities
202:19,24
203:4,5,6

hundreds
38:18

Huseby   5:10

Huseth   5:9
84:17

Hutchinson
210:6

hygiene
188:3

────────────

─────── I ───────

ID   102:2,6

idea   129:20
214:22

ideas   40:16

identified
19:11
26:18
30:23 31:1

64:23
66:1,23
71:13
83:23
124:4,14
134:11
165:19
168:9
169:11,17
174:22
176:13
179:17
180:2,9
181:10
182:17
184:17
185:14
190:9
192:14
195:9
196:2,22
197:19
232:5,20
234:4,10

ignore
132:13

imagine
198:11

imasiello@
cgsh.com   2:8

immigrant
105:7

immigration
160:7,11
185:17
187:12

impact
153:8,11
159:14,22

imperative
132:6

implement
38:8 83:5

implementation
14:4 15:24
17:18
105:17
185:24

implemented
83:16
134:6
191:23

implementing
109:5
191:22
192:18

important
208:4
210:8,10,
11

improve
103:15
158:19
168:3

improvement
162:2

improvements
162:15
207:15

in-depth

37:6

in-person
66:14

inaccurate
34:1

inadvertent
224:5

inartfully
8:21

included
34:21
35:21
91:10
138:1

includes
34:16 80:8

including
27:11 69:9
117:21
123:7

inclusion
37:10

income
183:19

incorrect
210:25

increase
3:18
103:23
104:3
109:1
110:11
112:7
146:19

168:3
187:8

increased
20:7

increases
161:14

increasing
111:2,7,10
147:9,14
217:11

Independent
198:20

independently
95:10,17

INDEX   3:1

indirectly
61:18 62:9

individual
37:13,18,
22 42:7
44:8 54:23
57:16
89:25
98:14
158:25
160:17
171:11,13
179:20
193:5
194:8,15
210:1
211:17
213:11
219:1,3

individually

98:12
201:1
217:15

individuals
24:4,6
25:5,16,20
26:4,5,9,
14 37:11,
16 38:11,
19 39:3,4,
23 43:14,
15 47:9
54:19
55:15
56:15
57:19
76:15 79:9
119:13
121:18
144:13
171:3
186:5,17,
22 187:8,
17,24
188:13,16
189:13,15,
21 191:15
203:9
212:4
221:22

indoor
212:13

info   215:22

inform   23:9
26:17 81:2

informal

41:22

information
16:13
18:24
34:15 35:3
38:12 39:6
41:2,13
42:17
67:4,5,11
68:3,14,21
69:5,9
76:16
77:19,23
91:23
92:2,5
94:25
95:11,12
99:5,6,7,
12,18,25
100:4,6,
10,13,17,
22 101:1,
8,11,16,20
102:2,6,
15,19
103:11
109:1
113:18
114:3,20
116:9
119:13
120:8,19
127:19
129:2
131:9
136:4,18,
24 137:4
138:3,8

139:20
151:16
152:2,5,17
153:22
154:1,19
155:4
173:9,10,
12 179:19
198:9
211:16
225:25
227:14,17,
22 228:21
230:6
231:8
232:21
234:9
235:22

information-
gathering
133:4

informed
16:7 180:3

infrastructure
159:15
162:4
207:15

infringed
200:23

initial   4:7
59:18 64:1
87:7
112:17
181:3

initially
97:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                  Nickolaus Hernandez on 07/25/2023        Index: initiated..investigate

initiated
  74:3 86:19
  140:6
  229:1,12

initiatives
  73:22
  185:9,11
  188:20
  189:8

input   23:19
  130:5
  148:25
  166:10
  167:14
  169:25
  183:4
  217:18

inquiries
  137:12

inquiry
  232:8
  235:1

instance
  77:5 104:6
  167:7

instances
  133:2

instate
  27:20
  125:21

instructed
  130:1

instructs
  8:16

instrumental
  119:3

insurance
  171:6,14
  178:20

intact
  200:23

Intangible
  152:6

intend
  232:11

intended
  112:9,15,
  18,20

interact
  68:13
  161:3
  212:4

interacting
  44:12
  161:7

interaction
  121:17
  160:19
  210:14

interactions
  68:18
  70:13
  89:15
  120:15,24,
  25 121:23,
  25 122:5
  209:3

interchangeabl
  y   6:12,15

interest
  48:19
  97:11,13
  98:8

interested
  83:13
  215:20
  235:3
  236:18

interfacing
  89:22,24

interfere
  143:13

intern
  47:21,22
  105:4,8,16
  106:14

internal
  209:25

internally
  64:2 67:22
  132:2

international
  186:6,11
  188:15

Internet
  142:15

interns
  106:2,6

interpret
  46:12,21
  56:25

57:17
  114:24
  164:25

interpretation
  67:25
  84:10
  222:5,6,12

interpreted
  56:15

interpreter
  56:19 57:7
  164:22

interpreting
  56:25
  113:6
  165:3

interrupt
  58:15
  233:2

interrupting
  32:6

interview
  236:12,15

interviewed
  221:20

interviews
  97:19
  98:11,13
  221:13

introduce
  5:11

investigate
  141:20

**investigated**
  136:6

**investigation**
  64:2,4
  135:13
  137:5
  138:9
  139:16
  140:12
  141:14
  142:5
  223:24
  224:2,25
  225:14
  226:6
  227:9
  228:1
  230:13,17
  231:20
  234:14

**investigations**
  140:5
  228:25
  229:12,14

**investing**
  165:11

**invite**
  186:21
  211:17

**involve**
  211:15

**involved**
  36:12
  73:10
  94:19
  125:16

  134:8
  147:21
  160:9
  175:24
  202:15
  204:2,4,24
  222:22
  226:8
  233:16,19
  234:8

**involves**
  222:21

**Isabella**  2:5

**issue**  28:22
  40:11
  62:21
  66:24
  83:14
  93:16
  96:18
  130:8
  134:12
  135:11
  174:19
  195:19
  210:10,21
  212:7
  228:18
  231:6
  232:10
  236:6

**issued**  72:7

**issues**  24:21
  28:15,20
  29:4,10,24
  39:5  40:5

  53:1,2
  55:17
  70:16
  90:24  93:5
  94:11,17
  108:11
  133:20
  134:12
  143:15,21,
  23  160:6,
  8,11
  166:3,4
  187:12
  200:16,18
  202:13
  203:6
  209:9
  210:18,20
  220:7

**issues/
concerns**
  202:9

**item**  30:11
  53:7,23,24
  54:2  55:1,
  24  78:14,
  17,22
  80:19
  95:22
  121:20
  123:23
  129:5
  130:18
  132:17,22
  134:5
  145:9
  217:15,19

  221:12

**items**  23:10
  35:21  37:9
  53:3  54:6
  55:19
  59:22
  67:13
  68:22
  70:15
  73:22
  76:14
  77:23  78:7
  80:13
  81:15
  92:24  93:1
  102:8
  107:9
  162:6
  167:3
  192:7
  204:6
  207:14
  208:25
  213:7

─────────
**J**
─────────

**Jacqueline**
  2:4

**James**  6:3

**Jan**  81:18,
  23  126:13
  127:14
  191:19

**January**  3:14
  4:6,18
  22:12

32:23
104:21
115:12
124:14
137:24
179:3
223:22
227:15

**Javonte**  2:20
5:8

**JD**  2:4 5:13
14:7 31:13
58:9
168:25
204:21

**jdcolavecchio@
cgsh.com**  2:7

**job**  38:6
44:22 50:4
189:1
199:4
205:9,10
211:3,9

**jobs**  207:18

**Joe**  4:11
210:4,6
214:13

**Joshua**  179:4

**Joyce**  214:25
235:16

**Joyce's**
215:1

**judge**  174:17

**July**  5:6

**jumbled**  8:21

**jump**  19:7

**June**  4:14
163:9
202:21
205:25
220:16

**junior**  207:1

**Jurardo**
24:11
26:13

**Justice**
136:24
137:4
138:4
139:21
142:4
199:11
228:22
229:9,22,
25 230:5,
7,14
232:20

**Justice's**
138:9
139:15
234:14

———————
K
———————

**Kang**  2:4

**Kansas**  2:17
3:13 6:5
15:9 18:11
24:5,14
32:21 33:7

52:8 80:7
119:11
142:24
143:3
145:24
146:8,10
147:1
153:6
157:5
158:11,16
179:23
187:10
188:11
197:9,20
198:25
199:3
200:6,11
201:5,10
202:19,25
203:4,5,
11,16,17

**keeping**
27:17
28:13
65:13

**kids**  205:12
212:16

**kind**  6:21
7:18
30:16,18
37:3 40:4
41:20
54:21
55:15 62:1
76:11
95:11 99:4
106:25

107:8
150:10
151:13
161:25
164:6
190:2
200:11
212:10
228:15,24

**kinds**  68:8
79:20 93:1
95:6
150:14

**Kitchens**
186:10

**knew**  229:8
230:24

**knowing**
40:24

**knowledge**
10:17
30:24
31:13 41:9
65:6 88:8
182:19
198:4
213:14
232:8,9

**knowledgeable**
230:23
232:6

———————
L
———————

**la**  4:14
24:8,18

27:14
47:17
105:14
106:8
160:16
220:15

labeled
234:22
235:7
236:8

lack  171:20

Lagoon  150:6
151:10

Lane  6:5

language
20:21 21:2
56:19
187:19
218:23

Languages
186:18

large  29:7,
10 43:15
56:3,7
126:2
127:17
129:21
135:3
183:21
184:10
196:4
200:14
219:1,12
235:14

large-scale

143:16

larger  43:21
196:7

lasted  13:25

late  150:2

Latin  186:13

Latino  6:12
20:4
23:18,24
185:10

Latinos
34:21 35:1

law  5:14
39:24
94:16
138:24
158:13

laws  38:3
139:5

lawsuit  7:1,
4 16:12
23:13
24:20 25:5
26:22
27:13
28:23
29:15
66:24
107:20
175:9
180:4
189:20
190:3,14
191:1,6,19
192:12

