**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Joe Nucci on 07/19/2023**

```
 1  MIGUEL COCA, ALEJANDRO          IN THE
    RANGEL-LOPEZ,                   UNITED STATES
 2                                  DISTRICT COURT
             Plaintiff             FOR THE DISTRICT OF
 3                                  KANSAS
    vs.
 4
    CITY OF DODGE CITY, a municipal CASE NO.
 5  corporation, the DODGE CITY     6:22-cv-01274-EFM-RES
    COMMISSION, E. KENT SMOLL,
 6  in hisofficial capacity as
    Mayor of Dodge City,
 7  MICHAEL BURNS, in his official
    capacity as Vice-Mayor of
 8  Dodge City, RICK SOWERS, in his
    official capacity as a member of
 9  the Dodge City Commission,
    CHUCK TAYLOR, in his official
10  capacity as a member of the
    Dodge CityCommission, and
11  JOSEPH NUCI, in his official
    capacity as a member of the
12  DodgeCity Commission,

13           Defendants

14
    _____/
15

16

17           The deposition of JOE NUCCI was held on

18  Wednesday, July 19, 2023 commencing at 11:01 a.m. Via

19  Zoom before Eric Leichter, Notary Public.

20                                  EXHIBIT
                                       D
21  REPORTED BY:  Eric Leichter
```

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 2..5

---

Page 2

```
1   APPEARANCES:

2

3        ON BEHALF OF THE PLAINTIFF:

4        CHAD W. DUNN, ESQUIRE

5             UCLA Voting Rights Project

6             3250 Public Affairs Building

7             Los Angeles, CA 90065

8             310-206-8431

9             chad@uclavrp.com

10

11       ON BEHALF OF THE DEFENDANT:

12       SARAH E. STULA, ESQUIRE

13            FOULSTON SIEFKIN LLP

14            7500 College Boulevard, Suite 1400

15            Overland Park, KS 66210-4041

16            913-253-2149

17            sstula@foulston.com

18

19   ALSO PRESENT:  Nick Hernandez, Brad Ralph, Sonni Waknin,

     JD Colavecchio, Sharon Brett

20

21
```

Page 3

```
1                    INDEX

2            Deposition of JOE NUCCI

3                July 19, 2023

4

5   Examination by:                          Page

6   Mr. Dunn                                     4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21
```

Page 4

```
1                    PROCEEDINGS,

2             THE REPORTER:  The attorneys participating

3    in this deposition acknowledge I'm not physically

4    present in the deposition room and that I'll be

5    reporting this deposition remotely.  They further

6    acknowledge that in lieu of an oath administered in

7    person, I'll administer the oath remotely.  Parties

8    further agree that the witness is testifying from a

9    state where I'm not a notary, that the witness may be

10   sworn in by an out-of-state notary.

11            If any party has an objection to this

12   manner of reporting, please state now.

13            Hearing none, we can proceed.

14   Whereupon,

15                    JOE NUCCI,

16   called as a witness, having been first duly sworn to

17   tell the truth, the whole truth, and nothing but the

18   truth, was examined and testified as follows:

19            EXAMINATION BY MR. DUNN:

20   Q      Please tell us your name.

21   A      Sorry.  Joseph Anthony Nuci Jr.
```

Page 5

```
1    Q      Commissioner Nuci, my name's Chad Dunn.  I

2    represent the Plaintiffs in this case.  And, of course,

3    we're here today to talk to you about this Voting Rights

4    Act lawsuit that's been filed.

5            Do you understand that generally?

6    A      Yes, sir.

7    Q      Is Commissioner an appropriate title for

8    you, or, you know, what would you prefer?

9    A      Joe is fine.

10   Q      Yeah.  Okay.  All right.  Thanks.  Well,

11   you know, I assume you've never given a deposition for.

12   Maybe you have.

13   A      I have never done a deposition before.

14   Q      Okay.

15   A      No.

16   Q      Well, it's not going to be much different

17   as had been the last few minutes.  We're going to have a

18   conversation today.  I fully expect it'll be friendly.

19   Don't expect to get excited here at all.  We just want

20   to understand what your testimony, you know, will be at

21   trial in this case and your position on various facts
```

---

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                       Pages 6..9

Page 6

1  and other matters. But, having said that, you are under
2  oath and what you tell us today are going to be relied
3  upon by the lawyers and the court later. And so you
4  understand it's important you tell us the truth?
5      A.     Yes, sir.
6      Q.     It's also important that I ask you a
7  question that you understand, and you're the only person
8  that knows whether you understood my question, so we
9  need you to let me know when you don't, and I'll try to
10 rephrase or reword it in such a way until you understand
11 it.
12         That fair enough?
13     A.     Yes.
14     Q.     Also, you're not trapped here by any means.
15 I don't expect this is going to take a long time today,
16 two, three hours maybe. But, you know, if you need a
17 break, let me know and I'm happy to accommodate that.
18 We may finish a line of questioning or something first,
19 but we'll get to a break just as soon as we can, so just
20 let us know. All right?
21     A.     Okay.

Page 7

1      Q.     Do you have any materials available to you
2  there in the room?
3      A.     No, I don't.
4      Q.     Is there anyone in the room with you?
5      A.     Nick Hernandez.
6      Q.     Who is that person?
7      A.     City manager.
8      Q.     Is Mr. Hernandez a lawyer?
9      A.     No.
10     Q.     Do you have an understanding why he's
11 participating in the deposition in the room with you?
12     A.     Just sitting in with me.
13     Q.     Have you reviewed any documents in
14 preparation for your testimony today?
15     A.     No.
16     Q.     Have you reviewed any other sort of
17 commission videos or materials or past items of city
18 business?
19     A.     Can you rephrase that? I'm sorry.
20     Q.     Sure. Have you watched any city meetings
21 in the past in preparation for today?

Page 8

1      A.     For today? No.
2      Q.     Have you looked at any of the legal papers
3  in this lawsuit?
4      A.     No. Not really. No.
5      Q.     Now, I'm not permitted to ask you about
6  your communications with your lawyers, and so, I don't
7  intend to do that now or later. If I ask you a question
8  that you think involves revealing your attorney-client
9  communications, you let me know and we'll work through
10 that issue. All right? But with that in mind, what
11 have you done to prepare for your deposition today, if
12 anything?
13     A.     I'm here. Just going to take the best what
14 I know, and that's all I can go off of.
15     Q.     Well, a good part of what we want to talk
16 to you about today is understanding your background and
17 history, you know, electoral history and your public
18 service history. So, I'll just start there. Can you
19 tell us where you're from, where you grew up, that sort
20 of thing?
21     A.     I'm born Pueblo, Colorado, October 8, 1975.

Page 9

1  I moved to Dodge City, Kansas when I was eight years
2  old. Moved around a little bit back and forth but been
3  in Dodge most of my life.
4      Q.     What caused your move at eight years old to
5  Dodge City, if you know?
6      A.     Family issues.
7      Q.     Did you have other family already in Dodge
8  when you came here?
9      A.     Yes. Some grandparents.
10     Q.     Was that part of the motivation of going
11 there?
12     A.     Yeah. I think so. I mean, I was at
13 kindergarten. I don't know.
14     Q.     Sure. Did you attend public schools in
15 Dodge?
16     A.     Yes, I did.
17     Q.     And were you able to graduate from high
18 school?
19     A.     I got a GED.
20     Q.     What kind of education did you pursue after
21 your GED, if any?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                          Pages 10..13

Page 10

1      A      An associate's and then a bachelor's of
2   business from Central Christian College of Kansas.
3      Q      About what year did you graduate from
4   there?
5      A      That's 2018.
6      Q      When did you -- any other education or
7   degrees you pursued that we haven't discussed?
8      A      I did -- pursued welding and mechanics, you
9   know, some of that when I was fresh out of high school.
10   Also, I was a firefighter for the city.  I had to go
11   through Hutchinson Community College to get that done.
12   EMT for the city as well.  Had to get that.  I -- real
13   estate and mortgage amount originator.  So, couple
14   different certificates.
15      Q      Well, when is it when you started working?
16      A      '14 with Dodge City Community College.
17      Q      What kind of work did you start there?
18      A      Dishwasher.
19      Q      Sort of walk us through your, you know,
20   kind of work history from then, if you could.
21      A      That -- well, I went from there.  Worked

Page 11

1   there for just a couple months at John Dunn.  From
2   there, went to -- it was Fun Center 24 bowling alley
3   when I was probably 16, 17.  Was the pin chaser.  Worked
4   in the back.  Helped the front.  When I turned 18, I
5   worked for a company called Harsh in Dodge City.  I was
6   a welder and mechanic.  Ended up moving to Phoenix and
7   was there a couple -- two or three years as a -- worked
8   as a mechanic at a company called Beecroft,
9   trenching/construction mechanic.
10      Moved back to Dodge in -- I wanna say, '94
11   but I'm not positive.  Just moved back and forth a
12   couple times.  I was a mechanic at a company called
13   Maupin Truck Parts [sic], and then in 2001 was hired on
14   with the City of Dodge City as a firefighter.  And also
15   part-time job with the Dodge City Harley-Davidson as a
16   technician.  Worked at Dodge City Harley-Davidson until
17   about 2013.  Went to MCT Trucking [sic] as a truck
18   mechanic.  So, firefighter with the city.  2015, became
19   a realtor.  And then 2017, left the fire department.
20   Left everything to become a owner-broker for a real
21   estate company, and been doing that ever since.

Page 12

1      Q      How would you identify your race or
2   ethnicity?
3      A      I'm Hispanic.
4      Q      Over the course of this deposition today,
5   we may use the terms Hispanic or Latino.  Do you view
6   those as different or --
7      A      Personally, I --
8      Q      -- would you use a -- sir?
9      A      No, I do not.
10      Q      Right.  At some point in time, you got
11   involved in politics.  Is that true?
12      A      Yes.
13      Q      When was that?
14      A      2019 was when I ran for city commission.
15   2020 was my first year.
16      Q      Had you run for public office prior to
17   that?
18      A      No.  I ran for -- I didn't really run.
19   There's this open seat on the school board that I
20   applied for.  I did not get it.  Then in 2020, I got on
21   with the Dodge City Commission.  And at '21, I believe

Page 13

1   there was an open seat for the Senate for a senator that
2   passed away.  I ran that -- ran for that.  Ended up
3   losing.  And then last year, ran for state
4   representative for District 115, and I ended up losing
5   that one.  And this year, I am running for city
6   commission again.
7      Q      The first race that you ran was for school
8   board?  Did I hear that right?
9      A      Didn't run.  It was an open seat.  So they
10   were appointing -- trying to fill that seat from
11   somebody that left early.
12      Q      I see.  So, you had sort of put your name
13   in the hat for the appointing authority to select and
14   appoint you?
15      A      Yes.
16      Q      You were -- your name wasn't actually on a
17   ballot?
18      A      No.
19      Q      So the times your name had been on the
20   ballot is when you ran for Dodge City the first time;
21   then when you ran for the Senate; then when you ran for

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Joe Nucci on 07/19/2023
Pages 14..17

Page 14

1  the House.  And that's all.  Is that true?

2    A    No.

3    Q    Senate was an appointed seat as well.  It
wasn't a -- it was just Republican Party appointing
somebody.  It wasn't on a ballot, so to say.

5    Q    So --

6    A    And --

7    Q    I'm sorry.  Go ahead.

8    A    City Commission and state rep.

9    Q    And then it sounds like, based on your
10 prior answer, that you're about to run again for City
11 Commission, in which case, your name will appear on a
12 ballot.  Is that fair to say?

13   A    Yes, sir.

14   Q    What is the name you have used on the
15 ballot?

16   A    Joseph A. Nuci, I believe.

17   Q    Have you used any sort of nickname or have
18 changed that wording, as far as you know?

19   A    No.  Not that I know of.  Could be wrong,
20 but not that I know of.

21   Q    Have you at any time been involved with any

Page 15

1  civil rights organizations?

2    A    No.

3    Q    How about organizations that are focused on
4  the rights of racial or ethnic minorities?

5    A    Not that I am aware of.  No.

6    Q    I know you gave us your work history
7  earlier, but I just want it clear.  Prior to being
8  elected to the Dodge City Commission, had you had any
9  government service experience or, you know, as a staffer
10 or volunteer or intern?

11   A    I was with the city as a firefighter.
12 That's -- other than that, no.

13   Q    Any experience with the legislature or with
14 the federal government?

15   A    No.

16   Q    When is it that you started voting?

17   A    When I turned 18.

18   Q    Have you voted fairly regular since then?

19   A    For the most part, yes.

20   Q    When is it you took an -- I'm sorry.  Did I
21 interrupt you?

Page 16

1    A    No.

2    Q    Oh.  When is it you took an interest in the
3  city government and issues before the city government?

4    A    Probably -- I worked for them for a long
5  time, so I always kinda had an interest in it but can
6  never be on a board or anything.  Once I left, about two
7  years after, 2019, I started getting some interest.
Wanted to do something better for my city.

9    Q    When you said, once I left, did you mean
10 once you left being a firefighter?

11   A    Yes.

12   Q    Were you prohibited from running for office
13 while you served as a firefighter?

14   A    For the city government.  Yes.

15   Q    Did your interest in pursuing election in
16 city government form your opinion on when to retire from
17 the firefighter service?

18   A    No.

19   Q    Are you married, sir?

20   A    Yes, I am.

21   Q    And do you have any children?

Page 17

1    A    We've adopted three.

2    Q    And I don't want to get into your
3  children's personal business.  I promise you I won't do
4  that.  But just generally, like what are their ages?

5    A    Eight, eleven, seventeen.  And then my
6  stepson is 30.

7    Q    Do the younger ones attend school?

8    A    Yes, they do.

9    Q    Is it a public school?

10   A    Yes.

11   Q    They're in Dodge City?

12   A    Yes, sir.

13   Q    Now, prior to you seeking election to the
14 Dodge Commission, did you attend any of their meetings?

15   A    Can you rephrase that?  I didn't quite
16 understand.

17   Q    Sure.  And, you know, nowadays, we attend
18 some things, you know, from the comfort of home through
19 video conference or the like.  Did you, you know, watch
20 city commission meetings prior to seeking election to
21 that office?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                      Pages 18..21

Page 18

1    A    Occasionally.

2    Q    Did you ever go to a city commission

3    meeting or, you know, electronically speak to the

4    commission on a particular issue?

5    A    Before being elected to the commission,

6    maybe once when I was sworn in as a firefighter.  Other

7    than that, not that I am aware of.

8    Q    When the firefighters are sworn in, that's

9    done at a city council meeting?

10   A    Yes, it is.

11   Q    The city commission.  Had you been involved

12   in like a petition process or petition drive on a sort

13   of a issue, public policy or politics?

14        MS. STULA:  Object to form.

15        MR. DUNN:  So, occasionally, the other

16   lawyer will object, and the judge, if it's necessary,

17   will decide the objection later.  But you go ahead and

18   answer for now.

19   A    Okay.  I'm sure I signed some petitions.

20   I'm not sure what board.

21   Q    Have you been a part of organizing any kind

Page 19

1    of petition drive?

2    A    Not that I'm aware of.

3    Q    Are there any petition drives that you can

4    recall with a petition that you were involved with in

5    any way that you recall what the issue was?

6    A    Not off the top of my head.

7    Q    Prior to your election to the commission,

8    had you had contact with any members of the city

9    commission?

10   A    I knew one, which was Brian Delzeit.  He

11   was a commissioner, but he's also a realtor that I had

12   to deal with on a daily basis.

13   Q    Had you had any contact with the members of

14   the commission about a matter of public policy prior to

15   your seeking election?

16   A    Not that I'm -- not that I can remember.

17   No.

18   Q    Had you worked on any campaign for any

19   other person seeking election to the office of the city

20   commission?

21   A    No.

Page 20

1    Q    So in terms of, you know, campaigns and

2    elections for the city commission, it sounds like it's

3    fair to say the first one you were involved in is the

4    one you sought election in.

5    A    Yes, sir.

6    Q    So what was your reason for seeking

7    election to the office?

8    A    I just wanted to be a part of the process

9    and see if we couldn't, honestly, find a way to bring

10   more things to Dodge, be more active in our community.

11   Q    And what do you define as our community?

12   A    Dodge City and the surrounding area.

13   Q    Was there any person or groups that

14   encouraged you to run or gave you the idea or something

15   of that sort?

16   A    From my first election?

17   Q    Yes, sir.

18   A    No.  No.  That was all me.

19   Q    This was your idea, and you went for it.

20   Is that right?

21   A    Yes, sir.

Page 21

1    Q    What is it that, you know, you did to sort

2    of get started?  I mean, did you hire election staff or

3    election counsel or --

4    A    Nothing like that.  I went down, filled up

5    the application, and got on the ballot and then ordered

6    some signs one day.  And other than that, there wasn't

7    much to it.  I think we had two or three forms put on by

8    the library and a couple other groups.  Might only been

9    one.  But that was it.

10   Q    Were you running for an open seat?

11   A    Yes.  Yes, sir.  An open seat and then two

12   were up.

13   Q    I see.  Now, the open seat, do you recall

14   who had vacated that seat?

15   A    Joyce -- or no.  I'm sorry.  Jan Scoggins.

16   Q    Did you have any relationship with that

17   person?

18   A    I did.  We went and talked to schools

19   together, talked to a couple other -- I can't remember

20   the group names.  But basically just talked to some

21   groups about growing up in adversity and that type of

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 22..25

Page 22

1  stuff.

2      Q      What was the last word you said you had a

3  connection to?

4      A      I talked to different school kids about,

5  you know, my past growing up through some adversity and

6  how to overcome that, even, you know, just -- yeah --

7  life in general.

8      Q      And, you know, what is the adversity that

9  you, you know, found as inspiration in that discussion

10  with students?

11      A      Hopefully, to change their lives to realize

12  that, you know, one or two bad decisions doesn't mean

13  you're doomed for life.

14      Q      Well, did you have any policy areas, you

15  know, in particular that you sort of ran on?  Like if I

16  get elected, I'm going to try to do this, or, I'll

17  oppose that, or that sort of thing?

18      A      I just --

19            MS. STULA:  Object to form.

20      A      Sorry.

21            MS. STULA:  Oh, go ahead.  Go ahead.

Page 23

1      A      Oh, okay.  Never done this before, so --

2  just that I would try to bring retail and conventional

3  spending or -- you know, get rid of wasteful spending.

4      Q      And since we have an objection, I'm going

5  to ask you the question in a different way, so sort of

6  sound repetitive but this will have to do here under our

7  rules.  So, what issues, if any, did you campaign on

8  when you first sought an election in the city

9  commission?

10      A      I believe it was really just to bring

11  retail and to -- wasteful spending, get rid of wasteful

12  spending --

13      Q      I beg your pardon.  I'm the one doing this,

14  so --

15      A      Yes.

16      Q      Well, we have to be careful not to talk

17  over one another, so, I need to get better at not

18  interrupting you.  But I just want to let you know that

19  our court reporter can take down one of us at a time.

20  And so, I may ask you to repeat something, or if I've

21  somehow, through the connection here, spoke over one of

Page 24

1  your answers, you know, just let me know that you

2  weren't finished with your answer and we'll make sure,

3  you know, we get it all in the record if you'd like.

4  All right?

5      A      Yes, sir.

6      Q      Now, was there any sort of personality

7  issues that you campaigned on like, you know, I'm

8  aligned with such and such, or, I'm opposed to so and

9  so, or that sort of thing?

10      A      Not that I can recall.  No.

11      Q      And when was the election when you first

12  obtained your position on the city commission?

13      A      November of 2019.

14      Q      And do you remember roughly what the

15  elections results were in that election?

16      A      I was third place.  I can remember that

17  because the first two places got four years.  I got two

18  years.

