**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023

1               UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF KANSAS

3
    MIGUEL COCA, et al.,          )
4                                 )
         Plaintiffs,              )
5                                 )
         vs.                      )    Case No.:
6                                 )    6:22-01274-EFM-RES
    CITY OF DODGE CITY, a         )
7   municipal corporation,        )
    et al.,                       )
8                                 )
         Defendants.              )
9   _____)

10

11

12        VIDEOCONFERENCE VIDEO DEPOSITION OF
                 ERNESTOR de la ROSA,

13
    produced, sworn, and examined on Tuesday,
14  the 20th day of June, 2023, between the hours of
    8:00 o'clock in the forenoon and 6:00 o'clock in
15  the afternoon of that day at the law offices of
    Foulston Siefkin LLP, 822 S. Kansas Avenue, in the
16  City of Topeka, County of Shawnee, State of Kansas,
    before:

17
        JANIECE Y. YOUNG, RPR, CSR-No. 1217, CCR-No. 798
18            Registered Professional Reporter
                 Certified Livenote Reporter

19

20  a Certified Court Reporter within and for the State
    of Missouri and a Certified Shorthand Reporter
21  within and for the State of Kansas.

22  Taken on behalf of Plaintiffs pursuant to Notice to
    Take Depositions.

23

24                                          EXHIBIT

25                                            E

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                     Pages 2..5

Page 2

```
1                    APPEARANCES
2
3    For the ACLU of Kansas:
4
5         AMERICAN CIVIL LIBERTIES UNION FOUNDATION
6         P.O. Box 917
7         Mission, KS 66202
8         (913) 490-4107
9         kching@aclukansas.org
10        BY:  MS. KENYU CHING
11
12
13   For the UCLA VOTING RIGHTS PROJECT:
14
15        LOS ANGELES VOTER RIGHTS PROJECT
16        3250 Public Affairs Building
17        Los Angeles, CA 90095
18        (310) 208-8431
19        sonni@uclavrp.org
20        BY:  MS. SONNI WAKNIN
21
22
23
24
25
```

Page 3

```
1              APPEARANCES (Continued)
2
3    For the CITY OF DODGE CITY:
4
5         FOULSTON SIEFKIN LLP
6         7500 College Boulevard
7         Suite 1400
8         Overland Park, KS 66210
9         (913) 498-2100
10        teberline@foulston.com
11        BY:  MS. TARA EBERLINE
12
13
14   VIDEOGRAPHER:  Mr. Brandon Roberts,
15                  attending via Zoom.
16   Also attending:  MR. BRAD RALPH (in person);
17   MR. NICKOLOUS HERNANDEZ, via Zoom;
18   MR. CHRIS BIRZER, via Zoom; MS. GRACE VEDOCK, via
19   Zoom; MS. MANEOLA SALAANHA, via Zoom;
20   MR. RICO ROMAN; MR. LUIS MANUEL via Zoom.
21
22
23
24
25
```

Page 4

```
1                       INDEX
2
3    WITNESS:  ERNESTOR de la ROSA           PAGE
4    EXAMINATION BY MS. CHING...............    7
5    EXAMINATION BY MS. EBERLINE............  224
6    CERTIFICATE...........................   233
7    ERRATA SHEET..........................   234
8    SIGNATURE PAGE .......................   235
9
10
11
12                     EXHIBITS
13
14   EXHIBIT                         PAGE
15   NO.        DESCRIPTION       REFERENCED
16   Exhibit 17  Subpoena for testimony.........    9
17   Exhibit 18  Email.......................      82
18   Exhibit 19  Press release.................    83
19   Exhibit 20  Email from Mr. De la Rosa to
20               Cherise Tieben and CC'ing
21               Melissa McCoy; dated March
22               19th, 2019; "Subject" Line:
23               ACLU March Meeting.".........    101
24   Exhibit 21  Bates stamped Dodge City 0000003...  106
20
25
```

Page 5

```
1              EXHIBITS (Continued)
2
3    EXHIBIT                          PAGE
4    NO.        DESCRIPTION        REFERENCED
5    Exhibit 22  Memorandum and Attached
6                Resolution No. 2015-2..........  109
7    Exhibit 23  Document titled:
8                The Republican Slate...........  118
9    Exhibit 24  Email..........................  137
10   Exhibit 25  Emails.........................  141
11   Exhibit 26  Email..........................  142
12   Exhibit 27  Email..........................  144
13   Exhibit 28  Document titled:  Information
14               regarding Cities in Kansas
15               and Form of Government.........  145
16   Exhibit 29  Printout of the Cultural
17               Relations Advisory Board page
18               from the Dodge City Website....  161
19   Exhibit 30  Printout of the Cultural
20               Relations Advisory Board page
21               from the Dodge City Website....  177
22   Exhibit 31  Emails.........................  186
23   Exhibit 32  News article...................  195
24   Exhibit 33  Email..........................  217
25
```

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                                      Pages 6..9

Page 6

1    (The deposition commenced at 10:24 a.m.)
2        THE VIDEOGRAPHER:  This is the
3    beginning of Media No. 1 in the
4    deposition of Ernestor de la Rosa in the
5    matter of Miguel Coca, et al., versus
6    City of Dodge City.  Today's date is
7    June 20, 2023, and the time on the
8    monitor is 10:24 a.m.
9            My name is Brandon Roberts, and
10   I am the videographer.  The court
11   reporter is Janiece Young.  We are here
12   with Huseby Global Litigation.
13           Counsel, please introduce
14   yourself, after which the court reporter
15   will swear in the witness.
16       MS. CHING:  Good morning.  This
17   is Kunyu Ching for plaintiffs.  And with
18   me is Sonni Waknin.
19       MS. EBERLINE:  Good morning.
20   Tara Eberline appearing on behalf of the
21   City of Dodge City.  And also present is
22   city attorney, Brad Ralph.  And present
23   on Zoom is city manager, Nick Hernandez.
24       (Off-the-record discussion.)
25   ///

Page 7

1        ERNESTOR de la ROSA,
2    of lawful age, having been first duly sworn to tell
3    the truth, the whole truth, and nothing but the
4    truth, testified as follows:
5            EXAMINATION
6    BY MS. CHING:
7        Q.   Good morning, Mr. de la Rosa.  Could you
8    please state and spell your full name for the
9    record.
10       A.   Yeah.  Ernestor de la Rosa,
11   E-R-N-E-S-T-O-R, last name D-E space L-A space
12   R-O-S-A.
13       Q.   Have you ever been deposed before?
14       A.   No, first time.
15       Q.   Oh, okay.  Have you ever given any other
16   sworn testimony?
17       A.   Not to my knowledge.
18       Q.   Okay.  So I'd like to go over a few
19   ground rules for today.  I'm going to be asking
20   questions.  The court reporter will be taking down
21   the record of our testimony, so all of your answers
22   should be audible.  So a "yes" or a "no"; no, you
23   know, shaking your head or just saying "uh-huh" or
24   "huh-uh," so for her sake.
25           And it's also important not to talk too

Page 8

1    fast and that we don't try to talk at the same time
2    so she has an easier time making a record.  Okay?
3        A.   Yeah.  Thank you.
4        Q.   Defense counsel here may object to some
5    of my questions.  And the objection will be noted
6    for the record, but you will still need to answer
7    the question unless counsel instructs you not to
8    answer on the grounds of attorney-client privilege.
9            Do you understand that?
10       A.   Yes.
11       Q.   And if you don't understand something
12   that I'm asking you, please let me know, and I'll
13   try to clarify.  Otherwise, I'm just going to
14   assume that you understand what I'm asking.  Okay?
15       A.   Okay.
16       Q.   And if at some point you think that you
17   didn't give a complete answer, you know, we can go
18   back and -- and put that in.
19           And we will take occasional breaks during
20   today's deposition.  But if you need to take a
21   break at a specific point, let me know.  I just ask
22   that you answer whatever question is pending before
23   we take that break.  Okay?
24       A.   (Witness nods head.)
25       Q.   Yes?

Page 9

1        A.   Yes, sorry.  Yes.
2        Q.   Do you understand that you're under an
3    oath to tell the truth today just like you would be
4    if we were in court in front of a judge?
5        A.   Yes.
6        Q.   And have you consumed anything today that
7    might affect your ability to answer my questions
8    completely?
9        A.   No, no.
10       Q.   Is there any reason you can think of that
11   you wouldn't -- well, why you wouldn't be able to
12   answer my questions completely and truthfully?
13       A.   I don't think so, no.  I just -- just
14   didn't sleep well last night, like I'm here.
15       Q.   Well, thank you for showing up.
16       (de la Rosa Deposition Exhibit No. 17
17       was marked for identification.)
18       Q.   (By Ms. Ching)  So let's just start by
19   showing you what's been marked as Exhibit 17.  This
20   is for you.
21           Do you recognize this document?
22       A.   First time I see it, really.  Well, give
23   me just a second.
24       Q.   Sure, take your time.
25       A.   Yes.  I'm sorry, yes.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                              Pages 10..13

Page 10

1      Q.    And when I -- when I hand you documents
2   today, feel free to take whatever time you need to
3   look at them.  Just let me know when you're done.
4      A.    Yes, I recognize this document.
5      Q.    Okay.  What is it?
6      A.    It's the subpoena to testify.
7      Q.    And is this subpoena why you're here
8   today?
9      A.    Correct, yes.
10     Q.    What did you do to prepare for this
11  deposition today?
12     A.    Other than mentally prepare, met with
13  Tara Friday, just basically going over the rules
14  and showed me potential documents that may come up
15  for questions.
16     Q.    Okay.  Did you meet with anybody else?
17     A.    I did -- I did not.
18     Q.    What were those documents that you looked
19  at?
20     A.    It included email correspondence while --
21  my time in Dodge City.  Also, there was a
22  Strategic Planning for Welcoming and Integration I
23  was part of in Dodge City.
24         (Stenographer asks for clarification.)
25     A.    -- strategic planning documents for

Page 11

1   welcoming and integration that I was a part of
2   while in Dodge City.
3      Q.    (By Ms. Ching)  Any other documents?
4      A.    Not that I can think of, no.
5      Q.    How many documents do you recall looking
6   at?
7      A.    Oh, boy.  It was a binder; so --
8         Did you -- do you want me to say pages
9   or --
10     Q.    Separate documents regardless of how
11  long.
12     A.    No.  It was just a binder, a three-ring
13  binder.
14     Q.    Okay.  More than ten documents?
15     A.    Yes.  It was just email correspondence,
16  thread of -- threads of emails of periods of time.
17     Q.    What were those emails about?
18     A.    It was related to either providing
19  transportation during the voter controversy in --
20  which I don't remember the year -- in Ford County,
21  attention to poll location.
22         Since I oversaw the public transportation
23  program in Dodge City, I was assisting the county
24  clerk on providing transportation for, you know,
25  early voting during election for all elections.

Page 12

1      A.    I also assisted her after the fact
2   following that controversy on setting up the
3   Hoover Pavilion as a polling location; emails
4   regarding, again, the Strategic Planning for
5   Welcoming and Integration in Dodge City; and just
6   emails that I was CC'd on on similar topics.
7      Q.    Do you remember what those similar topics
8   were?
9      A.    No.  I think it was -- there was a
10  question back then from Commissioner, then,
11  Jan Scoggins related to districting.  At the time,
12  the city manager had asked the question.  I was
13  CC'd on it.  And I believe that's it.
14     Q.    Okay.  Any other election-related emails
15  that you looked at besides the ones you've already
16  mentioned?
17     A.    The one -- basically, the latest one,
18  which was in December 2022, when this lawsuit came
19  up.  I think we requested information to the League
20  of Kansas Municipalities.  I remember -- I remember
21  that vaguely just because I was in transition
22  moving to Topeka.
23     Q.    And you mentioned the strategic plan.
24  Did you look at any emails that were about topics
25  similar to the strategic plan?

Page 13

1      A.    I mean, it could have been.  So part of
2   my role with the City of Dodge City as assistant
3   city manager was I handled or wore different hats.
4   I staffed the Cultural Relations Advisory Board,
5   which was the -- the body within the city to talk
6   and discuss topics related to welcoming and
7   integration since we have a huge influx -- or a
8   large Latino immigrant community.  And so it could
9   be from immigration services to English as the
10  second language, interpreters, you name it.
11     Q.    So you looked at emails related to that
12  advisory board or English as a second language?
13     A.    I'm sorry.  I misunderstood your -- your
14  question.  I thought you -- I didn't think that you
15  were talking about read emails, but rather
16  included --
17     Q.    Yeah --
18     A.    -- content as such.
19     Q.    -- yeah.  I'm just asking about the
20  emails that you looked at on Friday.
21     A.    Right, no.  The emails was basically,
22  again, on transportation related to the voting
23  polls; the poll relocation after that controversy;
24  districting planning initiative with welcoming and
25  integration; and then the request to the League of

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                              Pages 14..17

1  Kansas Municipalities on districting.
2      Q.    Okay.  And nothing else?
3      A.    Not that I can remember.
4      Q.    Okay, thank you.
5            How long did you meet with Ms. Eberline
6  for?
7      A.    It was from --
8            THE WITNESS:  Was it
9  10 o'clock?  Sorry.  I'm looking at you.
10     A.    10:00 to noon, I believe?  I'll have to
11 look at my calendar.
12     Q.    (By Ms. Ching)  So a couple of hours?
13     A.    Yes.
14     Q.    Was anybody else present?
15     A.    No.
16     Q.    Did you bring any documents with you to
17 that meeting?
18     A.    I did not.
19     Q.    And did you discuss that meeting with
20 Ms. Eberline with anybody else?
21     A.    No, I did not.
22     Q.    Did you retain your own lawyer for the
23 purposes of preparing for this deposition?
24     A.    No, I did not.  No reason to.
25     Q.    Just thought I'd ask.

1            Was there anything else that you did to
2  prepare for this deposition besides meeting with
3  Ms. Eberline?
4      A.    No.  I mean, over the weekend, I
5  thought -- I just thought of what the range of
6  questions could be related to my work in
7  Dodge City, but that's basically it.
8      Q.    Did you talk to anyone else about this
9  deposition?
10     A.    No.  I mean, I'm good friends with my
11 colleague, Melissa McCoy, assistant city manager.
12 We talked about, "Hey, when is your deposition?"
13 But nothing in -- related or getting into the
14 weeds.
15     Q.    Okay.  Was she the only other person that
16 you talked to about this deposition?
17     A.    Cherise Tieben, she's my -- one of my
18 mentors.  And, again, we talked about just, you
19 know, my deposition coming up.  And I think she
20 mentioned she could be deposing as well.
21     Q.    What else did you talk with Ms. Tieben
22 about in regards to your deposition?
23     A.    Other than that, it was largely, mainly
24 seeking advice related to a personnel matter
25 currently going in my current -- with my current

1  employer.
2      Q.    But not related to --
3      A.    No --
4      Q.    -- this deposition --
5      A.    -- no --
6      Q.    -- or this case?
7      A.    -- no.
8      Q.    How long did you speak with Ms. Tieben
9  for about your deposition?
10     A.    It was literally a minute.
11     Q.    Okay.
12     A.    It was just, again, talking about my
13 deposition coming up and, you know, basically it.
14     Q.    And how long did you speak with Ms. McCoy
15 for about your deposition?
16     A.    That one it was mainly briefly, again.
17 Again, we are good friends, and we mainly talked
18 about her parents -- her dad's health and her trips
19 coming up and work-related items.
20     Q.    I just mean how long was the portion of
21 your conversation with her about your deposition.
22     A.    Again, it was probably a minute.
23     Q.    Okay.  So in today's deposition I'm going
24 to be using the terms "Hispanic" and "Latino"
25 interchangeably as those terms are used in the

1  US Census.
2      A.    Okay.
3      Q.    Okay?
4      A.    Yes.
5      Q.    Can you tell me a little about yourself,
6  what your background is.
7      A.    Yeah.  I am an immigrant myself, first
8  generation; came here at the age of 12; lived two
9  years in Austin, Texas.  Then in 2004, we moved to
10 Dodge City where I attended high school and then
11 community college.
12           After that, I moved to Hays, Kansas, for
13 my undergrad.  And then following Hays, I attended
14 Wichita State University for my graduate degree.
15 And then after graduating in 2014 in Wichita State,
16 I went back to work for the City of Dodge City.
17     Q.    Okay.  That's a lot there.
18           Do you identify as Hispanic or Latino?
19     A.    Yes.
20     Q.    Either one specifically or --
21     A.    More Latino than Hispanic.
22     Q.    Okay.  So you mentioned that your family
23 moved to Dodge City in 2012.  How old were you in
24 2012?
25     A.    I'm sorry, that's incorrect.  2004.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 18..21

Page 18

1   Q.   2004.  Apology for that.
2        So your family moved to Dodge City in
3   2004.  How old were you at that time?
4   A.   I might have been 14 or 15.
5   Q.   And which high school did you go to?
6   A.   Dodge City High School.
7   Q.   And the community college?
8   A.   Dodge City Community College.
9   Q.   Did you obtain a degree from Dodge City
10  Community College?
11  A.   Yes, ma'am.
12  Q.   What degree was that?
13  A.   Associate's of arts.
14  Q.   What was your major?
15  A.   Political science.
16  Q.   And then you went to Fort Hays State
17  University?
18  A.   Correct.
19  Q.   And did you get a degree there?
20  A.   Yeah, undergrad in -- bachelor's of arts,
21  political science major.
22  Q.   And then immediately following that, you
23  went to Wichita State?
24  A.   Yeah.
25  Q.   For an advanced degree?

Page 19

1   A.   Correct.  Public administration.
2   Q.   Was that a -- a master's?
3   A.   Correct.
4   Q.   I'd like you to walk me through your
5   employment history with Dodge City.
6   A.   Yeah.
7   Q.   When did you start working there?
8   A.   So it all started back in 2012.  I was
9   needing to do an intern for one of my last courses
10  with Fort Hays State University.  I started doing
11  the internship with development services at the
12  time and then came back in 2013 for another
13  internship during the summer when I was home and
14  taking a break from school, of course.
15       And then I interned with the
16  human resource office, city manager office.  And
17  then upon graduation, I started full employment
18  on -- in May 2014.
19  Q.   You mentioned earlier that you wore a lot
20  of hats while you were --
21  A.   Right.
22  Q.   -- at the city.
23  A.   Yeah.
24  Q.   Let's start with the first hat that you
25  wore.  What was that job title?

Page 20

1   A.   Right.  So if we're talking about my last
2   position which, again, was assistant city
3   manager/legislative affairs --
4        (Stenographer asks for clarification.)
5   A.   -- manager/legislative affairs.
6        So, again, as the assistant city manager,
7   I oversaw human resources, public transportation --
8   Q.   (By Ms. Ching)  Sorry to interrupt.  Do
9   you mind if we go in chronological order?
10  A.   Okay.  Which -- can you say that -- I
11  mean, since the date I started with the city or --
12  Q.   Yeah, the -- so you did your internships?
13  A.   Right.
14  Q.   And then after graduating in 2014, you
15  started again with the city?
16  A.   Right.
17  Q.   What was that first position with the
18  city?
19  A.   Assistant to the city manager.
20  Q.   Okay.  And how long did you have that job
21  title?
22  A.   Oh, boy.  So I want to say 2019.  It was
23  interchangeably in the sense that it was assistant
24  to the.  And then I was assistant to the city
25  manager, Martha Littagannier (ph).  And then it

Page 21

1   changed to assistant finance director, along with
2   the assistant to the, and then HR director, along
3   with the assistant to the.  And then after that, it
4   became assistant city manager/legislative affairs.
5   Q.   Okay.  Let's unpack that one by one.
6   A.   Okay.
7   Q.   As the assistant to the city manager,
8   what were your job duties?
9   A.   So it was an entry-level position,
10  really, for a graduate -- a recent graduate from
11  graduate school.  I dealt with a lot of
12  multicultural affairs, issues; special projects;
13  and mainly those two, I believe.
14  Q.   What kinds of multicultural affairs or
15  special projects did you work on?
16  A.   You know, since I was at the time perhaps
17  the second or the only fluent Spanish-speaking
18  appointed official within the city manager's
19  office, I dealt with affairs related to the
20  community, whether they -- where there was a
21  language barrier.
22       Soccer comes to mind because I know
23  soccer was huge in the community.  And there was
24  rental of fields and such.  Translated a lot or
25  interpreter a lot for the human resource office

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023
Pages 22..25

Page 22

1  when it came to personnel issues.  I think that's
2  kind of in a nutshell.
3      Q.     Any other job duties as the assistant to
4  the city manager?
5      A.     Research of -- it could be incentives.
6  It could be best practice, whether it was for a
7  particular issue to economic development or human
8  resources.
9      Q.     When you say "incentives," what do you
10  mean by "incentives?"
11      A.     Economic.  Economic development
12  incentives.
13      Q.     Okay.
14      A.     You're really testing my memory, though.
15      Q.     Economic development for local businesses
16  or --
17      A.     For the community.
18      Q.     Okay.  So you remained assistant to the
19  city manager from 2014 to roughly 2019, you said?
20      A.     Roughly 2019.  And I say that because I
21  don't remember the exact dates, but yeah.
22      Q.     That's okay.
23      A.     I could have brought you my résumé.
24      Q.     We'll just test your memory today.
25             You mentioned, at some point, you also

Page 23

1  had some other roles during that time.  What was
2  the next role or job title that you had?
3      A.     So the -- then I acquired the second hat,
4  which was assistant to the city manager, mobility
5  manager.  And, again, we moved from having a
6  contracted person running our transportation
7  program to having a actual manager to oversee that
8  program, so it was both parallel at the same time.
9      Q.     And what dates were you the assistant to
10  the city manager/mobility manager?
11      A.     That, I don't remember.
12      Q.     Do you remember how long you served in
13  that capacity?
14      A.     It might have been a year or two.
15      Q.     And you mentioned transportation
16  generally.  Can you give me a little more specific
17  information about what transportation?
18      A.     Yeah.  No, our public transportation
19  program included door-to-door service for the
20  community.  And then in 2015, we launch our fixed
21  route service providing in the upwards of 40,000
22  rides per year and really just overseeing the
23  operation and personnel of that program.
24      Q.     You mentioned a door-to-door service.
25      A.     Yeah.

Page 24

1      Q.     What was that service?
2      A.     Basically, origin to destination.
3  Individuals with either a disability, permanent or
4  temporary, would qualify with -- for that service
5  given the -- sort of the geographical limits of --
6  of -- within the city.
7      Q.     By "geographic limits," you mean
8  within --
9      A.     City limits.  That service was provided,
10  I think, a quarter of a mile beyond the fixed route
11  geographical area.
12      Q.     And then you said, in 2015, the city
13  began a fixed route service?
14      A.     Correct.
15      Q.     Is that like a bus service?
16      A.     Correct.  These are minibuses, included
17  staff of maybe 12, 14 part-time bus drivers and,
18  again, to provide public transportation services.
19      Q.     Were there any other job duties or
20  responsibilities that you had as the mobility
21  manager?
22      A.     Well, with the city, we had, as a piece
23  to meet the needs of our community.  When I came on
24  with the city, they had already instituted a
25  bilingual or multilingual skills pay policy, which

Page 25

1  was available to most employees that felt like they
2  spoke the language.
3             The language would be then tested or
4  certified.  And I would get an additional pay on
5  top of -- my regular duties.  The idea was to
6  serve as the interpreter or translator when the
7  community needed the service.
8      Q.     And that was one of your official duties?
9      A.     Yeah.  I mean, I was getting paid for it,
10  so whenever I -- whenever I got a callout to either
11  serve as an interpreter or translator, I needed to
12  answer that call if I was available.
13      Q.     So when you were doing that translating,
14  anybody in the city could, say, for example, send
15  you a document and say, "Hey, can you please
16  translate this into Spanish for me"?
17      A.     Yeah.  No, it was our concerted effort to
18  be, again, meeting the -- the language need.
19  Again, under federal guidelines, there's a
20  threshold for limited English proficiency under
21  Title VI.  And -- and so you needed to not only
22  follow that to be in compliance with the
23  transportation -- KDOT or FAA -- FAA -- Federal
24  Transportation Administration, sorry -- or
25  Title VI.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 26..29

Page 26

1    And so -- but beyond that, the city
2    manager, or the administration at the time, wanted
3    to ensure that we provided that service beyond an
4    online or telephone service to meet the needs of
5    our community.
6        Q.    And in terms of interpreting -- so let's
7    say somebody showed up at the city front desk and
8    needed help, but they didn't speak English,
9    somebody could call you up and say, "Could you
10   please come down here and interpret" --
11       A.    Oh, yeah --
12       Q.    -- "for us"?
13       A.    -- yeah.  That was, you know, one of the
14   best practices.  And, mainly, whether it was
15   municipal court or development services, you know,
16   more frequent front desks or utility office.
17            And please note that I wasn't the only
18   interpreter.  There's a plethora or a number of
19   employees that are under that policy, receive pay,
20   and act as an interpreter.
21       Q.    How many?  How many employees?
22       A.    Oh, boy.  I couldn't tell you, but I want
23   to say it could be -- it could range from 15 to 30
24   employees throughout the different city
25   departments.

Page 27

1        Q.    You mentioned that that pay incentive
2    began before you started --
3        A.    Yeah.
4        Q.    -- working at the city?
5        A.    Correct.
6        Q.    Do you know how -- when it started?
7        A.    No, I couldn't -- I don't want to
8    speculate.  But it was before my arrival as a
9    full-time employee with the City of Dodge City.
10       Q.    And when you arrived, you were the second
11   or the perhaps the only fluent Spanish speaker, you
12   said?
13       A.    I want to say second and -- because my
14   colleague, Melissa McCoy, is fluent in Engli- -- or
15   in Spanish, I'm sorry.  She spent about -- I don't
16   want to speak for her, but spent over ten years in
17   City of Mexico.
18       Q.    What kind of testing or certification did
19   you -- were you required to complete in order to
20   get this pay incentive?
21       A.    Yeah.  It was a comprehensive testing:
22   oral, written, comprehension.  I think there's a
23   fourth column there.  It was -- we first started
24   conducting this evaluations through a Spanish
25   teacher from the high school.

Page 28

1    We recently -- under my guidance we
2    changed the evaluation through LanguageLine
3    Solutions, which is now done online and, again, is
4    comprehensive.  And it's basically giving you a
5    test score, whether it's novice, intermediate,
6    advanced, or college professional.
7        Q.    How much was the pay incentive?
8        A.    It was better than most cities.  In fact,
9    when you talk to the Welcoming America network,
10   which is one of the entities that we worked on a
11   lot related to welcoming and integration of
12   immigrant communities or refugee residents, I mean,
13   it could range up to 7 percent on top of your base
14   pay.
15            Again, and it was based on your role with
16   the city.  If you were a frontline employee -- for
17   example, a police officer -- and based on your
18   proficiency, you can get up to 7 percent.
19       Q.    So after an employee passes the test and
20   gets certified, and depending on their role, they
21   just get this blanket incentive attached to each
22   paycheck?
23       A.    Yes.
24       Q.    It doesn't matter how many times they are
25   asked to interpret?

Page 29

1        A.    Right.  Again, one of the disclaimers
2    there was, if they're free and available to
3    interpret or translate, they will do it.
4        Q.    How often were you translating or
5    interpreting?
6        A.    Quite often.  Again, you're looking at a
7    community that it's 60 percent Latino or Hispanic.
8    And so I did a lot of work with our PIO, public
9    information officer.  And -- because we made a very
10   concerted effort to provide information in Spanish,
11   mainly on social media platforms, for the city.
12            Again, we wanted to serve the community
13   we served, very diverse.  And so I did a lot of
14   translation -- again, it's different from
15   interpretation -- looking at documents that needed
16   immigrant -- important for the public.
17            (Stenographer asks for clarification.)
18            THE WITNESS:  Interpreting
19   documents that were important for the
20   public.
21       Q.    (By Ms. Ching)  So in an average -- let's
22   say an average workweek, how many times would you
23   be called upon to translate or interpret something
24   from English to Spanish?
25       A.    Again, not being the only one, since

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 30..33

Page 30

1   there's -- there are multiple employees it could
2   range between five to ten.  For -- for me -- not to
3   toot my own horn, because my proficiency level was
4   greater on the translation piece of documents --
5   that required a lot more from the PIO or, you know,
6   my colleagues ensuring that their -- the
7   information was accurate and correct in Spanish.
8       Q.    So how many times on an average week?
9       A.    Again, five to ten.
10      Q.    Five to ten.
11            Were bilingual or multilingual city
12   employees asked to take on those roles, or were
13   they --
14      A.    So during -- and any time we had a new
15   employee through the onboarding process, we would
16   make them aware of -- of the policy.  If they --
17   obviously, they would be aware of -- of that policy
18   or incentive.  Whenever they felt like they wanted
19   to take the test, they would call the HR office to
20   schedule their test.
21            If the -- per the policy, if the employee
22   tested within the 90-day timeframe from the start
23   of their employer -- employ -- employment, I'm
24   sorry -- pay would be retro to their first day.
25      Q.    Were city employees encouraged to take on

Page 31

1   those translation duties?
2       A.    Oh, yeah.  I mean, you -- we're serving,
3   again, an immigrant refugee community.  And so not
4   only benefitted the employee, you know, getting
5   additional pay for their skill because they were
6   going to utilize it anyway, but also, it was a form
7   of satisfaction serving our community and ensuring
8   that we met the needs of our residents.
9       Q.    Was there ever a time where a city
10   employee was asked to translate but they declined
11   to do that?
12      A.    Yeah.  I mean, you can see that, but it
13   was times when they were tied up in either -- in a
14   meeting or in a particular project that they
15   couldn't get away with.  And that happened to me
16   multiple times.
17      Q.    Did the city ever employ somebody whose
18   main job duty was to translate or interpret?
19      A.    Not necessarily.  I mean, you have
20   positions or roles within the city that would
21   require or preferred a bilingual skill.  For
22   example, you had one of the clerks with the
23   municipal court that required that bilingual piece
24   because of the nature of -- of the role.
25            Also, we made an intentional effort with

Page 32

1   our police force because they were out in the
2   community interacting with our residents.  And,
3   obviously, we would encourage and -- and ensure
4   that we had that skill within our police
5   department.
6       Q.    So the city, then, only relies on
7   existing employees to do the translation?  There
8   is --
9       A.    Not only.  Again, you have the Title VI
10   Limited English Proficiency Plan that includes
11   training and -- and different avenues that you can
12   provide translation.  Certified employees was just
13   one.
14            We also have the service through
15   LanguageLine Solutions that provided this service,
16   not only in Spanish, but multiple different
17   languages.  And, also, municipal court contracted
18   time to time on the Kiché dialect for the
19   Guatemalan community.
20            And then, also, you have -- in recent
21   years we sought -- or saw refugees from African
22   countries.  And so that interpretation skill or
23   bilingual skill was a little bit harder to find.
24   But we -- through relationships or other networks,
25   we found that interpretation service.  It was a

Page 33

1   little bit harder to find because you don't have a
2   lot of those, but we also made a concerted effort
3   to ensure that that was available to us.
4       Q.    So the city doesn't have official
5   translators whose job is just to do the
6   translating?  If -- if a city employee is
7   translating, it's in connection with other job
8   duties?
9       A.    Right.  So it's -- it's an added duty, if
10   you will, per the policy.
11      Q.    Uh-huh.
12      A.    But there was enough translators in each
13   of the departments that we weren't spread too thin,
14   for lack of better terms.  And so, again, I'm
15   speculating it's 15 to 30 employees under this
16   skill or -- or pay, but there was enough to go
17   around because we ensure that, again, we have
18   interpreter or translators in almost, if not all,
19   departments or divisions.
20      Q.    Okay.  Let's go back to your role as
21   mobility manager.
22      A.    Yeah.
23      Q.    And you said you only held that position
24   for a year or two.
25            What was the next hat that you wore for

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Ernestor de la Rosa on 06/20/2023**                    Pages 34..37

Page 34

1  the city?
2      A.    The next hat was -- or hats was assistant
3  to the city manager, assistant finance director.
4      Q.    And how long did you hold that title?
5      A.    About a year, I think.
6      Q.    Do you remember which year that was?
7      A.    I don't.  Sorry.
8      Q.    And what were your primary duties as
9  assistant finance director?
10     A.    So aside from being the assistant to the
11  city manager, I helped the finance director then
12  through the budgeting process, I think, with the
13  two budgets within that year.  So I assisted in
14  that process meeting with department heads,
15  preparing the budget document, also preparing
16  documents that needed to be submitted to the State
17  by a certain deadline.
18         Also, we looked at providing either
19  statements or documents ready for an economic
20  development project going on at the same -- at that
21  time.  The one that comes to mind was the STAR
22  Bonds Project --
23         (Stenographer asks for clarification.)
24     A.    The STAR Bond Project or the RHID related
25  to housing development.

Page 35

1      Q.    (By Ms. Ching)  Anything else that you
2  did as the assistant finance director?
3      A.    Only the bilingual piece.
4      Q.    Okay.  How about the next hat that you
5  wore?
6      A.    The next hat was assistant to the HR
7  director.  It was interim HR director and then
8  HR director, so it was both again at the same time,
9  assistant to the city manager, HR director.
10     Q.    So you were the HR director?
11     A.    Yes.
12     Q.    And interim HR director for a time?
13     A.    Well, it was first interim HR director,
14  and then it became a permanent role or title.
15     Q.    And how long did you serve in that role?
16     A.    A year, year and a half, maybe two.
17     Q.    Do you remember which years?
18     A.    I don't.  I'm sorry.  I know it was maybe
19  at the beginning of 2019 when I -- I accepted the
20  role of assistant city manager/legislative affairs.
21     Q.    Okay.  We will get there.
22         And what were your job duties as
23  HR director?
24     A.    Well, oversaw the entire operation of the
25  HR office from recruitment to retention, training

Page 36

1  personnel, discipline, the benefit package related
2  to health, constant communication with finance and
3  payroll.  Yeah, I mean, it was the whole
4  nine yards.
5      Q.    As HR director, who did you report to?
6      A.    The city manager.
7      Q.    Did you also report to the city manager
8  as the mobility manager?
9      A.    No.  So as the assistant to the city
10  manager -- and, again, mobility manager; assistant
11  city -- assistant to the city manager, dual role;
12  the city manager; parks and rec director -- or
13  parks director.
14     Q.    Sorry to jump around a bit.  As assistant
15  finance director, who did you report to?
16     A.    The finance director.
17     Q.    Okay.
18     A.    And then I also had the -- the -- the
19  dual cap of --
20     Q.    Yes.
21     A.    -- which was the city manager.
22     Q.    Was there an additional hat that you
23  wore, any other hats?
24     A.    I mean, you had the occasional -- besides
25  the -- the bilingual piece, you had the occasional

Page 37

1  resident issue where a higher skill of -- of either
2  cultural comprehension or bilingual proficiency was
3  needed and I assisted with.
4      Q.    You mentioned that you also served as
5  assistant to the city manager/legislative affairs?
6      A.    Uh-huh.
7      Q.    Was that the title?
8      A.    That was my -- that was my last role,
9  yeah.
10     Q.    Okay.  And that you started that
11  beginning 2019?
12     A.    Yes.  Without looking at my résumé, yes.
13     Q.    And you served in that role until you
14  left?
15     A.    Yes.
16     Q.    And what were your job duties for that
17  role?
18     A.    Yeah.  So as the assistant city
19  manager/legislative affairs I oversaw HR, the
20  HR office, public transportation program.  I took
21  care of the legislative affairs for the city,
22  coordinated and staffed the -- the Southwest Kansas
23  Coalition.
24         What else?  Staffed -- or was the -- the
25  staff for the Cultural Relations Advisory Board,

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023
Pages 38..41

Page 38

1  served as the ex official for the Dodge City YMCA.
2  I don't know.  I mean, there's a lot of hats, I
3  feel like.
4      Q.    It sure sounds like it.
5            So I just want to make sure that I have
6  that job title clear.
7      A.    Yes.
8      Q.    Is that assistant to the city manager?
9      A.    No.  That changed slightly, so --
10     Q.    Okay.
11     A.    -- prior -- so the other positions were
12  assistant to the city manager.  This one is
13  assistant city manager/legislative affairs.
14  There's a difference.
15     Q.    Yes.  And I was wondering what that
16  difference is at the risk of making an office joke.
17     A.    Yeah.  No, I mean, it's -- it's -- it's
18  perhaps a -- a higher pay grade, if you will.
19  Again, there was two of us.  And so when the city
20  manager was gone, we would, then, step in to, you
21  know, either answer questions or address issues
22  that came up that -- that we needed to address in
23  the absence of the city manager.
24     Q.    So as assistant city manager/legislative
25  affairs, you mentioned that you -- you oversaw HR?

Page 39

1      A.    Uh-huh.
2      Q.    And the public transportation?
3      A.    Right.
4      Q.    Was that a continuation of what you had
5  been previously doing?
6      A.    Just overseeing it.  I mean, I had,
7  obviously, staff that would run the operations,
8  would be in the -- in the weeds, for lack of better
9  terms.
10     Q.    You mentioned legislative affairs for the
11  city.  What do you mean by that?
12     A.    So I -- we -- we would prepare a
13  legislative agenda annually for the city, federal,
14  and state on issues related to the city, whether it
15  was housing, immigration, home role, you name it.
16  transportation, you name it.  And then, also, we
17  would work collaboratively with the cities of
18  Garden City and Liberal.
19            In 2012 they formed the Southwest Kansas
20  Coalition to -- to serve as a unified voice on all
21  those issues.  And we would have a separate
22  legislative agenda for that.
23            During the legislative session, I would
24  communicate or remain in constant communication
25  with our representatives -- local representatives

Page 40

1  at the state level.  Also worked with the federal
2  delegation on federal issues related to the ones
3  mentioned previously.
4            And then we would also work with our
5  lobbyist for the Southwest Kansas Coalition.  We
6  called it the SKC.  If I mention that moving
7  forward, that's what I'm referring to on -- on --
8  on those issues.
9            We would often write testimony on a law
10  being proposed and basically state our position
11  related to that issue.
12     Q.    You mentioned a legislative agenda for
13  the city and also a separate agenda for the
14  Southwest Kansas Coalition.
15     A.    Right.
16     Q.    What would you do with those agendas?
17     A.    Well, we would review the agenda before
18  approval from the governing body.  And we would
19  add or remove issues that either were addressed or
20  were -- or were of interest.
21            And so, for example, I mean, the
22  likelihood of removing an issue and being addressed
23  was slim to none, but we would add -- I think when
24  I started as the assistant to -- or when I started
25  with the City of Dodge City, we kept adding issues

Page 41

1  related to immigration because we wanted to be
2  proactive about those issues.
3            I think we talked about in that not only
4  the sensitive were asking or advocating for a
5  immigration reform because, obviously, that was a
6  larger issue for Dodge City and Southwest Kansas.
7            When I got on with the city, then we
8  added a different action for childhood arrivals as
9  one of the issues that we wanted to talk about and
10  include.  We would add -- we also added -- I think
11  it was a -- we added issues related to asking for
12  drivers' licenses for documented immigrants in the
13  state of Kansas, particularly in Southwest Kansas.
14  And so, again, because there was a -- there was a
15  need for the community.
16            And then we also added advocating for
17  United States Citizenship and Immigration Services
18  for Southwest Kansas since we had gotten started
19  those in 2015 -- '15, making one trip or appearance
20  in -- once year in each of the three communities in
21  Southwest Kansas.  And we wanted more frequent
22  services.
23     Q.    What was the purpose of creating the
24  legislative agendas?
25     A.    It was basically a communication tool for

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                              Pages 42..45

Page 42

1  our representatives on the different issues that
2  we -- that -- that we wanted to talk about and,
3  more or less, communicate where we stood on -- on
4  the different issues.
5         And so it was effective.  And, you know,
6  when that certain issue or particular issue would
7  come up, they would contact us and -- and say,
8  "Hey, what do you think about this proposal?  Do
9  you have any concerns?"
10        Or, more or less, we would contact our
11 representatives and say, "Hey, this doesn't work
12 for us.  It really affect our community," and so
13 forth.
14    Q.    And when you say, "we," you mean the City
15 of Dodge City?
16    A.    Correct, yeah.
17    Q.    So I think we've mentioned four or five
18 different titles that you've held:  assistant to
19 the city manager, mobility manager, assistant
20 finance director, HR director, and assistant city
21 manager of legislative affairs.
22    A.    Uh-huh.
23    Q.    Is there any other job title that you
24 held while you were in Dodge City?
25    A.    Other than my internships, no.

Page 43

1     Q.    Okay.  And I know you were kind of fuzzy
2  on the dates on which you held those specific
3  roles.  And the assistant to the city manager role
4  overlapped with a lot of these other ones.
5     A.    Correct.
6     Q.    Was there any overlap between your time
7  as mobility manager, assistant finance director, or
8  HR director?
9     A.    No, there wasn't.
10    Q.    So those were sort of consecutive or
11 separate periods?
12    A.    Separate.  So, I mean, you had -- I think
13 I always held the assistant to the city manager --
14    Q.    Uh-huh.
15    A.    -- in addition to mobility manager and
16 then --
17        (Stenographer asks for clarification.)
18    A.    Mobility manager, and then assistant
19 finance director and then HR director.
20    Q.    (By Ms. Ching)  And then you mentioned
21 that your final role was assistant city
22 manager/legislative affairs.
23        Was there any overlap between that
24 position and the other positions we talked about?
25    A.    The only overlap was this last fall when

Page 44

1  my HR officer resigned to move on to a new
2  opportunity.  And then I was more in the weeds in
3  the HR role.  So I -- I believe I only had, more or
4  less, an administrative assistant to help me, but,
5  obviously, it was a heavier load, if you will.
6     Q.    And assistant city manager/legislative
7  affairs, you said that you served in that role
8  beginning in early 2019 until you left?
9     A.    January -- I know it was at the beginning
10 of the year of -- of 2019.  I think that's correct,
11 but yeah.
12    Q.    Until you left?
13    A.    Yes.
14    Q.    When did you leave?
15    A.    To be exact, actually, I do remember this
16 date, January 3rd, 2023.
17    Q.    And why did you leave?
18    A.    I sought a new opportunity with the city
19 of Topeka, something that I enjoy doing related to
20 equity.
21    Q.    Okay.  Was there anything about your work
22 in Dodge City that made you want to leave Dodge?
23    A.    Not at all.  I enjoyed it.
24    Q.    Just thought I would ask.
25        Who was the city manager while you worked

Page 45

1  in the city government?
2     A.    Well, it was two.  My city manager,
3  Cherise Tieben; then she retired.  And then
4  Nick Hernandez.
5         THE STENOGRAPHER:  What is the
6     first name?
7         THE WITNESS:  Cherise Tieben.
8         THE STENOGRAPHER:  And then
9     what was the second person?
10        THE WITNESS:  Nick Hernandez.
11        THE STENOGRAPHER:  Thank you.
12        MS. CHING:  Cherise is
13    C-H-E-R-I-S-E.  Tieben, T-I-E-B-E-N.
14        THE STENOGRAPHER:  Thank you.
15        MS. CHING:  You're welcome.
16    Q.    (By Ms. Ching)  When did Ms. Tieben
17 retire?
18    A.    You're really testing my memory there.  I
19 want to say 2020.
20    Q.    And did Mr. Hernandez start right away?
21    A.    Yes.
22    Q.    Was there a gap in time between when
23 Ms. Tieben left and Mr. Hernandez started?
24    A.    No.  Actually, there was a little bit of
25 overlap, maybe a week or so.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023

Pages 46..49

Page 46

1    Q.    In your many roles with the city, did you
2  ever work directly with the commissioners?
3    A.    Yeah.  I mean, there was a lot of
4  instances when you interacted with commissioners,
5  you know.  So we would -- so there was two trips
6  related to my legislative affairs duty or hat to
7  Washington, D.C. to meet with our delegation.
8        One of them was with the Western Kansas
9  delegation, which is a group of -- a large group of
10 individuals that would go up there and have a
11 legislative update from staff.  And then they would
12 then meet individually with each of the
13 representatives or senators.  And then that was one
14 trip each year.
15       And then we would have -- up until the
16 pandemic, we would have the Southwest Kansas
17 Coalition trip, which was -- was a little bit
18 smaller group of people, a little bit more intimate
19 but very effective.
20   Q.    You went on these trips with
21 commissioners?
22   A.    Yeah.  It was typically one or two
23 commissioners, mainly the mayor.  On the SKC trip,
24 it would be the mayor.
25   Q.    Who was the mayor while you went on those

Page 47

1  trips?
2    A.    It changed every year; so --
3        I mean, you would have Joyce Warshaw,
4  Kent Smoll, Brian Delzeit, Rick Sowers.
5    Q.    Besides these annual trips --
6    A.    Uh-huh.
7    Q.    -- were there any other ways in which you
8  worked directly with the commissioners?
9    A.    Yeah.  I mean, you would have an issue
10 that would come from the community that didn't know
11 the answer to.  And we would assisted them, either
12 getting back to the resident or providing
13 additional info to get back to the resident.
14       I presented agenda items during their
15 official meetings.  What else?  I mean, it was a
16 small town, so we interacted a lot in our
17 professional roles.
18   Q.    You mentioned a resident bringing up some
19 issue that they didn't know how to present to the
20 commission.  Is that what you meant?
21   A.    No.  So, typically, what you have is a
22 complaint.  Let's say a resident reaches out to the
23 commission.  Then the commission's best practice
24 was to get it back to the city manager.  The city
25 manager, then, would kick it on to one of the

Page 48

1  staff.
2        Again, we were very respectful of that
3  point of communication because, again, the city
4  manager was the only employee that the city
5  commission oversaw.  And -- and so it was a best
6  practice to -- to follow.  Oftentimes, the city
7  manager would allow us to get back directly to the
8  commissioner on a particular item.
9    Q.    And then you mentioned that you presented
10 official topics during town meetings?
11   A.    Yeah.  If I needed approval, for example,
12 we would do an annual review of the legislative
13 agenda, either for the city or the SKC.  They were
14 separate and distinct.  And we needed approval from
15 city commission, so we -- I would present it and
16 basically ask for approval.
17   Q.    Were there any other times when you
18 worked directly with the commissioners besides what
19 we've already talked about?
20   A.    Just phone calls, complaints, official
21 business through the official meetings, those
22 trips.  There was conferences that we attended, the
23 League of Kansas Municipalities being one.  We also
24 had our annual meeting with the Southwest Kansas
25 Coalition.  They'd be present, you know.

Page 49

1        MS. CHING:  Okay.  We've been
2    going for about an hour.  Would you like
3    to take a break?
4        THE WITNESS:  We can continue.
5        MS. CHING:  Okay.
6        MS. EBERLINE:  I'd like to take
7    a break.
8        MS. CHING:  Okay.  Why don't we
9    take a five-minute break.
10       THE WITNESS:  All right.
11       MS. CHING:  We can go off the
12   record, please.
13       THE VIDEOGRAPHER:  All right.
14   The time is 11:22.  We are now off the
15   record.
16   (Brief recess taken.)
17       THE VIDEOGRAPHER:  All right.
18   The time is now 11:30 a.m., and we are
19   back on the record.
20   Q.    (By Ms. Ching)  Mr. de la Rosa, I'd like
21 to just ask you a few more questions about city
22 government generally.
23       Who makes the final decisions on city
24 policy related to city elections?
25   A.    It's probably going to be the city

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

Ernestor de la Rosa on 06/20/2023                    Pages 50..53

Page 50

1    commission. And I think about it just because this
2    issue hasn't come up. And when you talk about
3    elections in general, I always -- it always makes
4    me think of the county clerk on -- with the
5    elections office.
6         Q.   Why do you say that?
7         A.   Because the -- the county, under their
8    umbrella, they -- they run and operate the
9    elections with -- for county or the city. I mean,
10   if you were talking about, you know, what's being
11   discussed here about districts who are -- how
12   large, I would assume -- and you know what assuming
13   does -- it'd be with the city commission.
14        Q.   But Ford County is not the one who makes
15   decisions about city elections?
16        A.   Oh, city elections?
17        Q.   Yeah, city elections.
18        A.   Can you say -- I mean, what -- what do
19   you mean by "decisions"?
20        Q.   So let me see if I can narrow that down.
21             For example, at-large versus
22   district-based elections, the Ford -- Ford County
23   doesn't have a say in that decision.
24        A.   Correct. And my assumption in that --
25   with that question would be city commissioner

Page 51

1    voters.
2         Q.   Okay. What kind of input would
3    Ford County have on elections, on city elections?
4         A.   With that question in mind, I -- probably
5    none.
6         Q.   Who makes the final decisions on city
7    policy related to the city budget?
8         A.   The city commission.
9         Q.   We kind of touched on this earlier, but
10   let's say a member of the public has an idea for a
11   new ordinance or policy, and they bring it up at a
12   public commission meeting.
13             Can you walk me through the process of
14   creating or dealing with that new ordinance from
15   start to finish.
16        A.   Yeah.
17             MS. EBERLINE: Object to form.
18             You can go ahead and answer if
19        you understand.
20        A.   So, typically, in my experience through
21   city commission meetings, when a concern on a
22   certain policy's raid is -- raised or it's through
23   the public comments section, typically, the -- sort
24   of the rule with -- with those -- under those
25   meetings is it's usually no comment from city

Page 52

1    commission. Rather, there may be follow-up from
2    staff related to that complaint or suggestion.
3             And so, you know, during my -- my years
4    with the City of Dodge City, I didn't -- we didn't
5    see a whole lot because the community was just sort
6    of not engaged. I mean, the moment we saw more
7    people coming to city commissions -- city
8    commissions was during the pandemic over the mask
9    ordinance, or policy. And so other than that,
10   you -- you'd have almost no one show up.
11        Q.   (By Ms. Ching) Well, I want to
12   distinguish between someone coming to the city
13   commission with a complaint about a current policy
14   versus saying, "Hey, I have a completely new idea
15   for something that we should do."
16             Would the process of going to the city
17   commission be different between those two
18   situations?
19        A.   I'm going to assume it wouldn't because,
20   I mean, what I foresee happening is the city
21   commission directing staff to follow up and,
22   hopefully, either addressing that question or
23   complaint on some -- I mean, on a form of fashion,
24   again is -- yeah, I mean, it -- that would be
25   the -- the practice that we would follow.

Page 53

1         Q.   Okay. Let's just talk about the
2    complaint context.
3         A.   Okay.
4         Q.   Someone comes and complains. They say:
5    I don't like this thing that's happening.
6             And you said: The commission would not
7    respond directly at that time?
8         A.   For the sake of the meeting.
9         Q.   During the meeting, yeah.
10        A.   Correct.
11        Q.   And then they would direct staff to
12   follow up on that complaint?
13             MS. EBERLINE: Just a second.
14        Let me object to the line of questioning
15        just as vague. I mean, you're -- you're
16        not identifying any particular type of
17        complaint, so you're talking any form of
18        complaint whatsoever?
19             MS. CHING: I mean, the witness
20        raised the complaint.
21        Q.   (By Ms. Ching) So do you have a
22   particular complaint in mind that you're thinking
23   about --
24        A.   No. I mean --
25        Q.   -- would have happened?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 54..57

Page 54

1    A.    -- what I was referring to is just a
2  complaint.  I mean, somebody could be talking about
3  pit bulls running without a muzzle, or they could
4  be talking about bees in the city or chickens, you
5  know -- you know, allowed in the city.  It could be
6  a plethora of different issues.
7    Q.    Okay.  Did those actually happen?
8    A.    I mean, yeah, you can see.  I mean,
9  sometimes people would ask, "Hey, can chickens be
10 allowed in -- in the city?"  Or, I guess, what's a
11 common one?
12       I mean, we saw -- during my time there, I
13 mean, there was a lot of complaints about the
14 streets and the street condition.  And so --
15 whether it was a pothole on the streets in front of
16 their house or items as such.  And so you would see
17 those often.
18       What we would typically do is -- as a
19 follow-up from staff, is follow up with the
20 individual and hopefully try to address their
21 complaint.
22    Q.    When you say, "follow up with that
23 individual," what do you mean by that?
24    A.    Just follow up:  "Hey, you know, what are
25 we talking about here?"  What -- what's really the

Page 55

1  meat and potatoes of the complaint?  And if we
2  needed to fill a pothole in this case, then public
3  works would do that, if possible.
4    Q.    So the staff would have a further
5  conversation with that individual about that
6  pothole?
7    A.    Yeah.
8    Q.    And then -- and then do what with that
9  information?
10   A.    Seeing if -- if, one, either we can fill
11 the pothole, or if there was going to be a
12 reconstruction project already kind of slated for
13 that street or, you know, kind of assess the
14 situation and -- and see what possible solutions
15 are to address it.
16   Q.    So the staff does that further
17 investigation.  Let's say they decided that we
18 could fill the pothole.  What do they do?  What
19 does staff do, then, with that information?
20   A.    You -- I mean, I wouldn't call it
21 investigation; I -- I would say follow up on that
22 particular complaint.  And, you know, if there was
23 a pothole that we -- certainly public works could
24 address or fill -- fill it, then public works would
25 get the directive to fill it.

Page 56

1    Q.    So the staff doing the follow-up would
2  then tell public works to go fill the pothole?
3    A.    I mean, if it -- this was handled by the
4  city manager, yeah.  I mean, you -- you're talking
5  to the director of public works.  And the director
6  then kicks it down to the front lines.
7    Q.    And I believe you mentioned earlier, as
8  part of the city's process of getting a complaint,
9  that, you know, the commission would direct staff
10 to go do the follow-up, and then staff would report
11 back to the commission or to provide an official
12 response to the complaint?
13   A.    Yeah, we would follow up on the
14 complaint.  And so, typically, you know, as a
15 common sense, is if we can address that issue, we
16 would address it and then report back to the city
17 commission, "Hey, we've addressed the pothole
18 issue," for example, just to close the circle.
19   Q.    So that's -- that's in the context of
20 somebody coming to the commission with a complaint?
21   A.    Right.
22   Q.    I want to ask you about a context where
23 there is no complaint about an existing situation,
24 but let's use your chicken example.  Somebody comes
25 to the city commission and says, "Hey, I'd like

Page 57

1  to -- I think the city should have an ordinance
2  about having chickens in your backyard."
3        Is that process by which the commission
4  directs city staff to do some -- you don't like the
5  word "investigation," but research --
6    A.    Right.
7    Q.    -- follow-up?  Is that the same general
8  process?
9    A.    I -- yeah.  I mean, in -- since it could
10 then -- for example, in the example of chickens,
11 if -- really, "ordinance" relates to more of a sort
12 of a legal question.  And, you know, then they
13 would direct staff to conduct the research and, you
14 know, provide a -- this is pros and cons, and this
15 is staff recommendation, if you will.
16   Q.    So the staff researches the issue and
17 then provides the commission with its -- with
18 the -- their recommendation?
19   A.    A possible recommendation or kind of
20 like, you know, sort of an assessment and,
21 obviously, when deemed possible, a recommendation.
22 But probably -- it doesn't always happen.
23   Q.    "It doesn't always happen," meaning a
24 recommendation doesn't always get sent to the
25 commission?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                              Pages 58..61

Page 58

1    A.   I mean, in most of times, yes, you can
2  provide a recommendation.  But I'm -- I guess I
3  made that statement saying, you know, if you have
4  the position to make a recommendation, you would do
5  it, but it's not always possible to do that.
6    Q.   Okay.  So the staff provides that
7  recommendation or assessment to the commission?
8    A.   Right.
9    Q.   And then the commission decides whether
10 or not to pass an --
11   A.   Take it up or, you know, pass an
12 ordinance or fund it or whatever you --
13   Q.   So in your many roles working for the
14 city, did you become familiar with how the
15 commission functions?
16   A.   Yeah.  I mean, yeah.
17   Q.   Would you say that you became familiar
18 with how the commission makes decisions?
19   A.   Yeah.
20   Q.   Are you aware of any rules about
21 commissioners meeting with each other for city
22 business?
23   A.   Yeah.  I mean, under the Kansas Open
24 Meetings Act, you can't have the majority meet
25 together.  We had a best practice to -- to follow

Page 59

1  that law or statue [sic], we would notice.  And
2  then also, too, the city manager would meet with
3  new commissioners ensuring that, you know, they
4  would abide by the statue but also ensure that, you
5  know, we didn't have a majority of commissioners
6  meeting together.
7    Q.   So let's say, like, three commissioners
8  and their spouses went out to dinner.  Under those
9  rules, they could not talk about city business at
10 that time?
11   A.   Correct.  But we never, to my knowledge,
12 had that issue of, you know, knowingly having three
13 commissioners and their spouses meeting together.
14   Q.   That's just a random example?
15   A.   Right.
16   Q.   I'm not saying that that ever happened.
17   A.   Okay.  Just clarifying.
18   Q.   Are there any rules on who the
19 commissioners can meet with outside of, you know,
20 each other on talking about commission city
21 business?
22   A.   Not to my knowledge.  Other than
23 following that particular statue, no.
24   Q.   Are you aware of any rules about holding
25 commission meetings?  Time?  Place?

Page 60

1    A.   We were -- we followed best practice.
2  And I say "best practice" for lack of better terms,
3  but rather a recurring time and location.
4         So, for example, during my time in
5  Dodge City, we never changed the location or the
6  time.  You would have special meetings, but we
7  obviously made a concerted effort to notify the
8  public about it through the system, the current
9  system they have, and then obviously post it
10 through social media.
11   Q.   I want to shift gears a little bit and
12 talk about city elections now.
13        Who is eligible to vote in city
14 elections?
15   A.   American citizens within that city limit.
16   Q.   City residents?
17   A.   Yeah.
18   Q.   Does the city conduct any outreach to the
19 Latino community regarding voting?
20   A.   So related to voter engagement, we --
21 during my time there we respected the role and the
22 duties of the Ford County clerk's office for
23 elections.  But we did do concerted efforts on
24 providing transportation for early voting and
25 during elections.  You know, we would provide

Page 61

1  door-to-door service for -- for those events and at
2  no cost to the -- to the residents that needed it.
3         We also translated documents, whether it
4  was polling location, dates, and some of those
5  logistical info.  Oftentimes, you would have the
6  county clerk's office reach out to me directly and
7  reviewing the Spanish version of like whatever she
8  was about to post on -- related to voter or -- or
9  elections office.  And I would do that.
10        And then -- what else?  Also, I think, at
11 every election, internally, I and other
12 colleagues -- in this case, maybe Melissa McCoy --
13 we would send out an email to city employees
14 citywide through our city email encouraging them to
15 vote.  And they could vote during office hours or
16 work time.
17   Q.   So you said the city wanted to respect
18 the county's role --
19   A.   Right.
20   Q.   -- in elections.  What do you mean by
21 that?  Can you elaborate?
22   A.   Yeah.  I mean, you know, to my knowledge,
23 the county -- Ford County's clerks runs the
24 elections in Ford County.  And so that's their
25 role.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 62..65

Page 62

1    As a public entity, we always tried to be
2 respectful and sort of, again, for lack of a better
3 term, stay in our lane and not intervene with their
4 operations, and so this was one of them.  As sort
5 of assisting them and to try to do an effort of
6 informing our residents, we would then share either
7 their post on office hours for early voting,
8 elections, poll locations, and so forth.
9    Q.    So the information that the city would
10 pass on to residents would be information that the
11 city obtained from the county?
12    A.    Correct.
13    Q.    The city did not provide its own
14 information?
15    A.    No.  I mean, oftentimes -- I mean, I saw
16 one incident where, you know, the intern at the
17 time saw the flyer of office hours and dates.  And
18 it was a little bit confusing.  It was English and
19 Spanish.  And then we created our own graphic with
20 that same info but a little bit more simplified
21 and -- and accessible to share with our employees.
22    Q.    Okay.  But the city doesn't independently
23 provide information about elections or voter
24 election materials beyond what the county provides?
25    A.    I mean, other than that piece, I know we

Page 63

1 were -- we would provide -- so there's two things,
2 actually, that come to mind.  So we -- through our
3 USCIS mobile services or --
4    (Stenographer asks for clarification.)
5    A.    -- USCIS mobile services, or that
6 partnership field office in Wichita.
7    So we would have -- I think we hosted
8 three or four citizenship naturalization ceremonies
9 in Dodge City.  Our largest one was 250, maybe.  In
10 that instance we would contact the Ford County
11 clerk's office or elections office to set up a
12 booth and hopefully register those that were just
13 freshly naturalized to -- to vote, so there were
14 multiple instances there.
15    Also, we would post and would have voter
16 registration forms in our utilities lobby, English
17 and Spanish, for people that wanted to register to
18 vote.
19    What else?  I mean, it -- it was just
20 items like that or initiatives like that that we
21 would "help," for lack of better terms, "spread the
22 word" with the community.
23    I know, through these Strategic Planning
24 for Welcoming and -- and Integration, civic
25 engagement was a section of that.  And I believe

Page 64

1 we -- I'm not remembering all of it, but we
2 would -- we included to ramp up the -- the
3 information and education of voter engagement.
4    Q.    (By Ms. Ching)  But that outreach from
5 the city consisted primarily of passing on
6 information from the county?
7    A.    Yeah.  Again, given that it wasn't our
8 role in terms of elections and operating elections,
9 we made a concerted effort to -- to pass it on to
10 the community and, you know, educate them on -- on
11 local elections.
12    Q.    How often would that happen that you
13 would get information from the county and that you
14 would pass it on?
15    A.    I mean, it was usually around when we
16 were about to have elections.  And so --
17    Q.    Sure.
18    A.    -- it was typically, obviously, leading
19 up to the elections date.  And -- but having the
20 right voter registration ballots or forms in our
21 lobby was regularly -- during the naturalization
22 ceremonies, we would have a booth regularly and
23 ensure that there was somebody there to hopefully
24 get new citizens registered to vote.
25    And, obviously, transportation was

Page 65

1 regularly coordinated leading up to elections.
2    Q.    I'm just asking about information about
3 the elections, not --
4    A.    Just leading up -- just leading up to
5 elections, yes.
6    Q.    And the people running those booths were
7 providing the booths that you mentioned with the
8 voter registration packets and stuff, the people at
9 those booths, were those county employees?
10    A.    Yeah, yeah.  I think, under the new law
11 of voter -- registering voters, we couldn't do it
12 for anybody else.
13    And then during those booths, I know
14 Debbie was -- made a concerted effort to have
15 somebody in Spanish as well.
16    Q.    You mean Debbie Cox?
17    A.    Yes.
18    Q.    So beyond sending emails to city
19 employees reminding them that they can go vote on
20 company time, as it were, did you ever encourage
21 other people in Dodge City to vote?
22    A.    I mean, we would make our social media
23 post sharing the county's information about
24 elections through our social media platforms.  Our
25 best practice there, per following the PIO's

**Page 66**

1  recommendation or advice was, we generally -- in
2  any topic, we would share that post made by the
3  county through our social media platforms.
4       If needed to and there was a lack of, we
5  would certainly put it out there.  But as a city
6  organization trying to share and disseminate
7  information from somebody else, another public
8  entity in this case, we would share their post on
9  that particular topic.
10      Q.  And so as part of this, I mean, not --
11  you were a little unsure about the term "best
12  practices" earlier and whether you felt that was
13  appropriate.  But --
14      A.  I say that, "best practice."  I mean, we
15  normally did it, and that was the best we could do.
16      Q.  Okay.  It's not best practices, as in,
17  there's some sort of guide out there that you're
18  following?
19      A.  Right.  I mean, collectively, we thought
20  that that would be our best practice.
21      Q.  Okay.  And the thought was that it was
22  better for the city just to share information that
23  it got from the county instead of --
24      A.  Right.  I mean, we --
25      Q.  -- providing additional information?

**Page 67**

1       THE STENOGRAPHER:  Wait a
2  minute.  Okay.  And I didn't get the
3  last --
4       THE WITNESS:  I'm sorry.
5       THE STENOGRAPHER:  -- part of
6  your question.
7       It's okay.
8       -- "that it got from the county
9  instead of"?
10      MS. CHING:  -- "providing its
11  own information."
12      A.  Yeah, with -- with that question.  I
13  mean, again, we didn't want to intrude with their
14  operation.  But, also, there was this liability
15  concern that we didn't want to spread incorrect
16  information from somebody else's operation.
17      Q.  (By Ms. Ching)  And in those posts that
18  you reshared from the county or in the emails that
19  were sent out to city employees saying, "Hey, you
20  should go vote," did you ever suggest that they
21  vote for any particular candidates?
22      A.  Oh, no, no.
23      Q.  I didn't think so.
24      A.  Yeah.  No.  I mean, ethically, you can't
25  do that.  You're a city employee; you must remain

**Page 68**

1  neutral.  And, you know, even personally, I
2  wouldn't do that.
3       Q.  Uh-huh.  How about on your own time,
4  off --
5       A.  No --
6       Q.  -- the clock?
7       A.  -- no.  You know, I certainly believe
8  in -- in the city management profession, public
9  service profession, not even putting a sign in our
10  own properties.  You know, we -- we respect it.
11  And it's a small community.  You don't want to
12  polarize it.
13      Q.  Sure.  What do you know about voter
14  turnout in Dodge City for city elections?
15      A.  It's low.  That's where, you know, our
16  welcoming and integration strategic plan focused a
17  lot on.  We knew that voter turnout was probably
18  greater in presidential elections, government -- or
19  governor elections, but local elections was very
20  low.  And we were concerned about that.
21      We even talked to groups such as the
22  adult learning center with the community college
23  classes about local elections.  In fact, during
24  our -- Engage Dodge is a program for the general
25  public.  And then we would host Spanish-speaking

**Page 69**

1  groups through this program.  We would have -- one
2  of the first sessions was city commission and the
3  city manager's office.
4       Basically, the entire goal is to provide
5  some sort of civic engagement education for our
6  newcomers or the general public.  And during that
7  session the commission would provide sort of an
8  overview of their role as a city commission or
9  mayor.  And then the city manager would provide
10  sort of an overview of their role as city manager
11  or city manager's office.
12      We also would talk about local elections
13  in -- and as a general information as to, you know,
14  closest to the people, we probably make decisions
15  that impact our residents the most.  Because you
16  live here, you are closest to us.  You know, we
17  decide and pass a budget annually.  And, you know,
18  the city commission determines or approves whether
19  your street is going to be reconstructed or not.
20  And so it was a very concerted effort to -- to do
21  that.
22      And the -- when there was a language --
23  during the newcomers Engage Dodge program, we also
24  made a concerted effort to have translation for the
25  language barrier issue there.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 70..73

Page 70

1    Q.    Are you aware of any racial disparities
2  in voter turnout in Dodge City?
3    A.    What do you mean by "racial disparities"?
4    Q.    By that, I mean, do certain racial groups
5  vote at different rates?
6          MS. EBERLINE:  Object to form.
7    Calls for speculation.
8          You can answer if you know.
9    A.    So just understanding what you just
10  asked, I think you -- you have disparities
11  because -- here's my experience living nine years
12  or more in Dodge City.  You have a large percentage
13  of the community that is either a refugee or
14  first-generation immigrants.
15          Either in Dodge City or in Topeka, the
16  same scenario.  I always say, in my own
17  experience -- and being an immigrant myself,
18  immigrants -- first-generation immigrants, they are
19  dealing with a lot of challenges and issues.  And I
20  always say, you know, we're dealing with -- you
21  know, my people is dealing with sort of the
22  Maslow's pyramid of needs of --
23          (Stenographer asks for clarification.)
24    A.    Maslow's pyramid of -- of needs.
25          On the first level, kind of providing

Page 71

1  food on their table; you know, getting their kids
2  to -- to work.
3          And so we saw the persistent issue with
4  civic engagement, not just on elections, with
5  first-generation immigrants or refugees because,
6  you know, the -- the culture and -- and sort of the
7  environment in -- in Dodge City or Western Kansas,
8  Liberal, Garden City, you're dealing with an
9  eight-hour shift.
10          And so ask my parents, for example, that
11  work at the meat-packing plant to engage in a city
12  commission meeting after eight or nine hours of
13  work in a meat-packing plant and still having to
14  take their kids to work; going to the grocery
15  store; doing laundry; cleaning the house, it's
16  overwhelming for them.  And, yes, you're going to
17  have disparities there.
18          And also, too, I will add, you have a
19  lack of knowledge on local elections for the
20  immigrant community, you know.  Local elections in
21  my State in Mexico are completely different than
22  the US.  And so you have a cultural challenge there
23  too.
24    Q.    (By Ms. Ching)  Are you aware of how the
25  Latino voter turnout compares to non-Latino voter

Page 72

1  turnout?
2          MS. EBERLINE:  Objection.
3    Calls for speculation.
4          You can answer if you know.
5    Q.    (By Ms. Ching)  I'm just asking if you're
6  aware.
7    A.    I'm not.
8    Q.    So you mentioned -- well, strike that.
9          Are you aware of any steps the city has
10  taken to try to improve voter turnout in the Latino
11  community?
12    A.    Other than the initiatives that we took,
13  again, respecting the county's role as they operate
14  elections, we -- we tried our best, you know.  That
15  was part of our plan during the -- the strategic
16  planning is to continue the efforts in education
17  and disseminating information related to -- to
18  voter engagement.  That's the biggest issue.
19          You know, even when you talk to Blanca,
20  who was appointed as a city commission early on to
21  fulfill one term, and to seeking re-election, for
22  her, the support of engaging voters and her
23  campaign was nonexistent.
24          And her being a single mother with a
25  full-time job and engaging in a campaign effort and

Page 73

1  with a community that is largely immigrant and --
2  I'm going to speculate -- little to no knowledge on
3  local elections was a challenge and an uphill
4  battle for her.
5          And, quite frankly, I -- I've said this
6  before because I know that the ACLU had a
7  representative there to -- there go and have
8  meetings every so often.  We don't have the
9  nonprofit infrastructure that you would typically
10  have in LA or Topeka, for lack of better terms, or,
11  you know, for example, that could help these people
12  running for office, especially people of color.  We
13  just don't have that.
14          You have Catholic Charities, which is
15  providing legal assistance to the immigrant refugee
16  community.  But other than that, you don't have
17  other agencies that could do that advocacy for --
18  for the community or the candidates.
19    Q.    So you see the -- that the entities who
20  should be providing that sort of education as
21  that's the job -- sorry.  I'm not asking this very
22  well.
23          Is it your view that it is up to the
24  county and these non-profits to provide that sort
25  of voter education?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 74..77

1    A.    I think the city could take a role,
2  right, of providing that general education.  But I
3  think there's a balancing act of city employees
4  remaining neutral and -- and engaging in voter
5  engagement.  Yes, we can provide that, but we also
6  need to be respectful of what we can and can't do.
7  Given the limits of state statues.  I know we can't
8  do voter registration events because of the current
9  laws or -- or state statue.  And, also, respecting
10  the role of the clerk's office on elections, you
11  know, it's -- it's a balancing act.
12         Could we do more in terms of, perhaps,
13  year-round?  Yes.  But in my mind, in my humble
14  opinion, it's a balancing act, given that the city
15  does not run elections; that it's not necessarily
16  our forte; and, you know, the liability of, you
17  know, messing up and -- and providing incorrect
18  information to the residents.
19    Q.    And earlier you mentioned Blanca.  Is
20  that Blanca Soto?
21    A.    Correct.
22    Q.    So you mentioned, for example, asking the
23  county to have people run a booth at the new
24  citizens' ceremony with voter registration
25  paperwork.

1    A.    Right.
2    Q.    You mentioned the Engage Dodge program
3  and something about newcomers?
4    A.    I mean, I meant newcomers because we --
5  Engage Dodge, late as of last year, we sort of
6  separated them because of the language barrier
7  issue.  So we would have had the general public
8  English-speaking folks in one class.  And we would
9  have those that needed translation separately
10  because it was sort of a wonky situation if we
11  needed to go back and translate during the same
12  session.  So we -- we sort of separated them and --
13  and had one group.
14    Q.    So those -- having the county come run
15  those booths and then the Engage Dodge program, are
16  there any other steps that the city has taken to
17  try to improve voter turnout in the Latino
18  community?
19    A.    I mean, it was part of our strategic plan
20  for welcoming and integration.  We provided the
21  translation on our -- or the information through
22  our social media platforms, Engage Dodge,
23  citizenship ceremonies.
24         What else?  I mean, it was just mainly
25  general posts on:  Hey, elections are happening

1  today.  Here are the office hours, dates.  Yeah.
2    Q.    Any other steps that you can remember?
3    A.    Not to this -- not at the moment.
4    Q.    Okay.  Do you recall when Ford County
5  changed the polling location for Dodge City in
6  2018?
7    A.    Yes.  It was a mess.
8    Q.    What do you remember about that?
9    A.    Well, I remember -- so I just remember
10  seeing this guy.  And I can't remember.  He was out
11  of town.  And he did a video of walking to the
12  polling location.  And there was a big hubbub of,
13  "Oh, you know, it's out of the -- out of the city
14  limits and" -- and so forth.
15         And so, yes, as a staff member there was
16  a lot of backlash.  The vast majority from out of
17  state or town on this particular issue.  It was
18  nasty because we received letters.  We would get
19  voice mails.  We would get calls on something that
20  the city didn't run and wasn't responsible for.
21         And so we tried to remediate it through,
22  you know, providing transportation and having staff
23  at the old polling location to ensure our voters
24  went to the right location.  We would have English
25  and Spanish, again, where that was consistent.

1         Even folks from California and other
2  states brought their own transportation vehicles
3  because the -- the national media made this
4  headline that, you know, transportation is a big
5  issue because of the polling location.  And, in
6  fact, that was not what was the reality.
7         You know, they brought their buses and
8  vans.  And I provided public transportation through
9  our public transportation program.  And at the end,
10  we -- we provided transportation for 16 people.
11  And three of those were our own bus drivers.
12         So the reality between local -- what's
13  happening on the ground versus the -- the -- the
14  media story at the national level was completely
15  disconnected and really uncalled for, because it
16  was just a horrible time for -- for staff and
17  ourselves, because we were the ones getting the
18  calls.
19    Q.    Uh-huh.
20    A.    We were the ones getting the -- the --
21  the letters.
22         And you never knew if there was something
23  in those letters.  It was a frustrating time.  And,
24  you know, we had to dedicate all of our attention
25  to this particular issue and attending all of those

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                          Pages 78..81

Page 78

1  calls.  And it was just frustrating.
2      Q.    Do you recall what the community's
3  reaction was, the local community?
4      A.    Well, that was kind of the frustrating
5  part.  We never heard from the community.  And if
6  we did, it was probably a few.  It was -- the vast
7  majority was from out of town.  And that's what's
8  frustrating to date, is that there is this
9  perception that this horrible thing happened.
10          And, believe me, I don't agree with
11  changing the poll location, you know.  On its face,
12  it looks bad.  But the reality, living in
13  Dodge City was the fact that everybody has their
14  own vehicle.  And, yes, we provided transportation,
15  and transportation is available for those that need
16  it.  And -- and it wasn't seen as a big challenge
17  from the -- from our -- from our community
18  standpoint.
19      Q.    Why didn't you agree with it personally,
20  changing the polling site?
21      A.    Well, I mean, you know, it sort of felt
22  like kind of an afterthought to me is let's make it
23  accessible for -- for the people.  And so after
24  that event I worked with Debbie Cox to -- to have
25  the Hoover Pavilion be a polling location.  It's

Page 79

1  almost central to the community, accessible to the
2  community.  And if somebody didn't have
3  transportation, then they could either walk or seek
4  transportation services through our transportation
5  program.
6      Q.    Did -- or how did the city learn that
7  Ford County was changing the polling location?
8      A.    So my own experience was -- and what I
9  can remember, I told you about the guy making the
10  video, and I saw it on social media, Facebook in
11  this case.  I vaguely remember that we were just
12  dealing with the calls and kind of this -- it just
13  blew up in our face.  And because they were seeing
14  Dodge City as opposed to Ford County, we were
15  getting hit with all of those calls.  And I just
16  vaguely remember that -- that reaction.  And just
17  sort of like, the next day, boom, there -- there it
18  is.
19      Q.    So the city was not aware of that polling
20  change until all the media attention?
21      A.    I'm not saying that the city wasn't
22  aware.  I'm saying, personally, I don't remember
23  seeing it.
24      Q.    Are you aware of whether Ford County gave
25  the city advance notice that it was going to change

Page 80

1  the polling location?
2      A.    I'm not aware.
3      Q.    Okay.  Who would have -- who would the
4  county have talked to about that?
5      A.    If they had sent any sort of notice --
6  and, again, I'm speculating here -- it would have
7  been to the city manager or city commissioner.
8      Q.    But you never saw any notice yourself?
9      A.    No.
10          I don't want to say, because you said
11  "never," not -- not that I remember.
12      Q.    Not that you were ever aware of?
13      A.    Right.
14      Q.    Okay.  Thank you for clarifying that.
15      A.    Uh-huh.
16      Q.    Do you recall whether the city had any
17  discussion among city employees about moving the
18  polling location?
19      A.    Oh, no.  It wasn't our operation.
20      Q.    Okay.  So the city -- the city felt that
21  its hands were tied in terms of where the polling
22  location was?
23      A.    Again, it wasn't our operation.  It
24  wasn't our responsibility.  I don't remember ever
25  having a conversation about the polling location,

Page 81

1  only after it had already happened, only after the
2  many calls and nasty voice mails.
3      Q.    Sure.  Did the city ever go to Debbie Cox
4  and ask her for an explanation of why the polling
5  site had been moved?
6      A.    I don't remember.  I'm not aware of it.
7      Q.    Are you aware of the city asking Ms. Cox
8  to keep the polling site where it was?
9      A.    I don't remember, but I can speculate
10  and -- and see that maybe the city manager, after
11  having all these calls, went back and say, "Hey, is
12  there any way, shape, or form that you can keep the
13  current location?"
14      Q.    But you don't believe that happened?
15      A.    I don't remember.
16          MS. EBERLINE:  Object to form.
17      A.    I don't -- I honestly don't remember.
18      Q.    (By Ms. Ching)  Okay.
19      A.    Because, if I understand, the existing
20  polling location was under construction or going to
21  be under construction, and so -- but I vaguely
22  remember just sort of that high-level conversation
23  that they were, after the fact of having so many
24  calls and nasty emails and whatnot.
25      Q.    Uh-huh.

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023
Pages 82..85

Page 82

1      (de la Rosa Deposition Exhibit No. 18
2      was marked for identification.)
3      Q.   (By Ms. Ching)  So I'm going to show you
4  a document that has been marked as Exhibit 18.
5  Flip through that and let me know when you're done
6  looking at it.
7           MS. CHING:  And, for the
8      record, Exhibit 18 is a document Bates
9      stamped Dodge City 0003686 through 87.
10     A.   Do you have the press release?
11     Q.   (By Ms. Ching)  That's a separate
12  document --
13     A.   Okay.
14     Q.   -- but we can talk about that in a
15  minute.
16     A.   Okay.  Yeah.
17     Q.   Do you remember this email chain?
18     A.   Yeah.  I was included in it.
19     Q.   Okay.  According to these emails you
20  drafted a press release about the change in polling
21  location from English to Spanish, correct?
22     A.   I wouldn't call it "drafted."  I
23  translated it.
24     Q.   Okay.  Sorry, my mistake.  You translated
25  it, correct?

Page 83

1      A.   Yes.
2      Q.   Who asked you to do that?
3      A.   It appears that we -- I was working with
4  the PIO; city manager; and my colleague, assistant
5  city manager, Melissa McCoy.
6      Q.   So you think maybe Melissa asked you to
7  do that, to translate the document, the press
8  release?
9      A.   Just a second.  Yes.
10     Q.   You can put that aside.
11          (de la Rosa Deposition Exhibit No. 19
12          was marked for identification.)
13     Q.   (By Ms. Ching)  I'll show you what's now
14  been marked as Exhibit 19.  That is Bates stamped
15  Dodge City 0003688 through 89.
16     A.   Okay.
17     Q.   Do you recognize this document?
18     A.   Now I do.
19     Q.   Is this the press release that you were
20  asking me about?
21     A.   Yes, ma'am.
22     Q.   That was mentioned in the email that we
23  just looked at?
24     A.   Correct.
25     Q.   And the first page is an English version.

Page 84

1      A.   Uh-huh.
2      Q.   And the second page is a Spanish version.
3      A.   (Witness nods head.)
4      Q.   And is that Spanish version the one that
5  you translated?
6      A.   I believe so, yes.
7      Q.   Does this appear to be the final version
8  of the press release that was actually sent out?
9      A.   It appears to be, yes.
10     Q.   Who was that press release sent to?
11     A.   To the general public.
12     Q.   How was it published?
13     A.   It was -- I'm going to make the
14  assumption that it was either released through our
15  social media platforms and maybe -- I want to say
16  there was an email list serve that we used to have.
17  Also, they -- the PIO used to have this sort of
18  list of residents that would sign up through the
19  community newsletter.
20     Q.   Is that how press releases would normally
21  be published?
22     A.   I think, in -- in -- given the event, we
23  utilized every channel that the city had to
24  disseminate the information.
25     Q.   Who was this release from?

Page 85

1      A.   Mayor Kent Smoll.
2      Q.   I would like to direct your attention to
3  the second paragraph, starting with "I submitted a
4  letter."
5      A.   Uh-huh.
6      Q.   Can you read that paragraph out loud,
7  please.
8      A.   (As read):  I submitted a letter to the
9  press on October 23rd -- 23rd, 2018, addressing
10  this matter.  In case you missed it -- this
11  opportunity to receive accurate information, I will
12  reiterate what was stated in the letter and expand
13  the information as it has evolved.
14     Q.   Were you involved in that previous press
15  release mentioned?
16     A.   I don't recall.
17     Q.   Do you know how that other press release
18  was published?
19     A.   I don't recall.
20     Q.   Who decided that this press release was
21  necessary?
22     A.   I'm going to make the assumption that it
23  was city manager in consultation with mayor and
24  other governing body or commissioners after getting
25  calls, concerns on this issue.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 86..89

Page 86

1    Q.    In the process of working on this press
2  release, are you aware of what the city was trying
3  to accomplish by sending it out?
4    A.    Probably disseminating information about
5  the issue and disseminating accurate information.
6    Q.    There is a numbered list of facts in this
7  press release.  Can you please read No. 4 out loud.
8    A.    (As read):  On October 4, 2018, prior to
9  this issue rising to the level of state and
10  national media attention, city officials announced
11  the city would provide free public transportation
12  rides from the border -- from the voter's door to
13  the polling -- polling site door, with another free
14  return ride.
15    Q.    And those are the bus rides, the minibus
16  rides that we talked about earlier?
17    A.    Uh-huh.  Yeah.
18    Q.    Okay.  Can you please read No. 5 out
19  loud.
20    A.    (As read):  City officials decided last
21  Friday that free rides will be available until
22  Election Day from door to door for voters to the
23  Government Center for any citizens who desire to
24  participate in advance voting opportunities for
25  the -- at the Ford County Government Center.

Page 87

1    Q.    Do you know who the city officials are
2  referenced there who decided to expand the free
3  transportation to advance voting?
4    A.    It could be a mixture of corporate --
5  commissioners and administrative staff, appointed
6  staff.
7    Q.    What do you mean by "administrative
8  staff"?
9    A.    Appointed staff.
10    Q.    Appointed staff?  Who would that include?
11    A.    It probably includes the city manager's
12  office.  In this case, city manager and the two
13  assistants and maybe the PIO.
14    Q.    Do you know how that decision was made to
15  expand the transportation to advance voting?
16    A.    You know, it was one of those -- I assume
17  it was going to -- it was one of those programs
18  that we operated and managed, and so -- and we've
19  done it in the past, and so why not?
20    Q.    Do you recall being a part of that
21  decision-making process?
22    A.    I vaguely recall just high-level
23  conversations.
24    Q.    Okay.  Was this the time when you were
25  directly overseeing that transportation program?

Page 88

1    A.    Correct.
2    Q.    But you don't recall having a
3  conversation about expanding this to advance
4  voting?
5    A.    I mean, it was just sort of an initiative
6  that we've done over years through elections.  I
7  mean, we've always done early voting and during the
8  elections.
9    Q.    Meaning you provided free transportation?
10    A.    Yeah.
11    Q.    So if we go back to No. 4 --
12    A.    Uh-huh.
13    Q.    -- it says, "On October 4th, 2018...city
14  officials announced the city would provide free
15  public transportation rides" --
16    A.    Uh-huh.
17    Q.    -- "from the voter's door to the polling
18  site door."
19    A.    Uh-huh.
20    Q.    Is October 4th, 2018, when that free
21  transportation program began?
22    A.    According to this document, yes.
23    Q.    Were you involved in the creation of that
24  transportation program?
25    A.    In the early stages, yes.  I mean, I -- I

Page 89

1  helped with some of the planning leading up to the
2  expansion of the public transportation program with
3  the fixed routes.
4        Now, one of -- so the program was
5  grant -- is grant-funded -- funded by state
6  funneled through -- through the state by the
7  federal government.  And in order to provide free
8  rides in the community, you can't provide it to a
9  particular group or section of the city.  You have
10  to provide it to all, to the general public.
11        And so I'm going to make the assumption
12  that the expansion happened beyond fixed-route
13  services, door-to-door services, and not just
14  during Election Day but also early voting.
15    Q.    Can you please read No. 6 out loud.
16    A.    (As read):  City officials discussed with
17  county clerk the possibility of adding...second
18  polling location for this election.  There are
19  several barriers to this option, including timing
20  requirements, ballots, and the fact that the --
21  that voting is already underway.
22    Q.    How many polling sites were there in
23  Dodge City in 2018?
24    A.    I think there's always been two.
25    Q.    And have there been more polling

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                              Pages 90..93

Page 90

1   locations opened since then?
2        A.    Not to my knowledge.
3        Q.    Why not?
4        A.    I don't know.
5        Q.    That's fine.
6              Are you aware of anything the city has
7   done to encourage or work with the county to open
8   more polling sites?
9        A.    I mean, other than providing the
10  Hoover Pavilion as a polling location that was
11  somewhat centralized and accessible to the public,
12  I don't remember engaging in -- in conversations
13  with the county about adding additional polling
14  locations.
15       Q.    Can you tell me about that process of
16  having Hoover Pavilion serve as a polling site?
17       A.    Yeah.  I mean, we -- I think, in the heat
18  of -- of the moment and in the middle of the
19  situation we -- hey, city facility.  We have it
20  available.  We manage it, we operate it.  This is a
21  suggestion from us to you for our residents.  And
22  we can make it happen, you know -- you know, at the
23  moment or within a day.
24             And so, you know, part of the environment
25  in Dodge City, Ford County, is the partnership and

Page 91

1   collaboration in the sense that if you need
2   something, ask and -- and -- and we'll make it
3   work.  And, again, this was no -- no different in
4   the sense that we have the space.  We have the
5   building; go for it.
6        Q.    So who -- did the city reach out
7   to the county about the possibility of using
8   Hoover Pavilion?
9        A.    That, I don't remember.
10       Q.    Okay.
11       A.    As to who, I don't remember.  But I know
12  we offered it, the city.
13       Q.    And you don't remember whether
14  Ford County reached out to the city and said:  Hey,
15  can we use Hoover Pavilion or if the city --
16       A.    No --
17       Q.    -- reached out to the county?
18       A.    -- no, I don't remember.  Obsolescence.
19  I'm sorry.
20       Q.    That's okay.
21             (Stenographer asks for clarification.)
22       A.    Obsolescence.
23       Q.    (By Ms. Ching)  What was your involvement
24  in the Hoover Pavilion decision?
25       A.    Yeah.  I vaguely remember just, again,

Page 92

1   communicating back to the county clerk,
2   coordinating with Parks Department because they
3   oversee and manage the -- the facility internally,
4   and so just coordinating that piece between all
5   parties.
6        Q.    Who asked you to do that coordination?
7        A.    I'm going to make assumption, the city
8   manager.
9        Q.    Is that your recollection?
10       A.    Yeah, I vaguely remember.  Again, you
11  know, when an issue arose -- and still the
12  environment is we're partners and so we just wanted
13  to help.
14       Q.    Did Hoover Pavilion remain a polling site
15  after --
16       A.    To my knowledge, yeah.  To date, yes.
17             MS. EBERLINE:  You've got to
18       wait until she finishes her whole
19       question --
20             THE WITNESS:  Oh, sorry.
21             MS. EBERLINE:  -- before you
22       answer.  Okay.
23             MS. CHING:  That's fine.
24             THE WITNESS:  Getting ahead of
25       myself there.

Page 93

1             MS. EBERLINE:  That's okay.
2        Q.    (By Ms. Ching)  Were you aware of any
3   discussions about opening additional polling sites
4   at schools in Dodge City?
5        A.    I don't remember.  I think there might
6   have been an email from us, the city, reaching out
7   to the school saying, "Hey, are you -- like, how
8   long is the construction happening at the
9   facility's civic center," just as a way of
10  exploring and ensuring that, you know, we could --
11  we couldn't utilize the -- the facility as a
12  polling location.  And, again, just double-checking
13  and check marking that, you know, we have a
14  facility within city limits that's accessible and
15  centralized to the public.
16       Q.    Can you please read No. 7 out loud.
17       A.    "City officials committed city staff
18  assistance to the county clerk with additional
19  bilingual poll workers.  We will ask our qualified
20  staff to be trained this week and work under the
21  county clerk on Election Day.  We made this
22  commitment to county clerk not just for this
23  election, but for as long as there is a need not
24  filled by qualified volunteers."
25       Q.    Who were the city officials referred to

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                        Pages 94..97

Page 94

1  here?
2      A.    Probably city manager's office and city
3  commissioners.
4      Q.    Did you have an understanding of what
5  "city staff assistance" means?
6      A.    Yeah.  So this was a common practice from
7  the city to ask city staff, especially bilingual
8  staff to -- they had a choice to help or assist the
9  county clerk with the elections.
10            Typically, they would take a training, I
11  believe, every year.  Staff had the option to
12  either remain on the clock or take it as a vacation
13  and take their pay.  And so we typically extended
14  the invitation to, if not all, most
15  bilingual-certified employees within the city.
16     Q.    Do you remember how many
17  bilingual-certified employees worked as poll
18  workers?
19     A.    It could be as many as five, I remember.
20  Not all of them met the qualifications.  I think
21  they needed to be American citizens.  And, you
22  know, we had green card holders and DACA recipients
23  working for us.
24     Q.    So providing city employees as additional
25  poll workers for the county clerk, did you say

Page 95

1  earlier that that was something that had already
2  been going on?
3      A.    I don't remember exactly, but I think
4  we've done it in the past and not just this
5  particular time.
6      Q.    Before this 2018 election?
7      A.    I want to say so, but I don't remember
8  exactly.
9      Q.    Okay.  And it says, "We will ask our
10  qualified staff to be trained this week and work
11  under the county clerk on Election Day."
12            Who is the qualified staff?  What does
13  "qualified staff" mean?
14     A.    So I am going to make the assumption that
15  when we're talking about staff that had worked the
16  polling locations or the Elections Day before, that
17  met all the requirements.  Again, I think, having
18  some -- the requirement was that to have somebody
19  that was American citizen work the election and,
20  obviously, had the bilingual skill and needed to
21  take the training and, obviously, available for
22  that day.
23     Q.    Did you volunteer as one of these poll
24  workers?
25     A.    I don't qualify, sorry.

Page 96

1      Q.    Oh, that's right.  Okay.
2            Do you know who the poll worker, the --
3  do you know who the city employees were who worked
4  as the poll workers?
5      A.    Yeah.  I mean, to my recollection,
6  former employee Giselle Casas, current employee
7  Connie Marquez.  I know Monica Aguirre worked
8  there before.  Cora Lopez.  Who else?  Maybe
9  Melissa McCoy, but I'm not sure if she actually did
10  it or has done it over the years.
11            I don't remember anybody else.  I'm
12  sorry.
13     Q.    Were all the people that you just
14  mentioned Latino or Hispanic?
15     A.    Yeah, with the exception of
16  Melissa McCoy.  She's a naturalized Latina.
17     Q.    All right.  That last sentence:  "We made
18  this commitment to county clerk not just for this
19  election, but for as long as there is a need not
20  filled by qualified volunteers."
21            Do you understand that to mean that city
22  employees are expected to serve as bilingual poll
23  workers?
24     A.    Again, it's -- it's an option.  It's
25  optional for them.  Typically, what I would do, is

Page 97

1  county clerk would coordinate with me:  Hey, I have
2  election and training coming up.  Would you extend
3  the invitation to city employees?
4            I would, then, extend that invitation.
5      Q.    And then earlier you said that those who
6  chose to volunteer as poll workers could remain on
7  the clock or use vacation time?
8      A.    And get -- collect the check by the
9  county.
10     Q.    So the county would pay them?
11     A.    Yeah.  That was an option for them.  You
12  can double-dip, essentially.
13     Q.    Was working as a bilingual poll worker
14  part of a city employee's official responsibility?
15     A.    No.  Again, it was just an option.
16     Q.    Do you know if this practice continued
17  during the elections after 2018?
18     A.    Yeah.  As of the last election we -- we
19  always -- we continued that partnership or
20  collaboration.
21     Q.    And there's that one phrase at the very
22  end, "not filled by qualified volunteers."
23            Do you know if there were ever any
24  qualified volunteers at those polling sites besides
25  the city staff that we've talked about?

Page 98

1          MS. EBERLINE:  Objection.
2     Calls for speculation.
3               You can go ahead.
4     A.    Yeah.  I mean, so for example,
5  Melissa McCoy's spouse, I know he's done it in the
6  past.  I think I remember family and friends, but I
7  don't have names for you.
8     (Stenographer asks for clarification.)
9     A.    I think family and friends, but I don't
10 recall names.
11          MS. CHING:  It is 12:38.  Are
12    you ready for a lunch break?
13          THE WITNESS:  I'm ready for a
14    break.
15          MS. CHING:  Why don't we take a
16    lunch break for 30, 45 minutes.  35?
17          MS. EBERLINE:  Go off the
18    record?
19          MS. CHING:  Yeah, let's go off
20    the record.
21          THE STENOGRAPHER:  Okay.
22          THE VIDEOGRAPHER:  All right.
23    The time is 12:38 p.m., and we are now
24    off the record.
25          (Noon recess taken.)

Page 99

1          THE VIDEOGRAPHER:  The time is
2     1:20 p.m., and we are now on the record.
3     Q.    (By Ms. Ching)  Mr. de la Rosa, would it
4  be accurate to say that the city has made no
5  efforts to lobby the county to open more polling
6  locations?
7     A.    It wouldn't be accurate.  I mean --
8     (Stenographer asks for clarification.)
9     A.    Would not be accurate.
10          And I say that because we have worked
11 with the county with what we have to able to either
12 provide another poll location, transportation, and
13 so forth.
14          I'm unaware of any discussions during the
15 2018 issue or beyond or before, for that matter, of
16 a -- trying to make voter accessibility more
17 accessible in Ford County or Dodge City.  I can
18 only tell you about my firsthand experience related
19 to, you know, providing another polling location,
20 transportation; translation; education, for that
21 matter for our residents.
22    Q.    (By Ms. Ching)  But specifically what
23 efforts has the city done to ask the county to open
24 more polling locations?
25    A.    I can't speak to that, again, because I

Page 100

1  wasn't engaged in those conversations.  I'm going
2  to assume that our city managers have done that in
3  the past.
4     Q.    But you don't know?
5     A.    I'm not aware of it.
6     Q.    Okay.  What other efforts has the city
7  undertaken to address concerns with voting access,
8  generally, since 2018?
9     A.    Besides what we talked about, you know,
10 our sharing of information, having the -- the
11 language access available for our resident has been
12 consistent.  And so -- but, again, it's a reminder
13 that, as a city organization, we always have been
14 respectful of -- of their operations, our
15 operations.  And if there's a way or opportunity to
16 work together to provide access, the city has
17 always been willing to.
18    Q.    So in that sense, would you say that it's
19 the county's responsibility to reach out to the
20 city if they need assistance with anything
21 election-related?
22    A.    I mean, I think, to my knowledge, I mean,
23 we've even asked for -- you know, when we receive
24 questions from the residents, I remember sometimes,
25 you know, asking for "Hey, do you have a flyer on

Page 101

1  your hours of operation or early voting?"
2          So there's been some initiation from our
3  end.  And so -- but at the end of the day, they can
4  choose not to answer us or respond to our request
5  because it's their operation.
6     Q.    But that request would just be:  Can the
7  county give us the county information to pass on to
8  the resident inquiring?
9     A.    I mean, general information, they have
10 done that, yeah.
11    Q.    Okay.  I'm going to show you now what I'm
12 marking as Exhibit 20.
13    A.    Yeah.
14    (Off-the-record discussion.)
15    (de la Rosa Deposition Exhibit No. 20
16    was marked for identification.)
17    Q.    (By Ms. Ching)  This document is Bates
18 stamped Dodge City 000171 -- or, I'm sorry, 1781.
19    A.    Uh-huh.
20    Q.    Can you take a look at this and let me
21 know when you're done.
22    A.    Yeah.
23    Q.    Are you ready?
24    A.    Yes.
25    Q.    So this document is an email from you to

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 102..105

Page 102

1    Cherise Tieben and CC'ing Melissa McCoy; dated
2    March 19th, 2019; "Subject" line:  "ACLU March
3    Meeting."
4            Do you recall this email?
5        A.    Now that I see it, I mean, it -- it's
6    kind of bringing some memories, yes.
7        Q.    Do you recall why you wrote this email?
8        A.    This came out of -- I think I remember
9    Melissa -- and I forget her last name -- with the
10   ACLU of Kansas.  I think I mentioned earlier that
11   she used to host meetings in Dodge City on a
12   periodic basis coming from Topeka or -- or around
13   this area.
14           And so I think we were made aware of --
15   of -- of this meeting taking place, if I'm talking
16   about the right meeting.  And then I think, between
17   Melissa and I, we decided that one of us needed to
18   be present to help either aid or, you know,
19   increase accessibility related to voting.
20       Q.    Do you recall what this meeting was
21   about?
22       A.    I don't.  I just remember this is not
23   just a one-off; it was multiple meetings.  I'm sure
24   voting -- voting accessibility was one of them.
25   And so I'm sure they talked about perhaps coaching,

Page 103

1    training possible candidates for election, which,
2    you know, as a city employee, that made us uneasy
3    because of our neutral stance.
4            And so what I can see in this email is
5    probably just a recap of -- of what the meeting was
6    about and what was discussed to the city manager.
7        Q.    Okay.  Why did you and Melissa McCoy
8    think it was a good idea for you to attend this
9    meeting --
10       A.    Well --
11       Q.    -- or these meetings?
12       A.    Right.
13           MS. EBERLINE:  Objection.
14       Calls for speculation.
15           Go ahead.  You can speak for
16       yourself.
17       A.    So I think, from what I vaguely remember
18   the conversation was, again, the city has always
19   been a good partner in the community, and we tried
20   to be helpful.  And so our take was we needed to be
21   present if we needed to -- to, you know, help
22   collaborate or whatever was needed.
23           And, again, this is probably coming off
24   of -- on the heels of -- of having that whole media
25   attention related to the voter issue in 2019 [sic]

Page 104

1    and ensuring that, you know, if the county wasn't
2    present or the city wanted to be present and help
3    the situation, we could.
4        Q.    (By Ms. Ching)  Was this meeting open to
5    the public?
6        A.    I think there were certain individuals
7    that were invited.  I think they were targeting
8    just community leaders, and so -- and, also, to be
9    quite frank, I mean, I had a connection -- I have a
10   connection with the Latino community in Dodge City,
11   so I think it certainly was important for me to be
12   present.
13       Q.    So you were specifically invited to
14   attend?
15       A.    I don't remember that.
16       Q.    Do you remember if this was an in-person
17   meeting?
18       A.    It looks like it.
19       Q.    In this email, there's a bullet point
20   list of "Goals on elections efforts."  And that
21   includes, for example, increasing the number of
22   polling locations in Dodge City and outreach of
23   underrepresented voters, online and in person.
24           Do you see that?
25       A.    Yes.

Page 105

1        Q.    Did you or anyone else at the city, to
2    your knowledge, take any further action on any of
3    the information that you learned at this March
4    meeting?
5        A.    So it looks like, you know, elections had
6    taken place in the fall.  And then our effort then
7    followed with -- and I believe I had shared in this
8    meeting that we were offering the Hoover Pavilion
9    as one of the polling locations.  Again, it was
10   within the city, centralized, and accessible.
11           I'm sure I shared that we provided
12   bilingual staff during Election Day.  And we were
13   willing to extend those for early voting season and
14   then, obviously, aiding the county clerk with
15   translation services for some of the educational
16   materials.
17       Q.    So other than Hoover Pavilion and more
18   bilingual services, did the city take any further
19   action on any of these other bullet points?
20       A.    Other than adding our commitment to
21   continue to provide free transportation through our
22   public transportation system.
23           And, again -- again, we always -- no
24   matter the -- the issue, we always walk that fine
25   line that this is not our operation.  We -- we want

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 106..109

Page 106

1  to be respectful, but still, we want to help and do
2  what we can within our own -- our own means.
3      Q.   Okay.  You can put that document aside.
4           What years are city elections held?
5      A.   Oh, you're going to get me on this one.
6           I know -- I can't remember if it's even
7  or odd, but we certainly don't have them during
8  presidential elections.  Even or odd years, I'm
9  sorry.
10     Q.   I'm sorry.  Can you say that again.
11     A.   Even or odd years.
12     Q.   You don't remember?
13     A.   I don't remember, but it's one or the
14  other.  It's certainly not the same as presidential
15  elections.
16          (de la Rosa Deposition Exhibit No. 21
17           was marked for identification.)
18     Q.   Okay.  I'm going to show you what's been
19  marked as Exhibit 21.  This document is Bates
20  stamped Dodge City 0000003.
21          Can you let me know when you're done
22  reviewing that.
23     A.   Yep.  I'm ready.
24     Q.   Okay.  So I'm going to represent to you
25  that this is a document that the defendants in this

Page 107

1  case, which is Dodge City and the city
2  commissioners, produced to us.
3      A.   Uh-huh.
4      Q.   Are you familiar with the results of city
5  commission elections for the time that you were in
6  Dodge City?
7      A.   Vaguely, yes.
8      Q.   For the years that you were in
9  Dodge City, do these results match your
10  recollection of the election outcomes?
11     A.   Yes.  I mean, I say that very cautiously
12  because I don't remember figures, exact figures;
13  so --
14     Q.   Sure.  And that's not what I'm asking.
15  But what I mean is, the names that received the
16  most votes per election were the ones that became
17  commissioner?
18     A.   Oh, yeah, certainly.
19     Q.   Okay.  So there's a bunch of different
20  elections listed --
21     A.   Uh-huh.
22     Q.   -- or years, for the Dodge City city
23  commission elections.  And the years listed are
24  2000, 2002, 2004, 2006, 2008, 2010, 2012, 2014,
25  2017, 2019, and 2021.

Page 108

1      So it looks like the last three city
2  commission elections were held in odd-number
3  years --
4      A.   Right.
5      Q.   -- correct?
6           And the last even-number year election
7  was 2014?
8      A.   Uh-huh.
9      Q.   Are you aware of why the city holds its
10  elections in odd-number years in the recent years?
11     A.   I assume this was driven by statue
12  change.
13     Q.   Do you have an understanding of why the
14  city switched from even-numbered year elections to
15  odd-number years?
16     A.   I don't think it was the city's decision;
17  I think it was the state.
18     Q.   But the city -- I mean, regardless of who
19  made the decision, the city elections were switched
20  from even-numbered years to odd-number years?
21     A.   My understanding and knowledge was that
22  this was driven by state statue.  I don't have
23  recollection or knowledge that it was the city's
24  decision to -- to make such decision.
25     Q.   Okay.  Do you recall that, in 2015, the

Page 109

1  Kansas State Legislature considered moving
2  elections to the fall of even-numbered years?
3      A.   Yeah.  I remember that issue come up.
4      Q.   Okay.
5           (de la Rosa Deposition Exhibit No. 22
6            was marked for identification.)
7      Q.   (By Ms. Ching)  I'm going to show you
8  what's been marked as Exhibit 22.  Take a look at
9  that and let me know when you're done.
10     A.   That sounds like me.
11     Q.   Do you recognize this document?
12     A.   Now I do, yes.
13          MS. CHING:  And for the record,
14  it is Bates No. Dodge 19-0000185.
15          MS. EBERLINE:  Counsel,
16  there's -- there's -- I'm sorry to
17  interrupt you.  There's no Bates numbers
18  on this document.
19          MS. CHING:  I know.  It was
20  produced to us as one single document
21  with that Bates number.  And this is
22  Page 63 through 66 of that document.
23          MS. EBERLINE:  Okay.  I -- will
24  you say the Bates number again?  Forgive
25  me, I got distracted.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                              Pages 110..113

1          MS. CHING:  Yeah.  It's just
2    Dodge 19-0000185.  And it's not the usual
3    Bates prefix.
4          MS. EBERLINE:  Okay.  Thank
5    you.
6    Q.     (By Ms. Ching)  What is this document?
7    A.     It looks like I am requesting an approval
8    of a resolution which basically opposes a proposed
9    statue being considered by the legislature at the
10   time.
11   Q.     And I think there are two parts to this
12   document, the first part being a memorandum --
13   A.     Uh-huh.
14   Q.     -- correct, from --
15   A.     Yeah.
16   Q.     -- you to the city commission?
17   A.     Uh-huh.
18   Q.     And background -- there's a section
19   entitled "Background" --
20   A.     Uh-huh.
21   Q.     -- that says, "The Senate Ethics and
22   Elections committee of the Kansas Legislature has
23   considered Senate Bill No. 171, which would make
24   nonpartisan city and school elections partisan and
25   move to the fall of even-numbered years to be held

1    in conjunction with state and federal elections."
2          Did I read that correctly?
3    A.     Correct.
4    Q.     Did you write this memo?
5    A.     I did.
6    Q.     Why did you write it?
7    A.     One, I think early on, I was tasked to
8    help with the legislative session, kind of keeping
9    and monitoring legislation being proposed by the
10   state legislature.  And, then, they made me as --
11   you know, carry -- carrying that responsibility in
12   2019.
13         And so this was one of those that I did
14   early on as the assistant to the city manager role.
15   And I remember this conversation because the
16   conversation was driven in the sense that the
17   concern from our administration was that we didn't
18   want to be partisan elections in terms of when it
19   came to city elections because it was solely for
20   the community.  And we were concerned.
21         Also, we were concerned on the individual
22   that proposed this statue.  And I think it was
23   Secretary of State Kris Kobach.
24   Q.     Who asked you to write this memo?
25   A.     I assume the city manager at the time,

1    Cherise Tieben.
2    Q.     Did you consult with anyone while writing
3    this memo?
4    A.     Maybe counsel at the time and city
5    manager.
6    Q.     Did you discuss the memo with anybody?
7    A.     I don't remember.  It was eight years
8    ago.
9         (Stenographer asks for clarification.)
10   A.     It was eight years ago.
11   Q.     (By Ms. Ching)  Do you remember
12   discussing that senate bill with anyone?
13   A.     Just with -- at the time, it might have
14   been finance director Nannette Pogue and -- and
15   city manager Cherise Tieben, honestly.
16   Q.     Did you discuss generally the idea of
17   holding city elections in even-numbered years with
18   anyone?
19   A.     No.  I -- I don't remember unless -- no.
20   I mean, it could have been through the other party
21   that could have been involved in this conversation,
22   would have been our lobbyists for the
23   Southwest Kansas Coalition, but I don't remember
24   specifically.
25   Q.     Do you know of anyone who supported

1    moving elections to -- to even-numbered years?
2    A.     No.
3    Q.     Does this memo contain your own
4    conclusions?
5    A.     It was a collective conclusion from the
6    administration, I think.
7    Q.     And who would that include?
8    A.     Again, city manager, myself, and possibly
9    the finance director at the time.
10   Q.     And how did you come to these
11   conclusions?
12   A.     Again, it -- it was -- you know, as
13   public servant professionals, we understand that
14   local elections should be for the community and
15   community only.
16         With that in mind, we had concerns that
17   elections -- local elections, could be politicized
18   and -- and really just make it extremely political
19   for what's supposed to be for community and for all
20   community residents.
21         And so for more than anything, that was
22   the underlying concern.  And, also, quite frankly,
23   we had concerns that this legislation was driven by
24   secretary of state conservative Kris Kobach.
25   Q.     Did you do any research to help you come

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 114..117

Page 114

1  to these conclusions in the memo?
2      A.    The only additional information that we
3  would have possibly gotten was through the
4  League of Kansas Municipalities, who we are part
5  of -- cities are a part of the association.  And,
6  typically, they're very active in their legislative
7  affairs.
8      Q.    Under the heading "Justification," it
9  says, "City staff believes that proposed
10 legislation would be unnecessary for the following
11 reasons."
12     A.    Uh-huh.
13     Q.    Who's the city staff that you're
14 referring to?
15     A.    Again, finance director Nannette Pogue,
16 city manager Cherise Tieben, and myself.
17     Q.    Is the finance director usually involved
18 in city policy regarding elections?
19     A.    No, but she -- she also served as the
20 finance director, but also as the city clerk.  She
21 had a dual role.
22           Also, please note that it was
23 institutional knowledge from her because she had
24 been with the city.  She retired after 40 years of
25 service or something to that effect.

Page 115

1      Q.    Okay.  Turning to the first reason listed
2  in the memo for why city staff felt the proposed
3  legislation was unnecessary, it says, "Combining
4  the elections and forcing them to become partisan
5  would relegate the local election to an
6  afterthought to the party politics that attract the
7  vast majority of media attention and campaign
8  donations."
9           Do you see that?
10     A.    Yeah.
11     Q.    Why did you think that combining the
12 city's elections with state and federal elections
13 would force them to become partisan?
14     A.    Again, it was -- I think the -- idea
15 that when this was proposed, the conversation at
16 the state level -- meaning the League of Kansas
17 Municipalities at the time -- was we felt like
18 residents would be blindsided in the sense that
19 just because they see an R next to a name, they
20 would just check all Rs.
21           And so it was -- that was the main
22 concern, as opposed to being objective and really
23 voting for a candidate that was really concerned
24 and for the best interest of the city or the
25 community.

Page 116

1      Q.    So you think that having partisan
2  elections is incompatible with -- with doing what's
3  best for the community?
4      A.    I think, in my own personal opinion, that
5  having nonpartisan elections at the local level for
6  a city election, for instance, it's best for the
7  community's interest, because we're not only
8  serving Republicans or Democrats; we're serving
9  everyone.  And that includes the immigrant and
10 refugee community.
11     Q.    Uh-huh.  Are all city elections
12 nonpartisan?
13     A.    Yes.
14     Q.    Do the commissioners belong to any
15 political parties?
16     A.    On their personal life I assume they do.
17 But as a commissioner, their campaigns, to my
18 knowledge, are ran neutral with no partisan or no
19 party attached to it.
20     Q.    Are you aware of any of the
21 commissioners' political affiliations?
22     A.    No.
23     Q.    Are you aware that some candidates for
24 commission have run on a partisan slate?
25     A.    Can you repeat that question again?

Page 117

1      Q.    Are you aware that some commission
2  candidates have run on a partisan slate?
3      A.    On the last election we saw some of that,
4  but that was driven by Americas -- American for --
5  Americans for Prosperity.  They conducted a
6  campaign.  And I believe they sent out mailers that
7  somewhat said the Republican slate, something to
8  that extent.
9           But this was an outside group, really,
10 playing a role in a community that, in my opinion,
11 was inappropriate or perhaps not right.  And so,
12 again, from the individual candidate itself, I have
13 not seen that.
14     Q.    What is Americans for Prosperity?
15     A.    I assume it's a political nonprofit
16 organization.
17     Q.    Okay.  What is your understanding of
18 their activities in terms of, like, the ads that
19 you mentioned?
20     A.    I think they were -- you know, at the
21 time, my own opinion was that they were trying to
22 play into local politics to perhaps elect more
23 conservative candidates.
24     Q.    So there were mailed ads, you said?
25     A.    Yeah.  I think there was mention of

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                          Pages 118..121

Page 118

1  mail -- mailing ads.
2      Q.    Anything else?
3      A.    Not to my knowledge.
4          (de la Rosa Deposition Exhibit No. 23
5          was marked for identification.)
6      Q.    (By Ms. Ching)  I'm going to show you
7  what's been marked as Exhibit 23.
8          Have you ever seen this document before?
9      A.    I think I have.  I think this is probably
10 one of the mailers that I had seen in the last
11 election.
12     Q.    Okay.  And in the middle there's a very
13 tiny box.
14     A.    Uh-huh.
15     Q.    I don't know if you can read it.  I think
16 it says, "Paid for" -- sorry.  "Paid for by Kansans
17 for Liberty PAC Suzi Goetz."  S-U-Z-I --
18     A.    Uh-huh.
19     Q.    -- G-O-E-T-Z --
20     A.    Uh-huh.
21     Q.    -- "Treasurer."
22     A.    Uh-huh.
23     Q.    And it lists -- it says, "The Republican
24 Slate."  And then there's a group of people that
25 says, "For Dodge City Commission."  And it names

Page 119

1  Joe Nuci, Michelle Salinas, and Chuck Taylor.
2          Are you aware of any similar slates in
3  the past before 2021?
4      A.    No.  This was my first one that I've seen
5  over the years that I've been in public service.
6      Q.    Do you have any idea how these three
7  individuals were chosen for a slate?
8      A.    No.  And, you know, again, as a
9  noncitizen myself, I didn't get one of these.  And
10 so it was only like, you know: Hey, they're
11 sending these out there; they're out there.  And,
12 really, that was my extent of the knowledge.
13     Q.    In the past, have candidates for
14 commission run together on a slate?
15     A.    No.  No, I mean, you have -- for example,
16 there's stories that, you know, you have Kent Smoll
17 or Brian Delzeit or Rick Sowers, who don't even put
18 up a sign.  And just because they're well known in
19 the community, they get elected.
20          And so -- now, again, this -- this was my
21 first time.
22     Q.    So some commissioner candidates do
23 campaigning or advertising, and others don't,
24 correct?
25     A.    Yeah.  I mean, I've seen some signage,

Page 120

1  yes.
2      Q.    What kind of political messaging did the
3  candidates who did actively campaign use?
4          MS. EBERLINE:  Are you
5          referring to a specific election time
6          frame?
7      Q.    (By Ms. Ching)  How about the last five
8  years?
9      A.    Are you referring to city elections?
10     Q.    Yes, city commission elections.
11     A.    Yeah.  So my only experience, again, was,
12 typically, you would see street signage of their
13 name running for city commission.  There wasn't
14 ever a political affiliation attached to it.
15     Q.    How about political positions on topics?
16     A.    No.  I mean, it was purely community
17 driven.  You know, for example, this last election,
18 you had Mayor Mike Burns talk about fiscal
19 responsibility.  Street conditions was a huge topic
20 as well.  There is always this conversation that
21 property taxes are too high or, you know, with the
22 school district, top-heavy administration.
23          So there was never a topic that was
24 attached to a political party.  I think you
25 probably saw a lot of it through the mask policy in

Page 121

1  the pandemic, but no.  My experience has always
2  been neutral.
3      Q.    Do you recall any campaign messaging
4  about immigration?
5      A.    No.
6      Q.    Let's go back to Exhibit 22.
7      A.    Uh-huh.
8      Q.    Back to "Justification," No. 1:
9  "Combining the elections and forcing them to become
10 partisan would relegate the local election to an
11 afterthought."
12          Why did you think that combining local
13 elections with state and federal would relegate
14 local elections to an afterthought?
15     A.    Again, the thought or the context there
16 was that we had seen the conversation from one
17 particular party that they wanted the party
18 attached to the name because it would seem like a
19 menu of just Rs, and you would just go down the
20 list.
21          Also, again, you -- generally, people are
22 more familiar with presidential elections and the
23 election of our governor.  And so we didn't want,
24 in my recollection, to include local elections
25 because -- and partisan because, again, you would

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023                    Pages 122..125

Page 122

1  have local elections ran in a politicized manner
2  rather than objectively run for local election or
3  city commission in the interest of, you know, the
4  community, whether it was how do we do or what do
5  we do about our housing issues or the water issue,
6  which, to my knowledge, I mean, those are
7  nonpartisan.  And that's what the community really
8  needs and wanted to focus on.
9      Q.    Were you concerned that combining
10  elections would result in less media attention or
11  campaign donations to local candidates?
12      A.    Less?
13      Q.    Less.
14      A.    I think they would actually get more, I
15  mean, media attention and campaign donations.  But,
16  again, if you're having partisan elections, of
17  course, you would get political parties to possibly
18  contribute money to that.
19      Q.    Are you saying that combining the local
20  election with the state and federal elections would
21  result in more campaign donations and more media
22  attention to local election issues?
23      A.    Because you're having partisan.
24      Q.    Okay.  The second justification in your
25  memo:  "We have a firm belief that local elections

Page 123

1  should be focused on what is best for the community
2  and the methods to achieve that success.  The focus
3  on partisan politics that we have seen in recent
4  state and national elections will detrimentally
5  erode that focus."
6      Who's the "we" that you're referring to
7  in that sentence?
8      A.    Since staff is recommending the approval
9  resolution, it was staff, for staff's
10  recommendation or beliefs.
11      Q.    And by "staff," you mean you,
12  Cherise Tieben, and Nannette Pogue?
13      A.    Yeah.
14      Q.    In what way did you think partisan
15  politics would erode the focus of local elections
16  beyond what we've already talked about?
17      A.    Again, when you have city commission
18  meetings, you're not talking about abortion, or
19  you're talking -- you're not talking about
20  immigration.  Those are state and federal issues.
21      You know, city commissions, if you jump
22  on them, they're talking about budgets.  They're
23  talking about housing, transportation, streets.
24  And so it would deflect on having that pure
25  community interest rather than political motives or

Page 124

1  interests.  And, honestly, I -- I continue to
2  believe that on my personal opinion.
3      Q.    You think there are some -- some issues
4  that receive attention on a national basis that are
5  not relevant to Dodge City locally?
6      A.    No.  What I'm saying is that there are
7  some issues that are not dealt within the local
8  city commission.  For example, immigration.  That's
9  a federal issue.  They have no control over that
10  immigration issue.  I mean, they can pass
11  resolution after resolution.  At the end of the
12  day, Congress is the only one that can reform that
13  system.
14      And, again, we're -- we're talking apples
15  to oranges.  When residents are complaining about
16  street maintenance, and you're running on
17  immigration issues, it just doesn't belong.
18      Q.    Okay.  The third justification:
19  "Communities can implement a variety of alternative
20  methods, primarily grassroots initiatives that
21  already exist, which are proven to increase turnout
22  in city elections should there be a local election
23  concern."
24      What are the communities that you're
25  referring to here?

Page 125

1      A.    Cities and counties.
2      Q.    And by "cities and counties," do you
3  mean, like, the city government?  Or do you mean,
4  like, the city generally as in its residents?
5      A.    I think it can be both, honestly.  I
6  mean, it could be grassroots groups that, you know,
7  want to improve this -- the conditions of their
8  streets and, therefore, they can mobilize and
9  educate and increase voter turnout.  It can
10  certainly be the city or the county.
11      And so, you know, it's not just one way
12  or form.  It can be multiple.
13      Q.    And what are the grassroots initiatives
14  that already exist in Dodge City?
15      A.    Again, I think there was -- or there has
16  been groups that want to see, for example, Latinos
17  run for office or, you know, for example, the ACLU
18  coming to Dodge City in 2019.  They were having
19  conversations to increase voter turnout.  We set
20  that list in the previous exhibit.
21      And then, you know, certainly the --
22  the -- the county and the elections office could do
23  a lot more to educate and increase the voter
24  education in -- in the community.  The city can
25  certainly enhance those -- those efforts by using

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                                    Pages 126..129

Page 126

1  their communication channels to increase the voter
2  education or -- and hopefully voter turnout.
3      Q.    Are there any other specific grass --
4  grassroots initiatives that you can think of?
5      A.    No.  And, again, it's part of the issue
6  with rural communities in general.  What I was
7  saying earlier, you know, you have grassroots
8  groups or nonprofit organizations in Kansas City
9  area that we don't have in Dodge City, Garden City,
10  or Liberal.  We don't have that infrastructure.
11         And, you know, I have said this before,
12  efforts such as -- and, you know, they're great
13  efforts, by no means.  But the ACLU coming to
14  Dodge City on a one-off or two days does not work
15  because there is a huge factor that plays into the
16  immigrant or refugee community.  And that's trust.
17  And it takes time to build those relationships.
18      Q.    So the only grassroots initiative or
19  group that you can think of is the ACLU in the
20  context of --
21      A.    That one comes to mind.  I know, you
22  know, you hear citizens that are concerned.  You
23  know, for example, on the streets condition, I
24  think there were citizens that were certainly
25  receptive to the idea.  And they were talking about

Page 127

1  it.  I'm not sure if they were disseminating
2  information to the people out there.
3         And so you can have very organic groups
4  like that that can certainly increase voter turnout
5  for whatever community issue they wanted to get
6  through.
7      Q.    And I know I'm asking a tough question
8  because this was eight years ago, but were there
9  any other grassroots initiatives that you had in
10  mind when you were writing this memo?
11      A.    No.
12      Q.    All right.  And at the bottom of that
13  first page of the memo, it says, "Overall, we
14  believe that the current structure provides cities
15  with the flexibility to address the preferences of
16  their citizens and should be left alone unless
17  driven by a local community effort."
18      A.    I agree.
19      Q.    You agree with your own words?
20      A.    Yeah.  I wrote it.  I stand by it.
21      Q.    So if there were a local community effort
22  or desire to switch from holding city elections in
23  odd-numbered years to even-numbered years, would
24  that change your conclusion about switching to
25  even-numbered years?

Page 128

1      A.    I'm sorry.  Can you repeat that again,
2  your question.
3      Q.    If there were a local community effort or
4  desire to switch from holding city elections in
5  odd-numbered years to even-numbered years, would
6  that change your conclusions in this memo?
7      A.    If it was purely local and driven by
8  locals, certainly.  Again, I think the biggest
9  issue at that time with SB171 was that it was
10  driven from the top to the bottom.
11         Again, you had the secretary of state
12  behind this bill wanting to make our elections
13  political.  And you have -- I'm sorry.  The state
14  or somebody out of Lawrence with authority has no
15  business in Dodge City to conduct Dodge City
16  business.
17      Q.    What kind of a local community effort, in
18  your opinion, would be sufficient to make the city
19  move the elections to even-numbered years?
20      A.    Property taxpayers, people that live
21  there.
22      Q.    If you can turn to the second page of the
23  memo, it says the "Purpose/Mission" is:  "To
24  maintain and improve voter turnout in Dodge City."
25         And earlier, we had discussed the fact

Page 129

1  that voter turnout is lower in odd-numbered years,
2  or nonpresidential elections --
3      A.    Correct.
4      Q.    -- correct?
5         Are you aware that elections held during
6  odd-numbered years are correlated with lower voter
7  turnout?
8      A.    No, I'm not aware.
9      Q.    Did you or anyone else working for the
10  city do any research into moving elections to
11  even-numbered years?
12      A.    No.  I mean, again, we didn't conduct any
13  research and -- and -- from that front.  I think
14  what -- the elephant in the room, again, was solely
15  and extremely political.  The intentions, what we
16  saw at that moment, was that we had a certain
17  political party wanting to shift the balance at the
18  local level with partisan elections.
19      Q.    So setting aside the political or
20  partisan aspect, what other issues do you see with
21  moving elections to even-numbered years?
22      A.    It certainly would get lost.  Again, I
23  think people or citizens, you know, in my opinion,
24  are -- we are already overwhelmed with the rhetoric
25  that goes into presidential campaigns.

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023                    Pages 130..133

Page 130

1      And, again, quite frankly, you -- you
2  can't commingle local elections with, for example,
3  immigration.  It might make sense for a community
4  along the border that are on the brunt of it.  But
5  in Dodge City, we need more labor.  I mean, you
6  know, you -- our streets are not partisan.  They're
7  for all people.  And -- and, you know, that -- I
8  still believe that to this day.
9      Q.    Slight detour into street conditions.
10     A.    Okay.
11     Q.    Are there certain areas of the city where
12  the streets are in worse conditions than other
13  parts of the city?
14     A.    Downtown.  Probably, you know, bricks,
15  which is probably under construction right now
16  since we passed the sales tax for streets.  You
17  know, it's an area that's historic, preserved, and
18  must be maintained by brick.  And every time you
19  have a main break, I think, you know, those --
20  those conditions on -- on brick streets are left
21  worse than found.  And so -- and, plus, they're
22  really old.
23     Q.    Besides downtown and brick streets, what
24  other areas of the city have poor street
25  conditions?

Page 131

1      A.    I mean, it's all over town.  Those
2  arterial streets, meaning not main thoroughfares,
3  that are in worse condition.  The city has done a
4  proactive job of conducting a pavement condition
5  index, I think, that basically determines the
6  condition of the street.  And based on our report,
7  then they direct their resources and funding to
8  address those on dire need.
9      Q.    Is there a particular area of town that
10  has a more dire need?
11     A.    I would have to look at the map, but I
12  think it's all over the place.
13     Q.    Okay.  How are the street conditions in
14  South Dodge?
15     A.    There's areas that are bad, and there's
16  areas that are in good condition.  I mean, I can
17  think of Second Street, other than the railroad
18  crossings -- because that's a mess, and they get
19  disrupted every so often -- I think, for the most
20  part, are in good conditions.
21      But in each area, you'll have arterial
22  streets that are in worse conditions.  But, you
23  know, that report on the streets condition index
24  provides a third-party unbiased report on the
25  conditions of the street, and staff utilizes --

Page 132

1  utilizes that report to, again, direct the
2  resources and funding to either reconstruct the
3  street or get it redone.
4      Q.    Okay.  Detour over.
5      A.    Okay.
6      Q.    Let's go back to Exhibit 22.
7      Based on your experience and your time
8  working at the city, is the city or are the
9  commissioners aware that Latino voter turnout is
10  lower in odd-year elections?
11     A.    No, I'm not aware.  So here's -- here is
12  kind of -- I've only seen at least one report of
13  just the voter turnout in general, but we -- I'm
14  not sure that I ever asked based on ethnicity
15  and/or if their answer was from the elections
16  office that they didn't necessarily have that data
17  to provide to us.
18      And so I can only speculate that it -- it
19  is lower for many different factors.  Again, you
20  have an immigrant population that not everybody is
21  eligible, like myself, a green card holder.  You
22  have, you know, residents like my parents that if
23  they were citizens, they don't -- they're not aware
24  of the local elections.
25      And, you know, again, I think -- I can't

Page 133

1  emphasize enough the lack of education within the
2  immigrant and refugee community, because there's a
3  cultural issue: whereas, you know, elections in my
4  own little town in Mexico are completely different
5  than here.
6      Q.    Turning to the next page of Exhibit 22,
7  it is the attached Resolution No. 2015-2.
8      What is this document?
9      A.    A resolution.
10     Q.    Did you write this resolution?
11     A.    I don't know.  That's -- I had that
12  question actually when you were asking me the
13  questions.  And I'm not sure if this was a
14  passed-down-type language from the League of Kansas
15  Municipalities at the time, or it was actually put
16  together in my -- with my consultation by counsel.
17     Q.    You mean city counsel?
18     A.    Yes.
19      MS. EBERLINE:  Do you mean the
20  city attorney?
21      THE WITNESS:  City attorney,
22  yes.
23      MS. CHING:  Yeah, sorry.
24  Thanks.
25      MS. EBERLINE:  With an S.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 134..137

Page 134

1          MS. CHING:  Yeah.
2      Q.   (By Ms. Ching)  Was this resolution
3  passed?  Do you recall?
4      A.   I assume, yeah.
5      Q.   Do you recall any sort of public
6  communication or debate about moving to
7  odd-numbered years -- I'm sorry, to even-numbered
8  year elections?
9      A.   The only possible communication that
10 we've done -- and, again, it was a practice of
11 ours -- was to include legislative updates to the
12 public through the city's weekly newsletter.  You
13 know, in my community, legislative issues were
14 boring and dry; so --
15     Q.   What would have been in that update about
16 moving to even-numbered year elections?  Do you
17 recall the content of that update?
18     A.   If there was one made, I don't recall.
19 It's basically very generic to keep it concise in
20 that weekly that city had provided testimony on a
21 certain policy or proposed legislation.
22     Q.   And in preparing this memo and thinking
23 about those recommendations, did you talk to anyone
24 in the community about it, about the possibility of
25 moving from odd-numbered years to even-numbered

Page 135

1  years?
2      A.   Not to my knowledge.
3      Q.   And is it your understanding that city
4  elections could be held in even-numbered years?
5      A.   I wasn't aware of that.
6      Q.   You don't think that the city has the
7  power to --
8      A.   I thought it was purely driven by statue.
9      Q.   So you think the Kansas State Legislature
10 has complete control over that?
11     A.   Again, they pass -- my assumption is they
12 pass state statue; local elections are driven by
13 it.
14     Q.   Do you know anyone who has encountered
15 issues or problems when trying to vote in
16 Dodge City?
17     A.   No.  I mean, just I think the -- through
18 the 2018 issue, again, I wasn't qualified to work
19 the election as a bilingual poll worker.  The only
20 issue through the 2018 -- I think, again, people
21 didn't understand the provisionate ballot
22 definition as to what that meant, if their vote was
23 going to count or not.
24     Q.   So was there some sort of issue with
25 provisional ballots in 2018?

Page 136

1      A.   No.  No, there was not an issue.
2      Q.   Okay.
3      A.   The issue was that, again, I think you
4  had first-generation immigrants like my parents
5  that didn't understand what that meant.
6      Q.   And there was no information put out by
7  the county or the city about provisional ballots?
8      A.   That, I'm not aware.
9      Q.   Okay.  Not that you're aware of?
10     A.   Yeah.
11     Q.   All right.  I'm --
12          MS. EBERLINE:  Well, is your
13     testimony that you don't know one way or
14     the other or that they did not put out
15     any?
16          THE WITNESS:  Yes.  Thank you.
17     A.   I'm not aware one way or the other.
18 Again, it was one of those things:  Their function,
19 their operation, not mine.
20     Q.   (By Ms. Ching)  And based on the city's
21 practice when it comes to sending out election
22 information, if the city had sent out any
23 information or publicized any information about
24 provisional ballots, that information would have
25 come from the county?

Page 137

1      A.   Yes.
2          (de la Rosa Deposition Exhibit No. 24
3          was marked for identification.)
4      Q.   (By Ms. Ching)  I'm going to show you
5  what's been marked as Exhibit 24.
6          Are you done looking at it?
7      A.   Yeah.
8      Q.   Okay.  So this document, which is
9  Bates stamped Dodge City 0002744 through 45,
10 includes an email that you sent to someone named
11 Kate Schieferecke?
12     A.   Schieferecke.
13     Q.   S-H-I -- I'm sorry.
14 S-C-H-I-E-F-E-R-E-C-K-E.
15          Who is Kate Schieferecke?
16     A.   Kate Schieferecke was -- used to work for
17 Catholic Charities in yet -- I want to say case
18 manager.  Catholic Charities provided legal
19 assistance to refugees and immigrants and also was
20 the refugee resettlement office.
21          Kate then, at that -- at this point of
22 these -- this email was part of the Lead For
23 American organization.
24     Q.   What's Lead For America?
25     A.   It's a nonprofit organization that, I

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                                   Pages 138..141

Page 138

1  think, provides leadership training for young
2  leaders.  It's a brand-new -- it was a brand-new
3  organization moving into Dodge City.
4      Q.   What is your email to her about?
5      A.   So Kate and Lead For America was putting
6  together a candidate forum.  Typically, the
7  candidate forums were put together by the chamber
8  of Dodge City.  I don't know what happened that
9  year or why they weren't doing a forum, but
10  something happened, which I don't remember.
11          Then Lead For America took on the -- sort
12  of the -- the -- project or idea to put a
13  candidate forum since they were new to the
14  community and they wanted to -- to do something for
15  the community.
16          It looks like this email, we provided
17  some potential questions that could be asked during
18  that forum.  Also, since they were new to the
19  community, we provided some ideas that the event
20  could be advertised on and -- yeah.
21      Q.   And when you say "candidate forum," do
22  you mean candidates for city commission?
23      A.   Both.  Well, actually, maybe all three.
24  I think it was school district, city commission,
25  and maybe Dodge City Community College.

Page 139

1      Q.   Did Ms. Schieferecke ask you to put this
2  list together for her?
3      A.   Yeah.  This must have been either a phone
4  call or an in-person request.  And it looks like,
5  based on the questions, that we were providing
6  potential questions to ask for the city commission
7  forum.
8      Q.   So there's a list -- there's -- there's
9  multiple bullet point lists.
10      A.   Uh-huh.
11      Q.   But the first one, the last bullet point
12  of the first list says, "According to the 2020
13  census count, 57.4 percent of Dodge City's
14  population is Latino or Hispanic.  How will you
15  engage the public in your decision-making process?
16  What steps will you take to become inclusive in
17  this process?"
18          Who decided to ask -- add this question
19  to this list?
20      A.   That one's mine.
21      Q.   Why did you want to add that one?
22      A.   Well, I'm the immigrant and the staff --
23      Q.   Uh-huh.
24      A.   -- I mean, not the only one.  But I was
25  doing a lot of work for welcoming and integration.

Page 140

1  And so, obviously, diversity, equity, and
2  inclusion, it's a passion of mine and I wanted to
3  ask that question.
4      Q.   Do you recall whether any of these
5  questions on here ended up being asked at the
6  forum?
7      A.   I think so.
8      Q.   Do you recall if that last one about the
9  Latino or Hispanic community being asked?
10      A.   Yes.
11      Q.   Do you recall any candidates' answers to
12  that question?
13      A.   I don't.  I really don't know.  I'm sure
14  there's a recording somewhere.
15      Q.   When was the first time you heard about
16  district-based elections for commission elections?
17      A.   The first time was brought up by
18  Commissioner Jan Scoggins.  I don't remember the
19  year.  She was serving on the commission.
20      Q.   Did you ever discuss the possibility of
21  having district-based commission elections with any
22  other city employees?
23      A.   No.  I think it was generally -- again,
24  she brought it up during a commission meeting.
25  Then I think, at the time, the city manager and

Page 141

1  maybe city attorney were tasked to research the --
2  the idea.  I must just remember vague conversations
3  about it.
4      Q.   Were you involved in that research at
5  all?
6      A.   I honestly don't remember.  I might have
7  been CC'd or something.
8      Q.   I am going to show you what's being
9  marked as Exhibit 25.
10          (de la Rosa Deposition Exhibit No. 25
11          was marked for identification.)
12      Q.   (By Ms. Ching)  This is Bates stamped
13  Dodge City 0003693 through 94.
14          Let me know when you're done looking at
15  that.
16      A.   Okay.
17      Q.   So Exhibit 25 is an email from
18  Cherise Tieben to you and some others.
19          Do you recall receiving this email?
20      A.   Now that you show me, yes.
21      Q.   And the third paragraph says, "Nannette
22  reminded me the other day that there was a threat
23  of a lawsuit several years ago when Kim Goodnight
24  was the county chairman.  If we recalled correctly,
25  it was to force us into wards."

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023                Pages 142..145

**Page 142**

1    Do you know what lawsuit Ms. Tieben is
2  referring to here?
3    A.   Again, Nannette worked there for several
4  years and had institutional knowledge.  So, again,
5  part of the -- the -- why she's involved is she's
6  been through the city for a lot of years.
7    Q.   **What did you understand Ms. Tieben to**
8  **mean by wards?**
9    A.   I honestly don't know.  I don't want to
10  speculate.  Again, that word is used, to me -- as a
11  English second-language person, sounds funny.
12    (de la Rosa Deposition Exhibit No. 26
13    was marked for identification.)
14    Q.   (By Ms. Ching) Okay.  I'm going to show
15  you what's been marked as Exhibit 26.  This is
16  Bates stamped Dodge City 00017 and then 77.
17    A.   Okay.
18    Q.   So this document is a couple of emails in
19  February 2019 between Jan Scoggins, S-C-O-G-G-I-N-S,
20  to Cherise -- Cherise Tieben and Ms. Tieben's reply
21  to her that BCC'd you.
22    Do you recall receiving this email?
23    A.   Probably, yes.
24    Q.   Do you know why Ms. Tieben BCC'd you?
25    A.   Probably just to keep us in the loop of

**Page 143**

1  what was to come before the city commission.
2    Q.   **You mentioned earlier that Jan Scoggins**
3  **was a commissioner.  Was she a commissioner at the**
4  **time of this email in --**
5    A.   It looks like it, yes.
6    Q.   **-- February 2019?**
7    A.   Yes.
8    Q.   Okay.  Her email mentions a community
9  group that proposed changing city commission
10  elections to have three districts and two at-large
11  positions.
12    Do you see that?
13    A.   Uh-huh.
14    Q.   Do you know who that community group was?
15    A.   I don't, no.
16    MS. CHING:  All right.  Do you
17  want to take a break?
18    THE WITNESS:  Yes.
19    MS. CHING:  Okay.
20    THE WITNESS:  Thank you.
21    MS. CHING:  Let's go off the
22  record.  Come back in five minutes?
23    THE WITNESS:  That'd be great.
24  Sorry.
25    THE VIDEOGRAPHER:  All right.

**Page 144**

1  The time is 2:28.  We are now off the
2  record.
3    (Brief recess taken.)
4    THE VIDEOGRAPHER:  We are now
5  on the record.
6    (de la Rosa Deposition Exhibit No. 27
7    was marked for identification.)
8    Q.   (By Ms. Ching) Mr. de la Rosa, I'm going
9  to show you what's been marked as Exhibit 27.  That
10  is Bates stamped Dodge City 0004356.  And this is
11  an email from you to Nick Hernandez and some others
12  on December 16th, 2022.
13    Do you recall this email?
14    A.   Yeah.  I think that's when City Manager
15  Nick Hernandez received notice of the lawsuit.  And
16  then I had mentioned -- or mentioned to him that --
17  the question posed by Jan Scoggins then.
18    Q.   And you wrote:  "Here's what we found on
19  the election wards from the last question in 2018
20  by Commissioner Scoggins.  The research was done by
21  Nannette Pogue, former finance director."
22    A.   Right.
23    Q.   Why did you write this email?
24    A.   Again, it was just the response of, you
25  know -- I can't remember if it was asked, "Hey, has

**Page 145**

1  this issue come up before" or anything like that.
2  And then I remember that question come up with
3  Commissioner Scoggins then.
4    Q.   Okay.  And the header of the email shows
5  that there's an attachment,
6  electioninformation.docx.
7    Do you see that?
8    A.   Yes.  Do you have that?
9    Q.   I do.  I'm going to show you it to you as
10  Exhibit 28.
11    (de la Rosa Deposition Exhibit No. 28
12    was marked for identification.)
13    Q.   (By Ms. Ching) And this is Bates stamped
14  Dodge City 0004357 through 59.
15    Do you recognize this document?
16    A.   I've seen it once or twice, probably in
17  communication that I was CC'd on when the question
18  by Jan Scoggins came up.
19    Q.   Is this the research done by
20  Nannette Pogue that you referenced in the email
21  that we had just talked about?
22    A.   It's something that she probably provided
23  with the assistance of the League of Kansas
24  Municipalities.
25    Q.   Do you have an understanding of why

Page 146

1    Ms. Pogue did this research and wrote this memo?
2            MS. EBERLINE:  Object to form.
3        That wasn't his testimony about who
4        prepared the memo.
5        Q.   (By Ms. Ching)  You can answer.
6        A.    I don't know.  Again, I'm unaware if she
7    actually prepared the -- the report or if the
8    League themselves provided the report.
9        Q.    Can you flip to the third-to-the-last
10   page?
11       A.    Uh-huh.
12       Q.    And the last sentence says, "I wasn't
13   able to find and other information regarding the
14   school districts and what kind of problems they may
15   have run into when they had voting districts."
16            Do you see that?
17       A.    Uh-huh.
18       Q.    And then the paragraph before that, it
19   says, "Based on my experience with Kansas
20   politics..."
21            This is written in the first person,
22   correct?
23       A.    I'm sorry.  I don't see the "Based on my
24   experience."
25       Q.    There's no indentation, but it's --

Page 147

1        A.    Oh, yes.
2        Q.    Do you see it now?
3        A.    Yeah.
4        Q.    This is written in the first person,
5    correct?
6        A.    Yes.
7        Q.    Okay.  Can you flip to the previous page
8    that ends in Bates No. 4358?
9        A.    Uh-huh.
10       Q.    I'd like to direct your attention to the
11   section titled, "Information on Statutes and
12   redistricting from the League of Municipalities."
13       A.    Uh-huh.
14       Q.    Do you see that?
15       A.    Uh-huh.
16       Q.    And then the last paragraph at the bottom
17   says (as read):  Dodge City would need to pass an
18   ordinance establishing that they will be electing
19   their commissions by single-member districts rather
20   than their current at-large process.  The newly
21   enacted districts would need to satisfy several
22   judicially created criteria to withstand any
23   possible judicial scrutiny.  Case law has created
24   the guideline that election district, as a minimum,
25   would need to be redrawn every ten years on the

Page 148

1    state and local levels to reflect population
2    shifts.
3            Do you see that?
4        A.    Uh-huh.
5        Q.    And then on the next page there is a
6    discussion of statistics from the 2010 census.
7            "As of the 2010 United States Census, the
8    racial makeup of Dodge City was 72.5 percent white,
9    2.5 percent African American, 1.1 percent American
10   Indian, 1.6 percent Asian, 0.2 percent Pacific
11   Islander, 19.3 percent from other races, and
12   2.9 percent from two or more races.  Hispanics and
13   Latinos of any race were 57.5 percent of the
14   population."
15           Did I read that correctly?
16       A.    Uh-huh.
17       Q.    Do you know the results of the 2020
18   census?
19       A.    As in?
20       Q.    For Dodge City, the racial demographics.
21       A.    Yeah.  I mean, we had it in the other
22   one -- in the other exhibit, I'm sorry.  Give me
23   just a second.  I mean, I -- I remember the --
24   Ford County being one of the only four counties in
25   the State of Kansas being majority Latino or

Page 149

1    Hispanic with 57.4 percent.
2        Q.    All right.  Next paragraph (as read):
3    Dodge City would need to be careful to not dilute
4    the voting power of Hispanic and Latino voters in
5    any map that is adopted.  Section 2 of the Voting
6    Rights Act deals with this issue, and the
7    Supreme Court established a list of conditions
8    under Thornburg versus Gingles.  The test looks at,
9    one, whether it is possible to draw a district so
10   that a majority of voters belong to a
11   geographically compact racial, ethnic, or language
12   minority community; two, whether the minority
13   population usually votes as a bloc for the same
14   type of candidate; and, three, whether the rest of
15   the population in the area usually votes as a bloc
16   for different communities -- or sorry -- for
17   different candidates than those preferred by the
18   minority community.
19           Did I read that correctly?
20       A.    Uh-huh.
21       Q.    Ms. Pogue then says, "Based on my
22   experience with Kansas politics, Prong 2 and 3 will
23   likely be met."
24           Did I read that correctly?
25       A.    Just correction.  I don't think

Page 150

1    Mrs. Pogue wrote this. I think it was written by
2    the -- by somebody within the League of Kansas
3    Municipalities. That's just my impression.
4        Q.    Why do you --
5        (Stenographer asks for clarification.)
6        A.    Somebody within the League of Kansas
7    Municipalities.
8        Q.    (By Ms. Ching)  Why do you think that?
9        A.    I think the -- the question was posed to
10   the League of Kansas Municipalities of: "Hey, what
11   information do you have on districts? And what is
12   the guidance if a district chose to form
13   districts -- if a city chose to form districts?"
14       Q.    So even though this was written in the
15   first person, you don't think that this is
16   Ms. Pogue's own words?
17       A.    My -- from my recollection, I don't think
18   it is.
19       Q.    From your recollection?
20       A.    Yes.
21       Q.    What do you recollect that makes you
22   think that?
23       A.    Because I remember when this question
24   came up, I know the League of Kansas Municipalities
25   served as a resource for this research.

Page 151

1        Q.    But you think that because the League was
2    her resource that those are the League's words and
3    not her own?
4        A.    Typically, when they provide guidance on
5    a certain issue, they typically put together
6    something rough draft like this or an email.
7        Q.    And you think that Ms. Pogue would have
8    passed that on without any sort of editing?
9        MS. EBERLINE: Objection.
10   Calls for speculation.
11       A.    That's my assumption.
12       Q.    (By Ms. Ching)  Did you ever speak with
13   Ms. Pogue about this research?
14       A.    No. It's years ago. And, again, I was
15   included in the sense that I was CC'd in the
16   information. I wasn't dissecting it.
17       Q.    Okay. Can you go back to Exhibit 27,
18   which is your email attaching this document?
19       A.    Uh-huh.
20       Q.    And you wrote, "The research was done by
21   Nannette Pogue, former finance director."
22       A.    She was -- well, I'll wait for the
23   question. Sorry.
24       Q.    So you understood that this was her
25   research, correct?

Page 152

1        MS. EBERLINE: Objection.
2    Mischaracterizes his testimony.
3        A.    Just for correction, typically, when
4    staff is directed to do -- take on a project,
5    they -- they're the point of contact for the city.
6        That could include contacting the League
7    of Kansas Municipalities; ICMA; the League of
8    Cities, a national association. Again, it can
9    include an array of tools to be able to do or
10   answer questions or provide information to the city
11   manager or city commission.
12       Q.    (By Ms. Ching)  Your email wrote -- in
13   your email, you wrote, "The research was done by
14   Nanette Pogue," correct?
15       A.    Yes. I mean, again, she involved and
16   solicited the information on behalf of the city, in
17   my recollection, to the League of Kansas
18   Municipalities.
19       Q.    I understand. But that's what you wrote,
20   correct?
21       A.    Right, yeah.
22       Q.    What did you do -- or do you know what
23   the city did after Ms. Pogue did this research?
24   Did the city do anything with her findings?
25       A.    Yes. I mean, I think what was done

Page 153

1    and -- and what I recollect was, the question was
2    posed by Jan Scoggins through a city commission
3    meeting. I know there was probably a second and --
4    a second conversation at the end of the meeting.
5    Staff then had to circle back to Jan Scoggins. I
6    don't recall if it was done through a regular city
7    commission meeting or it was individually.
8        Q.    Do you know if anyone else besides
9    Ms. Pogue looked into this topic?
10       A.    I don't know. This could have been,
11   again, when she was done collecting the
12   information. Working with the League of Kansas
13   Municipalities, she could have forwarded it to the
14   city manager.
15       City Manager Tieben had a practice of
16   meeting one-on-one with city commissioners to
17   update on current projects, ongoing projects. And
18   that was an opportunity to -- for them to ask
19   questions or follow up on a certain complaint.
20       Q.    Are you aware of anything the city has
21   done to keep track of issues related to voting in
22   city elections that it became aware of?
23       A.    Not to my knowledge. Again, it wasn't
24   our operation.
25       Q.    When was the first time you've heard of

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 154..157

Page 154

1  the Voting Rights Act?

2      A.    Huh, good question.  I don't know.

3      Q.    But you have heard of it?

4      A.    Yeah.  I mean, somebody has thrown it out

5  there.  Whether it was legislative session,

6  committee meetings, or -- I don't know.  I'm not an

7  expert by any means on that.

8      Q.    Sure.  Have you ever discussed the Voting

9  Rights Act with anyone else from the city?

10     A.    No.  I'm not intelligent enough to have

11  that conversation.  Sorry.

12     Q.    Are you aware of any past federal

13  investigations into Dodge City or Ford County for

14  violation --

15     A.    No.

16     Q.    -- of the Voting Rights Act?

17           Just thought I'd ask.

18           I'd like to ask you some questions about

19  specific Dodge City programs or initiatives.

20     A.    Sure.

21     Q.    One of the things we talked about earlier

22  was the Cultural Relations Advisory Board.  Can you

23  give me a brief summary of what that is?

24     A.    Yeah.  So I believe they were instituted

25  in 2010 through a resolution.  When I arrived to

Page 155

1  the city Jane Longmeyer, PIO for the city at the

2  time, was the staff person.  And, then, as an

3  intern later on, as the assistant to the city

4  manager, I assisted or helped with that body.

5           Then when Jane Longmeyer retired, went on

6  to being staffed by Melissa McCoy, my colleague

7  there.  And then after that, then it came to me

8  as -- you know, as a primary kind of focus of -- of

9  my role.

10     Q.    And what specifically was your role in

11  relation --

12     A.    To staff the -- the board.  So just as

13  any other advisory board or board of directors,

14  obviously, they advise the city commission on

15  issues related to the community:  immigrant,

16  refugee, Hispanic, Latino minority groups.

17           And I know it was kind of sort of -- they

18  were doing initiatives, but it really took off when

19  we started doing the welcoming and integration work

20  with Welcoming America.

21     Q.    Do you have an understanding of why the

22  Cultural Relations Advisory Board was created?

23     A.    Well, there's a resolution, but I think

24  there was a recommendation by the city commission,

25  city manager at the time that the community was

Page 156

1  becoming diverse.  And this was a way to have a

2  body of people advising them on issues, concerns

3  related to the community.

4      Q.    Are you aware of any specific incident

5  that may have affected the creation of the

6  Cultural Relations Advisory Board?

7      A.    No.

8      Q.    Are you aware of a shooting that occurred

9  in 2010 involving two white men and a Latino man

10  along the Arkansas River in Dodge City?

11     A.    I remember being at that event, but I

12  didn't know that that stem- -- this group stemmed

13  from that, from that issue, if that's the

14  assumption being made.

15     Q.    I'm sorry.  "Being at that event"?

16     A.    I was at that event as a kid.

17           MS. EBERLINE:  The shooting?

18     A.    Well, it wasn't a shooting.  Hold up,

19  hold up.  I wasn't -- it wasn't a shooting.  It was

20  the Cinco de Mayo event at Wright Park.  It was a

21  large -- at the time, it was a large celebration.

22  They had the Queen, and then they had music and

23  games and -- so it was a huge, large event.

24           Wright Park is the largest park within

25  the city.  And people really gather there to, you

Page 157

1  know, do any Cinco de Mayo celebration and others.

2  And so it wasn't your -- what you would imagine a

3  shooting.  I know there was guns involved and shots

4  fired, but it was young kids on the river bank, I

5  think, from what I remember.

6      Q.    Okay.  You mentioned that your role is to

7  staff the board.

8      A.    Yes.

9      Q.    Do you have any other responsibilities or

10  roles as relates to the board?

11     A.    Yeah.  I mean, I -- you know, as a staff

12  member, I provided information, conducted research.

13  Really, they get to basically decide what we want

14  to do.  And then staff gets to do it.

15     Q.    So the board would make some decisions

16  and then have you go do some work for the board?

17     A.    Yeah.  They're a volunteer board, so

18  they're not going to do it; so --

19     Q.    Anything else that you did for the board?

20     A.    No.  It was just coordinating events,

21  doing research to provide information.

22     Q.    Who is on the board?

23     A.    Right now?

24     Q.    At any -- well, sure, right now.  When

25  you left the city, who was on the board?

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
### Ernestor de la Rosa on 06/20/2023                    Pages 158..161

**Page 158**

1    A.    So the resolution was passed with a
2  structure that, basically, they wanted to be
3  inclusive in the -- in the matter, which I disagree
4  how the structure was put together for issues that
5  I can tell you a little bit later.
6        So -- so it was structured in the sense
7  that they wanted a representative from the plant --
8  from the two plants, and I think community college
9  at the time, school district.  Who else?  I think
10  two at-large people and maybe other organizations
11  that I'm forgetting.  So -- and then each of those
12  organizations would then identify the individual to
13  serve throughout the terms.
14        And then, at large, we would request
15  applications through city channels.  The
16  applications are open if you wanted to serve X, Y,
17  and Z.  And -- and so the issue that I didn't like
18  and -- and was a recurring issue is that when, for
19  example, the plants were identified as --
20  identified an individual to represent them in this
21  committee, they would end up not showing up.
22        And so, for me, my personal opinion, it
23  didn't work just because, one, they weren't
24  necessarily invested; two, they weren't showing up,
25  and they were just taking up a seat that somebody

**Page 159**

1  else could fill in that really wanted to be there.
2    Q.    How were the board members selected?
3    A.    Again, the normal appointment process
4  was -- in this instance, was guided through the
5  resolution --
6    Q.    Uh-huh.
7    A.    -- identifying the different entities.
8  The two at large would have been selected through
9  an open application where the general public would
10  apply if they were interested in serving.  And then
11  staff would then go through applications -- screen
12  the applications, and make a recommendation to city
13  council.
14    Q.    So the staff makes a recommendation about
15  which at-large applicants --
16    A.    Yeah, uh-huh.
17    Q.    -- they think would be a good fit?
18    A.    Yeah.
19    Q.    And then the commission selects those
20  members?
21    A.    The commission basically would approve
22  the recommendation based on staff.  Commission was
23  really good about asking us about the process and,
24  you know, whether it was objective or not.
25        I think the staff's recommendation

**Page 160**

1  usually is, what are the sets of skills needed for
2  that board or advisory committee; who are we
3  missing; just to be, again, representative and
4  inclusive of the community.
5    Q.    Which staff were involved in reviewing
6  these applications and making those recommendations?
7    A.    You know, it could be the staff that
8  staff the -- the -- that particular committee with
9  the advice and guidance of the city manager.  It
10  could be -- it could take a number of ways, I mean,
11  consulting with the advisory board itself and, you
12  know.
13        Just like the last time that we appointed
14  somebody at large, I consulted -- I actually
15  received two applications, I believe, then sent it
16  to the committee and said:  Hey, which one would
17  you vote for?  And then tied it up or counted the
18  votes, and that's what we recommended.
19    Q.    Were you always personally involved in
20  that recommendation process?
21    A.    Yeah.  I mean, I had to provide the
22  applications received and kind of facilitate the
23  process.
24    Q.    Do board members have term limits?
25    A.    Yes.

**Page 161**

1    Q.    How long?
2    A.    I don't know.
3    Q.    Okay.  And how often did board members
4  meet?
5    A.    On a monthly basis.  There was special
6  meetings and so forth.
7        (de la Rosa Deposition Exhibit No. 29
8        was marked for identification.)
9    Q.    (By Ms. Ching)  Okay.  I'm going to hand
10  you what's been marked as Exhibit 29.  So I will
11  represent to you that is a printout of the
12  Cultural Relations Advisory Board page from the
13  Dodge City website.
14    A.    Uh-huh.
15    Q.    It did not print out very prettily, I
16  think, because of the website layout, but do you
17  recognize it?
18    A.    Yeah.
19    Q.    So the website says, "The purpose of the
20  Cultural Relations Advisory Board is to advise the
21  city commission related to or affecting communities
22  of color within Dodge City; to monitor the policies
23  and practices of the City of Dodge City to issue
24  fair and equitable application; and to act as a
25  resource for intercultural awareness, education,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 162..165

Page 162

1  and celebration among all people."
2            Is that an accurate description of the
3  purpose of the advisory board, as you understand
4  it?
5      A.   Yeah.
6      Q.   Okay.  So that first part, "advise the
7  city commission related to or affecting communities
8  of color within Dodge City," what are some examples
9  of the board doing that in the past?
10     A.   Yeah.  So I think, mainly, so we host
11 a -- there are informative sessions, workshops,
12 other initiatives that we advise to city
13 administration on -- on what to conduct or, you
14 know, actually put together.
15          And so, largely, I think that the bulk
16 of -- of the project in the last few years has been
17 through that Strategic Planning for Welcoming and
18 Integration.
19     Q.   Any other example of the board advising
20 the city commission on things affecting communities
21 of color within Dodge City?
22     A.   I was mainly, you know, advising staff
23 member -- in this case, me -- then would share that
24 with city manager.  And so, yeah, I mean, it was
25 just that process that we -- how we conducted

Page 163

1  business.
2      Q.   But is there a specific thing that you
3  can think of that the advisory board had a
4  recommendation -- or not a recommendation, I'm
5  sorry -- a specific piece of advice that the board
6  gave to the commission about the communities of
7  color in Dodge City?
8      A.   No.
9      Q.   You can't think of anything specific?
10     A.   I mean, other than the work done
11 related -- everything was done.  I'm not sure that
12 I'm understanding your question.
13     Q.   Well, I'm not understanding your answer,
14 so that makes two of us.
15          So you said, information sessions or
16 workshops.
17     A.   Yeah.  So, for example, let me elaborate
18 for that.  So with Longmeyer, what they've done in
19 the past, because we were seeing a large percentage
20 of refugees from African countries into
21 Dodge City, they -- they hosted informative
22 sessions or presentations.
23          I remember when -- the Lost -- the Lost
24 Boys of Sudan at the public library, we've
25 partnered with the Mexican Consulate to provide

Page 164

1  customer services, you know, issuing their
2  passports from their home country to the Matricula
3  Consular X, Y, and Z.
4            The other -- they also provide their
5  other services and would partner with Genesis
6  Family Health to bring basic health services for
7  the community, for that target group.
8            Also, we would certainly have
9  conversations about the USCIS mobile services
10 coming to Dodge City and how we wanted -- we wanted
11 to see them frequently.
12           They would certainly be engaged on
13 volunteering and -- and manning sort of the
14 operation of what -- what took us to -- to host
15 citizenship ceremonies in Dodge City.  They were
16 certainly intricate in -- in the development and
17 completing the Strategic Planning for Welcoming and
18 Integration.
19           We've done the international festival.
20 We've hosted legal assistance clinic -- clinics for
21 free for DACA recipients.  We've partnered with the
22 local union for the meat packing plants,
23 UFCW Local 2 for legal citizenships, you know,
24 helping them with that process.
25           We certainly would host informative

Page 165

1  sessions related to either a proposed reform or
2  when DACA was first implemented or expanded
3  throughout the years.  I mean, it was a lot.
4      Q.   So each of those things that you just
5  mentioned, the Cultural Relations Advisory Board
6  recommended to the commission --
7      A.   We --
8      Q.   -- to do?
9      A.   So the way it would -- so, certainly, a
10 lot of those things we -- we acted upon and
11 coordinated and -- and hosted the events.  A lot of
12 it, if there was any recommendation made to the
13 city commission, it would be in the form of:
14 Hey, can you include this change or this topic in
15 the legislative agenda for the city?
16     Q.   From the advisory board?
17     A.   Yeah.
18     Q.   So the -- the advice that the board gave
19 to the city commission related to or affecting
20 communities of color within Dodge City would be to
21 add these agenda items?
22     A.   Right, right.
23     Q.   Any --
24     A.   That was just one example.
25     Q.   Anything else?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                                        Pages 166..169

Page 166

1    A.    I mean, the other piece, again, when we
2  completed the welcoming for -- and welcoming and
3  integration strategic plan, that was something that
4  was shared with the commission.  We hosted a launch
5  event.  They were invited.
6          Again, they received a copy of that
7  strategic plan ensuring that they had no concerns
8  or questions.  Or if they had certainly more or --
9  wanted more information about it in any particular
10  item, that was the opportunity to do so before
11  going public with that particular project.
12          And -- and so we never received any
13  pushback or -- you know, really, they were pretty
14  supportive throughout the entire activities that we
15  conducted.
16    Q.    Other than asking the commission to add
17  certain things to agendas, what else did the board
18  do to advise the city commission?
19    A.    Well, we had the whole strategic
20  planning.
21    Q.    And -- okay.  So that and adding things
22  to the agenda.  Anything else?
23    A.    No, not that I can think of.  It was
24  mainly providing events or initiatives that the
25  public was asking for.  And we acted as a body

Page 167

1  to -- to suffice that need and, you know, putting
2  together that event for -- for the community.
3    Q.    So community members would go to the
4  advisory board and ask for certain things?
5    A.    These would be -- again, these requests
6  could take different approaches.  I mean, it'd be
7  community members, you know, specifically hearing
8  from the community questions, concerns about a
9  certain item.  And then we would certainly discuss
10  it.  And if we needed to put together an event --
11  and, for example, an informative session -- then we
12  would do that.
13    Q.    So community members would reach out
14  directly to board members?
15    A.    Yeah.  I mean, they had -- the commun- --
16  board members -- again, the resolution was based on
17  entities, public entities, the plants.  And so
18  these are people or perhaps leaders in the
19  community that were well-connected, had the trust
20  of the community, and that's how they would learn
21  that -- the -- the issues going in.
22          You're -- you're also talking about a
23  community that is not perhaps the most engaged
24  civically.  Because, again, you are a shift and
25  work-type community.  And they're not necessarily

Page 168

1  as active as we would like to see.
2    Q.    What are some examples of how the
3  advisory board has monitored the policies and
4  practices of the city to issue fair and equitable
5  application?
6    A.    So this was a little bit out of bound,
7  but, you know, certainly, there was a -- about a
8  year ago there was a transition with our hospital.
9  And there was a lot of concerns about health
10  services for our community.  And people had a lot
11  of questions.
12          So something that perhaps is not
13  necessarily as applicable, but now that I mention
14  it -- but, you know, there was a lot of buzz in the
15  community.  And the advisory board wanted to see
16  how the city could help.  You know, a new city
17  manager was engaging in conversations with
18  leadership at the hospital then, and other
19  Cultural Relations Advisory Board members were,
20  in -- in some groups, engaged in that conversation.
21          You know, for the most part, staff
22  recommended items that -- that we should take on or
23  do with that premise to being just and equitable.
24    Q.    Well, I'm asking specifically about the
25  policies and practices of the city --

Page 169

1    A.    Right.
2    Q.    -- not outside healthcare, unless that
3  healthcare is provided by the city?
4    A.    Well, a lot of the practices and policies
5  were included in the welcoming and integration
6  strategic plan.  I mean, we had sections of
7  different initiatives that we wanted to improve,
8  enhance, or add on.
9    Q.    I guess I'm -- I just want to be clear on
10  the whole -- that issue with the hospital.
11          Was that a city-run hospital?
12    A.    Yeah, that's what I said.  You know, it
13  wasn't perhaps the best example.  But, you know,
14  the city had no control over that change or the
15  hospital itself.  But still, the -- the advisory
16  board wanted to see if the city could do anything
17  about it.
18    Q.    Sure.
19    A.    Me, as a staff person provided
20  information that, hey, our city manager is asking
21  those questions, is engaged in some level of
22  conversation.  And -- and so -- but also advising
23  them, hey, private entity; nothing we can do about
24  it, or not much.
25    Q.    Okay.  Let's set that aside.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                               Pages 170..173

Page 170

1    How about let's talk about things that
2  the city did have control over.
3      A.    Right.
4      Q.    Can you give me an example of how the
5  board monitored that -- monitored that policy or
6  practice that the city had control over to make
7  sure that it was fair and equitably applied?
8      A.    Yeah.  Like I mentioned, there were items
9  in the city's legislative agenda that we put
10 together annually.  They often looked at that and,
11 you know, would review the language that was -- or
12 the topics that were included in that.
13           Now, one of the particular items that I
14 remember vividly is requesting the city or city
15 leadership, including myself, to increase the
16 frequency of the USCIS mobile services.
17           This would, then, take the city to
18 advocate for these type of issues or services with
19 our delegation, including USCIS representatives.
20     Q.    Was there a concern that somehow these
21 USCIS mobile services were not being applied fairly
22 or equitably across the city?
23     A.    Yeah.  I mean, you have the nearest field
24 office out of Wichita.  You're talking 150 miles
25 away from Dodge City.  For somebody to take up a

Page 171

1  whole day for a 15-minute appointment in Wichita
2  out of that whole work schedule, losing income to
3  attend that, that particular appointment, that was
4  a huge issue for us and the community.
5           So what better way to bring those
6  services to the community close to the people where
7  you can literally take off an hour off work and go
8  back to work and not miss any income or workdays.
9      Q.    Okay.  But everybody in Dodge City would
10 have had the same amount of access to USCIS
11 services?
12     A.    Yeah.  I mean, just like anybody.  But
13 one of the things that we wanted to do as a city
14 and the advisory committee was, hey, why don't we
15 bring those services here as opposed to going to
16 the nearest office 150 miles away and losing work.
17     Q.    Sure.  What about things that the city
18 had control over besides USCIS mobile services?
19     A.    Uh-huh.
20     Q.    Can you give me an example of how the
21 advisory board monitored a city policy or practice
22 to ensure fair and equitable application across
23 Dodge City residents?
24     A.    Right.  So we often were -- one of the
25 questions was, how are we recruiting police

Page 172

1  officers, and are we adding police officers that
2  had the bilingual skill?
3           Obviously, that -- that was a duty and
4  responsibility under my purview and certainly would
5  ask questions serving a sense of an accountability
6  perspective of ensuring that we were providing
7  information not only in Spanish -- or not only in
8  English, but also Spanish to the community so that
9  we would be recruiting and hiring police officers
10 like -- that looked like the community, but most
11 importantly, to ensure that also our police force
12 was bilingual or had the bilingual skill to be able
13 to interact with the community.
14     Q.    So what specifically did the advisory
15 board do to promote those -- the selection of those
16 police officers?
17     A.    They weren't engaged in the selection of
18 those officers, but they certainly asked the
19 questions and would hold us accountable as to what
20 are you doing to recruit more Hispanic police
21 officers.
22     Q.    When you say "hold accountable, what do
23 you mean by that?
24     A.    I mean, ask the question, you know.
25 Like, what are you doing to -- to recruit more

Page 173

1  police officers?  What are you doing to advertise
2  these employment opportunities to the Hispanic,
3  Latino community so that the workforce mirrors the
4  community we serve?
5      Q.    Has the advisory board ever advised the
6  city commission on education within the Latino
7  community?
8      A.    Education as in?
9      Q.    Public schools.
10     A.    Yeah, that would be the school district.
11     Q.    So is that a no?
12     A.    I think there's a education piece or
13 section in the Strategic Planning for Welcoming and
14 Integration.
15     Q.    Okay.  Is that the extent of the advisory
16 board's advice to the commission about public
17 education for the Latino community?
18     A.    Yeah, and other education related to
19 either a new law or related to a new immigration
20 rule.
21     Q.    Okay.  Has the advisory board ever
22 advised the city commission on transportation
23 issues affecting the Latino community?
24     A.    That was also included in the strategic
25 planning.  As a person who -- who oversaw those --

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                            Pages 174..177

Page 174

1   those services, I remember there being questions
2   related to service on the weekends.  And that was
3   obviously an issue in the community.
4        Q.   So besides mentioning transportation in
5   the strategic plan, was there any other piece of
6   advice that the advisory board gave to the
7   commission?
8        A.   I believe there's advice or
9   recommendations included in the strategic plan.
10       Q.   Besides the strategic plan, anything
11  else?
12       A.   Not to my recollection.
13       Q.   Okay.  Has the advisory board ever
14  advised the commission on healthcare for the Latino
15  community?
16       A.   Also in the strategic planning.
17       Q.   Anything else besides the strategic plan?
18       A.   No, not to my recollection.  I mean, no.
19       Q.   Has the advisory board ever advised the
20  commission on labor conditions affecting the Latino
21  community?
22       A.   Not to my recollection.
23       Q.   Same question but immigration
24  enforcement.
25       A.   Oh, yeah.  I mean, there was a lot of

Page 175

1   immigration concerns because, again, you're dealing
2   with an immigrant refugee community that had a lot
3   immigrant questions.  Not so much on enforcement
4   because they -- they did happen occasionally, but
5   more so related to immigration policy itself or
6   programs.
7        Q.   And by "programs," you mean the sorts of
8   things we've already talked about, like the
9   consulate services, like the naturalization --
10       A.   DACA --
11       Q.   -- things?
12       A.   -- naturalization, mobile services,
13  refugee programs, and so forth.
14       Q.   Has the advisory board ever advised the
15  commission on over-policing of the Latino
16  community?
17       A.   No.  I didn't think it was an issue.
18       Q.   Has the advisory board ever advised the
19  city commission on voting education and access for
20  the Latino community?
21       A.   Not to my knowledge, but it is also part
22  of the strategic plan that was probably one of the
23  initiatives that mentions it or talks about it.
24       Q.   Besides the strategic plan, was there any
25  other piece of advice that the advisory board gave

Page 176

1   the commission about voting, education, and access
2   for the --
3        A.   I don't recall.
4        Q.   -- Latino community?
5        A.   Sorry.  I don't recall.
6        Q.   And the advisory board is advisory in
7   nature only, correct?
8        A.   Right.
9        Q.   It doesn't, by itself, have any power to
10  actually enact any city policy or create a new
11  program?
12       A.   Correct.
13       Q.   And it has no power to require anybody to
14  do anything, correct?
15       A.   Correct.
16       Q.   Does the advisory board actively bring up
17  issues to the commission without some sort of
18  request from the commission?
19       A.   Yeah.  I mean, again, one of the most
20  proactive projects was the strategic plan.
21       Q.   How often does the advisory board present
22  issues to the commission?
23       A.   I think it's just the annual report, if
24  any.  It was mainly through staff, through the
25  staff person -- in this case, being me at the

Page 177

1   time -- and whomever is the staff person currently.
2        Q.   Have you ever seen any policing data for
3   Dodge City broken down by race or ethnicity?
4        A.   What do you mean by "policing data"?
5        Q.   So, for example -- whoop -- in this past
6   month we issued this many speeding tickets, and
7   X number of tickets were issued to people who
8   identified as Latino and X number to non-Latino.
9        A.   Not to my knowledge, no.
10       Q.   I'm going to show you what's being marked
11  as Exhibit 30.
12            (de la Rosa Deposition Exhibit No. 30
13            was marked for identification.)
14       Q.   (By Ms. Ching)  I'm sure you've been
15  waiting for it.
16       A.   Yeah.  That's sort of my baby.
17       Q.   Exhibit 30 is Bates stamped Dodge City
18  0002267 through 76.  This is the Strategic Plan for
19  Welcoming and Integration.  Is this the document
20  that we've been talking about --
21       A.   Yes.
22       Q.   -- throughout the day?
23            And you said it was your baby.  What do
24  you mean by that?
25       A.   Yeah.  I mean, we -- so if you look

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 178..181

Page 178

1  through it, there is planning staff or planning
2  team, which included myself, Cora Lopez,
3  Debbie Snapp, and Kate Schieferecke. We sort of
4  facilitated the process to put this document
5  together.
6      Q.    Who came up with the idea for creating a
7  strategic plan?
8      A.    Yeah. So this was -- this came together
9  or came out of a -- we joined Welcoming America.
10 Then we were presented with the opportunity to
11 ask -- to apply for sort of the, quote/unquote,
12 scholarship to -- for the Gateways for Growth
13 initiative within the Welcoming America, or
14 partnership with Welcoming America, which
15 encompassed putting together a strategic plan such
16 as this one. And then the immigration counsel
17 would put together a data report for
18 Southwest Kansas.
19     Q.    Okay. You just named a whole bunch of --
20     A.    Yeah.
21     Q.    -- groups?
22            What is Welcoming America?
23     A.    Welcoming America is the -- a national
24 organization that focuses on municipalities to
25 create welcoming environments for immigrants or

Page 179

1  refugees. And, you know, they -- through this
2  process, they provided technical assistance with
3  their staff to guide us through the process of
4  putting this document together.
5      Q.    When was the strategic plan finalized and
6  published?
7      A.    I remember the spring 2022, maybe? I
8  can't believe we don't have a date on here.
9      Q.    That's one reason I asked. Spring 2022?
10     A.    I think so, yeah.
11     Q.    Okay. And whose idea was it to have a
12 strategic plan? I mean, you mentioned that this
13 was because the city had joined the Welcoming
14 America and they provided assistance to
15 you in putting it together. Was it -- did
16 Welcoming America suggest to you to have a
17 strategic plan?
18     A.    Welcoming America presented the
19 scholarship, remember? And then I believe the
20 scholarship or the -- the opportunity was presented
21 to the Cultural Relations Advisory Board. The
22 Cultural Relations Advisory Board, I believe, then
23 advised or made consensus to basically follow up on
24 this opportunity.
25     Q.    Okay. So the Cultural Relations Advisory

Page 180

1  Board said: Hey, we should put together a
2  strategic plan, and went to the commission and
3  suggested --
4      A.    We didn't go to the commission. I think
5  how it took place is they, in consensus, said, yes,
6  take on the opportunity.
7            Obviously, I visited with the city
8  manager and got the nod to obviously proceed. Then
9  we got the scholarship. And then that's when we
10 began to put together this process.
11     Q.    Okay. So the strategic plan was not
12 something like -- like, engaging in the -- in the
13 process of creating the strategic plan was not an
14 official, like, commission-approved process? Did
15 you need commission approval to create the
16 strategic plan?
17     A.    No. There was just administrative
18 approval.
19     Q.    Okay.
20     A.    The end result was delivered or shared
21 with the city commission.
22     Q.    Is the city commission bound by the
23 strategic plan?
24     A.    What do you mean by "bound"?
25     Q.    Meaning that the strategic plan, for

Page 181

1  example, says, we want to do these specific things,
2  X, Y, Z. If the city commission wants to do X, Y,
3  Z, it can, but the strategic plan does not require
4  it to?
5      A.    I would have categorized it that way,
6  yes.
7      Q.    Okay.
8      A.    But I will say again, they never had any
9  pushback.
10     Q.    Sure. Okay. Who did the writing in this
11 plan?
12     A.    Why? Is it that bad?
13     Q.    No.
14     A.    It was the planning staff.
15     Q.    So -- and the planning staff is you,
16 Cora Lopez, Debbie Snapp, and Kate Schieferecke?
17     A.    Yes.
18     Q.    And did all four of you share equal
19 amounts of writing responsibility?
20     A.    It was mainly me and Kate Schieferecke.
21     Q.    Okay. If you could turn to the bottom of
22 Page 5 that's Bates stamped 2271.
23     A.    Uh-huh.
24     Q.    There's a section, Roman Numeral II,
25 "Civic Engagement." And under that heading it

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                          Pages 182..185

Page 182

1    says, "Values," and there's a star bullet point.
2        A.    Uh-huh.
3        Q.    It says (as read):  Elected and appointed
4    leadership in all sectors (government, non-profits,
5    and other community organizations) -- we're on the
6    next page now -- reflects Dodge City's diversity to
7    ensure policies enacted are equitable and
8    well-informed.
9            What does that mean?
10       A.    You know, to ensure that the citizenry
11   was well-informed, but the city policies were
12   equitable and --
13           (Stenographer asks for clarification.)
14       A.    -- equitable and fair for the residents.
15       Q.    (By Ms. Ching)  "Elected and appointed
16   leadership in all sectors reflects Dodge City's
17   diversity" --
18       A.    Right.  Sorry, go ahead.
19       Q.    What does that mean?
20       A.    I think what we meant by that is to
21   ensure that we had representatives in the elected
22   office or commissions that reflected or mirror the
23   community.
24       Q.    Mirror the community how?
25       A.    On its diversity, thinking about gender,

Page 183

1    ethnicity, race.
2        Q.    Do you mean leadership reflects diversity
3    proportionally to the population?
4        A.    Yeah, that was the intention.
5        Q.    Okay.  Do you believe that the city
6    commission has reflected Dodge City's diversity
7    within that meaning that we just discussed --
8        A.    No.
9        Q.    -- proportional representation?
10       A.    No.  I mean, when you look at the
11   community, it's 60 percent Latino and Hispanic, so
12   the majority of the commission is not Latino or
13   Hispanic.
14       Q.    Okay.  Further down the page on Page 6
15   there's a list of recommendations.
16       A.    Uh-huh.
17       Q.    And the first one is:  "Voter
18   registration and Get Out The Vote Efforts.
19   Eligible voters are registered and informed on the
20   issues and candidates, voting polls are accessible,
21   and voters know where to exercise their right to
22   vote."
23           Did I read that correctly?
24       A.    Uh-huh.
25       Q.    Then there's a star bullet point below

Page 184

1    that item.  And then it says:  "UFCW2, City of
2    Dodge..., Ford County."
3            What does that bullet point mean?
4        A.    So the bullet point throughout the
5    document you'll see is we wanted to sort of
6    identify the entities that would help in -- in this
7    recommendation to either enhance or initiate
8    whatever recommendation was put forth.  And so sort
9    of like the way we pitched it was we are
10   identifying the ingredients to make that happen.
11       Q.    So that means -- right here in this
12   Item No. 1, that bullet point reflects your -- your
13   hope or expectation that UFCW2, the City of
14   Dodge City, and Ford County would help implement
15   the voter registration --
16       A.    Yeah --
17       Q.    -- and Get Out The Vote efforts?
18       A.    -- yeah.
19       Q.    What specifically has the city done to
20   ensure that eligible voters are registered and
21   informed on the issues and candidates?
22       A.    Other than the initiatives I mentioned to
23   you earlier?
24       Q.    Uh-huh.
25       A.    Translation table, voter tables at that

Page 185

1    naturalization ceremony, and so forth.
2            And keep in mind, this document was just
3    completed in 2020.  I left in 2022 as well.
4    2020 -- was completed in 2022.  I left in 2022.
5    They're literally in the face of implementation.
6        Q.    Do you know what -- how the city plans to
7    implement that?
8        A.    Yeah.  So part of the implementation
9    piece, Gateways for Growth and Welcoming America
10   also provided implementation grant to hire a staff
11   person with the implementation piece of this plan.
12   I believe that intern was or is still there to this
13   date, I think was.  But that -- that's the
14   intention behind this plan.
15       Q.    Is that a full-time staff position?
16       A.    By the time I left, it was full-time.
17   And then it was ebb and flows because not all of
18   her time at the time was utilized towards this.
19   And then she was helping and assisting other --
20   with other operations of the city.
21       Q.    That was an intern?
22       A.    Yeah.
23       Q.    Not a permanent employee?
24       A.    Correct.
25       Q.    What does "accessible" mean here in

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 186..189

Page 186

1  Item No. 1?
2     A.    Accessible, that regardless of your
3  circumstances, you have access to said service.
4     Q.    What specifically has the city done to
5  ensure that voting polls are accessible?
6     A.    Well, we offer the prominent location at
7  Hoover Pavilion.  It was central and accessible to
8  the public, not only to the entire community, but
9  also ADA compliant.
10     Q.    Anything else besides offering
11  Hoover Pavilion?
12     A.    Translation, again, on the information
13  that the county was disseminating, free
14  transportation again.  What else?
15     Q.    Anything else?
16     A.    I -- I can't think of anything else.
17     Q.    Okay.
18     A.    I'm running out of gas here.
19          (de la Rosa Deposition Exhibit No. 31
20          was marked for identification.)
21     Q.    (By Ms. Ching)  I want to show you what's
22  been marked as Exhibit 31.  This is Bates stamped
23  Dodge City 0002735 through 36.
24     A.    Okay.
25     Q.    This is an email exchange between you,

Page 187

1  Abbey Martin, and Melissa McCoy in August 2021.
2          Do you recall this email chain?
3     A.    Now I do.
4     Q.    Okay.  So the exchange begins with
5  Abbey Martin's email where she proposes a graphic
6  with language referring people who are looking for
7  information on elections in Dodge City and
8  Ford County to the county's election office
9  website.
10          Do you see that?
11     A.    Uh-huh.
12     Q.    And then you responded to her email.  You
13  said, "I like to follow your recommendation to
14  share from the actual entity or office's page, but
15  we all know that this won't happen from the
16  elections office."
17          What did you mean by that?
18     A.    Yeah.  I mean, there was a perception
19  that the elections office wasn't proactively
20  disseminating education or information related to
21  elections in general.  And so I think what we were
22  talking about here is to proactive lead the city
23  through our platforms, share information related to
24  elections.  And it sounds like we were talking
25  about primary elections here.

Page 188

1     Q.    Do you feel that Ford County has not
2  provided election information in the past?
3     A.    Can you -- can you rephrase that.
4     Q.    Well, you said that there was a
5  perception that the county wasn't maybe providing
6  all the information that it could have.  Is that
7  based on past experience with the county?
8     A.    I think to -- our level of expectation or
9  perhaps to our level of taste, they weren't being
10  proactive.  It was almost minimal, the -- the
11  information.  And so we almost acted as picking up
12  the slack and -- and doing it for the sake of -- of
13  the community.
14     Q.    But the information that the city would
15  pass on would only be information that the county
16  provided?
17     A.    Yeah.  I mean, it sounds like, you know,
18  if the -- if the -- the -- the work-around was --
19  again, the practice that we used to use is provide
20  or share what the county has already shared on
21  their platform.  And then we would, then, just kick
22  that off or share it as well.
23          What also happened was, if the county
24  wasn't sharing something -- you know, important,
25  election dates, then we would often utilize the

Page 189

1  state's secretary of state post or information to
2  be shared on our portals.
3     Q.    Let's go back to the strategic plan,
4  Exhibit 30 --
5     A.    Uh-huh.
6     Q.    -- and then back to Page 6 --
7     A.    Uh-huh.
8     Q.    -- the Recommendation No. 2:  "Continuous
9  education about the decennial census, the American
10  Community Survey, and the redistricting process
11  occurs in the community."
12          Did I read that correctly?
13     A.    Uh-huh.
14     Q.    And then in the star bullet point below,
15  the city shows up again.
16          Does that mean the city was hopefully
17  going to help implement that recommendation?
18     A.    Yeah.
19     Q.    What does "the restricting process" mean
20  as it's written here in Recommendation No. 2?
21     A.    So, yeah, that's a -- well, we were in
22  reference -- so we took a very active role with the
23  2020 census count to the point that we were
24  literally knocking on doors with volunteers from
25  the census Complete Count Committee.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 190..193

Page 190

1    The redistricting comes into play.  It's
2  done annually through the census.  When a new
3  resident or the city annexes new territory to the
4  city, there's a survey that is done by the -- the
5  census, which is now done, I believe, at the city
6  through the DIS tech person, Darryl (ph).  And it,
7  for us, is to actively answer accurately so that
8  the census tracks and the redistricting is
9  accurately done.
10    Q.    What specifically has the city done to
11  ensure that there is continuous education about
12  this redistricting process?
13    A.    Informing mainly -- I'm not sure that
14  we've done anything -- anything other than
15  completing that annual survey from the census
16  certainly.
17    Q.    Okay.  Let's talk a little bit about the
18  2020 census --
19    A.    Yeah.
20    Q.    -- efforts since you brought that up.
21    Did you do any work, yourself, in
22  connection with the census?
23    A.    Oh, yeah.
24    Q.    What did you do?
25    A.    Well, as the person staffing the

Page 191

1  Cultural Relations Advisory Board, we formed a
2  Complete Count Committee, which there are pictures
3  on there.  We also had a 2020 census count,
4  Ford County, Dodge City page.  We disseminated and
5  shared information about the 2020 census count.  We
6  spent days knocking on doors to ensure that people
7  were counted, specifically people that -- in areas
8  that normally are hard to count.
9    Also, we held a successful event at the
10  in-person school registration days where we counted
11  close to 2,500 people with the -- in cooperation
12  with the census -- 2020 census staff and the
13  Complete Count Committee.
14    Q.    You mentioned people in places that "are
15  hard to count."
16    A.    Right.
17    Q.    What do you mean by that?
18    A.    Well, the census provides census tracks.
19  And they categorize them -- I can see in the map --
20  in colors of the places that were based on the data
21  on the last decennial that had miscounts or had
22  minimal participation.
23    Q.    So all of this work in trying to
24  encourage people to respond and participate in the
25  census, that came out of the Cultural Relations

Page 192

1  Advisory Board?
2    A.    No.  It -- we formed a Complete Count
3  Committee.
4    Q.    Who is "we"?
5    A.    Staff.  I -- I believe the Cultural
6  Relations Advisory Board was informed and updated
7  throughout the entire initiative from the complete
8  count so that they were aware of what was
9  occurring.  In fact, part -- some of the members
10  from the Cultural Relations Advisory Board were
11  part of the Complete Count Committee.
12    Q.    Was that an official city committee?
13    A.    Yes.  I mean, we didn't institute it
14  through resolution or any other form.  We literally
15  just got people together, and I staffed it.
16    Q.    So it was sort of a any city employee who
17  wants to participate can join the committee and
18  do -- and do this work?
19    A.    There was no city employee.  I staffed
20  the complete count, but we formed -- we kind of
21  casted the net to see who wanted to be part of it.
22    Q.    Oh, I see.  So the committee was mainly
23  based of community members?
24    A.    Yes.  We were intentional in that work in
25  the sense that we were identifying, quote/unquote,

Page 193

1  community leaders, people that had the trust in the
2  community, because we were dealing with sort of the
3  chilling effect of the Trump administration related
4  to the citizenship question.
5    Q.    Who did you work with on the
6  Complete Count Committee?
7    A.    Oh, boy.  I mean, members?
8    Q.    Members of the committee, yeah.
9    A.    Blanca Soto, BK Cortez (ph).
10  Steve Hail (ph) was part of the staff of the census
11  bureau.  Who else?  I want to say
12  Whitney Hodgin, a reporter with --
13    (Stenographer asks for clarification.)
14    A.    Whitney Hodgin with -- sorry, it's
15  scary -- with the Daily Globe.  Gosh, let me look
16  at the picture.  Jorge Estrella with the community
17  college, Blanca -- Bianca Alvarez with adult --
18  early childhood education.  Actually, the mayor was
19  there, Joyce Warshaw.  Kate Schieferecke again.
20  Eldridge -- I can't remember what her first name --
21  his first name, I'm sorry.
22    And then we had -- actually, the city
23  gave me funds to hire a temporary person throughout
24  that season to help me with coordination of that
25  initiative.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 194..197

Page 194

1      Q.    (By Ms. Ching)  Was it important to you
2  to have high participation in the census?
3      A.    It was important to all of us.
4      Q.    Why was it important?
5      A.    Because we wanted our population to be
6  counted.  We wanted to ensure that our city was
7  reflective of its diversity, its population.  And
8  then, also, that helped the city obtain funding
9  over the next ten years related to public services.
10      Q.    What effect do you think having high
11  census response rate would have for the Latino
12  community in Dodge City?
13      A.    Well, one, it let us know that they
14  exist.  Two, obviously, it shows that
15  Southwest Kansas is really run and they're vital to
16  the local economy and the fabric of the community
17  when it comes to the immigrant and refugee
18  community.
19      Q.    Do you feel like maybe that was not
20  accurately perceived in the community, like, the
21  value of the Latino community that you just
22  mentioned?
23      A.    Oh, no.  I think our local officials, the
24  city administration always believed how vital they
25  were:  The reason why we included a lot of those

Page 195

1  issues in our legislative agenda when it came to
2  immigration reform, multiple services, DACA
3  solution, drivers' licenses for undocumented people
4  and so forth.
5      Q.    Are you aware of any cooperation between
6  Dodge City and US Immigrations and Customs
7  Enforcement, ICE?
8      A.    No.
9      Q.    Are you aware of any incidents where
10  undocumented people were arrested by local police
11  and transferred to ICE custody?
12      A.    No.
13      Q.    I'm going to show you what's being marked
14  as Exhibit 32.
15          (de la Rosa Deposition Exhibit No. 32
16          was marked for identification.)
17      Q.    (By Ms. Ching)  This is a news article
18  from KSN.com.  The article is really only the first
19  two pages.  The rest are ads and things that got
20  printed because of the website layout.
21      A.    Uh-huh.
22      Q.    Have you seen this article before?
23      A.    No, I have not.
24      Q.    Have you ever heard about the events
25  described in this article?

Page 196

1      A.    In general, I have heard events, not just
2  in the -- sorry, Dodge City, but just across the
3  nation when we haven't seen -- and when I say "we,"
4  the immigrant community -- we haven't seen raids
5  that have happened, like mass raids such as in
6  Cactus, Texas, and other places -- or Alabama.
7          But I knew that ICE was active in the
8  sense of arresting people that had felony charges
9  or outstanding warrants related to -- you know,
10  they were on deportation proceedings.
11      Q.    So you were aware of ICE activity in
12  Dodge City?
13      A.    In general.  No, I -- not in Dodge City;
14  in general.
15      Q.    Okay.  Were you aware that in 2017,
16  Dodge City was among the cities across the nation
17  that ICE targeted for raids?
18      A.    I knew it had happened, but I didn't know
19  when.
20      Q.    So you knew that a raid -- at least one
21  raid, had happened in Dodge City?
22      A.    I wouldn't call it a raid; I would call
23  it an arrest.
24      Q.    Okay.  An enforcement action?
25      A.    There you go.

Page 197

1      Q.    How did you become aware of that?
2      A.    I think, you know, generally, how you
3  sort of hear the news related to ICE enforcement as
4  to the community of people showing concern.  You
5  know, it'd be my mom heard it through work or
6  particular incidents like that.
7      Q.    So was there sort of a general concern in
8  the community about the possibility of ICE
9  enforcement actions in Dodge City?
10      A.    Yeah.  When it happened, I mean, you
11  would have arrests.  And then your neighbor or my
12  mom's coworker would talk about it and --
13      Q.    You mentioned earlier that some
14  difficulties resulting from the Trump
15  administration's position on immigration --
16      A.    Uh-huh.
17      Q.    -- and citizenship.
18          With -- with that as background, do you
19  think that Dodge City police assistance to ICE
20  might negatively affect the Latino community's
21  relationship with the police?
22      A.    Yeah.  I mean, any police department,
23  when you are working in a diverse community, even
24  here, the -- trust of the community, perhaps,
25  you know, goes away.  And, you know, any level of

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 198..201

Page 198

1   trust could certainly disappear and farther really
2   challenges your relationship with any community.
3   And so, you know, can certainly hurt the community
4   overall.
5          MS. CHING:  Do you want to take
6   a short break?
7          THE WITNESS:  I'm good.
8          MS. CHING:  Do you want to keep
9   going?
10         THE WITNESS:  Yeah.
11         THE STENOGRAPHER:  I would like
12  a short break.
13         MS. CHING:  Oh, okay.
14         Could we take a five-minute
15  break, please, and go off the record?
16         THE VIDEOGRAPHER:  All right.
17  The time is 3:50 p.m., and we are now off
18  the record.
19      (Brief recess taken.)
20         THE VIDEOGRAPHER:  All right.
21  The time is 3:58 p.m.  We are now back on
22  the record.
23      Q.    (By Ms. Ching)  Mr. de la Rosa, we've
24  talked a lot today about that free public
25  transportation for elections, for voting.

Page 199

1       A.    Yes.
2       Q.    I just want to ask you a few more
3   questions about that.
4       A.    Sure.
5       Q.    Do you recall whose idea it was to start
6   that program?
7       A.    Which program?
8       Q.    The -- the free public transportation
9   from a voter's door to a polling site and then back
10  home again.
11      A.    I mean, it could have been staffed from
12  all levels.  I mean, just so you know, this is not
13  just the only program we've -- we've done that it's
14  free to the public.  We've done, you know, free
15  Wednesdays I believe, in the past to, you know,
16  provide or improve the numbers of passengers on our
17  public transportation.
18         But, you know, even in the summer, we've
19  done -- because we know the youth is out -- out of
20  school.  They need possibly transportation, sorry,
21  to get to the water park.  We've done free rides
22  for the youth on an age range during a certain time
23  period in the summer.
24      Q.    I appreciate that.  I'm just talking
25  about the free transportation for voting.

Page 200

1       A.    Yeah.  I mean, you can say that it was
2   the city's administration that wanted to do free
3   transportation for voter engagement, yeah.
4       Q.    Do you recall who came up with that idea?
5       A.    Honestly, I don't.  I could have seen a
6   scenario where I've suggested, per my
7   transportation manager's idea to -- and would pitch
8   the idea to city manager.
9       Q.    And that program was available to every
10  resident all over town?
11      A.    Uh-huh.  That's following a KDOT
12  guideline that you can't provide a -- or provide
13  chartered service to a certain section of the
14  population of town, or it needed to be the general
15  public.
16      Q.    Do you know who made use of that free
17  transportation program?
18      A.    The general public.  I mean, could be
19  anybody.
20      Q.    Do you know whether Latino voters made
21  use of it?
22      A.    We certainly track statistics on -- on
23  race and ethnicity as part of our annual report to
24  KDOT.  And so I know there's a good percentage of
25  the Latino Hispanic community that utilizes it on

Page 201

1   an annual basis.
2       Q.    Would that be information on public
3   transportation generally, or would it be specific
4   to free public transportation for voting purposes?
5       A.    Generally.
6       Q.    Okay.  Are you aware of whether the city
7   has data or keeps track of data about vehicle
8   access by residents?
9       A.    No, we don't.  The only -- I know I
10  remember seeing data related to residents without
11  transportation means through the American Community
12  Survey or the census.
13      Q.    Who are those residents who don't have
14  transportation access?
15      A.    It wasn't broken down by race or
16  ethnicity.  It just captured the amount or the
17  number of residents.
18      Q.    Okay.  Do you have any sense of how many
19  people took advantage of that free transportation
20  to the polls?
21      A.    Which year?
22         MS. EBERLINE:  In -- yeah.
23      Q.    (By Ms. Ching)  In -- let's go year by
24  year.  2018?
25      A.    It's very minimal, very, very minimal.  I

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 202..205

Page 202

1   mean, I think the most we've had was 16 during that
2   2018 voter issue.  Other than that, it's probably a
3   handful.
4           And, again, you're talking about a
5   population that -- in the Latino community, they
6   pride themselves on having a good vehicle,
7   including my family.  And so, you know, generally,
8   my perception is that sometimes people don't want
9   you to find out that they're riding public
10  transportation because of -- I don't know --
11  embarrassed.
12      Q.    So the most -- the most number of people
13  who took advantage of that free transportation
14  program in any -- any year -- any election year,
15  since it started was 16 people in 2018?
16      A.    Yeah.
17      Q.    And that was an even-numbered year,
18  correct?
19      A.    Correct.
20      Q.    So federal and state election only?
21      A.    I believe so, yes.
22            And, again, that's not surprising just
23  because the environment in the community we serve,
24  you know, it's -- if you looked at it, fixed
25  transportation oftentimes and in a lot of cases,

Page 203

1   given the system that is currently in place, could
2   take you an hour to get to your destination.  And;
3   so --
4           But it's not to say that, you know --
5   there are different taxi services provided to the
6   community -- or available to the community to take
7   advantage of.
8           And so -- but, generally, again, I'm not
9   surprised that the number is so low because most of
10  the immigrant population have a transportation
11  means and/or have a family that has a vehicle.
12      Q.    What do you base that conclusion on?
13      A.    On my nine years of experience working
14  and living in Dodge City.
15      Q.    Okay.  Well, do you have any, like,
16  official data from the city on that?
17      A.    No, I don't.
18      Q.    Okay.  It's just your perception as --
19      A.    Yeah.  That's --
20      Q.    -- a member of the community?
21      A.    -- that's my perception.  And -- and,
22  quite frankly, I mean, my mom is a nondriver.  She
23  works at the meat-packing plant.  She has a
24  relied -- reliable, you know, ride -- ride --
25  ridership plan with a coworker.  But also in my

Page 204

1   household there is five of us that have a vehicle.
2       Q.    Each of you has a vehicle?
3       A.    Yeah.
4       Q.    Okay.
5       A.    When you're 16 and you're driving, you --
6   my niece was 16, and she wanted a -- a Charger;
7   so --
8       Q.    Do you think Latino voters would be more
9   likely than non-Latino voters to use that free bus
10  to the polling sites?
11            MS. EBERLINE:  Objection.
12  Calls for speculation.
13      A.    That are likely, you said?
14      Q.    (By Ms. Ching)  Are more likely, or less.
15      A.    I -- I -- I would suggest and I -- I
16  would assume that they are less likely.
17      Q.    Because you think most people in the
18  Latino community have their own vehicles?
19      A.    Yeah.  And they pride themselves on
20  owning a nice vehicle.  I mean, given the -- the
21  kind of the family culture or the culture in
22  general, you know, owning a vehicle, it's pride to
23  them.
24      Q.    Let's talk about Spanish language
25  materials.  We talked about that a lot already, and

Page 205

1   I don't want you to necessarily rehash --
2       A.    Yeah.
3       Q.    -- all of that.  But how does the city
4   ensure that general information about city or
5   public services -- not just elections, but citywide
6   services -- are available to those who do not speak
7   English?
8       A.    So, one, we are bound by the English
9   Limited Language Proficiency Plan under Title VI
10  related to federal programs.  There is a plan.  And
11  there's multiple ways that we address the language
12  barrier issue.
13            The city has -- obviously, through the
14  multilingual skills pay policy has employees that
15  speak the language on a -- on a proficient level.
16  But, also, if there is a language that we do not
17  have in-house to provide that accessibility, we
18  have the language access -- or the LanguageLine
19  Solutions contract or agreement that we have access
20  to -- to other languages.
21            Now, you do have some dialects such as
22  Kiché that is a little bit hard to find because
23  it's not an official language.  But we -- luckily,
24  we have found, through our relationships, people
25  that speak it and are able to translate or

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 206..209

Page 206

1  interpret for the city.
2      Q.    And we've talked already about how --
3  some ways that the -- sorry, that the city
4  communicates election information to the public.
5  One is, you know, social media posts.
6          Is there any other way that the city
7  communicates election information to the public?
8      A.    Community newsletter, I think, is one
9  avenue that we utilized; social media posts;
10  website, the city's website.  Beyond that, you
11  know, when we were talking about radio or paid
12  advertisement, it really wasn't the city's
13  operation.
14      Q.    Are those community newsletters and the
15  city website translated into Spanish?
16      A.    I know the city website has the settings
17  to translate information provided or uploaded on
18  the website.  The community newsletter was not
19  translated in its full or complete form.  But I
20  know when it came to elections, the flyer or
21  informational material was translated or available
22  in Spanish.
23      Q.    Who makes the decision about which --
24  which communications are translated?
25      A.    Well, one, I -- in that instance related

Page 207

1  to voter, we -- obviously, the county clerk
2  almost -- almost any time would reach out to me for
3  the translation piece.
4          In terms of other information, I think
5  the practice we utilized was when it came to
6  emergency services type.  But if you look at the
7  city's Facebook page, for example, almost, and all
8  posts are translated.
9      Q.    Well, who made the decision on what --
10  like city communications, not county
11  communications.  But for city communications, who
12  makes the decision on whether it should be
13  translated?
14      A.    I think, a lot of the times it came from,
15  you know -- obviously, the city manager welcomed
16  the idea and supported it.  A lot of the times,
17  Melissa McCoy and myself were kind of the -- sort
18  of the enforcers to ensure that it was available in
19  Spanish.  And our PIO was well-trained to do that.
20      Q.    You say the city manager welcomed it, but
21  it wasn't necessarily the city manager's
22  initiative?
23      A.    Well, I said, "welcomes it and supports
24  it."  A lot of the times when we work in our
25  expertise area -- I'm not sure that I'd call myself

Page 208

1  an expert in the multicultural affairs area -- you
2  know, certainly, having a multilingual skills pay
3  policy and working in the field and hearing from
4  the Cultural Relations Advisory Board and,
5  obviously, working and living in the community that
6  I lived in, I knew that it was necessary, so -- and
7  important to -- to provide information in -- in --
8  in Spanish.
9          And so it's -- it just follows the
10  practice of:  Here's my recommendation, and, again,
11  it was welcome and supportive -- and supported
12  every time.
13      Q.    Sure.  But the initial idea of:  Hey,
14  this particular document should have a Spanish
15  version usually came from you or Melissa McCoy?
16      A.    Yeah.  I mean, again, you're talking
17  about a -- from the city manager's perspective,
18  you're talking about a position that has many irons
19  on the fire.  And, certainly, every piece that --
20  or question that, Hey, should this be translated,
21  you know, we -- we knew and sort of had the best
22  practice or practice to -- to say it needs to be
23  translated.  But almost any piece now, if it's not
24  extensive, gets translated.
25      Q.    About what percentage of city

Page 209

1  materials -- not just election-related, but all
2  city materials -- would you say are provided in
3  Spanish?
4      A.    Now, I say this because when you talk
5  about city code or ordinances, all of those, you're
6  talking about legal jargon, and it's not
7  translated.
8          So with that in mind, that monster in the
9  room, all the other information is basically
10  translated.
11      Q.    So everything except ordinances and
12  codes --
13      A.    Yeah --
14      Q.    -- are translated?
15      A.    -- I mean, those are a little bit more
16  complex to translate and really a monster of years
17  and years of ordinances in the books.
18          THE STENOGRAPHER:  Okay.  Your
19  whole question was not on the record
20  because you talked at the same time.  If
21  you want to redo it, I'm just letting you
22  know.
23          MS. CHING:  Yeah, I'll re-ask.
24          THE STENOGRAPHER:  Sorry.
25          MS. CHING:  That's all right.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 210..213

Page 210

1    THE WITNESS:  My bad.
2        THE STENOGRAPHER:  I wasn't
3    being critical; I'm just helping her
4    record.  That's all.
5        MS. CHING:  Yeah, I appreciate
6    it.
7    Q.    (By Ms. Ching)  About what percentage of
8    city materials -- not just elections, but citywide
9    materials -- would you say are provided in Spanish?
10   A.    Again, considering the city ordinances
11   and what historically has been in existence, I'm
12   going to say 50 percent.  And, again, understanding
13   the monster of city code that was there prior to me
14   or any other interpreter being in place.
15   Q.    So setting aside ordinances and codes,
16   50 percent of city materials?
17   A.    Setting aside that piece, you're talking
18   about 70 to 85 percent.
19   Q.    And what do you base that estimate on?
20   A.    On the communications on -- on really the
21   record, and really my experience being there.
22   Q.    How does the city ensure that the Latino
23   community is receiving these Spanish language
24   materials?
25   A.    I think our approach was to try different

Page 211

1    modes of communication, whether it was social media
2    platforms; community newsletter; you know, the
3    website, of course.  And even when we did job
4    recruitment or job advertisement or transportation
5    advertisement on the radio, we ensure that that was
6    available in Spanish and English.
7    Q.    Do you know how folks in the Latino
8    community get their news?
9    A.    Yeah.  I mean, you're talking about a
10   very traditional set of community folks that are
11   traditional in the sense that they continue to
12   receive their news via TV or radio.  Social
13   media -- Facebook, in particular -- is huge,
14   including my parents, who act like squirrels on
15   their phones and -- yeah.  And they're pretty
16   active.
17   Q.    And earlier you mentioned that the city
18   provides Spanish language versions of social media
19   posts.  When did they start doing that?
20   A.    I -- I want to say, you know, it really
21   took -- again, I'm not trying to toot my own horn,
22   but maybe from 2015 and on.  We started doing more
23   and more.  And we just literally got in the habit
24   of doing it.  And our PIO was great about nagging
25   us to get it translated.

Page 212

1    Q.    In your time as a city employee, what was
2    the racial makeup of city employees?
3    A.    Boy, I don't remember.  It was good
4    compared to my current employer, but we're talking
5    about very distinct communities on -- it was
6    increasingly getting more representative than in
7    years prior.
8        You saw a lot more representation in the
9    police department.  We had started to see a lot
10   more in the fire department; certainly, in the
11   public works department.  Our water park -- I mean,
12   those kids.  I mean, we're expected to see one out
13   of every two new employees in 2025 being Latino or
14   Hispanic; so --
15   Q.    How about city hall employees?
16   A.    There was a good number, especially in
17   utilities.  Me being in administration, municipal
18   court for sure.  And then, certainly, we needed
19   translation skills in the developmental services
20   division.
21   Q.    About what percentage of city employees
22   are Latino or Hispanic?
23   A.    I'm speculating, but between 25 and
24   40 percent.
25   Q.    Does the city keep data on the

Page 213

1    demographics of its employees?
2    A.    Yeah.  I mean, we tried our best to not
3    only comply and -- and being able to report on the
4    EEO, equal opportunity employment report.  And
5    every new employee completes a demographic
6    voluntary form on those details.
7    Q.    That's strictly voluntary, though, right?
8    A.    Yes.  But most of everybody completes
9    that.
10   Q.    Are you aware of any complaints from
11   anyone about any of the current commissioners?
12   A.    Not to my knowledge.
13   Q.    How does the city determine how to
14   allocate its budget spending?
15   A.    Well, there's not to go -- there's not
16   much to go around.  I think the bulk of it really
17   comes down -- obviously, you have operations.  But
18   right now, the conversation really focused a lot on
19   the streets since -- and infrastructure since
20   that's the most expensive, and -- and areas that --
21   that requires management and -- and operation.
22       And so, again, when it came to the
23   streets' condition, they utilize that third-party
24   report on street condition index.
25   Q.    Do the commissioners ever solicit

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Pages 214..217

Page 214

1   feedback from the public about budget allocations?
2       A.    Oh, yeah.  You're -- under law, you're
3   supposed to host public hearings.
4       Q.    Do people actually come and provide
5   input?
6       A.    We welcome it, but no one shows up there.
7   I mean, it's -- they show up for a mask policy;
8   they don't show up for a budget.
9       (Stenographer asks for clarification.)
10      A.    Mask policy.
11          THE STENOGRAPHER:  Oh, mask
12   policy.
13      Q.    (By Ms. Ching)  Is there anything in the
14   city budget for Spanish language materials?
15      A.    Other than the multilingual skills pay
16   and knowing that you have contractual expenses
17   through the LanguageLine Solutions, I mean, you're
18   talking about minimal expenses; so --
19          But, again, it's necessary and important,
20   and we normally don't have any pushback.
21      Q.    When was the first time you heard about
22   this lawsuit?
23      A.    Before I was leaving.  I don't know.  I
24   think it was December, November?  I don't remember.
25   Somewhere around that time.

Page 215

1       Q.    Have you had any meetings about this
2   lawsuit that we haven't already discussed?
3       A.    No.
4       Q.    Have you spoken to anyone about the
5   issues raised in this case about at-large voting
6   besides what we've already talked about?
7       A.    No, besides the -- the people that I had
8   mentioned, Melissa McCoy.  You know, when,
9   initially, we were notified, the city manager
10   called us into the office and -- and briefed us on
11   it.
12          I know somebody asked me about it.  And
13   that was Edgar Pando, talking about it or griping
14   about it.  Other than that, no.
15      Q.    So Ed or Pando?
16      A.    Edgar Pando.
17      Q.    Who is that?
18      A.    He was an attorney.
19          THE WITNESS:  Nick Hernandez
20   said, "Lost sound."
21      (Stenographer asks for clarification.)
22          THE STENOGRAPHER:  Say that
23   again -- or lost sound?
24          MS. WAKNIN:  Oh, we lost the
25   dial-in.  I think we lost the

Page 216

1   videographer, yeah.
2          Brad, when did you lose sound?
3   Hello?
4       (Off-the-record discussion.)
5       (Brief recess taken.)
6          THE VIDEOGRAPHER:  The time is
7   now 4:24 p.m.  We are now back on the
8   record.
9       Q.    (By Ms. Ching)  Now that we've resolved
10   our technical issue, before we lost sound, we were
11   talking about Edgar Pando.  And you mentioned that
12   he had expressed some gripes about this case.
13      A.    He asked me about it and, you know, asked
14   me if I knew anything.
15          And I said, "I can't really talk about
16   it."
17          And then he just said, "Well, I just
18   don't agree with it."
19          And then, really, I felt uncomfortable
20   about the conversation and went on about my
21   business.
22      Q.    Who is Edward Pando?
23      A.    He was an attorney in Dodge City.  He
24   moved to Topeka.  I don't know where he's
25   at now.  He was doing an interim role with the

Page 217

1   Kansas Democratic Party.
2       Q.    So he's just a community member?
3       A.    Yeah, essentially.
4          And then somebody from your office called
5   me to talk about it.
6       Q.    Do you recall who?
7       A.    No.  It was a 913 number.
8       Q.    It was probably me trying to arrange this
9   deposition.  Does that sound about right?
10      A.    I just remember saying -- "Hey, can --
11   I'd like to talk to you for a second."
12          And I said, "I'm sorry, I can't talk to
13   you about it because it's a conflict of interest."
14          And then that was it.
15      Q.    Okay.  That was not me, just for the
16   record.
17          And I'm going to show you one last
18   exhibit.  It's Exhibit 33.
19      (de la Rosa Deposition Exhibit No. 33
20          was marked for identification.)
21      Q.    (By Ms. Ching)  This is Bates stamped
22   Dodge City 0001284.
23      A.    Okay.
24      Q.    And this is an email from Melissa McCoy
25   to you and others on December 16, 2022.

Page 218

1      Q.    Do you recall this email?
2      A.    Yeah.
3      Q.    What was the purpose of this email?
4      A.    It was a -- you know, kind of a standard
5   practice of notifying our leaders within the
6   department that if any media inquiries would occur,
7   they would know the proper channel to -- to
8   redirect them.
9      Q.    What were you supposed to do if someone
10  contacted you about the case?
11     A.    Either direct them to, in this case,
12  city manager, city attorney, or myself included.
13  It was basically just administration.
14     Q.    What would you -- well, strike that.
15          Ms. McCoy writes at the bottom of an
16  email, "Please do not respond or it" -- I think
17  maybe she meant "hit" -- "reply all on this email."
18          Was this standard practice for these
19  sorts of --
20     A.    Yeah.  I mean, it's just to contain and
21  control the conversation and to really avoid any --
22  any unnecessary conversation or questions.
23     Q.    What do you mean by "unnecessary
24  conversation or questions"?
25     A.    I mean, you know, you don't want to get

Page 219

1   into the habit of "What is this about" or asking
2   unnecessary questions where perhaps city
3   employees -- it wasn't necessarily pertaining to
4   them or anything like that.
5      Q.    Have you been asked to save any documents
6   in your personal possession that may be related to
7   this case?
8      A.    No.  I don't have any documents from work
9   in my house.  I don't need them.
10     Q.    We've looked at a bunch of city emails
11  today.
12     A.    Yeah.
13     Q.    Do city employees have official city
14  email accounts?
15     A.    Yeah.
16     Q.    Do the commissioners have official city
17  email accounts?
18     A.    I believe they do, yes.
19     Q.    Was there a point in time where city
20  commissioners did not have official city emails?
21     A.    I mean, I think city commissioners,
22  especially when new, they start emailing from their
23  personal.  But, eventually, they -- that transition
24  occurs to:  Hey, use your city email account.
25     Q.    I'm going to ask you to go back to

Page 220

1   Exhibit -- let me find the number here -- 26.  Do
2   you have Exhibit 26 in front of you?
3      A.    Uh-huh, yeah.
4      Q.    And so, at the bottom -- well, the bottom
5   message from Jan Scoggins, her email address is
6   listed as jan.scoggins@yahoo.com, correct?
7      A.    Right, uh-huh.
8      Q.    And Brian Delzeit's is
9   bdelzeit@coldwellbankerhancocks.com.
10     A.    Right.
11     Q.    So in 2019, both of them were
12  commissioners, correct?
13     A.    I would assume so yes.
14     Q.    But they were not using official City of
15  Dodge City email accounts for these communications?
16     A.    Based on this email, no.
17     Q.    Do you recall if that was a common
18  practice?
19     A.    I mean, we would see emails from their
20  personal accounts.  From our perspective, we would
21  tell them:  Hey, use your city email.
22          But at the end of the day, they're
23  elected officials, so they're going to do --
24  they're going to do what they want.
25     Q.    Have you reviewed any legal documents

Page 221

1   filed in this case?
2      A.    I have not.
3          MS. CHING:  Can we take a
4   five-minute break?
5          MS. EBERLINE:  Yeah.
6          MS. CHING:  If we can go off
7   the record, please.
8          THE VIDEOGRAPHER:  All right.
9   The time is 4:31 p.m.  We are now off the
10  record.
11          (Brief recess taken.)
12          MS. CHING:  Let's go back on
13  the record, please.
14          THE VIDEOGRAPHER:  All right.
15  The time is 4:37 p.m., and we are now on
16  the record.
17     Q.    (By Ms. Ching)  Besides 2018, when
18  Jan Scoggins raised the issue of district-based
19  elections and in 2019 with Nannette Pogue doing
20  research with the League of Municipalities -- and
21  we've discussed those -- those things today -- what
22  else did the city do with respect to district-based
23  elections?
24     A.    Can you repeat the first part of your
25  question, because you mentioned two different dates

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                          Pages 222..225

Page 222

1  there?  I'm not sure that I would agree with the
2  dates.
3      Q.   Well, we can look at the documents.
4      A.   No.  I mean, can you rephra- -- I mean,
5  can you repeat the question?
6      Q.   Uh-huh.  So besides 2018, when
7  Jan Scoggins raised district-based elections --
8      A.   I thought it was 2019, because she only
9  raised it one time, and then she had to follow up
10 within the same year, to my recollection.
11     Q.   Well, maybe I had those years reversed,
12 then.  I'm sorry.  If we look at Exhibit 26 --
13     A.   Yeah, 2019.
14     Q.   Yes.  So Commissioner Scoggins raised it
15 in 2019?
16     A.   Right.
17     Q.   And then if you look at Exhibit 27 --
18     A.   That's 2022.
19     Q.   Right.  But the body of the email says,
20 "Here's what we found on the election wards from
21 the last question in 2018 by Commissioner Scoggins."
22     A.   Hmm.
23     Q.   And then it attached that research from
24 Nannette Pogue.
25     A.   But I wonder if there was an error -- I

Page 223

1  mean, to -- to answer your question, my
2  recollection of Jan Scoggins was raising this
3  question, I assume, following her email to
4  Cherise Tieben and her giving her guidance on how
5  to raise the question at the end of the meeting,
6  which that actually -- from my recollection, that
7  actually what had occurred and then -- and then
8  kicked off by directing staff to do research or to
9  try to provide more information.
10     Q.   Okay.  Well, the dates are not extremely
11 important.
12     A.   Right, okay.
13     Q.   Just that these two --
14     A.   Just one of the --
15     Q.   -- things happened.
16     A.   Yeah, okay.
17     Q.   Jan Scoggins raised district-based
18 elections, and Nannette Pogue did some research
19 into district-based elections.
20     A.   Right.
21     Q.   Besides those two events, did the city do
22 anything else with respect to district-based
23 elections?
24     A.   I mean, besides that initial inquiry or
25 question by Jan Scoggins, we haven't gotten any

Page 224

1  other request.
2      Q.   So no, the city hasn't done anything else
3  with respect to district-based elections?
4      A.   Correct.
5      Q.   Okay.
6          MS. CHING:  I don't have any
7      further questions at this time.
8          THE WITNESS:  Okay.
9          MS. EBERLINE:  I have just a
10     few follow-ups.  It won't take long, I
11     promise.
12              EXAMINATION
13 BY MS. EBERLINE:
14     Q.   Mr. de la Rosa, did you personally find
15 Dodge City to be a welcoming community, as a Latino
16 resident?
17     A.   Yes, I do.  That's a lot of the work that
18 I did.  I think, based on -- on the feedback and
19 comments by the community and really community
20 leaders, they find absolutely are welcoming.
21         And, in fact, other communities reach out
22 to us as to how we're doing the work and -- and
23 becoming more welcoming.
24     Q.   And as an employee of the city, did you
25 find that your ideas involving welcoming the Latino

Page 225

1  community to be encouraged by the city and
2  welcomed?
3      A.   Yeah.  I mean, when I took the
4  legislative trips to Washington, I usually led the
5  conversation related to immigration reform, DACA,
6  USCIS mobile services, and other topics and were
7  supportive -- supported and encouraged by, at the
8  time, whomever was the mayor or commissioner.
9      Q.   And I'm going to hand you what's been
10 marked Exhibit No. 8.
11         MS. CHING:  Thank you.
12     Q.   (By Ms. Eberline)  Is this a document
13 that you're familiar with?
14     A.   Yes.
15     Q.   Did you prepare this document?
16     A.   Yes, probably in cooperation with my
17 colleague, Melissa McCoy.
18     Q.   And we've spoken about a lot of the
19 bullet points on this deposition, and I don't
20 intend to -- to go back over any of those.  But I
21 wanted to ask you some questions about some of the
22 things that we may not have spoken about.
23         What's the International Festival?
24     A.   That was an initiative that really was
25 born in 2019.  That's -- we became a welcoming city

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023    Pages 226..229

Page 226

1  under the Welcoming America organization or
2  network.  And then we wanted to celebrate
3  Welcoming Week during the month of September.
4      Q.    And what's the New Americans Dinner?
5      A.    That is an initiative that, in
6  collaboration with the Cultural Relations Advisory
7  Board, city staff, we hosted this dinner, I think,
8  twice now to celebrate the accomplishment of
9  becoming naturalized citizens in the US for
10  residents of Dodge City and Ford County.
11          And then we would treat them with a nice
12  dinner.  We would hear their stories, certainly
13  would get a handshake from the city manager and
14  mayor or commissioners.  And I believe we provided
15  a small gift.
16      Q.    And turning to the second page, there's
17  listed there "Mexican Consulate Mobile Services."
18          What is that?
19      A.    That's, again, collaborating with the
20  Mexican Embassy or Consulate out of the Kansas City
21  area to bring Consular services for, you know, our
22  immigrant population to seek their passport or home
23  country documents; a similar initiative with the
24  Guatemalan Consulate.
25      Q.    And turning to the next page, what is the

Page 227

1  City of Dodge City Naturalization Scholarship?
2      A.    That's a recent initiative that was in
3  the mist when I left.  That was a -- we received a
4  grant by Welcoming America to implement the
5  Strategic Planning for Welcoming and Integration.
6  We provided -- or the city is providing $400 to aid
7  that legal fee to become US citizens.
8          I think the city also has matched,
9  because they had kind of an overflow of applicants
10  for the scholarship, to be able to fund all of
11  them.  And also remember that we've done the
12  partnership with the local union on helping with
13  the application process to naturalize citizens
14  in -- in Dodge City, Ford County.
15      Q.    And is that what's referred in the
16  "Naturalization Clinic" in that next bullet point?
17      A.    Correct.
18      Q.    And what's the DACA Clinic?
19      A.    That is a legal -- free legal assistance
20  in partnership with the Catholic Charities and
21  other partners in helping them with their
22  application process so that we can save them some
23  costs associated with this process.
24      Q.    Has the City of Dodge City been contacted
25  or asked for feedback from other cities about the

Page 228

1  ways that they've been welcoming to the immigrant
2  community?
3      A.    Yeah.  We've -- so we participated on
4  panels and presentations by Welcoming America and
5  ICMA.  Also, for example, the city of -- not city;
6  Visit Emporia, Emporia community has reached out,
7  Garden City.  Certainly, folks from this area now,
8  Topeka, and others have acknowledged the fact that
9  the City of -- of -- of Dodge City or Dodge City
10  welcomes and -- and goes above and beyond to -- to
11  integrate citizens in our community.
12      Q.    Are you aware of any issues that have
13  come before the commission in the time that -- that
14  you worked for the city that divided the Latino and
15  the non-Latino white communities?
16      A.    No.  I mean, my experience hasn't been
17  that.  I think, really -- I don't -- I haven't seen
18  any issues that divided the community.  And so, no,
19  I wouldn't say that.
20      Q.    Do you believe that moving from at-large
21  elections to district-based elections is in the
22  best interest of the residents of Dodge City?
23      A.    You know, my personal opinion is that,
24  currently, the city commission is at large.  And we
25  have majority Latino, Hispanic -- or Latino,

Page 229

1  Hispanic in terms of population.  And so I think
2  Latino communities -- or Latino candidates have an
3  advantage by gathering or garnering votes from
4  across the community.
5          Really, what -- what we need to be doing
6  is engaging and educating voters across the
7  community so that they actually turn out to vote on
8  local elections.
9          I saw the struggles with Blanca Soto --
10  again, a single mother, full-time job -- and her
11  lack of support in her campaign to be able to be
12  re-elected.  She was disappointed.
13          Obviously, I couldn't help because I was
14  a city employee.  But, certainly, it's something
15  that -- that -- that we need to continue working on
16  on getting people to the polls, educating them, and
17  ensuring that they have access to -- to fair
18  elections.
19      Q.    Who do you believe is best situated to
20  make decisions about the election process in
21  Dodge City?
22      A.    Certainly, the residents.
23          MS. EBERLINE:  That's all I
24      have.
25          MS. CHING:  No further

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Ernestor de la Rosa on 06/20/2023                    Pages 230..233

Page 230

1   questions.
2           MS. EBERLINE:  Let's go off the
3   record.
4           THE VIDEOGRAPHER:  All right.
5   With no further questions, the time is
6   4:47 p.m.  This concludes the deposition.
7   We are off the record.
8       (Off-the-record discussion.)
9           MS. EBERLINE:  So,
10  Mr. de la Rosa, you'll have an
11  opportunity to receive a copy of the
12  transcript from today's deposition.  And
13  if you'd like to reserve the right to
14  take a look at that and make any
15  corrections, you have the chance to do
16  that.  Would you like to do so?
17          THE WITNESS:  Sure.
18          MS. EBERLINE:  Now we can go
19  off the record.
20          THE STENOGRAPHER:  So what do
21  you want transcript-wise?
22          MS. CHING:  What do you think?
23      (Off-the-record discussion.)
24          MS. WAKNIN:  I think ten days
25  for right now.  Maybe we'll just -- I'll

Page 231

1   just email you tonight if that changes,
2   if that's okay.
3           THE STENOGRAPHER:  Yeah.  Let
4   me know as soon as possible.
5           MS. WAKNIN:  As soon as
6   possible, yeah.
7           THE STENOGRAPHER:  Are you guys
8   each getting a copy?
9           MS. WAKNIN:  No, we're just
10  getting one copy.
11          THE STENOGRAPHER:  So who
12  should it be sent to?
13          MS. CHING:  You want to just
14  send it to you because you're the one
15  that --
16          MS. WAKNIN:  Yeah.  Can you
17  send it me?
18          THE STENOGRAPHER:  Do you want
19  exhibits?  Do you know that?
20          MS. WAKNIN:  Yes.
21          MS. CHING:  Yes, please.  Thank
22  you.
23      (Discussion off the record.)
24          THE STENOGRAPHER:  So I'm just
25  going to confirm with you that you want a

Page 232

1   rough draft?
2           MS. EBERLINE:  Yes, please.
3           MS. WAKNIN:  Do you have a
4   business card?
5           THE STENOGRAPHER:  I do.  If
6   you give me one minute, I'll get it for
7   you.
8           THE STENOGRAPHER:  And then on
9   your order, you want Etran and --
10          MS. EBERLINE:  Etran, plus
11  exhibits.
12          THE STENOGRAPHER:  Plus
13  exhibits.
14          MS. EBERLINE:  Please.
15      (The deposition concluded at 4:52 p.m.)
16      (Witness excused.)
17
18
19
20
21
22
23
24
25

Page 233

1            C E R T I F I C A T E
2       I, JANIECE Y. YOUNG, Certified Shorthand
3   Reporter within and for the State of Kansas, hereby
4   certify that the within-named witness was first
5   duly sworn to testify the truth, and that the
6   deposition by said witness was given in response to
7   the questions propounded, as herein set forth, was
8   first taken in machine shorthand by me and
9   afterwards reduced to writing under my direction
10  and supervision, and is a true and correct record
11  of the testimony given by the witness.
12      I further certify that I am not a relative
13  or employee or attorney or counsel of any of the
14  parties, or relative or employee of such attorneys
15  or counsel, or financially interested in the
16  action.
17      WITNESS my hand and official seal at
18  Overland Park, Johnson County, Kansas, this 3rd day
19  of July, 2023.
20
21
22
23   _____
24       JANIECE Y. YOUNG, CSR, RPR, CCR
25       Certified Shorthand Reporter

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

Ernestor de la Rosa on 06/20/2023                    Pages 234..235

**Page 234**

```
1              ERRATA SHEET
2   RE:  MIGUEL COCA, et al., vs. City of Dodge City,
3        a municipal corporation, et al.
4   PG/LN      Correction and Reason for Change
5   _____  _____
6   _____  _____
7   _____  _____
8   _____  _____
9   _____  _____
10  _____  _____
11  _____  _____
12  _____  _____
13  _____  _____
14  _____  _____
15  _____  _____
16  _____  _____
17  _____  _____
18  _____  _____
19  _____  _____
20  _____  _____
21  _____  _____
22
23         _____
24              ERNESTOR de la ROSA
25  JYY
```

**Page 235**

```
1              SIGNATURE PAGE
2   RE:  MIGUEL COCA, et al., vs. City of Dodge City,
3        a municipal corporation, et al.
4
5   _____  I certify that I have read my testimony and
6        request that NO changes be made.
7
8   _____  I certify that I have read my testimony and
9        request that the above changes be made.
10
11
12         _____
13              ERNESTOR de la ROSA
14
15
16  Subscribed and sworn to before me this _____ day of
17  _____, 20_____
18
19
20         _____
21         Notary Public
22         State of _____
23         County of _____
24         My commission expires_____
25  JYY
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Index: $400..161

Exhibits

RosaE 17
  4:16 9:16,
  19

RosaE 18
  4:17 82:1,
  4,8

RosaE 19
  4:18
  83:11,14

RosaE 20
  4:19
  101:12,15

RosaE 21
  4:24
  106:16,19

RosaE 22  5:5
  109:5,8
  121:6
  132:6
  133:6

RosaE 23
  5:7 118:4,
  7

RosaE 24  5:9
  137:2,5

RosaE 25
  5:10
  141:9,10,
  17

RosaE 26
  5:11
  142:12,15

220:2
222:12

RosaE 27
  5:12
  144:6,9
  151:17
  222:17

RosaE 28
  5:13
  145:10,11

RosaE 29
  5:16
  161:7,10

RosaE 30
  5:19
  177:11,12,
  17 189:4

RosaE 31
  5:22
  186:19,22

RosaE 32
  5:23
  195:14,15

RosaE 33
  5:24
  217:18,19

—————————
      $
—————————

$400    227:6

—————————
      0
—————————

0.2   148:10

0000003   4:24

106:20

0001284
  217:22

00017   142:16

000171
  101:18

0002267
  177:18

0002735
  186:23

0002744
  137:9

0003686   82:9

0003688
  83:15

0003693
  141:13

0004356
  144:10

0004357
  145:14

—————————
      1
—————————

1   6:3 121:8
  184:12
  186:1

1.1   148:9

1.6   148:10

10   14:9

101   4:23

106   4:24

109   5:6

10:00   14:10

10:24   6:1,8

118   5:8

11:22   49:14

11:30   49:18

12   17:8
  24:17

12:38   98:11,
  23

137   5:9

14   18:4
  24:17

1400   3:7

141   5:10

142   5:11

144   5:12

145   5:15

15   18:4
  26:23
  33:15
  41:19

15-minute
  171:1

150   170:24
  171:16

16   77:10
  202:1,15
  204:5,6
  217:25

161   5:18

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Index: 16th..250

16th  144:12

17  4:16
  9:16,19

171  110:23

177  5:21

1781  101:18

18  4:17
  82:1,4,8

186  5:22

19  4:18
  83:11,14

19-0000185
  109:14
  110:2

19.3  148:11

195  5:23

19th  4:22
  102:2

1:20  99:2

_____
        2
_____

2  149:5,22
  164:23
  189:8,20

2,500  191:11

2.5  148:9

2.9  148:12

20  4:19 6:7
  101:12,15

2000  107:24

2002  107:24

2004  17:9,
  25 18:1,3
  107:24

2006  107:24

2008  107:24

2010  107:24
  148:6,7
  154:25
  156:9

2012  17:23,
  24 19:8
  39:19
  107:24

2013  19:12

2014  17:15
  19:18
  20:14
  22:19
  107:24
  108:7

2015  23:20
  24:12
  41:19
  108:25
  211:22

2015-2  5:6
  133:7

2017  107:25
  196:15

2018  76:6
  85:9 86:8
  88:20
  89:23 95:6

97:17
99:15
100:8
135:18,20,
  25 144:19
201:24
202:2,15
221:17
222:6,21

2018...city
  88:13

2019  4:22
  20:22
  22:19,20
  35:19
  37:11
  44:8,10
  102:2
  103:25
  107:25
  111:12
  125:18
  142:19
  143:6
  220:11
  221:19
  222:8,13,
  15 225:25

2020  45:19
  139:12
  148:17
  185:3,4
  189:23
  190:18
  191:3,5,12

2021  107:25
  119:3

187:1

2022  12:18
  144:12
  179:7,9
  185:3,4
  217:25
  222:18

2023  6:7
  44:16

2025  212:13

21  4:24
  106:16,19

217  5:24

22  5:5
  109:5,8
  121:6
  132:6
  133:6

224  4:5

2271  181:22

23  5:7
  118:4,7

233  4:6

234  4:7

235  4:8

23rd  85:9

24  5:9
  137:2,5

25  5:10
  141:9,10,
  17 212:23

250  63:9

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Index: 26..access

**26**  5:11
  142:12,15
  220:1,2
  222:12

**27**  5:12
  144:6,9
  151:17
  222:17

**28**  5:13
  145:10,11

**29**  5:16
  161:7,10

**2:28**  144:1

---

**3**

**3**  149:22

**30**  5:19
  26:23
  33:15
  98:16
  177:11,12,
  17 189:4

**31**  5:22
  186:19,22

**32**  5:23
  195:14,15

**33**  5:24
  217:18,19

**35**  98:16

**36**  186:23

**3:50**  198:17

**3:58**  198:21

**3rd**  44:16

---

**4**

**4**  86:7,8
  88:11

**40**  114:24
  212:24

**40,000**  23:21

**4358**  147:8

**45**  98:16
  137:9

**4:24**  216:7

**4:31**  221:9

**4:37**  221:15

**4:47**  230:6

**4:52**  232:15

**4th**  88:13,
  20

---

**5**

**5**  86:18
  181:22

**50**  210:12,
  16

**57.4**  139:13
  149:1

**57.5**  148:13

**59**  145:14

---

**6**

**6**  89:15
  183:14
  189:6

**60**  29:7
  183:11

**63**  109:22

**66**  109:22

**66210**  3:8

---

**7**

**7**  4:4
  28:13,18
  93:16

**70**  210:18

**72.5**  148:8

**7500**  3:6

**76**  177:18

**77**  142:16

---

**8**

**8**  225:10

**82**  4:17

**83**  4:18

**85**  210:18

**87**  82:9

**89**  83:15

---

**9**

**9**  4:16

**90-day**  30:22

**913**  217:7

**913 498-2100**
  3:9

**94**  141:13

---

**A**

**a.m.**  6:1,8
  49:18

**Abbey**  187:1,
  5

**abide**  59:4

**ability**  9:7

**abortion**
  123:18

**absence**
  38:23

**absolutely**
  224:20

**accepted**
  35:19

**access**
  100:7,11,
  16 171:10
  175:19
  176:1
  186:3
  201:8,14
  205:18,19

229:17

accessibility
99:16
102:19,24
205:17

accessible
62:21
78:23 79:1
90:11
93:14
99:17
105:10
183:20
185:25
186:2,5,7

accomplish
86:3

accomplishment
226:8

account
219:24

accountability
172:5

accountable
172:19,22

accounts
219:14,17
220:15,20

accurate
30:7 85:11
86:5 99:4,
7,9 162:2

accurately
190:7,9

194:20

achieve
123:2

acknowledged
228:8

ACLU  4:23
73:6
102:2,10
125:17
126:13,19

acquired
23:3

act  26:20
58:24
74:3,11,14
149:6
154:1,9,16
161:24
211:14

acted  165:10
166:25
188:11

action  41:8
105:2,19
196:24

actions
197:9

active  114:6
168:1
189:22
196:7
211:16

actively
120:3

176:16
190:7

activities
117:18
166:14

activity
196:11

actual  23:7
187:14

ADA  186:9

add  40:19,
23 41:10
71:18
139:18,21
165:21
166:16
169:8

added  33:9
41:8,10,
11,16

adding  40:25
90:13
105:20
166:21
172:1

adding...
second  89:17

addition
43:15

additional
25:4 31:5
36:22
47:13
66:25
90:13

93:3,18
94:24
114:2

address
38:21,22
54:20
55:15,24
56:15,16
100:7
127:15
131:8
205:11
220:5

addressed
40:19,22
56:17

addressing
52:22 85:9

administration
19:1 25:24
26:2
111:17
113:6
120:22
162:13
193:3
194:24
200:2
212:17
218:13

administration
's  197:15

administrative
44:4 87:5,
7 180:17

adopted
  149:5

ads  117:18,
  24 118:1
  195:19

adult  68:22
  193:17

advance
  79:25
  86:24
  87:3,15
  88:3

advanced
  18:25 28:6

advantage
  201:19
  202:13
  203:7
  229:3

advertise
  173:1

advertised
  138:20

advertisement
  206:12
  211:4,5

advertising
  119:23

advice  15:24
  66:1 160:9
  163:5
  165:18
  173:16
  174:6,8

175:25

advise
  155:14
  161:20
  162:6,12
  166:18

advised
  173:5,22
  174:14,19
  175:14,18
  179:23

advising
  156:2
  162:19,22
  169:22

advisory
  5:17,20
  13:4,12
  37:25
  154:22
  155:13,22
  156:6
  160:2,11
  161:12,20
  162:3
  163:3
  165:5,16
  167:4
  168:3,15,
  19 169:15
  171:14,21
  172:14
  173:5,15,
  21 174:6,
  13,19
  175:14,18,
  25 176:6,

16,21
  179:21,22,
  25 191:1
  192:1,6,10
  208:4
  226:6

advocacy
  73:17

advocate
  170:18

advocating
  41:4,16

affairs
  20:3,5
  21:4,12,
  14,19
  35:20
  37:5,19,21
  38:13,25
  39:10
  42:21
  43:22 44:7
  46:6 114:7
  208:1

affect  9:7
  42:12
  197:20

affected
  156:5

affecting
  161:21
  162:7,20
  165:19
  173:23
  174:20

affiliation
  120:14

affiliations
  116:21

African
  32:21
  148:9
  163:20

afterthought
  78:22
  115:6
  121:11,14

age  7:2
  17:8
  199:22

agencies
  73:17

agenda
  39:13,22
  40:12,13,
  17 47:14
  48:13
  165:15,21
  166:22
  170:9
  195:1

agendas
  40:16
  41:24
  166:17

agree  78:10,
  19 127:18,
  19 216:18
  222:1

agreement

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023              Index: Aguirre..areas

205:19

Aguirre  96:7

ahead  51:18
92:24 98:3
103:15
182:18

aid  102:18
227:6

aiding
105:14

Alabama
196:6

allocate
213:14

allowed
54:5,10

alternative
124:19

Alvarez
193:17

America  28:9
137:24
138:5,11
155:20
178:9,13,
14,22,23
179:14,16,
18 185:9
226:1
227:4
228:4

American
60:15
94:21

95:19
117:4
137:23
148:9
189:9
201:11

Americans
117:5,14
226:4

Americas
117:4

amount
171:10
201:16

amounts
181:19

and/or
132:15
203:11

annexes
190:3

announced
86:10
88:14

annual  47:5
48:12,24
176:23
190:15
200:23
201:1

annually
39:13
69:17
170:10
190:2

answers  7:21
140:11

Apology  18:1

appearance
41:19

APPEARANCES
3:1

appearing
6:20

appears  83:3
84:9

apples
124:14

applicable
168:13

applicants
159:15
227:9

application
159:9
161:24
168:5
171:22
227:13,22

applications
158:15,16
159:11,12
160:6,15,
22

applied
170:7,21

apply  159:10
178:11

appointed
21:18
72:20
87:5,9,10
160:13
182:3,15

appointment
159:3
171:1,3

approach
210:25

approaches
167:6

approval
40:18
48:11,14,
16 110:7
123:8
180:15,18

approve
159:21

approves
69:18

area  24:11
102:13
126:9
130:17
131:9,21
149:15
207:25
208:1
226:21
228:7

areas
130:11,24

131:15,16
191:7
213:20

Arkansas
156:10

arose  92:11

arrange
217:8

array  152:9

arrest
196:23

arrested
195:10

arresting
196:8

arrests
197:11

arrival  27:8

arrivals
41:8

arrived
27:10
154:25

arterial
131:2,21

article  5:23
195:17,18,
22,25

arts  18:13,
20

Asian  148:10

asks  10:24

20:4 29:17
34:23
43:17 63:4
70:23
91:21 98:8
99:8 112:9
150:5
182:13
193:13
214:9
215:21

aspect
129:20

assess  55:13

assessment
57:20 58:7

assist  94:8

assistance
73:15
93:18 94:5
100:20
137:19
145:23
164:20
179:2,14
197:19
227:19

assistant
13:2 15:11
20:2,6,19,
23,24
21:1,2,3,
4,7 22:3,
18 23:4,9,
10 35:2,6,

9,20 36:9,
10,11,14
37:5,18
38:8,12,
13,24
40:24
42:18,19,
20 43:3,7,
13,18,21
44:4,6
83:4
111:14
155:3

assistants
87:13

assisted
12:1 34:13
37:3 47:11
155:4

assisting
11:23 62:5
185:19

Associate's
18:13

association
114:5
152:8

assume  8:14
50:12
52:19
87:16
100:2
108:11
111:25
116:16
117:15

134:4
204:16
220:13
223:3

assuming
50:12

assumption
50:24
84:14
85:22
89:11 92:7
95:14
135:11
151:11
156:14

at-large
50:21
143:10
147:20
158:10
159:15
215:5
228:20

attached  5:5
28:21
116:19
120:14,24
121:18
133:7
222:23

attaching
151:18

attachment
145:5

attend  103:8
104:14

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023          Index: attended..based

171:3

attended
17:10,13
48:22

attending
3:15,16
77:25

attention
11:21
77:24
79:20 85:2
86:10
103:25
115:7
122:10,15,
22 124:4
147:10

attorney
6:22
133:20,21
141:1
215:18
216:23
218:12

attorney-
client 8:8

attract
115:6

audible 7:22

August 187:1

Austin 17:9

authority
128:14

avenue 206:9

avenues
32:11

average
29:21,22
30:8

avoid 218:21

aware 30:16,
17 58:20
59:24 70:1
71:24
72:6,9
79:19,22,
24 80:2,12
81:6,7
86:2 90:6
93:2 100:5
102:14
108:9
116:20,23
117:1
119:2
129:5,8
132:9,11,
23 135:5
136:8,9,17
153:20,22
154:12
156:4,8
192:8
195:5,9
196:11,15
197:1
201:6
213:10
228:12

awareness
161:25

———————————
B
———————————

baby
177:16,23

bachelor's
18:20

back 8:18
12:10
17:16
19:8,12
33:20
47:12,13,
24 48:7
49:19
56:11,16
75:11
81:11
88:11 92:1
121:6,8
132:6
143:22
151:17
153:5
171:8
189:3,6
198:21
199:9
216:7
219:25
221:12
225:20

background
17:6
110:18,19
197:18

backlash

76:16

backyard
57:2

bad 78:12
131:15
181:12
210:1

balance
129:17

balancing
74:3,11,14

ballot
135:21

ballots
64:20
89:20
135:25
136:7,24

bank 157:4

barrier
21:21
69:25 75:6
205:12

barriers
89:19

base 28:13
203:12
210:19

based 28:15,
17 131:6
132:7,14
136:20
139:5
146:19,23

149:21
159:22
167:16
188:7
191:20
192:23
220:16
224:18

basic  164:6

basically
 10:13
 12:17
 13:21  15:7
 16:13  24:2
 28:4  40:10
 41:25
 48:16  69:4
 110:8
 131:5
 134:19
 157:13
 158:2
 159:21
 179:23
 209:9
 218:13

basis  102:12
 124:4
 161:5
 201:1

Bates  4:24
 82:8  83:14
 101:17
 106:19
 109:14,17,
 21,24
 110:3

137:9
141:12
142:16
144:10
145:13
147:8
177:17
181:22
186:22
217:21

battle  73:4

BCC'D
 142:21,24

bdelzeit@
coldwellbanker
hancocks.com.
 220:9

bees  54:4

began  24:13
 27:2  88:21
 180:10

beginning
 6:3  35:19
 37:11
 44:8,9

begins  187:4

behalf  6:20
 152:16

belief
 122:25

beliefs
 123:10

believed
 194:24

believes
 114:9

belong
 116:14
 124:17
 149:10

benefit  36:1

benefitted
 31:4

Bianca
 193:17

big  76:12
 77:4  78:16

biggest
 72:18
 128:8

bilingual
 24:25
 30:11
 31:21,23
 32:23  35:3
 36:25  37:2
 93:19  94:7
 95:20
 96:22
 97:13
 105:12,18
 135:19
 172:2,12

bilingual-
certified
 94:15,17

bill  110:23
 112:12
 128:12

binder  11:7,
 12,13

BIRZER  3:18

bit  32:23
 33:1  36:14
 45:24
 46:17,18
 60:11
 62:18,20
 158:5
 168:6
 190:17
 205:22
 209:15

BK  193:9

Blanca  72:19
 74:19,20
 193:9,17
 229:9

blanket
 28:21

blew  79:13

blindsided
 115:18

bloc
 149:13,15

board  5:17,
 20  13:4,12
 37:25
 154:22
 155:12,13,
 22  156:6
 157:7,10,
 15,16,17,
 19,22,25

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                Index: board's..bullet

159:2
160:2,11,
24 161:3,
12,20
162:3,9,19
163:3,5
165:5,16,
18 166:17
167:4,14,
16 168:3,
15,19
169:16
170:5
171:21
172:15
173:5,21
174:6,13,
19 175:14,
18,25
176:6,16,
21 179:21,
22 180:1
191:1
192:1,6,10
208:4
226:7

**board's**
173:16

**body**  13:5
40:18
85:24
155:4
156:2
166:25
222:19

**Bond**  34:24

**Bonds**  34:22

**books**  209:17

**boom**  79:17

**booth**  63:12
64:22
74:23

**booths**  65:6,
7,9,13
75:15

**border**  86:12
130:4

**boring**
134:14

**born**  225:25

**bottom**
127:12
128:10
147:16
181:21
218:15
220:4

**Boulevard**
3:6

**bound**  168:6
180:22,24
205:8

**box**  118:13

**boy**  11:7
20:22
26:22
193:7
212:3

**Boys**  163:24

**Brad**  3:16
6:22 216:2

**brand-new**
138:2

**Brandon**  3:14
6:9

**break**  8:21,
23 19:14
49:3,7,9
98:12,14,
16 130:19
143:17
198:6,12,
15 221:4

**breaks**  8:19

**Brian**  47:4
119:17
220:8

**brick**
130:18,20,
23

**bricks**
130:14

**briefed**
215:10

**briefly**
16:16

**bring**  14:16
51:11
164:6
171:5,15
176:16
226:21

**bringing**

47:18
102:6

**broken**  177:3
201:15

**brought**
22:23
77:2,7
140:17,24
190:20

**brunt**  130:4

**budget**  34:15
51:7 69:17
213:14
214:8,14

**budget allocat
ions**  214:1

**budgeting**
34:12

**budgets**
34:13
123:22

**build**  126:17

**building**
91:5

**bulk**  162:15
213:16

**bullet**
104:19
105:19
139:9,11
182:1
183:25
184:3,4,12
189:14

225:19
227:16

bulls   54:3

bunch   107:19
178:19
219:10

bureau
193:11

Burns   120:18

bus   24:15,
17  77:11
86:15
204:9

buses   77:7

business
48:21
58:22
59:9,21
128:15,16
163:1
216:21
232:4

businesses
22:15

buzz   168:14

————————
C
————————

C-H-E-R-I-S-E
45:13

Cactus   196:6

calendar
14:11

California

77:1

call   25:12
26:9 30:19
55:20
82:22
139:4
196:22
207:25

called   29:23
40:6
215:10
217:4

callout
25:10

calls   48:20
70:7 72:3
76:19
77:18 78:1
79:12,15
81:2,11,24
85:25 98:2
103:14
151:10
204:12

campaign
72:23,25
115:7
117:6
120:3
121:3
122:11,15,
21 229:11

campaigning
119:23

campaigns

116:17
129:25

candidate
115:23
117:12
138:6,7,
13,21
149:14

candidates
67:21
73:18
103:1
116:23
117:2,23
119:13,22
120:3
122:11
138:22
149:17
183:20
184:21
229:2

candidates'
140:11

cap   36:19

capacity
23:13

captured
201:16

card   94:22
132:21
232:4

care   37:21

careful
149:3

carry   111:11

carrying
111:11

Casas   96:6

case   16:6
55:2 61:12
66:8 79:11
85:10
87:12
107:1
137:17
147:23
162:23
176:25
215:5
216:12
218:10,11
219:7
221:1

cases   202:25

casted
192:21

categorize
191:19

categorized
181:5

Catholic
73:14
137:17,18
227:20

cautiously
107:11

CC'D   12:6,
13 141:7

145:17
151:15

CC'ING  4:20
102:1

celebrate
226:2,8

celebration
156:21
157:1
162:1

census  17:1
139:13
148:6,7,18
189:9,23,
25 190:2,
5,8,15,18,
22 191:3,
5,12,18,25
193:10
194:2,11
201:12

center  68:22
86:23,25
93:9

central  79:1
186:7

centralized
90:11
93:15
105:10

ceremonies
63:8 64:22
75:23
164:15

ceremony

74:24
185:1

CERTIFICATE
4:6

certification
27:18

certified
25:4 28:20
32:12

chain  82:17
187:2

chairman
141:24

challenge
71:22 73:3
78:16

challenges
70:19
198:2

chamber
138:7

chance
230:15

change
79:20,25
82:20
108:12
127:24
128:6
165:14
169:14

changed  21:1
28:2 38:9
47:2 60:5

76:5

changing
78:11,20
79:7 143:9

channel
84:23
218:7

channels
126:1
158:15

Charger
204:6

charges
196:8

Charities
73:14
137:17,18
227:20

chartered
200:13

check  93:13
97:8
115:20

Cherise  4:20
15:17
45:3,7,12
102:1
112:1,15
114:16
123:12
141:18
142:20
223:4

chicken

56:24

chickens
54:4,9
57:2,10

childhood
41:8
193:18

chilling
193:3

Ching  4:4
6:16,17
7:6 9:18
11:3 14:12
20:8 29:21
35:1 43:20
45:12,15,
16 49:1,5,
8,11,20
52:11
53:19,21
64:4
67:10,17
71:24 72:5
81:18
82:3,7,11
83:13
91:23
92:23 93:2
98:11,15,
19 99:3,22
101:17
104:4
109:7,13,
19 110:1,6
112:11
118:6
120:7

133:23
134:1,2
136:20
137:4
141:12
142:14
143:16,19,
21  144:8
145:13
146:5
150:8
151:12
152:12
161:9
177:14
182:15
186:21
194:1
195:17
198:5,8,
13,23
201:23
204:14
209:23,25
210:5,7
214:13
216:9
217:21
221:3,6,
12,17
224:6
225:11
229:25
230:22
231:13,21

choice   94:8

choose   101:4

chose   97:6
  150:12,13

chosen   119:7

CHRIS   3:18

chronological
  20:9

Chuck   119:1

Cinco   156:20
  157:1

circle   56:18
  153:5

circumstances
  186:3

cities   5:14
  28:8 39:17
  114:5
  125:1,2
  127:14
  152:8
  196:16
  227:25

citizen
  95:19

citizenry
  182:10

citizens
  60:15
  64:24
  86:23
  94:21
  126:22,24
  127:16
  129:23
  132:23

226:9
227:7,13
228:11

citizens'
  74:24

citizenship
  41:17 63:8
  75:23
  164:15
  193:4
  197:17

citizenships
  164:23

city   3:3
  4:24 5:18,
  21 6:6,21,
  22,23
  10:21,23
  11:2,23
  12:5,12
  13:2,3,5
  15:7,11
  17:10,16,
  23  18:2,6,
  8,9 19:5,
  16,22
  20:2,6,11,
  15,18,19,
  24 21:4,7,
  18 22:4,19
  23:4,10
  24:6,9,12,
  22,24
  25:14
  26:1,7,24
  27:4,9,17
  28:16

29:11
30:11,25
31:9,17,20
32:6 33:4,
6 34:1,3,
11 35:9,20
36:6,7,9,
11,12,21
37:5,18,21
38:1,8,12,
13,19,23,
24 39:11,
13,14,18
40:13,25
41:6,7
42:14,15,
19,20,24
43:3,13,21
44:6,18,
22,25
45:1,2
46:1 47:24
48:3,4,6,
13,15
49:21,23,
24,25
50:9,13,
15,16,17,
25 51:3,6,
7,8,21,25
52:4,7,12,
16,20
54:4,5,10
56:4,16,25
57:1,4
58:14,21
59:2,9,20
60:5,12,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                        Index: ..city

| | | | |
|---|---|---|---|
| 13,15,16, | 15,24 | 129:10 | 162:7,8, |
| 18 61:13, | 96:3,21 | 130:5,11, | 12,20,21, |
| 14,17 | 97:3,14,25 | 13,24 | 24 163:7, |
| 62:9,11, | 99:4,17,23 | 131:3 | 21 164:10, |
| 13,22 63:9 | 100:2,6, | 132:8 | 15 165:13, |
| 64:5 | 13,16,20 | 133:17,20, | 15,19,20 |
| 65:18,21 | 101:18 | 21 134:20 | 166:18 |
| 66:5,22 | 102:11 | 135:3,6,16 | 168:4,16, |
| 67:19,25 | 103:2,6,18 | 136:7,22 | 25 169:3, |
| 68:8,14 | 104:2,10, | 137:9 | 14,16,20 |
| 69:2,3,8, | 22 105:1, | 138:3,8, | 170:2,6, |
| 9,10,11,18 | 10,18 | 22,24,25 | 14,17,22, |
| 70:2,12,15 | 106:4,20 | 139:6 | 25 171:9, |
| 71:7,8,11 | 107:1,4,6, | 140:22,25 | 13,17,21, |
| 72:9,20 | 9,22 | 141:1,13 | 23 173:6, |
| 74:1,3,14 | 108:1,9, | 142:6,16 | 22 175:19 |
| 75:16 | 14,18,19 | 143:1,9 | 176:10 |
| 76:5,13,20 | 110:16,24 | 144:10,14 | 177:3,17 |
| 78:13 | 111:14,19, | 145:14 | 179:13 |
| 79:6,14, | 25 112:4, | 147:17 | 180:7,21, |
| 19,21,25 | 15,17 | 148:8,20 | 22 181:2 |
| 80:7,16, | 113:8 | 149:3 | 182:11 |
| 17,20 | 114:9,13, | 150:13 | 183:5 |
| 81:3,7,10 | 16,18,20, | 152:5,10, | 184:1,13, |
| 82:9 83:4, | 24 115:2, | 11,16,23, | 14,19 |
| 5,15 84:23 | 24 116:6, | 24 153:2, | 185:6,20 |
| 85:23 | 11 118:25 | 6,14,15, | 186:4,23 |
| 86:2,10, | 120:9,10, | 16,20,22 | 187:7,22 |
| 11,20 | 13 122:3 | 154:9,13, | 188:14 |
| 87:1,11,12 | 123:17,21 | 19 155:1, | 189:15,16 |
| 88:14 | 124:5,8,22 | 3,14,24,25 | 190:3,4,5, |
| 89:9,16,23 | 125:3,4, | 156:10,25 | 10 191:4 |
| 90:6,19,25 | 10,14,18, | 157:25 | 192:12,16, |
| 91:6,12, | 24 126:8, | 158:15 | 19 193:22 |
| 14,15 92:7 | 9,14 | 159:12 | 194:6,8, |
| 93:4,6,14, | 127:22 | 160:9 | 12,24 |
| 17,25 | 128:4,15, | 161:13,21, | 195:6 |
| 94:2,5,7, | 18,24 | 22,23 | 196:2,12, |

13,16,21
197:9,19
200:8
201:6
203:14,16
205:3,4,13
206:1,3,6,
15,16
207:10,11,
15,20,21
208:17,25
209:2,5
210:8,10,
13,16,22
211:17
212:1,2,
15,21,25
213:13
214:14
215:9
216:23
217:22
218:12
219:2,10,
13,16,19,
20,21,24
220:14,15,
21 221:22
223:21
224:2,15,
24 225:1,
25 226:7,
10,13,20
227:1,6,8,
14,24
228:5,7,9,
14,22,24
229:14,21

city's 56:8
108:16,23
115:12
134:12
136:20
139:13
170:9
182:6,16
183:6
200:2
206:10,12
207:7

city-run
169:11

citywide
61:14
205:5
210:8

civic 63:24
69:5 71:4
93:9
181:25

civically
167:24

clarification
10:24 20:4
29:17
34:23
43:17 63:4
70:23
91:21 98:8
99:8 112:9
150:5
182:13
193:13
214:9

215:21

clarify 8:13

clarifying
59:17
80:14

class 75:8

classes
68:23

cleaning
71:15

clear 38:6
169:9

clerk 11:24
50:4 89:17
92:1
93:18,21,
22 94:9,25
95:11
96:18 97:1
105:14
114:20
207:1

clerk's
60:22 61:6
63:11
74:10

clerks 31:22
61:23

clinic
164:20
227:16,18

clinics
164:20

clock 68:6
94:12 97:7

close 56:18
171:6
191:11

closest
69:14,16

coaching
102:25

Coalition
37:23
39:20
40:5,14
46:17
48:25
112:23

Coca 6:5

code 209:5
210:13

codes 209:12
210:15

collaborate
103:22

collaborating
226:19

collaboration
91:1 97:20
226:6

collaborativel
y 39:17

colleague
15:11
27:14 83:4
155:6

225:17

**colleagues**
30:6 61:12

**collect** 97:8

**collecting**
153:11

**collective**
113:5

**collectively**
66:19

**college** 3:6
17:11
18:7,8,10
28:6 68:22
138:25
158:8
193:17

**color** 73:12
161:22
162:8,21
163:7
165:20

**colors**
191:20

**column** 27:23

**combining**
115:3,11
121:9,12
122:9,19

**commenced**
6:1

**comment**
51:25

**comments**
51:23
224:19

**commingle**
130:2

**commission**
47:20,23
48:5,15
50:1,13
51:8,12,21
52:1,13,
17,21 53:6
56:9,11,
17,20,25
57:3,17,25
58:7,9,15,
18 59:20,
25 69:2,7,
8,18 71:12
72:20
107:5,23
108:2
110:16
116:24
117:1
118:25
119:14
120:10,13
122:3
123:17
124:8
138:22,24
139:6
140:16,19,
21,24
143:1,9
152:11

153:2,7
155:14,24
159:19,21,
22 161:21
162:7,20
163:6
165:6,13,
19 166:4,
16,18
173:6,16,
22 174:7,
14,20
175:15,19
176:1,17,
18,22
180:2,4,
15,21,22
181:2
183:6,12
228:13,24

**commission's**
47:23

**commission-
approved**
180:14

**commissioner**
12:10 48:8
50:25 80:7
107:17
116:17
119:22
140:18
143:3
144:20
145:3
222:14,21
225:8

**commissioners**
46:2,4,21,
23 47:8
48:18
58:21
59:3,5,7,
13,19
85:24 87:5
94:3 107:2
116:14
132:9
153:16
213:11,25
219:16,20,
21 220:12
226:14

**commissioners'**
116:21

**commissions**
52:7,8
123:21
147:19
182:22

**commitment**
93:22
96:18
105:20

**committed**
93:17

**committee**
110:22
154:6
158:21
160:2,8,16
171:14
189:25

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023    Index: common..complaining

191:2,13
192:3,11,
12,17,22
193:6,8

common  54:11
56:15 94:6
220:17

commun-
167:15

communicate
39:24 42:3

communicates
206:4,7

communicating
92:1

communication
36:2 39:24
41:25 48:3
126:1
134:6,9
145:17
211:1

communications
206:24
207:10,11
210:20
220:15

communities
28:12
41:20
124:19,24
126:6
149:16
161:21
162:7,20

163:6
165:20
212:5
224:21
228:15
229:2

community
13:8 17:11
18:7,8,10
21:20,23
22:17
23:20
24:23 25:7
26:5 29:7,
12 31:3,7
32:2,19
41:15
42:12
47:10 52:5
60:19
63:22
64:10
68:11,22
70:13
71:20
72:11
73:1,16,18
75:18
78:3,5,17
79:1,2
84:19 89:8
103:19
104:8,10
111:20
113:14,15,
19,20
115:25
116:3,10

117:10
119:19
120:16
122:4,7
123:1,25
125:24
126:16
127:5,17,
21 128:3,
17 130:3
133:2
134:13,24
138:14,15,
19,25
140:9
143:8,14
149:12,18
155:15,25
156:3
158:8
160:4
164:7
167:2,3,7,
8,13,19,
20,23,25
168:10,15
171:4,6
172:8,10,
13 173:3,
4,7,17,23
174:3,15,
21 175:2,
16,20
176:4
182:5,23,
24 183:11
186:8
188:13

189:10,11
192:23
193:1,2,16
194:12,16,
18,20,21
196:4
197:4,8,
23,24
198:2,3
200:25
201:11
202:5,23
203:6,20
204:18
206:8,14,
18 208:5
210:23
211:2,8,10
217:2
224:15,19
225:1
228:2,6,
11,18
229:4,7

community's
78:2 116:7
197:20

compact
149:11

company
65:20

compared
212:4

compares
71:25

complaining

124:15

complains
53:4

complaint
47:22
52:2,13,23
53:2,12,
17,18,20,
22 54:2,21
55:1,22
56:8,12,
14,20,23
153:19

complaints
48:20
54:13
213:10

complete
8:17 27:19
135:10
189:25
191:2,13
192:2,7,
11,20
193:6
206:19

completed
166:2
185:3,4

completely
9:8,12
52:14
71:21
77:14
133:4

completes
213:5,8

completing
164:17
190:15

complex
209:16

compliance
25:22

compliant
186:9

comply   213:3

comprehension
27:22 37:2

comprehensive
27:21 28:4

concern
51:21
67:15
111:17
113:22
115:22
124:23
170:20
197:4,7

concerned
68:20
111:20,21
115:23
122:9
126:22

concerns
42:9 85:25
100:7

113:16,23
156:2
166:7
167:8
168:9
175:1

concerted
25:17
29:10 33:2
60:7,23
64:9 65:14
69:20,24

concise
134:19

concluded
232:15

concludes
230:6

conclusion
113:5
127:24
203:12

conclusions
113:4,11
114:1
128:6

condition
54:14
126:23
131:3,4,6,
16,23
213:23,24

conditions
120:19
125:7

130:9,12,
20,25
131:13,20,
22,25
149:7
174:20

conduct
57:13
60:18
128:15
129:12
162:13

conducted
117:5
157:12
162:25
166:15

conducting
27:24
131:4

conferences
48:22

confirm
231:25

conflict
217:13

confusing
62:18

Congress
124:12

conjunction
111:1

connection
33:7

104:9,10
190:22

Connie  96:7

cons  57:14

consecutive
43:10

consensus
179:23
180:5

conservative
113:24
117:23

considered
109:1
110:9,23

consisted
64:5

consistent
76:25
100:12

constant
36:2 39:24

construction
81:20,21
93:8
130:15

Consular
164:3
226:21

consulate
163:25
175:9
226:17,20,
24

consult
112:2

consultation
85:23
133:16

consulted
160:14

consulting
160:11

consumed  9:6

contact
42:7,10
63:10
152:5

contacted
218:10
227:24

contacting
152:6

content
13:18
134:17

context  53:2
56:19,22
121:15
126:20

continuation
39:4

continue
49:4 72:16
105:21
124:1
211:11
229:15

continued
3:1 5:1
97:16,19

continuous
189:8
190:11

contract
205:19

contracted
23:6 32:17

contractual
214:16

contribute
122:18

control
124:9
135:10
169:14
170:2,6
171:18
218:21

controversy
11:19 12:2
13:23

conversation
16:21 55:5
80:25
81:22 88:3
103:18
111:15,16
112:21
115:15
120:20
121:16
153:4

154:11
168:20
169:22
213:18
216:20
218:21,22,
24 225:5

conversations
87:23
90:12
100:1
125:19
141:2
164:9
168:17

cooperation
191:11
195:5
225:16

coordinate
97:1

coordinated
37:22 65:1
165:11

coordinating
92:2,4
157:20

coordination
92:6
193:24

copy  166:6
230:11
231:8,10

Cora  96:8
178:2

181:16

corporate
87:4

correct 10:9
18:18
19:1,3
24:14,16
27:5 30:7
42:16 43:5
44:10
50:24
53:10
59:11
62:12
74:21
82:21,25
83:24 88:1
108:5
110:14
111:3
119:24
129:3,4
146:22
147:5
151:25
152:14,20
176:7,12,
14,15
185:24
202:18,19
220:6,12
224:4
227:17

correction
149:25
152:3

corrections
230:15

correctly
111:2
141:24
148:15
149:19,24
183:23
189:12

correlated
129:6

correspondence
10:20
11:15

Cortez 193:9

cost 61:2

costs 227:23

council
159:13

counsel 6:13
8:4,7
109:15
112:4
133:16,17
178:16

count 135:23
139:13
189:23,25
191:2,3,5,
8,13,15
192:2,8,
11,20
193:6

counted

160:17
191:7,10
194:6

counties
125:1,2
148:24

countries
32:22
163:20

country
164:2
226:23

county
11:20,23
50:4,7,9,
14,22 51:3
60:22
61:6,23,24
62:11,24
63:10
64:6,13
65:9 66:3,
23 67:8,18
73:24
74:23
75:14 76:4
79:7,14,24
80:4 86:25
89:17
90:7,13,25
91:7,14,17
92:1
93:18,21,
22 94:9,25
95:11
96:18
97:1,9,10

99:5,11,
17,23
101:7
104:1
105:14
125:10,22
136:7,25
141:24
148:24
154:13
184:2,14
186:13
187:8
188:1,5,7,
15,20,23
191:4
207:1,10
226:10
227:14

county's
61:18,23
65:23
72:13
100:19
187:8

couple 14:12
142:18

courses 19:9

court 6:10,
14 7:20
9:4 26:15
31:23
32:17
149:7
212:18

coworker

197:12
203:25

Cox   65:16
78:24
81:3,7

create
176:10
178:25
180:15

created
62:19
147:22,23
155:22

creating
41:23
51:14
178:6
180:13

creation
88:23
156:5

criteria
147:22

critical
210:3

crossings
131:18

cultural
5:16,19
13:4 37:2,
25 71:22
133:3
154:22
155:22
156:6

161:12,20
165:5
168:19
179:21,22,
25 191:1,
25 192:5,
10 208:4
226:6

culture   71:6
204:21

current
15:25
52:13 60:8
74:8 81:13
96:6
127:14
147:20
153:17
212:4
213:11

custody
195:11

customer
164:1

Customs
195:6

_____

        D
_____

D-E   7:11

D.C.   46:7

DACA   94:22
164:21
165:2
175:10
195:2

225:5
227:18

dad's   16:18

Daily   193:15

Darryl   190:6

data   132:16
177:2,4
178:17
191:20
201:7,10
203:16
212:25

date   6:6
20:11
44:16
64:19 78:8
92:16
179:8
185:13

dated   4:21
102:1

dates   22:21
23:9 43:2
61:4 62:17
76:1
188:25
221:25
222:2
223:10

day   30:24
79:17
86:22
89:14
90:23
93:21

95:11,16,
22 101:3
105:12
124:12
130:8
141:22
171:1
177:22
220:22

days   126:14
191:6,10
230:24

de   4:3,19
6:4 7:1,7,
10 9:16
49:20 82:1
83:11 99:3
101:15
106:16
109:5
118:4
137:2
141:10
142:12
144:6,8
145:11
156:20
157:1
161:7
177:12
186:19
195:15
198:23
217:19
224:14
230:10

deadline

34:17

dealing
51:14
70:19,20,
21 71:8
79:12
175:1
193:2

deals 149:6

dealt 21:11,
19 124:7

debate 134:6

Debbie
65:14,16
78:24 81:3
178:3
181:16

December
12:18
144:12
214:24
217:25

decennial
189:9
191:21

decide 69:17
157:13

decided
55:17
85:20
86:20 87:2
102:17
139:18

decides 58:9

decision
50:23
87:14
91:24
108:16,19,
24 206:23
207:9,12

decision-
making 87:21
139:15

decisions
49:23
50:15,19
51:6 58:18
69:14
157:15
229:20

declined
31:10

dedicate
77:24

deemed 57:21

defendants
106:25

Defense 8:4

definition
135:22

deflect
123:24

degree 17:14
18:9,12,
19,25

delegation
40:2 46:7,

9 170:19

delivered
180:20

Delzeit 47:4
119:17

Delzeit's
220:8

Democratic
217:1

Democrats
116:8

demographic
213:5

demographics
148:20
213:1

department
32:5 34:14
92:2
197:22
212:9,10,
11 218:6

departments
26:25
33:13,19

depending
28:20

deportation
196:10

deposed 7:13

deposing
15:20

deposition

6:1,4 8:20
9:16 10:11
14:23
15:2,9,12,
16,19,22
16:4,9,13,
15,21,23
82:1 83:11
101:15
106:16
109:5
118:4
137:2
141:10
142:12
144:6
145:11
161:7
177:12
186:19
195:15
217:9,19
225:19
230:6,12
232:15

description
4:15 5:4
162:2

desire 86:23
127:22
128:4

desk 26:7

desks 26:16

destination
24:2 203:2

details

213:6

determine
213:13

determines
69:18
131:5

detour   130:9
132:4

detrimentally
123:4

development
19:11
22:7,11,15
26:15
34:20,25
164:16

developmental
212:19

dial-in
215:25

dialect
32:18

dialects
205:21

difference
38:14,16

difficulties
197:14

dilute   149:3

dinner   59:8
226:4,7,12

dire   131:8,
10

direct   53:11
56:9 57:13
85:2 131:7
132:1
147:10
218:11

directed
152:4

directing
52:21
223:8

directive
55:25

directly
46:2 47:8
48:7,18
53:7 61:6
87:25
167:14

director
21:1,2
34:3,9,11
35:2,7,8,
9,10,12,
13,23
36:5,12,
13,15,16
42:20
43:7,8,19
56:5
112:14
113:9
114:15,17,
20 144:21
151:21

directors

155:13

directs   57:4

DIS   190:6

disability
24:3

disagree
158:3

disappear
198:1

disappointed
229:12

discipline
36:1

disclaimers
29:1

disconnected
77:15

discuss   13:6
14:19
112:6,16
140:20
167:9

discussed
50:11
89:16
103:6
128:25
154:8
183:7
215:2
221:21

discussing
112:12

discussion
6:24 80:17
101:14
148:6
216:4
230:8,23
231:23

discussions
93:3 99:14

disparities
70:1,3,10
71:17

disrupted
131:19

dissecting
151:16

disseminate
66:6 84:24

disseminated
191:4

disseminating
72:17
86:4,5
127:1
186:13
187:20

distinct
48:14
212:5

distinguish
52:12

distracted
109:25

district

120:22
138:24
147:24
149:9
150:12
158:9
173:10

district-based
50:22
140:16,21
221:18,22
222:7
223:17,19,
22 224:3
228:21

districting
12:11
13:24 14:1

districts
50:11
143:10
146:14,15
147:19,21
150:11,13

diverse
29:13
156:1
197:23

diversity
140:1
182:6,17,
25 183:2,6
194:7

divided
228:14,18

division
212:20

divisions
33:19

document
5:7,13
9:21 10:4
25:15
34:15
82:4,8,12
83:7,17
88:22
101:17,25
106:3,19,
25 109:11,
18,20,22
110:6,12
118:8
133:8
137:8
142:18
145:15
151:18
177:19
178:4
179:4
184:5
185:2
208:14
225:12,15

documented
41:12

documents
10:1,14,
18,25
11:3,5,10,
14 14:16

29:15,19
30:4
34:16,19
61:3
219:5,8
220:25
222:3
226:23

Dodge    3:3
4:24 5:18,
21 6:6,21
10:21,23
11:2,23
12:5 13:2
15:7
17:10,16,
23 18:2,6,
8,9 19:5
27:9 38:1
40:25 41:6
42:15,24
44:22 52:4
60:5 63:9
65:21
68:14,24
69:23
70:2,12,15
71:7 75:2,
5,15,22
76:5 78:13
79:14 82:9
83:15
89:23
90:25 93:4
99:17
101:18
102:11
104:10,22

106:20
107:1,6,9,
22 109:14
110:2
118:25
124:5
125:14,18
126:9,14
128:15,24
130:5
131:14
135:16
137:9
138:3,8,25
139:13
141:13
142:16
144:10
145:14
147:17
148:8,20
149:3
154:13,19
156:10
161:13,22,
23 162:8,
21 163:7,
21 164:10,
15 165:20
170:25
171:9,23
177:3,17
182:6,16
183:6
184:2,14
186:23
187:7
191:4

194:12
195:6
196:2,12,
13,16,21
197:9,19
203:14
216:23
217:22
220:15
224:15
226:10
227:1,14,
24 228:9,
22 229:21

donations
115:8
122:11,15,
21

door 86:12,
13,22
88:17,18
199:9

door-to-door
23:19,24
61:1 89:13

doors 189:24
191:6

double-
checking
93:12

double-dip
97:12

downtown
130:14,23

draft 151:6

232:1

drafted
82:20,22

draw 149:9

driven
108:11,22
111:16
113:23
117:4
120:17
127:17
128:7,10
135:8,12

drivers
24:17
77:11

drivers'
41:12
195:3

driving
204:5

dry 134:14

dual 36:11,
19 114:21

duly 7:2

duties 21:8
22:3 24:19
25:5,8
31:1 33:8
34:8 35:22
37:16
60:22

duty 31:18
33:9 46:6

172:3

_____

E
_____

E-R-N-E-S-T-O-
R 7:11

earlier
19:19 51:9
56:7 66:12
74:19
86:16 95:1
97:5
102:10
126:7
128:25
143:2
154:21
184:23
197:13
211:17

early 11:25
44:8 60:24
62:7 72:20
88:7,25
89:14
101:1
105:13
111:7,14
193:18

easier 8:2

ebb 185:17

Eberline
3:11 4:5
6:19,20
14:5,20
15:3 49:6

51:17
53:13 70:6
72:2 81:16
92:17,21
93:1 98:1,
17 103:13
109:15,23
110:4
120:4
133:19,25
136:12
146:2
151:9
152:1
156:17
201:22
204:11
221:5
224:9,13
225:12
229:23
230:2,9,18
232:2,10,
14

economic
22:7,11,15
34:19

economy
194:16

Ed 215:15

Edgar
215:13,16
216:11

editing
151:8

educate

64:10
125:9,23

educating
229:6,16

education
64:3 69:5
72:16
73:20,25
74:2 99:20
125:24
126:2
133:1
161:25
173:6,8,
12,17,18
175:19
176:1
187:20
189:9
190:11
193:18

educational
105:15

Edward
216:22

EEO   213:4

effect
114:25
193:3
194:10

effective
42:5 46:19

effort   25:17
29:10
31:25 33:2

60:7 62:5
64:9 65:14
69:20,24
72:25
105:6
127:17,21
128:3,17

efforts
60:23
72:16
99:5,23
100:6
104:20
125:25
126:12,13
183:18
184:17
190:20

eight-hour
71:9

elaborate
61:21
163:17

Eldridge
193:20

elect   117:22

elected
119:19
182:3,15,
21 220:23

electing
147:18

election
11:25
61:11

62:24
86:22
89:14,18
93:21,23
95:6,11,19
96:19
97:2,18
103:1
105:12
107:10,16
108:6
115:5
116:6
117:3
118:11
120:5,17
121:10,23
122:2,20,
22 124:22
135:19
136:21
144:19
147:24
187:8
188:2,25
202:14,20
206:4,7
222:20
229:20

election-
related
12:14
100:21
209:1

electioninform
ation.docx.
145:6

elections
11:25
49:24
50:3,5,9,
15,16,17,
22 51:3
60:12,14,
23,25
61:9,20,24
62:8,23
63:11
64:8,11,
16,19
65:1,3,5,
24 68:14,
18,19,23
69:12
71:4,19,20
72:14 73:3
74:10,15
75:25
88:6,8
94:9 95:16
97:17
104:20
105:5
106:4,8,15
107:5,20,
23 108:2,
10,14,19
109:2
110:22,24
111:1,18,
19 112:17
113:1,14,
17 114:18
115:4,12
116:2,5,11

120:9,10
121:9,13,
14,22,24
122:1,10,
16,20,25
123:4,15
124:22
125:22
127:22
128:4,12,
19 129:2,
5,10,18,21
130:2
132:10,15,
24 133:3
134:8,16
135:4,12
140:16,21
143:10
153:22
187:7,16,
19,21,24,
25 198:25
205:5
206:20
210:8
221:19,23
222:7
223:18,19,
23 224:3
228:21
229:8,18

**elephant**
129:14

**eligible**
60:13
132:21

183:19
184:20

**else's** 67:16

**email** 4:17,
19 5:9,11,
12,24
10:20
11:15
61:13,14
82:17
83:22
84:16 93:6
101:25
102:4,7
103:4
104:19
137:10,22
138:4,16
141:17,19
142:22
143:4,8
144:11,13,
23 145:4,
20 151:6,
18 152:12,
13 186:25
187:2,5,12
217:24
218:1,3,
16,17
219:14,17,
24 220:5,
15,16,21
222:19
223:3
231:1

**emailing**

219:22

**emails** 5:10,
22 11:16,
17 12:3,6,
14,24
13:11,15,
20,21
65:18
67:18
81:24
82:19
142:18
219:10,20
220:19

**embarrassed**
202:11

**Embassy**
226:20

**emergency**
207:6

**emphasize**
133:1

**employ** 30:23
31:17

**employee**
27:9
28:16,19
30:15,21
31:4,10
33:6 48:4
67:25 96:6
103:2
185:23
192:16,19
212:1

213:5
224:24
229:14

**employee's**
97:14

**employees**
25:1
26:19,21,
24 30:1,
12,25
32:7,12
33:15
61:13
62:21
65:9,19
67:19 74:3
80:17
94:15,17,
24 96:3,22
97:3
140:22
205:14
212:2,13,
15,21
213:1
219:3,13

**employer**
16:1 30:23
212:4

**employment**
19:5,17
30:23
173:2
213:4

**Emporia**
228:6

enact  176:10

enacted
  147:21
  182:7

encompassed
  178:15

encountered
  135:14

encourage
  32:3 65:20
  90:7
  191:24

encouraged
  30:25
  225:1,7

encouraging
  61:14

end  77:9
  97:22
  101:3
  124:11
  153:4
  158:21
  180:20
  220:22
  223:5

ended  140:5

ends  147:8

enforcement
  174:24
  175:3
  195:7
  196:24
  197:3,9

enforcers
  207:18

engage  68:24
  69:23
  71:11
  75:2,5,15,
  22 139:15

engaged  52:6
  100:1
  164:12
  167:23
  168:20
  169:21
  172:17

engagement
  60:20
  63:25 64:3
  69:5 71:4
  72:18 74:5
  181:25
  200:3

engaging
  72:22,25
  74:4 90:12
  168:17
  180:12
  229:6

Engli-  27:14

English
  13:9,12
  25:20 26:8
  29:24
  32:10
  62:18
  63:16
  76:24

82:21
83:25
142:11
172:8
205:7,8
211:6

English-
speaking
  75:8

enhance
  125:25
  169:8
  184:7

enjoy  44:19

enjoyed
  44:23

ensure  26:3
  32:3 33:3,
  17 59:4
  64:23
  76:23
  171:22
  172:11
  182:7,10,
  21 184:20
  186:5
  190:11
  191:6
  194:6
  205:4
  207:18
  210:22
  211:5

ensuring
  30:6 31:7
  59:3 93:10

104:1
166:7
172:6
229:17

entire  35:24
  69:4
  166:14
  186:8
  192:7

entities
  28:10
  73:19
  159:7
  167:17
  184:6

entitled
  110:19

entity  62:1
  66:8
  169:23
  187:14

entry-level
  21:9

environment
  71:7 90:24
  92:12
  202:23

environments
  178:25

equal  181:18
  213:4

equitable
  161:24
  168:4,23
  171:22

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023        Index: equitably..existing

182:7,12,
14

equitably
170:7,22

equity  44:20
140:1

Ernestor  4:3
6:4 7:1,10

erode  123:5,
15

ERRATA  4:7

error  222:25

essentially
97:12
217:3

established
149:7

establishing
147:18

estimate
210:19

Estrella
193:16

et al  6:5

ethically
67:24

Ethics
110:21

ethnic
149:11

ethnicity
132:14

177:3
183:1
200:23
201:16

Etran  232:9,
10

evaluation
28:2

evaluations
27:24

even-number
108:6

even-numbered
108:14,20
109:2
110:25
112:17
113:1
127:23,25
128:5,19
129:11,21
134:7,16,
25 135:4
202:17

event  78:24
84:22
138:19
156:11,15,
16,20,23
166:5
167:2,10
191:9

events  61:1
74:8
157:20
165:11

166:24
195:24
196:1
223:21

eventually
219:23

evolved
85:13

exact  22:21
44:15
107:12

EXAMINATION
4:4,5 7:5
224:12

examples
162:8
168:2

exception
96:15

exchange
186:25
187:4

excused
232:16

exercise
183:21

exhibit
4:14,16,
17,18,19,
24 5:3,5,
7,9,10,11,
12,13,16,
19,22,23,
24 9:16,19

82:1,4,8
83:11,14
101:12,15
106:16,19
109:5,8
118:4,7
121:6
125:20
132:6
133:6
137:2,5
141:9,10,
17 142:12,
15 144:6,9
145:10,11
148:22
151:17
161:7,10
177:11,12,
17 186:19,
22 189:4
195:14,15
217:18,19
220:1,2
222:12,17
225:10

exhibits
4:12 5:1
231:19
232:11,13

exist  124:21
125:14
194:14

existence
210:11

existing
32:7 56:23

81:19

expand  85:12
87:2,15

expanded
165:2

expanding
88:3

expansion
89:2,12

expectation
184:13
188:8

expected
96:22
212:12

expenses
214:16,18

expensive
213:20

experience
51:20
70:11,17
79:8 99:18
120:11
121:1
132:7
146:19,24
149:22
188:7
203:13
210:21
228:16

expert  154:7
208:1

expertise
207:25

explanation
81:4

exploring
93:10

expressed
216:12

extend  97:2,
4 105:13

extended
94:13

extensive
208:24

extent  117:8
119:12
173:15

extremely
113:18
129:15
223:10

─────────────
        F
─────────────

FAA  25:23

fabric
194:16

face  78:11
79:13
185:5

Facebook
79:10
207:7
211:13

facilitate
160:22

facilitated
178:4

facility
90:19 92:3
93:11,14

facility's
93:9

fact  12:1
28:8 68:23
77:6 78:13
81:23
89:20
128:25
192:9
224:21
228:8

factor
126:15

factors
132:19

facts  86:6

fair  161:24
168:4
170:7
171:22
182:14
229:17

fairly
170:21

fall  43:25
105:6
109:2

110:25

familiar
58:14,17
107:4
121:22
225:13

family  17:22
18:2 98:6,
9 164:6
202:7
203:11
204:21

farther
198:1

fashion
52:23

fast  8:1

February
142:19
143:6

federal
25:19,23
39:13
40:1,2
89:7 111:1
115:12
121:13
122:20
123:20
124:9
154:12
202:20
205:10

fee  227:7

feedback

214:1
224:18
227:25

**feel** 10:2
38:3 188:1
194:19

**felony** 196:8

**felt** 25:1
30:18
66:12
78:21
80:20
115:2,17
216:19

**festival**
164:19
225:23

**field** 63:6
170:23
208:3

**fields** 21:24

**figures**
107:12

**filed** 221:1

**fill** 55:2,
10,18,24,
25 56:2
159:1

**filled** 93:24
96:20
97:22

**final** 43:21
49:23 51:6
84:7

**finalized**
179:5

**finance** 21:1
34:3,9,11
35:2 36:2,
15,16
42:20
43:7,19
112:14
113:9
114:15,17,
20 144:21
151:21

**find** 32:23
33:1
146:13
202:9
205:22
220:1
224:14,20,
25

**findings**
152:24

**fine** 90:5
92:23
105:24

**finish** 51:15

**finishes**
92:18

**fire** 208:19
212:10

**fired** 157:4

**firm** 122:25

**first-
generation**
70:14,18
71:5 136:4

**firsthand**
99:18

**fiscal**
120:18

**fit** 159:17

**five-minute**
49:9
198:14
221:4

**fixed** 23:20
24:10,13
89:3
202:24

**fixed-route**
89:12

**flexibility**
127:15

**flip** 82:5
146:9
147:7

**flows** 185:17

**fluent** 21:17
27:11,14

**flyer** 62:17
100:25
206:20

**focus** 122:8
123:2,5,15
155:8

**focused**
68:16
123:1
213:18

**focuses**
178:24

**folks** 75:8
77:1
211:7,10
228:7

**follow** 25:22
48:6
52:21,25
53:12
54:19,22,
24 55:21
56:13
58:25
153:19
179:23
187:13
222:9

**follow-up**
52:1 54:19
56:1,10
57:7

**follow-ups**
224:10

**food** 71:1

**force** 32:1
115:13
141:25
172:11

**forcing**
115:4

121:9

Ford 11:20
50:14,22
51:3 60:22
61:23,24
63:10 76:4
79:7,14,24
86:25
90:25
91:14
99:17
148:24
154:13
184:2,14
187:8
188:1
191:4
226:10
227:14

foresee
52:20

forget 102:9

forgetting
158:11

Forgive
109:24

form 5:15
31:6 51:17
52:23
53:17 70:6
81:12,16
125:12
146:2
150:12,13
165:13
192:14

206:19
213:6

formed 39:19
191:1
192:2,20

forms 63:16
64:20

Fort 18:16
19:10

forte 74:16

forum 138:6,
9,13,18,21
139:7
140:6

forums 138:7

forward 40:7

forwarded
153:13

FOULSTON 3:5

found 32:25
130:21
144:18
205:24
222:20

fourth 27:23

frame 120:6

frank 104:9

frankly 73:5
113:22
130:1
203:22

free 10:2
29:2

86:11,13,
21 87:2
88:9,14,20
89:7
105:21
164:21
186:13
198:24
199:8,14,
21,25
200:2,16
201:4,19
202:13
204:9
227:19

frequency
170:16

frequent
26:16
41:21

frequently
164:11

freshly
63:13

Friday 10:13
13:20
86:21

friends
15:10
16:17
98:6,9

front 9:4
26:7,16
54:15 56:6
129:13
220:2

frontline
28:16

frustrating
77:23
78:1,4,8

fulfill
72:21

full 7:8
19:17
206:19

full-time
27:9 72:25
185:15,16
229:10

function
136:18

functions
58:15

fund 58:12
227:10

funded 89:5

funding
131:7
132:2
194:8

funds 193:23

funneled
89:6

funny 142:11

fuzzy 43:1

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023    Index: G-O-E-T-Z..grass

G

G-O-E-T-Z
  118:19

games  156:23

gap  45:22

Garden  39:18
  71:8 126:9
  228:7

garnering
  229:3

gas  186:18

Gateways
  178:12
  185:9

gather
  156:25

gathering
  229:3

gave  79:24
  163:6
  165:18
  174:6
  175:25
  193:23

gears  60:11

gender
  182:25

general  50:3
  57:7 68:24
  69:6,13
  74:2 75:7,
  25 84:11

89:10
101:9
126:6
132:13
159:9
187:21
196:1,13,
14 197:7
200:14,18
204:22
205:4

generally
  23:16
  49:22 66:1
  100:8
  112:16
  121:21
  125:4
  140:23
  197:2
  201:3,5
  202:7
  203:8

generation
  17:8

generic
  134:19

Genesis
  164:5

geographic
  24:7

geographical
  24:5,11

geographically
  149:11

gift  226:15

Gingles
  149:8

Giselle  96:6

give  8:17
  9:22 23:16
  101:7
  148:22
  154:23
  170:4
  171:20
  232:6

giving  28:4
  223:4

Global  6:12

Globe  193:15

goal  69:4

Goals  104:20

Goetz  118:17

good  6:16,
  19 7:7
  15:10
  16:17
  103:8,19
  131:16,20
  154:2
  159:17,23
  198:7
  200:24
  202:6
  212:3,16

Goodnight
  141:23

Gosh  193:15

governing
  40:18
  85:24

government
  5:15 45:1
  49:22
  68:18
  86:23,25
  89:7 125:3
  182:4

governor
  68:19
  121:23

GRACE  3:18

grade  38:18

graduate
  17:14
  21:10,11

graduating
  17:15
  20:14

graduation
  19:17

grant  89:5
  185:10
  227:4

grant-funded
  89:5

graphic
  62:19
  187:5

grass  126:3

grassroots
  124:20
  125:6,13
  126:4,7,18
  127:9

great  126:12
  143:23
  211:24

greater  30:4
  68:18

green  94:22
  132:21

gripes
  216:12

griping
  215:13

grocery
  71:14

ground  7:19
  77:13

grounds  8:8

group  46:9,
  18 75:13
  89:9 117:9
  118:24
  126:19
  143:9,14
  156:12
  164:7

groups  68:21
  69:1 70:4
  125:6,16
  126:8
  127:3

155:16
168:20
178:21

Growth
  178:12
  185:9

Guatemalan
  32:19
  226:24

guess  54:10
  58:2 169:9

guidance
  28:1
  150:12
  151:4
  160:9
  223:4

guide  66:17
  179:3

guided  159:4

guideline
  147:24
  200:12

guidelines
  25:19

guns  157:3

guy  76:10
  79:9

guys  231:7

———————
        H
———————

habit  211:23
  219:1

Hail  193:10

half  35:16

hall  212:15

hand  10:1
  161:9
  225:9

handful
  202:3

handled  13:3
  56:3

hands  80:21

handshake
  226:13

happen  54:7
  57:22,23
  64:12
  90:22
  175:4
  184:10
  187:15

happened
  31:15
  53:25
  59:16 78:9
  81:1,14
  89:12
  138:8,10
  188:23
  196:5,18,
  21 197:10
  223:15

happening
  52:20 53:5
  75:25

77:13 93:8

hard  191:8,
  15 205:22

harder  32:23
  33:1

hat  19:24
  23:3 33:25
  34:2 35:4,
  6 36:22
  46:6

hats  13:3
  19:20 34:2
  36:23 38:2

Hays  17:12,
  13 18:16
  19:10

head  7:23
  8:24 84:3

header  145:4

heading
  114:8
  181:25

headline
  77:4

heads  34:14

health  16:18
  36:2 164:6
  168:9

healthcare
  169:2,3
  174:14

hear  126:22
  197:3

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023          Index: heard..Hoover

226:12

**heard**  78:5
140:15
153:25
154:3
195:24
196:1
197:5
214:21

**hearing**
167:7
208:3

**hearings**
214:3

**heat**  90:17

**heavier**  44:5

**heels**  103:24

**held**  33:23
42:18,24
43:2,13
106:4
108:2
110:25
129:5
135:4
191:9

**helped**  34:11
89:1 155:4
194:8

**helpful**
103:20

**helping**
164:24
185:19

210:3
227:12,21

**Hernandez**
3:17 6:23
45:4,10,
20,23
144:11,15
215:19

**hey**  15:12
25:15
42:8,11
52:14
54:9,24
56:17,25
67:19
75:25
81:11
90:19
91:14 93:7
97:1
100:25
119:10
144:25
150:10
160:16
165:14
169:20,23
171:14
180:1
208:13,20
217:10
219:24
220:21

**high**  17:10
18:5,6
27:25
120:21

194:2,10

**high-level**
81:22
87:22

**higher**  37:1
38:18

**hire**  185:10
193:23

**hiring**  172:9

**Hispanic**
16:24
17:18,21
29:7 96:14
139:14
140:9
149:1,4
155:16
172:20
173:2
183:11,13
200:25
212:14,22
228:25
229:1

**Hispanics**
148:12

**historic**
130:17

**historically**
210:11

**history**  19:5

**hit**  79:15
218:17

**Hmm**  222:22

**Hodgin**
193:12,14

**hold**  34:4
156:18,19
172:19,22

**holder**
132:21

**holders**
94:22

**holding**
59:24
112:17
127:22
128:4

**holds**  108:9

**home**  19:13
39:15
164:2
199:10
226:22

**honestly**
81:17
112:15
124:1
125:5
141:6
142:9
200:5

**Hoover**  12:3
78:25
90:10,16
91:8,15,24
92:14
105:8,17
186:7,11

hope  184:13

horn  30:3
 211:21

horrible
 77:16 78:9

hospital
 168:8,18
 169:10,11,
 15

host  68:25
 102:11
 162:10
 164:14,25
 214:3

hosted  63:7
 163:21
 164:20
 165:11
 166:4
 226:7

hour  49:2
 171:7
 203:2

hours  14:12
 61:15
 62:7,17
 71:12 76:1
 101:1

house  54:16
 71:15
 219:9

household
 204:1

housing

34:25
39:15
122:5
123:23

HR  21:2
 30:19
 35:6,7,8,
 9,10,12,
 13,23,25
 36:5
 37:19,20
 38:25
 42:20
 43:8,19
 44:1,3

hubbub  76:12

huge  13:7
 21:23
 120:19
 126:15
 156:23
 171:4
 211:13

huh-uh  7:24

human  19:16
 20:7 21:25
 22:7

humble  74:13

hurt  198:3

Huseby  6:12

_____ I _____

ICE  195:7,
 11 196:7,

11,17
197:3,8,19

ICMA  152:7
 228:5

idea  25:5
 51:10
 52:14
 103:8
 112:16
 115:14
 119:6
 126:25
 138:12
 141:2
 178:6
 179:11
 199:5
 200:4,7,8
 207:16
 208:13

ideas  138:19
 224:25

identification
 9:17 82:2
 83:12
 101:16
 106:17
 109:6
 118:5
 137:3
 141:11
 142:13
 144:7
 145:12
 161:8
 177:13
 186:20

195:16
217:20

identified
 158:19,20
 177:8

identify
 17:18
 158:12
 184:6

identifying
 53:16
 159:7
 184:10
 192:25

II  181:24

imagine
 157:2

immediately
 18:22

immigrant
 13:8 17:7
 28:12
 29:16 31:3
 70:17
 71:20
 73:1,15
 116:9
 126:16
 132:20
 133:2
 139:22
 155:15
 175:2,3
 194:17
 196:4

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023 Index: immigrants..independently

203:10
226:22
228:1

immigrants
41:12
70:14,18
71:5 136:4
137:19
178:25

immigration
13:9 39:15
41:1,5,17
121:4
123:20
124:8,10,
17 130:3
173:19
174:23
175:1,5
178:16
195:2
197:15
225:5

Immigrations
195:6

impact  69:15

implement
124:19
184:14
185:7
189:17
227:4

implementation
185:5,8,
10,11

implemented
165:2

important
7:25
29:16,19
104:11
188:24
194:1,3,4
208:7
214:19
223:11

importantly
172:11

impression
150:3

improve
72:10
75:17
125:7
128:24
169:7
199:16

in-house
205:17

in-person
104:16
139:4
191:10

inappropriate
117:11

incentive
27:1,20
28:7,21
30:18

incentives

22:5,9,10,
12

incident
62:16
156:4

incidents
195:9
197:6

include
41:10
87:10
113:7
121:24
134:11
152:6,9
165:14

included
10:20
13:16
23:19
24:16 64:2
82:18
151:15
169:5
170:12
173:24
174:9
178:2
194:25
218:12

includes
32:10
87:11
104:21
116:9
137:10

including
89:19
170:15,19
202:7
211:14

inclusion
140:2

inclusive
139:16
158:3
160:4

income
171:2,8

incompatible
116:2

incorrect
17:25
67:15
74:17

increase
102:19
124:21
125:9,19,
23 126:1
127:4
170:15

increasing
104:21

increasingly
212:6

indentation
146:25

independently
62:22

index  4:1
  131:5,23
  213:24

Indian
  148:10

individual
  54:20,23
  55:5
  111:21
  117:12
  158:12,20

individually
  46:12
  153:7

individuals
  24:3 46:10
  104:6
  119:7

influx  13:7

info  47:13
  61:5 62:20

information
  5:13 12:19
  23:17
  29:9,10
  30:7 55:9,
  19 62:9,
  10,14,23
  64:3,6,13
  65:2,23
  66:7,22,25
  67:11,16
  69:13
  72:17
  74:18

75:21
84:24
85:11,13
86:4,5
100:10
101:7,9
105:3
114:2
127:2
136:6,22,
  23,24
146:13
147:11
150:11
151:16
152:10,16
153:12
157:12,21
163:15
166:9
169:20
172:7
186:12
187:7,20,
  23 188:2,
  6,11,14,15
189:1
191:5
201:2
205:4
206:4,7,17
207:4
208:7
209:9
223:9

informational
  206:21

informative
  162:11
  163:21
  164:25
  167:11

informed
  183:19
  184:21
  192:6

informing
  62:6
  190:13

infrastructure
  73:9
  126:10
  213:19

ingredients
  184:10

initial
  208:13
  223:24

initially
  215:9

initiate
  184:7

initiation
  101:2

initiative
  13:24 88:5
  126:18
  178:13
  192:7
  193:25
  207:22
  225:24

226:5,23
227:2

initiatives
  63:20
  72:12
  124:20
  125:13
  126:4
  127:9
  154:19
  155:18
  162:12
  166:24
  169:7
  175:23
  184:22

input  51:2
  214:5

inquiries
  218:6

inquiring
  101:8

inquiry
  223:24

instance
  63:10
  116:6
  159:4
  206:25

instances
  46:4 63:14

institute
  192:13

instituted
  24:24

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023 Index: institutional..involvement

154:24

institutional
114:23
142:4

instructs
8:7

integrate
228:11

integration
10:22 11:1
12:5 13:7,
25 28:11
63:24
68:16
75:20
139:25
155:19
162:18
164:18
166:3
169:5
173:14
177:19
227:5

intelligent
154:10

intend
225:20

intention
183:4
185:14

intentional
31:25
192:24

intentions

129:15

interact
172:13

interacted
46:4 47:16

interacting
32:2

interchangeabl
y  16:25
20:23

intercultural
161:25

interest
40:20
115:24
116:7
122:3
123:25
217:13
228:22

interested
159:10

interests
124:1

interim
35:7,12,13
216:25

intermediate
28:5

intern  19:9
62:16
155:3
185:12,21

internally

61:11 92:3

international
164:19
225:23

interned
19:15

internship
19:11,13

internships
20:12
42:25

interpret
26:10
28:25
29:3,23
31:18
206:1

interpretation
29:15
32:22,25

interpreter
21:25
25:6,11
26:18,20
33:18
210:14

interpreters
13:10

interpreting
26:6 29:5,
18

interrupt
20:8
109:17

intervene
62:3

intimate
46:18

intricate
164:16

introduce
6:13

intrude
67:13

invested
158:24

investigation
55:17,21
57:5

investigations
154:13

invitation
94:14
97:3,4

invited
104:7,13
166:5

involved
85:14
88:23
112:21
114:17
141:4
142:5
152:15
157:3
160:5,19

involvement

91:23

involving
  156:9
  224:25

irons  208:18

Islander
  148:11

issue  22:7
  37:1
  40:11,22
  41:6  42:6
  47:9,19
  50:2
  56:15,18
  57:16
  59:12
  69:25  71:3
  72:18  75:7
  76:17
  77:5,25
  85:25
  86:5,9
  92:11
  99:15
  103:25
  105:24
  109:3
  122:5
  124:9,10
  126:5
  127:5
  128:9
  133:3
  135:18,20,
  24  136:1,3
  145:1
  149:6

151:5
156:13
158:17,18
161:23
168:4
169:10
171:4
174:3
175:17
202:2
205:12
216:10
221:18

issued
  177:6,7

issues  21:12
  22:1  38:21
  39:14,21
  40:2,8,19,
  25  41:2,9,
  11  42:1,4
  54:6  70:19
  122:5,22
  123:20
  124:3,7,17
  129:20
  134:13
  135:15
  153:21
  155:15
  156:2
  158:4
  167:21
  170:18
  173:23
  176:17,22
  183:20

184:21
195:1
215:5
228:12,18

issuing
  164:1

item  48:8
  166:10
  167:9
  184:1,12
  186:1

items  16:19
  47:14
  54:16
  63:20
  165:21
  168:22
  170:8,13

────────────

J

────────────

Jan  12:11
  140:18
  142:19
  143:2
  144:17
  145:18
  153:2,5
  220:5
  221:18
  222:7
  223:2,17,
  25

jan.scoggins@
yahoo.com
  220:6

Jane  155:1,
  5

Janiece  6:11

January
  44:9,16

jargon  209:6

job  19:25
  20:20  21:8
  22:3  23:2
  24:19
  31:18
  33:5,7
  35:22
  37:16  38:6
  42:23
  72:25
  73:21
  131:4
  211:3,4
  229:10

Joe  119:1

join  192:17

joined  178:9
  179:13

joke  38:16

Jorge  193:16

Joyce  47:3
  193:19

judge  9:4

judicial
  147:23

judicially
  147:22

jump   36:14
  123:21

June   6:7

justification
  114:8
  121:8
  122:24
  124:18

——————————
         K
——————————

Kansans
  118:16

Kansas   5:14
  12:20  14:1
  17:12
  37:22
  39:19
  40:5,14
  41:6,13,
  18,21
  46:8,16
  48:23,24
  58:23  71:7
  102:10
  109:1
  110:22
  112:23
  114:4
  115:16
  126:8
  133:14
  135:9
  145:23
  146:19
  148:25
  149:22

150:2,6,
10,24
152:7,17
153:12
178:18
194:15
217:1
226:20

Kate
  137:11,15,
  16,21
  138:5
  178:3
  181:16,20
  193:19

KDOT   25:23
  200:11,24

keeping
  111:8

Kent   47:4
  85:1
  119:16

Kiché   32:18
  205:22

kick   47:25
  188:21

kicked   223:8

kicks   56:6

kid   156:16

kids   71:1,
  14  157:4
  212:12

Kim   141:23

kind   22:2
  27:18  43:1
  51:2,9
  55:12,13
  57:19
  70:25
  78:4,22
  79:12
  102:6
  111:8
  120:2
  128:17
  132:12
  146:14
  155:8,17
  160:22
  192:20
  204:21
  207:17
  218:4
  227:9

kinds   21:14

knew   68:17
  77:22
  196:7,18,
  20  208:6,
  21  216:14

knocking
  189:24
  191:6

knowing
  214:16

knowingly
  59:12

knowledge
  7:17

59:11,22
61:22
71:19  73:2
90:2  92:16
100:22
105:2
108:21,23
114:23
116:18
118:3
119:12
122:6
135:2
142:4
153:23
175:21
177:9
213:12

Kobach
  111:23
  113:24

Kris   111:23
  113:24

KS   3:8

Ksn.com.
  195:18

Kunyu   6:17

——————————
         L
——————————

L-A   7:11

la   4:3,19
  6:4  7:1,7,
  10  9:16
  49:20
  73:10  82:1

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                Index: labor..leaders

83:11 99:3
101:15
106:16
109:5
118:4
137:2
141:10
142:12
144:6,8
145:11
161:7
177:12
186:19
195:15
198:23
217:19
224:14
230:10

labor   130:5
174:20

lack   33:14
39:8 60:2
62:2 63:21
66:4 71:19
73:10
133:1
229:11

lane   62:3

language
13:10,12
21:21
25:2,3,18
69:22,25
75:6
100:11
133:14
149:11

170:11
187:6
204:24
205:9,11,
15,16,18,
23 210:23
211:18
214:14

Languageline
28:2 32:15
205:18
214:17

languages
32:17
205:20

large   13:8
46:9 50:12
70:12
156:21,23
158:14
159:8
160:14
163:19
228:24

largely
15:23 73:1
162:15

larger   41:6

largest   63:9
156:24

late   75:5

latest   12:17

Latina   96:16

Latino   13:8

16:24
17:18,21
29:7 60:19
71:25
72:10
75:17
96:14
104:10
132:9
139:14
140:9
148:25
149:4
155:16
156:9
173:3,6,
17,23
174:14,20
175:15,20
176:4
177:8
183:11,12
194:11,21
197:20
200:20,25
202:5
204:8,18
210:22
211:7
212:13,22
224:15,25
228:14,25
229:2

Latinos
125:16
148:13

launch   23:20

166:4

laundry
71:15

law   40:9
59:1 65:10
147:23
173:19
214:2

lawful   7:2

Lawrence
128:14

laws   74:9

lawsuit
12:18
141:23
142:1
144:15
214:22
215:2

lawyer   14:22

layout
161:16
195:20

lead
137:22,24
138:5,11
187:22

leaders
104:8
138:2
167:18
193:1
218:5
224:20

leadership
  138:1
  168:18
  170:15
  182:4,16
  183:2

leading
  64:18
  65:1,4
  89:1

League  12:19
  13:25
  48:23
  114:4
  115:16
  133:14
  145:23
  146:8
  147:12
  150:2,6,
  10,24
  151:1
  152:6,7,17
  153:12
  221:20

League's
  151:2

learn  79:6
  167:20

learned
  105:3

learning
  68:22

leave  44:14,
  17,22

leaving
  214:23

led  225:4

left  37:14
  44:8,12
  45:23
  127:16
  130:20
  157:25
  185:3,4,16
  227:3

legal  57:12
  73:15
  137:18
  164:20,23
  209:6
  220:25
  227:7,19

legislation
  111:9
  113:23
  114:10
  115:3
  134:21

legislative
  37:21
  39:10,13,
  22,23
  40:12
  41:24
  42:21
  46:6,11
  48:12
  111:8
  114:6
  134:11,13

154:5
165:15
170:9
195:1
225:4

legislature
  109:1
  110:9,22
  111:10
  135:9

letter  85:4,
  8,12

letters
  76:18
  77:21,23

letting
  209:21

level  30:3
  40:1 70:25
  77:14 86:9
  115:16
  116:5
  129:18
  169:21
  188:8,9
  197:25
  205:15

levels  148:1
  199:12

liability
  67:14
  74:16

Liberal
  39:18 71:8
  126:10

Liberty
  118:17

library
  163:24

licenses
  41:12
  195:3

life  116:16

likelihood
  40:22

limit  60:15

limited
  25:20
  32:10
  205:9

limits  24:5,
  7,9 74:7
  76:14
  93:14
  160:24

lines  56:6

list  84:16,
  18 86:6
  104:20
  121:20
  125:20
  139:2,8,
  12,19
  149:7
  183:15

listed
  107:20,23
  115:1
  220:6

226:17

**lists**  118:23
139:9

**literally**
16:10
171:7
185:5
189:24
192:14
211:23

**Litigation**
6:12

**Littagannier**
20:25

**live**  69:16
128:20

**lived**  17:8
208:6

**living**  70:11
78:12
203:14
208:5

**LLP**  3:5

**load**  44:5

**lobby**  63:16
64:21  99:5

**lobbyist**
40:5

**lobbyists**
112:22

**local**  22:15
39:25
64:11

68:19,23
69:12
71:19,20
73:3  77:12
78:3
113:14,17
115:5
116:5
117:22
121:10,12,
14,24
122:1,2,
11,19,22,
25  123:15
124:7,22
127:17,21
128:3,7,17
129:18
130:2
132:24
135:12
148:1
164:22,23
194:16,23
195:10
227:12
229:8

**locally**
124:5

**locals**  128:8

**location**
11:21  12:3
60:3,5
61:4  76:5,
12,23,24
77:5
78:11,25

79:7  80:1,
18,22,25
81:13,20
82:21
89:18
90:10
93:12
99:12,19
186:6

**locations**
62:8  90:1,
14  95:16
99:6,24
104:22
105:9

**logistical**
61:5

**long**  11:11
14:5  16:8,
14,20
20:20
23:12  34:4
35:15
93:8,23
96:19
161:1
224:10

**Longmeyer**
155:1,5
163:18

**looked**  10:18
12:15
13:11,20
34:18
83:23
153:9

170:10
172:10
202:24
219:10

**loop**  142:25

**Lopez**  96:8
178:2
181:16

**lose**  216:2

**losing**
171:2,16

**lost**  129:22
163:23
215:20,23,
24,25
216:10

**lot**  17:17
19:19
21:11,24,
25  28:11
29:8,13
30:5  33:2
38:2  43:4
46:3  47:16
52:5  54:13
68:17
70:19
76:16
120:25
125:23
139:25
142:6
165:3,10,
11  168:9,
10,14
169:4

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                    Index: loud..manager

174:25
175:2
194:25
198:24
202:25
204:25
207:14,16,
24 212:8,9
213:18
224:17
225:18

**loud** 85:6
86:7,19
89:15
93:16

**low** 68:15,
20 203:9

**lower** 129:1,
6 132:10,
19

**luckily**
205:23

**LUIS** 3:20

**lunch** 98:12,
16

—————————

M

—————————

**made** 29:9
31:25 33:2
44:22 58:3
60:7 64:9
65:14 66:2
69:24 77:3
87:14
93:21

96:17 99:4
102:14
103:2
108:19
111:10
134:18
156:14
165:12
179:23
200:16,20
207:9

**mail** 118:1

**mailed**
117:24

**mailers**
117:6
118:10

**mailing**
118:1

**mails** 76:19
81:2

**main** 31:18
115:21
130:19
131:2

**maintain**
128:24

**maintained**
130:18

**maintenance**
124:16

**major** 18:14,
21

**majority**

58:24 59:5
76:16 78:7
115:7
148:25
149:10
183:12
228:25

**make** 30:16
38:5 58:4
65:22
69:14
78:22
84:13
85:22
89:11
90:22 91:2
92:7 95:14
99:16
108:24
110:23
113:18
128:12,18
130:3
157:15
159:12
170:6
184:10
229:20
230:14

**makes** 49:23
50:3,14
51:6 58:18
150:21
159:14
163:14
206:23
207:12

**makeup** 148:8
212:2

**making** 8:2
38:16
41:19 79:9
160:6

**man** 156:9

**manage** 90:20
92:3

**managed**
87:18

**management**
68:8
213:21

**manager** 6:23
12:12 13:3
15:11
19:16
20:6,19,25
21:7 22:4,
19 23:4,5,
7,10 24:21
26:2 33:21
34:3,11
35:9 36:6,
7,8,10,11,
12,21
38:8,12,
20,23
42:19,21
43:3,7,13,
15,18
44:25 45:2
47:24,25
48:4,7
56:4 59:2

69:9,10
80:7 81:10
83:4,5
85:23
87:12 92:8
103:6
111:14,25
112:5,15
113:8
114:16
137:18
140:25
144:14
152:11
153:14,15
155:4,25
160:9
162:24
168:17
169:20
180:8
200:8
207:15,20
215:9
218:12
226:13

manager's
21:18
69:3,11
87:11 94:2
200:7
207:21
208:17

manager/
legislative
20:3,5
21:4 35:20

37:5,19
38:13,24
43:22 44:6

manager/
mobility
23:10

managers
100:2

MANEOLA   3:19

manner   122:1

manning
164:13

MANUEL   3:20

map   131:11
149:5
191:19

March   4:21,
23 102:2
105:3

marked   9:17,
19 82:2,4
83:12,14
101:16
106:17,19
109:6,8
118:5,7
137:3,5
141:9,11
142:13,15
144:7,9
145:12
161:8,10
177:10,13
186:20,22
195:13,16

217:20
225:10

marking
93:13
101:12

Marquez   96:7

Martha   20:25

Martin   187:1

Martin's
187:5

mask   52:8
120:25
214:7,10,
11

Maslow's
70:22,24

mass   196:5

master's
19:2

match   107:9

matched
227:8

material
206:21

materials
62:24
105:16
204:25
209:1,2
210:8,9,
16,24
214:14

Matricula

164:2

matter   6:5
15:24
28:24
85:10
99:15,21
105:24
158:3

Mayo   156:20
157:1

mayor   46:23,
24,25 69:9
85:1,23
120:18
193:18
225:8
226:14

Mccoy   4:21
15:11
16:14
27:14
61:12 83:5
96:9,16
102:1
103:7
155:6
187:1
207:17
208:15
215:8
217:24
218:15
225:17

Mccoy's   98:5

meaning
57:23 88:9

115:16
131:2
180:25
183:7

means 94:5
106:2
126:13
154:7
184:11
201:11
203:11

meant 47:20
75:4
135:22
136:5
182:20
218:17

meat 55:1
164:22

meat-packing
71:11,13
203:23

media 6:3
29:11
60:10
65:22,24
66:3 75:22
77:3,14
79:10,20
84:15
86:10
103:24
115:7
122:10,15,
21 206:5,9
211:1,13,

18 218:6

meet 10:16
14:5 24:23
26:4 46:7,
12 58:24
59:2,19
161:4

meeting 4:23
14:17,19
15:2 25:18
31:14
34:14
48:24
51:12
53:8,9
58:21
59:6,13
71:12
102:3,15,
16,20
103:5,9
104:4,17
105:4,8
140:24
153:3,4,7,
16 223:5

meetings
47:15
48:10,21
51:21,25
58:24
59:25 60:6
73:8
102:11,23
103:11
123:18
154:6

161:6
215:1

Melissa 4:21
15:11
27:14
61:12
83:5,6
96:9,16
98:5
102:1,9,17
103:7
155:6
187:1
207:17
208:15
215:8
217:24
225:17

member 51:10
76:15
157:12
162:23
203:20
217:2

members
159:2,20
160:24
161:3
167:3,7,
13,14,16
168:19
192:9,23
193:7,8

memo 111:4,
24 112:3,6
113:3
114:1

115:2
122:25
127:10,13
128:6,23
134:22
146:1,4

memorandum
5:5 110:12

memories
102:6

memory
22:14,24
45:18

men 156:9

mentally
10:12

mention 40:6
117:25
168:13

mentioned
12:16,23
15:20
17:22
19:19
22:25
23:15,24
27:1 37:4
38:25
39:10
40:3,12
42:17
43:20
47:18 48:9
56:7 65:7
72:8

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023        Index: mentioning..money

74:19,22
75:2 83:22
85:15
96:14
102:10
117:19
143:2
144:16
157:6
165:5
170:8
179:12
184:22
191:14
194:22
197:13
211:17
215:8
216:11
221:25

mentioning
174:4

mentions
143:8
175:23

mentors
15:18

menu  121:19

mess  76:7
131:18

message
220:5

messaging
120:2
121:3

messing
74:17

met  10:12
31:8 94:20
149:23

met all
95:17

methods
123:2
124:20

Mexican
163:25
226:17,20

Mexico  27:17
71:21
133:4

Michelle
119:1

middle  90:18
118:12

Miguel  6:5

Mike  120:18

mile  24:10

miles  170:24
171:16

mind  20:9
21:22
34:21 51:4
53:22 63:2
74:13
113:16
126:21
127:10
185:2

209:8

mine  136:19
139:20
140:2

minibus
86:15

minibuses
24:16

minimal
188:10
191:22
201:25
214:18

minimum
147:24

minority
149:12,18
155:16

minute
16:10,22
67:2 82:15
232:6

minutes
98:16
143:22

mirror
182:22,24

mirrors
173:3

Mischaracteriz
es  152:2

miscounts
191:21

missed  85:10

missing
160:3

mist  227:3

mistake
82:24

misunderstood
13:13

mixture  87:4

mobile  63:3,
5 164:9
170:16,21
171:18
175:12
225:6
226:17

mobility
23:4 24:20
33:21
36:8,10
42:19
43:7,15,18

mobilize
125:8

modes  211:1

mom  197:5
203:22

mom's  197:12

moment  52:6
76:3
90:18,23
129:16

money  122:18

Monica   96:7

monitor   6:8
  161:22

monitored
  168:3
  170:5
  171:21

monitoring
  111:9

monster
  209:8,16
  210:13

month   177:6
  226:3

monthly
  161:5

morning
  6:16,19
  7:7

mother   72:24
  229:10

motives
  123:25

move   44:1
  110:25
  128:19

moved   17:9,
  12,23 18:2
  23:5 81:5
  216:24

moving   12:22
  40:6 80:17
  109:1
  113:1

129:10,21
134:6,16,
25 138:3
228:20

multicultural
  21:12,14
  208:1

multilingual
  24:25
  30:11
  205:14
  208:2
  214:15

multiple
  30:1 31:16
  32:16
  63:14
  102:23
  125:12
  139:9
  195:2
  205:11

municipal
  26:15
  31:23
  32:17
  212:17

municipalities
  12:20 14:1
  48:23
  114:4
  115:17
  133:15
  145:24
  147:12
  150:3,7,

10,24
152:7,18
153:13
178:24
221:20

music   156:22

muzzle   54:3

_____

N

_____

nagging
  211:24

named   137:10
  178:19

names   98:7,
  10 107:15
  118:25

Nanette
  152:14

Nannette
  112:14
  114:15
  123:12
  141:21
  142:3
  144:21
  145:20
  151:21
  221:19
  222:24
  223:18

narrow   50:20

nasty   76:18
  81:2,24

nation

196:3,16

national
  77:3,14
  86:10
  123:4
  124:4
  152:8
  178:23

naturalization
  63:8 64:21
  175:9,12
  185:1
  227:1,16

naturalize
  227:13

naturalized
  63:13
  96:16
  226:9

nature   31:24
  176:7

nearest
  170:23
  171:16

necessarily
  31:19
  74:15
  132:16
  158:24
  167:25
  168:13
  205:1
  207:21
  219:3

needed   25:7,

11,21 26:8
29:15
34:16 37:3
38:22
48:11,14
55:2 61:2
66:4 75:9,
11 94:21
95:20
102:17
103:20,21,
22 160:1
167:10
200:14
212:18
needing 19:9
negatively
197:20
neighbor
197:11
net 192:21
network 28:9
226:2
networks
32:24
neutral 68:1
74:4 103:3
116:18
121:2
newcomers
69:6,23
75:3,4
newly 147:20
news 5:23

195:17
197:3
211:8,12
newsletter
84:19
134:12
206:8,18
211:2
newsletters
206:14
nice 204:20
226:11
Nick 6:23
45:4,10
144:11,15
215:19
NICKOLOUS
3:17
niece 204:6
night 9:14
nod 180:8
nods 8:24
84:3
non-latino
71:25
177:8
204:9
228:15
non-profits
73:24
182:4
noncitizen
119:9

nondriver
203:22
nonexistent
72:23
nonpartisan
110:24
116:5,12
122:7
nonpresidentia
l 129:2
nonprofit
73:9
117:15
126:8
137:25
noon 14:10
98:25
normal 159:3
note 26:17
114:22
noted 8:5
notice 59:1
79:25
80:5,8
144:15
notified
215:9
notify 60:7
notifying
218:5
November
214:24
novice 28:5

Nuci 119:1
number 26:18
104:21
109:21,24
160:10
177:7,8
201:17
202:12
203:9
212:16
217:7
220:1
numbered
86:6
numbers
109:17
199:16
Numeral
181:24
nutshell
22:2

O

oath 9:3
object 8:4
51:17
53:14 70:6
81:16
146:2
objection
8:5 72:2
98:1
103:13
151:9
152:1

204:11

**objective**
115:22
159:24

**objectively**
122:2

**Obsolescence**
91:18,22

**obtain** 18:9
194:8

**obtained**
62:11

**occasional**
8:19
36:24,25

**occasionally**
175:4

**occur** 218:6

**occurred**
156:8
223:7

**occurring**
192:9

**occurs**
189:11
219:24

**October** 85:9
86:8
88:13,20

**odd** 106:7,
8,11

**odd-number**
108:2,10,

15,20

**odd-numbered**
127:23
128:5
129:1,6
134:7,25

**odd-year**
132:10

**off-the-record**
6:24
101:14
216:4
230:8,23

**offer** 186:6

**offered**
91:12

**offering**
105:8
186:10

**office** 19:16
21:19,25
26:16
30:19
35:25
37:20
38:16 50:5
60:22
61:6,9,15
62:7,17
63:6,11
69:3,11
73:12
74:10 76:1
87:12 94:2
125:17,22

132:16
137:20
170:24
171:16
182:22
187:8,16,
19 215:10
217:4

**office's**
187:14

**officer**
28:17 29:9
44:1

**officers**
172:1,9,
16,18,21
173:1

**official**
21:18 25:8
33:4 38:1
47:15
48:10,20,
21 56:11
97:14
180:14
192:12
203:16
205:23
219:13,16,
20 220:14

**officials**
86:10,20
87:1 88:14
89:16
93:17,25
194:23

220:23

**oftentimes**
48:6 61:5
62:15
202:25

**onboarding**
30:15

**one's** 139:20

**one-off**
102:23
126:14

**one-on-one**
153:16

**ongoing**
153:17

**online** 26:4
28:3
104:23

**open** 58:23
90:7 99:5,
23 104:4
158:16
159:9

**opened** 90:1

**opening** 93:3

**operate** 50:8
72:13
90:20

**operated**
87:18

**operating**
64:8

**operation**

23:23
35:24
67:14,16
80:19,23
101:1,5
105:25
136:19
153:24
164:14
206:13
213:21

operations
39:7 62:4
100:14,15
185:20
213:17

opinion
74:14
116:4
117:10,21
124:2
128:18
129:23
158:22
228:23

opportunities
86:24
173:2

opportunity
44:2,18
85:11
100:15
153:18
166:10
178:10
179:20,24
180:6

213:4
230:11

opposed
79:14
115:22
171:15

opposes
110:8

option  89:19
94:11
96:24
97:11,15

optional
96:25

oral  27:22

oranges
124:15

order  20:9
27:19 89:7
232:9

ordinance
51:11,14
52:9 57:1,
11 58:12
147:18

ordinances
209:5,11,
17 210:10,
15

organic
127:3

organization
66:6
100:13

117:16
137:23,25
138:3
178:24
226:1

organizations
126:8
158:10,12
182:5

origin  24:2

outcomes
107:10

outreach
60:18 64:4
104:22

outstanding
196:9

over-policing
175:15

overflow
227:9

Overland  3:8

overlap
43:6,23,25
45:25

overlapped
43:4

oversaw
11:22 20:7
35:24
37:19
38:25 48:5
173:25

oversee  23:7
92:3

overseeing
23:22 39:6
87:25

overview
69:8,10

overwhelmed
129:24

overwhelming
71:16

owning
204:20,22

P

p.m.  98:23
99:2
198:17,21
216:7
221:9,15
230:6
232:15

PAC  118:17

Pacific
148:10

package  36:1

packets  65:8

packing
164:22

pages  11:8
195:19

paid  25:9
118:16

206:11

**pandemic**
46:16 52:8
121:1

**Pando**
215:13,15,
16 216:11,
22

**panels** 228:4

**paperwork**
74:25

**paragraph**
85:3,6
141:21
146:18
147:16
149:2

**parallel**
23:8

**parents**
16:18
71:10
132:22
136:4
211:14

**park** 3:8
156:20,24
199:21
212:11

**parks** 36:12,
13 92:2

**part** 10:23
11:1 13:1
56:8 66:10

67:5 72:15
75:19 78:5
87:20
90:24
97:14
110:12
114:4,5
126:5
131:20
137:22
142:5
162:6
168:21
175:21
185:8
192:9,11,
21 193:10
200:23
221:24

**part-time**
24:17

**participate**
86:24
191:24
192:17

**participated**
228:3

**participation**
191:22
194:2

**parties** 92:5
116:15
122:17

**partisan**
110:24
111:18

115:4,13
116:1,18,
24 117:2
121:10,25
122:16,23
123:3,14
129:18,20
130:6

**partner**
103:19
164:5

**partnered**
163:25
164:21

**partners**
92:12
227:21

**partnership**
63:6 90:25
97:19
178:14
227:12,20

**parts** 110:11
130:13

**party** 112:20
115:6
116:19
120:24
121:17
129:17
217:1

**pass** 58:10,
11 62:10
64:9,14
69:17

101:7
124:10
135:11,12
147:17
188:15

**passed**
130:16
134:3
151:8
158:1

**passed-down-
type** 133:14

**passengers**
199:16

**passes** 28:19

**passing** 64:5

**passion**
140:2

**passport**
226:22

**passports**
164:2

**past** 87:19
95:4 98:6
100:3
119:3,13
154:12
162:9
163:19
177:5
188:2,7
199:15

**pavement**
131:4

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023          Index: Pavilion..phones

Pavilion
  12:3 78:25
  90:10,16
  91:8,15,24
  92:14
  105:8,17
  186:7,11

pay  24:25
  25:4 26:19
  27:1,20
  28:7,14
  30:24 31:5
  33:16
  38:18
  94:13
  97:10
  205:14
  208:2
  214:15

paycheck
  28:22

payroll  36:3

pending  8:22

people  46:18
  52:7 54:9
  63:17
  65:6,8,21
  69:14
  70:21
  73:11,12
  74:23
  77:10
  78:23
  96:13
  118:24
  121:21

127:2
128:20
129:23
130:7
135:20
156:2,25
158:10
162:1
167:18
168:10
171:6
177:7
187:6
191:6,7,
11,14,24
192:15
193:1
195:3,10
196:8
197:4
201:19
202:8,12,
15 204:17
205:24
214:4
215:7
229:16

perceived
  194:20

percent
  28:13,18
  29:7
  139:13
  148:8,9,
  10,11,12,
  13 149:1
  183:11

210:12,16,
18 212:24

percentage
  70:12
  163:19
  200:24
  208:25
  210:7
  212:21

perception
  78:9
  187:18
  188:5
  202:8
  203:18,21

period
  199:23

periodic
  102:12

periods
  11:16
  43:11

permanent
  24:3 35:14
  185:23

persistent
  71:3

person  3:16
  15:15 23:6
  45:9
  104:23
  142:11
  146:21
  147:4
  150:15

155:2
169:19
173:25
176:25
177:1
185:11
190:6,25
193:23

personal
  116:4,16
  124:2
  158:22
  219:6,23
  220:20
  228:23

personally
  68:1 78:19
  79:22
  160:19
  224:14

personnel
  15:24 22:1
  23:23 36:1

perspective
  172:6
  208:17
  220:20

pertaining
  219:3

ph  20:25
  190:6
  193:9,10

phone  48:20
  139:3

phones

211:15

phrase  97:21

picking
  188:11

picture
  193:16

pictures
  191:2

piece  24:22
  30:4 31:23
  35:3 36:25
  62:25 92:4
  163:5
  166:1
  173:12
  174:5
  175:25
  185:9,11
  207:3
  208:19,23
  210:17

PIO  29:8
  30:5 83:4
  84:17
  87:13
  155:1
  207:19
  211:24

PIO's  65:25

pit  54:3

pitch  200:7

pitched
  184:9

place  59:25

102:15
105:6
131:12
180:5
203:1
210:14

places
  191:14,20
  196:6

plaintiffs
  6:17

plan  12:23,
  25 32:10
  68:16
  72:15
  75:19
  166:3,7
  169:6
  174:5,9,
  10,17
  175:22,24
  176:20
  177:18
  178:7,15
  179:5,12,
  17 180:2,
  11,13,16,
  23,25
  181:3,11
  185:11,14
  189:3
  203:25
  205:9,10

planning
  10:22,25
  12:4 13:24
  63:23

72:16 89:1
162:17
164:17
166:20
173:13,25
174:16
178:1
181:14,15
227:5

plans  185:6

plant  71:11,
  13 158:7
  203:23

plants
  158:8,19
  164:22
  167:17

platform
  188:21

platforms
  29:11
  65:24 66:3
  75:22
  84:15
  187:23
  211:2

play  117:22
  190:1

playing
  117:10

plays  126:15

plethora
  26:18 54:6

Pogue  112:14

114:15
123:12
144:21
145:20
146:1
149:21
150:1
151:7,13,
21 152:14,
23 153:9
221:19
222:24
223:18

Pogue's
  150:16

point  8:16,
  21 22:25
  48:3
  104:19
  137:21
  139:9,11
  152:5
  182:1
  183:25
  184:3,4,12
  189:14,23
  219:19
  227:16

points
  105:19
  225:19

polarize
  68:12

police  28:17
  32:1,4
  171:25

172:1,9,
11,16,20
173:1
195:10
197:19,21,
22 212:9

policies
161:22
168:3,25
169:4
182:7,11

policing
177:2,4

policy 24:25
26:19
30:16,17,
21 33:10
49:24
51:7,11
52:9,13
114:18
120:25
134:21
170:5
171:21
175:5
176:10
205:14
208:3
214:7,10,
12

policy's
51:22

political
18:15,21
113:18

116:15,21
117:15
120:2,14,
15,24
122:17
123:25
128:13
129:15,17,
19

politicized
113:17
122:1

politics
115:6
117:22
123:3,15
146:20
149:22

poll 11:21
13:23 62:8
78:11
93:19
94:17,25
95:23
96:2,4,22
97:6,13
99:12
135:19

polling 12:3
61:4 76:5,
12,23 77:5
78:20,25
79:7,19
80:1,18,
21,25
81:4,8,20
82:20

86:13
88:17
89:18,22,
25 90:8,
10,13,16
92:14
93:3,12
95:16
97:24
99:5,19,24
104:22
105:9
199:9
204:10

polls 13:23
183:20
186:5
201:20
229:16

poor 130:24

population
132:20
139:14
148:1,14
149:13,15
183:3
194:5,7
200:14
202:5
203:10
226:22
229:1

portals
189:2

portion
16:20

posed 144:17
150:9
153:2

position
20:2,17
21:9 33:23
40:10
43:24 58:4
185:15
197:15
208:18

positions
31:20
38:11
43:24
120:15
143:11

possession
219:6

possibility
89:17 91:7
134:24
140:20
197:8

possibly
113:8
114:3
122:17
199:20

post 60:9
61:8 62:7
63:15
65:23
66:2,8
189:1

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023        Index: posts..proceedings

posts   67:17
  75:25
  206:5,9
  207:8
  211:19

potatoes
  55:1

potential
  10:14
  138:17
  139:6

pothole
  54:15
  55:2,6,11,
  18,23
  56:2,17

power   135:7
  149:4
  176:9,13

practice
  22:6  47:23
  48:6  52:25
  58:25
  60:1,2
  65:25
  66:14,20
  94:6  97:16
  134:10
  136:21
  153:15
  170:6
  171:21
  188:19
  207:5
  208:10,22
  218:5,18

220:18

practices
  26:14
  66:12,16
  161:23
  168:4,25
  169:4

preferences
  127:15

preferred
  31:21
  149:17

prefix   110:3

premise
  168:23

prepare
  10:10,12
  15:2 39:12
  225:15

prepared
  146:4,7

preparing
  14:23
  34:15
  134:22

present
  6:21,22
  14:14
  47:19
  48:15,25
  102:18
  103:21
  104:2,12
  176:21

presentations
  163:22
  228:4

presented
  47:14 48:9
  178:10
  179:18,20

preserved
  130:17

presidential
  68:18
  106:8,14
  121:22
  129:25

press   4:18
  82:10,20
  83:7,19
  84:8,10,20
  85:9,14,
  17,20
  86:1,7

prettily
  161:15

pretty
  166:13
  211:15

previous
  85:14
  125:20
  147:7

previously
  39:5 40:3

pride   202:6
  204:19,22

primarily
  64:5
  124:20

primary   34:8
  155:8
  187:25

print   161:15

printed
  195:20

printout
  5:16,19
  161:11

prior   38:11
  86:8
  210:13
  212:7

private
  169:23

privilege
  8:8

proactive
  41:2 131:4
  176:20
  187:22
  188:10

proactively
  187:19

problems
  135:15
  146:14

proceed
  180:8

proceedings
  196:10

process
  30:15
  34:12,14
  51:13
  52:16  56:8
  57:3,8
  86:1  87:21
  90:15
  139:15,17
  147:20
  159:3,23
  160:20,23
  162:25
  164:24
  178:4
  179:2,3
  180:10,13,
  14  189:10,
  19  190:12
  227:13,22,
  23  229:20

produced
  107:2
  109:20

profession
  68:8,9

professional
  28:6  47:17

professionals
  113:13

proficiency
  25:20
  28:18  30:3
  32:10  37:2
  205:9

proficient

  205:15

program
  11:23
  23:7,8,19,
  23  37:20
  68:24
  69:1,23
  75:2,15
  77:9  79:5
  87:25
  88:21,24
  89:2,4
  176:11
  199:6,7,13
  200:9,17
  202:14

programs
  87:17
  154:19
  175:6,7,13
  205:10

project
  31:14
  34:20,22,
  24  55:12
  138:12
  152:4
  162:16
  166:11

projects
  21:12,15
  153:17
  176:20

prominent
  186:6

promise

  224:11

promote
  172:15

Prong  149:22

proper  218:7

properties
  68:10

property
  120:21
  128:20

proportional
  183:9

proportionally
  183:3

proposal
  42:8

proposed
  40:10
  110:8
  111:9,22
  114:9
  115:2,15
  134:21
  143:9
  165:1

proposes
  187:5

pros  57:14

Prosperity
  117:5,14

proven
  124:21

provide

  24:18
  29:10
  32:12
  56:11
  57:14  58:2
  60:25
  62:13,23
  63:1  69:4,
  7,9  73:24
  74:5  86:11
  88:14
  89:7,8,10
  99:12
  100:16
  105:21
  132:17
  151:4
  152:10
  157:21
  160:21
  163:25
  164:4
  188:19
  199:16
  200:12
  205:17
  208:7
  214:4
  223:9

provided
  24:9  26:3
  32:15
  75:20
  77:8,10
  78:14  88:9
  105:11
  134:20
  137:18

138:16,19
145:22
146:8
157:12
169:3,19
179:2,14
185:10
188:2,16
203:5
206:17
209:2
210:9
226:14
227:6

**providing**
11:18,24
23:21
34:18
47:12
60:24 65:7
66:25
67:10
70:25
73:15,20
74:2,17
76:22 90:9
94:24
99:19
139:5
166:24
172:6
188:5
227:6

**provisional**
135:25
136:7,24

**provisionate**

135:21

**public** 11:22
19:1 20:7
23:18
24:18
29:8,16,20
37:20 39:2
51:10,12,
23 55:2,
23,24
56:2,5
60:8 62:1
66:7 68:8,
25 69:6
75:7 77:8,
9 84:11
86:11
88:15
89:2,10
90:11
93:15
104:5
105:22
113:13
119:5
134:5,12
139:15
159:9
163:24
166:11,25
167:17
173:9,16
186:8
194:9
198:24
199:8,14,
17 200:15,
18 201:2,4

202:9
205:5
206:4,7
212:11
214:1,3

**publicized**
136:23

**published**
84:12,21
85:18
179:6

**pure** 123:24

**purely**
120:16
128:7
135:8

**purpose**
41:23
161:19
162:3
218:3

**Purpose/
mission**
128:23

**purposes**
14:23
201:4

**purview**
172:4

**pushback**
166:13
181:9
214:20

**put** 8:18
66:5 83:10

106:3
119:17
133:15
136:6,14
138:7,12
139:1
151:5
158:4
162:14
167:10
170:9
178:4,17
180:1,10
184:8

**putting** 68:9
138:5
167:1
178:15
179:4,15

**pyramid**
70:22,24

————————

**Q**

————————

**qualifications**
94:20

**qualified**
93:19,24
95:10,12,
13 96:20
97:22,24
135:18

**qualify** 24:4
95:25

**quarter**
24:10

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                Index: Queen..read

Queen  156:22

question
  8:7,22
  12:10,12
  13:14
  50:25 51:4
  52:22
  57:12
  67:6,12
  92:19
  116:25
  127:7
  128:2
  133:12
  139:18
  140:3,12
  144:17,19
  145:2,17
  150:9,23
  151:23
  153:1
  154:2
  163:12
  172:24
  174:23
  193:4
  208:20
  209:19
  221:25
  222:5,21
  223:1,3,5,
  25

questioning
  53:14

questions
  7:20 8:5
  9:7,12

  10:15 15:6
  38:21
  49:21
  100:24
  133:13
  138:17
  139:5,6
  140:5
  152:10
  153:19
  154:18
  166:8
  167:8
  168:11
  169:21
  171:25
  172:5,19
  174:1
  175:3
  199:3
  218:22,24
  219:2
  224:7
  225:21
  230:1,5

quote/unquote
  178:11
  192:25

_____

R

R-O-S-A  7:12

race  148:13
  177:3
  183:1
  200:23
  201:15

races
  148:11,12

racial  70:1,
  3,4 148:8,
  20 149:11
  212:2

radio  206:11
  211:5,12

raid  51:22
  196:20,21,
  22

raids  196:4,
  5,17

railroad
  131:17

raise  223:5

raised  51:22
  53:20
  215:5
  221:18
  222:7,9,14
  223:17

raising
  223:2

Ralph  3:16
  6:22

ramp  64:2

ran  116:18
  122:1

random  59:14

range  15:5
  26:23
  28:13 30:2

  199:22

rate  194:11

rates  70:5

re-ask
  209:23

re-elected
  229:12

re-election
  72:21

reach  61:6
  91:6
  100:19
  167:13
  207:2
  224:21

reached
  91:14,17
  228:6

reaches
  47:22

reaching
  93:6

reaction
  78:3 79:16

read  13:15
  85:6,8
  86:7,8,18,
  20 89:15,
  16 93:16
  111:2
  118:15
  147:17
  148:15
  149:2,19,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023          Index: ready..record

24 182:3
183:23
189:12

ready  34:19
98:12,13
101:23
106:23

reality
77:6,12
78:12

reason  9:10
14:24
115:1
179:9
194:25

reasons
114:11

rec  36:12

recall  11:5
76:4 78:2
80:16
85:16,19
87:20,22
88:2 98:10
102:4,7,20
108:25
121:3
134:3,5,
17,18
140:4,8,11
141:19
142:22
144:13
153:6
176:3,5
187:2

199:5
200:4
217:6
218:1
220:17

recalled
141:24

recap  103:5

receive
26:19
85:11
100:23
124:4
211:12
230:11

received
76:18
107:15
144:15
160:15,22
166:6,12
227:3

receiving
141:19
142:22
210:23

recent  21:10
32:20
108:10
123:3
227:2

recently
28:1

receptive
126:25

recess  49:16
98:25
144:3
198:19
216:5
221:11

recipients
94:22
164:21

recognize
9:21 10:4
83:17
109:11
145:15
161:17

recollect
150:21
153:1

recollection
92:9 96:5
107:10
108:23
121:24
150:17,19
152:17
174:12,18,
22 222:10
223:2,6

recommendation
57:15,18,
19,21,24
58:2,4,7
66:1
123:10
155:24
159:12,14,

22,25
160:20
163:4
165:12
184:7,8
187:13
189:8,17,
20 208:10

recommendation
s  134:23
160:6
174:9
183:15

recommended
160:18
165:6
168:22

recommending
123:8

reconstruct
132:2

reconstructed
69:19

reconstruction
55:12

record  7:9,
21 8:2,6
49:12,15,
19 82:8
98:18,20,
24 99:2
109:13
143:22
144:2,5
198:15,18,
22 209:19

210:4,21
216:8
217:16
221:7,10,
13,16
230:3,7,19
231:23

recording
140:14

recruit
172:20,25

recruiting
171:25
172:9

recruitment
35:25
211:4

recurring
60:3
158:18

redirect
218:8

redistricting
147:12
189:10
190:1,8,12

redo    209:21

redone    132:3

redrawn
147:25

reference
189:22

referenced
4:15  5:4

87:2
145:20

referred
93:25
227:15

referring
40:7  54:1
114:14
120:5,9
123:6
124:25
142:2
187:6

reflect
148:1

reflected
182:22
183:6

reflective
194:7

reflects
182:6,16
183:2
184:12

reform    41:5
124:12
165:1
195:2
225:5

refugee
28:12  31:3
70:13
73:15
116:10
126:16

133:2
137:20
155:16
175:2,13
194:17

refugees
32:21  71:5
137:19
163:20
179:1

register
63:12,17

registered
64:24
183:19
184:20

registering
65:11

registration
63:16
64:20  65:8
74:8,24
183:18
184:15
191:10

regular    25:5
153:6

regularly
64:21,22
65:1

rehash    205:1

reiterate
85:12

related

11:18
12:11
13:6,11,22
15:6,13,24
16:2  21:19
28:11
34:24  36:1
39:14
40:2,11
41:1,11
44:19  46:6
49:24  51:7
52:2  60:20
61:8  72:17
99:18
102:19
103:25
153:21
155:15
156:3
161:21
162:7
163:11
165:1,19
173:18,19
174:2
175:5
187:20,23
193:3
194:9
196:9
197:3
201:10
205:10
206:25
219:6
225:5

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

relates
 57:11
 157:10

relation
 155:11

Relations
 5:17,20
 13:4 37:25
 154:22
 155:22
 156:6
 161:12,20
 165:5
 168:19
 179:21,22,
 25 191:1,
 25 192:6,
 10 208:4
 226:6

relationship
 197:21
 198:2

relationships
 32:24
 126:17
 205:24

release 4:18
 82:10,20
 83:8,19
 84:8,10,25
 85:15,17,
 20 86:2,7

released
 84:14

releases
 84:20

relegate
 115:5
 121:10,13

relevant
 124:5

reliable
 203:24

relied
 203:24

relies 32:6

relocation
 13:23

remain 39:24
 67:25
 92:14
 94:12 97:6

remained
 22:18

remaining
 74:4

remediate
 76:21

remember
 11:20
 12:7,20
 14:3 22:21
 23:11,12
 34:6 35:17
 44:15
 76:2,8,9,
 10 79:9,
 11,16,22
 80:11,24
 81:6,9,15,

17,22
 82:17
 90:12
 91:9,11,
 13,18,25
 92:10 93:5
 94:16,19
 95:3,7
 96:11 98:6
 100:24
 102:8,22
 103:17
 104:15,16
 106:6,12,
 13 107:12
 109:3
 111:15
 112:7,11,
 19,23
 138:10
 140:18
 141:2,6
 144:25
 145:2
 148:23
 150:23
 156:11
 157:5
 163:23
 170:14
 174:1
 179:7,19
 193:20
 201:10
 212:3
 214:24
 217:10
 227:11

remembering
 64:1

reminded
 141:22

reminder
 100:12

reminding
 65:19

remove 40:19

removing
 40:22

rental 21:24

repeat
 116:25
 128:1
 221:24
 222:5

rephra-
 222:4

rephrase
 188:3

reply 142:20
 218:17

report 36:5,
 7,15
 56:10,16
 131:6,23,
 24 132:1,
 12 146:7,8
 176:23
 178:17
 200:23
 213:3,4,24

reporter
  6:11,14
  7:20
  193:12

represent
  106:24
  158:20
  161:11

representation
  183:9
  212:8

representative
  73:7 158:7
  160:3
  212:6

representative
s  39:25
  42:1,11
  46:13
  170:19
  182:21

Republican
  5:8 117:7
  118:23

Republicans
  116:8

request
  13:25
  101:4,6
  139:4
  158:14
  176:18
  224:1

requested
  12:19

requesting
  110:7
  170:14

requests
  167:5

require
  31:21
  176:13
  181:3

required
  27:19 30:5
  31:23

requirement
  95:18

requirements
  89:20
  95:17

requires
  213:21

research
  22:5 57:5,
  13 113:25
  129:10,13
  141:1,4
  144:20
  145:19
  146:1
  150:25
  151:13,20,
  25 152:13,
  23 157:12,
  21 221:20
  222:23
  223:8,18

researches

57:16

reserve
  230:13

resettlement
  137:20

reshared
  67:18

resident
  37:1
  47:12,13,
  18,22
  100:11
  101:8
  190:3
  200:10
  224:16

residents
  28:12 31:8
  32:2 60:16
  61:2 62:6,
  10 69:15
  74:18
  84:18
  90:21
  99:21
  100:24
  113:20
  115:18
  124:15
  125:4
  132:22
  171:23
  182:14
  201:8,10,
  13,17
  226:10

228:22
  229:22

resigned
  44:1

resolution
  5:6 110:8
  123:9
  124:11
  133:7,9,10
  134:2
  154:25
  155:23
  158:1
  159:5
  167:16
  192:14

resolved
  216:9

resource
  19:16
  21:25
  150:25
  151:2
  161:25

resources
  20:7 22:8
  131:7
  132:2

respect
  61:17
  68:10
  221:22
  223:22
  224:3

respected
  60:21

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023    Index: respectful..Rosa

respectful
  48:2 62:2
  74:6
  100:14
  106:1

respecting
  72:13 74:9

respond  53:7
  101:4
  191:24
  218:16

responded
  187:12

response
  56:12
  144:24
  194:11

responsibiliti
es  24:20
  157:9

responsibility
  80:24
  97:14
  100:19
  111:11
  120:19
  172:4
  181:19

responsible
  76:20

rest  149:14
  195:19

restricting
  189:19

result
  122:10,21
  180:20

resulting
  197:14

results
  107:4,9
  148:17

retain  14:22

retention
  35:25

retire  45:17

retired  45:3
  114:24
  155:5

retro  30:24

return  86:14

reversed
  222:11

review  40:17
  48:12
  170:11

reviewed
  220:25

reviewing
  61:7
  106:22
  160:5

rhetoric
  129:24

RHID  34:24

Rick  47:4
  119:17

RICO  3:20

ride  86:14
  203:24

ridership
  203:25

rides  23:22
  86:12,15,
  16,21
  88:15 89:8
  199:21

riding  202:9

Rights  149:6
  154:1,9,16

rising  86:9

risk  38:16

river  156:10
  157:4

Roberts  3:14
  6:9

role  13:2
  23:2
  28:15,20
  31:24
  33:20
  35:14,15,
  20  36:11
  37:8,13,17
  39:15
  43:3,21
  44:3,7
  60:21
  61:18,25
  64:8 69:8,
  10  72:13

74:1,10
  111:14
  114:21
  117:10
  155:9,10
  157:6
  189:22
  216:25

roles  23:1
  30:12
  31:20 43:3
  46:1 47:17
  58:13
  157:10

Roman  3:20
  181:24

room  129:14
  209:9

Rosa  4:3,19
  6:4 7:1,7,
  10 9:16
  49:20 82:1
  83:11 99:3
  101:15
  106:16
  109:5
  118:4
  137:2
  141:10
  142:12
  144:6,8
  145:11
  161:7
  177:12
  186:19
  195:15
  198:23

217:19
224:14
230:10

**rough** 151:6
232:1

**roughly**
22:19,20

**route** 23:21
24:10,13

**routes** 89:3

**Rs** 115:20
121:19

**rule** 51:24
173:20

**rules** 7:19
10:13
58:20
59:9,18,24

**run** 39:7
50:8
74:15,23
75:14
76:20
116:24
117:2
119:14
122:2
125:17
146:15
194:15

**running** 23:6
54:3 65:6
73:12
120:13
124:16

186:18

**runs** 61:23

**rural** 126:6

**résumé** 22:23
37:12

———————

**S**

———————

**S-C-H-I-E-F-E-R-E-C-K-E**
137:14

**S-C-O-G-G-I-N-S** 142:19

**S-H-I** 137:13

**S-U-Z-I**
118:17

**sake** 7:24
53:8
188:12

**SALAANHA**
3:19

**sales** 130:16

**Salinas**
119:1

**satisfaction**
31:7

**satisfy**
147:21

**save** 219:5
227:22

**SB171** 128:9

**scary** 193:15

**scenario**
70:16
200:6

**schedule**
30:20
171:2

**Schieferecke**
137:11,12,
15,16
139:1
178:3
181:16,20
193:19

**scholarship**
178:12
179:19,20
180:9
227:1,10

**school** 17:10
18:5,6
19:14
21:11
27:25 93:7
110:24
120:22
138:24
146:14
158:9
173:10
191:10
199:20

**schools** 93:4
173:9

**science**
18:15,21

**Scoggins**
12:11
140:18
142:19
143:2
144:17,20
145:3,18
153:2,5
220:5
221:18
222:7,14,
21 223:2,
17,25

**score** 28:5

**screen**
159:11

**scrutiny**
147:23

**season**
105:13
193:24

**seat** 158:25

**second-language**
142:11

**secretary**
111:23
113:24
128:11
189:1

**section**
51:23
63:25 89:9
110:18
147:11

149:5
173:13
181:24
200:13

sections
169:6

sectors
182:4,16

seek  79:3
226:22

seeking
15:24
72:21

selected
159:2,8

selection
172:15,17

selects
159:19

senate
110:21,23
112:12

senators
46:13

send  25:14
61:13
231:14,17

sending
65:18 86:3
119:11
136:21

sense  20:23
56:15
91:1,4

100:18
111:16
115:18
130:3
151:15
158:6
172:5
192:25
196:8
201:18
211:11

sensitive
41:4

sentence
96:17
123:7
146:12

separate
11:10
39:21
40:13
43:11,12
48:14
82:11

separated
75:6,12

separately
75:9

September
226:3

servant
113:13

serve  25:6,
11 29:12
35:15

39:20
84:16
90:16
96:22
158:13,16
173:4
202:23

served  23:12
29:13
37:4,13
38:1 44:7
114:19
150:25

service
23:19,21,
24 24:1,4,
9,13,15
25:7 26:3,
4 32:14,
15,25 61:1
68:9
114:25
119:5
174:2
186:3
200:13

services
13:9 19:11
24:18
26:15
41:17,22
63:3,5
79:4 89:13
105:15,18
164:1,5,6,
9 168:10
170:16,18,

21 171:6,
11,15,18
174:1
175:9,12
194:9
195:2
203:5
205:5,6
207:6
212:19
225:6
226:17,21

serving
31:2,7
116:8
140:19
159:10
172:5

session
39:23 69:7
75:12
111:8
154:5
167:11

sessions
69:2
162:11
163:15,22
165:1

set  63:11
125:19
169:25
211:10

sets  160:1

setting  12:2
129:19

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

210:15,17

settings
 206:16

shaking  7:23

shape  81:12

share  62:6,
 21 66:2,6,
 8,22
 162:23
 181:18
 187:14,23
 188:20,22

shared
 105:7,11
 166:4
 180:20
 188:20
 189:2
 191:5

sharing
 65:23
 100:10
 188:24

SHEET  4:7

shift  60:11
 71:9
 129:17
 167:24

shifts  148:2

shooting
 156:8,17,
 18,19
 157:3

short  198:6,

12

shots  157:3

show  52:10
 82:3 83:13
 101:11
 106:18
 109:7
 118:6
 137:4
 141:8,20
 142:14
 144:9
 145:9
 177:10
 186:21
 195:13
 214:7,8
 217:17

showed  10:14
 26:7

showing
 9:15,19
 158:21,24
 197:4

shows  145:4
 189:15
 194:14
 214:6

sic  59:1
 103:25

SIEFKIN  3:5

sign  68:9
 84:18
 119:18

signage

119:25
 120:12

SIGNATURE
 4:8

similar
 12:6,7,25
 119:2
 226:23

simplified
 62:20

single  72:24
 109:20
 229:10

single-member
 147:19

site  78:20
 81:5,8
 86:13
 88:18
 90:16
 92:14
 199:9

sites  89:22
 90:8 93:3
 97:24
 204:10

situated
 229:19

situation
 55:14
 56:23
 75:10
 90:19
 104:3

situations
 52:18

SKC  40:6
 46:23
 48:13

skill  31:5,
 21 32:4,
 22,23
 33:16 37:1
 95:20
 172:2,12

skills  24:25
 160:1
 205:14
 208:2
 212:19
 214:15

slack  188:12

slate  5:8
 116:24
 117:2,7
 118:24
 119:7,14

slated  55:12

slates  119:2

sleep  9:14

Slight  130:9

slightly
 38:9

slim  40:23

small  47:16
 68:11
 226:15

smaller
 46:18

Smoll   47:4
 85:1
 119:16

Snapp   178:3
 181:16

soccer
 21:22,23

social   29:11
 60:10
 65:22,24
 66:3  75:22
 79:10
 84:15
 206:5,9
 211:1,12,
 18

solely
 111:19
 129:14

solicit
 213:25

solicited
 152:16

solution
 195:3

solutions
 28:3 32:15
 55:14
 205:19
 214:17

Sonni   6:18

sort   24:5

43:10
51:23 52:5
57:11,20
62:2,4
66:17
69:5,7,10
70:21 71:6
73:20,24
75:5,10,12
78:21
79:17 80:5
81:22
84:17 88:5
134:5
135:24
138:11
151:8
155:17
164:13
176:17
177:16
178:3,11
184:5,8
192:16
193:2
197:3,7
207:17
208:21

sorts   175:7
 218:19

Soto   74:20
 193:9
 229:9

sought   32:21
 44:18

sound
 215:20,23

216:2,10
217:9

sounds   38:4
 109:10
 142:11
 187:24
 188:17

South   131:14

Southwest
 37:22
 39:19
 40:5,14
 41:6,13,
 18,21
 46:16
 48:24
 112:23
 178:18
 194:15

Sowers   47:4
 119:17

space   7:11
 91:4

Spanish
 25:16
 27:11,15,
 24 29:10,
 24 30:7
 32:16 61:7
 62:19
 63:17
 65:15
 76:25
 82:21
 84:2,4
 172:7,8

204:24
206:15,22
207:19
208:8,14
209:3
210:9,23
211:6,18
214:14

Spanish-
speaking
 21:17
 68:25

speak   16:8,
 14 26:8
 27:16
 99:25
 103:15
 151:12
 205:6,15,
 25

speaker
 27:11

special
 21:12,15
 60:6 161:5

specific
 8:21 23:16
 43:2 120:5
 126:3
 154:19
 156:4
 163:2,5,9
 181:1
 201:3

specifically
 17:20

99:22
104:13
112:24
155:10
167:7
168:24
172:14
184:19
186:4
190:10
191:7

**speculate**
27:8 73:2
81:9
132:18
142:10

**speculating**
33:15 80:6
212:23

**speculation**
70:7 72:3
98:2
103:14
151:10
204:12

**speeding**
177:6

**spell**  7:8

**spending**
213:14

**spent**  27:15,
16 191:6

**spoke**  25:2

**spoken**  215:4
225:18,22

**spouse**  98:5

**spouses**
59:8,13

**spread**  33:13
63:21
67:15

**spring**
179:7,9

**squirrels**
211:14

**staff**  24:17
37:25 39:7
46:11 48:1
52:2,21
53:11
54:19
55:4,16,19
56:1,9,10
57:4,13,
15,16 58:6
76:15,22
77:16
87:5,6,8,
9,10
93:17,20
94:5,7,8,
11 95:10,
12,13,15
97:25
105:12
114:9,13
115:2
123:8,9,11
131:25
139:22
152:4

153:5
155:2,12
157:7,11,
14 159:11,
14,22
160:5,7,8
162:22
168:21
169:19
176:24,25
177:1
178:1
179:3
181:14,15
185:10,15
191:12
192:5
193:10
223:8
226:7

**staff's**
123:9
159:25

**staffed**  13:4
37:22,24
155:6
192:15,19
199:11

**staffing**
190:25

**stages**  88:25

**stamped**  4:24
82:9 83:14
101:18
106:20
137:9

141:12
142:16
144:10
145:13
177:17
181:22
186:22
217:21

**stance**  103:3

**stand**  127:20

**standard**
218:4,18

**standpoint**
78:18

**star**  34:21,
24 182:1
183:25
189:14

**start**  9:18
19:7,24
30:22
45:20
51:15
199:5
211:19
219:22

**started**
19:8,10,17
20:11,15
27:2,6,23
37:10
40:24
41:18
45:23
155:19

202:15
211:22
212:9

**starting**
85:3

**state**  7:8
17:14,15
18:16,23
19:10
34:16
39:14
40:1,10
41:13
71:21
74:7,9
76:17 86:9
89:5,6
108:17,22
109:1
111:1,10,
23 113:24
115:12,16
121:13
122:20
123:4,20
128:11,13
135:9,12
148:1,25
189:1
202:20

**state's**
189:1

**stated**  85:12

**statement**
58:3

**statements**

34:19

**states**  41:17
77:2 148:7

**statistics**
148:6
200:22

**statue**  59:1,
4,23 74:9
108:11,22
110:9
111:22
135:8,12

**statues**  74:7

**Statutes**
147:11

**stay**  62:3

**stem-**  156:12

**stemmed**
156:12

**stenographer**
10:24 20:4
29:17
34:23
43:17
45:5,8,11,
14 63:4
67:1,5
70:23
91:21
98:8,21
99:8 112:9
150:5
182:13
193:13
198:11

209:18,24
210:2
214:9,11
215:21,22
230:20
231:3,7,
11,18,24
232:5,8,12

**step**  38:20

**steps**  72:9
75:16 76:2
139:16

**Steve**  193:10

**stood**  42:3

**store**  71:15

**stories**
119:16
226:12

**story**  77:14

**strategic**
10:22,25
12:4,23,25
63:23
68:16
72:15
75:19
162:17
164:17
166:3,7,19
169:6
173:13,24
174:5,9,
10,16,17
175:22,24
176:20

177:18
178:7,15
179:5,12,
17 180:2,
11,13,16,
23,25
181:3
189:3
227:5

**street**
54:14,15
55:13
69:19
120:12,19
124:16
130:9,24
131:6,13,
17,25
132:3
213:24

**streets**
54:14
123:23
125:8
126:23
130:6,12,
16,20,23
131:2,22,
23 213:19

**streets'**
213:23

**strictly**
213:7

**strike**  72:8
218:14

**structure**

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023      Index: structured..talking

127:14
158:2,4

structured
158:6

struggles
229:9

stuff  65:8

Subject  4:22
102:2

submitted
34:16
85:3,8

subpoena
4:16 10:6,
7

success
123:2

successful
191:9

Sudan  163:24

suffice
167:1

sufficient
128:18

suggest
67:20
179:16
204:15

suggested
180:3
200:6

suggestion
52:2 90:21

Suite  3:7

summary
154:23

summer  19:13
199:18,23

support
72:22
229:11

supported
112:25
207:16
208:11
225:7

supportive
166:14
208:11
225:7

supports
207:23

supposed
113:19
214:3
218:9

Supreme
149:7

surprised
203:9

surprising
202:22

survey
189:10
190:4,15
201:12

Suzi  118:17

swear  6:15

switch
127:22
128:4

switched
108:14,19

switching
127:24

sworn  7:2,16

system  60:8,
9 105:22
124:13
203:1

─────────

T

─────────

T-I-E-B-E-N
45:13

table  71:1
184:25

tables
184:25

takes  126:17

taking  7:20
19:14
102:15
158:25

talk  7:25
8:1 13:5
15:8,21
28:9 41:9
42:2 50:2
53:1 59:9

60:12
69:12
72:19
82:14
120:18
134:23
170:1
190:17
197:12
204:24
209:4
216:15
217:5,11,
12

talked
15:12,16,
18 16:17
41:3 43:24
48:19
68:21 80:4
86:16
97:25
100:9
102:25
123:16
145:21
154:21
175:8
198:24
204:25
206:2
209:20
215:6

talking
13:15
16:12 20:1
50:10

53:17
54:2,4,25
56:4 59:20
95:15
102:15
123:18,19,
22,23
124:14
126:25
167:22
170:24
177:20
187:22,24
199:24
202:4
206:11
208:16,18
209:6
210:17
211:9
212:4
214:18
215:13
216:11

**talks** 175:23

**Tara** 3:11
6:20 10:13

**target** 164:7

**targeted**
196:17

**targeting**
104:7

**tasked** 111:7
141:1

**taste** 188:9

**tax** 130:16

**taxes** 120:21

**taxi** 203:5

**taxpayers**
128:20

**Taylor** 119:1

**teacher**
27:25

**team** 178:2

**teberline@
foulston.com**
3:10

**tech** 190:6

**technical**
179:2
216:10

**telephone**
26:4

**temporary**
24:4
193:23

**ten** 11:14
27:16
30:2,9,10
147:25
194:9
230:24

**term** 62:3
66:11
72:21
160:24

**terms** 16:24,
25 26:6

33:14 39:9
60:2 63:21
64:8 73:10
74:12
80:21
111:18
117:18
158:13
207:4
229:1

**territory**
190:3

**test** 22:24
28:5,19
30:19,20
149:8

**tested** 25:3
30:22

**testified**
7:4

**testify** 10:6

**testimony**
4:16 7:16,
21 40:9
134:20
136:13
146:3
152:2

**testing**
22:14
27:18,21
45:18

**Texas** 17:9
196:6

**That'd**

143:23

**thin** 33:13

**thing** 53:5
78:9 163:2

**things** 63:1
136:18
154:21
162:20
165:4,10
166:17,21
167:4
170:1
171:13,17
175:8,11
181:1
195:19
221:21
223:15
225:22

**thinking**
53:22
134:22
182:25

**third-party**
131:24
213:23

**third-to-the-
last** 146:9

**Thornburg**
149:8

**thoroughfares**
131:2

**thought**
13:14
14:25 15:5

44:24
66:19,21
121:15
135:8
154:17
222:8

thread   11:16

threads
  11:16

threat
  141:22

three-ring
  11:12

threshold
  25:20

thrown   154:4

tickets
  177:6,7

Tieben   4:20
  15:17,21
  16:8 45:3,
  7,13,16,23
  102:1
  112:1,15
  114:16
  123:12
  141:18
  142:1,7,
  20,24
  153:15
  223:4

Tieben's
  142:20

tied   31:13

80:21
160:17

time   6:7
  7:14 8:1,2
  9:22,24
  10:2,21
  11:16
  12:11 18:3
  19:12
  21:16
  23:1,8
  26:2 30:14
  31:9 32:18
  34:21
  35:8,12
  43:6 45:22
  49:14,18
  53:7 54:12
  59:10,25
  60:3,4,6,
  21 61:16
  62:17
  65:20 68:3
  77:16,23
  87:24 95:5
  97:7 98:23
  99:1 107:5
  110:10
  111:25
  112:4,13
  113:9
  115:17
  117:21
  119:21
  120:5
  126:17
  128:9
  130:18

132:7
133:15
140:15,17,
25 143:4
144:1
153:25
155:2,25
156:21
158:9
160:13
177:1
185:16,18
198:17,21
199:22
207:2
208:12
209:20
212:1
214:21,25
216:6
219:19
221:9,15
222:9
224:7
225:8
228:13
230:5

timeframe
  30:22

times   28:24
  29:22 30:8
  31:13,16
  48:17 58:1
  207:14,16,
  24

timing   89:19

tiny   118:13

title   19:25
  20:21 23:2
  25:21,25
  32:9 34:4
  35:14 37:7
  38:6 42:23
  205:9

titled   5:7,
  13 147:11

titles   42:18

today   7:19
  9:3,6
  10:2,8,11
  22:24 76:1
  198:24
  219:11
  221:21

today's   6:6
  8:20 16:23
  230:12

told   79:9

tonight
  231:1

tool   41:25

tools   152:9

toot   30:3
  211:21

top   25:5
  28:13
  128:10

top-heavy
  120:22

Topeka  12:22
 44:19
 70:15
 73:10
 102:12
 216:24
 228:8

topic  66:2,9
 120:19,23
 153:9
 165:14

topics  12:6,
 7,24 13:6
 48:10
 120:15
 170:12
 225:6

touched  51:9

tough  127:7

town  47:16
 48:10
 76:11,17
 78:7
 131:1,9
 133:4
 200:10,14

track  153:21
 200:22
 201:7

tracks  190:8
 191:18

traditional
 211:10,11

trained
 93:20

95:10

training
 32:11
 35:25
 94:10
 95:21 97:2
 103:1
 138:1

transcript
 230:12

transcript-
wise  230:21

transferred
 195:11

transition
 12:21
 168:8
 219:23

translate
 25:16
 29:3,23
 31:10,18
 75:11 83:7
 205:25
 206:17
 209:16

translated
 21:24 61:3
 82:23,24
 84:5
 206:15,19,
 21,24
 207:8,13
 208:20,23,
 24 209:7,
 10,14

211:25

translating
 25:13 29:4
 33:6,7

translation
 29:14 30:4
 31:1 32:7,
 12 69:24
 75:9,21
 99:20
 105:15
 184:25
 186:12
 207:3
 212:19

translator
 25:6,11

translators
 33:5,12,18

transportation
 11:19,22,
 24 13:22
 20:7 23:6,
 15,17,18
 24:18
 25:23,24
 37:20
 39:2,16
 60:24
 64:25
 76:22
 77:2,4,8,
 9,10
 78:14,15
 79:3,4
 86:11

87:3,15,25
 88:9,15,
 21,24 89:2
 99:12,20
 105:21,22
 123:23
 173:22
 174:4
 186:14
 198:25
 199:8,17,
 20,25
 200:3,7,17
 201:3,4,
 11,14,19
 202:10,13,
 25 203:10
 211:4

Treasurer
 118:21

treat  226:11

trip  41:19
 46:14,17,
 23

trips  16:18
 46:5,20
 47:1,5
 48:22
 225:4

Trump  193:3
 197:14

trust  126:16
 167:19
 193:1
 197:24
 198:1

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023          Index: truth..University

| | | | |
|---|---|---|---|
| truth 7:3,4 | 96:25 | 159:6,16 | 81:19 |
| 9:3 | 114:6 | 161:14 | 96:21 |
| | 120:12 | 171:19 | 113:13 |
| truthfully | 138:6 | 181:23 | 135:21 |
| 9:12 | 151:4,5 | 182:2 | 136:5 |
| turn 128:22 | 152:3 | 183:16,24 | 142:7 |
| 181:21 | | 184:24 | 152:19 |
| 229:7 | | 187:11 | 162:3 |
| | U | 189:5,7,13 | |
| turning | | 195:21 | understanding |
| 115:1 | UFCW 164:23 | 197:16 | 70:9 94:4 |
| 133:6 | UFCW2 184:1, | 200:11 | 108:13,21 |
| 226:16,25 | 13 | 220:3,7 | 117:17 |
| | | 222:6 | 135:3 |
| turnout | uh-huh 7:23 | | 145:25 |
| 68:14,17 | 33:11 37:6 | umbrella | 155:21 |
| 70:2 71:25 | 39:1 42:22 | 50:8 | 163:12,13 |
| 72:1,10 | 43:14 47:6 | | 210:12 |
| 75:17 | 68:3 77:19 | unaware | |
| 124:21 | 80:15 | 99:14 | understood |
| 125:9,19 | 81:25 84:1 | 146:6 | 151:24 |
| 126:2 | 85:5 86:17 | | |
| 127:4 | 88:12,16, | unbiased | undertaken |
| 128:24 | 19 101:19 | 131:24 | 100:7 |
| 129:1,7 | 107:3,21 | uncalled | underway |
| 132:9,13 | 108:8 | 77:15 | 89:21 |
| | 110:13,17, | | |
| TV 211:12 | 20 114:12 | uncomfortable | undocumented |
| | 116:11 | 216:19 | 195:3,10 |
| type 53:16 | 118:14,18, | | |
| 149:14 | 20,22 | undergrad | uneasy 103:2 |
| 170:18 | 121:7 | 17:13 | |
| 207:6 | 139:10,23 | 18:20 | unified |
| | 143:13 | | 39:20 |
| typically | 146:11,17 | underlying | |
| 46:22 | 147:9,13, | 113:22 | union 164:22 |
| 47:21 | 15 148:4, | | 227:12 |
| 51:20,23 | 16 149:20 | underrepresent | |
| 54:18 | 151:19 | ed 104:23 | United 41:17 |
| 56:14 | | | 148:7 |
| 64:18 73:9 | | understand | |
| 94:10,13 | | 8:9,11,14 | University |
| | | 9:2 51:19 | 17:14 |

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023        Index: unnecessary..voter

18:17
19:10

unnecessary
114:10
115:3
218:22,23
219:2

unpack  21:5

unsure  66:11

update  46:11
134:15,17
153:17

updated
192:6

updates
134:11

uphill  73:3

uploaded
206:17

upwards
23:21

USCIS  63:3,5
164:9
170:16,19,
21  171:10,
18  225:6

usual  110:2

utilities
63:16
212:17

utility
26:16

utilize  31:6

93:11
188:25
213:23

utilized
84:23
185:18
206:9
207:5

utilizes
131:25
132:1
200:25

_____

V

_____

vacation
94:12  97:7

vague  53:15
141:2

vaguely
12:21
79:11,16
81:21
87:22
91:25
92:10
103:17
107:7

Values  182:1

vans  77:8

variety
124:19

vast  76:16
78:6  115:7

VEDOCK  3:18

vehicle
78:14
201:7
202:6
203:11
204:1,2,
20,22

vehicles
77:2
204:18

version  61:7
83:25
84:2,4,7
208:15

versions
211:18

versus  6:5
50:21
52:14
77:13
149:8

VI  25:21,25
32:9  205:9

video  76:11
79:10

view  73:23

violation
154:14

Visit  228:6

visited
180:7

vital
194:15,24

vividly
170:14

voice  39:20
76:19 81:2

voluntary
213:6,7

volunteer
95:23 97:6
157:17

volunteering
164:13

volunteers
93:24
96:20
97:22,24
189:24

vote  60:13
61:15
63:13,18
64:24
65:19,21
67:20,21
70:5
135:15,22
160:17
183:18,22
184:17
229:7

voter  11:19
60:20 61:8
62:23
63:15
64:3,20
65:8,11
68:13,17
70:2 71:25

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023                Index: voter's..week

72:10,18
73:25
74:4,8,24
75:17
99:16
103:25
125:9,19,
23 126:1,2
127:4
128:24
129:1,6
132:9,13
183:17
184:15,25
200:3
202:2
207:1

voter's
86:12
88:17
199:9

voters  51:1
65:11
72:22
76:23
86:22
104:23
149:4,10
183:19,21
184:20
200:20
204:8,9
229:6

votes  107:16
149:13,15
160:18
229:3

voting  11:25
13:22
60:19,24
62:7 86:24
87:3,15
88:4,7
89:14,21
100:7
101:1
102:19,24
105:13
115:23
146:15
149:4,5
153:21
154:1,8,16
175:19
176:1
183:20
186:5
198:25
199:25
201:4
215:5

W

wait  67:1
92:18
151:22

waiting
177:15

Waknin  6:18
215:24
230:24
231:5,9,
16,20

232:3

walk  19:4
51:13 79:3
105:24

walking
76:11

wanted  26:2
29:12
30:18
41:1,9,21
42:2 61:17
63:17
92:12
104:2
121:17
122:8
127:5
138:14
140:2
158:2,7,16
159:1
164:10
166:9
168:15
169:7,16
171:13
184:5
192:21
194:5,6
200:2
204:6
225:21
226:2

wanting
128:12
129:17

wards  141:25
142:8
144:19
222:20

warrants
196:9

Warshaw  47:3
193:19

Washington
46:7 225:4

water  122:5
199:21
212:11

ways  47:7
160:10
205:11
206:3
228:1

website
5:18,21
161:13,16,
19 187:9
195:20
206:10,15,
16,18
211:3

Wednesdays
199:15

weeds  15:14
39:8 44:2

week  30:8
45:25
93:20
95:10
226:3

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Ernestor de la Rosa on 06/20/2023    Index: weekend..working

weekend  15:4

weekends
  174:2

weekly
  134:12,20

welcomed
  207:15,20
  225:2

welcomes
  207:23
  228:10

welcoming
  10:22 11:1
  12:5 13:6,
  24 28:9,11
  63:24
  68:16
  75:20
  139:25
  155:19,20
  162:17
  164:17
  166:2
  169:5
  173:13
  177:19
  178:9,13,
  14,22,23,
  25 179:13,
  16,18
  185:9
  224:15,20,
  23,25
  225:25
  226:1,3
  227:4,5

  228:1,4

well-connected
  167:19

well-informed
  182:8,11

well-trained
  207:19

Western  46:8
  71:7

whatnot
  81:24

whatsoever
  53:18

white  148:8
  156:9
  228:15

Whitney
  193:12,14

whomever
  177:1
  225:8

whoop  177:5

Wichita
  17:14,15
  18:23 63:6
  170:24
  171:1

withstand
  147:22

wondering
  38:15

wonky  75:10

word  57:5
  63:22
  142:10

words  127:19
  150:16
  151:2

wore  13:3
  19:19,25
  33:25 35:5
  36:23

work  15:6
  17:16
  21:15 29:8
  39:17 40:4
  42:11
  44:21 46:2
  61:16
  71:2,11,
  13,14 90:7
  91:3 93:20
  95:10,19
  100:16
  126:14
  135:18
  137:16
  139:25
  155:19
  157:16
  158:23
  163:10
  171:2,7,8,
  16 190:21
  191:23
  192:18,24
  193:5
  197:5
  207:24

  219:8
  224:17,22

work-around
  188:18

work-related
  16:19

work-type
  167:25

workdays
  171:8

worked  28:10
  40:1 44:25
  47:8 48:18
  78:24
  94:17
  95:15
  96:3,7
  99:10
  142:3
  228:14

worker  96:2
  97:13
  135:19

workers
  93:19
  94:18,25
  95:24
  96:4,23
  97:6

workforce
  173:3

working  19:7
  27:4 58:13
  83:3 86:1
  94:23

97:13
129:9
132:8
153:12
197:23
203:13
208:3,5
229:15

**works**  55:3,
23,24
56:2,5
203:23
212:11

**workshops**
162:11
163:16

**workweek**
29:22

**worse**
130:12,21
131:3,22

**Wright**
156:20,24

**write**  40:9
111:4,6,24
133:10
144:23

**writes**
218:15

**writing**
112:2
127:10
181:10,19

**written**
27:22

146:21
147:4
150:1,14
189:20

**wrote**  102:7
127:20
144:18
146:1
150:1
151:20
152:12,13,
19

---

**Y**

---

**yards**  36:4

**year**  11:20
23:14,22
33:24
34:5,6,13
35:16
41:20
44:10
46:14  47:2
75:5 94:11
108:6,14
134:8,16
138:9
140:19
168:8
201:21,23,
24 202:14,
17 222:10

**year-round**
74:13

**years**  17:9
27:16

32:21
35:17 52:3
70:11 88:6
96:10
106:4,8,11
107:8,22,
23 108:3,
10,15,20
109:2
110:25
112:7,10,
17 113:1
114:24
119:5
120:8
127:8,23,
25 128:5,
19 129:1,
6,11,21
134:7,25
135:1,4
141:23
142:4,6
147:25
151:14
162:16
165:3
194:9
203:13
209:16,17
212:7
222:11

**YMCA**  38:1

**young**  6:11
138:1
157:4

**youth**

199:19,22

---

**Z**

---

**Zoom**  3:15,
17,18,19,
20 6:23