**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Nannette Pogue on 07/27/2023**

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF KANSAS
 2

 3   MIGUEL COCA, ALEJANDRO         )
     RANGEL-LOPEZ,                  )
 4                                  )
              Plaintiffs,           )   Case No. 6:22-01274-EFM-RES
 5                                  )
              vs.                   )        ZOOM/VIDEO
 6                                  )   DEPOSITION OF:
     CITY OF DODGE CITY, a municipal)
 7   corporation, the DODGE CITY    )
     COMMISSION; E. KENT SMOLL, in  )      NANNETTE POGUE
 8   his official capacity as Mayor )
     of Dodge City; MICHAEL BURNS,  )
 9   in his official capacity as    )
     Vice-Mayor of Dodge City; RICK )
10   SOWERS, in his official        )
     capacity as a member of the    )
11   Dodge City Commission; CHUCK   )
     TAYLOR, in his official        )
12   capacity as a member of the    )
     Dodge City Commission, and     )
13   JOSEPH NUCI, in his official   )
     capacity as a member of the    )
14   Dodge City Commission,         )
                                    )
15            Defendants.           )

16

17                                 July 27, 2023,
                                   Commencing at 10:00 a.m.
18                                 Concluding at 12:34 p.m.

19

20                       A P P E A R A N C E S

21   For the UCLA VOTING RIGHTS PROJECT:

22            MS. SONNI WAKNIN
              3250 Public Affairs Building
23            Los Angeles, California  90065
              sonni@uclavrp.org
24            310.400.6019

25
```

EXHIBIT
**G**

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Nannette Pogue on 07/27/2023                                    Pages 2..5

Page 2

```
1
2    For the Defendants:
3         MS. SARAH E. STULA
          Foulston, Siefkin
4         7500 College Boulevard, #1400
          Overland Park, KS  66210-4041
5         sstula@foulston.com
          913.253-2149
6
7    For AMERICAN CIVIL LIBERTIES UNION OF KANSAS:
8         Ms. Sharon Brett
          P.O. Box 917
9         Mission, Kansas  66201
10   For Dodge City:
11        Mr. Nick Hernandez
12
13   Also present:
14        Cameron E.
          Alexa Salas
15        Caleb Hersh
          Brad Ralph
16
17   VIDEOGRAPHER:
18        Mr. Jack McKenzie
19
20
21
22
23             DORIS BURBY, RMR,
          HUSEBY GLOBAL LITIGATION
24             HUSEBY.COM
25
```

Page 3

```
1
                I N D E X
2
     Direct Examination by Ms. Waknin.....................Page  4
3
     Cross-Examination by Ms. Stula.......................Page 75
4
     Redirect Examination by Ms. Waknin...................Page 80
5
6
     EXHIBITS:                                    Marked
7
     Exhibit 1.  0004127 - invoice from Bruce Adelson....
8
     Exhibit 2.  0001739 - e-mail from Cherise and Erik..
9
     Exhibit 3.  0003693 - conversation from Cherise.....
10
     Exhibit 4.  0001780 - e-mail re: Jan Scoggins.......
11
     Exhibit 5.  0003628 - research information for city.
12
     Exhibit 6.  000583 - Ms. Cox letter re: city........
13
                **late-filed**
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              VIDEOGRAPHER:  This is the beginning of
2    media number one in the deposition of Nannette
3    Pogue in the matter of Miguel Coca, et al vs. City
4    of Dodge City.  Today's date is July 27th, 2023,
5    and the time on the monitor is 10:00 a.m.  My name
6    is Jack McKenzie, and I'm the videographer.  The
7    court reporter is Doris Burby.  We are here with
8    Huseby Global Litigation.
9         Counsel, please introduce yourselves, after
10   which the court reporter will swear in the
11   witness.
12             MS. WAKNIN:  Hello, my name is Sonni
13   Waknin.  I am a lawyer with the UCLA Voting Rights
14   Project, and I am on behalf of plaintiffs.
15             MS. STULA:  My name is Sarah Stula.  I'm
16   with Foulston, Siefkin, LLP, and I'm an attorney
17   on behalf of defendants.
18             NANNETTE POGUE,
19          having been first duly sworn to
             tell the truth, the whole truth,
20          and nothing but the truth via Zoom,
                testified as follows:
21
22                DIRECT EXAMINATION
23   BY MS. WAKNIN:
24        Q    Ms. Pogue, do you mind actually stating your full name
25   for the record.
```

Page 5