197:23
225:17
226:10,16

leaders
23:18,21,
24 24:1,4,
15 37:15
39:2
197:15

leading
143:23

League  15:9
18:11
119:2
200:6
201:5,10

learn  226:9

learned
210:3
226:11,14

Learning
186:20

leave  120:15
183:11
232:22

left  98:8

legal  88:9
136:2
178:16
183:8

legally
132:19

Legends
150:6

151:11

legislative
187:9

legislature
200:16

Legislature's
142:25
143:4

lets  9:23

level  118:6,
15

levels  90:24
157:3
183:19

levy
162:16,25
214:8

liability
178:21

liaison
106:19,21

Liberty  2:6

library
43:21

license
155:18
171:5,13,
20

licensed
199:19

licenses
155:12
199:17

licensing
 155:15,19

licensure
 155:11

lies  87:16

life  198:12
 206:17

like-minded
 203:9

likelihood
 143:14

likes  60:13

Liliana
 26:13

limit  79:1,
 3,12

limiting
 141:16

limits  43:23
 96:7
 127:18
 152:23
 217:24

lines  135:19

link  41:1

list  47:11
 53:16
 98:12
 167:2
 185:15
 228:19

listed  18:17
 110:10

128:16
143:8
168:21
181:23
185:9
189:18
232:4

listen
 38:10,23
 202:11
 210:2

listened
 39:25
 55:23
 98:13

litigation
 5:10 17:7
 22:10
 32:19
 104:19
 108:24
 112:6
 116:23
 127:6
 142:21
 157:17
 158:2
 163:19
 177:23
 178:21
 179:1,12
 180:4
 181:2
 204:2,5,25
 213:18
 214:12
 220:11

221:10
222:17
223:21
228:12,13

live  76:17
 183:19
 189:6
 199:1

lived  191:25
 199:2

lives  189:6
 206:22

living  96:6

LLP  2:16
 5:15

loading
 108:11

lobbying
 200:12,17,
 18

local  123:2
 143:14,15,
 23 144:12,
 18 150:24
 155:4,6
 160:9
 188:2

located  43:2
 63:14,15

location
 42:25
 100:22
 148:8,11,
 21,23

149:1,4

locations
 147:10,11,
 14,16,25
 148:8

long  13:23
 22:1 41:12
 43:8
 54:10,12,
 14,18 69:8
 75:17 79:1
 93:25
 100:16
 101:4,8,19
 105:19
 106:10
 134:19
 149:12
 176:6
 199:1,23
 200:24
 201:7,9
 202:15
 203:22
 217:7

long-term
 24:13
 36:25
 72:20

longer
 119:18
 202:6

looked  16:20
 18:16 85:1
 130:9
 131:5

134:16,23
137:9
146:9
172:23
188:6
229:23

Lopez   24:14,
  18 220:21

Los   2:11,12

lose
  178:14,18

lost   143:15
  206:17

lot   25:7
  38:14,17
  40:12
  52:23,25
  95:20
  109:1
  160:17
  195:13
  196:4,8
  197:1
  198:8
  207:14
  209:7
  213:6,13

love   212:17

low   88:15
  123:6
  145:13

low-income
  196:12,16,
  17

lower   30:3

111:13,15
113:11

lowest
  195:21

lunch   9:5
  93:24

_____

M
_____

made   7:6
  10:8 95:25
  97:20
  98:19
  102:22
  124:10
  126:9
  131:19
  138:21
  147:12
  148:15
  150:21
  156:2
  171:1,4,10
  176:14
  207:6
  211:7
  221:23
  235:2

mail   120:23

mailers
  110:20
  120:17

mailing
  48:19

main   24:14
  166:3

167:20

maintain
  60:18
  65:19
  81:11
  82:22,24
  84:14
  126:10,16
  165:11,16,
  17 166:5
  167:2

maintained
  176:8
  207:11

maintaining
  60:15

maintains
  60:14

maintenance
  167:3
  168:11,14,
  18 169:7

majority
  25:4 38:9
  74:14 75:5
  98:24
  133:19
  212:3
  235:21

make   8:5,9,
  11,22
  10:17
  32:10
  37:21
  38:20 54:1

76:12
79:14 88:1
93:14
94:24
97:16
116:10
121:21
130:17,19
144:12
161:16
166:4
171:8
200:22
207:1
208:1
210:9,11,
12,25
211:3,6,20
212:20
215:5,7
218:22

makes   98:20
  131:7

makeup
  174:12

making   7:23
  41:20
  85:11
  102:13
  142:25
  167:12
  168:13
  206:20
  217:22

manage   61:5

management

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

71:22

**manager** 33:6
36:24
38:10 50:4
59:10
64:15,21
69:18
71:25
74:10 85:8
95:7,13,19
101:9,22
104:7
125:13,17,
22 126:7
160:18
202:17
203:12,13,
15,18,20,
23 204:1
205:7,24
209:20
210:5
215:9
219:4,23
225:19
230:12
231:10
236:4

**manager's**
36:23

**managers**
37:9,24
146:12
188:15
199:18

**manipulated**
216:22

**manpower**
121:2

**manuals**
16:20,25

**March** 3:22
127:8

**Marine**
199:6,21

**marked** 22:10
32:19
104:19
108:24
112:5
116:22
127:6
142:20
157:16
158:1
163:19
177:23
179:1
181:2
213:18
214:12
220:11
221:10
223:20

**market** 35:4

**Marquez** 3:25
24:19
47:22
59:15
157:18
220:22

**Marquez'**
158:4

**Masiello** 2:5

**mass** 109:15

**Master**
199:12

**material**
226:20

**materials**
67:10
68:25
69:10
95:24
116:10
135:2
151:23
156:2

**matter** 5:4
102:13
179:10
222:11

**matters**
66:24

**mayor** 54:22,
25 61:20,
21 74:6,
14,20
75:10,11
97:15
217:11,22
218:25
219:3,25

**mayor-council**
219:23

**mayor-council-
manager**
218:22,24

219:6

**Mccoy** 18:13,
14 24:8,17
27:14
47:16
59:15
95:13,14
104:22
105:16
107:12
160:17
161:8
163:21
179:3
225:19,22

**Mccoy's**
106:16
117:3

**meaning** 7:25

**means** 43:8
118:5
146:14
151:19
182:5
196:3

**meant** 98:18
173:5
175:16
188:25
217:1

**meantime**
112:3
153:23
154:5

**measure** 50:7
121:8

162:8
191:9

measures
  50:15
  102:23
  110:10

media   5:3
  25:7 41:7,
  14 48:22
  99:14,22
  100:12,25
  101:15
  103:7
  109:15,25
  121:6
  122:25
  123:19
  151:21
  211:5

medical
  187:19

medications
  7:17

meet   51:7,
  9,12 76:6
  151:2
  210:2

meet-and-
confer
  232:12,24

meeting   3:21
  4:2,20
  12:9,22,
  24,25
  13:17,20,
  23 14:16

36:3 40:9,
18 48:5
51:14,18
53:14,21,
22,25
54:6,8,23
55:3 56:7,
24 57:20
66:14
76:18,20
77:7,24
78:16,25
80:20,22,
23 81:19
127:7,8
128:1,6,9,
12,19
129:14,17
130:21
132:3,5,23
133:3,6,
10,16,23
157:21
158:3
170:3
195:14
197:5
209:25
216:7
217:11,12
233:10
234:20
235:13

meetings
  14:2 39:14
  41:3,4,9,
  13 48:4
  51:13,15,

17,19,22,
25 52:6,8,
15,18
55:16
56:2,19
57:8,12
59:11
74:13
76:8,13
77:2,20
78:3 79:15
80:17,18
92:17
99:24
103:6
110:24
115:17
122:23
133:19
154:21,23
193:24
195:13
222:6,7,15

Melissa
  18:13
  24:7,17
  27:14
  47:16
  59:15
  95:13,14
  104:22
  105:16
  106:16
  117:3
  161:8
  163:21
  179:3
  225:19

Mellecker
  214:15,17,
  18,20,21

member   27:20
  57:16
  89:12,13
  124:1
  151:6
  197:21
  201:3,10,
  22,24
  202:1,3,
  23,24

members
  24:12
  46:4,7
  54:1 55:21
  57:19
  59:23
  62:16
  89:18
  90:1,4
  127:24
  128:3,11,
  21 144:14
  146:22
  150:19,21
  160:9
  183:7
  184:13
  186:21
  188:6
  191:14
  202:7
  219:2
  220:1
  225:9

membership
 150:5

memo  3:17,
 20 112:6,
 10,15
 116:24
 158:8

memorandum
 158:10

memory  6:5
 7:18

mental  198:5

mentioned
 15:19 26:6
 27:23
 38:14 70:8
 186:1
 195:15
 231:11
 233:9

mentors
 210:4

merchant
 155:22,24

merit  40:14

message
 213:21

met  196:8

method  25:1,
 15,19 28:2
 29:5 82:25
 84:2,15
 86:16
 96:25 97:4

124:22,25
126:10,17
136:7,15,
25 137:5
138:5,10
139:16,23
140:8,17
141:21
142:6
181:25
182:7
183:24
194:1
208:3
228:23
229:2,23

methods  41:6
 48:18
 76:19,22
 86:23 97:1
 102:19
 103:18
 109:1
 110:9
 121:9
 123:6
 151:22
 203:7