19      Q      How does that work?

20      A      The top two vote getters are elected to

21  four-year terms.  The third is a two-year term.

Page 25

1      Q      Do you have any opinions about that system

2  of election?

3      A      No.

4            MS. STULA:  Object to form.  You go ahead.

5      A      No, I don't.

6      Q      Had you, at the time of seeking your

7  election in the commission, taken a position on the

8  electoral form for the city commission?

9      A      Not that I can recall.

10      Q      And you may have said this but I missed it.

11  How many candidates sought election that time?

12      A      I'm not positive.  I think it was five, but

13  I'm not positive.

14      Q      About a candidate or two did worse than you

15  and, therefore, were not elected.  Does that sound fair?

16      A      Yes.

17      Q      What were the race and ethnicities of the

18  other candidates that you ran against, if you know?

19      A      No.  I don't remember.

20      Q      Was race or ethnicity an issue at all in

21  that campaign?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 26..29

Page 26

1   A   Not that I can recall.

2   Q   Had you observed in campaigns for city
3 commission elections before then where race or ethnicity
4 was an issue in the campaign?

5   A   Not that I can recall.

6   Q   Have you -- since your election, have you
7 observed that race or ethnicity was an issue in an
8 election campaign for city commission?

9   A   Not that I can recall.  No.

10   Q   Do you recall whether race or ethnicity has
11 been used in a political advertisement by anyone seeking
12 election in the city commission?

13   A   Not that I can recall.  No.

14   Q   And your having been elected, you know, as
15 the third best vote getter, did that mean that you were
16 ousting an incumbent?

17   A   No.  It was an open seat.

18   Q   Okay.

19   A   The two incumbents that were running were
20 reelected.

21   Q   And so, since you were elected to a

Page 27

1 two-year term, I assume you ran again in 2022.

2   A   Yes, I did.

3   Q   And I assume you prevailed.

4   A   I did.  I ended up third again.

5   Q   Right.  And how many open seats were -- or
6 how many seats were up for election in 2022?

7   A   In 2022, there would have been three, one
8 open.

9   Q   And so, is it fair to say, in 2022, you
10 were elected to a seat that ousted an incumbent?

11   A   I was -- got my seat back.  Was reelected.

12   Q   And in 2022, you were then elected to a
13 four-year term?

14   A   No.  I was elected two-year term.

15   Q   And so you're up for election in 2024?

16   A   No.  I'm up for election right now.

17   Q   When is that election?

18   A   In November.

19   Q   How many opponents do you face in this
20 election?

21   A   Four, I believe.

Page 28

1   Q   For how many seats?

2   A   It'll be three seats, one open.

3   Q   And any -- I'm sorry, sir.

4   A   I said I'm sorry.  One open.

5   Q   In the three elections you've been involved
6 in -- I understand this was not finished yet, but in
7 these three city elections you've been involved in, have
8 you had different opponents or you have recurring
9 opponents in those elections?

10   A   Only one has been recurring.  Rick Sowers
11 was up in 2019 and -- for 2020 in 2019 election.  Is
12 rerunning this year as well.

13   Q   And so, he has -- in the elections he stood
14 for, he has successfully prevailed?

15   A   Yes, he has.

16   Q   It sounds like, based on your testimony,
17 that each time that you've run for the city commission,
18 you have come in third.  Do I have that right?

19   A   Yes.

20   Q   And do you have an opinion as to why you
21 come in third?

Page 29

1   A   No.

2   Q   Are the elections close, in your view?

3   A   I hope so.

4   Q   Well, I'm talking about the ones in the
5 past that have happened, the two that have happened.

6   A   Fairly close.  Yes.  I don't know the exact
7 results.

8   Q   Sure.  And those records are available to
9 us, and I'm going to try and quiz you on those.  But do
10 you know how many people run -- or excuse me -- about
11 how many people vote in city commission elections?

12   A   I believe about 2,000 and 2,500 --

13   Q   Okay.

14   A   -- depending on the election.

15   Q   Now I'd like to talk about how it is that
16 you have campaigned.  And have you had a fairly
17 consistent campaign strategy, or have you changed
18 strategies from one election to another?

19   A   And for city commission?

20   Q   Yes.

21   A   For city commission, it's been pretty much

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 30..33

Page 30

1  the same.

2     Q     Tell us sort of what you do to campaign for

3  city commission.

4     A     Basically, yard signs and then talk to

5  anybody that ask me questions.

6     Q     Anything else you can think of offhand

7  that's part of your strategy?

8     A     Maybe a Facebook post.

9     Q     When you say answer constituents'

10 questions, do you like hold forums or town halls?  Or

11 how is it you engage with constituents?

12    A     People come up to me and just talk to me

13 out in public.

14    Q     Are there typically like public forums or

15 debates that you participate in?

16    A     Maybe one or two.  Not very many forums.

17 No.

18    Q     You think one or two per election or one or

19 two total in your campaigning?

20    A     Yes, sir.  One or two per election.

21    Q     I'm talking about -- I mean, you listed

Page 31

1  yard signs, interacting, answering questions with

2  constituents, Facebook.  Anything else you can think of

3  as part of your campaign strategy?

4     A     No, sir.

5     Q     Did you have campaign staff at any point?

6     A     No.

7     Q     Do you raise funds for your campaign?

8     A     Tried to.  If people want to give money to

9  it, yes.  If not, no.  I don't have to --

10    Q     You --

11    A     -- go out and search.  No, sir.

12    Q     You don't like sort of, you know, call and

13 fund raise or some people -- members of Congress have

14 what they call Dialing for Dollars.  You don't try to

15 raise funds actively in that way?

16    A     No, sir.  I don't like asking for help.

17    Q     Do you find it a challenge to raise money

18 for a city commission race?

19    A     For a city commission race, yes.  But I

20 actively don't attempt to try to get a lot of funds.  I

21 don't -- for a city commission race, I don't try to -- I

Page 32

1  don't believe we need a lot of money, a lot of funding.

2     Q     Do you -- are you aware of whether other

3  members of the city commission, you know, raise more

4  money than you, considerably more money than you?

5        MS. STULA:  Object to form.

6     A     Not that I am aware of.

7     Q     About, you know -- and, again, these

8  records we can obtain, but, you know, how much do you

9  think, roughly, you raised for your 2020 election to

10 city commission?

11    A     Don't -- I don't think I raised any.

12    Q     And how about for the 2022 election?

13    A     Maybe $1,000, but I'm not positive.

14    Q     So going back to the yard signs you said

15 you put out, how would you pay to have those, you know,

16 printed?  Or would you just paying back them if you

17 didn't have campaign money?

18    A     I paid for them myself out of -- I just

19 didn't ask other people for money.  I used my own.

20    Q     I see.  Okay.  And were you the person who

21 would go out and install the yard signs?

Page 33

1     A     Yeah.  Or my family.

2     Q     How would you decide where to place them?

3     A     If somebody asked me for one.

4     Q     So is it fair to say that if there's a yard

5  sign, it was because somebody asked you to put it there?

6  Did you -- were there any you put out, you know, sort of

7  on your own volition?

8     A     There were a couple I put out like on a --

9  on -- within the right of way or something like that

10 within -- the city policy allowed it.  Other than that,

11 if it was in a yard, it was asked for.

12    Q     The couple you put out in the city right of

13 way, how did you select those locations?

14    A     High traffic.

15    Q     Is it fair to describe those locations as

16 all in sort of the central business district?

17    A     No.  Not really.  No.

18    Q     What are the locations you can recall on

19 your first election where you placed signs?

20    A     Close to the north side of town around --

21 at what was then called like 6th and the Bypass, or 6th

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 34..37

Page 34

1   and Highway 50 now was one and then one over by my
2   business, which is Central and San Jose.
3       Q       Any others you recall in the right of way?
4       A       Not that I can recall.  No.
5       Q       Is there a particular area of the city
6   where, you know, you feel like you have higher support
7   or lower support?
8       A       Not that I know of.
9       Q       Have you ever sat down and analyzed sort of
10  the votes for you and what part of the city they came
11  from?
12      A       No.
13      Q       Have you looked at the election data for
14  either of your elections and analyzed them to determine,
15  you know, sort of any patterns or details about them?
16      MS. STULA:  Object to form.
17      A       I have seen them.  After they race, they
18  usually send you out your numbers.  But I haven't
19  analyzed or given much thought to it.  No.
20      Q       Again, we've had an --
21      A       I'm sorry.  I'm just happy to win.

Page 35

1       Q       We've had an objection, so we're going to
2   have to do this again.  All right?  What analysis, if
3   any, have you had of your election results?
4       A       I believe the county clerk had e-mailed
5   results, but beyond looking at them, I've never really
6   used them to analyze where to get the votes.
7       Q       Beyond looking at the gross totals and
8   outcome, you haven't looked into them further.  Is that
9   fair to say?
10      A       Yes, sir.
11      Q       In your seeking of election for city
12  commission, have you sought the endorsement of any
13  groups?
14      A       I've had different groups approach me.  And
15  maybe they might've endorsed me.  But have I sought out
16  them to endorse me personally?  No.
17      Q       Can you recall any groups that have
18  endorsed you?
19      A       Some political groups have endorsed me, I
20  believe.  Conservative Republicans.
21      Q       Is that the Republican Party or some other

Page 36

1   group affiliated with the Republican Party?
2       A       I think it's another group affiliated with
3   and independent of the Republican Party the GOP.
4       Q       Any other endorsements that you recall?
5       A       For city commission?  Not that I can
6   recall.  No.
7       Q       Have you sat and interviewed for any
8   endorsement?
9       A       Not that I can recall.
10      Q       Have you -- well, is it the case that any
11  organizations that are race or ethnic in nature endorse
12  in city commission elections?
13      A       Not that I can recall.  No.
14      Q       Do you campaign in all parts of the city?
15      A       I'm sorry.  Can you say that again?
16      Q       Well, is it fair -- now, that's a broad,
17  vague, hard-to-understand question.  So let me see if I
18  can get something different.  Is it fair to say that
19  you, you know, do any block walking, where you walk up
20  and down streets and knock on doors, or is that not part
21  of your campaign strategy?

Page 37

1       A       I have done that a little bit.  Yes.  Are
2   you asking areas that I've block walked?
3       Q       I am now.  Yes, sir.  Which areas did you
4   block walk?
5       A       I did some up north in the -- some of the
6   newer construction areas, some along Fairway.  And then
7   I did some in South Dodge along Dissan and Ricardo.
8       Q       Why did you select those areas?
9       A       People -- my signs were in the yards down
10  there, and they said, come walk this area.
11      Q       Do you have an opinion of whether you
12  receive support based on voters of a certain race of
13  ethnicity?
14      A       No, I don't.
15      Q       I mean, do you know whether it's the case
16  that much of your vote comes from white citizens or
17  Hispanic or Latino citizens?
18      A       I've never even taken that into account.
19      Q       Do you have any -- I know we're talking
20  about campaign staff, but just to be a little more -- do
21  you have campaign volunteers or people that would help

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                Pages 38..41

1  you campaign?

2      A      No.  Not really.  No.

3      Q      What about your family?  Would they

4  sometimes help you in campaign?

5      A      Yes.  My daughters would walk with us

6  occasionally.

7      Q      These are the younger daughters you

8  mentioned earlier?

9      A      Yes.

10     Q      And when you would go in canvass or what I

11  call canvass or, you know, walk down the street and door

12  knock, did you take any literature or materials with

13  you?

14     A      No, I didn't.  I would just knock,

15  introduce myself, and talk to them, talk to people.

16     Q      How would you decided which, you know,

17  street to go to?

18     A      Kind of random, I believe.

19     Q      How would you decide which doors to knock

20  on -- on that street?

21     A      I would try and knock every door along that

1  block.

2      Q      I see.  And do you keep any records of

3  where it was you did your block walking?

4      A      No, I don't.

5      Q      Have you at any time sort of followed up

6  after the election results to see if you gained support

7  from the areas that you did block walk?

8      A      No, I did not.

9      Q      Would you describe that -- are you -- well,

10  let me ask you this.  Are you familiar with the term

11  "slate" or, you know, a slate of candidates?

12     A      I mean, somewhat.

13     Q      Did you view yourself as a member of a

14  slate of candidates at either of your city commission

15  elections?

16     A      I believe during the last one, some group

17  had put us at as -- at -- me with a different group of

18  people, if that's what you're asking.

19     Q      Yes, sir.  So, it was just this -- you

20  weren't a part of any slate in 2020.  Just this one

21  example from 2022.  Is that fair to say?

1      A      Yes.

2      Q      The group in 2022 that put you out, what

3  group was that?

4      A      I don't recall the exact name.

5      Q      Can you recall sort of what issue or

6  politics that group was centered on?

7      A      I could tell you what my issues were on the

8  2022 and some of the things I opposed or didn't kind of

9  ran on.  I don't know what other issues were -- sorry.

10     Q      Would you call it a conservative group or a

11  liberal group or Democratic or Republican?

12     A      I'd say more conservative Republican.

13     Q      Was conservative and Republican in the name

14  of the organization or in the title of it?

15     A      I don't recall.  I'm sorry.

16     Q      Did you have any sort of role with that

17  organization other than to have been listed on their

18  list of candidates?

19     A      No.

20     Q      Did you participate at all in creating

21  their list of candidates?

1      A      No.

2      Q      Have you been involved in recruiting

3  candidates for city commission, either for the election

4  or for endorsement by some organization or anything of

5  that sort?

6      A      I've tried to get people to run for city

7  commission and for school board.  Seems to be a lack of

8  candidates.

9      Q      Any people in particular for city

10  commission that you tried to encourage to run?

11     A      Anybody that would listen.

12     Q      So, generally, your view is you believe

13  just more people need to be running for city commission?

14     A      I do.  I believe we have to be active in

15  our community.  And it sounds bad, but I would rather

16  run against more candidates than none because at least

17  that shows me that people are taking an interest in

18  making our community better.

19     Q      So is it your view too few people run for

20  city commission election?

21     A      Yes.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                        Pages 42..45

Page 42

1    Q      Is it -- are there any particular, you
2  know, types of people -- age, racial makeup, vocation,
3  area of the city -- that you think are not pursuing
4  election?
5    A      I really don't have any thoughts on areas
6  that -- I just want people to run.
7    Q      You mentioned that you recruit candidates
8  to run for city -- I mean, excuse me -- for the school
9  board.  Did I hear that right?
10   A      I've asked people to run for the school
11 board.  Yes.
12   Q      Is there any person that has run for school
13 board at your suggestion that you know of?
14   A      Not that I'm aware of.
15   Q      Is there any person that has run for the
16 city commission at your suggestion?
17   A      At my suggestion?  No.
18   Q      Now going back to the slate of candidates
19 you were included in in 2022, do you know how those
20 people were selected?
21   A      No.

Page 43

1    Q      Do you know whether there was a
2  questionnaire that was sent out on various issues that
3  the candidates would fill out?
4    A      Not that I'm aware of.
5    Q      Can you recall at any time in seeking
6  election to the city commission that you had filled out
7  a questionnaire on your views on various issues?
8    A      With city commission?
9    Q      Yes, sir.
10   A      Not that I'm aware of.  I'm not positive.
11   Q      In the other election races that you
12 pursued, have you -- can you recall filling out a
13 questionnaire for an organization or group?
14   A      I have.  Yes.
15   Q      Which questionnaires you recall and for
16 which elections?
17   A      Like for state rep, I believe NRA was one.
18 And then I can't recall the other groups.  There was
19 maybe one or two other groups, but I don't recall their
20 names.
21   Q      Did you fill out the NRA questionnaire?

Page 44

1    A      I believe so.
2    Q      Does NRA stand for the National Rifle
3  Association?
4    A      Yes, sir.
5    Q      Did you receive the NRA's endorsement?
6    A      They endorsed everybody.
7    Q      But that includes you?
8    A      Yes.
9    Q      And which election was it that the NRA
10 endorsed every one of the candidates in?
11   A      And I'm not positive if there was an
12 official endorsement or not, but I believe -- and it may
13 not have been an endorsement.  It may have just been a
14 rating.  Would've been state rep.
15   Q      In which year?
16   A      That was last year I ran, in 2022.  Is that
17 right?  I believe so.
18   Q      Do you have an opinion -- well, let me just
19 say this.  Do you understand that this lawsuit argues
20 that the city commission method of election dilutes the
21 votes of minority citizens and, particularly,

Page 45

1  Latino/Hispanic citizens in Dodge City.  Do you
2  understand that's generally the allegation?
3    A      Generally.  Yes.
4    Q      Do you agree or disagree that the electoral
5  system in Dodge City dilutes the votes of Latino and
6  Hispanic citizens?
7    A      And say it again.  I just wanna make sure I
8  heard it right.
9    Q      Do you agree or disagree that the method of
10 electing members of the city commission in Dodge City
11 has that effect of diluting the votes of Latino or
12 Hispanic citizens?
13   A      I don't believe the method we use now
14 dilutes the votes of Latinos or Hispanics at all.
15   Q      And why do you hold that opinion?
16   A      My opinion is just based on Hispanics are a
17 majority in our community.  I live and work in it every
18 day.  I see them.  They're a very proud group.  And they
19 just, you know, need to get out and vote.
20   Q      Do you think -- and I'm just going to use
21 the term Hispanic from here on out.  And let me know if

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 46..49

Page 46

1  there's a reason that you think we ought to be talking
2  about Latinos differently.  But do you think Hispanic
3  citizens in Dodge City are electing candidates of their
4  choice to the city commission?
5      A    I believe that anybody votes is electing
6  their candidate.
7      Q    Well, I appreciate that.  That's a -- but
8  answers a different question.  Do you think that the
9  Hispanic citizens in Dodge City are electing candidates
10 of their choice to the city commission?
11          MS. STULA:  Object to form.
12     A    I hope so.
13     Q    Is it fair then to say you don't know one
14 way or the other?
15     A    I don't count the -- whether it's minority
16 or not that voted for me or not.
17     Q    Do you have an opinion as to whether or not
18 you're a candidate of choice of the majority of Hispanic
19 citizens in Dodge City?
20          MS. STULA:  Object to form.
21     A    I hope I am.

Page 47

1      Q    So does that mean you don't know?
2      A    I've never taken race into account on an
3  election.
4      Q    At any given point in time, have you
5  opposed or had an opinion that the election system for
6  Dodge City commissions have changed?
7      A    Not that I can recall.
8      Q    Have you ever taken the position that the
9  city commission should be drawn into wards or districts?
10     A    Not that I can recall.
11     Q    Do you -- are you opposed to the city
12 commission being drawn into single-member districts?
13     A    Yes.
14     Q    Why?
15     A    I believe that in our community, majority,
16 the general, is better.  That's -- it's not gonna give
17 one area less of a value if it's at large.
18     Q    And has that been your consistent opinion
19 as long as you've paid attention to city commission
20 politics?
21     A    As far as I can recall.