```
1        A    Yes.  My name's Nannette Pogue.
2        Q    And do you mind spelling your name, please.
3        A    N-A-N-N-E-T-T-E, last name P-O-G-U-E.
4        Q    Wonderful.  Well, I think you heard, but my name is
5    Sonni Waknin.  I am an attorney who I -- hello.  I represent the
6    plaintiffs in this case, and I'll be asking you questions today.
7    Have you ever been deposed before, ma'am?
8        A    It's been a lot -- a lot of years ago, but, yes,
9    once.
10       Q    And do you mind telling me what you were deposed in or
11   what matter?
12       A    Yeah.  It was a -- a Fair Labor Standards Act suit
13   against the city of Dodge City, when I was employed there.
14       Q    Have you been deposed any other time besides that
15   lawsuit against the city?
16       A    No.
17       Q    Okay.  And do you remember about what time that
18   deposition happened?  And by "time," I mean year, not -- not
19   exact time.
20       A    I would say it was probably early '90s.  Early to
21   mid-'90s.
22       Q    Well, I think it's been a little while since you've --
23       A    Yes.
24       Q    -- been deposed before so --
25       A    Yes.
```

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Nannette Pogue on 07/27/2023                                    Pages 6..9

**Page 6**

1    Q    -- I am going to lay out some ground rules just for the
2    deposition.  Does that sounds good with you?
3    A    Yes.
4    Q    Okay.  Wonderful.  Well, one thing about a deposition
5    is that it's getting transcribed by a court reporter.  So it's
6    very important that we speak slowly.  And when I say "we," I mean
7    both of us speak slowly.  That you allow me to finish my
8    question; your attorney time to object if they have an objection,
9    and then you can answer the question.  Does that sound okay to
10   you?
11   A    Yes.
12   Q    Okay.  Your attorney might object, Ms. Stula.  If she
13   does object, you still may have to answer the question unless she
14   states that it's attorney-client privilege and instructs you not
15   to.  Do you understand that?
16   A    Yes.
17   Q    Okay.  Wonderful.  What's really important during a
18   deposition -- I know that we have stated that this is being
19   videoed, but, for the record, you have to give clear answers.
20   So, no nu-uh, uh-huh, head shakes, just yes or no.  And I -- I
21   think we all forget that, so I might just ask you to do that.
22   And I hope that doesn't come off as rude.  Is that okay?
23   A    That's okay.  Yeah, you just might have to remind me...
24   Q    No worries.
25   A    ...once in a while, yes.

**Page 7**

1    Q    So if you -- I'm going to be asking you a series of
2    questions today.  And sometimes, as happens, my questions might
3    not be artfully worded.  They might be very confusing.  If that's
4    the case, please let me know, just to ask me to clarify the
5    question or say you don't understand it so that way I can clarify
6    it or maybe possibly rephrase it for you.  If you answer a
7    question, I'm going to under -- I'm going to believe that you
8    understood the question.  Is that fair enough?
9    A    Yes.
10   Q    Okay.  At any point -- so we might be -- we're going to
11   have probably -- we're going to have a conversation today.  I
12   don't know how long it will be.  But, during the conversation,
13   you might think of an answer to a question that I asked you
14   before or you might think of something and you might want to
15   correct your answer.  I want to let you know that you have the
16   opportunity to do that.  Now, I might ask you like what jogged
17   your memory or why you're correcting your answer, but I want you
18   to be informed that you actually have that ability.  Does that
19   sound fair?
20   A    Yes.
21   Q    Okay.  We can take breaks during this deposition.  So,
22   if you have to go use the restroom, if you want to go get water,
23   what I ask is that we don't take excessive breaks.  And that if
24   there is a question pending, you -- you cannot take a break right
25   after I've asked you a question.  You are -- you know, we'll have

**Page 8**

1    a lunch break.  And you just let me know if you need to take a
2    break.  I might also ask for a break for myself or for the court
3    reporter.  But you do understand that you're allowed to go tend
4    to some things if you have to go tend to them?
5    A    Yes.
6    Q    Okay.  I'm sure that Ms. Stula explained this to you,
7    but during a deposition, you're actually under oath as you would
8    be in front of a judge.  So I want to make sure that you
9    understand that you're giving an oath to tell the truth today.
10   A    Yes, I do.
11   Q    Okay.  Is there any reason you can think of of why you
12   might not be able to answer my questions truthfully today?
13   A    No reasons.
14   Q    Okay.  And I know this is a rude set of questions, but
15   you know, not -- you're not on any medication or anything that
16   might -- you know, substances that might impair any brain
17   functions or memory?
18   A    No, I am not.  No.
19   Q    Okay.  And apologies.  That is a rude question.
20   A    That's okay.
21   Q    All right.  So, Ms. Pogue, how did you meet -- how did
22   you prepare for this deposition today?
23   A    I met with Sarah by -- by a Teams Meeting on Tuesday, I
24   believe.
25   Q    And when I ask you questions, if they are with respect

**Page 9**

1    to your attorney, I am not going to ask you about the contents of
2    your conversations with your attorney.  So do you understand
3    that?
4    A    Yes.
5    Q    Okay.  Wonderful.  How long did you meet with Ms. Stula
6    for?
7    A    It was probably about, I don't know, two and a half to
8    three hours.
9    Q    Were you shown any documents during your deposition
10   preparation?
11   A    Yes.
12   Q    Which documents were you shown?
13   A    I was shown e-mails which I was a part of within the
14   subject then subject of another -- I don't know.  It was an
15   action that we were involved in, which was the election back in
16   2018.  And then I was also shown a document that I had prepared
17   about the districts in Dodge City and just kind of the history of
18   that.
19   Q    So what I'm understanding you to say is that you were
20   shown documents related to -- when you say "the topic," are you
21   referring to the topic of Section 2 of the Voting Rights Act?
22   What are you referring --
23   A    I was shown about anything that had to do with
24   districts that -- a discussion amongst staff and districts and my
25   preparation of a document that I prepared for the city manager at

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

Nannette Pogue on 07/27/2023          Pages 10..13

Page 10

1  that time which had to do with districts in Dodge City.

2       Q  You were also shown, if I'm understanding you

3  correctly, documents related to the 2018 polling place closure

4  issue?

5       A  Yes.  Yes.

6       Q  Were you shown any other documents besides the one that

7  you've listed for me today?

8       A  There might have been one about the handbook that I

9  prepared.  And that one I didn't really read through.  We just --

10  just saw that it was there.

11       Q  And when you say "handbook you prepared," do you mind

12  telling me specifically what you're referring to?

13       A  It -- it was a governing body handbook.

14       Q  And the governing body that you're referring to is the

15  commission -- the Dodge City Commission?

16       A  Yes.

17       Q  Very good.  Besides this -- was there anyone at the

18  meeting that you had with Ms. Stula?

19       A  No.  I was by myself.

20       Q  So, during this meeting on last Tuesday, the only folks

21  present was yourself and your attorney; is that correct?

22       A  That's correct.

23       Q  Okay.  Did you have any other meeting related to this

24  deposition?

25       A  No.

Page 11

1       Q  Did you bring any documents with you to this deposition

2  today?

3       A  No.

4       Q  Do you have anything in front of you besides this Zoom

5  opened?

6       A  I have my phone sitting here and then there's a notepad

7  sitting over here that I jotted down a couple of things the other

8  day, but there's nothing -- I -- the only thing on there is some

9  names of people that were on city commission.

10       Q  On the notes that you've taken?

11       A  Yeah, but it was just -- I mean, it's -- I can show

12  you.  It's not very much right there.

13       Q  All right.  Why did you take those notes, Ms. Pogue?

14       A  Well, when we first started, I thought maybe I would

15  take notes, just so that when we -- when we got to this point,

16  that I would know what I'm supposed to do.  I mean, it's just --

17  it was just more of -- kind of a -- a thing is like, you know,

18  when -- I hadn't done this before.  So I thought maybe I might be

19  reminded.  And I started taking the notes and then she kind of

20  said, well, don't -- don't do that.  You know, so I quit.  So I

21  don't really have anything written on there of any substance at

22  all.

23       Q  Understood.  I'm going to ask that at a break maybe

24  that -- if you could take a picture and send those notes to your

25  attorney.  And, when there is a break, to have those notes

Page 12

1  produced to us.

2       A  Okay.

3       Q  Wonderful.  Have you spoken with anyone about the --

4  about this incident lawsuit?

5       A  The only thing, I knew it was coming.  I mean, I didn't

6  know I was going to be deposed, but I knew the lawsuit was out

7  there.  Sharie Steven, who's the city manager, she had told me

8  that the lawsuit had been filed.  And so just generally what it

9  was about.  But I hadn't discussed in detail because I don't

10  know.  I hadn't seen the lawsuit.  I hadn't discussed anything

11  about it.  You know, but just -- just a general, hey, this

12  lawsuit's been filed.

13       Q  Earlier this week, Mr. Hernandez, who's the current

14  city manager -- let me actually go back.  Do you know that

15  Mr. Nick -- Nick Hernandez is the current city manager of the

16  city of Dodge City?

17       A  Yes, I do.

18       Q  Okay.  Earlier this week, Mr. Hernandez testified

19  during his deposition that he had a meeting with you regarding

20  the district election after this lawsuit was filed.  Do you

21  remember that meeting?

22       A  I do not recall that.

23       Q  Okay.  So, Ms. Pogue, the only meeting you've had or

24  conversation that you've had about this incident lawsuit is with

25  respect to the conversation you had with Ms. Tieben?

Page 13

1       A  Yes.

2       Q  Have you had a conversation with anyone about the

3  district issue?

4          MS. STULA:  Object to form.

5       Q  (By Ms. Waknin)  You can answer.

6       A  Okay.  Well, yes.  When -- when I was still employed

7  with the city, Cherise had -- had asked me to research, you know,

8  why we were the form of government that -- that we were and to

9  research a little bit about the state -- in the state of Kansas,

10  you know, what -- what the -- some of the laws -- maybe not laws,

11  but just some of the things that other cities do and just why we

12  are where we're at.  Just generally in Kansas how different

13  governments work and what different forms of governments are in

14  the sizes of cities that are similar to ours.  And so I did do

15  that research for her.

16          Prior to that of districts, it was several years ago, a

17  previous county clerk, Sharon Siebel, she had gone through

18  election.  Some things that she had to do with the elections as

19  far as getting bilingual people at the polls and, I don't know,

20  all kinds of things that she had to go through.  And I don't know

21  the details of that.  And I can't remember all the conversations,

22  but I do remember her saying, you all -- you guys will have to go

23  to districts.  And, I mean, that was just kind of the context of

24  the conversation.  I don't remember any details of it, but it was

25  just kind of like I think you're going to have to go that way.

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Nannette Pogue on 07/27/2023                                    Pages 14..17

Page 14

1    Q   Okay.  Understood.  I am going to actually go back
2  right now and talk -- talk to you a little bit about the terms I
3  might use in this deposition.  Is that okay?
4    A   Yes.
5    Q   Okay.  So, during today's deposition, I'll be using the
6  terms "Hispanic" and "Latino" interchangeably.  Do you
7  understand -- what -- what do you understand those terms to
8  mean?
9    A   Well, I would like a clarification, I mean, because I
10 don't know, you know, exactly what -- you know, who -- who
11 considers himself Hispanic or Latino.
12   Q   Okay.  Well --
13   A   I guess it's from a country -- you know, I think it's a
14 heritage thing, but, you know, I don't know exactly who would be
15 termed that way unless they just identify it like that.
16   Q   Understood.  And so I think I'm just asking if you --
17 if you understand the term "Hispanic" to mean what the census
18 definition is, which is, you know, folks who identify as
19 ethnically Hispanic.
20   A   Yes.
21   Q   Okay.  And so if I use the terms "Hispanic" and
22 "Latino" interchangeably, do you understand I'm using -- I'm
23 referring to it in the idea of the census -- the way that the
24 census designates both?
25   A   Yes.

Page 15

1    Q   Okay.  Wonderful.  Ms. Pogue, I'm just going to ask you
2  a little bit of questions about your background.  Do you mind
3  telling me a little bit about yourself?
4    A   Sure.  I grew up in a small town north of Dodge City.
5  I came to Dodge City -- and my dad's family is from Dodge City,
6  and my mom's family is from Spearville, which is a little town
7  real close to here.  And so when I graduated from high school, I
8  came to Saint Mary's of the Plains College here in Dodge City,
9  and I graduated with an accounting degree.  And I didn't -- I
10 didn't graduate right away.  I went back two years full time and
11 then I was on a -- kind of a long-term program after that.  But I
12 did that and I started working for the city of Dodge City while I
13 was going to college part time and then continued to work for the
14 city of Dodge City for almost 40 years in different capacities.
15 And I'm -- I'm married, have two stepchildren, five
16 grandchildren.
17   Q   I -- I do have a question.  I know that Ms. Tieben also
18 went to Saint Mary of the Plains College.  Did you --
19   A   Yes.
20   Q   -- did you guys know each other when you all were
21 there?
22   A   Well, she is probably about eight years younger than I
23 am, but -- so we went to school at kind of different times as far
24 as college, but I knew Cherise from my childhood.  Her dad's
25 my -- my -- her dad's my cousin.  And so they would come by our

Page 16

1  house, you know.  And we -- you know, we did -- we weren't -- you
2  know, really know each other because there was that age
3  difference.  When you're young, eight years is a lot.  But -- so,
4  yeah, we got to know each other more after we both were working
5  for the city.
6    Q   Oh, wow.
7    A   But I knew her.  I knew her.
8    Q   Well, that's really inter -- is -- is that how
9  Ms. Tieben -- and this is may be straying a little bit, but is
10 that how Ms. Tieben got involved with working with the city of
11 Dodge City?
12   A   No.
13   Q   No.
14   A   No, we were -- I mean, yeah, it was a completely
15 different track.  I mean, she also went to school, but I think
16 they recruited people out of Saint Mary's...
17   Q   Yeah.
18   A   ...at the time.
19   Q   So you stated that you had worked for the city of Dodge
20 City for 40 years; is that correct?
21   A   That's correct.
22   Q   Do you mind -- and I -- it's probably a very long
23 and -- career.  And so do you mind just telling me about some of
24 the jobs that you've held during that career?
25   A   Sure.  I started out, like I said, as just part time,

Page 17

1  doing whatever they wanted me to do.  You know, I worked in
2  the hou -- you know, housing at the time, community development.
3  I did some projects for the city manager's office at the time.
4  And so when they -- when they hired me full time, I went to work
5  as a secretary for the city manager.  And then I served as the
6  secretary, then I was like an administrative assistant to the
7  city manager.  And then I worked in -- they called it personnel
8  back then, but Human Resources.  And did that for a while.  And
9  then when the finance director opened up, I applied for that job
10 and got the finance director job.  And then I served in that
11 until I retired.  But I also was added the duties of city clerk.
12 And I don't know how long after I started finance director, but
13 it was probably, I don't know, five years or so after that that I
14 started doing both duties, finance director and city clerk.
15   Q   And I'm going to come back to that.  But are you
16 currently employed by the city of Dodge City?
17   A   No, I am not.
18   Q   And what do you understand your representation with
19 Foulston, the attorney -- the law firm for the city of Dodge City
20 to be?
21   A   Well, I -- I understand they're representing the city
22 of Dodge City.  And, as a former employee, then I am -- I don't
23 know if they're my attorney, but they are the city's attorney.
24   Q   Understood.  And what is -- can you explain to me the
25 role of finance director for the city of Dodge City?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                          Pages 18..21

Page 18

1    A    Yes. The finance direct -- as a finance director, I
2  did -- I oversaw like accounts payable, accounts receivable,
3  payroll, long-term debt. I did most -- you know, most of the
4  work for the long-term debt. The budget. Managed the budget,
5  managed the audit, financial reports. Just anything to do with
6  the financial operation. I -- I oversaw utility billing on and
7  off. You know, there's -- sometimes I've supervised utility
8  billing and sometimes it -- it went to somewhere else, but, you
9  know, it came back to there. I -- I, at some point -- and this
10 really wasn't finance director role, but I supervised municipal
11 court for a period of time. And so I just -- anything finance,
12 that was what I did. But I didn't do it all myself. I had a lot
13 of people working for me.
14    Q    Really getting to use that accounting degree.
15    A    Yes.
16    Q    And what were your duties as city clerk?
17    A    City clerk. Mostly the -- the meetings -- the city
18 commission meetings, took the minutes, did a lot of filing -- or
19 not -- I didn't actually file, but kept all the records. The
20 city records was kind of under the city clerk's purview. I
21 don't -- I -- it's kind of hard. You just did a -- just a lot of
22 different things as city clerk. You were community -- you know,
23 you were kind of the community person that they talked to.
24 Specifically, you were kind of -- you just kept the records for
25 the city commission.

Page 19

1    Q    And what do you mean by "kept the records for the city
2  commission?"
3    A    Well, the minutes, the -- they do -- in Dodge City --
4  and I don't know if it works like this everywhere, but they
5  prepare packets for -- you know, prior to the city commission so
6  that they're aware of everything that's on the background
7  information. And so you kind of organize all that information
8  and -- and -- and the city manager actually gives that
9  information to them, but you prepare a lot of that kind of
10 stuff -- or not really prepare it. You organize it to pass on to
11 the city manager to give to them. And a lot of the records kept
12 by the city in general, you know -- you know, that's -- whether
13 specifically for the city commission, it's just for the city in
14 general.
15    Q    Understood.
16    A    And making sure that they -- you know, that they follow
17 the rules of record retention. You know, there's some other
18 things, open meetings, those kinds of things. Just knowledgeable
19 about all that stuff. Like I don't tell them what to do, but
20 just making sure all that -- that kind of stuff is information
21 that they -- they know about.
22    Q    During your tenure as city clerk, did Dodge City have a
23 document retention policy?
24    A    Yes.
25    Q    And what was that policy?

Page 20

1    A    Well, the policy's pretty lengthy. It -- it states,
2  you know, what kind of records are to be kept and for how long
3  and where they're kept at. And so -- and it was changing. You
4  know, it always changed because there was certain records that
5  the state required you to keep, you know, in their -- in their
6  archives, but then there's a lot of other things that you decided
7  whether you would keep or how long you would keep and just so
8  that you would know what -- if it was useful or not. You know,
9  once it became unuseful, then you -- unless you were required by
10 law to keep it, you didn't really need to keep it anymore. And
11 I -- and we probably kept things longer than we should have
12 but -- or -- or, you know, what we said in the policy, but that's
13 what the policy pretty much outlined, you know, and how you got
14 rid of those records and those kinds of things.
15    Q    Are you familiar if there was ever a file or record
16 kept on voting issues for the city of Dodge City?
17         MS. STULA:  Object to form.
18    A    Well, I don't know about voting issues because we
19 didn't actually do the elections. The city -- the county did all
20 the elections. So the file that I would have had would have been
21 more like the applications where people filed for city
22 commission. They would come in and do an application, and I
23 would send it on to the county. So I did keep those applications
24 for a certain amount of time. But, as far as anything else, I --
25 I don't recall. You know, there might have been. Because we

Page 21

1  did -- we were like a public agency where people could come and
2  to register to vote. So we kept the -- the cards for people to
3  fill out to register to vote and those kinds of things. So I
4  don't think anything beyond those -- those kind of things
5  were -- were kept in a file. But --
6    Q    (By Ms. Waknin)  Understood.
7    A    But I don't -- I -- I don't recall completely what all
8  the files were.
9    Q    Okay. During her deposition, Ms. Tieben testified that
10 there was, at some point, a file that was kept on voting-related
11 issues or matters for the city of Dod -- you know, for the city
12 of Dodge City. This file was created in 2018, during -- are you
13 familiar with anything created in 2018 about just containing
14 information about voting or voting-related matters?
15         MS. STULA:  Object to form.
16    Q    (By Ms. Waknin)  You can answer.
17    A    Okay. I'm not specifically -- I don't recall
18 specifically the file -- a file, but I know we had a lot of
19 issues. So it wouldn't surprise me if there was something kept
20 on just -- just -- I don't have, just maybe general
21 things. But I don't recall the file specifically, no.
22    Q    Where would that type of file have been held in the
23 city of Dodge City?
24    A    Well, if it was for Cherise's -- if it was for Cherise
25 or the city manager's -- it was for her use only, you know, it

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Nannette Pogue on 07/27/2023

Pages 22..25

Page 22

1  would have been kept in her office.  If it -- if it got to the
2  point where it went to the general filing cabinets, then it would
3  have been in a -- in an office that was in City Hall.  It was
4  kind of centrally located City Hall that had a lot of files in
5  it.  And I -- you know -- and I don't -- I can't say that there
6  wasn't something in my office.  I just don't recall anything
7  being in my office.

8      Q    Would -- if -- when Ms. Tieben -- and this is to your
9  knowledge as the city clerk of the city of Dodge City as a record
10 keeper.  When -- if -- when Ms. Tieben left as the city manager,
11 would her files have been destroyed per the Dodge City document
12 retention policy?

13     A    I don't think so.  I think she would have looked in