Mexican
 160:14
 206:15

Michael
 141:1
 163:21
 165:6

Microsoft
 176:10

middle  9:8

migration
 176:10,18

Miguel  5:5

Mijin  2:4

miles  43:7

military
 144:13
 199:21

mill
 162:16,24
 214:8

million
 165:9,15

mills  162:23

mind  58:10
 134:25
 175:10
 178:9
 188:22
 208:16

mine  117:2,
 15

minimum
 41:16

minor  42:1

minutes  3:21
 4:20
 54:16,17,
 23,24
 58:11,21,
 25 78:21,
 23 79:4

127:7
128:9
129:8,18
132:25
149:13
234:20

mirror
 188:16

mislabeled
 127:12

misunderstood
 215:18

mitigate
 170:6

mkang@cgsh.com
 2:8

model
 188:10,11

mom  199:3
 206:23

moment  8:16
 9:7 11:9
 19:5 21:23
 32:2 49:2
 56:16
 135:10
 217:4

Monday  215:4

money  166:14
 168:3,4

monitor  5:6
 59:2,5
 94:4,7
 119:19

149:15,18
166:24
193:14,17
227:2,5
237:8

month  51:12
72:10 76:7
120:19
202:21

monthly
38:19
151:4

months  47:21
172:21
234:7

motion
98:20,21
127:1

move  40:4
58:17 60:6
122:14
124:24
126:6,19
130:16,20
131:20
153:8,11,
13 154:19,
25 176:2
182:8
205:3
236:1

moved  124:21
152:20
154:9
199:3
205:10

moving  55:25
129:20
143:1,4,12
144:1
145:5
153:20
167:17
193:8,21
235:3,14

multiple
41:5 51:11
79:23
93:13
172:2

municipal
70:22
142:25
151:17
152:19
154:8
174:16

Municipalities
15:10
18:12
200:7
201:5,10

———————————
N
———————————

nah  8:3

named  184:20

names  24:16
99:11
116:5

Nannette
15:11

18:10
129:4
130:10
140:21
229:17
230:16

narrow  97:14

narrowed
97:18
98:10,12

nation
118:13

national
118:10
143:22
188:18

naturally
107:24

navigate
200:14

necessarily
19:8
210:24
219:10,24

necessitate
130:13

necessitated
130:15

needed  61:20
151:3,4
165:15

negotiate
73:14

negotiating
73:9,11

neighborhood
183:22
184:4

neighborhoods
184:15,20
208:10

neighbors
196:24

newer  213:6

news  95:2
123:2

newspaper
25:6 81:6

nice  198:4,
7

Nick  5:3
111:23
169:3
190:9
201:12
230:2

Nickolaus
3:5 4:11,
13 5:21
6:3

nodding  8:1

nonprofit
203:9

nonprofits
119:4,9

nonvoting

89:12,13

north  43:2
  154:2
  167:6
  184:24
  185:4

note  84:9
  121:5
  232:3

noted  8:15
  143:25

notes  12:8,
  21 13:16
  15:25
  190:24
  223:8

notice  11:5
  29:2 31:16
  45:11
  51:21
  64:24 82:7
  92:12
  179:17
  232:4
  234:5

noticed
  51:20
  229:15

notices
  48:20
  81:4,8

noticing
  83:14

notification
  81:1

November
  4:1,3,9
  157:18,20
  158:3,4
  163:5
  213:22

Nuci  4:11
  214:13,18,
  19,20,21,
  25 215:8,
  16 216:19
  217:4,10,
  13,20
  218:5,10

number  3:10,
  23 17:8
  25:25 31:4
  54:19
  72:7,8
  79:9 82:21
  97:23
  105:23
  114:25
  115:2
  118:11
  142:22
  147:10
  172:18
  224:1
  233:11,12

numbers
  20:10
  25:24 31:6
  103:15
  145:20,25
  146:9
  187:8

numerous
  233:23

                O

oath  5:22
  7:11

object  8:14
  19:4,16
  30:21
  31:15
  41:23 44:1
  45:9,20
  51:3 56:11
  57:13 60:2
  62:10,20
  64:7,22
  65:15
  67:19
  68:10,20
  69:3 70:14
  73:12,23
  74:19 77:8
  79:21
  81:12,21
  82:6,17
  83:17,20
  85:13
  87:20
  89:6,16,23
  90:8,15,23
  92:7 93:17
  110:14
  114:8
  117:10
  122:1
  123:11
  124:13

126:23
129:24
130:22
131:15
133:7,24
134:10
135:18
138:14
139:18
141:7,22
142:7
144:6
145:14
147:2
148:1
152:8
153:24
154:6
158:20
160:22
161:11
162:11
163:25
167:8
168:7,24,
  25 170:7
172:3,25
173:14,23
174:21
175:13,22
176:12
178:11
179:15
181:8
183:25
184:16
185:1,12
192:19

194:12
195:8,25
196:13,21
197:17
201:11
202:4
204:12,19
206:4,10
207:8
208:21
209:16
211:25
213:2
216:3,24
222:18
224:11
230:1
231:1

**objected**
83:6

**objecting**
86:4,12

**objection**
20:22
21:3,9,14,
19 27:6
32:4,7,9,
11 34:6
35:13
36:16
46:3,13,22
47:2,8,15
48:6 49:3,
8,15 52:20
57:25
65:5,10,25
66:6,22

70:25
71:12 72:5
75:13 84:9
111:8
113:15,22
115:4
124:11
125:1,23
136:9,17
145:21
147:18
159:9
164:17,24
165:18,24
166:9
169:10,16,
22 170:1
176:21
180:1,8,
15,21
181:15,19
182:2,15
190:15,20
191:2,11
192:1,5,13
193:2
197:6,11
198:18
218:7
219:13
227:18

**objections**
8:14 84:8
86:9
166:21
190:7
232:15

**obligations**
178:3

**obtain**  48:12
63:8 199:9

**occasionally**
51:18
62:13
67:13,24
72:8
151:22
211:15

**occasions**
103:4

**occur**  84:4

**odd**  146:15

**odd-numbered**
75:24 76:1

**offense**
171:6,8

**offered**
178:16

**offhand**  77:4

**office**  94:17
99:15
101:9
144:14
156:5
210:17
211:24
212:5
220:6
221:4

**officer**
95:12

96:18
102:9
103:19
147:12
148:17,20
211:16

**officer's**
67:9

**officers**
92:20,21

**offices**
151:21
153:2,3

**official**
57:4 60:15
61:21
74:20,23
80:18 81:5
90:2
156:25
177:6
217:23

**officially**
36:17

**officials**
135:4
146:25
193:25
194:6
230:12

**officials'**
95:2

**on-site**
154:12,15
165:1

one-on-one
  213:5,9

online  41:7,
  14 48:18
  63:17 81:6
  100:3
  103:6
  122:21,25

onward
  140:17
  141:15,19

open  52:8,
  15 54:3
  76:8 98:8
  108:10
  128:1
  138:20,24
  139:1,3,5,
  8 153:21
  236:18,21

opened
  147:17
  220:24

opening
  147:24

opens  53:13

operations
  125:14
  134:1

opinion  28:6
  121:1
  125:4,7,8,
  11 182:6,
  12 183:13,
  15 211:9,

10

opportunities
  160:7
  207:23

opportunity
  39:19
  55:24 93:6
  128:2
  166:11
  170:3
  208:2

oppose  143:7

opposed
  143:3
  144:1,4,
  20,23
  145:1
  235:17

opposing
  142:24
  145:5

order  19:8
  30:15 37:5
  83:9 84:4
  139:6
  158:11

ordered  84:1

orders
  120:23
  237:10

ordinance
  39:22 40:7
  86:25
  87:2,6,7,8

ordinances
  42:4 60:13
  62:2 73:7
  93:3

organization
  120:7
  200:9,10,
  25 202:16
  203:2
  210:1

organizations
  200:1

original
  25:13

Ortiz  47:17

Osage
  203:17,23
  219:7

outbuildings
  196:5

outdoor-active
  150:10

outreach
  76:19,22
  145:7

Overland
  2:17

oversee
  72:20 73:1

overseen
  106:25

oversees
  40:1

oversight
  151:10

owner  120:20
  155:6

owners  39:2
  68:5
  150:25
  155:5

ownership
  155:11

P

p.m.  94:5,8
  149:16,19
  193:14,17
  227:3,6
  237:8,16

paid  221:2,
  4

Palacioz
  210:5

pamphlet
  41:1

pamphlets
  151:21

paper  152:11
  176:7

papers
  155:24

paperwork
  94:22
  155:11

par  145:25

146:2,7

parades
212:19

paragraph
113:7
114:14,18
121:12
123:4

park 2:17
150:6

parking 93:4

parks 152:25

Parson 2:20
5:8

part 8:25
9:21 10:6,
13 30:3
41:17
42:19
52:14
107:19,21
121:12
156:17
184:24
186:11
198:4
206:15
212:22,23

participate
116:11
119:21
187:8

participated
233:11

participating
212:18

participation
103:24

particularity
109:24

partisan
143:1,17
144:2,4,
15,20,23
145:1

partnership
150:4

parts 9:18
37:14
42:24
117:21
166:25
167:1
189:16

party 64:3
110:20
198:15,17

pass 163:2,
4 214:5

passed 87:13
119:15,16
150:1
214:1

passing
231:23

past 19:1
23:11
24:3,10

37:4 61:8
72:10
104:2
123:10
200:4
202:21
215:12
234:7

pathways
187:12

patient
131:3

patterns
174:11

pavement
165:25
166:2
167:10

pay 178:13,
16 220:25

paying
163:12
167:4

penultimate
123:4

people 21:7,
13 25:22
26:3,7,22
27:2,4
28:1 29:4,
19 36:21
38:20,23
40:6,8
41:2,19
44:12