Page 48

1      Q    At any point in time -- well, you mentioned
2  something about the majority.  Is it your understanding
3  or is it your opinion that the majority, city-wide,
4  ought to elect every one of the members to the city
5  commission?
6      A    I believe everybody should do their due
7  diligence and get out and vote.
8      Q    What harm, if any, do you think there would
9  be if the city were drawn into districts like Congress
10 or the state legislatures?
11     A    What harm could be done if it was -- I'm
12 just asking to correct -- make sure I understand the
13 question.  Are you saying, do I believe there will be
14 harm if we're put into districts?
15     Q    Yes, sir.
16     A    I'm not positive.
17     Q    Anything you can think of, you know, here
18 today?
19     A    Basically, the only thing I can think of
20 with the district is that with at-large, everybody gets
21 a choice in their candidates, where in a district, it

Page 49

1  might be only a small number of people that do vote and
2  get a candidate.  And whether there's harm in it, I
3  don't know.  I'm just not positive but I like our
4  election process.
5      Q    You're not positive that you like it as it
6  is now?
7      A    No.  I do like it as it is now.
8      Q    Any disagreement with how the state
9  legislature is districted?
10     A    That's a tough question.  The -- I got
11 redistrict last year for my election, and I believe I
12 wasn't happy about it.  But it's beyond me.  I didn't
13 have a choice in it.
14     Q    Well, and that's fair enough, you know, but
15 I guess I'm focused less on the individual lines.  And I
16 understand, you know, you may not like where the
17 legislative districts were drawn and that sort of thing.
18 Seems like that's as American as apple pie, disagreeing
19 with how the district lines are drawn.  But I'm talking
20 about more as just having a legislature be elected in
21 districts, however they're shaped.  Do you have an

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                   Pages 50..53

Page 50

1  opinion about that?

2      A    I like -- I don't mind the districts. My

3  personal opinion is the way they draw the districts is

4  kind of a broad system, going off a census. But that's

5  my opinion.

6      Q    Do you think it would be preferable to have

7  all the members of the legislature elected statewide?

8      A    No.

9      Q    And why not?

10     A    Don't have a real good opinion on it. I

11  just -- I like the system we have now.

12     Q    Now, I asked a similar question earlier.

13  This one's a little different. But you might recall I

14  asked you about whether or not there were any racial or

15  ethnic issues in campaigns for city commission, and we

16  talked about that earlier. You recall that, generally?

17     A    Yes.

18     Q    Do you recall, in politics of sort of any

19  sort in Dodge City, whether they're focused on the

20  legislature, Congress, or the president or some other

21  electoral office, whether race or ethnic issues have

Page 51

1  come up in the city?

2      A    Not that I'm aware of. No.

3      Q    Is it fair to say that you don't engage in

4  issues of where citizens believe their race or ethnicity

5  is affecting governmental policy?

6      MS. STULA: Object to form.

7      A    I'm sorry. Can you repeat that?

8      Q    Fair enough. Yeah. Is it -- are you aware

9  of people alleging that, you know, government policy is

10  good or bad for a certain race or ethnic groups?

11     A    Not that I'm aware of. I seriously just

12  don't go with the racial part of it.

13     Q    Is there a reason why that's so?

14     A    No.

15     Q    Now prior to your election to the city

16  commission, do you recall candidates who were Latino or

17  Hispanic seeking election?

18     A    Not that I can recall.

19     Q    Do you recall whether candidates who were

20  derived much of their support from Hispanic or Latino

21  citizens had sought an election?

Page 52

1      A    Not that I'm positive of.

2      Q    But are there some that, you know, come to

3  mind you're just not certain about?

4      MS. STULA: Object to form.

5      A    I'm just not positive. I don't really look

6  after how my opponents approach me. I stick to my game

7  plan and hope it works.

8      MR. DUNN: Actually, if it's acceptable,

9  I'd like to take a quick bathroom break. About to

10  transition to a new subject, anyway. Is that fine with

11  everyone?

12     MS. STULA: That'll be fine. How long

13  would you like to take a break?

14     MR. DUNN: Maybe five after the hour. Does

15  that make sense?

16     MS. STULA: That sounds good.

17     MR. DUNN: All right. We'll see you all in

18  a minute.

19     MS. STULA: Thank you.

20     MR. DUNN: Mm-hmm.

21     (Whereupon a short recess was taken.)

Page 53

1      MR. DUNN: All right. Thank you for the

2  break. During the break, did you have any discussion

3  with Mr. Hernandez about your testimony?

4      THE WITNESS: Just to ask how everything

5  was going, and that was about it. Other than that, I

6  just went to the restroom.

7      MR. DUNN: No discussion about any specific

8  area of your testimony?

9      THE WITNESS: No.

10     Q    Now, we talked about your elections in city

11  commission. I want to ask you just a little bit more

12  about your elections to the legislature. Did those --

13  were those elections partisan elections?

14     A    For legislature? Yes.

15     Q    Did you seek the nomination of a political

16  party?

17     A    They were -- the only one that was an

18  actual election was state rep.

19     Q    Did you run in a primary election for state

20  representative?

21     A    Yes. And I lost.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 54..57

Page 54

1    Q    So which political party did you run in
2  your primary?
3    A    Republican.
4    Q    How many other candidates were also seeking
5  a Republican nomination?
6    A    One.
7    Q    Is that the only race that you sought a
8  party's nomination?
9    A    Yes.
10   Q    Who was the candidate that was opposing
11 you?
12   A    It's the state rep, Gary White.
13   Q    What is Mr. White's race or ethnicity, if
14 you know?
15   A    Caucasian.
16   Q    And do you have an opinion as to whether or
17 not the race of the candidates had any effect on how you
18 performed in that primary?
19   A    No.
20   Q    Having not prevailed in the primary, is it
21 fair to say that that ended your efforts to gain

Page 55

1  election? Like you didn't try to run as an independent
2  or ride in in the general?
3    A    That ended.  No.  I didn't try to go
4  independent or anything.
5    Q    Do you hold yourself out as a Republican?
6    A    I am a Republican.
7    Q    Is your position in support of the
8  Republican Party part of what you advertise when you run
9  for the city commission?
10   A    City elections are not partisan.  I guess I
11 don't understand the question.
12   Q    Yeah.  Fair enough.  So, when you're block
13 walking or you're engaging with constituents and asking
14 them to support your election to the city commission, is
15 one of the things you mention is that you're Republican?
16   A    No.
17   Q    Is one of the things that you mention is
18 that you're conservative?
19   A    Yes.
20   Q    Do you view yourself as conservative?
21   A    I hope so.  Yes.

Page 56

1    Q    Do you believe that the majority of Latino
2  or Hispanic citizens in Dodge City are Conservative?
3    A    I would hope so.
4    Q    Does that mean you don't way one way or the
5  other?
6    A    Don't know.
7    Q    Did you have any sponsors or endorsers for
8  your election to the legislature?
9    A    The -- I got some support from the Kansas
10 Real Estate Realtors' Association.
11   Q    Any others?
12   A    Not that I'm aware of.
13   Q    Did you seek out the endorsement of the
14 realtors' association?
15   A    No.
16   Q    Was there any, you know, particular issue
17 or issues that you recall were front and center in that
18 campaign for the legislature?
19   A    Not positive.  No.
20   Q    Anything you think of here?
21   A    I ran off of, basically, I think we need

Page 57

1  more government accountability.
2    Q    Did you raise funds for that campaign?
3    A    People donated money.  I didn't go out and
4  search and try to get funds -- funding.
5    Q    Can you recall roughly how much you raised?
6    A    Like 2,000.  I'm not positive.
7    Q    Did you have any additional campaign
8  strategies for the state representative race than those
9  that you've described for -- that you used for the city
10 commission races?
11   A    I'm not positive.  I'm sorry.  I just don't
12 remember completely what the plan was.  I believe we
13 block walked, got some door hangers to block walk.  I
14 would've liked to have done more, but I did not do more.
15   Q    Did you have campaign staff?
16   A    My wife.
17   Q    Any others?
18   A    No.
19   Q    Are there Hispanic or Latino organizations
20 that operate in Dodge City?
21   A    I am not positive.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 58..61

Page 58

1    Q      Are there any that you can think of,
2  sitting here today?
3    A      Can you rephrase that?  Organizations of
4  what are like -- I mean, we got the Catholic charities.
5  There's -- I'm sure there's some Hispanic organizations.
6  I'm not just positive.  You mean like political or just
7  like in general?
8    Q      In general.  Political or public policy or
9  -- you mentioned that religious organization.  Anything
10 of the like.
11   A      I'm just not positive if they're Hispanic
12 only or -- or not or any other race only that they're
13 pushing towards.
14   Q      But can you think of the names of any?
15   A      No.  No, I can't.
16   Q      Do you know whether there are LULAC chapter
17 or chapters in Dodge City?
18   A      I don't know what that is.
19   Q      The League of United Latin American
20 Citizens.  You aren't familiar with that group?
21   A      I'm not.

Page 59

1    Q      What about MALDEF, the Mexican American
2  Legal Defense and Education [sic] Fund?
3    A      I've never heard of that.  No.
4    Q      Voto Latino, La Raza.  Any of these groups
5  ring a bell to you?
6    A      No.
7    Q      How about the Latino Chamber of Commerce?
8    A      I believe there's -- I'm not positive but I
9  believe there is a cultural group of the Chamber of
10 Commerce.  It's not -- I don't believe it's Latino
11 though.
12   Q      It's a broader organization than Hispanic
13 or Latino?
14   A      It is multicultural.
15   Q      How about Mexican American Bar Association
16 or Hispanic Bar Association in the community.  Are you
17 familiar with that?
18   A      No.
19   Q      A real estate group principally formed by
20 Hispanics or Latinos?
21   A      No.

Page 60

1    Q      Have you attended any organizational
2  meeting in Dodge City that is run by an organization
3  that focuses on Hispanic or Latino issues?
4    A      No.
5    Q      Can you recall -- well, what part of the
6  community, you know, geographically, do you live in?
7    A      At east side.
8    Q      Beg your pardon?  My connection cut out.
9  What was that?
10   A      The east side.
11   Q      East side?  Is that, you know, the
12 northeast side or sort of central business district east
13 side or southeast side?
14   A      It's the very east side.  I'm on the very
15 east side of the community, a block away from being
16 outside city limits.
17   Q      I haven't put your address here in this
18 transcript just, you know, for real privacy reasons.
19 But can you give us the closest major thoroughfare or
20 intersection to where you live?
21   A      Comanche and Avenue P.

Page 61

1    Q      Do you know the race or ethnicity of the
2  citizens around where you live?  Is it predominantly
3  white?  Predominantly Hispanic?  Equally mixed?
4    A      Within a block, it's more Hispanic.
5    Q      And how is it as you get further to three
6  blocks away?
7    A      Further south, it's all -- majority
8  Hispanic.  If you went three blocks north, it might be
9  more Caucasian.
10   Q      Do you -- so then, would you describe the
11 location of your home roughly kind of on the edge
12 between the Hispanic neighborhoods and white
13 neighborhoods?
14   A      Yes.
15   Q      Is housing in Dodge City generally racially
16 segregated, as in there's white areas of town and
17 Hispanic areas of town?
18   A      No.  It's pretty much Hispanic, majority,
19 in our community.  I believe that we're 80 percent
20 Hispanic.  There's not a area of this community that
21 there's not some Hispanics that live in every area, it

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 62..65

Page 62

1   seemed like.

2       Q       Are there areas of the community though

3   that are more Hispanic and areas that seem to be more

4   white?

5       A       Not that I'm aware of.  No.

6       Q       Now, you mentioned earlier that you work in

7   the real estate field.  Is it commercial, residential,

8   or both?

9       A       Both.

10      Q       So is it the case you've listed houses and

11  help the buyers close on houses?

12      A       Yes.

13      Q       Is that something that you do regularly in

14  your business or that's fairly rare?

15      A       I hope -- every day would be great.  That's

16  how I feed my family.

17      Q       So it sounds like, you know, if

18  everything's going all right, you're being a part of

19  multiple residential sales a year.

20      A       Yes.

21      Q       In your work there, you know, have you come

Page 63

1   to learn kind of which parts of town have more expensive

2   housing?

3       A       What areas --

4       Q       Yes, sir.

5       A       Yes.

6       Q       What are the areas that have higher

7   expensive housing?

8       A       The extreme north side and then areas of

9   the northeast side and then areas of the northwest side.

10      Q       It sounds like, in general, the northern

11  part of the city has the more expensive housing.  Is

12  that fair to say?

13      A       Yes.  Predominantly.  Yes.

14      Q       Is it fair to say that it's the southern

15  part of the city that has the lesser expensive housing?

16      A       Predominantly but not completely.

17      Q       Would you agree it's the southern part of

18  the city that is more Hispanic than the northern part?

19      A       No.  I have --

20      Q       Do you -- I'm sorry.

21      A       I'm sorry.  I have lots of family that live

Page 64

1   in the south side who are predominantly white.

2       Q       You have members of your family who are

3   white?

4       A       Yes.

5       Q       Is that by marriage or it's part of your

6   family tree?

7       A       Both.

8       Q       So a portion of your family identify -- a

9   portion of, you know, your side of the family tree and

10  your marriage identify as white or Caucasian?

11      A       My wife's -- or I'm sorry.  Not my wife.

12  My wife is Hispanic as well.  My mother is Caucasian.

13      Q       Any others?  Do you have close family

14  members that identify as white?

15      A       Uncles, cousins.

16      Q       Do you -- we talked about campaigning

17  earlier, so now I kind of want to focus on your service

18  as an elected official.  And I assume you, as part of

19  that work, interact with constituents.

20      A       Almost every day.

21      Q       Is that -- you know, how does that come

Page 65

1   about?  I mean, I assume you get phone calls at the

2   office.  Right?

3       A       Yes.

4       Q       And people, I assume, stop by from time to

5   time, want to meet with you.

6       A       Yes.  Or walking in public, grocery store

7   or whatever.  Not many times do I go out without having

8   a conversation or two.

9       Q       So, you know, when you're just, you know,

10  doing your business or, you know, going to grocery store

11  for personal life, even then, you get approached about

12  issues in the community?

13      A       I'm proud that they approach me with any

14  issues in our community.  That's one of the things that

15  I push for more is I get my phone number out to anybody

16  that has an issue who wants to communicate.

17      Q       Is there a particular characteristic or

18  type of person who approaches you about an issue in the

19  community?

20      A       All ranges.

21      Q       What kind of issues do they raise?  I

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 66..69

1   mean, is there like one or two topics that just keep
2   coming up?
3        A      Number one is roadwork.  My roads are bad,
4   you know.  And then, occasionally, it's -- I got a
5   letter for my long -- being too long or, you know --
6   there's always different issues but, usually, it's minor
7   issues.
8        Q      So, what is it you do or you can do with a
9   constituent report?  So I've got a pothole or this issue
10  with, you know, the road in front of my house.
11       A      A lot of times, I'll go take a look at it,
12  and I will, you know, approach the city manager,
13  whoever, and say, hey, you know, we're getting issues.
14  We're getting complaints about this, and look into it.
15       Q      Do you find that when you do that, whoever
16  in the city's supposed to fix the street is responsive
17  and gets it done or, more often than not, it's not
18  followed up on?
19            MS. STULA:  Object to form.
20       A      If it's a minor issue, they usually do
21  like, you know, if it's possible.  If it's a major

1   issue, there's just nothing that can be done about it.
2   But I would -- then, unfortunately, it's -- at least,
3   usually, the people are happy that somebody listened to
4   them.
5        Q      You were -- so it sounds like if it's
6   something like a pothole, when you report it to the city
7   manager, it gets attended to, you know, fairly urgently.
8   Is that fair to say?
9        A      I would hope so.  I can't tell every time.
10  If it's a road that's getting ready to be reconstructed,
11  then, you know, it's already on the time frame to be
12  adjusted or not.  And if it's not, then I would hope
13  that they look into it.  But I can't -- I'm -- I can't
14  make them.  No.
15       Q      Are there times when you report things like
16  a pothole and you follow up a week or two later and
17  they've been fixed?
18       A      Small projects.  Yes.
19       Q      Is it fair to say that, you know, most
20  of the small projects you report, they're fixed within a
21  week or two?

1        A      I would say yes, hopefully.
2        Q      Is there an area of the city that you think
3   has, you know, more roadway problems or lower-quality
4   roadways?
5        A      I -- honestly, I just believe that our
6   whole town, roads need much more attention than what
7   they are.  Is there one area better than another?  No.
8   They're equally bad.
9        Q      Do you drive -- I assume you drive all
10  around the city, or do you just focus on parts of it?
11       A      I'll take business any part of the town I
12  can get.
13       Q      Well, in your work as a commissioner, do
14  you feel like you spend an equal amount of time in kind
15  of every corner of the city?
16       A      I make an attempt to.  I can't always but I
17  try to drive the community at least once a week if not
18  more.  If somebody gives me a call or complain about an
19  area, I sure attempt to.
20       Q      Do you keep any records of like constituent
21  issues that are raised with you that you follow up on?

1        A      No.
2        Q      Do you keep any records on where, you know,
3   you go out in the community and seek --
4        A      No.
5        Q      -- you know, interaction with constituents?
6        A      No.
7        Q      Do you hold forums or town halls?
8        A      Me, personally, I do not.  I hope that they
9   have forums because people need to hear where we stand
10  on things, but I do not host any myself.  No.
11       Q      Do you participate in any forums or town
12  halls hosted by others?
13       A      Yes.
14       Q      What are the forums or town halls that you
15  recall that you've attended?
16       A      The Dodge City Library has been put on, I
17  believe.  There was a -- I can't be positive on the
18  name, but there was a leadership group that had put one
19  on last year at our event center.  Good group.  And I
20  believe there was a church that had put on a forum.
21       Q      Are there any forums or town halls that you

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 70..73

Page 70

1  refuse to participate in?
2      A      I go to all of them.
3      Q      Have you endorsed other candidates for
4  election?
5      A      No.
6      Q      You mentioned -- I beg your pardon?
7      A      No.
8      Q      You mentioned other -- the NRA endorsement
9  for your legislative race.  Can you recall any other
10  organization that has endorsed your election?
11     A      Not that I'm positive of.
12     Q      And, you know, you mentioned earlier that
13  you moved to Dodge City I think you said roughly when
14  you were eight.  You moved a little bit after that.  But
15  how long has it been since you have consistently lived
16  in Dodge City?
17     A      I've been back 25 years.
18     Q      So roughly 1998 or so?
19     A      Yes.
20     Q      And do you live any place else or like have
21  a vacation home any place else or --

Page 71

1      A      No.
2      Q      When is it that you recall, if you recall,
3  somebody raising the issue of whether or not Dodge City
4  elections ought to be by district instead of at large?
5      A      Other than this lawsuit?  I have never --
6  not that I can recall -- heard that being an issue.
7      Q      How did you learn about this lawsuit?
8      A      I believe I was served or something like
9  that.  I don't remember exactly.  I just remember that
10  we got this copy.
11     Q      And, again, I want to talk to you a little
12  more about this but just want to remind you, I don't
13  need to hear about any communications you had with
14  lawyers.  Okay?  But it sounds like you were personally
15  served with a copy of the lawsuit.  Is that fair to say?
16     A      I believe so.  I'm not positive.
17     Q      Did you read the lawsuit?
18     A      It's a lot of legal jargon that I don't
19  understand.
20     Q      Did you skim it though and try to get some
21  sense to what was being alleged?

Page 72

1      A      Yes.
2      Q      And so, was it your testimony that when you
3  looked at that, that was the first time you realized
4  that there were people in the community who thought
5  districts ought to be in place rather than at-large
6  elections in the city?
7      A      Pretty much so.  Yes.
8      Q      And so, is it fair to say you were
9  surprised that somebody was making this allegation at
10  the courthouse?
11     A      Yes.
12     Q      And so, it sounds to me like this is an
13  issue you just had never given thought to before because
14  it had never been raised before.
15     A      Yes.
16     Q      Now, if you can -- if you can't answer this
17  without telling me -- it involves attorney
18  communications, then just let me know.  But did you give
19  any analysis to the merits of the allegation and whether
20  or not the Plaintiffs, you know, had evidence to support
21  their position?