14 those files and -- to -- to just find out if there was anything
15 that would go into the regular files.  And if it was something
16 that wouldn't have been to any use of -- to anybody else, then
17 she might have gotten rid of.  But, you know, if it was part of
18 the -- if it would have been part of the policy, she would have
19 passed it on and put it in the regular files.  But just notes and
20 things, there really -- there isn't part of -- isn't really part
21 of the -- the document retention.

22     Q    Okay.  Ms. Pogue, has anyone asked you during this
23 litigation to provide any documents to them?

24     A    Cherise asked me early on whether I knew what I did
25 with that document when -- when she asked me to prepare the

Page 23

1  history of the districts and stuff, she asked me if I knew where
2  that was.  And I told her that it -- that it should be somewhere,
3  but I didn't know where.  You know, I -- it -- it would -- would
4  be in a file at the city or it would be somewhere on -- online.
5  Because I would have done it in Word.  And I don't believe that
6  they got rid of my Word documents after I left.

7      Q    And so when you say "prepare the history of districts,"
8  what are you referring to?

9      A    There's a document in -- in -- Sarah showed it to me
10 yesterday.  I remember doing it.  I just didn't really remember
11 what was in it.  She showed it to me yesterday.  And I was asked
12 to prepare, you know, kind of like a history of where we were at,
13 why we had the form of government that we had and what other
14 cities in Kansas had.  Because Kansas is a local control.  You
15 know, home rule state.  And so just do kind of a history.  And if
16 they had any other cities ask about the way that they did
17 elections as specifically for districts, you know, and what kind
18 of form of government other cities had as well.

19     Q    And so besides that document, I think, that you
20 referred to and that you were shown by Ms. Stula, was there any
21 other documents that you prepared on the district -- information
22 about district-based elections?

23     A    No, not that I recall.

24     Q    As city clerk, are you responsible for providing
25 meeting minutes?

Page 24

1      A    Yes.

2      Q    Are you also responsible for writing meeting agendas?

3      A    Yes.  And I had somebody help me do that.  I mean, I
4  didn't do it all myself.  I had somebody help do that.

5      Q    Understood.  You know, I would -- I would be so im --
6  I'm very impressed, but I'd be so impressed if you're like I did
7  everything my own.

8      A    No, I did not.

9      Q    No help ever.

10     A    It takes a team to do that kind of thing, yes.  No.

11     Q    No, I -- I understand.  So -- and forgive me.  I feel
12 like maybe this is a little bit of a rude question.  But what did
13 you -- what year did you first start working for the city of
14 Dodge City?  You said 40 years.  But I'm -- I'm a lawyer, so I'm
15 terrible at math.

16     A    Yeah.  Well, 1980 was when I went full time, but I
17 worked part time, I think, in '77, '78, '79.

18     Q    So, you were with the city from 1980 to 1990, to 2000,
19 2010, and then retired in what year?

20     A    2019.

21     Q    2019.  Okay.

22     A    Right.

23     Q    And when did you retire in 2019?

24     A    July.

25     Q    Okay.  I hope folks did something really nice for your

Page 25

1  retirement party.

2      A    They did.  They threw me quite a retirement party.  It
3  was very, very nice.  Very, very nice.

4      Q    A Dodge City breacher?  That's just a joke, for the
5  record.

6      A    Yeah.  Yeah.  It was at the Depot, which is a very nice
7  facility.  And, yeah, they invited a whole lot of people.  I'm
8  not one to like a lot of recognition, but it -- it was very nice.
9  I really appreciated it.

10     Q    Forty years is a really long time to be a public
11 servant.

12     A    It doesn't seem like 40 years.  You look back and you
13 go, oh, my gosh.

14     Q    So I want to ask you about voting in Dodge City.  When
15 you first got hired for the city of Dodge City, generally how
16 many polling locations were there?

17     A    You know, I do not recall.  I don't -- you know, at
18 that -- when I first started with the city, I don't think I paid
19 that much attention.  I voted, but I don't -- didn't pay much
20 attention to how -- how many voting places.  I know that there
21 was -- when I first started, I know -- I just remember going to a
22 church for soup suppers.  And I don't remember where I voted at
23 the same time, but I know it was more than one location when I
24 first started.

25     Q    And at some point there -- do you remember at which

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

Nannette Pogue on 07/27/2023                                    Pages 26..29

Page 26

1  point there then became one polling location for the city?

2      A    I don't remember that.  I remember it was easier.

3      Q    Oh, than today?

4      A    Well, no.  It was easier when there was one as opposed

5  to several because you didn't have to call and find out where you

6  were supposed to go.

7      Q    And I apologize for jumping around a -- a bit.  I just

8  had a question about voting precincts.  Are you aware of what

9  voting precincts are?

10     A    Yes.  And I -- go -- well, I worked -- since I retired,

11  I have worked the election as a -- as an election worker since

12  then.  I mean, I knew, you know -- at some point in time I became

13  more interested in that, but not when I first started, I didn't

14  pay that much attention to voting.  But -- but, yes, I knew what

15  districts were or voting precincts were.  And now I have worked

16  for the election, so I know even more about how that works.

17     Q    What do you understand voting precincts to be?

18     A    It's a geographical area.  And I don't -- I don't

19  really know what it -- what it consists of or how they get that

20  geographical area, but that tells you where to go vote.

21     Q    Okay.  When you were the city clerk of the city of

22  Dodge City, were you ever contacted by anyone about voting

23  precincts in the city?

24     A    I don't recall.  I do -- you know, I do recall some

25  conversations just with Debbie Cox and Sharon Siebel in general.

Page 27

1  And it might have been just more for my knowledge of what -- you

2  know, what -- what -- what they are.  I was never contacted about

3  redoing them or anything like that.  Of course I'm not the

4  decision-maker either so...

5      Q    That makes sense.  During your 40 years serving the

6  city of Dodge City, has the demographics of the city changed in

7  any way?

8      A    Yes.

9      Q    And how have those demographics changed?

10     A    I -- it's more Hispanic than it used to be.  The

11  percentage-wise.  And I think the census will probably show the

12  same thing.

13     Q    Is it just noticeably more Hispanic in -- in --

14     A    Yes.

15     Q    Okay.  And you said that you served as an election

16  worker; is that correct?

17     A    Yes.

18     Q    And you had gotten interested in serving as an election

19  worker recently?

20     A    Yes.  After I retired, yes.

21     Q    And why did you get interested in serving as an

22  election worker after your retirement?

23     A    Well, actually, I think they just needed election

24  workers, so they were contacting everybody they knew retired.

25  And -- but I was interested.  I think I -- you know, that -- when

Page 28

1  Debbie Cox sent me the letter, I thought, yeah, I'll do that.

2  So...

3      Q    And can you explain to me what you do as an election

4  worker?

5      A    I've worked the early voting and I've worked the

6  general voting.  And so you -- when people come up to -- to vote,

7  you have to give them the ballot, basically.  And so you have to

8  make sure that they're eligible to vote, make sure that they're

9  in the right location to vote and that they haven't voted early

10  or, you know, anything like that yet.  That's at the gen -- at

11  the general election.  And then you stick a card in there and

12  give them the card and they go use the card to vote.  Or

13  you -- you know, or you stand there, make sure that they're

14  putting their ballots in the box when they leave.  Just help

15  wherever you need to help at.

16     Q    And where have you been a work -- or a poller --

17  election worker?

18     A    At the Civic Center at the -- we call it the Knights of

19  Columbus, which is -- it's not the Knights of Columbus anymore,

20  but it's a big hall that was a form -- former Knights of

21  Columbus.  And then I've -- I've worked in office at the county

22  courthouse.

23     Q    When you were working in the county courthouse, was

24  that for early voting?

25     A    Yes.

Page 29

1      Q    What elections have you worked as an election worker?

2      A    I worked the '20, the '22 generals.  And then I -- I

3  worked a primary, but I don't know which one.  I don't remember

4  which one.  I think it was the one prior to 2020.  Or to -- I

5  mean to '22.

6      Q    Did you ever work a election in an -- in an odd year?

7  So in 2021?

8      A    In a what?

9      Q    An odd year.  So a year ending in one, three, five.

10     A    I'm going to say no.

11     Q    Okay.

12     A    But I don't know that for sure.

13     Q    Fair enough.  When you were working early voting, what

14  would you say the -- the racial makeup was of voters who went to

15  do early voting?

16     A    I'm not sure I can answer that question.  I -- I just

17  don't know.  I mean, I don't -- I don't pay attention to that

18  kind of thing.

19     Q    Okay.  And is that the same for when you were a poll

20  worker at the Civic Center, at the Knight -- or at the Knights of

21  Columbus for those general elections?

22     A    Yes.

23     Q    Okay.  When you were an election worker during those

24  general elections at the polling location, can you explain to me

25  what the bilingual services looked like?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                          Pages 30..33

Page 30

1      A    There was always at least one person, but I think there
2  was multiple people that could speak Spanish if they need to.
3  But I can tell you they didn't really need to.
4      Q    And how?  Could you tell me that?
5      A    Just because I didn't -- I didn't see those services
6  used.  I didn't see anybody that requested -- of course sometimes
7  it got really busy and so I didn't see everything.  But I never
8  saw anybody come and request a Spanish speaking or anyone, and
9  there was one girl that roams all the time, and she's very -- you
10 know, she's bilingual and she talks to everybody.  And I really
11 didn't even hear her speaking Spanish much.
12     Q    What was that woman's name?
13     A    Coral.  And I'm going to say her last name is Leach
14 maybe.  I'm not sure.  But it's -- Coral's her first name.
15     Q    Do you think it's Coral Lopez?
16     A    Yes.
17     Q    Do you know Coral Lopez?
18     A    I know her by -- by sight.  You know, I haven't spent a
19 lot of time talking to her, but I -- but I know her a little.
20 But I don't know all that -- all that much about her.
21     Q    How do you know Ms. Lopez?
22     A    Just from working with her in -- she worked in
23 different capacities.  I think she works for the city now.  But
24 she worked in just different roles in the community.  So I just
25 got to know her through those.  She was very involved in like the

Page 31

1  Chamber of Commerce and those kinds of things.
2      Q    And are you referring to the Dodge City Chamber of
3  Commerce?
4      A    Yes.
5      Q    Okay.  Is there a Hispanic Chamber of Commerce in the
6  city of Dodge City?
7      A    I don't know very much about it, but, yes, I believe
8  there is.
9      Q    Okay.
10     A    Or it might be a part of this -- I -- I don't know what
11 the makeup of it is, but I think there is a specific group that
12 is Hispanic.
13     Q    As a citizen or -- you know, a citizen in Dodge City
14 and I think someone who's been really involved in the city of
15 Dodge City, do you know what Latino organizations or Hispanic
16 organizations are in the city?
17     A    I know the -- the Chamber.  I know that group existed.
18 And -- specifically, I don't.
19     Q    Okay.  To your -- to your knowledge or memory, has
20 there ever been contested elections for the city of Dodge City
21 Commission?
22     A    No.  I don't believe so.  There was some elections that
23 were like -- I don't think they were contested, but like people
24 were tied or almost tied.  And so there would be, I don't know, a
25 flip of the coin or whatever.  But I don't -- I don't recall any

Page 32

1  of them that were actually -- they contested the vote or they
2  might have -- I'm going to say I don't know.
3      Q    Okay.  And when there's a tie, to your knowledge,
4  what -- what does that actually mean for the city of -- for the
5  commission elections for the city of Dodge City?
6      A    Could -- could you --
7      Q    Sure.  I didn't ask that very artfully.  Who -- how did
8  they decide who wins if there's a tie for the city commission
9  election?
10     A    Well, I think they recount, for one thing.  And I think
11 that once they recount, then they -- because there's not that
12 many ballots that you couldn't -- you can do that fairly quickly.
13 And then I have known it to happen where they flip a coin if
14 it's -- if it's true tie.
15     Q    Do you know what election they flipped the coin in?
16     A    No.  I'm going to -- I'm going to say that was a while
17 ago.  When I say "a while," I would say over, I don't know, 20
18 years.
19     Q    Do you know someone by the name of Fernando Gerardo?
20     A    Yes.
21     Q    And who is that person?
22     A    He was a city commissioner.  And I don't know what year
23 it was.  But years.  I think he served four years on the city
24 commission.
25     Q    Do you know if he lost --

Page 33

1      A    Do what?
2      Q    Do you know if he won or -- or if he had gotten -- like
3  if he lost the race for city commission at any point?
4           MS. STULA:  Object to form.
5      Q    (By Ms. Waknin)  You can answer.
6      A    Okay.  I don't know if he -- I don't recall if he
7  re -- if he ran again.  I know he won one term, but I don't
8  know -- I don't recall if he ran again after that.
9      Q    Okay.  Did Dodge City used to elect its city commission
10 during even-year elections?
11     A    They did it different than they do now, and I can't
12 remember if it was even or odd.  I don't recall.  I'd have to
13 see -- I know we did it different than most people did.
14     Q    And what was so different?
15     A    Just the even or the odd.  You know, I think -- like it
16 seemed to me -- and this is maybe more speculation than I need to
17 do, but it seemed to me that a lot of cities did it like the even
18 years and we did it the odd or vice verse.  I'm not really -- I
19 can't really remember -- recall that.  But we did it at a
20 different time too.  So now they're at the same time as the --
21 the general and everybody else's election.  And, before, it was
22 like April.  And now it's -- that's all -- that's pretty recent
23 that that has happened.
24     Q    And when you were working for the city of Dodge City,
25 when elections were held in April, did folks really -- did folks

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 34..37

**Page 34**

1  know about those elections generally?
2          MS. STULA:  Object to form.
3      A  I think so, yes.
4      Q  (By Ms. Waknin)  Okay.  Why do you think so?
5      A  I guess I assumed because I knew about them.  And there
6  was people out.  They had advertising.  You know, most of the
7  time there was always people advertising and campaigning and
8  signs up everywhere.  So it -- you knew something was going on.
9  And -- and so it was an election.
10     Q  When -- so you mentioned "signs up."  What type of
11 signs are you talking about?
12     A  Yard signs.
13     Q  And where primarily were those yard signs placed?
14     A  Everywhere.  They were -- because that was kind of a
15 contention because it -- it -- they put them in places a lot of
16 times where they weren't -- that our -- our local laws said that
17 they couldn't, but they were usually on main roads.  They were
18 supposed to get permission from the property owner, but there was
19 a lot of them like along -- some of -- along of some of our main
20 roads.  Like 14th Street is a main road.  Up by the mall, on
21 Central Avenue.  And you just saw those -- kind of those high --
22 high traffic areas, you saw a lot of signs along there.
23     Q  So like Comanche, Wyatt Earp Boulevard, like that --
24 those type of streets or --
25     A  Yeah.  And I don't know about Wyatt Earp so much

**Page 35**

1  because I think that was a little more regulated.  But, yeah,
2  those -- those kind of streets, yes.
3      Q  Yeah.  Did you ever see signs in Spanish?
4      A  I don't recall seeing any, but that's not saying there
5  wasn't.
6      Q  Okay.
7      A  But those were signs put out by the people actually
8  running.
9      Q  And so... Understood.  Did the city publicize
10 elections?
11     A  We didn't do elections.  The county did.  So, no, we
12 did not publicize it because the county was the one that held the
13 elections.
14     Q  Are you familiar or involved at all in Dodge City
15 politics?
16     A  In politics?  Is that what you said?
17     Q  Uh-huh.
18     A  Not currently.  I mean, I -- I vote.  I have opinions,
19 but I'm not involved in politics, no.
20     Q  And so when I say involved in politics or when you say
21 it, what do you mean that to -- what does that mean to you?
22     A  Being involved in politics?
23     Q  Correct.
24     A  I would say going to meetings that were organized by a
25 specific political party and being act -- an activist and, you

**Page 36**

1  know, kind of going to rallies and things like that.  That's what
2  I would consider being involved in politics.
3      Q  At any point during -- have -- have you been involved
4  in politics?
5      A  Not any more than I am now, no.  Like I say, I vote.
6  On a national level, I -- I may give money to a candidate or
7  something like that, but I have never gone to organized meetings
8  or things like that.  Well, I have.  I guess I -- I take that
9  back.  I have, you know, when particular candidates are in town
10 and they have a -- an open meeting or whatever you call it at
11 Town Hall, I may attend, but I don't speak.
12     Q  What candidates have you attended meetings for?
13     A  I don't even remember their names.  I -- I -- I --
14 they're mostly like senators or they were running for senator.
15 I -- I know I went to a meeting where Bob Doyle -- and he
16 was -- he wasn't actually running for anybody, but he was there
17 on behalf of -- it might have been Jerry Moran.
18     Q  To your knowledge, are there organizations in Dodge
19 City that candidates have to -- or -- strike that.  To your
20 knowledge, are there organizations in Dodge City that support
21 candidates?
22     A  Yes.
23         MS. STULA:  Form.
24     Q  (By Ms. Waknin)  And what organizations are those?
25     A  I know currently that specifically the -- the Wild West

**Page 37**

1  Republican ones.  I know that there's two offices in the mall.
2  There's a Democrat office and the Republican office.  Or there is
3  like right before elections.  And they have -- each one of them
4  have signs for all their candidates.  I -- and I would -- I think
5  that there is a -- I think that there's a Democrat group.  I -- I
6  don't know anything about them, but I do know that each of those
7  offices have campaign posters for their candidates.  And the
8  Republican Women's, I think more recently they have kind of
9  talked to like city commission candidates even though they're
10 nonpartisan.  They're supposed to be anyway.  And -- and I
11 don't -- beyond that, I'm not really sure.
12     Q  Did you -- and you said Democrat.  Do you mean the
13 Democratic party?
14     A  I think it's the Democrat party, yes.
15     Q  What is the Republican Women's Club?
16     A  They're -- they're an organization.  And I don't even
17 know what.  I don't know what -- you know, what they're -- how
18 they're -- how they're organized, but they have a Facebook page.
19 I know that.  And I know they have meetings.  I've never attended
20 any of their meetings, so I don't know anything about that.  But
21 I know there's a group.  I don't know how they're organized,
22 though.
23     Q  And you said that they had talked to city commission
24 candidates; is that correct?
25     A  Yes.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 38..41

**Page 38**

1    Q    Which city commission candidates, to your knowledge?

2    A    Well, in the last election -- and I -- I don't know.

3    I -- I -- I'm -- this is hearsay, so I -- I don't want to answer

4    that question.  I mean, I -- because I don't know per -- personal

5    knowledge of it.  So I -- I don't know.  I'm just guessing

6    because of some of the flyers that I saw come out in the mail.

7    Q    Can you explain to me what flyer you're referring to?

8    A    Well, there's -- around election time, you get a lot of

9    mailings.  And they'll support certain candidates.  And I

10   don't -- I don't recall the people particularly or who was even

11   the sponsoring.  Because they'd always be sponsored by somebody,

12   you know, because I think they have to say that on there.  But

13   those flyers come out in the mail before elections.  And I'm

14   going to say I get three, four, five a day.

15   Q    And there are ones that support city commission

16   candidates?

17   A    All candidates.  So it's city commission, county

18   commission, state -- anybody running for state, school board,

19   anybody running for even the -- the U.S. Senators and

20   Representatives.  All -- all of them.

21   Q    Well, was there something specific about the city

22   commission candidates?  You said that they're -- you thought that

23   there were folks who talked to city commission candidates who

24   were supposed to be nonpartisan.  So I'm just trying to

25   understand that statement.

**Page 39**

1    A    Well, the city commissioner is supposed to be

2    nonpartisan, right?  But I went to -- last year or -- or the last

3    election, I know there were forums held at the library.  And I

4    specifically asked one of the candidates because they were --

5    they had a -- they had a piece of paper that said, you know --

6    and they were -- they were certain comments about we support

7    this.  And they were -- they were Republican.  But -- and I --

8    I -- I mentioned to him and he -- and he really didn't -- he

9    didn't really realize, I don't think, that it was nonpartisan.

10   And so, you know, it just kind of softened it up at that point

11   and we went on.  But, like I said, it's hearsay.  You know,

12   because I want to back up on that, say it's -- it's just from

13   what I've heard.

14   Q    And so which candidate did you ask that to at the

15   forum?

16   A    It was Chuck Taylor.

17   Q    Did you see a document or is the document that you're

18   referring to a document that had Mr. Taylor, Mr. Nuci and another

19   person and it said the Republican slate?

20   A    I think so, yes.

21   Q    Okay.  Do you know what "slating" is, Ms. Pogue?

22   A    Yes.

23   Q    And what is slating?

24   A    Slating is just a list, pretty much, and says what

25   they -- a list that aligns with their -- I mean, I think slate is

**Page 40**

1    just a list.

2    Q    And so there was a slate of candidates in the most

3    recent city commission election?

4    A    Yes.

5         MS. WAKNIN:  Ms. Pogue, would you like to

6    take a five-minute break?  We've been on the

7    record for about an hour.  Do you want to keep

8    going?

9         THE DEPONENT:  Yeah, unless somebody else

10   needs to...

11        (Off-the-record discussion.)

12   Q    (By Ms. Waknin)  Well, I'm going to transition now and

13   talk to you a little bit about Ms. Siebel.  Who is Sharon

14   Siebel?