45:14,19
47:1 50:11
55:3,10
56:6,9,23
57:11,22
60:1 81:2
85:24
87:16
96:20
97:21
102:25
103:15
146:24
164:15
184:8
188:11
189:6
193:25
194:21,24
207:1,17,
23 208:20,
23 209:3,
12,23
210:16,20
211:13,22,
24 212:21,
23 214:25
215:20
216:20
229:21
230:10,11

percent
33:12,23
34:3 46:23
113:1,7,12
114:25
115:2
153:15

162:25
174:24,25
175:1,2
178:23

**percentage**
118:6,12,
14 146:6,7

**perfect**
58:18,19

**performing**
119:5,9

**period** 87:9
98:9,10
137:23
141:17

**periodically**
9:5 51:16

**permit** 62:23
155:14

**permits**
62:21,22,
24 63:3,5,
9 72:7

**person** 64:5
70:9 79:1
89:21
154:12
161:6
215:2
232:6

**personable**
198:6

**personal**
10:16,19

11:1 30:23
31:13
85:3,4,22
91:11
100:19
104:9
114:15
117:24
120:15
121:1
125:8,11,
12 145:18
146:5
156:15,18,
21 173:9
174:10
176:25
177:2,8
182:12,19
183:13,15
184:22
198:4
206:8,12,
19 211:9
212:24
213:4

**personally**
145:19
183:23
184:2
201:20,22
204:4
207:25
208:6
209:4
229:18
230:24

**personnel**
17:2 65:21
70:16
90:24

**personnel-
related**
65:22

**perspective**
37:3 39:5
162:1,4
168:13,14
174:19
189:10
213:4

**petition**
85:23
87:10,23
88:1,2,16

**phone** 110:20
228:7

**physically**
63:14,15

**piecemeal**
153:19

**pit** 39:22
40:7 77:10
93:3

**place** 23:10
40:18,20
41:10 53:4
76:2 80:16
90:17
119:17
125:13
183:3

185:10
217:3
226:11
228:14
229:16

**placement**
217:17

**places** 43:22

**plaintiffs**
2:3 3:4
5:16 7:8
15:15 17:7
27:5,19
28:20
29:15
172:9,13
175:9
194:25
227:21

**plan** 4:8
14:4 15:23
17:18 83:5
103:17
105:18
107:15
161:24
162:2,5
179:5,7
180:20,24
181:4
185:23
187:6
191:22
192:11,18
193:8

**planning**

71:14
72:21

planning-
zoning  52:25

plans  207:5

platform
77:20

play  96:19
212:16

played
191:21

Plaza  2:6

plethora
39:4

podium  53:17

Pogue  15:11
18:10
129:4,11
130:10
131:9
133:10,22
140:21
229:17
230:16

Pogue's
131:22

point  10:23
17:15
24:2,22
25:8 53:15
54:22,25
58:10
81:14,23
87:9,10

88:10
119:1
132:17
134:2
176:11
198:2
209:24
236:4

pointed
36:16

police
90:12,17,
22 91:2,
13,19
92:14,16
93:7,12,
16,19
154:14
170:12
171:23
172:9,12
174:14
175:8

policies
38:3,8
56:20
73:22
176:4
178:20

policing
91:15,20
93:7
170:6,13
173:22
174:5
175:11
177:11

policy
16:20,24
17:2,22
37:6 72:20
93:1
102:13
158:10,14,
18 159:4,8
170:25
171:16,22
176:6,24
187:9

policy-related
92:23

political
37:17
198:15
199:25
200:3

poll  4:15
110:20
220:16,19
221:7

polling
100:21
147:10,11,
14,16,25
148:8,11,
20,23
221:3

poor  206:23

pop  212:5

population
18:25 20:4
33:12,23

34:4 38:9
113:1,13
114:25
118:4,14
174:24,25

portion
9:19,20,22
10:7 19:24
51:24 52:3
53:14,20,
25 54:5,7
84:19
117:18
193:20,22
198:1
235:8

portions
116:14

posed  27:25
28:17

position
27:4,12
96:25
97:22
100:20
105:14
106:10,12,
14 121:15
122:10,11
143:11,19
181:24
210:23,24
213:15
215:1
230:11
236:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

positions
  97:12
  161:18
  215:11
  235:15

positive
  49:17

possession
  14:25
  231:9

post  4:9
  76:14 77:6
  211:11

posted  51:17
  77:14,15,
  24 213:21

posts  77:1
  95:2,4,7,
  23 100:3
  103:6
  123:20
  211:15

potential
  15:3 16:22
  28:15,20
  29:4 85:11
  94:25
  118:5
  161:14
  166:3

potentially
  18:6 26:19
  99:9,14
  109:16
  119:22

  120:10
  162:23
  171:1
  182:8
  184:5
  202:10
  218:25
  219:12

power  85:19
  86:2
  159:16
  219:25

PR  179:23

practically
  195:23

practice
  54:14
  215:13

precincts
  134:9

precisely
  228:17

predecessors
  65:4

predominantly
  163:12,15

prefer  32:6

preference
  177:5,7

prep  18:1,
  21

preparation
  11:19
  14:18

  229:19
  231:4
  234:4

prepare
  11:22
  12:6,14,19
  13:1,5,10,
  14 14:25
  16:14,16
  180:10
  228:17
  229:5
  233:9

prepared
  10:2 11:14
  32:21
  40:22 48:2

present  2:22
  5:18 12:2,
  3 37:1,5,
  20 39:24
  40:16
  53:18
  57:19
  73:16 90:6
  92:17,19,
  20 120:8
  127:25
  128:18
  133:22
  136:25
  137:8,16,
  24 138:4
  139:22
  228:22

presentation
  41:21

  163:21,24
  164:10

presented
  16:20 36:2
  59:13,22
  76:16
  97:13
  114:3
  126:25
  170:2
  188:17

Presently
  148:13

preservation
  176:3
  178:2

preserved
  176:19

press  48:21
  100:12
  204:10

presumption
  198:2

pretty  42:1
  43:16
  88:15
  146:7,13

previewed
  149:21

previous
  85:5 97:5
  128:8
  215:9
  235:13

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

previously
  18:10 58:3
  110:11
  148:10
  154:25
  171:18
  187:16
  195:12
  203:5
  230:15
primarily
  57:12,23
  200:20
primary
  20:21 21:1
  90:25
  160:16
  161:6
  222:20
print  109:15
prior  24:20
  25:9 28:22
  52:10
  106:7,14
  107:23
  115:12,14
  124:18
  152:3
  167:12
  176:17
  183:7
  217:17
  221:7
  228:8
  231:16
priorities

156:8
161:22,25
162:3
206:8,12
207:16
priority
  111:3,5,6
  156:6
  182:25
privilege
  135:23
  136:20
  226:4
privileged
  136:4,18
  224:19
  225:24
pro  5:15
  212:13
problem  19:9
  58:24
Procedure
  9:23
proceed
  84:11
process
  40:24 66:4
  73:21 80:4
  82:15
  83:2,16
  84:21
  85:18
  86:18
  88:6,7,8
  97:8 98:6,

7 103:20
131:5
134:5,17
135:2,6
139:2
153:17
155:9
157:12
166:11
169:25
172:15
207:20
215:17
217:3
230:22
233:25
235:18
produce
  231:16
produced
  15:3,15
  17:6,9,17
  158:9
  175:8
  227:21
  228:6
producing
  14:7
  231:24
production
  172:15
  224:5
  233:20
productions
  204:18
products

188:3,4
professional
  125:13,17
  199:17
  213:5
professionally
  199:18
  207:25
professionals
  183:12
Profile  3:12
  32:20
Profiles
  114:7,23
  115:3
program
  186:17,19
programs
  159:20
  188:11
Project
  2:10,11
projects
  150:1
  161:18
promise
  178:13
promote
  37:25
  187:14
prompted
  158:13
properly

72:2
207:15

property
120:20
214:8

proportion
20:20 21:1

proposal
126:22
130:21
131:7
132:7,14
162:10,14
196:25
214:1
218:20
219:19

proposals
130:3

proposed
86:25
133:3

pros  29:11

prosecutor
174:16

prospective
155:4

protest
85:23
87:9,10,
22,25
88:2,6,8,
16

protests

89:5

proven
208:14

provide
16:13 33:8
36:9 38:8
41:2 43:14
49:9,19
56:21
57:4,20,22
58:3 72:3,
6 91:5
101:11
102:2
116:4
119:13
151:20
154:11,15
157:4
160:13
185:17,18
186:6,15,
22 187:18,
24 189:1
202:8

provided
12:5,18
13:9,13
16:21 31:8
35:5 50:15
76:20,22
77:20 81:8
91:14 92:3
99:5
100:13
101:16
104:10