Page 73

1      A      I guess I don't quite get the question.  If
2  you're asking for my opinion in it or did I give any
3  testimony to -- or I guess I just need to clarify what
4  you're asking.
5      Q      Sure.  And let me put it this way.  Did you
6  weigh any of the allegations or the tables or facts that
7  are in the complaint or the petition in this case, the
8  lawsuit that you were served with?
9          MS. STULA:  Object to form.
10     A      I looked at the complaint.  Honestly, I was
11  really thrown by it.  I don't think it's even close to
12  correct, in my personal opinion.  I believe that -- you
13  know, 100 percent honest, that it's a waste of time and
14  money because we are a community of 80 to 85 percent
15  Hispanic.  And to say to me that they're not voting or
16  they're -- they don't stand a chance to win an election,
17  it's not -- I don't believe.
18     Q      When you say the community is 80, 85
19  percent Hispanic, are you talking about the voting
20  population is 80, 85 percent Hispanic or the total
21  population or -- what does that percentage apply to?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 74..77

Page 74

1    A    Total population.

2    Q    Do you know what the percentage of the city

3 that is Hispanic and eligible to vote, in other words,

4 over the age of 18 and a US citizen?

5    A    No, I don't.

6    Q    Do you know whether that's a majority?

7    A    I -- my opinion, yes, it is.

8    Q    If it's not a majority, does that make any

9 difference to you and your position in this lawsuit?

10   A    No.

11   Q    So, your view, as I understand it, is that

12 there are a sufficient number of Hispanic citizens in

13 Dodge City of legal voting age that they can elect their

14 candidate of choice at large.

15   A    Yes.

16   Q    And that's been your consistent position

17 since you've been involved in city politics?

18   A    That's been my position for many years.

19 Yes.

20   Q    That they have large elections are a

21 perfectly acceptable, a good way to elect citizens to

Page 75

1 the city council -- city commission?

2    A    I believe at-large is the best way and that

3 the Hispanic population can elect and control the

4 commission if they want to.

5    Q    Have you had any discussions with other

6 members of the city commission about transitioning to

7 city district elections?

8    A    Not that I can recall.

9    Q    Are you aware at any time that you paid

10 attention to city politics that there have a member or

11 members of the commission who supported going to

12 single-member districts?

13   A    Not that I'm aware of.  No.

14   Q    Have you -- do you recall citizens coming

15 to the commission, whether in writing or in person,

16 advocating for district-based elections?

17   A    Not that I'm aware of.  No.

18   Q    Are you aware of anybody who changed their

19 opinions at some point, was for city elections and

20 became in support of at-large elections or the reverse?

21   A    Not that I'm aware of.  No.

Page 76

1    Q    Do you believe there's a history of

2 discrimination in Dodge City?

3    A    Not that I -- no.

4    Q    And so, it's your view that there is no,

5 you know, government-based -- there hasn't been

6 government-based discrimination against Latino or

7 Hispanic citizens in Dodge City?

8    A    There's been -- not that I'm aware of.  No.

9    Q    Are you aware of any state or federal

10 government discrimination against Latino or Hispanic

11 citizens in Dodge City?

12   A    No.

13   Q    Have you ever held yourself out as the

14 spokesperson for Latino or Hispanic citizens in Dodge

15 City?

16   A    No.

17   Q    Have you taken the position that because of

18 your race or ethnicity, that you speak on behalf of the

19 majority of Hispanic or Latino citizens in Dodge City?

20   A    Not on my race -- not on my elections did I

21 bring up race.

Page 77

1    Q    But outside of your election context, when

2 you talked to constituents, other members of the

3 commission, you're otherwise engaged in conversations

4 about city government, have you held yourself out as the

5 representative of the Hispanic or Latino community

6 because of your race or ethnicity?

7    A    No.  Never taken that into account.

8    Q    And so, it sounds like this is slightly

9 different.  You've never held yourself out then as the

10 spokesperson for the Latino or Hispanic community in

11 Dodge City?

12   A    I've never tried to.  I didn't think it was

13 an issue.

14   Q    And it remains your opinion that it's not

15 an issue.  Is that true?

16   A    Yes.

17        MS. STULA:  Object to form.

18   A    Yes.

19   Q    Do you know a Johnny Dunlap?

20   A    Name sounds familiar, but I don't know him

21 personally.  Possibly then.  I know the name.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                          Pages 78..81

Page 78

1  Q   Do you know a person named Bill Hammond?

2  A   I know the name.  I don't know him

3  personally.  No.

4  Q   It sounds like you don't know what those

5  folks do, if anything, in relation to Dodge City.

6  A   Not positive.  No.

7  Q   Do you feel as though that in your capacity

8  as city council member, you are included in all the

9  emoluments of your office, you know, all the discussions

10 in the city?  Anything you're shut out of, basically,

11 that you could describe for us?

12     MS. STULA:  Object to form.

13 A   I need that question -- again, I --

14 Q   Sure.

15 A   Sorry.  I didn't understand it completely.

16 Q   Has there been any issue or meeting or

17 activity of the city commission that you feel you were

18 not given equal access to or the other city commission

19 members?

20 A   No.

21 Q   Do you -- is it fair to say that the

Page 79

1  beef-packing industry is a fairly large employer in

2  Dodge City?

3  A   Yes.

4  Q   Is it fair to say that the majority of the

5  employed population in the Dodge City in meatpacking are

6  Hispanic or Latino?

7  A   I'm sorry.  I -- can you rephrase that?

8  Are you --

9  Q   Sure.

10 A   -- talking about the -- just the beef

11 plants or just the employment in total?

12 Q   The beef plants.

13 A   I would say the beef plants are

14 predominantly Hispanic.

15 Q   Have you interacted with, you know,

16 management or executives in charge of the beef plants?

17 A   In charge of Dodge City beef plants?  I've

18 helped one of the managers find a home, possibly sell

19 their home.  As I firefighter, I used to go out and do

20 training out there.  My grandfather retired from -- my

21 Caucasian grandfather retired from XL.  But, I mean,

Page 80

1  other than that, not that I'm aware of.

2  Q   Have you dealt with the employees of beef

3  plants about a matter of, you know, public policy or,

4  you know, employee treatment, that sort of thing?

5  A   No.

6  Q   Are there organizations you're aware of

7  that represent the workers at the beef plant and

8  advocate on their behalf.

9  A   I believe the union.

10 Q   Do you recall the union's name?

11 A   No.

12 Q   Have you had any involvement with the

13 union?

14 A   I have had conversations with one of the

15 presidents of the union, not regarding the plants so

16 much as a property that he had -- that somebody wanted

17 to purchase.  I did have a conversation with him that I

18 would like them to get more information out about a new

19 law that just came out in Kansas to make sure the

20 population in the plants knew more about it.

21 Q   Have you ever advocated to the management

Page 81

1  of the beef plants on behalf of an issue for the

2  lower-level workers there?

3  A   No.

4  Q   Have you ever been a union member yourself?

5  A   For the short period of time I had worked

6  out there, I applied for the union, but I don't believe

7  I completed it.  No.

8  Q   Do you support union membership, or do you

9  think a union should be more heavily regulated by the

10 government or even banned?

11 A   I don't believe they should be banned.  I

12 believe that unions are for a good cause, a good reason,

13 but I do believe that they're also overreaching at

14 times.

15 Q   Do you know whether the unions in Dodge

16 City endorse candidates?

17 A   Not that I'm aware of.  No.

18 Q   You talked earlier about how in your

19 primary election for state representative, that you have

20 held yourself out as a conservative Republican.  Do you

21 recall that, generally?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 82..85

Page 82

1    A    Yes.

2    Q    Do you know whether or not the majority of

3  white citizens in Dodge City prefer Republicans or

4  Democrats?

5    A    I believe it's -- am I positive?  No.

6    Q    What is your belief?

7    A    My belief is majority are Republican

8  conservatives.

9    Q    Do you have an opinion as to whether a

10  majority of Hispanic or Latino citizens support

11  Republican candidates in Dodge City?

12    A    It is my hope they do.  But I have never

13  questioned numbers.

14    Q    Well, so, does that mean you don't know?

15    A    I don't know.

16    Q    Is there a reason you know the preference

17  of the white citizens in the community and not the

18  Hispanic?

19    A    It's just my belief.  I'm not positive on

20  either.

21    Q    I have a few documents that I just want to

Page 83

1  ask you about.

2        MR. DUNN:  I'll share them on the screen.

3  And what I can do is place these in the chat too so that

4  folks can just look at them if they want to.  Give me

5  one second here.

6        (Whereupon a discussion was held off the

7  record.)

8        MR. DUNN:  We can take a break while you

9  get some water or --

10        THE WITNESS:  I just asked him to give me a

11  bottle of water --

12        MR. DUNN:  Okay.

13        THE WITNESS:  I'm sorry.

14    Q    I'm going to show you what's been

15  previously marked in this litigation as Dodge City

16  0004430.  Okay.  With any luck, you should have this

17  document in front of you.  It's an e-mail dated

18  Wednesday, October 21, 2020 at 9:26 a.m.  Can you see

19  that, sir?

20    A    Sorry.  I'm trying to.  I don't know how to

21  work this computer.

Page 84

1    Q    Just going to get it larger for you.

2    A    Okay.  Little bit better.  Yes, sir.

3    Q    How about that?

4    A    Okay.

5    Q    I'm going to let you read the entire e-mail

6  here.  And then I'll ask you about it.

7    A    Okay.  I have a quick question I hope you

8  can help me with.  Does the city or county commissioner

9  have to live in the area they represent?  I believe it

10  is required but wanna double-check.  Yes.

11    Q    Do you recall why you were asking that

12  question?

13    A    Yes, I do.

14    Q    Well, why was that?

15    A    Sorry.  There was a question whether a

16  commissioner still actually owned or lived in Dodge

17  City.

18    Q    Who was that?

19    A    I believe that was Joyce Warshaw.

20    Q    So, was this e-mail at the time you were

21  considering running for election?

Page 85

1    A    No.  I was elected.

2    Q    And why did this issue of another

3  commissioner's residence concern you?

4    A    'Cause that citizen asked me, and so I said

5  I would ask -- see if I could find out.

6    Q    You know who the citizen was that asked

7  you?

8    A    No.  There were several of them.

9    Q    And here, you say, does the city -- in the

10  bottom e-mail on October 21, 2020, 9:26 a.m., you say,

11  does the city or county commissioner have to live in the

12  area?  You don't say, have to live in the city.

13  Do you see that?

14    A    Yes.

15    Q    Any reason for the wording you chose?

16    A    No.  I just have no idea why I said that.

17    Q    So your view here is you were just asking

18  whether somebody had to live in the city in order to

19  serve on the city commission?

20    A    Yes.  And, basically, yes.  Within the city

21  -- within the boundaries of the city.  Yes.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 86..89

Page 86

1    Q      Now I'm going to show what's been
2  previously marked in this litigation as Dodge City
3  0004603, which I'll put here in the chat.  All right.
4  See if I can make this a little larger for you.
5  Hopefully, you have an e-mail dated May 26, 2021, at
6  1:41 p.m.
7           Is that what you have on the screen, sir?
8    A      Yes.
9    Q      Again, I'll let you read this in full
10 before I ask you about it.  Let me know when you're
11 finished.
12   A      Is the three times opening plus one more to
13 trigger a primary?  So, there are three openings.  Three
14 plus one would be -- to sign up for city commission to
15 have a primary for Dodge City.  That's what Debbie wrote
16 me.  What I asked was, what would cause a primary for
17 this election?  Know six people, including myself,
18 looking at going for city commission.  Yes.
19   Q      And I appreciate that.  I should've told
20 you.  I meant you could just read it to yourself.  I
21 don't want to ask you about an e-mail without giving you

Page 87

1  a chance to review it.  So, but we just -- you know, few
2  more of these.  I'm going to give you your opportunity
3  to read the thing, and then I'll ask you about it.  But
4  you don't have to read it out loud.  So, again, in May
5  26, 1:28 p.m., you were asking about what would cause a
6  primary for this election.
7           Do you see that?
8    A      Yes.
9    Q      And there, you're talking about city
10 commission elections.  Is that true?
11   A      Mm-hmm.  Yes.
12   Q      Was that a yes?  Okay.  Do you have an
13 understanding of whether or not there are occasionally
14 primaries for city elections?
15   A      I just didn't know, so I asked if a certain
16 number would cause a primary election or not.
17   Q      Had you ever experienced, like, you know,
18 voted in or recall, a primary election for city
19 commissioner's seat?
20   A      No.  Not at all.
21   Q      But the county clerk seems to tell you here

Page 88

1  that under some circumstances, there would be a primary
2  election.
3           Do you see that?
4    A      Yes.
5    Q      But it sounds like you've never experienced
6  it.
7    A      No.  I have never.  I've never seen that
8  many candidates go out for a city commission.  I would
9  love it but I have never seen it.  No.
10   Q      I'm going to show you what's been
11 previously marked in this litigation as Dodge City
12 0004640.  And I'll set it in the chat here.
13           MR. DUNN:  This one might take a minute to
14 download, Counsel, so just let me know if you need a
15 minute.  It's a map.
16           MS. STULA:  Looks like it's downloading
17 quickly.
18           MR. DUNN:  Okay.
19           MS. STULA:  Okay.  It should be okay.  Go
20 ahead.
21   Q      All right.  Hopefully, you have on your

Page 89

1  screen a map that says, Dodge City voting precincts.  Is
2  that what you can see, sir?
3    A      Yes.
4    Q      As I understand it -- and you let me know
5  if you have a different understanding, but this,
6  basically, draws out the city and shows the areas of
7  voting precincts, you know, for how they're divided up
8  for voting purposes.  Is that fair to say?
9    A      I believe so.
10   Q      Does the city have any involvement with,
11 you know -- well, let me say this.  It's my
12 understanding the county runs the election for the city.
13 Is that true?
14   A      I believe so.  Yes.
15   Q      And so, is it also the case that the county
16 makes the selection of voting precinct boundaries, or do
17 you know?
18   A      I -- I'm not positive.  No.
19   Q      Do you know who it is that makes the
20 determination of where the voting locations will be or
21 are?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 90..93

Page 90

1    A    Believe -- I believe but I'm not positive
2    -- I believe it's the clerk.
3    Q    Have you at any time given any or heard any
4    complaint about the voting precinct boundaries and/or
5    the location of vote centers or places where you've cast
6    your ballot?
7    A    I heard a lawsuit a while back about the
8    location, but that was the only complaint I've ever
9    heard.
10   Q    What was the allegation of that lawsuit, if
11   you know?
12   A    I'm not completely positive.  I believe
13   they just didn't like the location of the election.
14   Q    Do you recall who any of the parties were?
15   A    No.
16   Q    Do you recall who the defendant was?  Was
17   it the city, the county, or both?
18   A    I'm not positive.  I believe it was the
19   county.
20   Q    Do you know how it was resolved, that
21   lawsuit?

Page 91

1    A    No.
2    Q    After the lawsuit, did you notice any
3    change in the locations where to vote?
4    A    I don't know if that was directly due to
5    the lawsuit or not, but the locations the next year had
6    changed.  Yes.
7    Q    How so?  How did they change?
8    A    Believe there was a location up north and
9    then at the park, but I'm not completely positive.  That
10   was many years ago.
11   Q    How do you spell the name of this park?
12   A    I call it Wright Park.  I don't know if
13   that's correct or not.  It's at the Hoover building.
14   Q    And where is that located, the cross
15   streets?
16   A    That would be 2nd Street and would be South
17   of Trail Street.  It's south at Dodge.
18   Q    It's in the southern part of the city.  Is
19   that true?
20   A    Yes.
21   Q    Was the allegation of that lawsuit that

Page 92

1    there were insufficient places to cast a ballot in the
2    southern party of this -- southern part of the city?
3    A    No.  Not that I'm aware of because the
4    location was in the southern part of the city.
5    Q    Now, you're talking about the county
6    administration of the city's elections.  Have you had
7    any communication or involvement with city -- excuse me
8    -- with county staff about the administration of
9    elections?
10   A    Not that I can recall.
11   Q    Is there a -- well, let me just ask this
12   more generally.  Does the city commission, you know,
13   kind of have subcommittees where some of the members
14   specialize in certain public policy matters, or is sort
15   of everything handled by everybody on the city
16   commission?
17   A    I've never heard of a subcommittee.  I'm
18   sorry.
19   Q    And is there any member of the city
20   commission that you think is kind of the point person or
21   more focused on election administration issues?

Page 93

1    A    No.
2    Q    Can you recall an occasion where you or
3    another member of the city government had a complaint
4    about how the county was running the city's elections?
5    A    Not that I can recall.  No.
6    Q    Do you know or have you ever heard of
7    whether the city has done an analysis as to whether or
8    not the Voting Rights Act requires single-member
9    districts --
10   A    Not --
11   Q    -- for the city commission?
12   A    Not that I'm aware of.  No.
13   Q    Do you recall whether the county has ever
14   done such an analysis?
15   A    Not that I'm aware of.  No.
16   Q    Show you now what's been previously marked
17   as Dodge City 0009850.  So placed in the chat.  All
18   right.  Hopefully, you have on your screen an e-mail
19   dated Sunday, June 21, 2020, at 7:48 a.m.  Is that true?
20   A    I see it.  Yes.
21   Q    This one's a little bit longer.  I'm going

Page 94

1  to give you a chance to read it.  You don't need to read
2  it aloud.  I'll start with the first e-mail.  Let me
3  know when you need me to scroll down.
4       A     Okay.  And scroll down, please.  Okay.
5       Q     Then here's the e-mail response.
6       A     Okay.
7       Q     In this first e-mail, it looks like City
8  Council Commissioner Mr. Delzeit -- am I pronouncing
9  that right?
10      A     Uh-huh.
11      Q     -- yeah -- had sent a communication to a
12 Johnny Dunlap II, and he was forwarding that
13 communication to you on June 21, 2020.  Is that true?
14      A     I don't recall, but it's in front of me, so
15 I'm guessing --
16      Q     Do you know what -- and one of the things
17 that Commissioner Delzeit was concerned about was some
18 hate speaker, as he referred to that person.  Do you
19 know who he was talking about here?
20      A     I remember the event.  I have no idea who
21 the person was though.

Page 95

1       Q     Do you have any idea what the issue was
2  that they were expected to talk about?
3       A     No.  Not at all.
4       Q     He also mentions your BLM.  Do you have an
5  understanding what that is?
6       A     Yes.
7       Q     What is that?
8       A     Black Lives Matter.
9       Q     Have there been some controversy with BLM
10 gatherings, as he called it, in Dodge City?
11      A     Not that I know of.
12      Q     So it sounds like you don't have any
13 recollection in any way of the background of this
14 conversation and why you were forwarded this e-mail by
15 another commissioner.
16      A     I don't -- I think Brian had -- and I'm not
17 positive, but I think Brian had said that somebody was
18 upset that a speaker was at the event center, and they
19 didn't agree with them being allowed to be at the event
20 center.  But that's as much as I know for sure.
21      Q     But you don't recall what issue or issues

Page 96

1  the speaker was addressing?
2       A     I believe they were just against that
3  individual.
4       Q     Right now, I'm going to show you what's
5  been previously marked as Dodge City 0009857, which I've
6  placed in the chat.  You should have on the screen an
7  e-mail dated October 21, 2020, at 1:39 p.m.  Is that
8  right?
9       A     Yes.
10      Q     I'll scroll to the bottom again and give
11 you an opportunity to read this.
12      A     Okay.
13      Q     And below here is just a posting on the
14 city's website.
15      A     Okay.  Okay.  Yes.
16      Q     And, oh, here's the last one.
17      A     Okay.
18      Q     So, it looks like, generally, this e-mail
19 communication is about whether or not a member of the
20 city commission resides in the city council boundaries.
21 Is that a fair description?