15   A    It was a previous county clerk.

16   Q    Have you had discussions with Ms. Siebel before?

17   A    Yes.  We worked together.  I mean, being a city clerk

18   and a county clerk, you just worked together on things.

19   Q    And what -- and you had those conversations with

20   Ms. Siebel when she -- when you were the city clerk and she was

21   the county clerk; is that correct?

22   A    Yes.

23   Q    Okay.  I just want to make that clear.  I'm not sure if

24   maybe you're friends with Ms. Siebel.  You're like, I talk to Ms.

25   Siebel all the time but -- so I --

**Page 41**

1    A    When I see her, I run into her, you know, but -- you

2    know, and you become friends with people.  But we're not like

3    close friends and have contact outside of -- of work really

4    except if you're just passing by.

5    Q    Yeah.  I just wanted to clarify that.  So thank you for

6    allowing me to -- to reask that question maybe in a little bit

7    more specific way.  So when was the first time you heard about

8    the Department of Justice with respect to Ford County

9    elections?

10   A    It was from Sharon Siebel.

11   Q    And about when was that?

12   A    You're taxing my memory here.  It was when she was

13   county clerk, but I don't -- I don't know what years those

14   were.

15   Q    Have you heard about the Department of Justice

16   maybe mult -- had you heard about it multiple times from

17   Ms. Siebel?

18   A    I would say not multiple.  I mean, I'm -- I'm sure we

19   had more than one conversation, but it wasn't like 10, you know,

20   or 20 conversations or anything like that.

21   Q    Ms. Siebel had her deposition taken in this case, and

22   she stated, among -- among other things, that there were federal

23   election monitors for the Ford County elections.  Are you

24   familiar with that at all?

25   A    Just barely.  You know, I've never seen any, but I know

**Page 42**

1 there's people that come and observe at the polls that are just
2 sitting there, you know, watching, I guess. And then we're
3 always told -- as an election worker, we're always told that
4 there may be people there watching what we're doing.
5    Q    Have you ever had any conversations with Ms. Siebel
6 about federal monitors or federal election observers?
7    A    Beyond her just saying that they had them, I don't -- I
8 don't know. I don't recall any.
9    Q    So I want to go back. You stated that you had a few
10 conversations with Ms. Siebel about the Department of Justice; is
11 that correct?
12   A    Yes.
13   Q    And what were those conversations?
14   A    I don't recall the -- the details of them. It's been
15 too long ago. I remember having conversations, but I can't -- I
16 can't tell you what the details of them were.
17   Q    Did you have a conversation about the Department of
18 Justice possibly investigating Dodge City elections with
19 Ms. Siebel?
20   A    There again, I don't recall. It's been so long ago.
21 Because I don't want to answer this wrong because I don't -- but
22 I just don't recall specifically. Because there could have been
23 some talk on that. But I don't -- but I don't really remember.
24   Q    Well, Mr. -- Ms. Tieben and Mr. Hernandez said that you
25 would be the person who was involved in those conversations.

**Page 43**

1 Does that sound right to you?
2    A    Yes.
3    Q    Okay. Do you know a man named Bruce Adelson?
4    A    No.
5    Q    Did Ms. Siebel ever tell you that she was hiring
6 consultants to investigate the -- or to look into -- maybe
7 investigate's the wrong word, but look into Dodge City elections?
8    A    There again, I don't want to answer this wrong because
9 it sounds familiar, but I don't remember specifically the
10 conversation. But it -- but I do remember, I think she had
11 consultants. But I -- but I don't -- I was thinking she hired
12 consultants, but I don't know.
13   Q    Okay. Ms. Siebel testified that she did hire a
14 consultant. Does that sound familiar to you?
15   A    Not -- I mean, the -- vaguely. Vaguely familiar.
16   Q    And -- and so I note you keep on saying I don't want to
17 answer this wrong. You know, I think we're just trying to
18 understand here possibly your testimony at trial or just, you
19 know, instances that other folks have stated. And so
20 understanding them from, you know, what you remember, it -- was
21 it the case that you had conversations? You know, you said that
22 you've had multiple conversations about the Department of
23 Justice. Did you have conversations with Ms. Siebel generally
24 about district-based election?
25   A    Generally.

**Page 44**

1    Q    To the city of Dodge City.
2    A    I remember her bring -- generally. Because I do
3 remember her bringing up the topic.
4    Q    And --
5    A    But I don't -- but I don't want quite remember the
6 specifics of it.
7    Q    And so the conversation did happen, if I'm
8 understanding you correctly?
9    A    Yes. We did talk about it. But I think it was in
10 general -- generally. I don't think it was in any kind of
11 detail.
12   Q    And when I say the topic of -- of district-based
13 elections, I'm specifically referring to district-based elections
14 for the city of Dodge City. Did Ms. Siebel have conversations
15 with you about district-based election for the city of Dodge
16 City?
17   A    Yes.
18   Q    And do you -- was the reason why Ms. Siebel was
19 having these conversations with you -- like do you understand
20 what the reason was she brought this topic up to you?
21        MS. STULA: Object to form.
22   Q    (By Ms. Waknin) You can answer.
23   A    Not specifically.
24   Q    So you don't understand what the impetus was or why
25 Ms. Siebel brought the attention to you that Dodge City might

**Page 45**

1 have to go to district-based elections?
2        MS. STULA: Object to form.
3    Q    (By Ms. Waknin) You can answer.
4    A    I -- I don't -- I think it was just -- they were
5 generally telling her -- I mean, this is just my thoughts on it.
6 They were generally telling her what they -- she had to do. I
7 know that they had a lot of things that she had to do. And so I
8 think that was part of something that was brought up. But I
9 specifically -- I don't remember the details.
10   Q    And when you say "they," who -- who's the "they" you're
11 referring to?
12   A    On this, I think was the Department of Justice.
13   Q    Okay. And did Ms. Siebel --
14   A    So I don't think she even told me any names, but she
15 may have. I just don't -- I don't recall.
16   Q    Did Ms. Siebel ever tell you about any consultants that
17 she had hired?
18   A    Well, we just talked about that. So I think I already
19 answered that question.
20   Q    So is the answer, yes, she did tell you that she
21 had hired some consultant?
22   A    Well, I remember -- now that you've brought it up, I do
23 remember her talking about consultants, but I don't remember -- I
24 hadn't remembered it before you -- you brought it up.
25   Q    And what do you remember about those consultants that

## MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 46..49

**Page 46**

1   Ms. Siebel spoke to you about with respect to district-based
2   elections?
3           MS. STULA:  Object to form.
4       A   I do not remember very much.  I mean, I -- I remember
5   district elections that were coming up.  But, beyond that, I
6   don't -- don't really remember very much about it.
7       Q   (By Ms. Waknin)  Have you ever heard the name Federal
8   Compliance Consulting, LLC?
9       A   Not off the top of my head, no.
10      Q   I'm going to show you a document.  It's marked
11  dodge_city_0004127.  This was produced by the city of Dodge City
12  in response to this litigation and request by plaintiffs.  Do you
13  see this document?
14      A   Yes.
15      Q   Okay.  This is a document from someone named Bruce
16  Adelson, who runs Federal Compliance Consulting, LLC.  Do you see
17  that?
18      A   Uh-huh.
19      Q   And it was to Ms. Sharon Siebel?
20      A   Uh-huh.  Yes.
21      Q   This is a -- I'm going to represent to you that this is
22  an invoice.  Do you have any reason to dispute that?
23      A   No.
24      Q   Okay.  In this invoice, Mr. Siebel charged -- I mean,
25  Ms. Siebel was charged by Mr. Adelson for a teleconference with

**Page 47**

1   Dodge City officials.  Do you remember that?
2           MS. STULA:  Object --
3       A   The telecon -- the teleconference?
4       Q   (By Ms. Waknin)  Yes.
5       A   Is that what you're asking me?  No, I don't recall
6   that.
7       Q   Okay.  Do you think Ms. Siebel is a truthful person?
8       A   Yes.
9       Q   And if -- do you...  Ms. Siebel testified during her
10  deposition that you -- another official from Dodge City, herself
11  and Mr. Bruce Adelson met on the issue of Dodge City elections.
12  Do you have any reason to believe that Ms. Siebel is lying?
13      A   No, I don't.
14          MS. STULA:  Object to form.
15      A   I just -- I don't believe that she lies at all.  I just
16  don't.  Because that wasn't really my main duties.  You know, you
17  had so much else going on that I just don't recall everything
18  that I was involved in.
19      Q   (By Ms. Waknin)  And I understand that.  And,
20  Ms. Pogue, I know that you've had a 40 career -- 40-year career.
21  So I just -- I -- and, again, I hope you find my line of -- I
22  hope you find that I'm being respectful towards you.
23      A   Yes, yes.  Yeah, I don't have any reason to think that
24  she lied at all.  I just don't remember if -- if it did occur.
25  And chances are I did if I was there, but I don't -- I don't

**Page 48**

1   remember it.
2       Q   Understood.  After that instance with Ms. Siebel, when
3   was the next time that district-based election methods had come
4   up when you were the city clerk of the city of Dodge City?
5           MS. STULA:  Object to form.
6       Q   (By Ms. Waknin)  You can answer.
7       A   As far as I know, it was when Cherise asked me to do
8   research on it.  And I -- that was -- that was probably my last
9   few months that being -- being with the city of Dodge City.  That
10  was the next time I remember -- I recall that that subject ever
11  coming up.
12      Q   Okay.  And so when you say "that subject," the last
13  time that you recall -- or the next time -- excuse me.  Strike
14  that.  The next time you recall district-based elections coming
15  up in the context of your work as the city of Dodge City Clerk
16  was when Ms. Tieben had asked you about it; is that correct?
17      A   That's correct.
18      Q   And do you know about what time period that was?
19      A   Well, that would have been a few months before I
20  retired.  So it would have been either '18 -- end of '18,
21  beginning of '19, somewhere around in there.
22      Q   I am going to show you another document.  And I
23  apologize with you -- to you, Ms. Pogue, because I am not very
24  fast at pulling up documents on Zoom.  So I hope you can bear
25  with me and not...

**Page 49**

1       A   I wouldn't be able to do it at all so...
2       Q   All righty.  This document is marked
3   dodge_city_0001739.  It was produced in this litigation by
4   defendants Dodge City in response to plaintiff for request for
5   production.
6           Ms. Pogue, just -- I'm going to take a second to -- to
7   read this e-mail.  You should take a second to read this e-mail.
8   Or it's actually as long as you need to read the e-mail.  And
9   just let me know when you want me to scroll up or down.
10      A   Okay.
11      Q   Do you want me to scroll down?
12      A   Yes.
13      Q   Okay.
14      A   Okay.  That's the same e-mail.  You can scroll down.
15      Q   So you said that that's the same e-mail.  What do you
16  mean by that?
17      A   Well, when I was reading -- so it looks to me like
18  that -- that e-mail is twice.
19      Q   Okay.
20      A   Unless it's -- okay.  It's from Cherise.  And then go
21  on down.  And scroll on down.  Oh, okay.  Never mind.  I just
22  read it twice, I guess.
23      Q   Okay.  So I'm going to represent this is an e-mail
24  chain between Cherise Tieben and Erik Sitorious that you were
25  then forwarded; is that correct?

**Page 50**

1   A   Yes.

2   Q   Okay. And so would you have read the entirety of this

3   e-mail?

4          MS. STULA: Object to form.

5   Q   (By Ms. Waknin) You -- you can answer, Ms. Pogue.

6   A   Would I have read it back in '18, when she --

7   Q   Yeah.

8   A   -- sent it?

9   A   Uh-huh. Yes.

10  A   Yes.

11  Q   So it seems -- Ms. Tieben writes to Mr. Sitorious: Do

12  you have any information regarding pros and cons of districts?

13  He said, actually, one other issue that's likely to come up is

14  the de -- desire for e-voting districts. Does that -- is that

15  correct what I just read for you?

16  A   Yes.

17  Q   Okay. Do you know why, during this time period, the

18  desire for districts might have come up?

19          MS. STULA: Object to form.

20  A   I don't know why. I had never heard any problems.

21  Q   (By Ms. Waknin) So when Ms. Tieben -- were you having

22  conversations with Ms. Tieben in November of 2018 about

23  district-based election?

24  A   Probably. Because she wanted me to help her look into

25  it or do some research on it.

**Page 51**

1   Q   Oh. Why did she want you to do research on the issue

2   of district-based election?

3          MS. STULA: Object to form.

4   Q   (By Ms. Waknin) You can answer, Ms. Pogue.

5   A   Okay. Because I was helping her on other -- at that

6   point in time, we had hired somebody else to be finance director,

7   to take my place when I retired. So I had some -- so she was

8   asking me to help her do some -- some things because she didn't

9   have time to do everything. And so I think this was one of those

10  projects she wanted me to look into for her or help her, assist

11  her.

12  Q   Okay. And so what I'm trying to understand is

13  Ms. Tieben -- it's correct that Ms. Tieben asked you to look into

14  voting districts; is that correct?

15  A   That's correct.

16  Q   And when I say "voting districts," do you need me to --

17  do you understand me to mean district-based elections, like

18  districting -- the method of election?

19  A   Yes.

20          MS. STULA: Object to form.

21          MS. WAKNIN: Sarah, what's the form

22  objection?

23          MS. STULA: It's getting rather vague and

24  ambiguous what you're referring to. I think you

25          can be more precise with what you're asking so the

**Page 52**

1   witness can know what you're asking.

2          MS. WAKNIN: I just cleared that question

3   with a clarification where she said she understood

4   but --

5   Q   (By Ms. Waknin) So your lawyer just objected, so I'm

6   going to redo that -- that line of questioning.

7          So, Ms. Pogue, did Ms. Tieben ask you -- ask you to

8   research the issue of district-based elections for the city of

9   Dodge City?

10  A   Yes.

11  Q   Okay. And why did she ask you to look into the issue

12  of district-based elections for the city of Dodge City in

13  November of 2018?

14          MS. STULA: Object to form.

15  Q   (By Ms. Waknin) You can answer.

16  A   Okay. I think that probably one of the reasons is she

17  didn't have the time to do it herself. And the other reason, I

18  think she probably got a request, which -- which I saw an e-mail

19  yesterday that I was on, so I know where the request came from

20  now. I do recall it now. But she -- she had a request

21  from -- and I don't if Jan Scoggins was the -- was a commissioner

22  at the time or if she was a citizen at that time. I'm not really

23  sure. But she had a request from Jan Scoggins to look into it.

24  Q   So, if I'm understanding correctly your testimony --

25  please correct me if I -- if anything I say is wrong.

**Page 53**

1   Ms. Scoggins, in 2018, had contacted Ms. Tieben about the issue

2   of district-based elections, to your knowledge?

3   A   Yes.

4   Q   And then Ms. Tieben contacted you in addition to a Mr.

5   Erik Sitorious about the issue of district-based elections for

6   the city of Dodge City; is that correct?

7   A   Yes.

8   Q   And then did you look into or find information about

9   district-based elections for the city of Dodge City for

10  Ms. Tieben?

11  A   Yes.

12  Q   And what information did you find?

13  A   Well, there was -- I was shown a document that I

14  prepared yesterday. And most of the information was from the

15  League of Kansas Municipalities.

16  Q   Is there any other reason that you know of why

17  Ms. Tieben said it was likely or that there was a desire for a

18  few voting districts?

19          MS. STULA: Object to form.

20  Q   (By Ms. Waknin) You can answer.

21  A   Well -- okay. Show me that sentence again about "a

22  few."

23  Q   Sure.

24  A   So it's not a few voting districts. It's the desire of

25  a few. Is that correct?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                              Pages 54..57

**Page 54**

1  Q   Yes.  Oh, sorry.  So thank you for correcting me.  So
2  the sentence is one other issue that is likely to come up is the
3  desire of a few for voting district.
4      A   So you want me to say why it's the desire of a few?
5      Q   Oh, I'm just -- I'm just asking you if like you
6  understood -- you know, what had come up if it was addressed -- I
7  think you said maybe Jan Scoggins had brought it up.  So I'm
8  just under -- I'm just -- it's like an issue that is likely to
9  come up.  I was just asking, do you know why that issue was
10 something -- likely to come up?  Personally, did anyone tell you?
11         MS. STULA:  Object to form.
12     A   No, nobody told me.
13     Q   (By Ms. Waknin)  Okay.  Once you got this -- I'm going
14 to put this document down.  Once you got this request from
15 Ms. Tieben to do research into district-based method of election
16 for the city of Dodge City, what did you do next?
17     A   I con -- well, I looked -- I looked -- I know I looked
18 in our -- our ordinances to find out -- I mean, I kind of
19 generally knew that there was an election back in the '70s on
20 how, you know, you -- because, again, like I said, it was home
21 ruled.  So we decide how we govern -- your -- you know, your
22 citizens are supposed to decide how they govern.  And so they
23 get -- you know, they do a petition or whatever -- however they
24 get it on the ballot, and they vote to how they want to do their
25 governing.  You know, what kind of -- how many commissioners and

**Page 55**

1  what form of government, things like that.  And I know back in
2  this -- so I had that information.  And I don't recall exactly
3  what it was, but I had that information with where -- where we
4  got to where we were.
5         And then from there, I contacted the League because
6  I -- I felt like they would have more knowledge than I would have
7  or even, you know, records about what other cities in Kansas do,
8  what -- you know, kind of what the trends are and why they do it
9  and cities our size because, you know, there's -- they have a --
10 they -- they compile a lot of information from cities on
11 different subjects and -- and I think the form of government is
12 one of them because we are -- like I said, they're home rule.
13        And then -- and then the -- the way you go about
14 changing something that you don't like -- if you don't like the
15 way your form of government's working, then there's a way to go
16 about getting there.  And so those are the kinds of things that I
17 was looking to the League for, for some information.  And
18 that's -- and that's how I -- how -- how I compiled the report
19 that I gave to her.
20     Q   Did you contact Ms. Siebel during 2018 about the
21 district issue since she had brought it up to you in 2011?
22     A   No.
23     Q   Why not?
24         MS. STULA:  Object to form.
25     A   I don't know --

**Page 56**

1      Q   (By Ms. Waknin)  Why did you contact -- sorry.
2      A   I -- no, she wasn't county clerk anymore.  I don't -- I
3  didn't even probably -- didn't even enter my mind.
4      Q   Did you ever have a conversation -- strike that.  Did
5  you have a conversation with Ms. Tieben about a possible threat
6  of a lawsuit on district-based elections during the -- during
7  2018?
8      A   No.
9      Q   I'm going to show you -- I'm going to show you a
10 document that's -- it's marked as dodge_city_0003693.  And this
11 was produced by the city of Dodge City in response to this
12 litigation.
13     A   Okay.
14     Q   Okay.  So Ms. Tieben wrote to others in the city
15 that Nannette reminded me the other day that there was a threat
16 of a lawsuit several years ago, when Kim Goodnight was the county
17 chairman.  Did you have this conversation that Ms. Tieben is
18 relaying to other folks with her?
19     A   I must have.  I don't recall it, but I must have
20 because she -- you know, she -- she said it.  And so that might
21 have been the whole thing with Sharon Siebel, the conversation
22 there, but I -- like I said, I don't remember any details about
23 it.  But I must have or else Cherise wouldn't have said it.
24     Q   Okay.  And Ms. -- Ms. Tieben thought that it -- it was
25 to force -- I'm assuming that's the city of Dodge City into --

**Page 57**

1  into wards or districts; is that correct?
2         MS. STULA:  Object to form.
3      Q   (By Ms. Waknin)  You can answer.
4      A   Can you repeat that?
5      Q   Sure.  So do you remember what the threat -- and so let
6  me go back.  Do you remember what the threat of a lawsuit several
7  years ago was?
8      A   I don't remember.  I don't remember if it was
9  specifically the districts or if it was the whole election thing
10 because I know -- because I -- I don't -- I don't know if the
11 county actually was in a lawsuit several years ago that I was
12 talking about or if it was just a threat at that time.  I really
13 don't know.  I don't really remember if there was an actual
14 lawsuit filed back then.
15     Q   Understood.
16     A   Yeah.
17     Q   You had thought Ken responded on the issue, I guess.
18 And who is -- who is Ken?
19     A   Ken Strobel was the city manager previous to Cherise.
20 And he also then -- previously, to him being city manager, he was
21 our -- him and his firm was the legal counsel for the city for
22 many years.
23         MS. STULA:  Hey, Sonni, I think now might
24     be a good time for maybe a ten-minute break.  Does
25     that work for everybody?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 58..61

**Page 58**

1      MS. WAKNIN:  Sure.  Does that work for
2  you, Ms. Pogue?
3      THE DEPONENT:  Yes.
4      MS. WAKNIN:  Okay.  Wonderful.
5      VIDEOGRAPHER:  The time is 11:27 a.m.
6  We're now off the record.
7                              (Recess taken.)
8      VIDEOGRAPHER:  This is the beginning of
9  media two.  The time is 11:41 a.m.  We're back on
10  the record.
11      Q   (By Ms. Waknin)  Ms. Pogue, where are you physically at
12  this moment when -- during this deposition?
13      A   I am in City Hall.  That's -- the one that's located on
14  Second Street.  In...
15      Q   In Downtown Dodge?
16      A   Yes.  And it's -- I think it's the city manager's
17  office that he has here at this location.
18      Q   And I think you might have stated this, but is there
19  anyone with you in the office?
20      A   No.
21      Q   Ms. Pogue, did you speak with anyone during the
22  break?
23      A   I spoke with Sarah briefly.
24      Q   And how long was that conversation with Ms. Stula?
25      A   Probably -- maybe a minute, maybe less.

**Page 59**

1      Q   Okay.  And I'm -- I'm not going to ask you about that
2  conversation with Ms. Stula.
3          I think when we last left off, the discussion was that
4  in around November of 2018, the -- topic of district-based
5  elections for the city of Dodge City had come up to you in your
6  role as the city clerk; is that correct?
7      A   I don't know if it was -- that's correct.
8      Q   Okay.  And that when -- and the -- the person who had
9  brought up that issue to you would have been Ms. Tieben; is that
10  right?
11      A   Yes.
12      Q   Did anyone else during that time period in 2018 talk
13  with you about the issue of district-based elections for the city