151:24
153:23
154:2,5
155:25

providing
30:17 50:5
68:25
100:16
101:7,20
102:6
114:20
116:9
152:1
187:1
188:1,2

provision
9:22

PTX  237:14

public  2:12
40:3 41:10
43:21
51:17,24
52:2,15
53:8 54:6
67:3,4,11
68:3,13
69:8 74:24
76:9 80:8,
12,16 81:4
95:12 98:8
127:24
128:3,11,
21 130:4,
5,11,13,
15,18
154:19,24
156:6,10,

13 157:1,
7,8
158:16,19
159:1
169:25
179:9,19
180:10
183:4,6,7
184:13
191:15
199:12
204:11
205:16,19
207:12
211:16
212:4
217:22
222:7
225:9

publication
80:8,10
81:1,5

publicly
51:20
79:15 92:5

published
25:6 128:8

pull  11:7
104:15,17
107:25
111:21
112:2
115:23
127:4
157:14
177:13
181:1

227:10
228:19

pulled   78:18

pulling
  22:2,5

purchases
  164:11

purpose
  123:9
  163:23

purposes
  84:10

pursued
  109:10

put   11:6
  21:23
  42:7,14
  49:13 81:6
  85:17
  119:11
  120:7
  128:5
  142:18
  196:25

puts   164:13

putting
  95:24

——————————
        Q
——————————

qualification
  96:3,16

qualified
  88:13,20

quarterly
  151:3

question
  8:17,21,
  24,25 9:2,
  9 10:12,
  14,15,20,
  24 19:19
  20:2 25:13
  27:7,25
  28:17
  31:2,18
  32:6,9
  34:23 44:2
  48:2 49:4,
  16 56:12
  57:14
  58:3,6
  62:11
  65:16
  73:13,24
  81:13,22
  82:7,18
  83:1,21,24
  84:18,21
  85:2,14
  86:9 87:21
  110:8,15
  113:16
  114:9,15
  116:4,13
  118:16,20,
  23 123:12
  124:7,13
  126:24
  129:25
  131:16
  133:25

137:11
138:14
139:12
140:11
142:8
144:7
145:15
147:3
148:2
152:9
153:25
154:7
156:15
161:12
167:9
168:8
170:8
172:4,11
173:15,24
174:21
175:9,14,
23 178:12
180:22
183:1
184:1,17
185:2,13
192:20
194:14,18
195:1
196:14,21
197:18
198:19
201:9
202:5
204:13,20
206:5,11
207:9
209:17

212:1
213:3
216:4,25
218:6,10
222:19
224:18,21
226:3
230:2,4
231:2
235:12

questioning
  30:22
  32:5,8
  92:8
  134:11
  139:24
  141:8
  158:21
  160:23
  162:12
  164:1
  166:21
  168:24
  179:16
  181:9
  182:16
  185:21
  190:7
  192:2
  196:1

questions
  7:15,19,23
  8:4,14
  11:18
  19:16
  30:25
  32:11

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

39:18
40:23 44:7
45:10
58:15 59:9
83:10
84:11
86:5,10
93:18
115:10
117:24
118:1
125:19
135:19
139:19
140:1,15
141:23
173:11
175:4
193:20
198:3
213:10
221:24
224:12
227:8
228:16
232:7
233:1,8
234:25

quick  58:10
231:23

quote  119:1
144:3

————————

R

R1  195:20
196:5

R3  195:22
196:8

race  6:9

racetrack
150:5
151:10

racial  63:23
65:3 66:20

radio  41:8
121:6
122:21,25
151:21

railroad
206:16,17,
18

raise  93:7
210:18

raised
128:23
130:8
232:10

raising  66:4

Ralph  2:22
5:19 12:2,
17 13:5
22:21
179:3
227:22

ran  207:20

Rangel  47:21
106:13

rare  52:11

rate

111:17,18
175:11
221:5

rates  111:13

reach  24:19
107:19
115:17,21
210:19
211:16

reaching
107:11

reactions
190:13
191:6

read  11:20,
21 12:12,
13 19:21,
25 23:14,
16 30:5
84:18,20
97:18
127:21
237:2

reading
143:9
144:8

ready
111:23,24
197:25

realize
25:10
96:11

reason  7:13
33:17,19,
25 34:13

110:5
113:5
178:1,4
207:3

reasonable
224:13

reasons
143:8,10

Rebein
197:21

rebuild
189:18

recall  15:18
22:15 36:4
56:1,4
77:4 90:9
95:5 97:8,
23 98:9,25
99:2 104:6
109:14
119:17
120:3
129:10
177:19
181:20
190:22
194:2
195:16
216:11
218:14
220:18
222:2
228:10
230:20
235:4
236:13

receive    48:4
  57:3  92:1
  118:19,22
  138:7
  158:15
  220:25

received
  24:22
  25:17,20
  35:20
  66:17,19
  84:8  132:7
  137:3
  163:9
  191:16
  227:22

receives
  91:23

receiving
  29:2,23
  48:19
  102:18
  228:8

recently
  39:21
  142:15
  198:20

Recess    59:4
  94:6
  149:17
  193:15
  227:4

recipients
  187:13

recognize

209:14
212:23

recognizes
  209:18
  211:23

recollect
  91:11

recollection
  15:1  87:8
  104:9
  119:15
  235:25

recommend
  215:4
  218:20

recommendation
  97:16

recommendation
s  122:15

record    6:2
  7:24  8:15
  10:18
  19:25
  58:23
  59:3,6
  65:2  78:20
  84:20
  86:11
  94:1,5,8
  124:13
  128:10,17
  149:16,19
  177:22
  193:14,17
  227:3,6
  232:3,16,

17  237:5,8

records
  60:10,12,
  16 65:8,
  14,20,22
  138:21,24,
  25 139:2,
  3,5,8,10
  172:10

redistricting
  83:5

reduced
  188:1

reduction
  162:16,25
  214:8

refer    155:7
  185:20

referenced
  3:9 16:25
  31:22
  158:4
  181:4

referencing
  17:12
  127:9

referred
  24:1

referring
  23:25 82:8
  152:15
  154:7

reflect    38:9

refresh    15:1

235:25

refugee
  105:8

regard
  143:23
  231:6
  232:6

register
  103:1,8

registered
  88:20,22
  89:2 96:6
  104:1
  111:9
  117:17
  144:17
  198:15

registration
  94:12,19,
  22 95:25
  100:7,17
  102:14
  109:16
  110:3
  111:3,7
  119:1,3,10
  123:8

regular    57:2
  90:14
  91:25

regularly
  81:10

regulation
  195:16,19

regulations

52:6 72:25
74:3 93:4

Reid  69:20
70:8

reiterate
186:4

relate  70:2

related
19:14
44:11 59:9
60:18
65:3,20
83:2 138:8
139:24
159:19
178:7
190:8
202:9
210:21
224:1
228:4,24
233:10
234:9,13
235:1,2

relates
30:13

relations
104:12
105:6,15,
17 106:20
107:6,10
109:7,21
110:8
112:21
159:25
160:2,20

187:4,22

relationship
92:13
93:19

relationships
212:24

relatives
206:19

release
123:15

released
49:18

releases
95:2
100:12

relegated
143:21

relevance
36:17
83:25
198:19

relevant
66:23
82:19,20
83:7
134:12

relief  102:1

rely  20:12

remains
182:16

remember
105:7
177:17

220:20,21,
23 221:14,
16 229:18
231:24
236:9

remembered
231:22

removed
78:19,22

renovation
153:17

renter
120:20

repair  169:9

repairing
166:15

repairs
162:22
163:8
166:25
167:2,6

repeat  19:19
31:17 58:2

rephrase  9:1

replaced
106:4
157:3

replacement
162:5
214:24
215:18
216:2

report  14:4
15:24

32:20
33:1,5,9
34:10,16
35:4,9,18,
19,20,22,
24 36:6
50:18,21,
23 60:21
61:3
66:16,19
70:23 72:8
91:2
93:14,16
107:8
157:19
185:24

reporter
5:9,12
7:23
19:23,25
31:9 84:20
237:9

reporting
24:8

reports
20:12
25:16,21
60:23,25
71:3,6,8
72:3 91:7,
17

represent
89:11
182:9
183:21
184:6,7,8
201:25

Case 6:22-cv-01274-EFM    Document 146-18    Filed 09/22/23    Page 121 of 136

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                    Nickolaus Hernandez on 07/25/2023Index: representative..resources

representative
9:24 10:9,
19,25
55:14 86:1
106:22
114:16
115:11
125:20
146:17
182:20
183:2
185:8
201:8
202:3
204:14
223:1

representative
s  73:8
105:13

representing
5:4 89:21

republican
198:21

request
34:25 35:2
49:14
91:25
138:2,7,21
139:1,2,3,
5,8,20
228:20
229:9
230:6
231:16
232:11,20

requested

19:24 35:3
49:9,18
84:19
139:9
172:9,13
227:20,23
228:5
233:21,25

requesting
235:22

requests
48:22
92:22
136:23
138:25
229:21

require  60:3
139:8
155:17
213:5
224:18

required
53:3 57:7,
9 71:3,9
83:4,9
84:1
132:20
158:15
159:3
204:14

requirement
44:21
80:10,15

requirements
80:6
94:12,13,

15 95:25
96:4,8,12,
16 102:3,
6,15
155:19
196:7

requires
225:24

research
107:17
129:5,6,11
131:10,22
132:8,14
133:4,22
135:12
136:14
140:5,12
141:13,20
145:4
228:24
229:11,13