Page 97

1       A     Yes.
2       Q     And who was the city council member
3  involved?
4       A     That was Joyce Warshaw.
5       Q     And was it ultimately determined that she
6  wasn't a resident of the city boundaries?
7       A     It wasn't determined at all.  She removed
8  herself from the commission.
9       Q     So she ultimately resigned as a result of
10 her residency issue?
11      A     Not her residency issue.  No.  I don't
12 believe so.  She resigned after the -- that was 2020,
13 and we were all getting threats, and she didn't like
14 them.
15      Q     What kind of threats were these?
16      A     COVID threats.  The ones that she may have
17 received I received as well, basically.  We were a bunch
18 of idiots for not forcing mask mandates.
19      Q     So you have a mask mandate?
20      A     Eventually, the city did have a mask
21 mandate.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Pages 98..101

Page 98

1    Q    Do you remember roughly when that went into
2  effect?
3    A    I'm not positive.  I didn't agree with it.
4  But it was -- the complaint that she alleged was
5  actually for us not putting a mask mandate in sooner.
6    Q    The city council member was in -- the city
7  council member at issue here for her residency was in
8  favor of a mask mandate?
9    Q    Do I understand that right?
10   A    Yes.
11   Q    And you opposed her position on that?
12   A    I did not believe it was the city's
13  responsibility to do a mask mandate.  The county is
14  responsible for having a health director.
15   Q    You think that commissioner was a part of
16  triggering these threats that you mentioned?
17   A    No.  I think it was crazy people making
18  threats, not an individual causing the threats.  No.
19   Q    Did you raise this residency issue of the
20  commissioner because of your opposition of her position
21  on masks?

Page 99

1    A    Not at all.
2    Q    And did you ever speak with the city
3  attorney or raise this with the city attorney, this
4  issue as you mentioned here on the 1:25 p.m. October 21
5  e-mail?
6    MS. STULA:  And, Joe, I'll just let you
7  know not to reveal anything that you and Brad discussed.
8    A    I believe that I talked to him.  I don't
9  remember exactly what we discussed.
10   Q    But it was generally about this residency
11  issue?
12   A    I believe that he said, you haven't talked
13  to the clerk.
14   MS. STULA:  Hold on, Joe.  I'm just going
15  to let you know, anything that Brad told you would be
16  attorney-client privilege would be our position.
17   THE WITNESS:  Yeah.
18   Q    I'm just -- yeah.  And I'm not trying to
19  get you to talk about what your lawyer told you.  I just
20  want to know -- did you have a discussion with the city
21  lawyer about this residency issue?

Page 100

1    A    I don't recall.  I'm sorry.
2    Q    Now I'll show what's been previously marked
3  as Dodge City 0010007.  So, placed in the chat.  All
4  right.  I've started -- oh, let's see.  This is a
5  reversal order, so let me start you here at the earlier
6  -- you should have a series of text messages, the first
7  of which is on January 28, 2023, at 3:34 p.m.  Can you
8  see that, sir?
9    A    Yes.
10   Q    Take an opportunity to read through this on
11  your own, and let me know when you need me to scroll.
12   A    Scroll down, please.  Scroll down, please.
13  Scroll down, please.  Okay.  Is that all?
14   Q    Is it fair to say that you're identified in
15  this text message chain as M-E as in Edward-L-L-E as in
16  Edward-C as in cat-K as in Kennedy-E as in Edward-R as
17  in rapid?
18   A    I have no idea as to what that means and
19  came from.
20   Q    Okay.
21   Q    Don't know what that is.

Page 101

1    Q    Do you not know who any of these speakers
2  are?  Is this the first you're seeing these text
3  messages?
4    A    I don't know who that Mellecker is.  I know
5  who the person is --
6    Q    Okay.
7    A    -- or Jodith Cortson is a school board
8  member.
9    Q    And do you recall this ESL issue coming up?
10   A    I do.  Yes.
11   Q    Now, ESL is English -- what does that
12  acronym stand for?
13   A    Basically, English as a second language.
14   Q    And what was the issue that you recall?
15   A    My issue is simply that we need to -- the
16  school district needs to do a better job at making sure
17  that they have the personnel necessary to teach
18  non-English-speaking people, that I don't believe that
19  using a kid as a translator is the correct way to do
20  this.
21   Q    So, is it you who typed these text

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Pages 102..105

Page 102

1  messages, or you don't know?

2        A     I'm not positive.  But I remember the issue

3  coming up.

4        Q     It says here at 3:46 -- I beg your pardon.

5  Go ahead, sir.

6        A     Yes.  I just don't understand why it says

7  Mellecker on it.  I'm sorry.

8        Q     I didn't either, and so I'm not trying to

9  trick you.  I was confused by that as well, so I just

10 thought I'd ask you about it.  But on the 3:46 p.m.

11 text, it says, the school district doesn't have any

12 dedicated ESL classes because they were called racist.

13 Do you recall that to be true?

14       A     I believe so.  I do believe they don't have

15 -- and to put this in context, it's kind of when I was a

16 kid, you had dedicated ESL classes so that it was a --

17 it was more of a -- a push to keep them up with us, to

18 keep them up in classrooms.  And I asked if there was

19 any ESL classes, and if so, why not?

20       Q     Were you in ESL classes when you were

21 young?

Page 103

1        A     No.

2        Q     Was English a second language for you?

3        A     No.

4        Q     Did you speak Spanish at home?

5        A     Very little.

6        Q     Do you speak Spanish today?

7        A     No.

8        Q     This may sound like the same but it's a

9  little different.  Are you able to speak Spanish?

10       A     Very little.

11       Q     Now going back to ESL, I mean, do you

12 recall people calling ESL classes racist?

13       A     No.

14       Q     Do you recall why it is that ESL classes

15 aren't offered in the local school district?

16       A     I would like to know why they're not

17 offered in the school district.

18       Q     Have you inquired, asked that question?

19       A     I have.  Yes.

20       Q     What is the answer you've been given?

21       A     That, basically -- no good answer.  Nobody

Page 104

1  has ever been able to give me a good answer.

2        Q     What are the answers that you can recall

3  you have received?

4        A     That they're just not provided.  They

5  provide paras in classrooms to help translate.

6        Q     They require who in classrooms?  I'm sorry.

7        A     They provide paras and teachers in

8  classrooms to translate.

9        Q     What are paras?

10       A     It's, I guess, assistants to the teachers.

11       Q     Does your wife occasionally serve as the

12 substitute teacher?

13       A     Yes.

14       Q     Does she speak Spanish?

15       A     More than I do.  Just a little bit.

16       Q     Let me -- and do you see her regularly

17 speak Spanish, or is it fairly rare?

18       A     Fairly rare.

19       Q     In her business as a -- when she goes and

20 works as a substitute teacher, do you know if her work

21 is in ESL-like classes, or does she help instruct in

Page 105

1  Spanish language?

2        A     She substitutes for all different classes.

3        Q     Do you recall though whether they used her

4  Spanish language abilities in any way in her substitute

5  teaching?

6        A     No.  I don't know.  I don't think so.

7        Q     So, going back to the district doesn't have

8  any dedicated ESL classes because they were called

9  racist, do you recall that ESL classes in Dodge City

10 public schools are called racist?

11       A     I don't recall them ever being called

12 racist.  I would fully support having ESL dedicated

13 classes.  I believe that if students were working with

14 English more than 30 minutes a day, then it would just

15 be quicker and they wouldn't fall behind.

16       Q     Are you aware of anyone else alleging that

17 having ESL classes is racist?

18       A     No.

19       Q     I'm going to show you what's been

20 previously marked -- the first page of which is Dodge

21 City 0010009.  I'll place this in the chat.  All right.

**Page 106**

1  You should have on your screen -- well, you will in just
2  one second.  You should have on your screen again a
3  series of text messages.  It's a somewhat longer
4  document.  I'm only focused on the text messages on
5  0010012.  I'm happy to let you read the whole thing, but
6  it's a variety of conversations.  I'm only going to ask
7  you about the one on the page.  So, is it all right with
8  you if you just look at the one on this page?
9      A    I am -- yeah.  If I can figure out context
10  to it, I'd be glad to.
11      Q    Sure.  So, it, I think, you know, kind of
12  sort of starts on November 12th at 9:20 a.m.  And I
13  should say November 12, 2019.  Let me know when you'd
14  like me to scroll down.
15      A    Scroll down, please.
16      Q    Looks like there was two photographs, texts
17  that we don't have in here.  Then here are the messages
18  before that.
19      A    I -- go ahead.  Scroll down it. I do know
20  what this is about. Yes.
21      Q    And I think about 10:04 a.m., the text

**Page 107**

1  messages move on to another subject, so, I think we can
2  stop there.
3      A    Okay.  Yeah.
4      Q    So this is a series of text messages
5  talking about a Coronado monument, I guess, that had
6  been placed in the ride-away ditch.  What is the
7  Coronado monument?
8      A    No.  The Coronado monument is a big
9  monument east of Dodge City.  It's not in a ditch.
10      Q    Okay.
11      A    What this is discussing is that somebody
12  hung up a dummy in the ditch.  And I asked why we could
13  not have it removed.  It looked bad coming into Dodge
14  that you have a dummy strung up in a tree.
15      Q    Hung up with a rope?
16      A    Yup.
17      Q    Like a lynching?
18      A    Not like a lynching.  Just hanging there.
19      Q    Where was the rope affixed to the dummy?
20      A    I couldn't tell.  I was driving by.
21      Q    Could you tell whether the maker of the

**Page 108**

1  dummy was trying to represent it as having a certain
2  race or ethnicity?
3      A    No.  No.  Couldn't tell at all.
4      Q    Could you tell at all what the purpose of
5  the speaker was behind this strung-up dummy?
6      A    I have no idea.  Just crazy people.
7      Q    But that was ultimately taken down?
8      A    I don't know.  I hope so.  It's not there
9  today.
10      Q    Is it fair to say you don't have any other
11  knowledge about this other than having seen it and
12  what's in this text message?
13      A    Yes.
14      Q    How long do you think it was out there?
15  Weeks?  Day or two?
16      A    Have no idea.
17      Q    Does it look to you like these 8:46 a.m.
18  messages were photographs you had taken of it?
19      A    Possibly.  I just don't remember.
20      Q    Your cell phone, do you pay for it
21  individually, or is it provided by the city or your

**Page 109**

1  employer?
2      A    On -- today or -- I have -- the city
3  provided cell phone now, and I have a company-provided
4  cell phone now.
5      Q    When were you provided this
6  city-provided-for telephone?
7      A    Couple months ago, I believe.
8      Q    So prior to that, you used your business
9  phone for all of your communications?
10      A    Yes.
11      Q    Is that the other phone you still hold
12  today that was provided by your business?
13      A    Yes.
14      Q    What is the -- here at 8:46 a.m., and he
15  talks about a Coronado monument.  Who or what is
16  Coronado?
17      A    Coronado, it's an old monument.  Coronado
18  came through this, mapping our country back before it
19  was all set up the way it is now.  It's a history
20  monument.
21      Q    One of the Spanish explorers or

Page 110

1  conquistadors?

2       A     Yes.  Mm-hmm.  And this is a -- this event

3  was not at the monument.  It was a mile away from the

4  monument.

5       Q     The event?  The strung-up dummy?

6       A     Yeah.

7       Q     Where was it located?

8       A     About a mile away.

9       Q     Give us the name of the street or cross

10 section, if you can.

11      A     It was Highway 400 or something like that.

12 It's up the --

13      Q     Which part of the community?  North, south,

14 east, west city?

15      A     It's east of the city, five miles.

16      Q     Out by the meatpacking plants?

17      A     Beyond those.

18      Q     Out by the airport?

19      A     Yeah.  Past that.  No.  It's on the way to

20 Wichita.  It's not a well-traveled road.

21      Q     Is it on the outbound side, or was it on

Page 111

1  the outbound side; in other words, towards Wichita side

2  of the roadway or away from Wichita towards Dodge City

3  side of the roadway?

4       A     It was -- well, it was probably five miles

5  east of Dodge City, away from our city towards Ford.

6       Q     Well, let me ask it this way.  Would

7  traffic going further away from Dodge City would be on

8  the side of it.  Or traffic going towards Dodge City

9  would be on the side of the road where this was?

10      A     It was on the north side of the road, the

11 traffic coming towards Dodge City.

12      Q     Was there any text you recall it, like any

13 sign or words, any symbols?

14      A     No.

15      Q     Anything you make about the clothing that

16 would help you identify what the dummy was supposed to

17 represent?

18      A     Not at all.  No.

19      Q     What was the color of it?

20      A     I believe it was blue jeans, and that was

21 it.  But I'm not positive.  I'm sorry.

Page 112

1       Q     Did it appear as something homemade or

2  something that had been purchased and repurposed for

3  this?

4       A     Homemade.  Mm-hmm.  Kinda like a scarecrow,

5  I guess.  And the reason I was upset about it was I

6  didn't wanna see it coming in my town at all, something

7  -- should've been used for Halloween definitely, but it

8  just didn't look good to me.  I didn't agree with it.

9       Q     Did you view it as hate speech?

10      A     No.  Just -- I just hated it -- to see it.

11      Q     About what time of year was this up?

12      A     October sometime.

13            MR. DUNN:  I think I'm fairly close to

14 wrapping up.  I just need to take a break, go to the

15 restroom real quick, and come back.  So it's 17 after

16 the hour.  If folks are agreeable, can we come back at

17 25 after the hour, so like eight minutes from now?

18            THE WITNESS:  Yes.

19            MS. STULA:  That sounds good.

20            MR. DUNN:  Okay.  See you then.

21            (Whereupon a short recess was taken.)

Page 113

1       Q     Excuse me.  All right.  Before we took the

2  break, we were talking about the side of the highway,

3  the strung-up dummy.  Have you -- are you aware of

4  whether or not there's a history of lynching in Dodge

5  City?

6       A     I hope not.

7       Q     Have you ever attended or looked through

8  the Boot Hill Museum?

9       A     Gone to the Boot -- sorry.  I've gone

10 through the Boot Hill Museum.  Yes.

11      Q     Have you seen the -- it has been recently

12 removed, but did you see the hanging tree that was

13 there?

14      A     I believe I -- if it was the one up on the

15 hill, yes.

16      Q     Do you recall that there's a history of

17 violence against Latino and Hispanic citizens in the

18 Dodge City area?

19      A     No.  No.

20            MS. STULA:  Object to form.

21      A     No.  Not that I know of.  No.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                      Pages 114..117

Page 114

1    Q    Is it fair to say there's quite a few
2    people in the Dodge City area that are anti-Mexican or
3    immigration from Hispanic individuals?
4    A    I hope not.  No.
5    Q    Have you ever posted or taken a public
6    position against immigration, Mexican or South American
7    or Central American immigration?
8    A    Believe the immigration is necessary and it
9    just needs to be done quickly and correctly.
10    Q    And so, are you -- have you publicly taken
11    a position on immigration, or that's not an issue you
12    focus on?
13    A    Really not an issue I focus on.  I guess I
14    may have, but I don't recall.
15    Q    Do you recall whether that issue is a
16    central issue among the political discussion in Dodge
17    City?
18    A    Not so much in Dodge City that I know of.
19    Q    Is it more widespread out in the county?
20    A    Not that I'm aware of.  We have a very
21    large Hispanic population that we know immigration, that

Page 115

1    it says it's great for our community.
2    Q    Now going back to your preparation for your
3    testimony today, did you have any conversation with Mr.
4    Hernandez about your testimony in advance of this
5    deposition?
6    A    Any -- just to be honest, that -- that's --
7    I think that's all we needed to say, being honest and
8    just up-front, forthcoming.
9    Q    And when you're under oath, it's important
10    to be honest.  Right?
11    A    Absolutely.
12    Q    And you've done that today?
13    A    Yes, sir.
14    Q    But you don't recall any discussion at all
15    about why it is Mr. Hernandez needed to sit right there
16    with you during your testimony?
17    A    No.  No.  Not at all.  It's -- I don't mind
18    it at all.  It's fine with me.  In case I got issues
19    with the computer or anything else, I -- this isn't my
20    office or my setup.  No.
21        MR. DUNN:  All right, Commissioner.  I

Page 116

1    appreciate your time today.  Have I been courteous to
2    you?
3        THE WITNESS:  Absolutely you have.  Thank
4    you.
5        MR. DUNN:  I also want to apologize to you.
6    I know we had your deposition set a few weeks ago, and
7    we canceled at the last minute.  The night before the
8    deposition, my father-in-law, we found out, had passed
9    away.  And so, I want to apologize to you for any
10    inconvenience, you know, messing up your schedule.  And
11    I appreciate you being flexible with us about that.
12        THE WITNESS:  Oh, absolutely.  I
13    understand.  Very much so.  No.  And I appreciate your
14    time.  Thank you.
15        MR. DUNN:  All right.  I'll pass the
16    witness.
17        MS. STULA:  Okay.  I don't have any
18    questions for you, Joe.  So I think we're done.
19        THE WITNESS:  Excellent.  Thank you, guys.
20        MR. DUNN:  Oh, have a good day.
21        THE REPORTER:  Who is going to want a copy?

Page 117

1    MR. DUNN:  We are the ordering.
2    MS. STULA:  Yes.
3    (Deposition concluded at 1:25 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Joe Nucci on 07/19/2023                                    Page 118

Page 118

1   State of Maryland

2   City of Baltimore, to wit:

3       I, Eric Leichter, a Notary Public of the State of

4   Maryland, Baltimore City, do hereby certify that the

5   within-named witness personally appeared before me at

6   the time and place herein set out, and after having been

7   duly sworn by me, according to law, was examined by

8   counsel.

9       I further certify that the examination was recorded

10  stenographically by me and this transcript is a true

11  record of the proceedings.

12      I further certify that I am not of counsel to any

13  of the parties, nor in any way interested in the outcome

14  of this action.