14  of Dodge City?
15      A   Not that I recall.
16      Q   Did you continue to research the issue of
17  district-based election for the city of Dodge City after November
18  of 2018?
19      A   Not after I completed that document.
20      Q   Do you know when you completed the document you're
21  referring -- you're speaking about?
22      A   Not -- not specifically, no.
23      Q   And -- and apologies, but the -- the document that you
24  referred to, is it that history of -- or election information
25  document that we had spoken of earlier in the deposition?

**Page 60**

1      A   Yes.
2      Q   Okay.  I am going to show you another document.  It's
3  marked dodge_city_0001780.  Pull it up.  Can you see my screen,
4  Ms. Pogue?
5      A   Yes.
6      Q   Okay.  And so why don't you take a few minutes to read
7  this, and let me know when you're done reading this document.
8  And I can also scroll down whenever you tell me.
9      A   Okay.
10      Q   Do you mind describing to me in your own words what
11  this document is?
12      A   Yeah, it's -- it was a forward from -- I think it was
13  from Cherise.  She was just kind of keeping me in the loop about
14  the ask from Jan Scoggins and how she replied to her.
15      Q   And so the date of the -- this e-mail thread is between
16  February 25th, 2019, and February 26th, 2019; is that correct?
17      A   Yes.
18      Q   And you, yourself, you were on the -- some of these
19  e-mails, and you received the entire forwarded e-mail chain; is
20  that correct?
21      A   Yes.
22      Q   Okay.  And so after the issue of district-based
23  elections had come up before -- or you had a conversation with
24  Ms. Tieben about it in February of 2018, the issue then also came
25  up in February of 2019; is that right?

**Page 61**

1      A   Well, I think it probably ran together, you know,
2  because it's November to February.  So, it probably just took
3  that long to get some of the information together.
4      Q   And so about then how many months was the issue of
5  district-based elections, to your knowledge, while you were city
6  clerk during this time period, talked about?
7      A   Well, based upon the e-mails, I would say three months,
8  but that's just because I've been shown the e-mails.  I wouldn't
9  have recalled the dates.
10      Q   Do you have any reason to believe that the -- the
11  e-mails are incorrect, Ms. Pogue?
12      A   No.
13      Q   Okay.  I'm just making sure.  That's the only reason I
14  ask.
15      A   Yeah, no.
16      Q   So, I just want to ask, why did you say wow
17  or -- if you remember, it's wow, exclamation mark, on February
18  26th, 2019, in response to this e-mail thread?
19      A   I don't recall why I would have said that.  I was
20  just -- we just have a lot of stuff to do, I guess.  And so it
21  was just like wow.  I don't know.  I -- I can't tell you what I
22  was thinking at the time.
23      Q   Okay.  And then Ms. Tieben told you -- she said that's
24  an understatement.  And then I think she also mentioned someone
25  name Bill Hammond and Terry Malone; is that correct?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023
Pages 62..65

**Page 62**

1    A    Yes.
2    Q    Who's Bill Hammond?
3    A    He was the CFO at -- for the school district in Dodge
4    City.
5    Q    And who is Mr. Terry Malone?
6    A    Terry Malone was -- he served in a different capacity.
7    Mostly as a prosecuting attorney for the city.  And he was -- and
8    I don't know if he was doing this at this time, but he also --
9    he's a local attorney.  And he had been involved with the city
10   on -- in that capacity, you know, as prosecuting attorney and
11   things like that for -- for several years.
12   Q    Okay.  And Ms. Tieben writes:  Of course this is
13   spurred by Bill Hammond and Terry Malone too.  Do you know what
14   that means or why she was saying that to you?
15        MS. STULA:  Object to form.
16   Q    (By Ms. Waknin)  Let me rephrase.  Do you know why Ms.
17   Tieben stated to you "of course this is spurred by Bill Hammond
18   and Terry Malone too?"
19   A    I don't know.
20   Q    Was there -- at this time -- at this period of time, to
21   your knowledge, any issues with respect to Mr. Hammond and -- and
22   the city?
23        MS. STULA:  Object to form.
24   A    I don't think there was any specific issues.
25   Q    (By Ms. Waknin)  Well, do you -- do you mind -- you

**Page 63**

1    know, and of -- I just -- I guess I'm just trying to wrap my head
2    around -- around this.  You know, I'm not familiar with
3    Mr. Hammond or Mr. Malone.  Ms. Tieben writes in this e-mail,
4    people that are led by ide -- ideology and not common sense
5    frustrate me.  Of course this is spurred by Bill Hammond and
6    Terry Malone too.  Was there, to your knowledge, any ill blood
7    between the two of them or like -- do you know why this -- why
8    she would say something like this to you in particular?
9    A    Not specifically, just -- just sometimes people ask.
10   You know, you have so much to do, so much things on your plate,
11   and it just -- they have a lot of asks.  And it feels like
12   sometimes you're just chasing -- chasing rabbits and -- but --
13   but I don't know if that's why she said it.  But sometimes it
14   just feels like you're just doing things to do things.  But
15   I -- I don't know -- I mean, I can't say to -- to why she said
16   that.  But I don't think there was any bad blood.  You know, I
17   just know how people get frustrated sometimes with -- you know,
18   it's like this just doesn't end, you know.
19   Q    I could imagine.  And I'm sure also during this time
20   period you all might have been getting a lot of vitriol for the
21   2018 polling place location issue was maybe -- is that correct?
22   A    Well, that was -- that was not fun, no.  It wasn't fun
23   at all.
24   Q    No.  Yeah, I could imagine that was not fun.  Is Bill
25   Hammond, to your knowledge, active in Dodge City politics?

**Page 64**

1    A    He was, I think, at the time.
2    Q    And, to your knowledge, had Bill --
3    A    He moved.  He's -- he's not here anymore.  He retired
4    and moved.
5    Q    To your knowledge, had you -- had -- had Bill Hammond
6    brought up the issue of district-based elections before the city
7    of Dodge City?
8    A    Not -- not to my knowledge.
9    Q    After receiving that e-mail from Ms. Tieben, did you
10   take any steps to -- well, what -- what did you do after getting
11   that -- after receiving that February e-mail from Ms. Tieben?
12   A    If I had completed the document by then, I don't think
13   I took any steps.  I'm not sure when I gave her the document.
14   I -- I mean, I just don't know at what point in time I gave that
15   to her, if it was after that or if it was before that.
16   Q    And I'm going to show you a document that is -- says
17   dodge_city_0003628.  And this was produced by the city of Dodge
18   City in response to this litigation.
19        Ms. Pogue, you keep referring to a document that you
20   created or you researched and put together and provided to folks
21   in the city of Dodge City?
22   A    Yes.
23   Q    Is this the doc -- is this the document that you're
24   referring to?
25   A    Yes.

**Page 65**

1        MS. STULA:  Object to form.
2    Q    (By Ms. Waknin)  I'm going to scroll through the
3    document to make sure that it's complete.  Does this look like
4    the complete document?
5    A    Yes.
6    Q    Can you tell me how you went about researching the
7    information that you've included in this document?
8    A    Well, the first part there, information regarding
9    cities in Kansas and form of government, I got that from the
10   League of Kansas Municipalities or probably a combination of
11   calling or looking on their Facebook pages as well or -- or their
12   web -- not Facebook, web -- websites.  Because a lot of that
13   information is in their websites.  But also I got some of it from
14   the League.
15   Q    Do you know what you got from websites and what you got
16   from the League?
17   A    On this part of it, no.  I can't tell you specifically,
18   but I -- I think I did -- did -- was able to find some
19   information on their websites.
20   Q    And then in addition to the section that says
21   information regarding cities in Kansas and form of government,
22   there is a section that says "elections since 2000"; is that
23   correct?
24   A    Yes.
25   Q    Why did you include information on elections in

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                    Pages 66..69

Page 66

1    2000 -- since 2000? Apologies.
2        A    I -- because the -- just to show the number of
3    candidates probably and who all -- who all had applied to be city
4    commissioners. Because I think that was pertinent information.
5        Q    Why was that pertinent information?
6        A    Let me read this. I mean, just showing the number of
7    people that are interested in the positions and who they were or
8    what their names were.
9        Q    And the elections that you're referring to in this
10   section are -- are -- what elections are those?
11       A    City commission elections.
12       Q    Are there any candidates from this list of candidates
13   that are currently on the Dodge City Commission that you know
14   of?
15       A    Kent Smoll, Rick Sowers. I think those are the only
16   ones.
17       Q    When you were researching this list, were there many
18   candidates that you saw? Or did -- strike that. When -- when
19   you were researching this list, did you -- how many candidates
20   did you see ran for city commission that had Hispanic surnames?
21            MS. STULA: Object to form.
22            THE DEPONENT: Well, does that mean I can
23        go ahead and answer?
24            MS. STULA: You can answer. If you
25        know --

Page 67

1        A    Liliana Zuniga, Jose Vargas. That's the only two that
2    I see.
3        Q    (By Ms. Waknin) So, two out of how many candidates, do
4    you think?
5        A    I don't know. I'd have to count them.
6        Q    I'm not going to ask you to count them. Don't worry,
7    Ms. Pogue. But --
8        A    Okay. I --
9        Q    -- is it fair to say two candidates out of this
10   election -- two -- two candidates who have Hispanic surnames out
11   of this list of candidates who run out of maybe, let's say...
12   Well, it's hard. There's a lot.
13       A    Yeah. Maybe 20 or 25.
14       Q    Okay. And then do you mind -- there's a section that
15   says information on statutes and redistricting from the League of
16   Municipalities; is that correct?
17       A    Yes.
18       Q    What is this information that you received?
19       A    This information is from the League of Kansas
20   Municipalities. That they provided to me outlining what -- what
21   the city would need to do if they were to go this way -- if they
22   were to go to districts and just some of the information about
23   racial makeup of Dodge City and -- and some of the -- maybe some
24   of the information about maybe how to go about it, I guess, or
25   some of the -- the concerns if we were to -- to go that way, how

Page 68

1    we would...
2        Q    Yeah. And then it -- I knew the Kansas -- did the
3    Kansas League of Municipalities provide you information on
4    Section 2 of the Voting Rights Act?
5        A    I don't recall them doing that, but I may have looked
6    it up myself. But I don't -- I don't recall.
7        Q    So, in this section that says information on statutes
8    and redistricting from the League of Municipalities, there is a
9    line that says Section 2 of the Voting Rights Act deals with this
10   issue, referring to districts adopted. Do you see that?
11       A    Yes.
12       Q    Okay. So did you read the information that the -- that
13   was provided to you by the Kansas League of Municipalities?
14       A    Yes.
15       Q    What did you think of the information that was provided
16   to you by the Kansas League of Municipalities?
17       A    What did I think of the information? I -- I thought it
18   was very valid based upon anything that they had -- had looked at
19   or researched in the past.
20       Q    I think that the Kansas League of Municipalities, they
21   wrote, Dodge City would need to be careful to not dilute the
22   voting power of Hispanic and Latino voters in any map adopted.
23   Is that correct?
24       A    Yes.
25       Q    Okay. So what did you understand that to mean -- that

Page 69

1    sentence to mean?
2        A    That if they'd redistrict, they'd have to be really
3    careful of how they did it.
4        Q    Prior to this information by the Kansas League of
5    Municipalities in 2019, had you heard from anyone while you were
6    serving as the -- in your role as an employee of the Dodge -- of
7    Dodge City about minority vote dilution or the dilution of voting
8    power of Hispanics or Latinos?
9        A    Just in the '18 election, when -- when they were being
10   accused of suppressing the vote. When the county was.
11       Q    Did you share -- I'm going to stop sharing my screen
12   with you. Did you share the information that the Kansas League
13   of Municipalities provided to you, that you included in your
14   memorandum on Section 2 of the Voting Rights Act, to anyone in
15   the city?
16       A    Cherise Tieben.
17       Q    Anyone else?
18       A    Not that I recall.
19       Q    After -- was the issue of district-based elections for
20   the city of Dodge City discussed at any Dodge City Commission
21   meetings that you attended?
22       A    Not that I recall.
23       Q    Is it the case that you cannot recall that issue being
24   brought up or that you don't believe that issue had ever been
25   brought up in a Dodge City Commission meeting?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 70..73

**Page 70**

1    A    I said I don't recall.

2    Q    Okay.  Besides Ms. Tieben, had you spoken during your

3    time as -- as an employee of the city of Dodge City spoken with

4    anyone about the transit -- a possible transition for Dodge City

5    to move from at-large to district-based election?

6    A    Not any more than we talked about before with Sharon

7    Siebel.

8    Q    Were you contacted by the city of Dodge City in

9    response to this lawsuit?

10    A    The only contact I had that I recall was from Cherise,

11    asking me about the document and just letting me know that

12    they -- they had the suit filed against them.

13    Q    Do you think that the issue -- like personally, do you

14    think that the -- well, strike that.  What do you understand this

15    incident litigation to be about?

16    A    I guess it's about that whoever filed this suit feels

17    like the Hispanic population would have more say in local

18    government if it was voted in by districts but...

19    Q    Do you have any opinions on that issue?

20        MS. STULA:  Object to form.

21    A    Yes.

22    Q    (By Ms. Waknin)  What are your opinions on the issue

23    of -- or what are your opinions on district-based elections?

24    A    I don't think that they would get enough people to run.

25    I think there -- there'd be a lot of -- nobody'd run you, you know,

**Page 71**

1    because it's not exactly a -- you don't exactly make friends when

2    you get -- you know, people don't like you anymore when you're a

3    city commissioner.  Not everybody, but, you know, you just get a

4    lot of -- a lot of, I don't know, discontent.  You know, that's

5    the people you hear from is -- is discontent.  And I -- I

6    personally feel like that -- that the city -- city commission,

7    over the years, has represented all areas.  I don't -- I don't

8    see where there's been a problem where -- when -- where any --

9    anybody's been really left out in -- in the decisions that

10    they've made.

11    Q    When you said, I don't think they'll get anyone to

12    run or -- and I -- I might be paraphrasing you.  So apologies.

13    Are you -- is the "they" you're referring to Hispanic voters?

14    A    Anybody.  I mean, I think they have -- you know, it's

15    picked up maybe in the last few years where people are more

16    willing to run, but I think for a lot of years just people aren't

17    willing to run.

18    Q    Do you think that's why people aren't willing to run?

19    And what I'm asking is personal thoughts on why people aren't

20    willing to run for Dodge City Commission.

21    A    What kind of people?  Did you say all people?

22    Q    Oh.  Yeah, I'm just saying all people.  Like do you

23    have any thoughts on why folks, you know, might not want to run

24    for Dodge City Commission?

25    A    Well, I think if you vote wrong, they -- they -- they

**Page 72**

1    come down -- people will come down -- not everybody, but every

2    once in a while you'll get a lot of slack from the community.

3    And you listen to people, and they can be very hateful, you know,

4    if you don't go on their side.

5        MS. WAKNIN:  Ms. Stula, do you mind if we

6    take a ten-minute break?

7        MS. STULA:  That's just fine.

8        MS. WAKNIN:  Okay.  Can we please go off

9    the record?

10        (Off-the-record discussion.)

11        VIDEOGRAPHER:  The time is 12:10 p.m.

12    We're now off the record.

13        (Recess taken.)

14        VIDEOGRAPHER:  The is the beginning of

15    media three.  The time is 12:20 p.m.  We're back

16    on the record.

17    Q    (By Ms. Waknin)  Ms. Pogue, I'm just going to ask you

18    about another document.  It's labeled dodge_city_000583.  Why

19    don't you take a second to read the document.

20    A    Okay.

21    Q    To your knowledge, do you know why Ms. Cox was asking

22    you about what year Luis Sanchez was on the city commission?

23        MS. STULA:  Object to form.

24    A    I don't know why she was, yeah.  I don't know why she

25    was.

**Page 73**

1    Q    (By Ms. Waknin)  Okay.  Do you know Mr. Sanchez?

2    A    Yes.

3    Q    How do you know Mr. Sanchez?

4    A    Because he was the city commissioner.  It was -- gosh,

5    I'm going to say it's back in the '80s.  It was a long, long time

6    ago.

7    Q    Do you personally know Mr. Sanchez?

8    A    Well, he's -- he's gone now.

9    Q    Oh.

10    A    He --

11    Q    Apologies.

12    A    Yeah.  Him and his family -- I don't know him well.

13    Not -- just -- you know, besides working on the city commission.

14    Him and his family go to the same church I do but -- you know, so

15    I'd see him there.  But I -- you know, beyond that, I don't know

16    him well.

17    Q    Yeah, I just -- I just wanted to ask if you knew

18    why she was -- or why Ms. Cox was asking you about Mr. Sanchez.

19        MS. STULA:  Object to form.

20    Q    (By Ms. Waknin)  Ms. Pogue, do you know anyone by the

21    name of Alejandro Rangel-Lopez?

22    A    Just by name.

23    Q    What do you know about this individual?

24    A    He was the one that -- that -- I don't know if it was

25    in a lawsuit or if it was just a civil action, but he was the one

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                                    Pages 74..77

Page 74

1   that filed against the county back in the 2018 election.  And he
2   also graduated the same year my granddaughter did at the high
3   school when he gave a speech during graduation.
4       Q      Was it a good speech?
5       A      I guess it's what you call good.  It was okay.
6       Q      Do you have any opinions about Mr. Rangel-Lopez?
7       A      No.
8       Q      Do you know an individual named Miguel Coca?
9       A      No.
10      Q      Have you had any meetings regarding this litigation
11   that we have not discussed?
12      A      No.
13      Q      Have you been asked to testify at trial in this
14   litigation?
15      A      No.
16      Q      Are you available at the end of -- strike that.  Do you
17   have any vacations planned currently between the end of February
18   and early March?
19      A      Not currently.
20      Q      Ms. Pogue, do you find the issues in this litigation to
21   be important?
22             MS. STULA:  Object to form.
23      Q      (By Ms. Waknin)  You can answer.
24      A      I don't know.
25             MS. WAKNIN:  Okay.  I pass the witness.

Page 75

1              MS. STULA:  Okay.  Ms. Sonni, I won't take
2         too long either.
3                       CROSS-EXAMINATION
4    BY MS. STULA:
5       Q      Ms. Pogue, isn't it true that the e-mails I showed you
6    in this case were all produced to the other side?
7       A      Yes.
8       Q      You mentioned that you worked at the election as an
9    election worker back in about 2020, 2022, correct?
10      A      Yes.
11      Q      When you were working as an election worker, did you
12   ever notice any kind of voter intimidation tactics?
13      A      No.
14      Q      Did you ever notice someone try -- or anyone trying to
15   keep Hispanic individuals out of the polling location?
16      A      No.
17      Q      Do you have any -- based on your time as an election
18   worker, do you have any views about Hispanic turnout for
19   elections?
20      A      I would -- I would say it's probably not as high
21   as -- as the -- like the percentage-wise, you know, the -- I
22   don't know what the census says, but I know that there's probably
23   more Hispanics than there are Caucasians.  And I don't think that
24   turnout is -- that's not the way it reflects in the turnout.
25      Q      And then turning to the -- well, I'll pull up the

Page 76

1    election document here that opposing counsel was questioning you
2    about.  Just a moment.  Okay.  And I'll scroll up to the top.
3    Can you see my screen?
4       A      Yes.
5       Q      Okay.  Is this -- and I'll scroll through it so you can
6    see.  But my question for you is, is this the same information
7    regarding elections document that you and opposing counsel
8    discussed?
9       A      Yes.  Yes.
10      Q      Okay.  Same answer?
11      A      Yes.
12      Q      Okay.  And, for the record, the beginning Bates page
13   number is Dodge City 0003628.  I want to ask you a few more
14   questions, Ms. Pogue, about this particular document.  So you --
15      A      Okay.
16      Q      -- stated that you compiled this document; is that
17   correct?
18      A      Yes.
19      Q      And turning to the section -- well, first, the section
20   you discussed with opposing counsel regarding elections since
21   2000.  Do you recall the line of questioning where opposing
22   counsel asked you about Hispanic surnames?
23      A      Yes.
24      Q      Okay.  And, based on your knowledge of living in
25   Dodge comm -- Dodge City for decades now, do you think it's

Page 77

1    accurate to predict someone's ethnicity by their last name?
2       A      No.  I don't -- I do not.
3       Q      Do you think it's accurate to predict someone's
4    ethnicity in Dodge City based on a Hispanic-sounding last name?
5       A      No.
6       Q      Do you think it's accurate to predict someone's ethnic
7    identity based on a Hispanic surname in Dodge City?
8       A      No, I do not.
9       Q      Why not?
10      A      I personally know people that are Caucasians with
11   Hispanic names.  And I know quite a few of them.  And I think
12   there's a lot of, again, mixed race, if you will.  And so people
13   marry into the Hispanic surname families and they're -- they're
14   Caucasian.  I know -- and I know several people like that.
15      Q      And moving on down to this section that says
16   information on statutes and redistricting from the League of
17   Kansas -- or League of Municipalities, do you see that -- that
18   title?
19      A      Yes.
20      Q      And I'd like to clarify.  The entire section under
21   "information on statutes and redistricting from the League of
22   Municipalities," was this entire section provided by the League
23   of Municipalities?
24      A      Yes.
25      Q      Do you recall whether this section was provided by an

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**

Nannette Pogue on 07/27/2023                                    Pages 78..81