researching
236:5

reserve
232:11

resident
42:14
220:5

residential
195:21,22

residents
24:13
30:15,18
42:7 46:11
48:3 53:21
76:12

87:14 88:4
93:6 99:5
102:14,18
113:1
122:8
151:17
153:8,11
156:10,13
157:9
159:16,23
160:15
166:8,10
189:11,13
190:4,13,
25 191:7
194:10,15,
19 195:14
196:20
210:17

residents'
20:21 21:1

resolution
3:23
142:22,23
143:8,12,
20,25

resolutions
60:14

resolve  40:5
42:5

resources
63:21
64:10 67:7
68:5,6,8
121:4
161:17

187:18

respect
32:7,9
63:22 67:5
83:22 86:5
124:16
135:20
136:17,19
144:2
182:16
231:3,12
232:16,18
234:12
236:1

respectfully
114:23
232:15

respond
198:3
215:3,24

response
146:13

responses
7:24 191:6
233:17

responsibiliti
es  36:21
60:8 63:22
67:5 72:18
73:1,4
74:18 75:9
95:21

responsibility
37:2 42:19
67:9,14
160:5

responsible
37:24
49:21
59:10 60:9
63:2 64:6,
11 65:13
102:5,10,
13 103:10

rest  64:15

restate
113:25

restaurant
209:2

restaurants
38:22

rests  64:16

result
119:20
148:16

results
129:6
131:17
175:10

resume
125:19

resuming
115:10
201:15

Retail  30:4,
8 31:22
32:22 33:8
34:23 35:6

retention
176:4

revenue
161:15
162:18,21,
24 163:15

revenues
161:13

review  13:13
14:19,24
59:13
77:17
78:2,5,6
97:16
112:3
113:18
229:20
230:9
233:20

reviewed
11:12 15:2
16:19
17:3,17
88:10
172:11
177:15,18
216:6
217:15
230:19

reviewing
15:18
23:15 30:6

revised  3:19
116:24
134:22

revolved
220:3

rezoning
53:24
56:5,8
195:20

ribbon  74:22

rights  2:10,
11 7:7
135:14,17
136:8,16
140:9,18
141:15,21
200:1
223:25
229:3
232:11

rigorous
86:22

risk
119:22,25

road  153:5
167:21
168:5

roads  159:15
165:16,17
166:15
168:2,3,14

roads.'
165:11

roadways
166:5
167:13,16

role  36:22,
23,24
44:12 59:9
70:9 75:12

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

85:8 88:24
89:1 96:19
105:5,11,
19,20
106:3,6,7,
17 125:22
126:7
133:17,18
160:5
191:21
192:17
206:3,9
207:6

**roles** 36:20
60:8 116:6

**Rosa** 4:14
24:8,18
27:14
47:17
105:14
106:8
160:16
220:15

**Roxana** 47:19
104:22,25
114:11

**Roxana's**
117:3

**rule** 9:19,
21,22
10:3,7
54:21
72:22
200:21
232:4

**rules** 7:22

9:23 52:5
72:24 74:3

**run** 35:7
74:13
96:20
119:22,25
120:10
125:14

**running** 32:7
99:8,10
171:11
222:1
236:16

**rupture**
190:2

**Ryan** 69:20
70:8

———————

S

———————

**salaries**
57:2
169:14,18,
21 217:10

**salary**
161:14
217:12

**sales**
122:17,20
150:2,12
162:8,14,
20 163:2,
22 165:15
213:23

**salesman**
155:23

**sat** 223:9

**school** 43:19
90:3 106:5
147:21
199:5,7
202:10
205:14,20
206:24
212:13

**schools**
37:15
147:17,25
205:17,19

**Science**
199:11

**Scoggins**
81:19,23
126:13
127:14
128:24
130:8
131:7
191:19
235:1,20

**Scoggins'**
126:22

**scope** 19:16
20:16
30:22,25
31:15 44:2
45:21
48:8,15
49:3,15
52:21
56:12
64:1,23

66:1,23
71:1,13
82:7,17
83:22
93:17
113:16
114:9
125:2,24
139:19
140:1
141:8,23
147:3
158:21
159:10
160:23
162:12
164:1,18
165:19
166:22
168:8
169:11,17
176:13
179:16
180:2,9
181:9
182:17
185:13
191:12
192:14
195:8
196:1,14,
22 197:18

**screen** 17:25
18:3 21:24
22:4 32:1
104:18
108:3,8,
14,16,20

227:12
234:18

screen-share
11:8
18:18,19
112:2
142:19

scroll  33:21
112:24
120:22
128:13,14
133:12
177:16
235:6

seat  96:23

seated  97:3

seats  23:22
76:3 135:7

sec  19:6

seconds
98:20

section
23:13,14,
15,16
30:4,5
31:22
34:19
39:14
40:21
53:11,14
54:3,9,10,
12 55:4,8,
22 56:3
58:18
59:24 74:2

78:25 79:2
118:4,25
120:12,13
122:15,16
127:13
128:16
136:8,15
140:8
181:22
229:3

seeking
187:19

segment  52:2

selected
52:17,22
74:11
75:3,4
98:1

selection
215:5

sell  164:13

selling
189:1

semi  212:13

send  14:7
17:23,24
22:24
23:2,3,5
48:21,22
76:15 81:4
104:14
107:11
108:1,2
111:22
116:21

120:18
127:4
224:16

sending
69:4,5

senior
159:21

sense  8:6,
11,22 84:2
116:9
131:4
145:12,19
184:23

separate
37:13
124:13
216:14

separately
195:4

series  4:4
86:10
163:20

serve  144:17
151:5
199:23
218:1

served  11:5
106:8
179:8
199:20
213:12
217:6

serves
150:25

service  50:5
152:15
154:12,14,
15

services
30:14,16,
18 36:10
38:1,7
50:15
57:5,20
70:1,17,
19,21
71:11 72:1
92:15
104:10
149:8,22
151:17
152:19,21,
24 153:1,
20,23
154:1,4,7,
8,9,11,16
155:2
160:14
185:17
186:23,24
189:1
208:24

serving
202:7

session  4:16
18:21
52:3,8,12
80:23,25
81:3
122:18,19
215:17,21

216:7,14
221:11,15,
16,23
236:11,12

sessions
51:16
80:24
186:22,25
187:1

set   79:17
80:7 98:9
127:7

sets   161:25
162:2

setting
80:5,7

sewage
159:15

sewer   153:1
154:14
166:3

shaking   8:2

share   21:24
22:3 30:20
95:1 103:6
104:18
108:3,14,
19 227:11
234:18

shared   17:25
18:3,5
31:25
99:15
108:7,16
129:7

131:17
212:15

sharing
107:16
147:7,8

shopping
209:2

short   104:15
123:5
157:15
193:10
198:9

shorter   9:6

shortly
28:25

show   11:4
21:22
31:20,21
104:13
108:7
142:11
157:25
163:18
174:6
178:25
185:9
189:22,25
213:17
214:10
220:10
221:9
234:16

showcase
103:19

showed   17:1

40:8 172:2
195:14

showing   22:9
175:10
177:23

shown   18:2,
18 76:17
231:8,16
236:7

shy   203:24

sick   133:19

side   29:12
165:7
167:6,7
237:11

sides   206:13

Siefkin   2:16

sign   48:18,
21 53:16
171:12
237:2

signal
171:12

signatures
61:19,20,
23,24
62:2,3
88:13

signed   61:21

signs   74:20

similar
119:5
157:10

214:1,3

simple   6:16

simultaneous
222:12

simultaneously
222:9

single   27:20
120:20
124:1
196:4

single-family-
type   196:6

single-member
134:7
135:3

sir   11:16
31:18
76:10

sit   217:25

sitting
96:10
196:25
222:24

situation
54:4 97:15
229:18

size   184:11
196:4

sizes   196:8
197:1

skewed   120:9

slide   165:10

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nickolaus Hernandez on 07/25/2023

small  43:16
  116:14
  200:15
  209:6,19
  223:13

smaller
  197:1
  200:13

soak  198:9

soccer  38:21
  212:14

social  41:7,
  14 99:14,
  22 100:11,
  25 101:15
  103:7
  109:15,24
  121:6
  122:25
  123:19
  151:21
  211:5

software
  166:1
  167:24

Sonni  2:11
  237:15

sonni@uclavrp.
org  2:13

sooner  91:22

sort  66:19
  72:24
  116:17
  159:6
  235:8

sorts  65:20

Soto  26:12
  97:5,9,25

Sound  10:20

sounds  9:13
  10:22
  139:23
  193:12
  226:23

source  33:15

sources
  161:16
  207:13

south  167:7
  184:24
  185:4
  199:4

Southeast
  189:15

Southwest
  187:10

space  148:19

Spanish
  20:21 21:2
  33:24
  43:25
  44:6,17,
  21,24
  45:5,8,16
  46:5,11,
  15,20
  49:1,7,13,
  14,18,19
  50:1,2

56:10,14,
  18,22
  57:4,7,12,
  23 58:4
  63:6,8
  76:20,23
  77:15,20,
  25 81:8
  96:1,16
  99:16
  100:1,4,
  14,17
  101:2,5,8,
  17,20
  151:24
  152:2
  155:25
  164:22
  186:16,25
  187:2
  222:4,6,12