15      As witness my hand this 19th day of July, 2023.

16

17

                          _____

18                        Eric Leichter

19                        Notary Public

20  My Commission Expires:

21  January  13, 2024

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                              Index: $1,000..9:26

**$**

$1,000   32:13

**0**

0004430
 83:16

0004603   86:3

0004640
 88:12

0009850
 93:17

0009857   96:5

0010007
 100:3

0010009
 105:21

0010012
 106:5

**1**

100   73:13

10:04   106:21

115   13:4

12   106:13

12th   106:12

14   10:16

16   11:3

17   11:3
 112:15

**18**   11:4
 15:17 74:4

1975   8:21

1998   70:18

1:25   99:4
 117:3

1:28   87:5

1:39   96:7

1:41   86:6

**2**

2,000   29:12
 57:6

2,500   29:12

2001   11:13

2013   11:17

2015   11:18

2017   11:19

2018   10:5

2019   12:14
 16:7 24:13
 28:11
 106:13

2020   12:15,
 20 28:11
 32:9 39:20
 83:18
 85:10
 93:19
 94:13 96:7
 97:12

**2021**   86:5

**2022**   27:1,
 6,7,9,12
 32:12
 39:21
 40:2,8
 42:19
 44:16

2023   100:7

2024   27:15

21   12:21
 83:18
 85:10
 93:19
 94:13 96:7
 99:4

24   11:2

25   70:17
 112:17

26   86:5
 87:5

28   100:7

2nd   91:16

**3**

30   17:6
 105:14

3:34   100:7

3:46   102:4,
 10

**4**

400   110:11

**5**

50   34:1

**6**

6th   33:21

**7**

7:48   93:19

**8**

8   8:21

80   61:19
 73:14,18,
 20

85   73:14,
 18,20

8:46   108:17
 109:14

**9**

94   11:10

9:20   106:12

9:26   83:18
 85:10

---

**A**

---

**a.m.** 83:18
  85:10
  93:19
  106:12,21
  108:17
  109:14

**abilities**
  105:4

**absolutely**
  115:11
  116:3,12

**acceptable**
  52:8 74:21

**access** 78:18

**accommodate**
  6:17

**account**
  37:18 47:2
  77:7

**accountability**
  57:1

**acknowledge**
  4:3,6

**acronym**
  101:12

**Act** 5:4
  93:8

**active** 20:10
  41:14

**actively**
  31:15,20

**activity**
  78:17

**actual** 53:18

**additional**
  57:7

**address**
  60:17

**addressing**
  96:1

**adjusted**
  67:12

**administer**
  4:7

**administered**
  4:6

**administration**
  92:6,8,21

**adopted** 17:1

**advance**
  115:4

**adversity**
  21:21
  22:5,8

**advertise**
  55:8

**advertisement**
  26:11

**advocate**
  80:8

**advocated**
  80:21

**advocating**

**75:16**

**affecting**
  51:5

**affiliated**
  36:1,2

**affixed**
  107:19

**age** 42:2
  74:4,13

**ages** 17:4

**agree** 4:8
  45:4,9
  63:17
  95:19 98:3
  112:8

**agreeable**
  112:16

**ahead** 14:7
  18:17
  22:21 25:4
  88:20
  102:5
  106:19

**airport**
  110:18

**aligned** 24:8

**allegation**
  45:2 72:9,
  19 90:10
  91:21

**allegations**
  73:6

**alleged**

**71:21 98:4**

**alleging**
  51:9
  105:16

**alley** 11:2

**allowed**
  33:10
  95:19

**aloud** 94:2

**American**
  49:18
  58:19
  59:1,15
  114:6,7

**amount** 10:13
  68:14

**analysis**
  35:2 72:19
  93:7,14

**analyze** 35:6

**analyzed**
  34:9,14,19

**and/or** 90:4

**answering**
  31:1

**answers** 24:1
  46:8 104:2

**Anthony** 4:21

**anti-mexican**
  114:2

**apologize**
  116:5,9

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                        Index: apple..bathroom

apple  49:18

application
  21:5

applied
  12:20 81:6

apply  73:21

appoint
  13:14

appointed
  14:2

appointing
  13:10,13
  14:3

approach
  35:14 52:6
  65:13
  66:12

approached
  65:11

approaches
  65:18

area  20:12
  34:5 37:10
  42:3 47:17
  53:8
  61:20,21
  68:2,7,19
  84:9 85:12
  113:18
  114:2

areas  22:14
  37:2,3,6,8
  39:7 42:5
  61:16,17

62:2,3
  63:3,6,8,9
  89:6

argues  44:19

assistants
  104:10

associate's
  10:1

association
  44:3
  56:10,14
  59:15,16

assume  5:11
  27:1,3
  64:18
  65:1,4
  68:9

at-large
  48:20 72:5
  75:2,20

attempt
  31:20
  68:16,19

attend  9:14
  17:7,14,17

attended
  60:1 67:7
  69:15
  113:7

attention
  47:19 68:6
  75:10

attorney
  72:17 99:3

attorney-
  client  8:8
  99:16

attorneys
  4:2

authority
  13:13

Avenue  60:21

aware  15:5
  18:7 19:2
  32:2,6
  42:14
  43:4,10
  51:2,8,11
  56:12 62:5
  75:9,13,
  17,18,21
  76:8,9
  80:1,6
  81:17 92:3
  93:12,15
  105:16
  113:3
  114:20

_____

B

bachelor's
  10:1

back  9:2
  11:4,10,11
  27:11
  32:14,16
  42:18
  70:17 90:7
  103:11

105:7
  109:18
  112:15,16
  115:2

background
  8:16 95:13

bad  22:12
  41:15
  51:10 66:3
  68:8
  107:13

ballot
  13:17,20
  14:4,12,15
  21:5 90:6
  92:1

banned
  81:10,11

Bar  59:15,
  16

based  14:9
  28:16
  37:12
  45:16

basically
  21:20 30:4
  48:19
  56:21
  78:10
  85:20 89:6
  97:17
  101:13
  103:21

basis  19:12

bathroom

52:9

**Beecroft**
11:8

**beef** 79:10,
12,13,16,
17 80:2,7
81:1

**beef-packing**
79:1

**beg** 23:13
60:8 70:6
102:4

**behalf** 76:18
80:8 81:1

**belief** 82:6,
7,19

**bell** 59:5

**big** 107:8

**Bill** 78:1

**bit** 9:2
37:1 53:11
70:14 84:2
93:21
104:15

**Black** 95:8

**BLM** 95:4,9

**block** 36:19
37:2,4
39:1,3,7
55:12
57:13
60:15 61:4

**blocks** 61:6,

8

**blue** 111:20

**board** 12:19
13:8 16:6
18:20 41:7
42:9,11,13
101:7

**Boot** 113:8,
9,10

**born** 8:21

**bottle** 83:11

**bottom** 85:10
96:10

**boundaries**
85:21
89:16 90:4
96:20 97:6

**bowling** 11:2

**Brad** 99:7,
15

**break** 6:17,
19 52:9,13
53:2 83:8
112:14
113:2

**Brian** 19:10
95:16,17

**bring** 20:9
23:2,10
76:21

**broad** 36:16
50:4

**broader**

59:12

**building**
91:13

**bunch** 97:17

**business**
7:18 10:2
17:3 33:16
34:2 60:12
62:14
65:10
68:11
104:19
109:8,12

**buyers** 62:11

**Bypass** 33:21

---

### C

**call** 31:12,
14 38:11
40:10
68:18
91:12

**called** 4:16
11:5,8,12
33:21
95:10
102:12
105:8,10,
11

**calling**
103:12

**calls** 65:1

**campaign**
19:18 23:7

25:21
26:4,8
29:17 30:2
31:3,5,7
32:17
36:14,21
37:20,21
38:1,4
56:18
57:2,7,15

**campaigned**
24:7 29:16

**campaigning**
30:19
64:16

**campaigns**
20:1 26:2
50:15

**canceled**
116:7

**candidate**
25:14
46:6,18
49:2 54:10
74:14

**candidates**
25:11,18
39:11,14
40:18,21
41:3,8,16
42:7,18
43:3 44:10
46:3,9
48:21
51:16,19
54:4,17

70:3 81:16
82:11 88:8

**canvass**
38:10,11

**capacity**
78:7

**careful**
23:16

**case** 5:2,21
14:11
36:10
37:15
62:10 73:7
89:15
115:18

**cast** 90:5
92:1

**cat-k** 100:16

**Catholic**
58:4

**Caucasian**
54:15 61:9
64:10,12
79:21

**caused** 9:4

**causing**
98:18

**cell** 108:20
109:3,4

**census** 50:4

**center** 11:2
56:17
69:19

95:18,20

**centered**
40:6

**centers** 90:5

**central** 10:2
33:16 34:2
60:12
114:7,16

**certificates**
10:14

**Chad** 5:1

**chain** 100:15

**challenge**
31:17

**Chamber**
59:7,9

**chance** 73:16
87:1 94:1

**change** 22:11
91:3,7

**changed**
14:18
29:17 47:6
75:18 91:6

**chapter**
58:16

**chapters**
58:17

**characteristic**
65:17

**charge**
79:16,17

**charities**
58:4

**chaser** 11:3

**chat** 83:3
86:3 88:12
93:17 96:6
100:3
105:21

**children**
16:21

**children's**
17:3

**choice** 46:4,
10,18
48:21
49:13
74:14

**chose** 85:15

**Christian**
10:2

**church** 69:20

**circumstances**
88:1

**citizen** 74:4
85:4,6

**citizens**
37:16,17
44:21
45:1,6,12
46:3,9,19
51:4,21
56:2 58:20
61:2
74:12,21

75:14
76:7,11,
14,19
82:3,10,17
113:17

**city** 7:7,
17,20 9:1,
5 10:10,
12,16
11:5,14,
15,16,18
12:14,21
13:5,20
14:8,10
15:8,11
16:3,8,14,
16 17:11,
20 18:2,9,
11 19:8,19
20:2,12
23:8 24:12
25:8 26:2,
8,12 28:7,
17 29:11,
19,21 30:3
31:18,19,
21 32:3,10
33:10,12
34:5,10
35:11
36:5,12,14
39:14
41:3,6,9,
13,20
42:3,8,16
43:6,8
44:20
45:1,5,10

46:3,4,9,
10,19
47:6,9,11,
19 48:4,9
50:15,19
51:1,15
53:10
55:9,10,14
56:2 57:9,
20 58:17
60:2,16
61:15
63:11,15,
18 66:12
67:6 68:2,
10,15
69:16
70:13,16
71:3 72:6
74:2,13,17
75:1,6,7,
10,19
76:2,7,11,
15,19
77:4,11
78:5,8,10,
17,18
79:2,5,17
81:16
82:3,11
83:15
84:8,17
85:9,11,
12,18,19,
20,21
86:2,14,
15,18
87:9,14,18

88:8,11
89:1,6,10,
12 90:17
91:18
92:2,4,7,
12,15,19
93:3,7,11,
17 94:7
95:10
96:5,20
97:2,6,20
98:6 99:2,
3,20 100:3
105:9,21
107:9
108:21
109:2
110:14,15
111:2,5,7,
8,11
113:5,18
114:2,17,
18

**city's** 66:16
92:6 93:4
96:14
98:12

**city-provided-
for** 109:6

**city-wide**
48:3

**civil** 15:1

**clarify** 73:3

**classes**
102:12,16,
19,20

103:12,14
104:21
105:2,8,9,
13,17

**classrooms**
102:18
104:5,6,8

**clear** 15:7

**clerk** 35:4
87:21 90:2
99:13

**close** 29:2,6
33:20
62:11
64:13
73:11
112:13

**closest**
60:19

**clothing**
111:15

**College**
10:2,11,16

**color** 111:19

**Colorado**
8:21

**Comanche**
60:21

**comfort**
17:18

**Commerce**
59:7,10

**commercial**

62:7

**commission**
7:17
12:14,21
13:6 14:8,
11 15:8
17:14,20
18:2,4,5,
11 19:7,9,
14,20 20:2
23:9 24:12
25:7,8
26:3,8,12
28:17
29:11,19,
21 30:3
31:18,19,
21 32:3,10
35:12
36:5,12
39:14
41:3,7,10,
13,20
42:16
43:6,8
44:20
45:10
46:4,10
47:9,12,19
48:5 50:15
51:16
53:11
55:9,14
57:10
75:1,4,6,
11,15 77:3
78:17,18
85:19

86:14,18
87:10 88:8
92:12,16,
20 93:11
96:20 97:8

**commissioner**
5:1,7
19:11
68:13
84:8,16
85:11
94:8,17
95:15
98:15,20
115:21

**commissioner's**
85:3 87:19

**commissions**
47:6

**communicate**
65:16

**communication**
92:7
94:11,13
96:19

**communications**
8:6,9
71:13
72:18
109:9

**community**
10:11,16
20:10,11
41:15,18
45:17

47:15
59:16
60:6,15
61:19,20
62:2
65:12,14,
19 68:17
69:3 72:4
73:14,18
77:5,10
82:17
110:13
115:1

**company**
11:5,8,12,
21

**company-
provided**
109:3

**complain**
68:18

**complaint**
73:7,10
90:4,8
93:3 98:4

**complaints**
66:14

**completed**
81:7

**completely**
57:12
63:16
78:15
90:12 91:9

**computer**

83:21
115:19

**concern**  85:3

**concerned**
94:17

**concluded**
117:3

**conference**
17:19

**confused**
102:9

**Congress**
31:13 48:9
50:20

**connection**
22:3 23:21
60:8

**conquistadors**
110:1

**conservative**
35:20
40:10,12,
13 55:18,
20 56:2
81:20

**conservatives**
82:8

**considerably**
32:4

**consistent**
29:17
47:18
74:16

**consistently**
70:15

**constituent**
66:9 68:20

**constituents**
30:11 31:2
55:13
64:19 69:5
77:2

**constituents'**
30:9

**construction**
37:6

**contact**
19:8,13

**context**  77:1
102:15
106:9

**control**  75:3

**controversy**
95:9

**conventional**
23:2

**conversation**
5:18 65:8
80:17
95:14
115:3

**conversations**
77:3 80:14
106:6

**copy**  71:10,
15 116:21

corner   68:15

Coronado
  107:5,7,8
  109:15,16,
  17

correct
  48:12
  73:12
  91:13
  101:19

correctly
  114:9

Cortson
  101:7

council   18:9
  75:1 78:8
  94:8 96:20
  97:2 98:6,
  7

counsel   21:3
  88:14

count   46:15

country
  109:18

county   35:4
  84:8 85:11
  87:21
  89:12,15
  90:17,19
  92:5,8
  93:4,13
  98:13
  114:19

couple   10:13

11:1,7,12
21:8,19
33:8,12
109:7

court   6:3
  23:19

courteous
  116:1

courthouse
  72:10

cousins
  64:15

COVID   97:16

crazy   98:17
  108:6

creating
  40:20

cross   91:14
  110:9

cultural
  59:9

cut   60:8

———————————
          D
———————————

daily   19:12

data   34:13

dated   83:17
  86:5 93:19
  96:7

daughters
  38:5,7

day   21:6

45:18
62:15
64:20
105:14
108:15
116:20

deal   19:12

dealt   80:2

debates
  30:15

Debbie   86:15

decide   18:17
  33:2 38:19

decided
  38:16

decisions
  22:12

dedicated
  102:12,16
  105:8,12

defendant
  90:16

Defense   59:2

define   20:11

degrees   10:7

Delzeit
  19:10
  94:8,17

Democratic
  40:11

Democrats
  82:4

department
  11:19

depending
  29:14

deposition
  4:3,4,5
  5:11,13
  7:11 8:11
  12:4 115:5
  116:6,8
  117:3

derived
  51:20

describe
  33:15 39:9
  61:10
  78:11

description
  96:21

details
  34:15

determination
  89:20

determine
  34:14

determined
  97:5,7

Dialing
  31:14

difference
  74:9

differently
  46:2

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                    Index: diligence..dummy

diligence
  48:7

dilutes
  44:20
  45:5,14

diluting
  45:11

directly
  91:4

director
  98:14

disagree
  45:4,9

disagreeing
  49:18

disagreement
  49:8

discrimination
  76:2,6,10

discussed
  10:7 99:7,
  9

discussing
  107:11

discussion
  22:9 53:2,
  7 83:6
  99:20
  114:16
  115:14

discussions
  75:5 78:9

Dishwasher

10:18

Dissan   37:7

district
  13:4 33:16
  48:20,21
  49:19
  60:12 71:4
  75:7
  101:16
  102:11
  103:15,17
  105:7

district-based
  75:16

districted
  49:9

districts
  47:9,12
  48:9,14
  49:17,21
  50:2,3
  72:5 75:12
  93:9

ditch   107:6,
  9,12

divided   89:7

document
  83:17
  106:4

documents
  7:13 82:21

Dodge   9:1,3,
  5,7,15
  10:16

11:5,10,
14,15,16
12:21
13:20 15:8
17:11,14
20:10,12
37:7 45:1,
5,10 46:3,
9,19 47:6
50:19 56:2
57:20
58:17 60:2
61:15
69:16
70:13,16
71:3 74:13
76:2,7,11,
14,19
77:11 78:5
79:2,5,17
81:15
82:3,11
83:15
84:16
86:2,15
88:11 89:1
91:17
93:17
95:10 96:5
100:3
105:9,20
107:9,13
111:2,5,7,
8,11
113:4,18
114:2,16,
18

Dollars
  31:14

donated   57:3

doomed   22:13

door   38:11,
  21 57:13

doors   36:20
  38:19

double-check
  84:10

download
  88:14

downloading
  88:16

draw   50:3

drawn   47:9,
  12 48:9
  49:17,19

draws   89:6

drive   18:12
  19:1 68:9,
  17

drives   19:3

driving
  107:20

due   48:6
  91:4

duly   4:16

dummy
  107:12,14,
  19 108:1,5
  110:5

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                    Index: Dunlap..employees

111:16
113:3

**Dunlap** 77:19
94:12

**Dunn** 4:19
5:1 11:1
18:15
52:8,14,
17,20
53:1,7
83:2,8,12
88:13,18
112:13,20
115:21
116:5,15,
20 117:1

_____

**E**

_____

**e-mail** 83:17
84:5,20
85:10
86:5,21
93:18
94:2,5,7
95:14
96:7,18
99:5

**e-mailed**
35:4

**earlier** 15:7
38:8
50:12,16
62:6 64:17
70:12
81:18
100:5

**early** 13:11

**east** 60:7,
10,11,12,
14,15
107:9
110:14,15
111:5

**edge** 61:11

**education**
9:20 10:6
59:2

**Edward-c**
100:16

**Edward-l-l-e**
100:15

**Edward-r**
100:16

**effect** 45:11
54:17 98:2

**efforts**
54:21

**elect** 48:4
74:13,21
75:3

**elected** 15:8
18:5 22:16
24:20
25:15
26:14,21
27:10,12,
14 49:20
50:7 64:18
85:1

**electing**

45:10
46:3,5,9

**election**
16:15
17:13,20
19:7,15,19
20:4,7,16
21:2,3
23:8
24:11,15
25:2,7,11
26:6,8,12
27:6,15,
16,17,20
28:11
29:14,18
30:18,20
32:9,12
33:19
34:13
35:3,11
39:6 41:3,
20 42:4
43:6,11
44:9,20
47:3,5
49:4,11
51:15,17,
21 53:18,
19 55:1,14
56:8 70:4,
10 73:16
77:1 81:19
84:21
86:17
87:6,16,18
88:2 89:12
90:13

92:21

**elections**
20:2 24:15
26:3 28:5,
7,9,13
29:2,11
34:14
36:12
39:15
43:16
53:10,12,
13 55:10
71:4 72:6
74:20
75:7,16,
19,20
76:20
87:10,14
92:6,9
93:4

**electoral**
8:17 25:8
45:4 50:21

**electronically**
18:3

**eleven** 17:5

**eligible**
74:3

**emoluments**
78:9

**employed**
79:5

**employee**
80:4

**employees**

80:2

**employer**
79:1 109:1

**employment**
79:11

**EMT**  10:12

**encourage**
41:10

**encouraged**
20:14

**ended**  11:6
13:2,4
27:4 54:21
55:3

**endorse**
35:16
36:11
81:16

**endorsed**
35:15,18,
19 44:6,10
70:3,10

**endorsement**
35:12 36:8
41:4 44:5,
12,13
56:13 70:8

**endorsements**
36:4

**endorsers**
56:7

**engage**  30:11
51:3

**engaged**  77:3

**engaging**
55:13

**English**
101:11,13
103:2
105:14

**entire**  84:5

**equal**  68:14
78:18

**equally**  61:3
68:8

**ESL**  101:9,
11 102:12,
16,19,20
103:11,12,
14 105:8,
9,12,17

**ESL-LIKE**
104:21

**estate**  10:13
11:21
56:10
59:19 62:7

**ethnic**  15:4
36:11
50:15,21
51:10

**ethnicities**
25:17

**ethnicity**
12:2 25:20
26:3,7,10
37:13 51:4

54:13 61:1
76:18 77:6
108:2

**event**  69:19
94:20
95:18,19
110:2,5

**Eventually**
97:20

**everything's**
62:18

**evidence**
72:20

**exact**  29:6
40:4

**EXAMINATION**
4:19

**examined**
4:18

**Excellent**
116:19

**excited**  5:19

**excuse**  29:10
42:8 92:7
113:1

**executives**
79:16

**expect**  5:18,
19 6:15

**expected**
95:2

**expensive**
63:1,7,11,

15

**experience**
15:9,13

**experienced**
87:17 88:5

**explorers**
109:21

**extreme**  63:8

---

**F**

---

**face**  27:19

**Facebook**
30:8 31:2

**facts**  5:21
73:6

**fair**  6:12
14:12 20:3
25:15 27:9
33:4,15
35:9
36:16,18
39:21
46:13
49:14
51:3,8
54:21
55:12
63:12,14
67:8,19
71:15 72:8
78:21 79:4
89:8 96:21
100:14
108:10
114:1