```
1   extern from the League of Kansas Municipalities?
2        A    I -- I recall that just because you showed me a -- an
3   e-mail yesterday that said that's where it came from was he
4   prepared it.  And it came from -- I think Eric Smith is the one
5   that sent it to me.  But he specifically said it was from an
6   extern.  The information was from something that they had
7   compiled.
8        Q    Okay.  But you personally recall that -- the sentence
9   says underneath the subtitle "information on statutes and
10  redistricting from the League of Municipalities" did come from
11  the League of Kansas Municipalities; is that right?
12       A    Yes.  Everything except when you get down to the very
13  last sentence about school districts.  That was probably my
14  wording.
15       Q    Okay.  So when you're -- oh, go ahead.
16       A    Right there, yeah, where your cursor is.
17       Q    Okay.
18       A    That was probably mine.  But everything above that --
19  below the -- the title was from -- directly from the League of
20  Municipalities.
21       Q    Okay.  To confirm, the sentence that I believe you're
22  pointing to reads:  I wasn't able to find any other information
23  regarding the school districts and what kind of problems they may
24  have run into when they had voting districts.  Is that the
25  correct sentence you're looking at?
```

```
1        A    Yes.
2        Q    So that's the sentence that you believe you wrote
3   yourself?
4        A    Yes.
5        Q    But the other paragraphs underneath the subtitle
6   "information on statutes and redistricting from the League of
7   Municipalities" came directly from the League of Kansas
8   Municipalities?
9        A    Yes.
10       Q    Is that right?
11       A    Yes, that's right.
12       Q    Is it fair to say that the conclusions in this section
13  on information on statutes and redistricting from the League of
14  Municipalities are the conclusions of the League of Kansas
15  Municipalities?
16       A    Yes.
17       Q    And, Ms. Pogue, this might sound like a funny question,
18  but are you an attorney?
19       A    No.
20       Q    And so for -- for this analysis where -- where this
21  document talks about conditions under Thornburg vs. Gingles, do
22  you see that?
23       A    Yes.
24       Q    Does this present your legal analysis?
25       A    No.
```