Spanish-
language
  57:23 67:6
  68:4,25
  69:10
  76:25 77:6

Spanish-
speaking
  122:19

speak  8:20
  43:25
  44:6,24
  45:2,5,8
  46:4,7,14
  53:21
  54:6,20

55:24
  56:14
  57:3,12,23
  79:1,9
  204:15
  228:17

Speakers
  186:18

speaking
  10:16
  44:21
  46:11
  55:14
  56:10
  72:17
  182:13
  195:24

speaks  33:23
  34:4 44:17
  50:1

spearheading
  192:23

Spearville
  198:24

special
  51:18
  62:22
  210:11

special-called
  80:22,23

specially
  80:21

specific
  24:16
  35:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
30(b)(6)                     Nickolaus Hernandez on 07/25/2023        Index: specifically..state

52:13
53:23
83:21 86:9
88:7,24
89:1 96:14
104:8
105:5,7,8,
21 107:9
111:6
116:5
119:12
150:17
183:17
184:19
200:19
204:20,21
207:5

**specifically**
35:1 68:2
72:25
77:24
78:18 79:7
103:24
104:4
109:11,20
125:5
156:14
160:13
161:1
167:4
197:12
212:6
220:22

**specifics**
81:25

**spectrums**
111:10

**speculation**
34:7 115:5
120:6
145:22
147:19
218:8
219:14
220:2
227:19

**speed** 213:7

**spell** 131:6

**spend** 161:10
165:9
168:2,4

**spending**
165:15,16

**spent** 166:14

**split** 9:18
48:1

**spoke** 16:5
56:8,10
128:18,21
217:14

**spoken**
224:24
225:5

**spokesperson**
206:3

**sports**
211:23
212:10,13,
16

**spread** 42:24

**spreadsheet**
3:16
108:5,25
110:10

**staff** 16:7,
10 24:7
40:1,3
42:2 46:7
49:23
57:19
59:12,22
86:21
106:19,21
121:2
127:15,19
129:2
130:2,9
131:8
146:22
164:25
174:14
191:14
194:15,19
235:17
236:5

**staffing**
90:24
157:3

**stand** 27:3

**standard**
118:10
237:12

**standing**
53:7 54:21
89:13

**start** 18:22,

23 149:22,
23 152:1
153:16
155:7
167:17
205:10,25
224:10

**started**
28:25
100:18
101:6,24
148:19
153:17

**starting**
106:7

**state** 6:1
32:4 71:3,
7,9 72:25
80:7,11
94:16 96:5
118:4
119:11,15
120:10
137:22
138:24
139:12
142:24
143:3,16,
22 146:12,
18 158:12
160:13
163:22,23
164:3,6
188:7,10
190:6
199:11,13
200:11,15

stated    18:10
  24:22
  26:24 28:4
  62:19
  72:25
  112:12
  143:12,20
  144:3
  186:24
  187:16
  216:16
  230:15
  232:15
  236:11

statement
  29:25
  33:11,22
  34:3 123:6

statements
  29:23
  95:3,4
  97:10,13
  98:7
  180:11

states
  127:13
  128:25
  138:3
  188:7
  228:21
  235:11,16,
  20

statewide
  188:18

stating
  194:3

211:5

station
  123:2

statistical
  70:23

statistics
  34:16,20
  177:20

statuary
  80:14

status    123:8

statute    73:1
  80:11 96:5
  119:15,23,
  25 120:1,
  4,11

statutes
  42:4

statutory
  80:6,14

staying
  19:10

Steen    2:5
  5:14

step    75:10
  129:22
  131:2,14
  228:15

stepped
  236:19

steps    83:4,8
  232:13

stipend

56:21 57:3

stop    171:12
  208:17

stopped
  171:11

stopping
  210:17

stops    175:2

store    38:22
  211:22

stories
  186:13

stormwater
  166:3

strategies
  109:5,9

strategy
  3:17
  109:24
  110:2
  112:7

streams
  161:16

street    24:14
  122:17,20
  154:14
  162:15,20,
  22 163:8
  165:14
  166:25
  213:22

streets
  153:1
  163:1

169:8
  207:11

strengthen
  181:23

strengths
  183:9

strict    52:5
  79:11

strike
  209:14

strongest
  181:25
  182:7

strongly
  23:22
  40:10

structure
  196:5

studied
  39:25
  84:23
  134:14
  135:10,11

studies
  153:7
  199:11

study    21:18
  28:22
  40:13
  51:16
  80:22,24
  85:17
  86:22
  113:18,21

114:3
145:6
163:11,14,
17

subcomponents
80:1

subdivision
56:6 69:12

subject  3:15
22:12
85:23
104:21
124:10
228:9
232:8

submitted
71:6,9

subsequent
133:6

substance
18:23
225:6

suburban
195:20
196:3

success
206:20

successful
120:14
189:7
208:12

suddenly
142:13

suggest

120:17

suggesting
120:23

suggestion
215:7

suggests
120:16

Suite   2:17

supervisor
66:9,10

support
23:21 27:3
28:1
29:20,21,
25 30:1
150:1
187:12
189:6,25
194:1

supported
188:1

supposed
44:15
192:17

Survey  113:9
114:22
115:1

Swap   165:8

swear   5:12
92:21

switch  135:2
149:6

Switching

125:18
146:16

swore   92:20

sworn   5:22
6:22

system   7:9
176:19
181:24
182:7,25
183:5,10,
16 191:1,
18 207:24

—————————

—————————
          T

takes   42:4
121:2
213:6

taking   7:17
16:8
228:14,15

talk  8:8
11:22
12:6,14
16:9 29:6,
9 36:20
38:20
39:1,3
41:18 42:8
55:3 60:6
67:3 72:15
81:25
85:10
94:2,10
99:4
123:24

134:5
149:7
157:12
189:17
204:10
213:1
223:2,5
229:21
231:19

talked   11:24
13:4 24:24
25:23 26:7
40:6 50:3
68:24
78:24
106:15
175:7
188:21
215:19
221:21
225:21

talking
18:23 26:2
45:14
50:11 55:8
69:21 70:4
114:19
149:22
177:11,12
186:22
189:9
194:2
195:13,16
204:20,22
209:12
216:21
218:21

225:16

tandem  148:4

tangible
  152:4,7

Tara  2:16
  5:17 11:24
  12:16 13:4
  17:11
  36:16
  75:15 86:8
  185:21

target  38:4
  168:11

targeted
  104:2

task  86:23

tax  122:17,
  20 150:2,
  12 162:8,
  15,19,20,
  22 163:2,
  12,16,22
  165:15
  213:23
  214:8

taxpayer
  178:23

teaching
  199:4

teams  212:10

teberline@
foulston.com
  2:18

techniques

120:13,14

telephone
  66:14

ten  55:9
  58:11
  149:13
  161:25
  186:13

tend  209:10

tenure  104:7
  198:10
  207:6

term  75:19,
  20 127:18
  152:3
  202:21
  217:5,23,
  24 236:18

terms  6:11,
  14 13:7
  75:17
  212:24
  217:24,25
  218:13,16

Terri  5:9

tested  45:3

testified
  5:22
  138:15

testify
  11:14,23
  13:14
  14:25
  194:11,22

232:21

testifying
  16:10,11

testimony
  6:22 7:24
  114:9
  223:3,6

text  4:10
  214:13

thing  37:23
  38:14
  116:17
  135:8
  209:18
  230:3

things
  108:20
  123:10
  130:7
  161:23
  181:23
  209:4
  210:3
  224:12

thinking
  16:22 93:2

third-place
  75:19

thought
  215:19,25
  225:15

thoughts
  210:18

thousands

38:19

threshold
  88:14,15

thunderstorm-
scary  142:12

ticket
  164:12
  171:9

ticketed
  171:2,14,
  17,18

tickets
  164:13

Tieben  4:5
  15:8,11
  18:10
  177:17
  231:22

ties  30:14

time  5:6
  22:5 24:2
  25:8 26:24
  28:3 35:10
  40:17,20
  41:5 46:24
  47:16
  49:12 52:7
  54:25
  56:16
  57:10
  58:18
  59:2,5
  78:25
  79:12
  93:24

94:4,7
97:4,5
98:9,10
99:3,19
105:20
108:5
113:25
124:4,7,
11,16
125:9,24
126:1,16
127:21
129:4,13,
16 131:7
137:23
140:22,25
141:17
143:9
149:10,15,
18 168:25
171:7,10
173:19
186:8
189:5
193:13,16
203:1
212:5
213:6,7
215:23
216:14,18
221:1
223:12
227:2,5
231:10,20
236:3
237:4,7

timeline
83:16

94:12,15

times  43:13
51:11,12
76:7 103:5
160:14

timing
223:15

tips  107:16

title  69:25
105:7,9
158:10

titled  32:20
112:7
142:21

today  6:24
7:15 10:3
14:7 15:4,
22 16:8
18:6 145:2
235:1

Today's  5:5

told  16:11
84:5,6
121:18
210:6
215:20

top  23:13
55:9 77:13
88:14
110:21
165:9

topic  11:20,
23 12:6,
12,15,19

19:5,14
25:10
30:12
36:14
39:10,15
41:25 42:1
43:11
53:17
54:4,17,24
55:16
62:14
82:18,21,
23 83:4,7,
13,17,20,
22,23,25
92:12
106:17
124:15
126:13
128:5
129:13,15
130:17
138:1,2
140:4,13
216:2
228:17,20,
23 229:8
230:19,24
232:24

topics  10:1,
3,13
11:15,17
13:1,3,7,
10,11,14
14:25
16:22 18:6
19:11
23:10

30:22
31:13
39:20 44:2
45:10,21
48:9 49:4
52:17,19,
21,22
54:20
56:12
64:23
66:1,23
71:1,13
76:12
77:1,6,9,
15 84:8
92:8
107:3,8
124:4
125:2
134:11
137:22,23
141:9
158:22
159:10
160:24
162:12
164:2,18
165:19
166:22
168:8
169:11,17
174:22
176:13
179:16
180:2,9
181:9
182:17
184:17