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

Joe Nucci on 07/19/2023                          Index: fairly..gain

| | | | |
|---|---|---|---|
| fairly  15:18 | filled  21:4 | focused  15:3 | forwarded |
| 29:6,16 | 43:6 | 49:15 | 95:14 |
| 62:14 67:7 | filling | 50:19 | forwarding |
| 79:1 | 43:12 | 92:21 | 94:12 |
| 104:17,18 | find  20:9 | 106:4 | found  22:9 |
| 112:13 | 31:17 | focuses  60:3 | 116:8 |
| Fairway  37:6 | 66:15 | folks  78:5 | four-year |
| fall  105:15 | 79:18 85:5 | 83:4 | 24:21 |
| familiar | fine  5:9 | 112:16 | 27:13 |
| 39:10 | 52:10,12 | follow  67:16 | frame  67:11 |
| 58:20 | 115:18 | 68:21 | fresh  10:9 |
| 59:17 | finish  6:18 | forcing | friendly |
| 77:20 | finished | 97:18 | 5:18 |
| family  9:6,7 | 24:2 28:6 | Ford  111:5 | front  11:4 |
| 33:1 38:3 | 86:11 | form  16:16 | 56:17 |
| 62:16 | fire  11:19 | 18:14 | 66:10 |
| 63:21 | firefighter | 22:19 | 83:17 |
| 64:2,6,8, | 10:10 | 25:4,8 | 94:14 |
| 9,13 | 11:14,18 | 32:5 34:16 | full  86:9 |
| father-in-law | 15:11 | 46:11,20 | fully  5:18 |
| 116:8 | 16:10,13, | 51:6 52:4 | 105:12 |
| favor  98:8 | 17 18:6 | 66:19 73:9 | Fun  11:2 |
| federal | 79:19 | 77:17 | fund  31:13 |
| 15:14 76:9 | firefighters | 78:12 | 59:2 |
| feed  62:16 | 18:8 | 113:20 | funding  32:1 |
| feel  34:6 | fix  66:16 | formed  59:19 | 57:4 |
| 68:14 | fixed  67:17, | forms  21:7 | funds  31:7, |
| 78:7,17 | 20 | forthcoming | 15,20 |
| field  62:7 | flexible | 115:8 | 57:2,4 |
| figure  106:9 | 116:11 | forum  69:20 | |
| filed  5:4 | focus  64:17 | forums | G |
| fill  13:10 | 68:10 | 30:10,14, | gain  54:21 |
| 43:3,21 | 114:12,13 | 16 69:7,9, | |
| | | 11,14,21 | |

gained  39:6

game  52:6

Gary  54:12

gatherings
  95:10

gave  15:6
  20:14

GED  9:19,21

general  22:7
  47:16 55:2
  58:7,8
  63:10

generally
  5:5 17:4
  41:12
  45:2,3
  50:16
  61:15
  81:21
  92:12
  96:18
  99:10

geographically
  60:6

getter  26:15

getters
  24:20

give  31:8
  47:16
  60:19
  72:18 73:2
  83:4,10
  87:2 94:1
  96:10

104:1
110:9

giving  86:21

glad  106:10

good  8:15
  50:10
  51:10
  52:16
  69:19
  74:21
  81:12
  103:21
  104:1
  112:8,19
  116:20

GOP  36:3

government
  15:9,14
  16:3,14,16
  51:9 57:1
  76:10 77:4
  81:10 93:3

government-
based  76:5,6

governmental
  51:5

graduate
  9:17 10:3

grandfather
  79:20,21

grandparents
  9:9

great  62:15
  115:1

grew  8:19

grocery
  65:6,10

gross  35:7

group  21:20
  36:1,2
  39:16,17
  40:2,3,6,
  10,11
  43:13
  45:18
  58:20
  59:9,19
  69:18,19

groups  20:13
  21:8,21
  35:13,14,
  17,19
  43:18,19
  51:10 59:4

growing
  21:21 22:5

guess  49:15
  55:10
  73:1,3
  104:10
  107:5
  112:5
  114:13

guessing
  94:15

guys  116:19

**H**

Halloween
  112:7

halls  30:10
  69:7,12,
  14,21

Hammond  78:1

handled
  92:15

hangers
  57:13

hanging
  107:18
  113:12

happened
  29:5

happy  6:17
  34:21
  49:12 67:3
  106:5

hard-to-
understand
  36:17

Harley-
davidson
  11:15,16

harm  48:8,
  11,14 49:2

Harsh  11:5

hat  13:13

hate  94:18
  112:9

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023          Index: hated..inconvenience

hated  112:10

head  19:6

health  98:14

hear  13:8
  42:9 69:9
  71:13

heard  45:8
  59:3 71:6
  90:3,7,9
  92:17 93:6

Hearing  4:13

heavily  81:9

held  76:13
  77:4,9
  81:20 83:6

helped  11:4
  79:18

Hernandez
  7:5,8 53:3
  115:4,15

hey  66:13

high  9:17
  10:9 33:14

higher  34:6
  63:6

highway  34:1
  110:11
  113:2

hill  113:8,
  10,15

hire  21:2

hired  11:13

Hispanic
  12:3,5
  37:17
  45:6,12,21
  46:2,9,18
  51:17,20
  56:2 57:19
  58:5,11
  59:12,16
  60:3 61:3,
  4,8,12,17,
  18,20 62:3
  63:18
  64:12
  73:15,19,
  20 74:3,12
  75:3 76:7,
  10,14,19
  77:5,10
  79:6,14
  82:10,18
  113:17
  114:3,21

Hispanics
  45:14,16
  59:20
  61:21

history
  8:17,18
  10:20 15:6
  76:1
  109:19
  113:4,16

hold  30:10
  45:15 55:5
  69:7 99:14
  109:11

home  17:18
  61:11
  70:21
  79:18,19
  103:4

homemade
  112:1,4

honest  73:13
  115:6,7,10

honestly
  20:9 68:5
  73:10

Hoover  91:13

hope  29:3
  46:12,21
  52:7 55:21
  56:3 62:15
  67:9,12
  69:8 82:12
  84:7 108:8
  113:6
  114:4

host  69:10

hosted  69:12

hour  52:14
  112:16,17

hours  6:16

house  14:1
  66:10

houses
  62:10,11

housing
  61:15
  63:2,7,11,

15

hung
  107:12,15

Hutchinson
  10:11

—————————————

I

idea  20:14,
  19 85:16
  94:20 95:1
  100:18
  108:6,16

identified
  100:14

identify
  12:1 64:8,
  10,14
  111:16

idiots  97:18

II  94:12

immigration
  114:3,6,7,
  8,11,21

important
  6:4,6
  115:9

included
  42:19 78:8

includes
  44:7

including
  86:17

inconvenience

116:10

**incumbent**
26:16
27:10

**incumbents**
26:19

**independent**
36:3  55:1,
4

**individual**
49:15  96:3
98:18

**individually**
108:21

**individuals**
114:3

**industry**
79:1

**information**
80:18

**inquired**
103:18

**inspiration**
22:9

**install**
32:21

**instruct**
104:21

**insufficient**
92:1

**intend**  8:7

**interact**
64:19

interacted
79:15

**interacting**
31:1

**interaction**
69:5

**interest**
16:2,5,7,
15  41:17

**intern**  15:10

**interrupt**
15:21

**interrupting**
23:18

**intersection**
60:20

**interviewed**
36:7

**introduce**
38:15

**involved**
12:11
14:21
18:11  19:4
20:3  28:5,
7  41:2
74:17  97:3

**involvement**
80:12
89:10  92:7

**involves**  8:8
72:17

**issue**  8:10

18:4,13
19:5  25:20
26:4,7
40:5  56:16
65:16,18
66:9,20
67:1  71:3,
6  72:13
77:13,15
78:16  81:1
85:2  95:1,
21  97:10,
11  98:7,19
99:4,11,21
101:9,14,
15  102:2
114:11,13,
15,16

**issues**  9:6
16:3  23:7
24:7  40:7,
9  43:2,7
50:15,21
51:4  56:17
60:3
65:12,14,
21  66:6,7,
13  68:21
92:21
95:21
115:18

**items**  7:17

___

**J**

**Jan**  21:15

**January**

100:7

**jargon**  71:18

**jeans**  111:20

**job**  11:15
101:16

**Jodith**  101:7

**Joe**  4:15
5:9  99:6,
14  116:18

**John**  11:1

**Johnny**  77:19
94:12

**Jose**  34:2

**Joseph**  4:21
14:16

**Joyce**  21:15
84:19  97:4

**Jr**  4:21

**judge**  18:16

**June**  93:19
94:13

___

**K**

**Kansas**  9:1
10:2  56:9
80:19

**Kennedy-e**
100:16

**kid**  101:19
102:16

**kids**  22:4

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                    Index: kind..location

kind   9:20
  10:17,20
  18:21
  38:18 40:8
  50:4 61:11
  63:1 64:17
  65:21
  68:14
  92:13,20
  97:15
  102:15
  106:11

kinda  16:5
  112:4

kindergarten
  9:13

knew   19:10
  80:20

knock   36:20
  38:12,14,
  19,21

knowledge
  108:11

―――――――――――
         L
―――――――――――

La   59:4

lack   41:7

language
  101:13
  103:2
  105:1,4

large   47:17
  71:4
  74:14,20

79:1
  114:21

larger   84:1
  86:4

Latin   58:19

Latino   12:5
  37:17
  45:5,11
  51:16,20
  56:1 57:19
  59:4,7,10,
  13 60:3
  76:6,10,
  14,19
  77:5,10
  79:6 82:10
  113:17

Latino/
hispanic
  45:1

Latinos
  45:14 46:2
  59:20

law   80:19

lawsuit   5:4
  8:3 44:19
  71:5,7,15,
  17 73:8
  74:9 90:7,
  10,21
  91:2,5,21

lawyer   7:8
  18:16
  99:19,21

lawyers   6:3

8:6 71:14

leadership
  69:18

League   58:19

learn   63:1
  71:7

left   11:19,
  20 13:11
  16:6,9,10

legal   8:2
  59:2 71:18
  74:13

legislative
  49:17 70:9

legislature
  15:13
  49:9,20
  50:7,20
  53:12,14
  56:8,18

legislatures
  48:10

lesser   63:15

letter   66:5

liberal
  40:11

library   21:8
  69:16

lieu   4:6

life   9:3
  22:7,13
  65:11

limits   60:16

lines   49:15,
  19

list   40:18,
  21

listed   30:21
  40:17
  62:10

listen   41:11

listened
  67:3

literature
  38:12

litigation
  83:15 86:2
  88:11

live   45:17
  60:6,20
  61:2,21
  63:21
  70:20 84:9
  85:11,12,
  18

lived   70:15
  84:16

lives   22:11
  95:8

local   103:15

located
  91:14
  110:7

location
  61:11

90:5,8,13
91:8 92:4

**locations**
33:13,15,
18 89:20
91:3,5

**long**  6:15
16:4 47:19
52:12 66:5
70:15
108:14

**longer**  93:21
106:3

**looked**  8:2
34:13 35:8
72:3 73:10
107:13
113:7

**losing**  13:3,
4

**lost**  53:21

**lot**  31:20
32:1 66:11
71:18

**lots**  63:21

**loud**  87:4

**love**  88:9

**lower**  34:7

**lower-level**
81:2

**lower-quality**
68:3

**luck**  83:16

**LULAC**  58:16

**lynching**
107:17,18
113:4

___

**M**

___

**M-E**  100:15

**major**  60:19
66:21

**majority**
45:17
46:18
47:15
48:2,3
56:1 61:7,
18 74:6,8
76:19 79:4
82:2,7,10

**make**  24:2
45:7 48:12
52:15
67:14
68:16 74:8
80:19 86:4
111:15

**maker**  107:21

**makes**  89:16,
19

**makeup**  42:2

**making**  41:18
72:9 98:17
101:16

**MALDEF**  59:1

**management**
79:16
80:21

**manager**  7:7
66:12 67:7

**managers**
79:18

**mandate**
97:19,21
98:5,8,13

**mandates**
97:18

**manner**  4:12

**map**  88:15
89:1

**mapping**
109:18

**marked**  83:15
86:2 88:11
93:16 96:5
100:2
105:20

**marriage**
64:5,10

**married**
16:19

**mask**  97:18,
19,20
98:5,8,13

**masks**  98:21

**materials**
7:1,17
38:12

**matter**  19:14
80:3 95:8

**matters**  6:1
92:14

**Maupin**  11:13

**MCT**  11:17

**means**  6:14
100:18

**meant**  86:20

**meatpacking**
79:5
110:16

**mechanic**
11:6,8,9,
12,18

**mechanics**
10:8

**meet**  65:5

**meeting**
18:3,9
60:2 78:16

**meetings**
7:20
17:14,20

**Mellecker**
101:4
102:7

**member**  39:13
75:10 78:8
81:4 92:19
93:3 96:19
97:2 98:6,
7 101:8

members
 19:8,13
 31:13 32:3
 45:10 48:4
 50:7 64:2,
 14 75:6,11
 77:2 78:19
 92:13

membership
 81:8

mention
 55:15,17

mentioned
 38:8 42:7
 48:1 58:9
 62:6 70:6,
 8,12 98:16
 99:4

mentions
 95:4

merits  72:19

message
 100:15
 108:12

messages
 100:6
 101:3
 102:1
 106:3,4,17
 107:1,4
 108:18

messing
 116:10

method  44:20
 45:9,13

Mexican
 59:1,15
 114:6

might've
 35:15

mile  110:3,
 8

miles  110:15
 111:4

mind  8:10
 50:2 52:3
 115:17

minor  66:6,
 20

minorities
 15:4

minority
 44:21
 46:15

minute  52:18
 88:13,15
 116:7

minutes  5:17
 105:14
 112:17

missed  25:10

mixed  61:3

Mm-hmm  52:20
 87:11
 110:2
 112:4

money  31:8,
 17 32:1,4,

17,19 57:3
 73:14

months  11:1
 109:7

monument
 107:5,7,8,
 9 109:15,
 17,20
 110:3,4

mortgage
 10:13

mother  64:12

motivation
 9:10

move  9:4
 107:1

moved  9:1,2
 11:10,11
 70:13,14

moving  11:6

multicultural
 59:14

multiple
 62:19

Museum
 113:8,10

_____

N

_____

name's  5:1

named  78:1

names  21:20
 43:20

58:14

National
 44:2

nature  36:11

needed
 115:7,15

neighborhoods
 61:12,13

newer  37:6

Nick  7:5

nickname
 14:17

night  116:7

nomination
 53:15
 54:5,8

non-english-
speaking
 101:18

north  33:20
 37:5 61:8
 63:8 91:8
 110:13
 111:10

northeast
 60:12 63:9

northern
 63:10,18

northwest
 63:9

notary  4:9,
 10

notice   91:2

November
  24:13
  27:18
  106:12,13

nowadays
  17:17

NRA   43:17,
  21 44:2,9
  70:8

NRA's   44:5

NUCCI   4:15

Nuci   4:21
  5:1 14:16

number   49:1
  65:15 66:3
  74:12
  87:16

numbers
  34:18
  82:13

——————————
            O
——————————

oath   4:6,7
  6:2 115:9

object
  18:14,16
  22:19 25:4
  32:5 34:16
  46:11,20
  51:6 52:4
  66:19 73:9
  77:17
  78:12

113:20

objection
  4:11 18:17
  23:4 35:1

observed
  26:2,7

obtain   32:8

obtained
  24:12

occasion
  93:2

occasionally
  18:1,15
  38:6 66:4
  87:13
  104:11

October   8:21
  83:18
  85:10 96:7
  99:4
  112:12

offered
  103:15,17

offhand   30:6

office   12:16
  16:12
  17:21
  19:19 20:7
  50:21 65:2
  78:9
  115:20

official
  44:12
  64:18

one's   50:13
  93:21

open   12:19
  13:1,9
  21:10,11,
  13 26:17
  27:5,8
  28:2,4

opening
  86:12

openings
  86:13

operate
  57:20

opinion
  16:16
  28:20
  37:11
  44:18
  45:15,16
  46:17
  47:5,18
  48:3 50:1,
  3,5,10
  54:16
  73:2,12
  74:7 77:14
  82:9

opinions
  25:1 75:19

opponents
  27:19
  28:8,9
  52:6

opportunity

87:2 96:11
  100:10

oppose   22:17

opposed   24:8
  40:8 47:5,
  11 98:11

opposing
  54:10

opposition
  98:20

order   85:18
  100:5

ordered   21:5

ordering
  117:1

organization
  40:14,17
  41:4 43:13
  58:9 59:12
  60:2 70:10

organizational
  60:1

organizations
  15:1,3
  36:11
  57:19
  58:3,5
  80:6

organizing
  18:21

originator
  10:13

ousted   27:10

ousting
  26:16

out-of-state
  4:10

outbound
  110:21
  111:1

outcome   35:8

overcome
  22:6

overreaching
  81:13

owned   84:16

owner-broker
  11:20

_____

        P

p.m.   86:6
  87:5 96:7
  99:4 100:7
  102:10
  117:3

paid   32:18
  47:19 75:9

papers   8:2

paras   104:5,
  7,9

pardon   23:13
  60:8 70:6
  102:4

park   91:9,
  11,12

part   8:15
  9:10 15:19
  18:21 20:8
  30:7 31:3
  34:10
  36:20
  39:20
  51:12 55:8
  60:5 62:18
  63:11,15,
  17,18
  64:5,18
  68:11
  91:18
  92:2,4
  98:15
  110:13

part-time
  11:15

participate
  30:15
  40:20
  69:11 70:1

participating
  4:2 7:11

parties   4:7
  90:14

partisan
  53:13
  55:10

parts   11:13
  36:14 63:1
  68:10

party   4:11
  14:3 35:21
  36:1,3

53:16 54:1
  55:8 92:2

party's   54:8

pass   116:15

passed   13:2
  116:8

past   7:17,
  21 22:5
  29:5
  110:19

patterns
  34:15

pay   32:15
  108:20

paying   32:16

people
  29:10,11
  30:12
  31:8,13
  32:19
  37:9,21
  38:15
  39:18
  41:6,9,13,
  17,19
  42:2,6,10,
  20 49:1
  51:9 57:3
  65:4 67:3
  69:9 72:4
  86:17
  98:17
  101:18
  103:12
  108:6

114:2

percent
  61:19
  73:13,14,
  19,20

percentage
  73:21 74:2

perfectly
  74:21

performed
  54:18

period   81:5

permitted
  8:5

person   4:7
  6:7 7:6
  19:19
  20:13
  21:17
  32:20
  42:12,15
  65:18
  75:15 78:1
  92:20
  94:18,21
  101:5

personal
  17:3 50:3
  65:11
  73:12

personality
  24:6

personally
  12:7 35:16

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023        Index: personnel..prevailed