```
1        Q    Have you had the -- have you had the opportunity to
2   legally analyze Thornburg vs. Gingles?
3        A    No.
4        Q    Have you legally analyzed the test for Thornburg vs.
5   Gingles?
6        A    No.
7        Q    So, to confirm the discussion in this section about
8   Thornburg vs. Gingles came directly from the Kansas League of
9   Municipalities; is that right?
10       A    Yes.
11            MS. STULA:  I have no further questions at
12       this time.
13            MS. WAKNIN:  I actually just had a few
14       questions, and I just had forgotten to ask you.  I
15       just want to make sure for the record.
16                 REDIRECT EXAMINATION
17  BY MS. WAKNIN:
18       Q    Ms. Pogue, was I respectful to you during this
19  deposition?
20       A    Yes.
21       Q    And I just want to make sure that you -- that I was
22  courteous to you as well?
23       A    Yes.
24       Q    And did you tell the truth during this deposition?
25       A    Yes, I did.
```

```
1        Q    I just want to, on the record, say that I thank you for
2   being a public servant.  I know that it can be a very difficult
3   job.  So thank you.
4        A    Thank you.
5            MS. WAKNIN:  No further questions.
6            MS. STULA:  No further questions from me
7       either.  Ms. Pogue, I think you're done for the
8       day.
9            THE DEPONENT:  Oh, great.  Thank you.
10           VIDEOGRAPHER:  The time is 12:33 p.m.
11      We're now off the record.  This is the beginning
12      of media four.  The time's 12:33 p.m.  We're back
13      on the record.
14           MS. WAKNIN:  Are you going to reserve her
15      read and sign, Sarah?
16           MS. STULA:  Oh, I thought Ms. Burby was
17      going to ask.  But, yes, so we -- we will -- we
18      will reserve and read and sign and -- and do that
19      at another time.
20           MS. WAKNIN:  Ms. Burby, I will be ordering
21      a rough of the transcript and then I'll -- besides
22      the rough, I'll just have a regular version.  I
23      would also like a PXT file.
24           MS. STULA:  E-tran.
25           THE VIDEOGRAPHER:  The time is 12:34 p.m.
```

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Nannette Pogue on 07/27/2023**                    **Pages 82..84**

Page 82

1  We're now off the record.
2                    (End of proceedings.)
3                    * * * * *
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 84

1                    CHANGES AND SIGNATURE
2  WITNESS NAME: Nannette Pogue, 07/27/2023
3  PAGE    LINE    CHANGE              REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16    I, Nannette Pogue, have read the foregoing
17 transcript and hereby affix my signature that same is
18 true and correct, except as noted above.
19
20                    _____
21                    Nannette Pogue
22    Sworn to and Subscribed before me
23 _____, Notary Public.
24 This_____day of _____, 20____.
25 My Commission Expires:

Page 83

1
2                    C E R T I F I C A T E
3  STATE OF NEBRASKA    )
                        ) ss
4  COUNTY OF BUFFALO    )
5      I, Doris Burby, General Notary Public in and for the State
6  of Nebraska and Registered Merit Reporter, do hereby certify that
7  the deponent was by me duly sworn or affirmed to testify the
8  truth, the whole truth and nothing but the truth, and that the
9  Zoom deposition as above set forth was reduced to writing by me.
10     That the within and foregoing Zoom deposition was taken by
11 me at the time and place herein specified and in accordance with
12 the within stipulations:  the reading and signing of the witness
13 to her deposition having not been waived.
14     That the foregoing Zoom deposition is a true and accurate
15 reflection of the proceedings taken in the above case.
16     That I am not counsel, attorney or relative of either party
17 or otherwise interested in the event of this suit.
18     IN WITNESS WHEREOF, I have affixed my signature and seal
19 this 8th day of August, 2023.
20     My commission expires June 7, 2026.
21
22     _____
                    Doris Burby
23                  Registered Merit Reporter
                    General Notary Public
24
25

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                    Index: #1400..act

---

**#**

#1400    2:4

---

**0**

0001739    3:8

0001780    3:10

0003628    3:11
   76:13

0003693    3:9

0004127    3:7

000583    3:12

---

**1**

1    3:7

10    41:19

10:00    4:5

11:27    58:5

11:41    58:9

12:10    72:11

12:20    72:15

12:33    81:10,
   12

12:34    81:25

14th    34:20

18    48:20
   50:6 69:9

19    48:21

1980    24:16,
   18

---

1990    24:18

---

**2**

2    3:8 9:21
   68:4,9
   69:14

20    29:2
   32:17
   41:20
   67:13

2000    24:18
   65:22 66:1
   76:21

2010    24:19

2011    55:21

2018    9:16
   10:3
   21:12,13
   50:22
   52:13 53:1
   55:20 56:7
   59:4,12,18
   60:24
   63:21 74:1

2019    24:20,
   21,23
   60:16,25
   61:18 69:5

2020    29:4
   75:9

2021    29:7

2022    75:9

2023    4:4

---

22    29:2,5

25    67:13

25th    60:16

26th    60:16
   61:18

27th    4:4

---

**3**

3    3:9

---

**4**

4    3:2,10

40    15:14
   16:20
   24:14
   25:12 27:5
   47:20

40-year
   47:20

---

**5**

5    3:11

---

**6**

6    3:12

66201    2:9

66210-4041
   2:4

---

**7**

70s    54:19

---

75    3:3

7500    2:4

77    24:17

78    24:17

79    24:17

---

**8**

80    3:4

80s    73:5

---

**9**

90s    5:20

917    2:8

---

**A**

a.m.    4:5
   58:5,9

ability    7:18

accounting
   15:9 18:14

accounts
   18:2

accurate
   77:1,3,6

accused
   69:10

act    5:12
   9:21 35:25
   68:4,9
   69:14

---

action   9:15
  73:25

active   63:25

activist
  35:25

actual   57:13

added   17:11

addition
  53:4 65:20

addressed
  54:6

Adelson   3:7
  43:3
  46:16,25
  47:11

administrative
  17:6

adopted
  68:10,22

advertising
  34:6,7

age   16:2

agency   21:1

agendas   24:2

ahead   66:23
  78:15

Alejandro
  73:21

Alexa   2:14

aligns   39:25

allowed   8:3

allowing
  41:6

ambiguous
  51:24

AMERICAN   2:7

amount   20:24

analysis
  79:20,24

analyze   80:2

analyzed
  80:4

answers   6:19

anybody's
  71:9

anymore
  20:10
  28:19 56:2
  64:3 71:2

apologies
  8:19 59:23
  66:1 71:12
  73:11

apologize
  26:7 48:23

application
  20:22

applications
  20:21,23

applied   17:9
  66:3

appreciated
  25:9

April   33:22,
  25

archives
  20:6

area   26:18,
  20

areas   34:22
  71:7

artfully   7:3
  32:7

asks   63:11

assist   51:10

assistant
  17:6

assumed   34:5

assuming
  56:25

at-large
  70:5

attend   36:11

attended
  36:12
  37:19
  69:21

attention
  25:19,20
  26:14
  29:17
  44:25

attorney
  4:16 5:5
  6:8,12
  9:1,2

10:21
  11:25
  17:19,23
  62:7,9,10
  79:18

attorney-
client   6:14

audit   18:5

Avenue   34:21

aware   19:6
  26:8

B

back   9:15
  12:14 14:1
  15:10
  17:8,15
  18:9 25:12
  36:9 39:12
  42:9 50:6
  54:19 55:1
  57:6,14
  58:9 72:15
  73:5 74:1
  75:9 81:12

background
  15:2 19:6

bad   63:16

ballot   28:7
  54:24

ballots
  28:14
  32:12

barely   41:25

based   61:7
  68:18
  75:17
  76:24
  77:4,7

basically
  28:7

Bates   76:12

bear   48:24

beginning
  4:1 48:21
  58:8 72:14
  76:12
  81:11

behalf   4:14,
  17 36:17

big   28:20

bilingual
  13:19
  29:25
  30:10

Bill   61:25
  62:2,13,17
  63:5,24
  64:2,5

billing
  18:6,8

bit   13:9
  14:2 15:2,
  3 16:9
  24:12 26:7
  40:13 41:6

blood   63:6,
  16

board   38:18

Bob   36:15

body   10:13,
  14

Boulevard
  2:4 34:23

box   2:8
  28:14

Brad   2:15

brain   8:16

breacher
  25:4

break   7:24
  8:1,2
  11:23,25
  40:6 57:24
  58:22 72:6

breaks   7:21,
  23

Brett   2:8

briefly
  58:23

bring   11:1
  44:2

bringing
  44:3

brought
  44:20,25
  45:8,22,24
  54:7 55:21
  59:9 64:6
  69:24,25

Bruce   3:7
  43:3 46:15
  47:11

budget   18:4

Burby   2:23
  4:7 81:16,
  20

busy   30:7

_____

C

cabinets
  22:2

Caleb   2:15

call   26:5
  28:18
  36:10 74:5

called   17:7

calling
  65:11

Cameron   2:14

campaign
  37:7

campaigning
  34:7

candidate
  36:6 39:14

candidates
  36:9,12,
  19,21
  37:4,7,9,
  24 38:1,9,
  16,17,22,
  23 39:4

40:2 66:3,
  12,18,19
  67:3,9,10,
  11

capacities
  15:14
  30:23

capacity
  62:6,10

card   28:11,
  12

cards   21:2

career
  16:23,24
  47:20

careful
  68:21 69:3

case   5:6
  7:4 41:21
  43:21
  69:23 75:6

Caucasian
  77:14

Caucasians
  75:23
  77:10

census
  14:17,23,
  24 27:11
  75:22

Center   28:18
  29:20

Central
  34:21

centrally
  22:4

CFO    62:3

chain   49:24
  60:19

chairman
  56:17

Chamber
  31:1,2,5,
  17

chances
  47:25

changed   20:4
  27:6,9

changing
  20:3 55:14

charged
  46:24,25

chasing
  63:12

Cherise   3:8,
  9  13:7
  15:24
  21:24
  22:24 48:7
  49:20,24
  56:23
  57:19
  60:13
  69:16
  70:10

Cherise's
  21:24

childhood
  15:24

Chuck   39:16

church   25:22
  73:14

cities
  13:11,14
  23:14,16,
  18 33:17
  55:7,9,10
  65:9,21

citizen
  31:13
  52:22

citizens
  54:22

city   2:10
  3:11,12
  4:3,4
  5:13,15
  9:17,25
  10:1,15
  11:9 12:7,
  14,15,16
  13:7 15:4,
  5,8,12,14
  16:5,10,
  11,19,20
  17:3,5,7,
  11,14,16,
  19,21,22,
  25 18:16,
  17,20,22,
  25 19:1,3,
  5,8,11,12,
  13,22

20:16,19,
  21 21:11,
  12,23,25
  22:3,4,9,
  10,11
  23:4,24
  24:13,14,
  18 25:4,
  14,15,18
  26:1,21,
  22,23 27:6
  30:23
  31:2,6,13,
  14,15,16,
  20 32:4,5,
  8,22,23
  33:3,9,24
  35:9,14
  36:19,20
  37:9,23
  38:1,15,
  17,21,23
  39:1 40:3,
  17,20
  42:18 43:7
  44:1,14,
  15,16,25
  46:11
  47:1,10,11
  48:4,9,15
  49:4 52:8,
  9,12 53:6,
  9 54:16
  56:11,14,
  25 57:19,
  20,21
  58:13,16
  59:5,6,13,

14,17 61:5
  62:4,7,9,
  22 63:25
  64:6,7,17,
  18,21
  66:3,11,
  13,20
  67:21,23
  68:21
  69:7,15,
  20,25
  70:3,4,8
  71:3,6,20,
  24 72:22
  73:4,13
  76:13,25
  77:4,7

city's   17:23

Civic   28:18
  29:20

civil   2:7
  73:25

clarification
  14:9 52:3

clarify   7:4,
  5 41:5
  77:20

clear   6:19
  40:23

cleared   52:2

clerk   13:17
  17:11,14
  18:16,17,
  22 19:22
  22:9 23:24

26:21
40:15,17,
18,20,21
41:13
48:4,15
56:2 59:6
61:6

clerk's
18:20

close   15:7
41:3

closure   10:3

Club   37:15

Coca   4:3
74:8

coin   31:25
32:13,15

college   2:4
15:8,13,
18,24

Columbus
28:19,21
29:21

Comanche
34:23

combination
65:10

comm   76:25

comments
39:6

Commerce
31:1,3,5

commission

10:15 11:9
18:18,25
19:2,5,13
20:22
31:21
32:5,8,24
33:3,9
37:9,23
38:1,15,
17,18,22,
23 40:3
66:11,13,
20 69:20,
25 71:6,
20,24
72:22
73:13

commissioner
32:22 39:1
52:21 71:3
73:4

commissioners
54:25 66:4

common   63:4

community
17:2
18:22,23
30:24 72:2

compile
55:10

compiled
55:18
76:16 78:7

complete
65:3,4

completed
59:19,20
64:12

completely
16:14 21:7

Compliance
46:8,16

con   54:17

concerns
67:25

conclusions
79:12,14

conditions
79:21

confirm
78:21 80:7

confusing
7:3

cons   50:12

considers
14:11

consists
26:19

consultant
43:14
45:21

consultants
43:6,11,12
45:16,23,
25

Consulting
46:8,16

contact   41:3
55:20 56:1
70:10

contacted
26:22 27:2
53:1,4
55:5 70:8

contacting
27:24

contention
34:15

contents   9:1

contested
31:20,23
32:1

context
13:23
48:15

continue
59:16

continued
15:13

control
23:14

conversation
3:9 7:11,
12 12:24,
25 13:2,24
41:19
42:17
43:10 44:7
56:4,5,17,
21 58:24
59:2 60:23

conversations
9:2 13:21
26:25
40:19
41:20
42:5,10,
13,15,25
43:21,22,
23 44:14,
19 50:22

Coral 30:13,
15,17

Coral's
30:14

correct 7:15
10:21,22
16:20,21
27:16
35:23
37:24
40:21
42:11
48:16,17
49:25
50:15
51:13,14,
15 52:25
53:6,25
57:1 59:6,
7 60:16,20
61:25
63:21
65:23
67:16
68:23 75:9
76:17
78:25

correcting
7:17 54:1

correctly
10:3 44:8
52:24

counsel 4:9
57:21
76:1,7,20,
22

count 67:5,6

country
14:13

county 13:17
20:19,23
28:21,23
35:11,12
38:17
40:15,18,
21 41:8,
13,23
56:2,16
57:11
69:10 74:1

couple 11:7

court 4:7,10
6:5 8:2
18:11

courteous
80:22

courthouse
28:22,23

cousin 15:25

Cox 3:12
26:25 28:1

72:21
73:18

created
21:12,13
64:20

Cross-
examination
3:3 75:3

current
12:13,15

cursor 78:16

D

dad's 15:5,
24,25

date 4:4
60:15

dates 61:9

day 11:8
38:14
56:15 81:8

de 50:14

deals 68:9

Debbie 26:25
28:1

debt 18:3,4

decades
76:25

decide 32:8
54:21,22

decided 20:6

decision-maker

27:4

decisions
71:9

defendants
2:2 4:17
49:4

definition
14:18

degree 15:9
18:14

Democrat
37:2,5,12,
14

Democratic
37:13

demographics
27:6,9

Department
41:8,15
42:10,17
43:22
45:12

DEPONENT
40:9 58:3
66:22 81:9

deposed 5:7,
10,14,24
12:6

deposition
4:2 5:18
6:2,4,18
7:21 8:7,
22 9:9
10:24 11:1

12:19
14:3,5
21:9 41:21
47:10
58:12
59:25
80:19,24

Depot    25:6

describing
60:10

designates
14:24

desire
50:14,18
53:17,24
54:3,4

destroyed
22:11

detail    12:9
44:11

details
13:21,24
42:14,16
45:9 56:22

development
17:2

difference
16:3

difficult
81:2

dilute    68:21

dilution
69:7

direct    3:2
4:22 18:1

directly
78:19 79:7
80:8

director
17:9,10,
12,14,25
18:1,10
51:6

discontent
71:4,5

discussed
12:9,10
69:20
74:11
76:8,20

discussion
9:24 40:11
59:3 72:10
80:7

discussions
40:16

dispute
46:22

disrict-based
43:24

district
12:20 13:3
23:21 46:5
54:3 55:21
62:3

district-based
23:22

44:12,13,
15 45:1
46:1 48:3,
14 50:23
51:2,17
52:8,12
53:2,5,9
54:15 56:6
59:4,13,17
60:22 61:5
64:6 69:19
70:5,23

districting
51:18

districts
9:17,24
10:1
13:16,23
23:1,7,17
26:15
50:12,14,
18 51:14,
16 53:18,
24 57:1,9
67:22
68:10
70:18
78:13,23,
24

doc    64:23

document
9:16,25
19:23
22:11,21,
25 23:9,19
39:17,18
46:10,13,

15 48:22
49:2 53:13
54:14
56:10
59:19,20,
23,25
60:2,7,11
64:12,13,
16,19,23
65:3,4,7
70:11
72:18,19
76:1,7,14,
16 79:21

documents
9:9,12,20
10:3,6
11:1 22:23
23:6,21
48:24

Dod    21:11

Dodge    2:10
4:4 5:13
9:17 10:1,
15 12:16
15:4,5,8,
12,14
16:11,19
17:16,19,
22,25
19:3,22
20:16
21:12,23
22:9,11
24:14
25:4,14,15
26:22 27:6

31:2,6,13,
15,20 32:5
33:9,24
35:14
36:18,20
42:18 43:7
44:1,14,
15,25
46:11
47:1,10,11
48:4,9,15
49:4 52:9,
12 53:6,9
54:16
56:11,25
58:15
59:5,14,17
62:3 63:25
64:7,17,21
66:13
67:23
68:21
69:6,7,20,
25 70:3,4,
8 71:20,24
76:13,25
77:4,7

dodge_city_
0001739   49:3

dodge_city_
0001780   60:3

dodge_city_
0003628
  64:17

dodge_city_
0003693
  56:10

dodge_city_
0004127
  46:11

dodge_city_
000583   72:18

Doris   2:23
  4:7

Downtown
  58:15

Doyle   36:15

duly   4:19

duties
  17:11,14
  18:16
  47:16

─────────────
           E
─────────────

e-mail   3:8,
  10 49:7,8,
  14,15,18,
  23 50:3
  52:18
  60:15,19
  61:18 63:3
  64:9,11
  78:3

e-mails   9:13
  60:19
  61:7,8,11
  75:5

E-TRAN   81:24

e-voting
  50:14

earlier

12:13,18
59:25

early   5:20
22:24
28:5,9,24
29:13,15
74:18

Earp   34:23,
25

easier   26:2,
4

elect   33:9

election
  9:15 12:20
  13:18
  26:11,16
  27:15,18,
  22,23
  28:3,11,17
  29:1,6,23
  32:9,15
  33:21 34:9
  38:2,8
  39:3 40:3
  41:23
  42:3,6
  43:24
  44:15 48:3
  50:23
  51:2,18
  54:15,19
  57:9
  59:17,24
  67:10 69:9
  70:5 74:1
  75:8,9,11,

17 76:1

elections
  13:18
  20:19,20
  23:17,22
  29:1,21,24
  31:20,22
  32:5
  33:10,25
  34:1
  35:10,11,
  13 37:3
  38:13
  41:9,23
  42:18 43:7
  44:13 45:1
  46:2,5
  47:11
  48:14
  51:17
  52:8,12
  53:2,5,9
  56:6 59:5,
  13 60:23
  61:5 64:6
  65:22,25
  66:9,10,11
  69:19
  70:23
  75:19
  76:7,20

eligible
  28:8

else's   33:21

employed
  5:13 13:6
  17:16

employee
  17:22 69:6
  70:3

end  48:20
  63:18
  74:16,17

ending  29:9

enter  56:3

entire  60:19
  77:20,22

entirety
  50:2

Eric  78:4

Erik  3:8
  49:24 53:5

et al  4:3

ethnic  77:6

ethnically
  14:19

ethnicity
  77:1,4

even-year
  33:10

exact  5:19

Examination
  3:2,4 4:22
  80:16

excessive
  7:23

exclamation
  61:17

excuse  48:13

Exhibit  3:7,
  8,9,10,11,
  12

EXHIBITS  3:6

existed
  31:17

explain
  17:24 28:3
  29:24 38:7

explained
  8:6

extern  78:1,
  6


                F


Facebook
  37:18
  65:11,12

facility
  25:7

fair  5:12
  7:8,19
  29:13 67:9
  79:12

fairly  32:12

familiar
  20:15
  21:13
  35:14
  41:24
  43:9,14,15
  63:2

families
  77:13

family  15:5,
  6 73:12,14

fast  48:24

February
  60:16,24,
  25 61:2,17
  64:11
  74:17

federal
  41:22 42:6
  46:7,16

feel  24:11
  71:6

feels  63:11,
  14 70:16

felt  55:6

Fernando
  32:19

file  18:19
  20:15,20
  21:5,10,
  12,18,21,
  22 23:4
  81:23

filed  12:8,
  12,20
  20:21
  57:14
  70:12,16
  74:1

files  21:8
  22:4,11,
  14,15,19

filing  18:18

22:2

fill  21:3

finance
  17:9,10,
  12,14,25
  18:1,10,11
  51:6

financial
  18:5,6

find  22:14
  26:5
  47:21,22
  53:8,12
  54:18
  65:18
  74:20
  78:22

fine  72:7

finish  6:7

firm  17:19
  57:21

five-minute
  40:6

flip  31:25
  32:13

flipped
  32:15

flyer  38:7

flyers  38:6,
  13

folks  10:20
  14:18
  24:25

33:25
38:23
43:19
56:18
64:20
71:23

follow  19:16

force  56:25

Ford  41:8,
  23

forget  6:21

forgive
  24:11

forgotten
  80:14

form  13:4,8
  20:17
  21:15
  23:13,18
  28:20 33:4
  34:2 36:23
  44:21 45:2
  46:3 47:14
  48:5 50:4,
  19 51:3,
  20,21
  52:14
  53:19
  54:11
  55:1,11,
  15,24 57:2
  62:15,23
  65:1,9,21
  66:21
  70:20

72:23
73:19
74:22

forms  13:13

Forty  25:10

forum  39:15

forums  39:3

forward
  60:12

forwarded
  49:25
  60:19

Foulston  2:3
  4:16 17:19

friends
  40:24
  41:2,3
  71:1

front  8:8
  11:4

frustrate
  63:5

frustrated
  63:17

full  4:24
  15:10 17:4
  24:16

fun  63:22,
  24

functions
  8:17

funny  79:17

**G**

gave  55:19
  64:13,14
  74:3

gen  28:10

general
  12:11
  19:12,14
  21:20 22:2
  26:25
  28:6,11
  29:21,24
  33:21
  44:10

generally
  12:8 13:12
  25:15 34:1
  43:23,25
  44:2,10
  45:5,6
  54:19

generals
  29:2

geographical
  26:18,20

Gerardo
  32:19

Gingles
  79:21
  80:2,5,8

girl  30:9

give  6:19
  19:11

28:7,12
36:6

giving  8:9

Global  2:23
  4:8

good  6:2
  10:17
  57:24
  74:4,5

Goodnight
  56:16

gosh  25:13
  73:4

govern
  54:21,22

governing
  10:13,14
  54:25

government
  13:8
  23:13,18
  55:1,11
  65:9,21
  70:18

government's
  55:15

governments
  13:13

graduate
  15:10

graduated
  15:7,9
  74:2

graduation
  74:3

grandchildren
  15:16

granddaughter
  74:2

great  81:9

grew  15:4

ground  6:1

group  31:11,
  17 37:5,21

guess  14:13
  34:5 36:8
  42:2 49:22
  57:17
  61:20 63:1
  67:24
  70:16 74:5

guessing
  38:5

guys  13:22
  15:20

--- H ---

half  9:7

hall  22:3,4
  28:20
  36:11
  58:13

Hammond
  61:25
  62:2,13,
  17,21

63:3,5,25
  64:5

handbook
  10:8,11,13

happen  32:13
  44:7

happened
  5:18 33:23

hard  18:21
  67:12

hateful  72:3

head  6:20
  46:9 63:1

hear  30:11
  71:5

heard  5:4
  39:13
  41:7,15,16
  46:7 50:20
  69:5

hearsay  38:3
  39:11

held  16:24
  21:22
  33:25
  35:12 39:3

helping  51:5

heritage
  14:14

Hernandez
  2:11
  12:13,15,
  18 42:24

Hersh  2:15

hey  12:11
  57:23

high  15:7
  34:21,22
  74:2 75:20

hire  43:13

hired  17:4
  25:15
  43:11
  45:17,21
  51:6

hiring  43:5

Hispanic
  14:6,11,
  17,19,21
  27:10,13
  31:5,12,15
  66:20
  67:10
  68:22
  70:17
  71:13
  75:15,18
  76:22
  77:7,11,13

Hispanic-
sounding
  77:4

Hispanics
  69:8 75:23

history  9:17
  23:1,7,12,
  15 59:24

home  23:15
  54:20
  55:12

hope  6:22
  24:25
  47:21,22
  48:24

hou  17:2

hour  40:7

hours  9:8

house  16:1

housing  17:2

Human  17:8

Huseby  2:23
  4:8

HUSEBY.COM
  2:24

--- I ---

ide  63:4

idea  14:23

identify
  14:15,18

identity
  77:7

ideology
  63:4

ill  63:6

im  24:5

imagine
  63:19,24

impair   8:16

impetus
  44:24

important
  6:6,17
  74:21

impressed
  24:6

incident
  12:4,24
  70:15

include
  65:25

included
  65:7 69:13

incorrect
  61:11

individual
  73:23 74:8

individuals
  75:15

information
  3:11 19:7,
  9,20 21:14
  23:21
  50:12
  53:8,12,14
  55:2,3,10,
  17 59:24
  61:3 65:7,
  8,13,19,
  21,25
  66:4,5
  67:15,18,

19,22,24
68:3,7,12,