185:14
190:8
191:12
192:14,20
195:8
196:1,15,
22 197:19
201:12
213:9
228:19
229:5,6
231:13
232:4,6,
10,16,18,
19 233:24
234:3,4,
10,13
236:12

total 25:22
113:13

touching
168:14

town 42:23,
25 43:9
115:17
122:17,20
167:7
183:17
184:24,25
209:6,19

track 20:8,
10 21:5,15
72:12
91:20
102:17
145:10,16
152:16

156:9

tracking
30:18
156:12

tracks 20:25
21:12
60:14

traditional
196:6

traditionally
202:6

traffic 93:4

transcript
8:5,10
237:10,12,
15

transient
155:13,22,
24

transit
62:24
158:19

transition
176:14

translated
48:25
49:7,13,14

translating
49:22

transportation
156:6,10,
13 157:1,
6,8
158:12,16,

17 159:1

treat 210:6,
13,14

treated 73:3
80:25

trends
174:11

triggered
159:7

trouble 22:2

Trozzolo
179:20,22
181:11
193:5

truck 62:24
93:4
155:23

true 234:12

trust
189:10,19,
25 190:3
191:10

trusted
23:18

truth 7:11

truthfully
7:15

turn 36:13
72:15
171:12
197:25

turned 23:18

turnout
3:15,18
56:3
103:25
104:1,3,21
109:2
111:13,16
112:8
145:10,20,
23,25
146:6,19
148:8

two-hour
18:1,20

two-year
75:20
217:23

type 53:1
62:4 80:23
93:5 196:9

types 203:6

typical 9:17
97:15
118:12
146:8
155:17

typically
41:8 42:2
54:14
57:15,18
73:9,14,25
80:21
90:25
92:22
151:3
152:13

154:15
155:7
164:15

---

U

---

U.S.  114:4
 115:7
 139:21
 199:20

UCLA  2:10

uh-huh  8:3
 64:13

ultimate
 87:12,15

ultimately
 85:23
 97:19,25
 98:21
 102:10
 169:19
 214:1

unavailable
 75:11

unaware
 111:15

underlined
 117:19,20,
 21

underneath
 71:21
 102:9
 109:6
 219:5

understand

7:10,19
8:7,18,19,
24 9:2
10:2
30:16,17
45:18 46:1
114:17
129:19
131:8
139:7
171:24
173:13
175:19,21
189:5

understanding
90:18
109:13
119:23,24
157:23
214:17
226:5,7

understood
82:10
84:12

undertaking
84:3
103:20,23

Union  164:7

unique  75:12

unite  23:23

united  138:3
150:7
151:10
185:4
228:21

unity  189:25

University
199:12,13

unnecessarily
143:13

unpack  38:13

unprepared
232:3

unquote
119:5

unregistered
118:7,11,
15

Unruh  150:23

unscheduled
209:24

upcoming
77:7
157:20

update  3:11
22:12
223:15

updated  14:5

updates
22:25 23:7
129:19

updating
63:2

utilities
207:12

utility
62:23
120:18,21

utilize  52:9
66:9 96:25
157:4

utilized
162:24
165:25

---

V

---

vacancies
97:11 99:1

vacancy
96:22

vacation
221:1

vaguely
221:17

values  37:18

varies  51:9
75:18
154:12

vary  97:2

varying
37:11

vehicle
62:23

vendor
155:13

vendors'
62:24

venue  45:23

venues
43:14,17

verbal  7:25
  8:3 219:20

version  3:19
  57:23
  69:10
  116:24
  187:2

versions
  63:9,11
  68:25
  77:16

versus  7:9
  29:17
  37:22

vice-mayor
  75:1

vice-mayor's
  75:8

Victory
  150:23

video  58:23
  123:21

videos
  103:18
  123:7,16,
  18

view  17:25
  42:21
  208:6

viewing
  183:16

village
  206:15

violated
  120:4

violates
  136:7,15
  140:8,18
  141:21
  229:3

violating
  119:25

violation
  141:14

violations
  72:9,13

vision  36:25
  72:21

visit  63:10
  95:20
  158:25
  211:19
  212:22

visited
  24:5,6,10,
  11,13,14

visitor
  39:13
  40:21
  53:11 54:3
  56:3 78:25

visitors
  53:14,20,
  25 54:9,
  10,12,16
  55:3,8,20,
  22 74:2
  128:14,16

152:14

voice  182:11
  200:15

voiced
  235:17

vote  74:14
  75:5 81:10
  82:5 87:13
  88:3,20
  98:23,24
  103:1,8,
  13,20
  120:13
  121:9,19
  122:6
  123:6
  169:21
  187:7
  217:22
  220:7

vote-getter
  75:20

vote-getters
  75:19

voted  82:2
  86:20

voter  2:11
  3:15,18
  88:22 89:2
  96:6
  100:7,17
  102:14
  103:25
  104:21
  106:18
  107:2,12,

14 109:2,
16 110:3,
12 111:2,
15,16
112:8
118:25
119:3,10
120:5,6
123:8
143:23
144:17
145:10,20,
23,25
146:6,19
148:8

voters  88:20
  104:1,3
  111:3,5,7,
  9,10,14
  115:17,21
  116:11
  117:17
  118:5,7,
  11,12,15
  119:2
  143:15

voters'
  103:24

voting  2:10
  7:7 60:19
  67:7,8,12,
  14 87:17
  94:10
  101:12
  103:15
  112:25
  114:25

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

118:4,13
122:11
123:8
134:9
135:14,17
136:8,15
140:9,18
141:15,21
146:7
149:7
223:25
229:3

---

**W**

---

wait  82:22

waiting
  111:25

waived
  54:22,24,
  25 79:4,6,
  8

Waknin  2:11
  237:14,15

walk  94:11
  229:4

walks  209:23

wanted  25:14
  81:25
  130:23,24
  155:6
  170:21
  171:24
  173:1,6
  194:9
  221:2

223:14
237:6

wanting
  39:8,11
  130:16

wards  208:10
  219:9
  235:15
  236:3

Warshaw
  214:25
  235:16

wastewater
  207:13

water  150:6
  153:1
  154:14
  159:15
  207:12

waterline
  167:11

ways  38:17
  146:19

weather
  142:11

website  41:8
  76:14 81:7
  99:22
  100:25
  101:15
  103:7
  122:22
  151:20

wedding

210:8

week  22:25
  23:11
  51:11
  186:2,7

weekly  3:11
  22:12,24
  23:5,7
  51:10

weeks  29:1

weird  108:20

welcoming
  14:4 15:23
  17:18
  103:17
  105:18
  107:15
  185:23
  186:2,5,7

whatsoever
  208:8
  236:6

Whites
  172:20,24
  175:12

Wichita
  199:13

wife  212:16

win  178:14,
  17

wing  36:9
  200:12,13,
  17,18

Wireless
  150:7
  151:11

witnessed
  233:12,14

witnesses
  222:25
  223:2,5

Women  119:2

wondering
  114:24
  227:16

word  8:22

words  7:5
  9:25

work  4:16
  36:21
  47:1,5
  53:12
  56:24
  59:12
  61:9,14,17
  62:5,8,12
  64:6 67:25
  70:11
  71:17,20,
  23 72:4
  89:9 90:11
  95:6,9,14
  106:16
  147:13
  148:22
  168:2
  180:6,13,
  17 187:14

198:5
203:12
207:17
208:12
209:10
215:16,21
216:7,13
221:11,15,
16,23
236:10,11

**worked**
187:23
203:15
206:16

**worker**  221:3

**workers**  4:15
220:16,19
221:7

**working**
68:22
103:18
105:16
107:8
122:4
146:24
187:5
189:23
206:17
230:10

**workplace**
39:3

**works**  95:22
179:19

**worksite**
62:22

**world**  189:16

**worse**  167:18

**worst**  167:16
198:12,13

**write**  50:2

**written**
232:19
233:17,25

**wrong**  82:23

---

**Y**

---

**yard**  196:7

**year**  17:4
72:10  76:4
105:24,25
106:1
160:14
161:19,22
163:10
164:4
165:9,11,
16,17
168:12
186:25

**year's**  168:5

**years**  20:5
41:16
47:20
75:22,24,
25  76:1
91:22
105:23
119:18
143:2,5,13

144:2
145:5
146:15
162:1,3,6
168:15,16
170:19
185:5
186:9
188:13
196:24
199:24
202:18,25
203:24
208:15,22
213:13

**yellow**  235:8

**yester-**
18:20

**yesterday**
17:1,22
18:21

**York**  2:6
5:15

**youth**  188:3
212:14

---

**Z**

---

**zone**  169:7,
8

**zones**
168:11,12,
15,18
196:17

**zoning**
195:16

**Zoom**  2:1,
20,22

**Zuniga**  26:13