69:8 71:14
77:21 78:3

personnel
101:17

petition
18:12
19:1,3,4
73:7

petitions
18:19

Phoenix  11:6

phone  65:1,
15 108:20
109:3,4,9,
11

photographs
106:16
108:18

physically
4:3

pie  49:18

pin  11:3

place  24:16
33:2
70:20,21
72:5 83:3
105:21

places  24:17
90:5 92:1

Plaintiffs
5:2 72:20

plan  52:7
57:12

plant  80:7

plants
79:11,12,
13,16,17
80:3,15,20
81:1
110:16

point  12:10
31:5 47:4
48:1 75:19
92:20

policy  18:13
19:14
22:14
33:10
51:5,9
58:8 80:3
92:14

political
26:11
35:19
53:15 54:1
58:6,8
114:16

politics
12:11
18:13 40:6
47:20
50:18
74:17
75:10

population
73:20,21
74:1 75:3
79:5 80:20
114:21

portion
64:8,9

position
5:21 24:12
25:7 47:8
55:7 72:21
74:9,16,18
76:17
98:11,20
99:16
114:6,11

positive
11:11
25:12,13
32:13
43:10
44:11
48:16
49:3,5
52:1,5
56:19
57:6,11,21
58:6,11
59:8 69:17
70:11
71:16 78:6
82:5,19
89:18
90:1,12,18
91:9 95:17
98:3 102:2
111:21

possibly
77:21
79:18
108:19

post  30:8

posted  114:5

posting
96:13

pothole  66:9
67:6,16

precinct
89:16 90:4

precincts
89:1,7

predominantly
61:2,3
63:13,16
64:1 79:14

prefer  5:8
82:3

preferable
50:6

preference
82:16

preparation
7:14,21
115:2

prepare  8:11

present  4:4

president
50:20

presidents
80:15

pretty  29:21
61:18 72:7

prevailed

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                    Index: previously..race

27:3 28:14
54:20

**previously**
83:15 86:2
88:11
93:16 96:5
100:2
105:20

**primaries**
87:14

**primary**
53:19
54:2,18,20
81:19
86:13,15,
16 87:6,
16,18 88:1

**principally**
59:19

**printed**
32:16

**prior** 12:16
14:10 15:7
17:13,20
19:7,14
51:15
109:8

**privacy**
60:18

**privilege**
99:16

**problems**
68:3

**proceed** 4:13

**PROCEEDINGS**
4:1

**process**
18:12 20:8
49:4

**prohibited**
16:12

**projects**
67:18,20

**promise** 17:3

**pronouncing**
94:8

**property**
80:16

**proud** 45:18
65:13

**provide**
104:5,7

**provided**
104:4
108:21
109:3,5,12

**public** 8:17
9:14 12:16
17:9 18:13
19:14
30:13,14
58:8 65:6
80:3 92:14
105:10
114:5

**publicly**
114:10

**Pueblo** 8:21

**purchase**
80:17

**purchased**
112:2

**purpose**
108:4

**purposes**
89:8

**pursue** 9:20

**pursued**
10:7,8
43:12

**pursuing**
16:15 42:3

**push** 65:15
102:17

**pushing**
58:13

**put** 13:12
21:7 32:15
33:5,6,8,
12 39:17
40:2 48:14
60:17
69:16,18,
20 73:5
86:3
102:15

**putting** 98:5

—————————

**Q**

—————————

**question**

6:7,8 8:7
23:5 36:17
46:8 48:13
49:10
50:12
55:11 73:1
78:13
84:7,12,15
103:18

**questioned**
82:13

**questioning**
6:18

**questionnaire**
43:2,7,13,
21

**questionnaires**
43:15

**questions**
30:5,10
31:1
116:18

**quick** 52:9
84:7
112:15

**quicker**
105:15

**quickly**
88:17
114:9

**quiz** 29:9

—————————

**R**

—————————

**race** 12:1

13:7
25:17,20
26:3,7,10
31:18,19,
21 34:17
36:11
37:12 47:2
50:21
51:4,10
54:7,13,17
57:8 58:12
61:1 70:9
76:18,20,
21 77:6
108:2

**races** 43:11
57:10

**racial** 15:4
42:2 50:14
51:12

**racially**
61:15

**racist**
102:12
103:12
105:9,10,
12,17

**raise** 31:7,
13,15,17
32:3 57:2
65:21
98:19 99:3

**raised** 32:9,
11 57:5
68:21
72:14

**raising** 71:3

**ran** 12:14,
18 13:2,3,
7,20,21
22:15
25:18 27:1
40:9 44:16
56:21

**random** 38:18

**ranges** 65:20

**rapid** 100:17

**rare** 62:14
104:17,18

**rating** 44:14

**Raza** 59:4

**read** 71:17
84:5 86:9,
20 87:3,4
94:1 96:11
100:10
106:5

**ready** 67:10

**real** 10:12
11:20
50:10
56:10
59:19
60:18 62:7
112:15

**realize**
22:11

**realized**
72:3

**realtor**
11:19
19:11

**realtors'**
56:10,14

**reason** 20:6
46:1 51:13
81:12
82:16
85:15
112:5

**reasons**
60:18

**recall** 19:4,
5 21:13
24:10 25:9
26:1,5,9,
10,13
33:18
34:3,4
35:17
36:4,6,9,
13 40:4,5,
15 43:5,
12,15,18,
19 47:7,
10,21
50:13,16,
18 51:16,
18,19
56:17 57:5
60:5 69:15
70:9 71:2,
6 75:8,14
80:10
81:21
84:11

87:18
90:14,16
92:10
93:2,5,13
94:14
95:21
100:1
101:9,14
102:13
103:12,14
104:2
105:3,9,11
111:12
113:16
114:14,15
115:14

**receive**
37:12 44:5

**received**
97:17
104:3

**recently**
113:11

**recess** 52:21
112:21

**recollection**
95:13

**reconstructed**
67:10

**record** 24:3
83:7

**records** 29:8
32:8 39:2
68:20 69:2

**recruit** 42:7

recruiting
  41:2

recurring
  28:8,10

redistrict
  49:11

reelected
  26:20
  27:11

referred
  94:18

refuse   70:1

regular
  15:18

regularly
  62:13
  104:16

regulated
  81:9

relation
  78:5

relationship
  21:16

relied   6:2

religious
  58:9

remains
  77:14

remember
  19:16
  21:19
  24:14,16
  25:19

57:12 71:9
94:20 98:1
99:9 102:2
108:19

remind   71:12

remotely
  4:5,7

removed   97:7
  107:13
  113:12

rep   14:8
  43:17
  44:14
  53:18
  54:12

repeat   23:20
  51:7

repetitive
  23:6

rephrase
  6:10 7:19
  17:15 58:3
  79:7

report   66:9
  67:6,15,20

reporter   4:2
  23:19
  116:21

reporting
  4:5,12

represent
  5:2 80:7
  84:9 108:1
  111:17

representative
  13:4 53:20
  57:8 77:5
  81:19

Republican
  14:3 35:21
  36:1,3
  40:11,12,
  13 54:3,5
  55:5,6,8,
  15 81:20
  82:7,11

Republicans
  35:20 82:3

repurposed
  112:2

require
  104:6

required
  84:10

requires
  93:8

rerunning
  28:12

residence
  85:3

residency
  97:10,11
  98:7,19
  99:10,21

resident
  97:6

residential
  62:7,19

resides
  96:20

resigned
  97:9,12

resolved
  90:20

response
  94:5

responsibility
  98:13

responsible
  98:14

responsive
  66:16

restroom
  53:6
  112:15

result   97:9

results
  24:15 29:7
  35:3,5
  39:6

retail   23:2,
  11

retire   16:16

retired
  79:20,21

reveal   99:7

revealing
  8:8

reversal
  100:5

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                    Index: reverse..series

reverse
  75:20

review  87:1

reviewed
  7:13,16

reword  6:10

Ricardo  37:7

Rick  28:10

rid  23:3,11

ride  55:2

ride-away
  107:6

Rifle  44:2

rights  5:3
  15:1,4
  93:8

ring  59:5

road  66:10
  67:10
  110:20
  111:9,10

roads  66:3
  68:6

roadway  68:3
  111:2,3

roadways
  68:4

roadwork
  66:3

role  40:16

room  4:4
  7:2,4,11

rope
  107:15,19

roughly
  24:14 32:9
  57:5 61:11
  70:13,18
  98:1

rules  23:7

run  12:16,
  18 13:9
  14:10
  20:14
  28:17
  29:10
  41:6,10,
  16,19
  42:6,8,10,
  12,15
  53:19 54:1
  55:1,8
  60:2

running  13:5
  16:12
  21:10
  26:19
  41:13
  84:21 93:4

runs  89:12

─────────
       S
─────────

sales  62:19

San  34:2

sat  34:9
  36:7

scarecrow
  112:4

schedule
  116:10

school  9:18
  10:9 12:19
  13:7 17:7,
  9 22:4
  41:7 42:8,
  10,12
  101:7,16
  102:11
  103:15,17

schools  9:14
  21:18
  105:10

Scoggins
  21:15

screen  83:2
  86:7 89:1
  93:18 96:6
  106:1,2

scroll  94:3,
  4 96:10
  100:11,12,
  13 106:14,
  15,19

search  31:11
  57:4

seat  12:19
  13:1,9,10
  14:2
  21:10,11,
  13,14
  26:17

27:10,11
  87:19

seats  27:5,6
  28:1,2

section
  110:10

seek  53:15
  56:13 69:3

seeking
  17:13,20
  19:15,19
  20:6 25:6
  26:11
  35:11 43:5
  51:17 54:4

segregated
  61:16

select  13:13
  33:13 37:8

selected
  42:20

selection
  89:16

sell  79:18

Senate  13:1,
  21 14:2

senator  13:1

send  34:18

sense  52:15
  71:21

series  100:6
  106:3
  107:4

serve  85:19
  104:11

served  16:13
  71:8,15
  73:8

service  8:18
  15:9 16:17
  64:17

set  88:12
  109:19
  116:6

setup  115:20

seventeen
  17:5

shaped  49:21

share  83:2

short  52:21
  81:5
  112:21

should've
  86:19
  112:7

show  83:14
  86:1 88:10
  93:16 96:4
  100:2
  105:19

shows  41:17
  89:6

shut  78:10

sic  11:13,
  17 59:2

side  33:20

60:7,10,
  11,12,13,
  14,15
  63:8,9
  64:1,9
  110:21
  111:1,3,8,
  9,10 113:2

sign  33:5
  86:14
  111:13

signed  18:19

signs  21:6
  30:4 31:1
  32:14,21
  33:19 37:9

similar
  50:12

simply
  101:15

single-member
  47:12
  75:12 93:8

sir  5:6 6:5
  12:8 14:13
  16:19
  17:12
  20:5,17,21
  21:11 24:5
  28:3 30:20
  31:4,11,16
  35:10 37:3
  39:19 43:9
  44:4 48:15
  63:4 83:19

84:2 86:7
  89:2 100:8
  102:5
  115:13

sit  115:15

sitting  7:12
  58:2

skim  71:20

slate  39:11,
  14,20
  42:18

slightly
  77:8

small  49:1
  67:18,20

sooner  98:5

sort  7:16
  8:19 10:19
  13:12
  14:17
  18:12
  20:15 21:1
  22:15,17
  23:5 24:6,
  9 30:2
  31:12
  33:6,16
  34:9,15
  39:5 40:5,
  16 41:5
  49:17
  50:18,19
  60:12 80:4
  92:14
  106:12

sought  20:4
  23:8 25:11
  35:12,15
  51:21 54:7

sound  23:6
  25:15
  103:8

sounds  14:9
  20:2 28:16
  41:15
  52:16
  62:17
  63:10 67:5
  71:14
  72:12
  77:8,20
  78:4 88:5
  95:12
  112:19

south  37:7
  61:7 64:1
  91:16,17
  110:13
  114:6

southeast
  60:13

southern
  63:14,17
  91:18
  92:2,4

Sowers  28:10

Spanish
  103:4,6,9
  104:14,17
  105:1,4
  109:21

speak   18:3
 76:18 99:2
 103:4,6,9
 104:14,17

speaker
 94:18
 95:18 96:1
 108:5

speakers
 101:1

specialize
 92:14

specific
 53:7

speech   112:9

spell   91:11

spend   68:14

spending
 23:3,11,12

spoke   23:21

spokesperson
 76:14
 77:10

sponsors
 56:7

staff   21:2
 31:5 37:20
 57:15 92:8

staffer   15:9

stand   44:2
 69:9 73:16
 101:12

start   8:18
 10:17 94:2
 100:5

started
 10:15
 15:16 16:7
 21:2 100:4

starts
 106:12

state   4:9,12
 13:3 14:8
 43:17
 44:14
 48:10 49:8
 53:18,19
 54:12 57:8
 76:9 81:19

statewide
 50:7

stepson   17:6

stick   52:6

stood   28:13

stop   65:4
 107:2

store   65:6,
 10

strategies
 29:18 57:8

strategy
 29:17 30:7
 31:3 36:21

street
 38:11,17,
 20 66:16

91:16,17
 110:9

streets
 36:20
 91:15

strung
 107:14

strung-up
 108:5
 110:5
 113:3

students
 22:10
 105:13

stuff   22:1

STULA   18:14
 22:19,21
 25:4 32:5
 34:16
 46:11,20
 51:6 52:4,
 12,16,19
 66:19 73:9
 77:17
 78:12
 88:16,19
 99:6,14
 112:19
 113:20
 116:17
 117:2

subcommittee
 92:17

subcommittees
 92:13

subject
 52:10
 107:1

substitute
 104:12,20
 105:4

substitutes
 105:2

successfully
 28:14

sufficient
 74:12

suggestion
 42:13,16,
 17

Sunday   93:19

support
 34:6,7
 37:12 39:6
 51:20
 55:7,14
 56:9 72:20
 75:20 81:8
 82:10
 105:12

supported
 75:11

supposed
 66:16
 111:16

surprised
 72:9

surrounding
 20:12

sworn  4:10,
  16 18:6,8

symbols
  111:13

system  25:1
  45:5 47:5
  50:4,11

---

          T

---

tables  73:6

taking  41:17

talk  5:3
  8:15 23:16
  29:15
  30:4,12
  38:15
  71:11 95:2
  99:19

talked
  21:18,19,
  20 22:4
  50:16
  53:10
  64:16 77:2
  81:18
  99:8,12

talking  29:4
  30:21
  37:19 46:1
  49:19
  73:19
  79:10 87:9
  92:5 94:19
  107:5
  113:2

talks  109:15

teach  101:17

teacher
  104:12,20

teachers
  104:7,10

teaching
  105:5

technician
  11:16

telephone
  109:6

telling
  72:17

term  24:21
  27:1,13,14
  39:10
  45:21

terms  12:5
  20:1 24:21

testified
  4:18

testifying
  4:8

testimony
  5:20 7:14
  28:16
  53:3,8
  72:2 73:3
  115:3,4,16

text  100:6,
  15 101:2,
  21 102:11

106:3,4,21
107:4
108:12
111:12

texts  106:16

That'll
  52:12

thing  8:20
  22:17 24:9
  48:19
  49:17 80:4
  87:3 106:5

things  17:18
  20:10 40:8
  55:15,17
  65:14
  67:15
  69:10
  94:16

thoroughfare
  60:19

thought
  34:19
  72:4,13
  102:10

thoughts
  42:5

threats
  97:13,15,
  16 98:16,
  18

thrown  73:11

time  6:15
  12:10

13:20
14:21 16:5
23:19
25:6,11
28:17 39:5
43:5 47:4
48:1 65:4,
  5 67:9,11
68:14 72:3
73:13 75:9
81:5 84:20
90:3
112:11
116:1,14

times  11:12
  13:19 65:7
  66:11
  67:15
  81:14
  86:12

title  5:7
  40:14

today  5:3,18
  6:2,15
  7:14,21
  8:1,11,16
  12:4 48:18
  58:2 103:6
  108:9
  109:2,12
  115:3,12
  116:1

told  86:19
  99:15,19

top  19:6
  24:20

topics   66:1

total   30:19
 73:20  74:1
 79:11

totals   35:7

tough   49:10

town   30:10
 33:20
 61:16,17
 63:1  68:6,
 11  69:7,
 11,14,21
 112:6

traffic
 33:14
 111:7,8,11

Trail   91:17

training
 79:20

transcript
 60:18

transition
 52:10

transitioning
 75:6

translate
 104:5,8

translator
 101:19

trapped   6:14

treatment
 80:4

tree   64:6,9
 107:14
 113:12

trenching/
construction
 11:9

trial   5:21

trick   102:9

trigger
 86:13

triggering
 98:16

truck   11:13,
 17

Trucking
 11:17

true   12:11
 14:1  77:15
 87:10
 89:13
 91:19
 93:19
 94:13
 102:13

truth   4:17,
 18  6:4

turned   11:4
 15:17

two-year
 24:21
 27:1,14

type   21:21
 65:18

typed   101:21

types   42:2

typically
 30:14

———————————

U

Uh-huh   94:10

ultimately
 97:5,9
 108:7

Uncles   64:15

understand
 5:5,20
 6:4,7,10
 17:16  28:6
 44:19  45:2
 48:12
 49:16
 55:11
 71:19
 74:11
 78:15  89:4
 98:9  102:6
 116:13

understanding
 7:10  8:16
 48:2  87:13
 89:5,12
 95:5

understood
 6:8

union   80:9,
 13,15
 81:4,6,8,9

union's
 80:10

unions
 81:12,15

United   58:19

up-front
 115:8

upset   95:18
 112:5

urgently
 67:7

———————————

V

vacated
 21:14

vacation
 70:21

vague   36:17

variety
 106:6

video   17:19

videos   7:17

view   12:5
 29:2  39:13
 41:12,19
 55:20
 74:11  76:4
 85:17
 112:9

views   43:7

violence
 113:17

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

vocation
  42:2

volition
  33:7

volunteer
  15:10

volunteers
  37:21

vote  24:20
  26:15
  29:11
  37:16
  45:19 48:7
  49:1 74:3
  90:5 91:3

voted  15:18
  46:16
  87:18

voters  37:12

votes  34:10
  35:6 44:21
  45:5,11,14
  46:5

voting  5:3
  15:16
  73:15,19
  74:13
  89:1,7,8,
  16,20 90:4
  93:8

Voto  59:4

_____
   W
_____

walk  10:19

36:19
37:4,10
38:5,11
39:7 57:13

walked  37:2
  57:13

walking
  36:19 39:3
  55:13 65:6

wanna  11:10
  45:7 84:10
  112:6

wanted  16:8
  20:8 80:16

wards  47:9

Warshaw
  84:19 97:4

waste  73:13

wasteful
  23:3,11

watch  17:19

watched  7:20

water  83:9,
  11

website
  96:14

Wednesday
  83:18

week  67:16,
  21 68:17

weeks  108:15
  116:6

weigh  73:6

welder  11:6

welding  10:8

well-traveled
  110:20

west  110:14

white  37:16
  54:12
  61:3,12,16
  62:4 64:1,
  3,10,14
  82:3,17

White's
  54:13

Wichita
  110:20
  111:1,2

widespread
  114:19

wife  57:16
  64:11,12
  104:11

wife's  64:11

win  34:21
  73:16

word  22:2

wording
  14:18
  85:15

words  74:3
  111:1,13

work  8:9
  10:17,20

15:6 24:19
45:17
62:6,21
64:19
68:13
83:21
104:20

worked  10:21
  11:3,5,7,
  16 16:4
  19:18 81:5

workers  80:7
  81:2

working
  10:15
  105:13

works  52:7
  104:20

worse  25:14

would've
  44:14
  57:14

wrapping
  112:14

Wright  91:12

writing
  75:15

wrong  14:19

wrote  86:15

_____
   X
_____

XL  79:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Joe Nucci on 07/19/2023                                    Index: yard..Yup

---

### Y

---

**yard**  30:4
  31:1
  32:14,21
  33:4,11

**yards**  37:9

**year**  10:3
  12:15
  13:3,5
  28:12
  44:15,16
  49:11
  62:19
  69:19 91:5
  112:11

**years**  9:1,4
  11:7 16:7
  24:17,18
  70:17
  74:18
  91:10

**young**  102:21

**younger**  17:7
  38:7

**Yup**  107:16