15,17
69:4,12
76:6
77:16,21
78:6,9,22
79:6,13

informed
  7:18

instance
  48:2

instances
  43:19

instructs
  6:14

inter   16:8

interchangeabl
y  14:6,22

interested
  26:13
  27:18,21,
  25 66:7

intimidation
  75:12

introduce
  4:9

investigate
  43:6

investigate's
  43:7

investigating
  42:18

invited   25:7

invoice   3:7
  46:22,24

involved
  9:15 16:10
  30:25
  31:14
  35:14,19,
  20,22
  36:2,3
  42:25
  47:18 62:9

issue   10:4
  13:3 47:11
  50:13 51:1
  52:8,11
  53:1,5
  54:2,8,9
  55:21
  57:17
  59:9,13,16
  60:22,24
  61:4 63:21
  64:6 68:10
  69:19,23,
  24 70:13,
  19,22

issues
  20:16,18
  21:11,19
  62:21,24
  74:20

———————————
        J
———————————

Jack   2:18
  4:6

Jan   3:10
  52:21,23
  54:7 60:14

Jerry   36:17

job   17:9,10
  81:3

jobs   16:24

jogged   7:16

joke   25:4

Jose   67:1

jotted   11:7

judge   8:8

July   4:4
  24:24

jumping   26:7

Justice
  41:8,15
  42:10,18
  43:23
  45:12

———————————
        K
———————————

Kansas   2:7,9
  13:9,12
  23:14
  53:15 55:7
  65:9,10,21
  67:19
  68:2,3,13,
  16,20
  69:4,12
  77:17
  78:1,11

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023          Index: keeper..litigation

79:7,14
80:8

keeper   22:10

keeping
 60:13

Ken   57:17,
 18,19

Kent   66:15

Kim   56:16

kind   9:17
 11:17,19
 13:23,25
 15:11,23
 18:20,21,
 23,24
 19:7,9,20
 20:2 21:4
 22:4
 23:12,15,
 17 24:10
 29:18
 34:14,21
 35:2 36:1
 37:8 39:10
 44:10
 54:18,25
 55:8 60:13
 71:21
 75:12
 78:23

kinds   13:20
 19:18
 20:14 21:3
 31:1 55:16

knew   12:5,6

15:24 16:7
22:24 23:1
26:12,14
27:24
34:5,8
54:19 68:2
73:17

Knight   29:20

Knights
 28:18,19,
 20 29:20

knowledge
 22:9 27:1
 31:19 32:3
 36:18,20
 38:1,5
 53:2 55:6
 61:5 62:21
 63:6,25
 64:2,5,8
 72:21
 76:24

knowledgeable
 19:18

KS   2:4

—————————

L

—————————

labeled
 72:18

Labor   5:12

late-filed
 3:13

Latino   14:6,
 11,22

31:15
68:22

Latinos   69:8

law   17:19
 20:10

laws   13:10
 34:16

lawsuit   5:15
 12:4,6,8,
 10,20,24
 56:6,16
 57:6,11,14
 70:9 73:25

lawsuit's
 12:12

lawyer   4:13
 24:14 52:5

lay   6:1

Leach   30:13

League   53:15
 55:5,17
 65:10,14,
 16 67:15,
 19 68:3,8,
 13,16,20
 69:4,12
 77:16,17,
 21,22
 78:1,10,
 11,19
 79:6,7,13,
 14 80:8

leave   28:14

led   63:4

left   22:10
 23:6 59:3
 71:9

legal   57:21
 79:24

legally
 80:2,4

lengthy   20:1

letter   3:12
 28:1

letting
 70:11

level   36:6

LIBERTIES
 2:7

library   39:3

lied   47:24

lies   47:15

Liliana   67:1

list   39:24,
 25 40:1
 66:12,17,
 19 67:11

listed   10:7

listen   72:3

litigation
 2:23 4:8
 22:23
 46:12 49:3
 56:12
 64:18
 70:15
 74:10,14,

20

living 76:24

LLC 46:8,16

LLP 4:16

local 23:14
34:16 62:9
70:17

located 22:4
58:13

location
25:23 26:1
28:9 29:24
58:17
63:21
75:15

locations
25:16

long 7:12
9:5 16:22
17:12
20:2,7
25:10
42:15,20
49:8 58:24
61:3 73:5
75:2

long-term
15:11
18:3,4

longer 20:11

looked 22:13
29:25
54:17
68:5,18

loop 60:13

Lopez 30:15,
17,21

lost 32:25
33:3

lot 5:8
16:3
18:12,18,
21 19:9,11
20:6 21:18
22:4 25:7,
8 30:19
33:17
34:15,19,
22 38:8
45:7 55:10
61:20
63:11,20
65:12
67:12
70:25
71:4,16
72:2 77:12

Luis 72:22

lunch 8:1

lying 47:12

———————————

M

———————————

made 71:10

mail 38:6,
13

mailings
38:9

main 34:17,

19,20
47:16

make 8:8
28:8,13
40:23 65:3
71:1
80:15,21

makes 27:5

makeup 29:14
31:11
67:23

making
19:16,20
61:13

mall 34:20
37:1

Malone 61:25
62:5,6,13,
18 63:3,6

man 43:3

managed
18:4,5

manager 9:25
12:7,14,15
17:5,7
19:8,11
22:10
57:19,20

manager's
17:3 21:25
58:16

map 68:22

March 74:18

mark 61:17

marked 3:6
46:10 49:2
56:10 60:3

married
15:15

marry 77:13

Mary 15:18

Mary's 15:8
16:16

math 24:15

matter 4:3
5:11

matters
21:11,14

Mckenzie
2:18 4:6

means 62:14

media 4:2
58:9 72:15
81:12

medication
8:15

meet 8:21
9:5

meeting 8:23
10:18,20,
23 12:19,
21,23
23:25 24:2
36:10,15
69:25

meetings
  18:17,18
  19:18
  35:24
  36:7,12
  37:19,20
  69:21
  74:10

memorandum
  69:14

memory   7:17
  8:17 31:19
  41:12

mentioned
  34:10 39:8
  61:24 75:8

met   8:23
  47:11

method   51:18
  54:15

methods   48:3

mid-'90s
  5:21

Miguel   4:3
  74:8

mind   4:24
  5:2,11
  10:11 15:2
  16:22,23
  49:21 56:3
  60:10
  62:25
  67:14 72:5

mine   78:18

minority
  69:7

minute   58:25

minutes
  18:18 19:3
  23:25 60:6

Mission   2:9

mixed   77:12

mom's   15:6

moment   58:12
  76:2

money   36:6

monitor   4:5

monitors
  41:23 42:6

months   48:9,
  19 61:4,7

Moran   36:17

move   70:5

moved   64:3,4

moving   77:15

mult   41:16

multiple
  30:2
  41:16,18
  43:22

municipal
  18:10

Municipalities
  53:15
  65:10
  67:16,20

68:3,8,13,
  16,20
  69:5,13
  77:17,22,
  23 78:1,
  10,11,20
  79:7,8,14,
  15 80:9

———————

N

———————

N-A-N-N-E-T-T-
E   5:3

name's   5:1

named   43:3
  46:15 74:8

names   11:9
  36:13
  45:14 66:8
  77:11

Nannette
  4:2,18 5:1
  56:15

national
  36:6

needed   27:23

nice   24:25
  25:3,6,8

Nick   2:11
  12:15

nobody'd
  70:25

nonpartisan
  37:10
  38:24

39:2,9

north   15:4

note   43:16

notepad   11:6

notes   11:10,
  13,15,19,
  24,25
  22:19

notice
  75:12,14

noticeably
  27:13

November
  50:22
  52:13
  59:4,17
  61:2

nu-uh   6:20

Nuci   39:18

number   4:2
  66:2,6
  76:13

———————

O

———————

oath   8:7,9

object   6:8,
  12,13 13:4
  20:17
  21:15 33:4
  34:2 44:21
  45:2 46:3
  47:2,14
  48:5 50:4,

19 51:3,20
52:14
53:19
54:11
55:24 57:2
62:15,23
65:1 66:21
70:20
72:23
73:19
74:22

objected
52:5

objection
6:8 51:22

observe 42:1

observers
42:6

occur 47:24

odd 29:6,9
33:12,15,
18

off-the-record
40:11
72:10

office 17:3
22:1,3,6,7
28:21 37:2
58:17,19

offices
37:1,7

official
47:10

officials

47:1

online 23:4

open 19:18
36:10

opened 11:5
17:9

operation
18:6

opinions
35:18
70:19,22,
23 74:6

opportunity
7:16 80:1

opposed 26:4

opposing
76:1,7,20,
21

ordering
81:20

ordinances
54:18

organization
37:16

organizations
31:15,16
36:18,20,
24

organize
19:7,10

organized
35:24 36:7
37:18,21

outlined
20:13

outlining
67:20

Overland 2:4

oversaw
18:2,6

owner 34:18

_____

P

_____

P-O-G-U-E
5:3

p.m. 72:11,
15 81:10,
12,25

P.O. 2:8

packets 19:5

pages 65:11

paid 25:18

paper 39:5

paragraphs
79:5

paraphrasing
71:12

Park 2:4

part 9:13
15:13
16:25
22:17,18,
20 24:17
31:10 45:8
65:8,17

party 25:1,2
35:25
37:13,14

pass 19:10
74:25

passed 22:19

passing 41:4

past 68:19

pay 25:19
26:14
29:17

payable 18:2

payroll 18:3

pending 7:24

people 11:9
13:19
16:16
18:13
20:21
21:1,2
25:7 28:6
30:2 31:23
33:13
34:6,7
35:7 38:10
41:2 42:1,
4 63:4,9,
17 66:7
70:24
71:2,5,15,
16,18,19,
21,22
72:1,3
77:10,12,
14

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023   Index: percentage-wise..previous

percentage-
wise  27:11
  75:21

period  18:11
  48:18
  50:17
  59:12  61:6
  62:20
  63:20

permission
  34:18

person  18:23
  30:1  32:21
  39:19
  42:25  47:7
  59:8

personal
  38:4  71:19

personally
  54:10
  70:13  71:6
  73:7  77:10
  78:8

personnel
  17:7

pertinent
  66:4,5

petition
  54:23

phone  11:6

physically
  58:11

picked  71:15

picture

11:24

piece  39:5

place  10:3
  51:7  63:21

places  25:20
  34:15

Plains  15:8,
  18

plaintiff
  49:4

plaintiffs
  4:14  5:6
  46:12

planned
  74:17

plate  63:10

Pogue  4:3,
  18,24  5:1
  8:21  11:13
  12:23  15:1
  22:22
  39:21  40:5
  47:20
  48:23  49:6
  50:5  51:4
  52:7  58:2,
  11,21  60:4
  61:11
  64:19  67:7
  72:17
  73:20
  74:20  75:5
  76:14
  79:17
  80:18  81:7

point  7:10
  11:15  18:9
  21:10  22:2
  25:25
  26:1,12
  33:3  36:3
  39:10  51:6
  64:14

pointing
  78:22

policy
  19:23,25
  20:12,13
  22:12,18

policy's
  20:1

political
  35:25

politics
  35:15,16,
  19,20,22
  36:2,4
  63:25

poll  29:19

poller  28:16

polling  10:3
  25:16  26:1
  29:24
  63:21
  75:15

polls  13:19
  42:1

population
  70:17

positions
  66:7

possibly  7:6
  42:18
  43:18

posters  37:7

power  68:22
  69:8

precincts
  26:8,9,15,
  17,23

precise
  51:25

predict
  77:1,3,6

preparation
  9:10,25

prepare  8:22
  19:5,9,10
  22:25
  23:7,12

prepared
  9:16,25
  10:9,11
  23:21
  53:14  78:4

present  2:13
  10:21
  79:24

pretty  20:1,
  13  33:22
  39:24

previous
  13:17

40:15
57:19

previously
57:20

primarily
34:13

primary    29:3

prior    13:16
19:5 29:4
69:4

privilege
6:14

problem    71:8

problems
50:20
78:23

produced
12:1 46:11
49:3 56:11
64:17 75:6

production
49:5

program
15:11

Project    4:14

projects
17:3 51:10

property
34:18

pros    50:12

prosecuting
62:7,10

provide
22:23 68:3

provided
64:20
67:20
68:13,15
69:13
77:22,25

providing
23:24

public    21:1
25:10 81:2

publicize
35:9,12

pull    60:3
75:25

pulling
48:24

purview
18:20

put    22:19
34:15 35:7
54:14
64:20

putting
28:14

PXT    81:23

_____

Q

question
6:8,9,13
7:5,7,8,
13,24,25
8:19 15:17

24:12 26:8
29:16 38:4
41:6 45:19
52:2 76:6
79:17

questioning
52:6 76:1,
21

questions
5:6 7:2
8:12,14,25
15:2 76:14
80:11,14
81:5,6

quickly
32:12

quit    11:20

_____

R

rabbits
63:12

race    33:3
77:12

racial    29:14
67:23

rallies    36:1

Ralph    2:15

ran    33:7,8
61:1 66:20

Rangel-lopez
73:21 74:6

read    10:9
49:7,8,22

50:2,6,15
60:6 66:6
68:12
72:19
81:15,18

reading
49:17 60:7

reads    78:22

real    15:7

realize    39:9

reask    41:6

reason    8:11
44:18,20
46:22
47:12,23
52:17
53:16
61:10,13

reasons    8:13
52:16

recall    12:22
20:25
21:7,17,21
22:6 23:23
25:17
26:24
31:25
33:6,8,12,
19 35:4
38:10
42:8,14,
20,22
45:15
47:5,17
48:10,13,

14 52:20
55:2 56:19
59:15
61:19
68:5,6
69:18,22,
23 70:1,10
76:21
77:25
78:2,8

recalled
61:9

receivable
18:2

received
60:19
67:18

receiving
64:9,11

recent  33:22
40:3

recently
27:19 37:8

recess  58:7
72:13

recognition
25:8

record  4:25
6:19 19:17
20:15 22:9
25:5 40:7
58:6,10
72:9,12,16
76:12
80:15

81:1,11,13

records
18:19,20,
24 19:1,11
20:2,4,14
55:7

recount
32:10,11

recruited
16:16

Redirect  3:4
80:16

redistrict
69:2

redistricting
67:15 68:8
77:16,21
78:10
79:6,13

redo  52:6

redoing  27:3

referred
23:20
59:24

referring
9:21,22
10:12,14
14:23 23:8
31:2 38:7
39:18
44:13
45:11
51:24
59:21

64:19,24
66:9 68:10
71:13

reflects
75:24

register
21:2,3

regular
22:15,19
81:22

regulated
35:1

related  9:20
10:3,23

relaying
56:18

remember
5:17 12:21
13:21,22,
24 23:10
25:21,22,
25 26:2
29:3
33:12,19
36:13
42:15,23
43:9,10,20
44:2,3,5
45:9,22,
23,25
46:4,6
47:1,24
48:1,10
56:22
57:5,6,8,

13 61:17

remembered
45:24

remind  6:23

reminded
11:19
56:15

repeat  57:4

rephrase  7:6
62:16

replied
60:14

report  55:18

reporter
4:7,10 6:5
8:3

reports  18:5

represent
5:5 46:21
49:23

representation
17:18

Representative
s  38:20

represented
71:7

representing
17:21

Republican
37:1,2,8,
15 39:7,19

request  30:8

46:12 49:4
52:18,19,
20,23
54:14

**requested**
30:6

**required**
20:5,9

**research**
3:11 13:7,
9,15 48:8
50:25 51:1
52:8 54:15
59:16

**researched**
64:20
68:19

**researching**
65:6
66:17,19

**reserve**
81:14,18

**Resources**
17:8

**respect** 8:25
12:25 41:8
46:1 62:21

**respectful**
47:22
80:18

**responded**
57:17

**response**
46:12 49:4

56:11
61:18
64:18 70:9

**responsible**
23:24 24:2

**restroom**
7:22

**retention**
19:17,23
22:12,21

**retire** 24:23

**retired**
17:11
24:19
26:10
27:20,24
48:20 51:7
64:3

**retirement**
25:1,2
27:22

**Rick** 66:15

**rid** 20:14
22:17 23:6

**Rights** 4:13
9:21 68:4,
9 69:14

**righty** 49:2

**RMR** 2:23

**road** 34:20

**roads** 34:17,
20

**roams** 30:9

**role** 17:25
18:10 59:6
69:6

**roles** 30:24

**rough** 81:21,
22

**rude** 6:22
8:14,19
24:12

**rule** 23:15
55:12

**ruled** 54:21

**rules** 6:1
19:17

**run** 41:1
67:11
70:24,25
71:12,16,
17,18,20,
23 78:24

**running** 35:8
36:14,16
38:18,19

**runs** 46:16

---

**S**

**Saint** 15:8,
18 16:16

**Salas** 2:14

**Sanchez**
72:22
73:1,3,7,
18

**Sarah** 2:3
4:15 8:23
23:9 51:21
58:23
81:15

**school** 15:7,
23 16:15
38:18 62:3
74:3
78:13,23

**Scoggins**
3:10
52:21,23
53:1 54:7
60:14

**screen** 60:3
69:11 76:3

**scroll** 49:9,
11,14,21
60:8 65:2
76:2,5

**secretary**
17:5,6

**section** 9:21
65:20,22
66:10
67:14
68:4,7,9
69:14
76:19
77:15,20,
22,25
79:12 80:7

**senator**
36:14

senators
 36:14
 38:19

send  11:24
 20:23

sense  27:5
 63:4

sentence
 53:21 54:2
 69:1 78:8,
 13,21,25
 79:2

series  7:1

servant
 25:11 81:2

served  17:5,
 10 27:15
 32:23 62:6

services
 29:25 30:5

serving
 27:5,18,21
 69:6

set  8:14

shakes  6:20

share  69:11,
 12

Sharie  12:7

sharing
 69:11

Sharon  2:8
 13:17
 26:25

40:13
41:10
46:19
56:21 70:6

show  11:11
 27:11
 46:10
 48:22
 53:21 56:9
 60:2 64:16
 66:2

showed  23:9,
 11 75:5
 78:2

showing  66:6

shown  9:9,
 12,13,16,
 20,23
 10:2,6
 23:20
 53:13 61:8

side  72:4
 75:6

Siebel  13:17
 26:25
 40:13,14,
 16,20,24,
 25 41:10,
 17,21
 42:5,10,19
 43:5,13,23
 44:14,18,
 25 45:13,
 16 46:1,
 19,24,25
 47:7,9,12

48:2 55:20
56:21 70:7

Siefkin  2:3
 4:16

sight  30:18

sign  81:15,
 18

signs  34:8,
 10,11,12,
 13,22
 35:3,7
 37:4

similar
 13:14

Sitorious
 49:24
 50:11 53:5

sitting
 11:6,7
 42:2

size  55:9

sizes  13:14

slack  72:2

slate  39:19,
 25 40:2

slating
 39:21,23,
 24

slowly  6:6,7

small  15:4

Smith  78:4

Smoll  66:15

softened
 39:10

someone's
 77:1,3,6

Sonni  4:12
 5:5 57:23
 75:1

sound  6:9
 7:19 43:1,
 14 79:17

sounds  6:2
 43:9

soup  25:22

Sowers  66:15

Spanish
 30:2,8,11
 35:3

speak  6:6,7
 30:2 36:11
 58:21

speaking
 30:8,11
 59:21

Spearville
 15:6

specific
 31:11
 35:25
 38:21 41:7
 62:24

specifically
 10:12
 18:24
 19:13

21:17,18,
21 23:17
31:18
36:25 39:4
42:22 43:9
44:13,23
45:9 57:9
59:22 63:9
65:17 78:5

specifics
44:6

speculation
33:16

speech  74:3,
4

spelling  5:2

spent  30:18

spoke  46:1
58:23

spoken  12:3
59:25
70:2,3

sponsored
38:11

sponsoring
38:11

spurred
62:13,17
63:5

sstula@
foulston.com
2:5

staff  9:24

stand  28:13

Standards
5:12

start  24:13

started
11:14,19
15:12
16:25
17:12,14
25:18,21,
24 26:13

state  13:9
20:5 23:15
38:18

stated  6:18
16:19
41:22 42:9
43:19
58:18
62:17
76:16

statement
38:25

states  6:14
20:1

stating  4:24

statutes
67:15 68:7
77:16,21
78:9 79:6,
13

stepchildren
15:15

steps  64:10,

13

Steven  12:7

stick  28:11

stop  69:11

straying
16:9

Street  34:20
58:14

streets
34:24 35:2

strike  36:19
48:13 56:4
66:18
70:14
74:16

Strobel
57:19

stuff  19:10,
19,20 23:1
61:20

Stula  2:3
4:15 6:12
8:6 9:5
10:18 13:4
20:17
21:15
23:20 33:4
34:2 36:23
44:21 45:2
46:3 47:2,
14 48:5
50:4,19
51:3,20,23
52:14

53:19
54:11
55:24
57:2,23
58:24 59:2
62:15,23
65:1
66:21,24
70:20
72:5,7,23
73:19
74:22
75:1,4
80:11
81:6,16,24

Stula.........
.............
page  3:3

subject  9:14
48:10,12

subjects
55:11

substance
11:21

substances
8:16

subtitle
78:9 79:5

suit  5:12
70:12,16

supervised
18:7,10

suppers
25:22

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.

support
 36:20
 38:9,15
 39:6

supposed
 11:16 26:6
 34:18
 37:10
 38:24 39:1
 54:22

suppressing
 69:10

surname
 77:7,13

surnames
 66:20
 67:10
 76:22

surprise
 21:19

swear  4:10

sworn  4:19

——————
       T
——————
tactics
 75:12

takes  24:10

taking  11:19

talk  14:2
 40:13,24
 42:23 44:9
 59:12

talked  18:23

37:9,23
38:23
45:18 61:6
70:6

talking
 30:19
 34:11
 45:23
 57:12

talks  30:10
 79:21

taxing  41:12

Taylor
 39:16,18

team  24:10

Teams  8:23

telecon  47:3

teleconference
 46:25 47:3

telling  5:10
 10:12 15:3
 16:23
 45:5,6

tells  26:20

ten-minute
 57:24 72:6

tend  8:3,4

tenure  19:22

term  14:17
 33:7

termed  14:15

terms  14:2,

6,7,21

terrible
 24:15

Terry  61:25
 62:5,6,13,
 18 63:6

test  80:4

testified
 4:20 12:18
 21:9 43:13
 47:9

testify
 74:13

testimony
 43:18
 52:24

there'd
 70:25

thing  6:4
 11:8,17
 12:5 14:14
 24:10
 27:12
 29:18
 32:10
 56:21 57:9

things  8:4
 11:7
 13:11,18,
 20 18:22
 19:18
 20:6,11,14
 21:3,4,21
 22:20 31:1
 36:1,8

40:18
41:22 45:7
51:8 55:1,
16 62:11
63:10,14

thinking
 43:11
 61:22

Thornburg
 79:21
 80:2,4,8

thought
 11:14,18
 28:1 38:22
 56:24
 57:17
 68:17
 81:16

thoughts
 45:5
 71:19,23

thread  60:15
 61:18

threat  56:5,
 15 57:5,6,
 12

threw  25:2

tie  32:3,8,
 14

Tieben  12:25
 15:17
 16:9,10
 21:9 22:8,
 10 42:24
 48:16

49:24
50:11,21,
22 51:13
52:7 53:1,
4,10,17
54:15
56:5,14,
17,24 59:9
60:24
61:23
62:12,17
63:3 64:9,
11 69:16
70:2

**tied** 31:24

**time** 4:5
5:14,17,
18,19 6:8
10:1
15:10,13
16:18,25
17:2,3,4
18:11
20:24
24:16,17
25:10,23
26:12
30:9,19
33:20 34:7
38:8 40:25
41:7 48:3,
10,13,14,
18 50:17
51:6,9
52:17,22
57:12,24
58:5,9

59:12
61:6,22
62:8,20
63:19
64:1,14
70:3
72:11,15
73:5 75:17
80:12
81:10,19,
25

**time's** 81:12

**times** 15:23
34:16
41:16

**title** 77:18
78:19

**today** 5:6
7:2,11
8:9,12,22
10:7 11:2
26:3

**today's** 4:4
14:5

**told** 12:7
23:2 42:3
45:14
54:12
61:23

**top** 46:9
76:2

**topic** 9:20,
21 44:3,
12,20 59:4

**town** 15:4,6

36:9,11

**track** 16:15

**traffic**
34:22

**transcribed**
6:5

**transcript**
81:21

**transit** 70:4

**transition**
40:12 70:4

**trends** 55:8

**trial** 43:18
74:13

**true** 32:14
75:5

**truth** 4:19,
20 8:9
80:24

**truthful**
47:7

**truthfully**
8:12

**Tuesday** 8:23
10:20

**turning**
75:25
76:19

**turnout**
75:18,24

**type** 21:22
34:10,24

———————————

|         U         |

**U.S.** 38:19

**UCLA** 4:13

**uh-huh** 6:20
35:17
46:18,20
50:9

**underneath**
78:9 79:5

**understand**
6:15 7:5
8:3,9 9:2
14:7,17,22
17:18,21
24:11
26:17
38:25
43:18
44:19,24
47:19
51:12,17
68:25
70:14

**understanding**
9:19 10:2
43:20 44:8
52:24

**understatement**
61:24

**understood**
7:8 11:23
14:1,16
17:24
19:15 21:6

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023                    Index: UNION..worked

24:5 35:9
48:2 52:3
54:6 57:15

UNION 2:7

unuseful
20:9

utility
18:6,7

_____
        V
_____

vacations
74:17

vague 51:23

vaguely
43:15

valid 68:18

Vargas 67:1

verse 33:18

version
81:22

vice 33:18

videoed 6:19

views 75:18

vitriol
63:20

vote 21:2,3
26:20
28:6,8,9,
12 32:1
35:18 36:5
54:24
69:7,10

71:25

voted 25:19,
22 28:9
70:18

voter 75:12

voters 29:14
68:22
71:13

voting 4:13
9:21
20:16,18
21:14
25:14,20
26:8,9,14,
15,17,22
28:5,6,24
29:13,15
51:14,16
53:18,24
54:3 68:4,
9,22 69:7,
14 78:24

voting-related
21:10,14

_____
        W
_____

Waknin 4:12,
13,23 5:5
13:5 21:6,
16 33:5
34:4 36:24
40:5,12
44:22 45:3
46:7 47:4,
19 48:6

50:5,21
51:4,21
52:2,5,15
53:20
54:13 56:1
57:3 58:1,
4,11
62:16,25
65:2 67:3
70:22
72:5,8,17
73:1,20
74:23,25
80:13,17
81:5,14,20

Waknin........
............
page 3:2

Waknin........
..........
page 3:4

wanted 17:1
41:5 50:24
51:10
73:17

wards 57:1

watching
42:2,4

water 7:22

web 65:12

websites
65:12,13,
15,19

week 12:13,
18

West 36:25

Wild 36:25

wins 32:8

woman's
30:12

Women's
37:8,15

won 33:2,7

Wonderful
5:4 6:4,17
9:5 12:3
15:1 58:4

word 23:5,6
43:7

worded 7:3

wording
78:14

words 60:10

work 13:13
15:13 17:4
18:4 28:16
29:6 41:3
48:15
57:25 58:1

worked 16:19
17:1,7
24:17
26:10,11,
15 28:5,21
29:1,2,3
30:22,24
40:17,18
75:8

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Nannette Pogue on 07/27/2023          Index: worker..Zuniga

worker  26:11
  27:16,19,
  22 28:4,17
  29:1,20,23
  42:3 75:9,
  11,18

workers
  27:24

working
  15:12
  16:4,10
  18:13
  24:13
  28:23
  29:13
  30:22
  33:24
  55:15
  73:13
  75:11

works  19:4
  26:16
  30:23

worries  6:24

worry  67:6

wow  16:6
  61:16,17,
  21

wrap  63:1

writes  50:11
  62:12 63:3

writing  24:2

written
  11:21

wrong  42:21
  43:7,8,17
  52:25
  71:25

wrote  56:14
  68:21 79:2

Wyatt  34:23,
  25

—————————

Y

yard  34:12,
  13

year  5:18
  24:13,19
  29:6,9
  32:22 39:2
  72:22 74:2

years  5:8
  13:16
  15:10,14,
  22 16:3,20
  17:13
  24:14
  25:10,12
  27:5
  32:18,23
  33:18
  41:13
  56:16
  57:7,11,22
  62:11
  71:7,15,16

yesterday
  23:10,11
  52:19

53:14 78:3

young  16:3

younger
  15:22

—————————

Z

Zoom  4:20
  11:4 48:24

Zuniga  67:1