**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Cherise L. Tieben on 07/20/2023**

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS
 2

 3    Miguel Coca, Alejandro
      Rangel-Lopez,
 4
                 Plaintiffs,    No. 6:22-cv-01274-EFM-RES
 5
           vs.
 6                                    Deposition of
                                      CHERISE L. TIEBEN
 7    City of Dodge City, a           taken July 20, 2023
      Municipal Corporation,          via Zoom
 8    the Dodge City Commission,
      E. Kent Smoll, in his
 9    Official Capacity as
      Mayor of Dodge City,
10    Michael Burns, in his
      Official Capacity as
11    Vice-Mayor of Dodge City,
      Rick Sowers, in his
12    Official Capacity as a
      Member of the Dodge City
13    Commission, Chuck Taylor,
      in his Official Capacity
14    as a member of the Dodge City
      Commission, and Joseph Nuci,
15    in his official Capacity
      as a Member of the Dodge City
16    Commission,

17              Defendants.

18              *    *    *    *    *

19         Videotaped videoconference deposition of

20    CHERISE L. TIEBEN, taken on behalf of the Plaintiffs,

21    before Sarah J. Dittmer, Certified Court Reporter and

22    Registered Professional Reporter in the State of

23    Missouri, taken via Zoom, on the 20th day of July,

24    2023, commencing at 10:01 a.m., pursuant to the

25    Federal Rules of Civil Procedure.
```

EXHIBIT

**H**

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                    Pages 3..6

Page 3

```
 1          A P P E A R A N C E S
 2   Sonni Waknin
     Attorney at Law
 3   3250 Public Affairs Building
     Los Angeles, California 90065
 4
     JD Colavecchio
 5   Attorney at Law
     One Liberty Plaza
 6   New York, New York 10006
 7   Sharon Brett
     Attorney at Law
 8   10561 Barkley Street, Suite 500
     Overland Park, Kansas 66212    for Plaintiffs.
 9
     Clayton J. Kaiser
10   Attorney at Law
     7500 College Boulevard, Suite 1400
11   Overland Park, Kansas 66210    for Defendants.
12   Videographer: J. Timothy Ramos
13   Also Present: Nickolaus Hernandez
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                    INDEX
 2   Examination by:                       Page
 3   Ms. Waknin.............................    5
 4   Mr. Kaiser.............................   86
 5              *   *   *   *   *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        (Sharon Brett not present.)
 2        VIDEOGRAPHER:  This is the beginning of
 3   Media Number 1 in the deposition of Cherise
 4   Tieben in the matter of Miguel Coca, et al.,
 5   versus City of -- City of Dodge City.
 6        Today's date is July 20th, 2023, and
 7   the time on the monitor is 10:01 a.m.
 8        My name is Joseph Timothy Ramos, and
 9   I'm the videographer.  The court reporter is
10   Sarah Dittmer.  We are here with Huseby Global
11   Litigation.
12        Counsel, please introduce yourselves,
13   after which the court reporter will swear in the
14   witness.
15        MS. WAKNIN:  My name is Sonni Waknin,
16   and I'm appearing on behalf of Plaintiffs.  And
17   I will let my colleague, JD, introduce himself.
18        MR. COLAVECCHIO:  This is JD
19   Colavecchio from Cleary Gottlieb for Plaintiffs.
20        MR. KAISER:  Clayton Kaiser, Foulston
21   Siefkin, on behalf of the defense.
22        MR. HERNANDEZ:  Nickolaus Hernandez.
23   I'm with the defense as a nonattorney.
24        Clayton, what would you say my title
25   is?
```

Page 6

```
 1        MR. KAISER:  Client rep.
 2        MR. HERNANDEZ:  Observer.
 3        MR. KAISER:  I would say client rep.
 4   Not an attorney, not as a -- obviously entered
 5   an appearance in the case.
 6        COURT REPORTER:  Would you please raise
 7   your right hand, Cherise.
 8        THE WITNESS:  Are you speaking to me?
 9        COURT REPORTER:  Yes, please.
10        THE WITNESS:  Okay.
11            CHERISE L. TIEBEN,
12   being produced, sworn as hereinafter certified,
13   was examined and testified as follows:
14                 EXAMINATION
15   BY MS. WAKNIN:
16   Q.      Wonderful.  Hello, Ms. Tieben.  Am I
17   pronouncing your name correctly?
18   A.      Yes.
19   Q.      Okay.  If there's any point when I'm
20   not, please just let me know.  I'm notoriously
21   and unfortunately bad with names.
22   A.      Okay.
23   Q.      My name is -- Thank you.  My name is
24   Sonni Waknin.  I actually represent the
25   plaintiffs in this matter, and I'll be the one
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                          Pages 7..10

Page 7

1   asking you some questions today.
2        So I was wondering if you'd actually
3   mind stating your full name for the record,
4   please, and maybe spelling it for us as well.
5   A.      Okay.  It's a real easy name:  Cherise,
6   C-H-E-R-I-S-E, Lynn Tieben, T-I-E-B, as in boy,
7   E-N.
8   Q.      And what is your address?
9   A.      2414 Brock Road, Dodge City, Kansas,
10  67801.
11  Q.      And where are you today right now?
12  A.      In my office at home.
13  Q.      Okay.  And have you ever been deposed
14  before?
15  A.      I think -- Yes.  Yes, I have.
16  Q.      Do you -- do you remember when about
17  that was?
18  A.      Gosh, it would have had to have been
19  back in '94 --
20  Q.      Okay.
21  A.      -- '5, something like that.
22  Q.      So about --
23  A.      Too long ago to remember.
24  Q.      I will -- I will say about 27 years
25  ago; isn't that --

Page 8

1   A.      Yeah.
2   Q.      Yeah.  Okay.  So -- You know, I'll just
3   go over some -- a few rules with you.  You know,
4   I want to make sure that you understand what's
5   going to happen today.
6        We're going to have a professional and
7   informal and respectful conversation today, but
8   as you have been sworn in, you are under oath.
9        I am going to be asking questions of
10  you to understand potentially your testimony at
11  trial and understand a little bit what you know
12  about this case and some of the events or issues
13  in this case.  Does that sound fair to you?
14  A.      Yes.
15  Q.      Okay.  The court reporter over here,
16  and the videographer, are going to be taking a
17  record of your testimony today, so it is
18  important that you speak slowly, clearly, and
19  concisely and you give verbal answers.  Does
20  that make sense?
21  A.      Yes.
22  Q.      Since this is over a virtual format,
23  it's hard -- and I also think in natural
24  speaking sometimes we tend to speak over each
25  other.  We can finish each other's sentences.

Page 9

1        I just ask for you today that you wait
2   until I'm done speaking and then you allow a
3   second -- your attorney, Mr. Kaiser, might
4   object -- and then you can give your answer.
5   Does that sound fair?
6   A.      Yes.
7   Q.      Okay.  If Mr. Kaiser gives you an
8   object-- or states an objection on the record,
9   that's for the record.  You still have to answer
10  the question unless Mr. Kaiser instructs you not
11  to answer the question due to attorney-client
12  privilege or another privilege that he believes
13  governs the answer to that question.  Does that
14  sound okay?
15  A.      Yes.
16  Q.      All right.  Yeah.  If you don't
17  understand a question -- Sometimes I might ask
18  you a complicated question or I might not phrase
19  something correctly or it could be a little
20  confusing.  That happens.  If you answer a
21  question I've asked you, I'm going to assume
22  that you understand the question.  Is that fair?
23  A.      Yes.
24  Q.      You are always able to ask for a
25  clarification of a question.  We want to make

Page 10

1   sure that your testimony today is truthful and
2   that you understood what I was asking you.
3        So you understand that if I ask you a
4   question and you don't understand it, you can
5   ask for a clarification?
6   A.      Yes.
7   Q.      Okay.  And if at any point you think
8   you didn't give a complete answer today or we're
9   on a different line of questioning but you might
10  remember something, you can actually go back and
11  say "I'd like to revise an answer" or "I've been
12  thinking about this."
13       Now, I might ask you what jogged that
14  memory, but I want to give you the opportunity
15  to clarify any answer you've given on the record
16  today.  Do you understand that?
17  A.      Yes.
18  Q.      We'll be taking breaks during your
19  deposition.  You know, I hope that this is not
20  very long.  I think that kind of depends on the
21  nature of the questioning and the nature of the
22  answers given.
23       But if you need to take a break at any
24  point, just let me know.  You can't take one
25  while a question is pending.  So I can't ask you

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                              Pages 11..14

Page 11

1  a question and then you ask to take a break.
2          But, you know, if you need to take a
3  bathroom break, need to tend to some -- an
4  emergency, tend to a call, just let us know, and
5  we'll go off the record.  But I'd just ask that
6  we don't take excessive breaks.  Is that fair?
7  A.      Yes.
8  Q.      Okay.  Is there any reason today that
9  you can think of why you might not be answer --
10 able to answer my questions truthfully or
11 honestly today?
12 A.      I can't think of anything, no.
13 Q.      Okay.  Sometimes there's a question --
14 You know, it's a little rude, but, you know, are
15 you on any medication or substances that might
16 alter your brain patterns today?
17 A.      No.
18 Q.      Okay.  You know, it's something that
19 sometimes we've got to ask.  So I appreciate you
20 taking that in stride, ma'am.
21          Do you know anything about the issue in
22 which you're being deposed today?
23 A.      Yes.
24 Q.      Okay.  And, Ms. Tieben, what do you
25 know about it?

Page 12

1  A.      That a young man has filed suit against
2  the City because he believes we should district
3  for elections.
4  Q.      And when you say "a young man," are you
5  referencing Mr. Coca?
6  A.      Yes.  I don't know him.
7  Q.      Okay.  Do you know if there's another
8  plaintiff in this lawsuit?
9  A.      I do not.  Just what you've had on the
10 screen there for the name.
11 Q.      Have you read any documents related to
12 this lawsuit?
13 A.      No, I have not.
14 Q.      Have you been given any documents
15 related to this lawsuit?
16 A.      I -- Now that I say that, I think I may
17 have been given it, but I'm not sure I read it.
18 I'm not sure I read it.
19 Q.      Do you think -- And when you say -- Oh.
20 Apologies.  Do you have anything in the room
21 with you right now?
22 A.      Well, I have an Apple watch.  I don't
23 know how to shut the volume off.
24 Q.      Oh, I understand.  Do you mind
25 actually, then -- we can take a short break --

Page 13

1  just taking your Apple watch off and putting it
2  in a separate room, if that's -- I just want to
3  make sure --
4          You're not supposed to be communicating
5  with anyone during this -- during this
6  deposition.  If you are, those communications --
7  I can ask you about them or request them.
8          So I just want to make sure that you
9  understand, since this is a new thing, that you
10 can -- So let's take a --
11 A.      I just shut it off.
12 Q.      -- three-minute -- Oh.  You shut it
13 off.  Okay.  Wonderful.  So --
14          And when you said -- And I want to go
15 back and -- Again, you said that you might have
16 been given something.  Do you know what you
17 might have been given related to this lawsuit?
18 A.      It seems like the city manager sent me
19 something a long time ago saying this is a
20 lawsuit that's been filed against us.
21 Q.      Did you have any reaction when you
22 received that e-mail?
23 A.      I opened it.
24 Q.      Did you have any personal, like,
25 thoughts or feelings about receiving that e-mail

Page 14

1  once you read the contents of it?
2  A.      No.
3  Q.      How did you prepare for this deposition
4  today?
5  A.      I visited with Clayton Kaiser.
6  Q.      And, ma'am, I'm not going to ask you at
7  all about what the -- the contents of that
8  conversation you had with Mr. Kaiser, but I'm
9  going to ask you how many times you met with
10 Mr. Kaiser.
11 A.      I think twice.
12 Q.      And about how long did you meet with
13 Mr. Kaiser?
14 A.      30 minutes, 45 minutes.
15 Q.      Was there any other folks present
16 during your meeting with Mr. Kaiser?
17 A.      Not that I'm aware of.
18 Q.      Did you bring any documents with you to
19 those meetings with Mr. Kaiser?
20 A.      No.
21 Q.      And how did you meet with Mr. Kaiser?
22 In person?  Over Zoom?
23 A.      We did a conference call and a -- what
24 do you call it -- a Teams -- That thing.
25 Q.      Were those like virtual platforms,

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Pages 15..18

Page 15

1  then?
2  A.      One of them was just a conference call.
3  And the other one was the Teams, so I guess
4  that's a virtual platform.
5  Q.      Were you shown any documents during
6  your preparation for this deposition?
7  A.      Yes.
8  Q.      And what documents were those?
9  A.      A report from the league.  An e-mail
10 that I had sent to Lori Wade.  I think that was
11 it.  There may have been --
12 Q.      And --
13 A.      -- one other.
14 Q.      What was the general subject of the
15 documents that you were shown during your
16 deposition preparation?
17 A.      Repeat that, please.
18 Q.      Sure.  So you said that you received a
19 report from the league and an e-mail to a Ms.
20 Wade and maybe another document.  Was there a
21 recurring theme within those documents that you
22 were shown?
23 A.      The --
24         MR. KAISER:  Object to form.
25 A.      The theme would have been voting

Page 16

1  issues.
2  BY MS. WAKNIN:
3  Q.      And how do you define "voting issues"?
4  A.      I think the league report was about
5  districting.  And the e-mail I sent to Lori, I
6  think, was about starting a file.
7  Q.      And when you say "starting a file,"
8  what do you mean by that?
9  A.      Starting a file on voting issues.
10 Q.      Like a computer file or a physical
11 file?
12 A.      Well, I still do everything in physical
13 file.
14 Q.      And do you know if Ms. Wade started
15 that physical file on voting issues?
16 A.      She always took direction and complied
17 before, so I imagine she did.
18 Q.      And where would that file have been
19 located?
20 A.      I would assume in her office.
21 Q.      Do you know if the file exists today?
22 A.      I have no idea.
23 Q.      Was there a policy of, you know,
24 when -- Let me back up.
25         Do you mind telling me about your

Page 17

1  involvement with the City of Dodge City?
2  A.      My involvement?
3  Q.      Correct.
4  A.      I was city manager when I retired.  I
5  started when I was 16 and progressed -- When I
6  got out of college, I started full-time and
7  progressed through the ranks.
8  Q.      And when you were conversing with Ms.
9  Wade, were you the city manager of the City of
10 Dodge City at that point?
11 A.      You'd have to tell me the date on the
12 memo, but I would guess so.
13 Q.      And when you -- when you were city
14 manager of the City of Dodge City, did you have
15 a document retention policy?
16 A.      I'm sure we did.
17 Q.      Do you know of that policy?
18 A.      I know one exists, but you're past me
19 there.
20 Q.      I understand.  I'm just trying to
21 understand if -- you know, if that voting issues
22 file -- like where that would be.  Like where --
23 You said it would be in Ms. Wade's office.
24         Does Ms. Wade still work for the City
25 of Dodge City?

Page 18

1  A.      No.  She's retired also.  I would
2  assume the clerk would have it.
3  Q.      What type of issue -- What type of
4  documents were put in the voting issues file, to
5  your knowledge?
6  A.      I don't remember.
7  Q.      Why did you think to start a voting --
8  or ask to start a voting issues file?
9  A.      Apparently it was a topic of
10 discussion.
11 Q.      I guess it was important enough of a
12 topic, the voting issues, to start a file.  Is
13 that fair to say?
14         MR. KAISER:  Objection.  Form.
15 A.      Yes.
16 BY MS. WAKNIN:
17 Q.      Do you mind restating your answer,
18 ma'am?
19 A.      Did somebody else say something?
20         MS. WAKNIN:  Apologies.  Mr. Kaiser, do
21 you mind speaking up a little more --
22         MR. KAISER:  Yeah.
23         MS. WAKNIN:  -- when you have
24 objections?
25         MR. KAISER:  Yep.

Page 19

1    And, Cherise, I would just ask that you
2    have a slight pause between question and answer
3    so I can get my objection in.
4         I objected based on form.
5         Cherise, you can answer.
6         THE WITNESS:  Okay.
7         Could you repeat the question?
8         MS. WAKNIN:  No worries.
9    BY MS. WAKNIN:
10   Q.     So voting issues were probably then an
11   important topic.  You decided to ask Ms. Wade to
12   start a specific file to keep those issues -- or
13   documents related to that issue; is that fair to
14   say?
15        MR. KAISER:  Objection.  Form.
16   A.     I'm not sure how important.  I started
17   a lot of files.  It was something that was a
18   topic of discussion.  And if I remember right --
19   What was the date on that file -- on that?
20   BY MS. WAKNIN:
21   Q.     I'm not entirely sure off the top of my
22   head, but I think it might be something that we
23   talk about.  So if it is and we get to it during
24   this deposition, then I think we'll -- we can
25   have a better conversation.

Page 20

1         I think I was just curious to know why
2    you were shown that e-mail.  But, again, I'm not
3    asking for the contents of your communications
4    with your attorney.  Do you understand that?
5    A.     Okay.
6    Q.     Okay.
7    A.     Yes.
8    Q.     And then what was the report from the
9    league?  Oh.  Back -- Let me back up, actually,
10   Ms. Tieben.  My apologies.
11        What is the league?
12   A.     Oh, I'm sorry.  It's the League of
13   Kansas Municipalities.
14   Q.     And what is the League of Kansas
15   Municipalities?
16   A.     It's an organization that's formed by
17   cities and counties.  And they offer assistance
18   to cities and counties.  Sometimes recruiting.
19   Sometimes on technical issues.  They help us
20   legislate issues.  They keep municipalities
21   informed primarily on legislative issues.
22   Q.     And do you consider the league a good
23   resource for cities?
24   A.     It depends on the subject.
25   Q.     And why do you say "it depends on the

Page 21

1    subject"?
2    A.     There's so many subjects that
3    municipalities cover that -- They're not going
4    to be experts on wastewater, so --
5    Q.     Understood.  Did you -- Do you
6    generally find the information from the
7    league -- And when I say "the league," the
8    League of Kansas Municipalities.
9         Do you generally find the information
10   from the league to be correct?
11   A.     I didn't go to them that much, so --
12   Q.     I'm guessing in your then interaction
13   with them, do you -- do you think that they
14   would give you incorrect information when you
15   were asking the league for assistance or advice?
16   A.     I do not believe they would give us
17   incorrect information intentionally.
18   Q.     And why do you say "intentionally"?
19   A.     Because I think everybody can make
20   mistakes.
21   Q.     Understood.  That's -- That is a fair
22   point, Ms. Tieben.
23        Did you speak to anyone -- I'm going to
24   move on.
25        We might come to those documents at

Page 22

1    some point.  And if you remember that third
2    document you were shown, do you mind at some
3    point telling me what that was?
4    A.     Sure.
5    Q.     Thank you.  Did you speak to anyone
6    else about this deposition today?
7    A.     I talked to the HR staff because we
8    were supposed to be having meetings on some
9    subjects.  So I just told them I couldn't.  I
10   think I told my husband so that he could keep
11   the dogs quiet.
12   Q.     I also have dogs, so I understand the
13   importance of that.  And you might hear mine,
14   unfortunately, in the background.  If that's the
15   case, I apologize.
16        Did you do anything else to prepare for
17   this deposition today?
18   A.     I looked up my dates of employment just
19   in case you asked.
20   Q.     Thank you.  And in today's deposition
21   I'll be using the terms "Hispanic" and "Latino"
22   interchangeably.  Is that how you use those
23   terms, interchangeably?
24   A.     Yes.
25   Q.     Okay.  Well, I'm just going to ask kind

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                    Pages 23..26

Page 23

1  of a broader question here.  Do you mind telling
2  me a little bit about yourself?  I think you
3  said you started working with the City of Dodge
4  City when you were 16 years old?
5  A.      Yes.
6  Q.      Is that correct?  Wow.
7  A.      Yes.  Shortly after I was born.
8  Q.      Wow.  So do you -- do you mind just
9  telling me a little bit about yourself, then,
10 ma'am?
11 A.      As far as my career through the City?
12 Q.      Just, you know, where you grew up.
13 Just where you're from, where you went to
14 school.  That sort of thing.
15 A.      I grew up here in Dodge City.  I went
16 to school here in Dodge City.  I went to college
17 here in Dodge City.  And I worked my career here
18 in Dodge City.  Pretty exciting person.
19 Q.      Well, I think Dodge City is an exciting
20 town, so, you know, I understand that.
21         What school did you go to in Dodge
22 City?  Or, you know, what elementary school?
23 A.      I went to Sacred Heart Cathedral School
24 until eighth grade.  And then at Dodge City --
25 it was junior high back then --

Page 24

1  Q.      Uh-huh.
2  A.      -- for a year in ninth grade.  And then
3  Dodge City High School.  And then Saint Mary of
4  the Plains College, which was here in Dodge
5  City.
6  Q.      Is that the nursing school?  That was
7  the nursing school; is that correct?
8  A.      No.  It was --
9  Q.      Oh, okay.
10 A.      -- a liberal arts school.
11 Q.      And you had a lot of history with the
12 City of Dodge City in employment; is that fair
13 to say?
14 A.      Yeah.
15 Q.      Do you mind telling me about that long
16 history of employment with the City?
17 A.      Sorry.  My allergies.  My left eye
18 keeps watering.
19 Q.      No worries.
20 A.      I started with the City at -- I was 16,
21 so whatever year that was.  And then I just
22 worked in a variety of departments.  And then in
23 '89, when I graduated from college, I was
24 administrative assistant.
25         And for some reason I want to say I was

Page 25

1  administrative assistant to the city manager and
2  then administrative assistant to -- for economic
3  development.  And then I went back to the city
4  manager's office.
5          And then I went to the HR office and
6  then to the director of HR and then to assistant
7  city manager and then the city manager.
8  Q.      And about how long were you assistant
9  city manager to -- and the city manager for the
10 City of Dodge City?
11 A.      Assistant city manager, I think about
12 seven years.  And city manager, six years.
13 Q.      And do you know about what time frame?
14 Like in the 2000s, you know, late 2010s?
15 A.      2007 for assistant city manager.  And
16 then in '14 became city manager.  And then I
17 retired in '20.
18 Q.      It's my understanding that you're
19 employed with the City of Dodge City currently.
20 Is that the case?
21 A.      Yes.  I contract with them to help them
22 train their young HR staff.
23 Q.      And when did you first start
24 contracting with the City of Dodge City?
25 A.      Maybe January, end of December.

Page 26

1  Something like that.
2  Q.      In 2022 or 2023?
3  A.      If it would have been December, it
4  would have been 2022.  If it was January, it was
5  2023.
6  Q.      So you've only had two years of
7  retirement thus far?
8  A.      Yeah.
9  Q.      Oh.  Do you like working with the City?
10 A.      Oh, yes.
11 Q.      What do you like best about working
12 with the City?
13 A.      Just the people.  They're good people.
14 Q.      Are you recently involved with any
15 organizations in Dodge City?
16 A.      No.
17 Q.      Are you involved in any organizations
18 in Ford County?
19 A.      No.
20 Q.      Are you registered to vote, ma'am?
21 A.      Yes.
22 Q.      Are you registered with any political
23 party?
24 A.      Yes.
25 Q.      Would you mind telling me what

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                                    Pages 27..30

Page 27

1    political party you're registered with?
2    A.        I think Republican.
3    Q.        Do you vote in the Republican primary?
4    A.        Yes.
5    Q.        Are you a part of the Ford County
6    Republican women's organization?
7    A.        No.
8    Q.        You said that very definitively.
9    A.        Yes.
10   Q.        Is there a reason you said it so
11   definitively?
12   A.        I just don't join those groups.
13   Q.        Okay.  Is there a reason why you don't
14   join those groups?
15   A.        Because I don't want to be a part of
16   those groups.
17   Q.        Understood.  That's a very good reason.
18            And do you have children, ma'am?
19   A.        Yes.  I have three.
20   Q.        And I'm not going to ask for their
21   names or -- You know, I don't want their
22   information in this deposition transcript, but
23   I'm just wondering, did you send your children
24   to any of the schools in Dodge City?
25   A.        Yes.  They all went through Dodge City

Page 28

1    until college.  And then they all left for
2    college.
3    Q.        So I think we talked a little bit about
4    this, but you've had a -- it's the case that
5    you've just had a variety of roles in the -- in
6    them Dodge City government; is that right?
7    A.        Yes.
8    Q.        And when you were assistant city
9    manager, what duties did you have?
10   A.        I was also, at the same time, director
11   of HR, so I took care of supervising HR staff.
12   We were working quite a bit on union work with
13   the police department.
14            And then I took the lead on housing,
15   which was probably my biggest projects that I
16   had.  I was kind of the one that took complaints
17   from the front desk and worked with the
18   departments.  But housing was probably my
19   biggest one.
20   Q.        And what were you doing with housing?
21   A.        Pretty much the whole spectrum.  We set
22   up a new housing program because we were in
23   desperate need of housing.  And we tried
24   to -- I did a ton of research on all the
25   different policies that cities across the

Page 29

1    country were using for establishing incentives
2    and such for housing.
3            And then I worked with the County and
4    the other taxing entities regarding those
5    incentives.  And then we began establishing all
6    of the criteria needed to implement the
7    incentives.
8            So we set up a neighborhood
9    revitalization program for housing.  We also --
10   We were -- If I remember correctly, we were the
11   first ones in the state to accomplish a rural
12   housing incentive district.
13            And we were very successful with those.
14   And that took a lot of work and a lot of time.
15   Q.        And when you say "new housing
16   programs," was it the case that your -- and when
17   I say "you," I think I mean more so like your
18   position or your role -- that you-all were
19   trying to encourage the building of housing in
20   the city of Dodge City?
21   A.        Yes.
22   Q.        And so --
23   A.        Sorry.
24   Q.        You're good.
25   A.        And we were also -- not just new

Page 30

1    construction, but renovating older construction,
2    older homes.
3    Q.        And is that the program in Dodge where
4    there's sometimes the houses -- they'll move the
5    houses and they'll redo them and they'll sell
6    them back to, like, seniors or folks who need
7    housing?  Is that the program?
8    A.        That's not either of the programs that
9    I talked about.
10   Q.        Oh.
11   A.        But that's CHAD, which is another --
12   Q.        Yes.
13   A.        -- evolution of what we worked on
14   through the -- all the different incentives.
15   Which is -- CHAD is a nonprofit that's operated
16   through our economic development corporation.
17            And I served on their board.  And they
18   were -- They actually bought houses and
19   relocated them and worked with the community
20   college to renovate them, yes.
21   Q.        That's a really great program, so --
22   A.        It is.
23   Q.        A lot -- I've seen a lot of housing and
24   building in Dodge City, so, you know,
25   congratulations for all the hard work that

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                          Pages 31..34

Page 31

1  you've put into it.  Pretty -- It was a pretty
2  big undertaking, I can imagine.
3  A.      Yes.
4  Q.      Yeah.  So I imagine, as someone who's,
5  like, lived in Dodge City their entire life, has
6  worked with the city government, you're pretty,
7  I guess, familiar with maybe the changes in
8  Dodge City over the past, like, 10 or 20 years;
9  is that fair to say?
10 A.      I would hope so.
11 Q.      And how has the city changed within the
12 past decade?
13 A.      We have grown tremendously.  And we've
14 had to have tons of new housing to support that.
15 Schools have grown tremendously.
16         Government hasn't, necessarily.  We
17 probably have less employees now than we had 30
18 years ago.  And just -- We've added lots of new
19 facilities for quality of life.
20 Q.      What about the demographics?  Are you
21 familiar with the demographics of Dodge City?
22 A.      Only tacitly.  I mean, I probably was
23 more familiar back when I was more active.  But
24 I think we're about 50 percent Hispanic, 50
25 percent Caucasian, but I'm guessing.

Page 32

1  Q.      When you say "about" -- When you say --
2  Are you -- are you referring to total
3  population, citizen population, citizen
4  voting-age population when you say that number?
5  A.      Total population.
6  Q.      Oh.  Has the Hispanic community, since
7  you've been living in Dodge City, grown in the
8  community?
9  A.      Yes.
10 Q.      And that -- Has that growth been a
11 large growth?
12 A.      Probably our largest.
13 Q.      Are there areas of Dodge City where the
14 Hispanic community is primarily located, in your
15 opinion?
16 A.      You know, maybe when I was a kid, but
17 not anymore.
18 Q.      Okay.  When you were the city manager
19 and assistant city manager in Dodge City, were
20 you presented with data regarding the city?
21 A.      Yes.  All sorts of it.
22 Q.      Yeah.  I can -- Now, that was a broad
23 question.  What type of data were you presented
24 with?
25 A.      All sorts of data.  Are you talking

Page 33

1  financial?  Are you talking population?
2  Q.      Well, why don't we talk about -- Were
3  you ever presented with data that showed any
4  racial disparities in, like, let's say, housing
5  or income or policing in the city of Dodge City?
6  A.      Disparities?
7  Q.      Or just differences in -- between
8  racial groups.
9         MR. KAISER:  Objection.  Form.
10 A.      I -- I'm sure I was, but I don't
11 remember specifics.
12 BY MS. WAKNIN:
13 Q.      Is it the case that there are racial
14 disparities in, let's say, policing in the city
15 of Dodge City between Hispanics and Whites --
16         MR. KAISER:  Object to form.
17 BY MS. WAKNIN:
18 Q.      -- or Caucasians?
19         MR. KAISER:  Oh.  Sorry, Sonni.
20         Objection.  Form.
21 A.      I think the police department has
22 worked to monitor that to try to assure that
23 it's relatively comparable to the population.
24 BY MS. WAKNIN:
25 Q.      So is that a "yes"?

Page 34

1  A.      Could you repeat the question?
2  Q.      Are there racial disparities in -- or
3  racial differences in, let's say, policing
4  between Hispanics and Caucasians in the city of
5  Dodge City?
6         MR. KAISER:  Objection.  Form.
7  A.      To my knowledge, no.
8  BY MS. WAKNIN:
9  Q.      Do you mind explaining to me how the
10 commission -- the Dodge City commission works?
11 A.      How they're elected or how they do
12 their job?
13 Q.      How they function, yes.  Or how they do
14 their job.
15 A.      It's a city manager commission form of
16 government, so the city manager reports to the
17 governing body.  That's the only employee that
18 reports to them.
19         They're responsible for budget and
20 policy and the city manager.  So they meet, they
21 approve expenditures, they approve ordinances,
22 resolutions, and policies.
23 Q.      And what does that mean, that the city
24 manager's the only employee that reports to
25 them?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Pages 35..38

Page 35

1  A.      They do the city manager's evaluation.
2  The city manager does everyone -- does the
3  department heads' evaluation and so on and so
4  forth.
5  Q.      And what is the relationship like
6  between the commission and the city manager?
7  A.      I'm pretty sure good.
8  Q.      Oh.  And apologies.  I don't mean
9  currently.  I just -- or personally.  I mean
10 more so what -- you know, what are the roles or
11 the ways that the city manager interacts with
12 the commission and vice versa in a more like
13 kind of abstract way, if I'm explaining myself
14 correctly.
15 A.      No.
16 Q.      Okay.  That's fair.  So I guess I'm
17 wondering, you know, if the -- does the city
18 manager make the agenda for the commission?
19 Does the city manager, like, keep all the
20 commissioners informed?  Does the city manager
21 make sure that they're not violating public
22 record -- like public meeting acts?
23         So I'm just wondering, like, what does
24 the city manager do in relation to the
25 commission?

Page 36

1  A.      I understand that question.
2  Q.      Yep.  There you go.
3  A.      Yes, yes, and yes.  Yes, they work with
4  all commissioners to keep them informed.  And,
5  yes, we try to prevent them from violating open
6  meetings acts or open records acts or any other
7  state or federal law.
8          They -- We set the -- We don't
9  necessarily -- It's hard to explain.  They can
10 make changes to the agenda that -- We try to
11 present them with an agenda that we feel like is
12 acceptable, but they can change it in the
13 meeting by adding or subtracting off of the
14 agenda.
15 Q.      And it's my understanding that the
16 commission picks a mayor; is that -- like that
17 mayorialship rotates; is that correct?
18 A.      Yes.  Among themselves they pick the
19 mayor annually.  Sometimes it rotates; sometimes
20 it doesn't.
21 Q.      Does the city manager have a different
22 relationship with the mayor than they do with
23 the other commissioners?
24 A.      No.  Well, let me clarify.  I didn't.
25 Q.      Does the mayor have different powers

Page 37

1  than the rest of the commissioners?
2  A.      Only that they run the meeting.  And
3  sometimes they're the ones that get to do the
4  figurehead speeches, ribbon cuttings.
5  Q.      Uh-huh.  I'm not sure that's always --
6  that's always an honor, to have to give the
7  figurehead speeches, though.
8  A.      Yeah.
9  Q.      Is the city manager ever involved with
10 the election of the commissioners?
11         MR. KAISER:  Objection.  Form.
12 A.      Do you mean as far as voting on them?
13 BY MS. WAKNIN:
14 Q.      Like keeping the commissioners updated
15 about what's happening with commission
16 elections.
17 A.      The County does all the elections.  I
18 think before I got into the city manager's
19 office, the clerk may have been -- They
20 submitted their application to the clerk.  She
21 gave it to the County.  But you really try to
22 stay out of the elections, because that's your
23 boss.
24 Q.      So it's not the case that, you know, a
25 city manager should be updating the

Page 38

1  commissioners about vote counting or anything
2  about the elections that Ford County is running;
3  is that fair to say?
4  A.      The only thing I would have done
5  would --
6          MR. KAISER:  Objection.  Form.
7          Sorry.  You can answer, Cherise.
8          THE WITNESS:  Sorry, Clayton.
9  A.      The only thing I would have done would
10 have been check election results and share it
11 with them, in case they didn't look, and tell
12 them who was running.
13 BY MS. WAKNIN:
14 Q.      Why would you tell the commissioners
15 who was running for commission?
16 A.      Because our newspaper wasn't
17 necessarily always telling people.
18 Q.      Do you mind telling me a little bit
19 about the politics in Dodge City for city
20 elections?
21 A.      I'm not sure what you mean.
22 Q.      Well, you know, is there, oh, kind of a
23 funnel for how -- or ways that folks get elected
24 to the commission?  You've got to be well-known
25 in town; you've got to be joining certain

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                                    Pages 39..42

Page 39

1  organizations.  You know, how is it that -- You
2  know, you've lived in Dodge City your whole
3  life.  Like how is it that folks get involved in
4  running for the Dodge City commission?
5            MR. KAISER:  Objection.  Form.
6  A.       I can't answer for them.  There were
7  some that just came -- they saw the concerns.
8  Some that came because they were pushed by
9  organizations.  I don't know.
10           It's a pretty broad spectrum.  I don't
11  know that anybody -- that all of them came from
12  one area.  It was usually based off of -- If the
13  chamber was upset about something, they would
14  try to get somebody to run.
15           If the women's group was upset about
16  something, they'd try to get somebody to run.
17  But I wouldn't say it was funneled from one
18  place.
19  BY MS. WAKNIN:
20  Q.       Do folks who run for commissioner, do
21  they generally live in one part of town?
22  A.       No.
23  Q.       In your opinion, are Dodge City
24  commission elections competitive?
25           MR. KAISER:  Objection.  Form.

Page 40

1  A.       You mean as in mean and nasty?
2  BY MS. WAKNIN:
3  Q.       No.  More so I meant are there a lot of
4  folks running or is it usually the incumbents
5  just get reelected?
6  A.       It just depends on the year.
7  Q.       In your experience, does it tend to be
8  one way or the other?
9  A.       Just based off my bad memory, probably.
10  It was either we had a primary or you didn't
11  have very many running.
12  Q.       How many folks who are Latino have been
13  elected to the Dodge City commission, to your
14  knowledge, in the past two -- past two decades?
15  A.       Two decades.  I'll try to work
16  backward.  Joe Nuci.  Blanca I think was her
17  name.  I wasn't there when she was on the
18  commission.  Fernando Jurado.
19           And we've had several others that ran.
20  I don't remember if they got in.  Off the top of
21  my head, that's the best I can do.
22  Q.       No worries.  And then is it the case
23  that usually three positions are open for the
24  Dodge City commission for an election?
25  A.       Yes.

Page 41

1  Q.       And so over 20 years times three, that
2  would be, you know, 60 opportunities to get --
3  for a Latino to get elected to the Dodge City
4  commission; is that fair to say?
5  A.       That's your math.
6  Q.       Do you have any reason to dispute 20
7  times three is 60?
8  A.       No.
9  Q.       Okay.  So it would be maybe three out
10  of 60 in the past two decades that Latinos
11  elected -- getting elected to the Dodge City
12  commission?
13           MR. KAISER:  Objection.  Form.
14  A.       If I'm correct.
15  BY MS. WAKNIN:
16  Q.       Okay.  Are there like internal politics
17  on the commission?  Or let me rephrase that.
18           What are, if any, the internal politics
19  like within the Dodge City commission?
20           MR. KAISER:  Objection.  Form.
21  A.       I guess I'm not sure what you're
22  asking.
23  BY MS. WAKNIN:
24  Q.       Let me clarify.  So when their
25  organ- -- Like within organizations, there's

Page 42

1  sometimes internal politics, right, where
2  folks -- you know, this is the way that
3  something is done.  You usually need like four
4  folks who are on board for something or that
5  sort of matter.
6           Is there anything like that within the
7  Dodge City commission in your experience as city
8  manager?
9           MR. KAISER:  Objection.  Form.
10  A.       No.  They were pretty all
11  independent-minded.
12  BY MS. WAKNIN:
13  Q.       So I see -- I see it's -- We've been
14  going for 50 minutes.  Would you like to go --
15  take a little short break to go to the restroom
16  or would you like to continue going?
17  A.       I'm good if everybody else is.
18  Q.       All right.  When you first started
19  working for the City of Dodge City, how many
20  polling locations were in the city?
21  A.       I don't recall.  There was at least
22  two, if not more.
23  Q.       When did Dodge City, to your knowledge,
24  go to -- or only have one polling location
25  within the city?

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                    Pages 43..46

Page 43

1  A.        I don't remember.
2  Q.        But at some point there were at least
3  two, if not more, polling locations.  And then
4  there was one polling location within the city
5  of Dodge City; is that right?
6  A.        At some point, yes.
7  Q.        Are you familiar with voter
8  registration for the -- Let me rephrase that,
9  actually.
10           Are you aware of the voter registration
11  numbers for the city of Dodge City?
12  A.        No.
13  Q.        To your knowledge, have there ever been
14  contested elections or recounts for the Dodge
15  City commission?
16  A.        Not that I remember.  I know there was
17  a couple that were -- there was at least one
18  that was a tie.
19  Q.        Do you mind telling me about that tie?
20  A.        They had the same number of votes.
21  Q.        I mean, how -- Do you know how it was
22  decided who was going to be on the commission?
23  A.        It was pretty scientific, if I recall
24  correctly.  They put names in a hat and pulled
25  the name out.

Page 44

1  Q.        Yes.  I'm very aware of that scientific
2  method of pulling a name out of a hat.
3  A.        I was actually kind of surprised.
4  Q.        Were there any, you know -- I guess
5  were there any other instances -- election kind
6  of instances in Dodge City, that you can think
7  of, where there might have been a recount or
8  issues related to the election?
9  A.        As far as the counting?  I don't
10  recall.
11  Q.        What about just generally?  Have there
12  been voting issues within Ford County?
13  A.        There was the issue with -- when the
14  County made the determination to move down to
15  the Expo for voting.  Because when she had to
16  make the decision on where the location -- the
17  voting location was going to be, the school said
18  they may be under construction at that site, so
19  she chose another site.  And that drew quite a
20  bit of interest outside.
21  Q.        When you say "she," who are you
22  referring to?
23  A.        I'm sorry.  The county clerk.
24  Q.        Is that Ms. Debbie Cox?
25  A.        Yeah.

Page 45

1  Q.        And I understand that you-all had
2  gotten, in Dodge City, and maybe even you as
3  City staff, had gotten a lot of vitriol from
4  outside folks about the move of the polling
5  location; is that correct?
6  A.        You said we got a lot of internal from
7  outside votes?
8  Q.        Oh.  Sorry.  Vitriol.  Like this --
9  A.        Oh.
10  Q.        -- where you guys were slammed with
11  some interesting comments.  Is that --
12  A.        Yes, ma'am.
13  Q.        Yeah.  And I'm not going to ask you to
14  relive that.  I'm sure it's not something
15  particularly pleasant for you.  But do you
16  remember just what the outcome was of the
17  incident in the 2018 polling-place-location-move
18  incident?
19  A.        What do you mean "what was the
20  outcome"?
21  Q.        What happened.  I think -- You know,
22  did Dodge -- did the City lobby for more polling
23  locations?  Did Ms. Cox open more polling
24  locations?  Were you aware of anything that
25  happened after that incident?

Page 46

1  A.        I know we had some conversation with
2  her, but she was pretty tied up with all of her
3  comments that she was getting and working
4  through her attorney that she had that --
5           I know we offered -- The transportation
6  was a big issue to that site.  We offered free
7  transportation through our bus program, our
8  transit program, for individuals.
9           We had people manned up at the original
10  voting site, which was the civic center, in case
11  people showed up there.  We could easily direct
12  them or transport them down to the Expo Center
13  if they weren't sure where it was at.  That's --
14  And it went off without too many hitches.
15  Q.        Had your office ever received
16  complaints from Latino citizens or Latinos in
17  Dodge City about voting-related issues?
18  A.        I don't recall ever getting one sent to
19  me.
20  Q.        And that's -- And I just want to
21  clarify or just confirm.  You just hadn't
22  received one; is that correct?
23  A.        That's correct.
24  Q.        Okay.  So it could be the case that
25  someone might have had those criticisms or

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                              Pages 47..50

Page 47

1  provided them to the City; is that right?
2  A.        I would speculate, but yes.  Whether it
3  came from a citizen or not, I don't know.
4  Q.        I want to ask the question -- and it
5  goes back a little bit -- about -- You mentioned
6  that the Dodge City commission had the ability
7  to set policy; is that correct?
8  A.        Yes.  Correct.
9  Q.        Does the City have the power to pass an
10  ordinance to establish the election of
11  commissioner using districts rather than
12  at-large?
13          MR. KAISER:  Objection.  Form.  Calls
14  for a legal conclusion.
15          You can answer, Cherise.
16          THE WITNESS:  Okay.
17          MR. KAISER:  Sorry.
18  A.        I assume that they can, but it may have
19  to go to an election.  I honestly don't know the
20  answer to that.  I'd have to -- I would refer
21  all of that to the city attorney.
22  BY MS. WAKNIN:
23  Q.        Okay.  Have you ever asked -- Strike
24  that.
25          Are you familiar with, you know, the

Page 48

1  Ford County clerks?
2  A.        Am I familiar with the Ford County
3  clerk?
4  Q.        Correct.
5  A.        Yeah.  I know Debbie.
6  Q.        And you know Ms. Cox's predecessor?
7  A.        Sharon.  Correct.
8  Q.        Ms. Seibel.
9  A.        Okay.  I just know the first name.
10  Q.        And as city manager for the City of
11  Dodge City, what was your relationship like with
12  the Ford County clerk?
13  A.        It was fine.  I didn't work with her
14  primarily.  I worked with the administrator.
15  Q.        And what did you work on with the
16  administrator?
17  A.        Housing, STAR bonds, the Why Not Dodge
18  project, any kind of multiple projects.
19  Q.        When, if any, was the first time you
20  had heard about the Department of Justice in
21  relation to the Ford County elections?
22  A.        When Clayton told me about it.
23  Q.        Are you referring to your attorney,
24  ma'am?
25  A.        Yes.

Page 49

1  Q.        So it's your position that, before
2  speaking with your attorney, your current
3  attorney, you had not heard about the --
4  anything with the Department of Justice with
5  respect to Ford County elections?
6  A.        Not that I recall.
7  Q.        Have you ever heard of poll observers
8  from the Department of Justice?
9  A.        Have I ever heard of them?
10  Q.        Yes.  Correct.
11  A.        I've heard of the concept, yes.
12  Q.        Do you know if those poll observers
13  were ever in -- ever in Ford County?
14  A.        I did not know until I spoke to
15  Clayton.
16  Q.        Were you shown a document regarding
17  poll monitors during your deposition prep?
18  A.        About poll monitors?
19  Q.        Poll observers.
20  A.        Not that I remember, no.
21  Q.        And when were you having this
22  conversation with your attorney, Ms. Kaiser --
23  Mr. Kaiser, about Ford County elections?
24  A.        Last week or Monday.  One or the other.
25  Q.        Is that when the three documents were

Page 50

1  shown to you?
2  A.        Monday.
3  Q.        When was the first time you heard about
4  the Voting Rights Act?
5  A.        I don't remember.
6  Q.        Have you heard about the Voting Rights
7  Act before?
8  A.        Yes.
9  Q.        And did you hear about the Voting
10  Rights Act when you were an employee of the City
11  of Dodge City?
12  A.        I don't remember specifically when I
13  heard about it, if it was through education or
14  if it was through the television or if it was
15  through a discussion.  I don't remember.
16  Q.        When you were employed with the City of
17  Dodge City, did the issue of the federal Voting
18  Rights Act come up in conversation at any point?
19  A.        With me?  Probably not.  That would
20  have been handled by the city attorney or the
21  city clerk or the County.
22  Q.        Did anyone from the County, Ford
23  County, ever contact you about a possible
24  Department of Justice investigation into Dodge
25  City regarding its method of election?

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Pages 51..54

Page 51

1    A.        Not that I recall.  The county clerk
2    dealt with primarily the city clerk and the city
3    attorney.
4    Q.        Have you ever met with anyone named
5    Bruce Adelson?
6    A.        No.
7    Q.        What about someone named Gilda Daniels?
8    A.        No.
9    Q.        Did you ever have a conversation with
10   Ms. Seibel, Sharon Seibel, who's the Ford County
11   clerk, about a investigation into the method of
12   election for Dodge City?
13   A.        I would not have, no.
14   Q.        So I just want to understand, Ms.
15   Tieben, that in -- you have not, to your
16   knowledge, ever met anyone named Bruce Adelson?
17   A.        Who is that?  I don't know who it is.
18   I'm sorry.
19   Q.        Okay.  And that you have not had a
20   conversation with -- You know, strike that.
21            When was the first time that
22   district-based elections had come up while you
23   were an employee with the City of Dodge City?
24   A.        I know we talked about it over the
25   years, just that that was something that could

Page 52

1    be considered as we grow, and that the process
2    to do it was through a petition.  And once a
3    petition's received, we take that to the
4    commission, and the commission can have -- I
5    think they can have an election.
6            I don't think they can change it
7    themselves, but I don't know.  It would have
8    gone to the city attorney.
9    Q.        And so when you said it has come up
10   over the years, has the issue of district-based
11   elections come up multiple times while you were
12   assistant city manager and city manager of the
13   City of Dodge City?
14   A.        No.  I wouldn't say multiple times, no.
15   Q.        All right.  And how would you define
16   "multiple"?
17   A.        I wouldn't say it came up more than
18   twice while I was in that -- And that was from
19   the situation with the site.  And then I kind of
20   remember the city -- previous city manager and
21   the city clerk talking about it before, but I
22   was not involved with that.
23   Q.        Okay.  And when you say it came up
24   during the site, are you talking about the
25   polling place --

Page 53

1    A.        Yes.
2    Q.        -- through --
3    A.        Sorry.
4    Q.        Okay.
5    A.        Sorry.  I didn't mean to interrupt you.
6    Q.        No worries.  And why would it be the
7    case that district-based elections were
8    something that the City should -- like the --
9    you said that the City should consider when the
10   city was growing or something that the City may
11   consider, if I'm understanding you correctly?
12            MR. KAISER:  Objection.  Form.
13   A.        Larger -- Sorry.  Larger communities, I
14   believe, have districts.
15   BY MS. WAKNIN:
16   Q.        Is there any other reason why
17   district-based elections were brought up?
18   A.        I don't recall specific reasons.
19   Q.        Have you ever heard about
20   district-based elections -- Or strike that.
21            Have you heard about minority vote
22   dilution before?
23   A.        On television and on probably some
24   training through the league it probably came up,
25   but I don't know that it was a single topic.  It

Page 54

1    was probably in a whole package of voting issue
2    topics that I probably sat through in a
3    conference.
4    Q.        All right.  I'm going to show you --
5    And I think I should have said this before, but
6    I might show you some documents, Ms. Tieben.
7    And so it will be over a shared screen over
8    Zoom.  So if you can't -- You know, if you -- if
9    you can't see it or if you're having trouble,
10   just let me know.
11            But I'm going to share, right now,
12   Document Dodge, underscore, City, underscore,
13   0003669.
14            Can you see this, Ms. Tieben?
15   A.        Uh-huh.
16   Q.        I'm going to let you read it.  And you
17   can just tell me when to scroll.
18   A.        You can scroll.  You can scroll.  You
19   can scroll.
20   Q.        And this is the end of the document.
21   Okay.
22   A.        And was there a question about the
23   document?  I'm sorry.
24   Q.        There is.  I just wanted to make sure
25   you read the document, in fairness, to make sure

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023
Pages 55..58

Page 55

1   that you're able to answer completely.
2       So this is an e-mail from you to Brad
3   Ralph CCing Nannette Pogue -- and I hope I'm
4   pronouncing her name correctly -- and Ken
5   Strobel.  And you say, Talk about timing.
6       Do you remember what the -- why you
7   said "talk about timing" in reference to this
8   e-mail that was about election ordinances?
9       And I think someone also mentioned
10  that a concern they had with the form of
11  government they were operating under, the
12  commission and manager may be in jeopardy?
13  A.      I can't guess why Jon -- Jonathan said
14  that.  But the State was always, it seemed like,
15  trying to tell the cities how to do things with
16  elections.  And we tried to stay nonpartisan.
17  We tried to stay out of the election -- regular
18  election cycle so that we could stay
19  nonpartisan.
20      And if I had to guess, that's what this
21  was about.  It was something that the State was
22  looking at legislatively.
23  Q.      Understood.  And so it appears --
24  Strike that.
25      Is it the case that over the time that

Page 56

1   you were assistant city manager and city manager
2   there were instances where the Kansas government
3   wanted to move municipal elections, the date of
4   municipal elections?
5   A.      I'm sorry.  Repeat that.
6   Q.      Sure.  When you were -- Is it the case
7   that when you were assistant city manager and
8   city manager of the City of Dodge City that
9   there were times when there were -- that the
10  Kansas legislature wanted to move the date of
11  when municipal elections were held?
12  A.      Yes.  That would be correct.
13  Q.      And can you tell me a little bit about
14  that date-moving issue?
15  A.      Well, there was lots of issues.  How
16  would you handle timing.  You know, they're
17  elected for two years.  Now are you going
18  backwards or forwards to catch up to the date.
19  Issues like that.
20  Q.      And one thing you had stated was also
21  the desire to keep elections nonpartisan; is
22  that correct?
23  A.      Yes.
24  Q.      And is it your understanding that if
25  elections were moved to -- I'm going to strike

Page 57

1   that.
2       What was it about a municipal election
3   being possibly moved to November of even years
4   which would make them political?
5   A.      I don't know if it was so much as
6   political, but people focused so much on the
7   politics of the Republicans versus Democrats.
8   And we want it to be about the city.
9   Q.      Okay.
10  A.      And so we also -- You always thought --
11  Or I always thought that if you got drug into
12  the same time as the national, nobody's going to
13  notice if you were having a local election.
14  Q.      And was that your -- Is that your
15  personal thought?
16  A.      Yes.
17  Q.      Is that based off of anything?
18  A.      No.  Probably just me.
19  Q.      Have you done research on the issue of
20  even-year municipal election turnout?
21  A.      I don't recall doing any research on
22  it, no.
23  Q.      Do you know if turnout is higher in
24  even-year election -- November even-year
25  elections than November odd-year elections?

Page 58

1   A.      Off the top of my head, I would have to
2   go back and look.
3   Q.      In your experience as a voter, is it
4   the case that people are more knowledgeable
5   about even-year elections?
6   A.      I'm not sure people are real
7   knowledgeable about any election anymore.
8   Q.      Understood.  Maybe let me rephrase it,
9   then.
10      Is it the case that as -- In your
11  experience as a voter, have you seen more folks
12  going out to vote during even-year November
13  elections than maybe odd-year November
14  elections?
15  A.      I never looked at the numbers, so -- I
16  only looked at who won because that would have
17  been our bosses.
18  Q.      In your experience as the assistant
19  city manager and city manager of the City of
20  Dodge City, were you aware of whether or not
21  there was -- How would you categorize the
22  turnout for Dodge City commission elections?
23  A.      I don't know how to categorize them
24  other than people showed up and voted.
25  Q.      Would you say a lot of folks showed up

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                              Pages 59..62

Page 59

1    and voted in those elections.
2         MR. KAISER: Objection. Form.
3    A.       I don't know what you call "a lot." It
4    seemed always to be about the same amount.
5    BY MS. WAKNIN:
6    Q.       So I want to go back to the district
7    issue. You had stated that the issue of
8    district-based elections had come up in 2018; is
9    that correct?
10   A.       And they came up as part of the site --
11   polling-site issue.
12   Q.       Why would it have come up as part of
13   the polling-site issue?
14   A.       Because people brought it up.
15   Q.       Well, I'm trying to understand what --
16   in what context was district elections brought
17   up in when the polling-place issue had come up
18   as well.
19   A.       If I recall, the e-mails that were
20   coming in from outside citizen -- or outside
21   people, people outside the community, they
22   couldn't believe we weren't in districts. We
23   couldn't believe that they couldn't believe that
24   we weren't in districts, so --
25   Q.       Did anyone from within the community

Page 60

1    bring up the issue of district-based elections
2    during 2018?
3    A.       Not that I recall. Not to me.
4    Q.       And when the issue of district-based
5    elections were brought up in 2018, what did you
6    do in response?
7    A.       Directed them to the County.
8    Q.       Did you do any research on
9    district-based elections?
10   A.       I -- The City isn't in charge of the
11   elections, so no. I don't think I did. The
12   city clerk or the city attorney may have, but I
13   did not personally, if I recall correctly.
14   Q.       Okay. And so -- And maybe I -- You've
15   mentioned the county clerk in terms of
16   district-based elections. I'm discussing like
17   the actual issue of districts versus at-large
18   when I'm speaking with you about 2018.
19        So what I wanted -- And I just want to
20   clarify that you did not take any steps in 2018
21   to research the implementation of using wards or
22   districts in Dodge City; is that correct?
23   A.       I don't recall it. If I did, it would
24   have been saying to the city attorney or the
25   clerk to be prepared for it.

Page 61

1    Q.       Was there ever a threat of a lawsuit to
2    force or to ask Dodge City to go to wards or
3    districts?
4    A.       Aren't we in one right now?
5    Q.       Prior to this one.
6    A.       I don't -- I just don't recall.
7         (Sharon Brett entered.)
8         MS. WAKNIN: Ms. Tieben, let's take a
9    10-minute break. Is that agreeable to you?
10        THE WITNESS: Sure.
11        MS. WAKNIN: Okay.
12        VIDEOGRAPHER: All right. The time is
13   now 11:18 a.m., and we are off the record.
14        (Recessed 11:18 a.m.; resumed
15   11:32 a.m.)
16        VIDEOGRAPHER: The time is now
17   11:32 a.m., and we are back on the record.
18   BY MS. WAKNIN:
19   Q.       Ms. Tieben, I'm going to -- We were
20   talking before the break about the voting
21   districts or wards. I might use those words
22   interchangeably. Do you understand what I mean
23   when I say a voting district or a ward?
24   A.       Yes.
25   Q.       And when I say the words "at-large

Page 62

1    method of election," what do you understand that
2    to mean?
3    A.       Everybody votes.
4    Q.       Okay. And we had discussed that in
5    2018 there was a discussion about voting
6    districts for the city of Dodge City; is that
7    correct?
8    A.       2018 was more of the issue about the
9    site.
10   Q.       Uh-huh.
11   A.       The districts was more of a size
12   discussion, if I recall correctly.
13   Q.       Okay. And what brought on that
14   district size discussion?
15   A.       People sending us e-mails from outside
16   of the city.
17   Q.       Why were these folks asking the City
18   about districts, to your knowledge?
19        MR. KAISER: (Lipping) Object to form.
20   A.       It really seemed to me they thought
21   everybody should be in districts.
22   BY MS. WAKNIN:
23   Q.       So I am going to show you a document.
24   And this is labeled Dodge City -- Dodge,
25   underscore, City, underscore, 001739.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                          Pages 63..66

Page 63

1    And, Ms. Tieben, I'm just going to let
2    you -- Just tell me when to scroll down. I want
3    to make sure you read the document before I ask
4    you any questions about it. Is that fair?
5    A.    Sure. You can scroll down. You can
6    scroll down. Oh.
7    Q.    So who is Erik Satorius?
8    A.    LKM is the League of Kansas
9    Municipalities. And he was the league's
10   attorney. Or no. Erik, I think, was the head
11   of the league.
12   Q.    And the subject line of this e-mail
13   from November 3rd, 2018 -- and it is -- the
14   subject is "voting districts"; is that correct?
15   A.    Yes.
16   Q.    And in this e-mail, you say, One other
17   issue that is likely to come up is the desire
18   for a few -- of a few for voting districts.
19   What did you mean by "that is likely to come
20   up"?
21   A.    Somebody had probably brought it up why
22   we didn't. And I don't specifically remember.
23   I'm guessing.
24   Q.    And you had -- Why did you ask the
25   league for information regarding voting

Page 64

1    districts?
2    A.    The league was usually our first
3    resource for information that applied to all
4    cities, so --
5    Q.    And what is the ICMA?
6    A.    International City Managers
7    Association.
8    Q.    Did you go to the ICMA to ask for
9    information about voting districts?
10   A.    Well, it says I did.
11   Q.    Do you remember what the ICMA told you
12   about voting districts?
13   A.    I do not.
14   Q.    And then Mr. Sartorius's response to
15   your e-mail on -- He responds to you on November
16   5th. And he says, I do recall some concerns
17   about how having all seats at-large can make it
18   difficult for populations to gain representation
19   in.
20         Is that a correct -- Is that what
21   Mr. Sartorius said to you?
22   A.    Yes. That's what it says.
23   Q.    What did you think about that statement
24   that Mr. Sartorius said to you at the time?
25   A.    I probably didn't give it a whole lot

Page 65

1    of thought because I was gathering information.
2    And more than likely, I was forwarding it on --
3    forwarding it on to Brad or Nannette for further
4    research.
5    Q.    Who is Brad that you're referencing?
6    A.    I'm sorry. He was our city attorney.
7    Q.    Is that Brad Ralph?
8    A.    Yes. Sorry.
9    Q.    Okay. And who is Nannette?
10   A.    Nannette Pogue was our city clerk.
11   Q.    Was Ms. Pogue's role to do research for
12   the City?
13   A.    She was the city clerk. So she
14   researched a lot of that type of information for
15   us.
16   Q.    And apologies. I'm not super familiar
17   with the -- with the role of a city clerk. Do
18   you mind telling me a little bit about what that
19   role is?
20   A.    Well, I can only really specifically
21   speak to ours, but they were in charge of
22   records and they did the minutes of the
23   commission. And she would have been -- she
24   would have been the one that worked directly
25   with the county clerk on the voting -- any

Page 66

1    election, I guess I should say, really. Not
2    necessarily a voting issue, but on any election.
3    That's very simplified of what she does.
4    Q.    Don't worry. I won't tell her that you
5    simplified her job description.
6          What is your personal opinion of Ms.
7    Pogue?
8    A.    She has a great reputation.
9    Q.    Would you say she's good at her job?
10   A.    Yes.
11   Q.    She's trustworthy?
12   A.    Yes.
13   Q.    She does thorough research?
14   A.    I would believe so.
15   Q.    Okay. And then you, at the top, say
16   this is what you got from Erik, which I assume
17   is Erik Sartorius. And you're forwarding this
18   e-mail to Ms. Pogue. And you said you already
19   had the NLC article. Is that what this e-mail
20   says?
21   A.    It's what it says.
22   Q.    Okay. Have you read this NLC article?
23   A.    I would assume I did. I don't recall
24   it.
25   Q.    And what is -- and if you know -- the

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023
Pages 67..70

Page 67

1   NLC?
2   A.        National League of Cities.
3   Q.        Did you reach out to the NLC about
4   at-large and district elections?
5   A.        No.  We're members, so we had their
6   website that we could use as a resource.
7   Q.        I am going to show you another e-mail.
8   This is Dodge, underscore, City, underscore,
9   0003693.  Again, Ms. Tieben, take your time
10  reading the e-mail, and then just let me know
11  when you're -- when you -- when you're done.
12  A.        Okay.  Okay.
13  Q.        So it seems like, on November 4th, you
14  had just e-mailed yourself articles, is that
15  correct, and a Google search?
16  A.        My -- Yeah.  I don't know why I would
17  have done that.  Maybe it was to go back and
18  read it later and not lose it.  I don't know.
19  Q.        I think probably because it was a
20  Sunday that you were working, so I imagine that
21  you e-mailed it to yourself to have it in your
22  inbox.  Is that fair to say?
23  A.        That would probably be fair to say.
24  Q.        Okay.  And so I want to ask you about
25  this November 10th e-mail.  So it seems like you

Page 68

1   had discussed -- This e-mail is from you to Brad
2   Ralph, Ernestor De La Rosa, and Melissa McCoy;
3   is that correct?
4   A.        Yes.
5   Q.        And who is Melissa McCoy?
6   A.        She's the assistant city manager.
7   Q.        And Ernestor De La Rosa was also
8   someone who was a city employee; is that
9   correct?
10  A.        Same title: assistant city manager.
11  Q.        Okay.  And why were you e-mailing these
12  three folks from the City about the wards,
13  slash, at-large issue?
14  A.        More than likely if I was asking them
15  to do any research or be prepared for any
16  question about it.
17  Q.        And you said that you had a meeting
18  request with Ms. Cox, who was the Ford County
19  clerk, the week of the 19th on this issue.  Do
20  you remember that meeting?
21  A.        I don't.
22  Q.        And then the next paragraph says,
23  Nannette reminded me the other day that there
24  was a threat of a lawsuit several years ago when
25  Kim Goodnight was the county chairman.  Did you

Page 69

1   mean "Ken" Goodnight?
2   A.        No.  His name's Kim.
3   Q.        Okay.  Understood.  Do you remember
4   that conversation you had with Ms. Pogue about
5   the threat of a lawsuit several years ago?
6   A.        I do not.
7   Q.        But since Ms. Pogue told you there was
8   a threat of a lawsuit several years ago on the
9   at-large versus ward issue, do you have any
10  reason to believe that she was lying?
11  A.        No.
12  Q.        And so -- And that lawsuit was to, you
13  say, force us into wards; is that correct?
14  A.        That's what it says.
15  Q.        Okay.  Who is Ken?
16  A.        He was the city manager prior to me.
17  And prior to him becoming city manager, he had
18  been city attorney for 350 years.
19  Q.        Did you say "350 years"?
20  A.        It was forever.
21  Q.        Okay.  You know, I've never met this --
22  What's Ken's full name, if you don't mind?
23  A.        Ken Strobel.  He has since passed away.
24  Q.        Okay.  Well, that was a very good joke.
25  I was -- And who is Lori that you're referencing

Page 70

1   in this e-mail?
2   A.        More than -- Excuse me.  More than
3   likely, I'm talking about Lori Wade, who was
4   Ken's secretary and my secretary when I moved up
5   to city manager.  And then Stana was Brad's
6   secretary at their law firm.  Ken was a partner
7   with Brad in their law -- in a private law firm.
8   Q.        Okay.  And so here you're asking Brad
9   if he could visit with Lori and Stana to see if
10  they had had a response to the threat of the
11  ward lawsuit --
12  A.        Right.
13  Q.        -- potential lawsuit?
14  A.        Yeah.
15  Q.        Okay.
16  A.        Ken would have more than likely handled
17  anything like that.
18  Q.        I understand.  Did Ms. Pogue tell you
19  anything about the threat of a lawsuit when you
20  had visited with her?
21  A.        I don't even remember this, so
22  probably.  But I just don't remember it.
23  Q.        Okay.  That's fair enough.  All right.
24  So after the 2018 -- when districts came up in
25  2018, when was the next time that potentially

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Pages 71..74

Page 71

1  having district-based elections came up?
2  A.      I don't recall it coming back up while
3  I was there.
4  Q.      And so it's your position that the
5  issue of district-based elections had not come
6  up after 2018 or prior to 2018 --
7          MR. KAISER:  Objection.
8  BY MS. WAKNIN:
9  Q.      -- while you --
10         MR. KAISER:  I'm sorry.
11 BY MS. WAKNIN:
12 Q.      -- or prior to 2018?
13         MR. KAISER:  Objection.  Form.
14 A.      Well, apparently it came up before, by
15 that memo, but I just don't recall it.
16 BY MS. WAKNIN:
17 Q.      Did any commissioner ever ask you to
18 investigate district-based elections during your
19 time as city manager?
20 A.      Nick showed me a note I had made on
21 a -- maybe -- I think it was maybe an agenda
22 that said Jan Scoggins asked about it.  I would
23 have forwarded that request on to Ken or
24 Nannette.
25 Q.      And when you say "Nick," are you

Page 72

1  referring to Mr. Hernandez?
2  A.      Yes.  Sorry.
3  Q.      And when did Mr. Hernandez show you
4  documents related to this case?
5  A.      When he told me that I may get called
6  into a --
7  Q.      Okay.  And when was that?
8  A.      I don't -- Sometime after it came
9  about.  I don't know.
10 Q.      Okay.  So at some point after this
11 lawsuit was filed, you met with Nick Hernandez;
12 is that correct?
13 A.      We just talked.  We were probably on
14 something else, but he brought that up.
15 Q.      Okay.  And Mr. Hernandez brought up
16 documents in which the district-based-elections
17 issue had come up; is that correct?
18 A.      I wouldn't say documents.  It was that
19 one that had a handwritten note on it.  And he
20 asked me if I remembered it.  I said no.
21 Q.      Did you provide any of your handwritten
22 notes to Counsel in this case?
23 A.      No.  That was my note to myself more
24 than likely.
25 Q.      Were you asked to provide any documents

Page 73

1  to Counsel in this case?
2  A.      Oh.  You mean to Clayton?
3  Q.      Correct.  Your counsel.
4  A.      I was asked if I had anything, but I
5  don't -- I'm not Donald Trump.  I didn't take it
6  home.  So I left everything at the office.
7  Q.      Understood.  What else did you -- What
8  else did you speak with Nick Hernandez about
9  during that conversation about this lawsuit?
10 A.      He probably asked me what I knew.  And
11 I told him, Very little.  I wasn't a lot of
12 help.
13 Q.      And when did this -- Where did this
14 conversation occur?
15 A.      I don't -- I think it was when I
16 started back helping him with HR stuff, so it
17 was just a passing conversation.
18 Q.      Was this in person or Zoom?
19 A.      Yeah, because he showed -- I remember
20 him showing me the page.  It was a whole, like,
21 30-second conversation.
22 Q.      Okay.  Who's Bill Hammond?
23 A.      He is the old -- I shouldn't say "old."
24 He is the previous finance -- I don't know what
25 they called him at the school district.  He

Page 74

1  would have been the school district's equivalent
2  of finance director.  So whatever that is.
3  Q.      And what do you think about
4  Mr. Hammond?
5  A.      Personally?
6  Q.      Yes.
7  A.      Do I have to answer?  I was never a big
8  fan.
9  Q.      Yeah.  I was going to say, is it -- is
10 it fair to say that it's maybe not super
11 favorable?
12 A.      Right.  That would be correct.
13 Q.      Is Mr. Hammond involved in politics in
14 Dodge City or was involved in politics in Dodge
15 City?
16 A.      Yeah.  He ran for community college, I
17 think, when they were having some drama.
18 Q.      And who is Terry Malone?
19 A.      He would have been Brad and Ken --
20 their partner in their law firm.
21 Q.      And what do you think about Mr. Malone?
22 A.      He's all right.
23 Q.      Okay.
24 A.      He was our prosecuting attorney, city
25 court -- for city court.  I wouldn't say our

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023
Pages 75..78

Page 75

1   relationship was the best over that issue, but
2   I -- He's a nice guy.
3   Q.      What do you think about -- Like did
4   you -- Strike that.
5        Do you have any opinions about
6   district-based elections?
7   A.      No.
8   Q.      Earlier during this deposition you had
9   told me that your counsel had shown you a
10  document or a report from the Kansas League of
11  Municipalities; is that correct?
12  A.      Yeah.  I think you showed it to me
13  already.  I don't know, but I think.
14  Q.      And what did that -- what did that
15  report say to you?
16  A.      I think it was just the research they
17  had done.  So, no, it wasn't one of those that
18  you showed me.  It was something different
19  that -- I think it was a intern at the league
20  did some research.
21  Q.      And what was this research about?
22  A.      I don't know.  You'd have to show it to
23  me again.
24  Q.      So I think I might be showing you this
25  document now.  It's Dodge, underscore, City,

Page 76

1   underscore, 0003605.  And I will screen-share
2   this with you.  And just tell me when to scroll.
3   A.      Okay.  You can go ahead and scroll.
4   This is the one he showed me.
5   Q.      Okay.
6   A.      So it's from Nannette.
7   Q.      And this is the new report?
8   A.      Yeah.
9   Q.      Okay.
10  A.      And until he showed it to me, I don't
11  remember it, so --
12  Q.      And so this is actually from February
13  of 2019; is that correct?
14  A.      Yes.
15  Q.      So is it fair to say that the
16  district-based -- the district issue had come up
17  in 2019 as well?
18  A.      If I had to guess, I would say it was a
19  continuation from '18.
20  Q.      So the issue of district-based
21  elections was, I guess, discussed or thought of
22  for multiple months; is that correct?
23  A.      I think they were -- there was people
24  doing research, but I don't know that it was the
25  major topic of discussion.

Page 77

1   Q.      Yeah.  It was just something that was
2   researched between the months of November and,
3   let's say --
4   A.      Right.
5   Q.      -- February?
6   A.      Okay.
7   Q.      So three months?
8   A.      Yes.
9        MR. KAISER:  Objection.  Form and
10  foundation.
11  BY MS. WAKNIN:
12  Q.      Can you repeat your answer, ma'am?
13  A.      Yes.  I would assume that it was just
14  carried-on research.
15  Q.      And so this research -- How would
16  you -- When did you first read this report?
17  A.      You'll have to scroll back up to the
18  date.  I don't remember even reading it.  Well,
19  it was actually to Brad.
20  Q.      So you don't remember reading this; is
21  that correct?
22  A.      I don't until -- I don't remember
23  seeing it until Clayton showed it to me the
24  other day.
25  Q.      Was when Mr. Kaiser showed you this

Page 78

1   document the first time you had seen the
2   document?
3   A.      I just don't remember it.  I may have
4   seen it back then, but I don't remember it.
5   Q.      Okay.  Was there any other time,
6   then -- Did you further investigate the issue of
7   district-based elections after 2019?
8   A.      Not that I recall.
9   Q.      Did any-- Did anyone on your staff
10  research the issue of district-based elections
11  after 2019?
12  A.      If they would have, it would have been
13  Nannette or Brad or Ernestor.  I was eyeball
14  deep in other projects.  I trusted staff to do
15  the research.
16  Q.      I want to move on and actually ask you
17  a little bit about the work that Dodge City does
18  with the Latino or Hispanic community.
19       When you were city manager or during
20  your time as a City employee for the City of
21  Dodge City, what Latino organizations had the
22  City partnered with?
23  A.      Latino organizations?
24  Q.      Correct.
25  A.      I don't remember a specific Latino

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                    Pages 79..82

1  organization.  We had some programs that we
2  established to work with Hispanics for -- We
3  called it Engage Dodge, was the program that we
4  worked on.
5          We worked with the Mexican consulate on
6  trying to get more services to people in our
7  community.  We worked with USCIS to get more
8  services for people in our community and to get
9  them to recognize that we had a high Hispanic
10 population in our community.
11         We worked legislatively on DACA with
12 our delegation to try to get them to preserve
13 the program and move it along to citizenship.  I
14 just don't -- Ernestor would have probably led
15 all that for us.  So he was our guru, and I
16 relied heavily on him.
17 Q.        It seems like everyone has a very high
18 and favorable opinion of Ernestor --
19 A.        Yeah.
20 Q.        -- is that fair to say?
21 A.        That would be true.  He was good.  Very
22 good young man.
23 Q.        During your tenure, when did the City
24 start providing Spanish-language election
25 material?

1  A.        Election material?  Probably never.
2  Q.        To your knowledge, does the City of
3  Dodge City educate voters at all or do any voter
4  education?
5  A.        I don't remember us doing it unless
6  Ernestor did with some of the stuff he was
7  working on.  I know we did a lot of the -- if
8  you need assistance to get to the poll, then we
9  did that in English and Spanish.  We tried to do
10 a lot of stuff in English and Spanish.
11 Q.        Are you familiar with the Cultural
12 Relations Advisory Board?
13 A.        I forgot about CRAB.  Yes.
14 Q.        And what is CRAB?
15 A.        Cultural Relations Advisory Board, the
16 acronym.
17 Q.        What does -- Yeah.  What does it do?
18 A.        You know, I can't remember what all the
19 bylaws were on it and what all they were doing.
20 Ernestor and Melissa would have headed that up.
21 And I don't remember them ever bringing me
22 anything specific out of it.
23         But they would have worked on different
24 things that may have been a concern or we felt
25 like was a concern for Hispanic citizens.

1  Q.        Does CRAB, or the Cultural Relations
2  Advisory Board, have any rulemaking power?
3  A.        You say role-making?
4  Q.        Rule.  Rulemaking.
5  A.        Oh, rule.  Not -- No.  I'm sure they
6  didn't.  They weren't elected.
7  Q.        And did any of the -- Or if they
8  weren't, the folks who sat on the CRAB, or the
9  CRAB as an advisory board, does that mean that
10 anything that they suggest to city council, it's
11 not -- those are just suggestions?
12 A.        Just like all of our advisory boards
13 are just advice.
14         MS. WAKNIN:  Okay.  All right.  Well,
15 I'm wondering if maybe we could take a
16 five-minute break because I think I don't really
17 have any questions for you -- or that many more
18 questions for you, Ms. Tieben.
19         THE WITNESS:  Okay.
20         MS. WAKNIN:  Could we please take a
21 five-minute break.
22         THE WITNESS:  Sure.
23         VIDEOGRAPHER:  The time is now 12:02
24 p.m., and we are off the record.
25         (Recessed 12:02 p.m.; resumed

1  12:08 p.m.)
2          (Sharon Brett exited.)
3          VIDEOGRAPHER:  The time is now
4  12:08 p.m., and we are back on the record.
5  BY MS. WAKNIN:
6  Q.        Ms. Tieben, have you spoken with anyone
7  during the breaks of this deposition?
8  A.        My daughter came in earlier at the
9  first break, and I -- She goes, Do I still have
10 to keep the dogs outside?  Yes.
11 Q.        Fair enough.  I just want to ask you
12 about a few folks maybe that you might know in
13 the community.  Do you know someone named
14 Alejandro Rangel-Lopez?
15 A.        I heard the name from Ernestor, but I
16 don't -- I don't know them, no.
17 Q.        Do you have any opinion of
18 Mr. Rangel-Lopez?
19 A.        Since I don't know him, no.
20 Q.        Okay.  And you stated that you don't
21 know Miguel Coca; is that correct?
22 A.        That's correct.
23 Q.        Do you know a Jan Scoggins?
24 A.        Yes.
25 Q.        And what is your opinion of Ms.

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Pages 83..86

Page 83

1  Scoggins?
2  A.        Sweet lady.
3  Q.        Do you think Ms. Scoggins is a truthful
4  person?
5  A.        Yes.
6  Q.        And I think you said that you might
7  have known Ms. Sharon Seibel; is that correct?
8  A.        Yeah.  Or yes.
9  Q.        Have you worked with Ms. Seibel before?
10  A.       We worked together over the years on
11  the Why Not Dodge project, but she primarily
12  worked with Nannette.
13  Q.        Do you have any opinions on Ms. Seibel?
14  A.       Very nice lady.
15  Q.        You would also say that she's a
16  truthful person?
17  A.       Yes.
18  Q.        Okay.  Are you familiar with the Boot
19  Hill Museum?
20  A.       Yes.
21  Q.        Did the Boot Hill Museum ever have a
22  thing called a hangman tree?
23  A.       It was a display back at the top of
24  Boot Hill when I was a little kid.
25  Q.        And was it a display of a -- of a tree

Page 84

1  with a noose around it?
2  A.        Showing that the cowboys took care of
3  the cowboys with justice, I think, was the
4  thought.  I don't think they still have it.
5  Q.        Okay.  Was that just depicting a
6  lynching?
7  A.        Yeah.  Cowboys taking care of cowboys.
8  Q.        Okay.  And are you familiar with Dodge
9  City history?
10  A.       Slightly.
11  Q.        Was there something called the Mexican
12  Village in Dodge City?
13  A.       Boot Hill did a big display on them
14  last year.  Or no.  It's probably been three or
15  four years ago now.  But, yes, I've heard of the
16  Mexican Village.
17  Q.        And what is the Mexican Village, to
18  your understanding?
19  A.       There was my knowledge.  I've heard of
20  it.
21  Q.        Okay.
22  A.       But I didn't really study it.
23  Q.        Have you had any meetings regarding
24  this case or that we haven't discussed today?
25  A.       No.

Page 85

1  Q.        And did you have any meetings on
2  voting-related issues in Dodge City that we
3  haven't discussed today?
4  A.        Not that I remember.
5  Q.        So all the meetings that we've
6  discussed today are the ones -- are ones that
7  you remember happening -- Or strike that.
8  That's a very confusing question.
9          There are no other meetings that you
10  can remember off the top of your head about
11  voting-related issues in Dodge City; is that
12  correct?
13  A.        That would be correct.
14  Q.        That was the question I was trying to
15  get at.
16          Had you been asked to save any
17  documents in your personal possession related to
18  this case?
19  A.        I don't have any documents related to
20  this case in my personal possession, so --
21  Q.        Are there any work documents that you
22  might have had in your office in the city of
23  Dodge City that are related to this case?
24  A.        Apparently I had a file.
25  Q.        Yeah.  And did you search for that file

Page 86

1  at any point in the past few months?
2  A.        No.  I think Nick asked me maybe about
3  it.  Or maybe it was Clayton.  And I said, If
4  anybody has it, it's the clerk.
5  Q.        Did you ask the clerk to search for
6  that file?
7  A.        I don't think I asked her, no.
8  Q.        Do you know if anyone asked the clerk
9  for that file?
10  A.        I have no idea if anybody's asked.
11  Q.        Ms. Tieben, did I treat you courteously
12  today?
13  A.        Yeah.
14  Q.        Okay.  And I just want to make sure if
15  you -- if you thought I was -- you know, if you
16  think I treated you with respect.
17  A.        Yeah.
18          MS. WAKNIN:  Well, I have no further
19  questions for you.  So unless your attorney has
20  any questions for you, I think you might be able
21  to get back to your dogs.
22          MR. KAISER:  Thank you, Ms. Waknin.
23          I just have a couple questions, Ms.
24  Tieben.
25                    EXAMINATION

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
Cherise L. Tieben on 07/20/2023                    Pages 87..90

Page 87

1  BY MR. KAISER:
2  Q.      Shortly before our last break, Ms.
3  Waknin had asked you whether or not the City
4  provided any election-related materials in both
5  English and Spanish, and you said "no." And I'm
6  wondering, why did you say "no" to that
7  question?
8  A.      Because the County was the one in
9  charge of the elections. The only thing that I
10 could think that we may have done was on that
11 transit issue or maybe telling people where the
12 poll was if they asked. I just don't recall us
13 getting too involved with that.
14 Q.      Do you know if -- whether or not
15 election-related materials were provided by the
16 County in both Spanish and English?
17 A.      I would assume, but that's just
18 assuming. I don't know.
19 Q.      Just a few moments ago Ms. Waknin had
20 asked about a display that you recall from your
21 childhood from the Boot Hill Museum about a
22 noose. Do you know, did that display relate in
23 any way to Hispanics or Latinos?
24 A.      No. It was all about the cowboys.
25 Q.      And I think you said cowboys take care

Page 88

1  of cowboys. What does that mean?
2  A.      Well, I think what the display was
3  saying, that it was cowboy justice. There
4  wasn't law at that time. So if they broke their
5  internal codes, or whatever they want to call
6  it, they took care of it themselves.
7  MR. KAISER: Those were all the
8  questions that I had. Thank you for your time,
9  Ms. Tieben.
10 THE WITNESS: Uh-huh.
11 MS. WAKNIN: I don't -- I don't have
12 any other questions on redirect.
13 I just want to thank you for being a
14 public servant, Ms. Tieben. I know that the
15 work you-all do is really difficult and, I'm
16 sure, not always fun from public comment.
17 So I really do appreciate you being
18 here and your many years of public service.
19 THE WITNESS: Thank you.
20 MS. WAKNIN: I think we can go off the
21 record.
22 COURT REPORTER: Before we --
23 VIDEOGRAPHER: I think Ms. Dittmer
24 wants to get the orders on the record.
25 MS. WAKNIN: Oh, okay.

Page 89

1  COURT REPORTER: Yeah. Before we go
2  off the record, Ms. Waknin, what would you like
3  to order?
4  MS. WAKNIN: We're the ordering party,
5  so -- we're the scheduling party, so we'll just
6  order a regular 10-day.
7  COURT REPORTER: Sure. And, Mr.
8  Kaiser.
9  MR. KAISER: Yes. Ms. Dittmer, is the
10 regular processing time 10 to 14 days? Is that
11 kind of the idea?
12 COURT REPORTER: That's correct. It
13 should be faster.
14 MR. KAISER: Okay. That works perfect
15 for us. And we would like a paper copy. And
16 Ms. Tieben would like to read and sign.
17 COURT REPORTER: Got it. Thank you.
18 VIDEOGRAPHER: All right. Let me go
19 ahead and read you guys off the record, then.
20 This is the end of Media Number 1 in
21 the deposition of Cherise Tieben in the matter
22 of Michael [sic] Coca, et al., versus City of
23 Dodge City.
24 The time is now 12:16 p.m., and we are
25 off the record.

Page 90

1  (Deposition concluded at 12:16 p.m.)
2      *   *   *   *   *

**MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.**
**Cherise L. Tieben on 07/20/2023**                    **Pages 91..92**

Page 91

```
1          I, CHERISE L. TIEBEN, hereby state that I
2   have read my foregoing deposition, and that with the
3   changes noted below, if any, the same is true and
4   correct.
5          Dated this    day of              ,    .
6
7
8
9
10                      CHERISE L. TIEBEN
11
12
13
14   Page  Line    Change           Reason
15
16
17
18
19
20
21
22
23
24
25
```

Page 92

```
1                 CERTIFICATE
2          I, Sarah J. Dittmer, a Certified Court
3    Reporter of the State of Missouri, do hereby certify:
4          That prior to being examined the witness
5    was by me duly sworn/affirmed; that said deposition
6    was taken down by me in machine shorthand at the time
7    and place hereinbefore stated and was thereafter
8    reduced to print under my direction; that the
9    foregoing transcript pages is a true record of the
10   testimony given by said witness.
11         That I am not a relative or employee or
12   attorney or counsel of any of the parties, or a
13   relative or employee of such attorney or counsel, or
14   financially interested in the action.
15         WITNESS my hand this 25th day of July,
16   2023.
17
18         Sarah J. Dittmer, CCR No. 1129
           Certified Court Reporter
19         of the State of Missouri
20
21
22
23
24
25
```

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023    Index: 0003605..administrative

**0**

0003605    76:1

0003669
 54:13

0003693    67:9

001739    62:25

**1**

1    5:3 89:20

10    31:8
 89:10

10-day    89:6

10-minute
 61:9

10006    3:6

10561    3:8

10:01    5:7

10th    67:25

11:18    61:13,
 14

11:32    61:15,
 17

12:02    81:23,
 25

12:08    82:1,4

12:16    89:24
 90:1

14    25:16
 89:10

**1400    3:10**

16    17:5
 23:4 24:20

18    76:19

19th    68:19

**2**

20    25:17
 31:8 41:1,
 6

2000s    25:14

2007    25:15

2010s    25:14

2018    45:17
 59:8 60:2,
 5,18,20
 62:5,8
 63:13
 70:24,25
 71:6,12

2019    76:13,
 17 78:7,11

2022    26:2,4

2023    5:6
 26:2,5

20th    5:6

2414    7:9

27    7:24

**3**

30    14:14
 31:17

30-second
 73:21

3250    3:3

350    69:18,
 19

3rd    63:13

**4**

45    14:14

4th    67:13

**5**

5    4:3 7:21

50    31:24
 42:14

500    3:8

5th    64:16

**6**

60    41:2,7,
 10

66210    3:11

66212    3:8

67801    7:10

**8**

86    4:4

89    24:23

**9**

90065    3:3

94    7:19

**A**

a.m.    5:7
 61:13,14,
 15,17

ability    47:6

abstract
 35:13

acceptable
 36:12

accomplish
 29:11

acronym
 80:16

Act    50:4,7,
 10,18

active    31:23

acts    35:22
 36:6

actual    60:17

added    31:18

adding    36:13

address    7:8

Adelson
 51:5,16

administrative
 24:24

25:1,2

administrator
48:14,16

advice  21:15
81:13

advisory
80:12,15
81:2,9,12

Affairs  3:3

agenda  35:18
36:10,11,
14  71:21

agreeable
61:9

ahead  76:3
89:19

Alejandro
82:14

allergies
24:17

alter  11:16

amount  59:4

Angeles  3:3

annually
36:19

answers  8:19
10:22

any-  78:9

anybody's
86:10

anymore
32:17 58:7

apologies
12:20
18:20
20:10 35:8
65:16

apologize
22:15

apparently
18:9 71:14
85:24

appearance
6:5

appearing
5:16

appears
55:23

Apple  12:22
13:1

application
37:20

applied  64:3

approve
34:21

area  39:12

areas  32:13

article
66:19,22

articles
67:14

arts  24:10

assistance
20:17
21:15 80:8

assistant
24:24
25:1,2,6,
8,11,15
28:8 32:19
52:12
56:1,7
58:18
68:6,10

Association
64:7

assume  9:21
16:20 18:2
47:18
66:16,23
77:13
87:17

assuming
87:18

assure  33:22

at-large
47:12
60:17
61:25
64:17 67:4
68:13 69:9

attorney
3:2,5,7,10
6:4 9:3
20:4 46:4
47:21
48:23
49:2,3,22
50:20 51:3
52:8
60:12,24

63:10 65:6
69:18
74:24
86:19

attorney-
client  9:11

aware  14:17
43:10 44:1
45:24
58:20

_____

B

back  7:19
10:10
13:15
16:24 20:9
23:25 25:3
30:6 31:23
47:5 58:2
59:6 61:17
67:17 71:2
73:16
77:17 78:4
82:4 83:23
86:21

background
22:14

backward
40:16

backwards
56:18

bad  6:21
40:9

Barkley  3:8

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023          Index: based..Caucasian

based  19:4
  39:12 40:9
  57:17

bathroom
  11:3

began  29:5

beginning
  5:2

behalf  5:16,
  21

believes
  9:12 12:2

big  31:2
  46:6 74:7
  84:13

biggest
  28:15,19

Bill  73:22

bit  8:11
  23:2,9
  28:3,12
  38:18
  44:20 47:5
  56:13
  65:18
  78:17

Blanca  40:16

board  30:17
  42:4
  80:12,15
  81:2,9

boards  81:12

body  34:17

bonds  48:17

Boot  83:18,
  21,24
  84:13
  87:21

born  23:7

boss  37:23

bosses  58:17

bought  30:18

Boulevard
  3:10

boy  7:6

Brad  55:2
  65:3,5,7
  68:1 70:7,
  8 74:19
  77:19
  78:13

Brad's  70:5

brain  11:16

break  10:23
  11:1,3
  12:25
  42:15
  61:9,20
  81:16,21
  82:9 87:2

breaks  10:18
  11:6 82:7

Brett  3:7
  5:1 61:7
  82:2

bring  14:18

60:1

bringing
  80:21

broad  32:22
  39:10

broader  23:1

Brock  7:9

broke  88:4

brought
  53:17
  59:14,16
  60:5 62:13
  63:21
  72:14,15

Bruce  51:5,
  16

budget  34:19

building  3:3
  29:19
  30:24

bus  46:7

bylaws  80:19

─────────

C

─────────

C-H-E-R-I-S-E
  7:6

California
  3:3

call  11:4
  14:23,24
  15:2 59:3
  88:5

called  72:5
  73:25 79:3
  83:22
  84:11

Calls  47:13

care  28:11
  84:2,7
  87:25 88:6

career
  23:11,17

carried-on
  77:14

case  6:5
  8:12,13
  22:15,19
  25:20 28:4
  29:16
  33:13
  37:24
  38:11
  40:22
  46:10,24
  53:7 55:25
  56:6 58:4,
  10 72:4,22
  73:1 84:24
  85:18,20,
  23

catch  56:18

categorize
  58:21,23

Cathedral
  23:23

Caucasian
  31:25

Caucasians
 33:18 34:4

CCING  55:3

center
 46:10,12

certified
 6:12

CHAD  30:11,
 15

chairman
 68:25

chamber
 39:13

change  36:12
 52:6

changed
 31:11

charge  60:10
 65:21 87:9

check  38:10

Cherise  5:3
 6:7,11 7:5
 19:1,5
 38:7 47:15
 89:21

childhood
 87:21

children
 27:18,23

chose  44:19

cities
 20:17,18,
 23 28:25

55:15 64:4
67:2

citizen  32:3
 47:3 59:20

citizens
 46:16
 80:25

citizenship
 79:13

city  5:5
 7:9 12:2
 13:18
 17:1,4,9,
 10,13,14,
 24,25
 23:3,4,11,
 15,16,17,
 18,19,22,
 24 24:3,5,
 12,16,20
 25:1,3,7,
 9,10,11,
 12,15,16,
 19,24
 26:9,12,15
 27:24,25
 28:6,8
 29:20
 30:24
 31:5,6,8,
 11,21
 32:7,13,
 18,19,20
 33:5,14,15
 34:4,5,10,
 15,16,20,
 23 35:1,2,

6,11,17,
19,20,24
36:21
37:9,18,25
38:19
39:2,4,23
40:13,24
41:3,11,19
42:7,19,
20,23,25
43:4,5,11,
15 44:6
45:2,3,22
46:17
47:1,6,9,
21 48:10,
11 50:10,
11,16,17,
20,21,25
51:2,12,23
52:8,12,
13,20,21
53:8,9,10
54:12
56:1,7,8
57:8
58:19,20,
22 60:10,
12,22,24
61:2 62:6,
16,17,24,
25 64:6
65:6,10,
12,13,17
67:8 68:6,
8,10,12
69:16,17,
18 70:5

71:19
74:14,15,
24,25
75:25
78:17,19,
20,21,22
79:23
80:2,3
81:10
84:9,12
85:2,11,
22,23 87:3
89:22,23

civic  46:10

clarification
 9:25 10:5

clarify
 10:15
 36:24
 41:24
 46:21
 60:20

Clayton  3:9
 5:20,24
 14:5 38:8
 48:22
 49:15 73:2
 77:23 86:3

Cleary  5:19

clerk  18:2
 37:19,20
 44:23
 48:3,12
 50:21
 51:1,2,11
 52:21

60:12,15,
25 65:10,
13,17,25
68:19
86:4,5,8

clerks  48:1

client  6:1,3

Coca  5:4
12:5 82:21
89:22

codes  88:5

Colavecchio
3:4 5:18,
19

colleague
5:17

college  3:10
17:6 23:16
24:4,23
28:1,2
30:20
74:16

comment
88:16

comments
45:11 46:3

commission
34:10,15
35:6,12,
18,25
36:16
37:15
38:15,24
39:4,24

40:13,18,
24 41:4,
12,17,19
42:7
43:15,22
47:6 52:4
55:12
58:22
65:23

commissioner
39:20
47:11
71:17

commissioners
35:20
36:4,23
37:1,10,14
38:1,14

communicating
13:4

communications
13:6 20:3

communities
53:13

community
30:19
32:6,8,14
59:21,25
74:16
78:18
79:7,8,10
82:13

comparable
33:23

competitive

39:24

complaints
28:16
46:16

complete
10:8

completely
55:1

complicated
9:18

complied
16:16

computer
16:10

concept
49:11

concern
55:10
80:24,25

concerns
39:7 64:16

concisely
8:19

concluded
90:1

conclusion
47:14

conference
14:23 15:2
54:3

confirm
46:21

confusing
9:20 85:8

congratulation
s  30:25

considered
52:1

construction
30:1 44:18

consulate
79:5

contact
50:23

contents
14:1,7
20:3

contested
43:14

context
59:16

continuation
76:19

continue
42:16

contract
25:21

contracting
25:24

conversation
8:7 14:8
19:25 46:1
49:22
50:18
51:9,20

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023      Index: conversing..deep

69:4 73:9, 14,17,21

**conversing** 17:8

**copy** 89:15

**corporation** 30:16

**correct** 17:3 21:10 23:6 24:7 36:17 41:14 45:5 46:22,23 47:7,8 48:4,7 49:10 56:12,22 59:9 60:22 62:7 63:14 64:20 67:15 68:3,9 69:13 72:12,17 73:3 74:12 75:11 76:13,22 77:21 78:24 82:21,22 83:7 85:12,13 89:12

**correctly** 6:17 9:19 29:10 35:14

43:24 53:11 55:4 60:13 62:12

**council** 81:10

**counsel** 5:12 72:22 73:1,3 75:9

**counties** 20:17,18

**counting** 38:1 44:9

**country** 29:1

**county** 26:18 27:5 29:3 37:17,21 38:2 44:12,14, 23 48:1,2, 12,21 49:5,13,23 50:21,22, 23 51:1,10 60:7,15 65:25 68:18,25 87:8,16

**couple** 43:17 86:23

**court** 5:9,13 6:6,9 8:15 74:25 88:22

89:1,7,12, 17

**courteously** 86:11

**cover** 21:3

**cowboy** 88:3

**cowboys** 84:2,3,7 87:24,25 88:1

**Cox** 44:24 45:23 68:18

**Cox's** 48:6

**CRAB** 80:13, 14 81:1,8, 9

**criteria** 29:6

**criticisms** 46:25

**Cultural** 80:11,15 81:1

**curious** 20:1

**current** 49:2

**cuttings** 37:4

**cycle** 55:18

———————
        D
———————

**DACA** 79:11

**Daniels** 51:7

**data** 32:20, 23,25 33:3

**date** 5:6 17:11 19:19 56:3,10,18 77:18

**date-moving** 56:14

**dates** 22:18

**daughter** 82:8

**day** 68:23 77:24

**days** 89:10

**De** 68:2,7

**dealt** 51:2

**Debbie** 44:24 48:5

**decade** 31:12

**decades** 40:14,15 41:10

**December** 25:25 26:3

**decided** 19:11 43:22

**decision** 44:16

**deep** 78:14

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023    Index: Defendants..document

Defendants
 3:11

defense
 5:21,23

define  16:3
 52:15

definitively
 27:8,11

delegation
 79:12

Democrats
 57:7

demographics
 31:20,21

department
 28:13
 33:21 35:3
 48:20
 49:4,8
 50:24

departments
 24:22
 28:18

depends
 10:20
 20:24,25
 40:6

depicting
 84:5

deposed  7:13
 11:22

deposition
 5:3 10:19
 13:6 14:3

15:6,16
19:24
22:6,17,20
27:22
49:17 75:8
82:7 89:21
90:1

description
 66:5

desire  56:21
 63:17

desk  28:17

desperate
 28:23

determination
 44:14

development
 25:3 30:16

differences
 33:7 34:3

difficult
 64:18
 88:15

dilution
 53:22

direct  46:11

Directed
 60:7

direction
 16:16

directly
 65:24

director

25:6 28:10
74:2

discussed
 62:4 68:1
 76:21
 84:24
 85:3,6

discussing
 60:16

discussion
 18:10
 19:18
 50:15
 62:5,12,14
 76:25

disparities
 33:4,6,14
 34:2

display
 83:23,25
 84:13
 87:20,22
 88:2

dispute  41:6

district
 12:2 29:12
 59:6,16
 61:23
 62:14 67:4
 73:25
 76:16

district's
 74:1

district-based
 51:22

52:10
53:7,17,20
59:8 60:1,
4,9,16
71:1,5,18
75:6
76:16,20
78:7,10

district-
based-
elections
 72:16

districting
 16:5

districts
 47:11
 53:14
 59:22,24
 60:17,22
 61:3,21
 62:6,11,
 18,21
 63:14,18
 64:1,9,12
 70:24

Dittmer  5:10
 88:23 89:9

document
 15:20
 17:15 22:2
 49:16
 54:12,20,
 23,25
 62:23 63:3
 75:10,25
 78:1,2

documents
 12:11,14
 14:18
 15:5,8,15,
 21 18:4
 19:13
 21:25
 49:25 54:6
 72:4,16,
 18,25
 85:17,19,
 21

Dodge  5:5
 7:9 17:1,
 10,14,25
 23:3,15,
 16,17,18,
 19,21,24
 24:3,4,12
 25:10,19,
 24 26:15
 27:24,25
 28:6 29:20
 30:3,24
 31:5,8,21
 32:7,13,19
 33:5,15
 34:5,10
 38:19
 39:2,4,23
 40:13,24
 41:3,11,19
 42:7,19,23
 43:5,11,14
 44:6 45:2,
 22 46:17
 47:6
 48:11,17

 50:11,17,
 24 51:12,
 23 52:13
 54:12 56:8
 58:20,22
 60:22 61:2
 62:6,24
 67:8 74:14
 75:25
 78:17,21
 79:3 80:3
 83:11
 84:8,12
 85:2,11,23
 89:23

dogs  22:11,
 12 82:10
 86:21

Donald  73:5

drama  74:17

drew  44:19

drug  57:11

due  9:11

duties  28:9

──────────
    E
──────────

e-mail
 13:22,25
 15:9,19
 16:5 20:2
 55:2,8
 63:12,16
 64:15
 66:18,19
 67:7,10,25

 68:1 70:1

e-mailed
 67:14,21

e-mailing
 68:11

e-mails
 59:19
 62:15

E-N  7:7

earlier  75:8
 82:8

easily  46:11

easy  7:5

economic
 25:2 30:16

educate  80:3

education
 50:13 80:4

eighth  23:24

elected
 34:11
 38:23
 40:13
 41:3,11
 56:17 81:6

election
 37:10
 38:10
 40:24
 44:5,8
 47:10,19
 50:25
 51:12 52:5

 55:8,17,18
 57:2,13,
 20,24 58:7
 62:1 66:1,
 2 79:24
 80:1

election-
related
 87:4,15

elections
 12:3
 37:16,17,
 22 38:2,20
 39:24
 43:14
 48:21
 49:5,23
 51:22
 52:11
 53:7,17,20
 55:16
 56:3,4,11,
 21,25
 57:25
 58:5,13,
 14,22
 59:1,8,16
 60:1,5,9,
 11,16 67:4
 71:1,5,18
 75:6 76:21
 78:7,10
 87:9

elementary
 23:22

emergency
 11:4

employed
  25:19
  50:16

employee
  34:17,24
  50:10
  51:23 68:8
  78:20

employees
  31:17

employment
  22:18
  24:12,16

encourage
  29:19

end  25:25
  54:20
  89:20

Engage  79:3

English
  80:9,10
  87:5,16

entered  6:4
  61:7

entire  31:5

entities
  29:4

equivalent
  74:1

Erik  63:7,
  10 66:16,
  17

Ernestor

68:2,7
  78:13
  79:14,18
  80:6,20
  82:15

establish
  47:10

established
  79:2

establishing
  29:1,5

et al  5:4
  89:22

evaluation
  35:1,3

even-year
  57:20,24
  58:5,12

events  8:12

evolution
  30:13

Examination
  4:2 6:14
  86:25

examined
  6:13

excessive
  11:6

exciting
  23:18,19

Excuse  70:2

exists  16:21
  17:18

exited  82:2

expenditures
  34:21

experience
  40:7 42:7
  58:3,11,18

experts  21:4

explain  36:9

explaining
  34:9 35:13

Expo  44:15
  46:12

eye  24:17

eyeball
  78:13

───────────

  F

───────────

facilities
  31:19

fair  8:13
  9:5,22
  11:6 18:13
  19:13
  21:21
  24:12 31:9
  35:16 38:3
  41:4 63:4
  67:22,23
  70:23
  74:10
  76:15
  79:20
  82:11

fairness
  54:25

familiar
  31:7,21,23
  43:7 47:25
  48:2 65:16
  80:11
  83:18 84:8

fan  74:8

faster  89:13

favorable
  74:11
  79:18

February
  76:12 77:5

federal  36:7
  50:17

feel  36:11

feelings
  13:25

felt  80:24

Fernando
  40:18

figurehead
  37:4,7

file  16:6,
  7,9,10,11,
  13,15,18,
  21 17:22
  18:4,8,12
  19:12,19
  85:24,25
  86:6,9

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                        Index: filed..grow

filed   12:1
  13:20
  72:11

files   19:17

finance
  73:24 74:2

financial
  33:1

find   21:6,9

fine   48:13

finish   8:25

firm   70:6,7
  74:20

five-minute
  81:16,21

focused   57:6

folks   14:15
  30:6 38:23
  39:3,20
  40:4,12
  42:2,4
  45:4
  58:11,25
  62:17
  68:12 81:8
  82:12

force   61:2
  69:13

Ford   26:18
  27:5 38:2
  44:12
  48:1,2,12,
  21 49:5,
  13,23

50:22
  51:10
  68:18

forever
  69:20

forgot   80:13

form   15:24
  18:14
  19:4,15
  33:9,16,20
  34:6,15
  37:11 38:6
  39:5,25
  41:13,20
  42:9 47:13
  53:12
  55:10 59:2
  62:19
  71:13 77:9

format   8:22

formed   20:16

forwarded
  71:23

forwarding
  65:2,3
  66:17

forwards
  56:18

Foulston
  5:20

foundation
  77:10

frame   25:13

free   46:6

front   28:17

full   7:3
  69:22

full-time
  17:6

fun   88:16

function
  34:13

funnel   38:23

funneled
  39:17

_____

G

_____

gain   64:18

gathering
  65:1

gave   37:21

general
  15:14

generally
  21:6,9
  39:21
  44:11

Gilda   51:7

give   8:19
  9:4 10:8,
  14 21:14,
  16 37:6
  64:25

Global   5:10

good   20:22
  26:13
  27:17
  29:24 35:7
  42:17 66:9
  69:24
  79:21,22

Goodnight
  68:25 69:1

Google   67:15

Gosh   7:18

Gottlieb
  5:19

governing
  34:17

government
  28:6 31:6,
  16 34:16
  55:11 56:2

governs   9:13

grade   23:24
  24:2

graduated
  24:23

great   30:21
  66:8

grew   23:12,
  15

group   39:15

groups
  27:12,14,
  16 33:8

grow   52:1

growing
  53:10

grown  31:13,
  15 32:7

growth
  32:10,11

guess  15:3
  17:12
  18:11 31:7
  35:16
  41:21 44:4
  55:13,20
  66:1
  76:18,21

guessing
  21:12
  31:25
  63:23

guru  79:15

guy  75:2

guys  45:10
  89:19

—————— H ——————

Hammond
  73:22
  74:4,13

hand  6:7

handle  56:16

handled
  50:20
  70:16

handwritten

72:19,21

hangman
  83:22

happen  8:5

happened
  45:21,25

happening
  37:15 85:7

hard  8:23
  30:25 36:9

hat  43:24
  44:2

head  19:22
  40:21 58:1
  63:10
  85:10

headed  80:20

heads'  35:3

hear  22:13
  50:9

heard  48:20
  49:3,7,9,
  11 50:3,6,
  13 53:19,
  21 82:15
  84:15,19

Heart  23:23

heavily
  79:16

held  56:11

helping
  73:16

hereinafter
  6:12

Hernandez
  3:13 5:22
  6:2 72:1,
  3,11,15
  73:8

high  23:25
  24:3 79:9,
  17

higher  57:23

Hill  83:19,
  21,24
  84:13
  87:21

Hispanic
  22:21
  31:24
  32:6,14
  78:18 79:9
  80:25

Hispanics
  33:15 34:4
  79:2 87:23

history
  24:11,16
  84:9

hitches
  46:14

home  7:12
  73:6

homes  30:2

honestly
  11:11

47:19

honor  37:6

hope  10:19
  31:10 55:3

houses  30:4,
  5,18

housing
  28:14,18,
  20,22,23
  29:2,9,12,
  15,19
  30:7,23
  31:14 33:4
  48:17

HR  22:7
  25:5,6,22
  28:11
  73:16

husband
  22:10

Huseby  5:10

—————— I ——————

ICMA  64:5,
  8,11

idea  16:22
  86:10
  89:11

imagine
  16:17
  31:2,4
  67:20

implement
  29:6

implementation
  60:21

importance
  22:13

important
  8:18  18:11
  19:11,16

inbox  67:22

incentive
  29:12

incentives
  29:1,5,7
  30:14

incident
  45:17,18,
  25

income  33:5

incorrect
  21:14,17

incumbents
  40:4

independent-
minded  42:11

INDEX  4:1

individuals
  46:8

informal  8:7

information
  21:6,9,14,
  17  27:22
  63:25
  64:3,9
  65:1,14

informed
  20:21
  35:20  36:4

instances
  44:5,6
  56:2

instructs
  9:10

intentionally
  21:17,18

interaction
  21:12

interacts
  35:11

interchangeabl
y  22:22,23
  61:22

interest
  44:20

interesting
  45:11

intern  75:19

internal
  41:16,18
  42:1  45:6
  88:5

International
  64:6

interrupt
  53:5

introduce
  5:12,17

investigate

71:18  78:6

investigation
  50:24
  51:11

involved
  26:14,17
  37:9  39:3
  52:22
  74:13,14
  87:13

involvement
  17:1,2

issue  11:21
  18:3  19:13
  44:13  46:6
  50:17
  52:10  54:1
  56:14
  57:19
  59:7,11,
  13,17
  60:1,4,17
  62:8  63:17
  66:2
  68:13,19
  69:9  71:5
  72:17  75:1
  76:16,20
  78:6,10
  87:11

issues  8:12
  16:1,3,9,
  15  17:21
  18:4,8,12
  19:10,12
  20:19,20,

21  44:8,12
  46:17
  56:15,19
  85:2,11

_____

              J

Jan  71:22
  82:23

January
  25:25  26:4

JD  3:4
  5:17,18

jeopardy
  55:12

job  34:12,
  14  66:5,9

Joe  40:16

jogged  10:13

join  27:12,
  14

joining
  38:25

joke  69:24

Jon  55:13

Jonathan
  55:13

Joseph  5:8

July  5:6

junior  23:25

Jurado  40:18

justice

48:20
49:4,8
50:24 84:3
88:3

—————

### K

Kaiser  3:9
4:4 5:20
6:1,3 9:3,
7,10 14:5,
8,10,13,
16,19,21
15:24
18:14,20,
22,25
19:15
33:9,16,19
34:6 37:11
38:6 39:5,
25 41:13,
20 42:9
47:13,17
49:22,23
53:12 59:2
62:19
71:7,10,13
77:9,25
86:22 87:1
88:7 89:8,
9,14

Kansas  3:8,
11 7:9
20:13,14
21:8 56:2,
10 63:8
75:10

keeping
37:14

Ken  55:4
69:1,15,23
70:6,16
71:23
74:19

Ken's  69:22
70:4

kid  32:16
83:24

Kim  68:25
69:2

kind  10:20
22:25
28:16
35:13
38:22
44:3,5
48:18
52:19
89:11

knew  73:10

knowledge
18:5 34:7
40:14
42:23
43:13
51:16
62:18 80:2
84:19

knowledgeable
58:4,7

—————

### L

La  68:2,7

labeled
62:24

lady  83:2,
14

large  32:11

Larger  53:13

largest
32:12

late  25:14

Latino  22:21
40:12 41:3
46:16
78:18,21,
23,25

Latinos
41:10
46:16
87:23

law  3:2,5,
7,10 36:7
70:6,7
74:20 88:4

lawsuit
12:8,12,15
13:17,20
61:1 68:24
69:5,8,12
70:11,13,
19 72:11
73:9

lead  28:14

league  15:9,
19 16:4
20:9,11,
12,14,22
21:7,8,10,
15 53:24
63:8,11,25
64:2 67:2
75:10,19

league's
63:9

led  79:14

left  24:17
28:1 73:6

legal  47:14

legislate
20:20

legislative
20:21

legislatively
55:22
79:11

legislature
56:10

liberal
24:10

Liberty  3:5

life  31:5,
19 39:3

Lipping
62:19

Litigation

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023                    Index: live..met

5:11

live   39:21

lived   31:5
  39:2

living   32:7

LKM   63:8

lobby   45:22

local   57:13

located
  16:19
  32:14

location
  42:24 43:4
  44:16,17
  45:5

locations
  42:20 43:3
  45:23,24

long   7:23
  10:20
  13:19
  14:12
  24:15 25:8

looked   22:18
  58:15,16

Lori   15:10
  16:5 69:25
  70:3,9

Los   3:3

lose   67:18

lot   19:17
  24:11
  29:14

30:23 40:3
45:3,6
58:25 59:3
64:25
65:14
73:11
80:7,10

lots   31:18
  56:15

lying   69:10

lynching
  84:6

Lynn   7:6

—————————

M

made   44:14
  71:20

major   76:25

make   8:4,20
  9:25 13:3,
  8 21:19
  35:18,21
  36:10
  44:16
  54:24,25
  57:4 63:3
  64:17
  86:14

Malone
  74:18,21

man   12:1,4
  79:22

manager
  13:18

17:4,9,14
25:1,7,9,
11,12,15,
16 28:9
32:18,19
34:15,16,
20 35:2,6,
11,18,19,
20,24
36:21
37:9,25
42:8 48:10
52:12,20
55:12
56:1,7,8
58:19
68:6,10
69:16,17
70:5 71:19
78:19

manager's
  25:4 34:24
  35:1 37:18

Managers
  64:6

manned   46:9

Mary   24:3

material
  79:25 80:1

materials
  87:4,15

math   41:5

matter   5:4
  6:25 42:5
  89:21

mayor   36:16,
  19,22,25

mayorialship
  36:17

Mccoy   68:2,5

meant   40:3

Media   5:3
  89:20

medication
  11:15

meet   14:12,
  21 34:20

meeting
  14:16
  35:22
  36:13 37:2
  68:17,20

meetings
  14:19 22:8
  36:6 84:23
  85:1,5,9

Melissa
  68:2,5
  80:20

members   67:5

memo   17:12
  71:15

memory   10:14
  40:9

mentioned
  47:5 55:9
  60:15

met   14:9

51:4,16
69:21
72:11

**method**  44:2
50:25
51:11 62:1

**Mexican**  79:5
84:11,16,
17

**Michael**
89:22

**Miguel**  5:4
82:21

**mind**  7:3
12:24
16:25
18:17,21
22:2 23:1,
8 24:15
26:25 34:9
38:18
43:19
65:18
69:22

**mine**  22:13

**minority**
53:21

**minutes**
14:14
42:14
65:22

**mistakes**
21:20

**moments**

87:19

**Monday**  49:24
50:2

**monitor**  5:7
33:22

**monitors**
49:17,18

**months**  76:22
77:2,7
86:1

**move**  21:24
30:4 44:14
45:4 56:3,
10 78:16
79:13

**moved**  56:25
57:3 70:4

**multiple**
48:18
52:11,14,
16 76:22

**municipal**
56:3,4,11
57:2,20

**municipalities**
20:13,15,
20 21:3,8
63:9 75:11

**Museum**
83:19,21
87:21

———————————

**N**

———————————

**name's**  69:2

**named**  51:4,
7,16 82:13

**names**  6:21
27:21
43:24

**Nannette**
55:3 65:3,
9,10 68:23
71:24 76:6
78:13
83:12

**nasty**  40:1

**national**
57:12 67:2

**natural**  8:23

**nature**  10:21

**necessarily**
31:16 36:9
38:17 66:2

**needed**  29:6

**neighborhood**
29:8

**newspaper**
38:16

**nice**  75:2
83:14

**Nick**  71:20,
25 72:11
73:8 86:2

**Nickolaus**
3:13 5:22

**ninth**  24:2

**NLC**  66:19,
22 67:1,3

**nobody's**
57:12

**nonattorney**
5:23

**nonpartisan**
55:16,19
56:21

**nonprofit**
30:15

**noose**  84:1
87:22

**note**  71:20
72:19,23

**notes**  72:22

**notice**  57:13

**notoriously**
6:20

**November**
57:3,24,25
58:12,13
63:13
64:15
67:13,25
77:2

**Nuci**  40:16

**number**  5:3
32:4 43:20
89:20

**numbers**
43:11
58:15

nursing
  24:6,7

---
### O
---

oath  8:8

object  9:4
  15:24
  33:16
  62:19

object-  9:8

objected
  19:4

objection
  9:8 18:14
  19:3,15
  33:9,20
  34:6 37:11
  38:6 39:5,
  25 41:13,
  20 42:9
  47:13
  53:12 59:2
  71:7,13
  77:9

objections
  18:24

Observer  6:2

observers
  49:7,12,19

occur  73:14

odd-year
  57:25
  58:13

offer  20:17

offered
  46:5,6

office  7:12
  16:20
  17:23
  25:4,5
  37:19
  46:15 73:6
  85:22

older  30:1,2

open  36:5,6
  40:23
  45:23

opened  13:23

operated
  30:15

operating
  55:11

opinion
  32:15
  39:23 66:6
  79:18
  82:17,25

opinions
  75:5 83:13

opportunities
  41:2

opportunity
  10:14

order  89:3,6

ordering
  89:4

orders  88:24

ordinance
  47:10

ordinances
  34:21 55:8

organ-  41:25

organization
  20:16 27:6
  79:1

organizations
  26:15,17
  39:1,9
  41:25
  78:21,23

original
  46:9

other's  8:25

outcome
  45:16,20

Overland
  3:8,11

---
### P
---

p.m.  81:24,
  25 82:1,4
  89:24 90:1

package  54:1

paper  89:15

paragraph
  68:22

Park  3:8,11

part  27:5,

15 39:21
  59:10,12

partner  70:6
  74:20

partnered
  78:22

party  26:23
  27:1 89:4,
  5

pass  47:9

passed  69:23

passing
  73:17

past  17:18
  31:8,12
  40:14
  41:10 86:1

patterns
  11:16

pause  19:2

pending
  10:25

people  26:13
  38:17
  46:9,11
  57:6 58:4,
  6,24
  59:14,21
  62:15
  76:23
  79:6,8
  87:11

percent
  31:24,25

perfect
  89:14

person  14:22
  23:18
  73:18
  83:4,16

personal
  13:24
  57:15 66:6
  85:17,20

personally
  35:9 60:13
  74:5

petition
  52:2

petition's
  52:3

phrase  9:18

physical
  16:10,12,
  15

pick  36:18

picks  36:16

place  39:18
  52:25

Plains  24:4

plaintiff
  12:8

plaintiffs
  3:8 5:16,
  19 6:25

platform
  15:4

platforms
  14:25

Plaza  3:5

pleasant
  45:15

Pogue  55:3
  65:10
  66:7,18
  69:4,7
  70:18

Pogue's
  65:11

point  6:19
  10:7,24
  17:10
  21:22
  22:1,3
  43:2,6
  50:18
  72:10 86:1

police  28:13
  33:21

policies
  28:25
  34:22

policing
  33:5,14
  34:3

policy  16:23
  17:15,17
  34:20 47:7

political
  26:22 27:1
  57:4,6

politics
  38:19
  41:16,18
  42:1 57:7
  74:13,14

poll  49:7,
  12,17,18,
  19 80:8
  87:12

polling
  42:20,24
  43:3,4
  45:4,22,23
  52:25

polling-place
  59:17

polling-place-
  location-move
  45:17

polling-site
  59:11,13

population
  32:3,4,5
  33:1,23
  79:10

populations
  64:18

position
  29:18 49:1
  71:4

positions
  40:23

possession
  85:17,20

possibly
  57:3

potential
  70:13

potentially
  8:10 70:25

power  47:9
  81:2

powers  36:25

predecessor
  48:6

prep  49:17

preparation
  15:6,16

prepare  14:3
  22:16

prepared
  60:25
  68:15

present  3:13
  5:1 14:15
  36:11

presented
  32:20,23
  33:3

preserve
  79:12

pretty  23:18
  28:21
  31:1,6
  35:7 39:10
  42:10
  43:23 46:2

prevent   36:5

previous
  52:20
  73:24

primarily
  20:21
  32:14
  48:14  51:2
  83:11

primary   27:3
  40:10

prior   61:5
  69:16,17
  71:6,12

private  70:7

privilege
  9:12

process   52:1

processing
  89:10

produced
  6:12

professional
  8:6

program
  28:22  29:9
  30:3,7,21
  46:7,8
  79:3,13

programs
  29:16  30:8
  79:1

progressed

17:5,7

project
  48:18
  83:11

projects
  28:15
  48:18
  78:14

pronouncing
  6:17  55:4

prosecuting
  74:24

provide
  72:21,25

provided
  47:1  87:4,
  15

providing
  79:24

public   3:3
  35:21,22
  88:14,16,
  18

pulled   43:24

pulling   44:2

pushed   39:8

put   18:4
  31:1  43:24

putting   13:1

_____

                Q

quality

31:19

question
  9:10,11,
  13,17,18,
  21,22,25
  10:4,25
  11:1,13
  19:2,7
  23:1  32:23
  34:1  36:1
  47:4  54:22
  68:16
  85:8,14
  87:7

questioning
  10:9,21

questions
  7:1  8:9
  11:10  63:4
  81:17,18
  86:19,20,
  23  88:8,12

quiet   22:11

_____

                R

racial   33:4,
  8,13  34:2,
  3

raise   6:6

Ralph   55:3
  65:7  68:2

Ramos   3:12
  5:8

ran   40:19

74:16

Rangel-lopez
  82:14,18

ranks   17:7

reach   67:3

reaction
  13:21

read   12:11,
  17,18  14:1
  54:16,25
  63:3  66:22
  67:18
  77:16
  89:16,19

reading
  67:10
  77:18,20

real   7:5
  58:6

reason   11:8
  24:25
  27:10,13,
  17  41:6
  53:16
  69:10

reasons
  53:18

recall   42:21
  43:23
  44:10
  46:18  49:6
  51:1  53:18
  57:21
  59:19

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023    Index: received..represent

| | | | |
|---|---|---|---|
| 60:3,13,23 | recruiting | 23 | 18,21 |
| 61:6 62:12 | 20:18 | relation | 85:4,7,10 |
| 64:16 | | 35:24 | |
| 66:23 | recurring | 48:21 | remembered |
| 71:2,15 | 15:21 | | 72:20 |
| 78:8 | redirect | Relations | reminded |
| 87:12,20 | 88:12 | 80:12,15 | 68:23 |
| received | | 81:1 | |
| 13:22 | redo  30:5 | relationship | renovate |
| 15:18 | reelected | 35:5 36:22 | 30:20 |
| 46:15,22 | 40:5 | 48:11 75:1 | renovating |
| 52:3 | | | 30:1 |
| | refer  47:20 | relied  79:16 | |
| receiving | reference | | rep  6:1,3 |
| 13:25 | 55:7 | relive  45:14 | repeat  15:17 |
| recently | referencing | relocated | 19:7 34:1 |
| 26:14 | 12:5 65:5 | 30:19 | 56:5 77:12 |
| recessed | 69:25 | remember | rephrase |
| 61:14 | referring | 7:16,23 | 41:17 43:8 |
| 81:25 | 32:2 44:22 | 10:10 18:6 | 58:8 |
| | 48:23 72:1 | 19:18 22:1 | report  15:9, |
| recognize | | 29:10 | 19 16:4 |
| 79:9 | registered | 33:11 | 20:8 |
| record  7:3 | 26:20,22 | 40:20 | 75:10,15 |
| 8:17 9:8,9 | 27:1 | 43:1,16 | 76:7 77:16 |
| 10:15 11:5 | registration | 45:16 | |
| 35:22 | 43:8,10 | 49:20 | reporter |
| 61:13,17 | | 50:5,12,15 | 5:9,13 |
| 81:24 82:4 | regular | 52:20 55:6 | 6:6,9 8:15 |
| 88:21,24 | 55:17 | 63:22 | 88:22 |
| 89:2,19,25 | 89:6,10 | 64:11 | 89:1,7,12, |
| | relate  87:22 | 68:20 69:3 | 17 |
| records  36:6 | related | 70:21,22 | reports |
| 65:22 | 12:11,15 | 73:19 | 34:16,18, |
| recount  44:7 | 13:17 | 76:11 | 24 |
| recounts | 19:13 44:8 | 77:18,20, | represent |
| 43:14 | 72:4 | 22 78:3,4, | 6:24 |
| | 85:17,19, | 25 80:5, | |

MIGUEL COCA, ET AL. vs CITY OF DODGE CITY, ET AL.
Cherise L. Tieben on 07/20/2023    Index: representation..search

representation
  64:18

Republican
  27:2,3,6

Republicans
  57:7

reputation
  66:8

request  13:7
  68:18
  71:23

research
  28:24
  57:19,21
  60:8,21
  65:4,11
  66:13
  68:15
  75:16,20,
  21 76:24
  77:14,15
  78:10,15

researched
  65:14 77:2

resolutions
  34:22

resource
  20:23 64:3
  67:6

respect  49:5
  86:16

respectful
  8:7

responds

64:15

response
  60:6 64:14
  70:10

responsible
  34:19

rest  37:1

restating
  18:17

restroom
  42:15

results
  38:10

resumed
  61:14
  81:25

retention
  17:15

retired  17:4
  18:1 25:17

retirement
  26:7

revise  10:11

revitalization
  29:9

ribbon  37:4

Rights  50:4,
  6,10,18

Road  7:9

role  29:18
  65:11,17,
  19

role-making
  81:3

roles  28:5
  35:10

room  12:20
  13:2

Rosa  68:2,7

rotates
  36:17,19

rude  11:14

rule  81:4,5

rulemaking
  81:2,4

rules  8:3

run  37:2
  39:14,16,
  20

running
  38:2,12,15
  39:4 40:4,
  11

rural  29:11

_____

_____
          S

Sacred  23:23

Saint  24:3

Sarah  5:10

Sartorius
  64:21,24
  66:17

Sartorius's
  64:14

sat  54:2
  81:8

Satorius
  63:7

save  85:16

scheduling
  89:5

school
  23:14,16,
  21,22,23
  24:3,6,7,
  10 44:17
  73:25 74:1

schools
  27:24
  31:15

scientific
  43:23 44:1

Scoggins
  71:22
  82:23
  83:1,3

screen  12:10
  54:7

screen-share
  76:1

scroll
  54:17,18,
  19 63:2,5,
  6 76:2,3
  77:17

search  67:15
  85:25 86:5

seats 64:17

secretary 70:4,6

Seibel 48:8 51:10 83:7,9,13

sell 30:5

send 27:23

sending 62:15

seniors 30:6

sense 8:20

sentences 8:25

separate 13:2

servant 88:14

served 30:17

service 88:18

services 79:6,8

set 28:21 29:8 36:8 47:7

share 38:10 54:11

shared 54:7

sharon 3:7 5:1 48:7 51:10 61:7

82:2 83:7

short 12:25 42:15

Shortly 23:7 87:2

show 54:4,6 62:23 67:7 72:3 75:22

showed 33:3 46:11 58:24,25 71:20 73:19 75:12,18 76:4,10 77:23,25

showing 73:20 75:24 84:2

shown 15:5, 15,22 20:2 22:2 49:16 50:1 75:9

shut 12:23 13:11,12

sic 89:22

Siefkin 5:21

sign 89:16

simplified 66:3,5

single 53:25

site 44:18, 19 46:6,10

52:19,24 59:10 62:9

situation 52:19

size 62:11, 14

slammed 45:10

slash 68:13

slight 19:2

Slightly 84:10

slowly 8:18

Sonni 3:2 5:15 6:24 33:19

sort 23:14 42:5

sorts 32:21, 25

sound 8:13 9:5,14

Spanish 80:9,10 87:5,16

Spanish-language 79:24

speak 8:18, 24 21:23 22:5 65:21 73:8

speaking 6:8 8:24 9:2 18:21 49:2 60:18

specific 19:12 53:18 78:25 80:22

specifically 50:12 63:22 65:20

specifics 33:11

spectrum 28:21 39:10

speculate 47:2

speeches 37:4,7

spelling 7:4

spoke 49:14

spoken 82:6

staff 22:7 25:22 28:11 45:3 78:9,14

Stana 70:5,9

STAR 48:17

start 18:7, 8,12 19:12

25:23
79:24

**started**
16:14
17:5,6
19:16 23:3
24:20
42:18
73:16

**starting**
16:6,7,9

**state** 29:11
36:7
55:14,21

**stated** 56:20
59:7 82:20

**statement**
64:23

**states** 9:8

**stating** 7:3

**stay** 37:22
55:16,17,
18

**steps** 60:20

**Street** 3:8

**stride** 11:20

**strike** 47:23
51:20
53:20
55:24
56:25 75:4
85:7

**Strobel** 55:5

69:23

**study** 84:22

**stuff** 73:16
80:6,10

**subject**
15:14
20:24 21:1
63:12,14

**subjects**
21:2 22:9

**submitted**
37:20

**substances**
11:15

**subtracting**
36:13

**successful**
29:13

**suggest**
81:10

**suggestions**
81:11

**suit** 12:1

**Suite** 3:8,10

**Sunday** 67:20

**super** 65:16
74:10

**supervising**
28:11

**support**
31:14

**supposed**

13:4 22:8

**surprised**
44:3

**swear** 5:13

**Sweet** 83:2

**sworn** 6:12
8:8

---

**T**

---

**T-I-E-B** 7:6

**tacitly**
31:22

**taking** 8:16
10:18
11:20 13:1
84:7

**talk** 19:23
33:2 55:5,
7

**talked** 22:7
28:3 30:9
51:24
72:13

**talking**
32:25 33:1
52:21,24
61:20 70:3

**taxing** 29:4

**Teams** 14:24
15:3

**technical**
20:19

**television**
50:14
53:23

**telling**
16:25 22:3
23:1,9
24:15
26:25
38:17,18
43:19
65:18
87:11

**tend** 8:24
11:3,4
40:7

**tenure** 79:23

**terms** 22:21,
23 60:15

**Terry** 74:18

**testified**
6:13

**testimony**
8:10,17
10:1

**theme** 15:21,
25

**thing** 13:9
14:24
23:14
38:4,9
56:20
83:22 87:9

**things** 55:15
80:24

thinking
  10:12

thought
  57:10,11,
  15 62:20
  65:1 76:21
  84:4 86:15

thoughts
  13:25

threat  61:1
  68:24
  69:5,8
  70:10,19

three-minute
  13:12

tie  43:18,
  19

Tieben  5:4
  6:11,16
  7:6 11:24
  20:10
  21:22
  51:15
  54:6,14
  61:8,19
  63:1 67:9
  81:18 82:6
  86:11,24
  88:9,14
  89:16,21

tied  46:2

time  5:7
  13:19
  25:13
  28:10

29:14
48:19 50:3
51:21
55:25
57:12
61:12,16
64:24 67:9
70:25
71:19
78:1,5,20
81:23 82:3
88:4,8
89:10,24

times  14:9
  41:1,7
  52:11,14
  56:9

timing  55:5,
  7 56:16

Timothy  3:12
  5:8

title  5:24
  68:10

today  7:1,11
  8:5,7,17
  9:1 10:1,
  8,16 11:8,
  11,16,22
  14:4 16:21
  22:6,17
  84:24
  85:3,6
  86:12

today's  5:6
  22:20

told  22:9,
  10 48:22
  64:11 69:7
  72:5 73:11
  75:9

ton  28:24

tons  31:14

top  19:21
  40:20 58:1
  66:15
  83:23
  85:10

topic  18:9,
  12 19:11,
  18 53:25
  76:25

topics  54:2

total  32:2,5

town  23:20
  38:25
  39:21

train  25:22

training
  53:24

transcript
  27:22

transit  46:8
  87:11

transport
  46:12

transportation
  46:5,7

treat  86:11

treated
  86:16

tree  83:22,
  25

tremendously
  31:13,15

trial  8:11

trouble  54:9

true  79:21

Trump  73:5

trusted
  78:14

trustworthy
  66:11

truthful
  10:1 83:3,
  16

truthfully
  11:10

turnout
  57:20,23
  58:22

type  18:3
  32:23
  65:14

_____

U

Uh-huh  24:1
  37:5 54:15
  62:10
  88:10

underscore

54:12
62:25 67:8
75:25 76:1

**understand**
8:4,10,11
9:17,22
10:3,4,16
12:24 13:9
17:20,21
20:4 22:12
23:20 36:1
45:1 51:14
59:15
61:22 62:1
70:18

**understanding**
25:18
36:15
53:11
56:24
84:18

**understood**
10:2 21:5,
21 27:17
55:23 58:8
69:3 73:7

**undertaking**
31:2

**union** 28:12

**updated**
37:14

**updating**
37:25

**upset** 39:13,
15

**USCIS** 79:7

—————————

**V**

**variety**
24:22 28:5

**verbal** 8:19

**versa** 35:12

**versus** 5:5
57:7 60:17
69:9 89:22

**vice** 35:12

**Village**
84:12,16,
17

**violating**
35:21 36:5

**virtual** 8:22
14:25 15:4

**visit** 70:9

**visited** 14:5
70:20

**vitriol**
45:3,8

**volume** 12:23

**vote** 26:20
27:3 38:1
53:21
58:12

**voted** 58:24
59:1

**voter** 43:7,
10 58:3,11

80:3

**voters** 80:3

**votes** 43:20
45:7 62:3

**voting** 15:25
16:3,9,15
17:21
18:4,7,8,
12 19:10
37:12
44:12,15,
17 46:10
50:4,6,9,
17 54:1
61:20,23
62:5
63:14,18,
25 64:9,12
65:25 66:2

**voting-age**
32:4

**voting-related**
46:17
85:2,11

—————————

**W**

**Wade** 15:10,
20 16:14
17:9,24
19:11 70:3

**Wade's** 17:23

**wait** 9:1

**Waknin** 3:2
4:3 5:15

6:15,24
16:2
18:16,20,
23 19:8,9,
20 33:12,
17,24 34:8
37:13
38:13
39:19 40:2
41:15,23
42:12
47:22
53:15 59:5
61:8,11,18
62:22
71:8,11,16
77:11
81:14,20
82:5
86:18,22
87:3,19
88:11,20,
25 89:2,4

**wanted** 54:24
56:3,10
60:19

**ward** 61:23
69:9 70:11

**wards** 60:21
61:2,21
68:12
69:13

**wastewater**
21:4

**watch** 12:22
13:1

**watering**
  24:18

**ways**  35:11
  38:23

**website**  67:6

**week**  49:24
  68:19

**well-known**
  38:24

**Whites**  33:15

**women's**  27:6
  39:15

**won**  58:16

**Wonderful**
  6:16 13:13

**wondering**
  7:2 27:23
  35:17,23
  81:15 87:6

**words**  61:21,
  25

**work**  17:24
  28:12
  29:14
  30:25 36:3
  40:15
  48:13,15
  78:17 79:2
  85:21
  88:15

**worked**  23:17
  24:22
  28:17 29:3
  30:13,19

31:6 33:22
48:14
65:24
79:4,5,7,
11 80:23
83:9,10,12

**working**  23:3
  26:9,11
  28:12
  42:19 46:3
  67:20 80:7

**works**  34:10
  89:14

**worries**  19:8
  24:19
  40:22 53:6

**worry**  66:4

**Wow**  23:6,8

_____

**Y**
_____

**year**  24:2,
  21 40:6
  84:14

**years**  7:24
  23:4 25:12
  26:6 31:8,
  18 41:1
  51:25
  52:10
  56:17 57:3
  68:24
  69:5,8,18,
  19 83:10
  84:15
  88:18

**York**  3:6

**you-all**
  29:18 45:1
  88:15

**young**  12:1,4
  25:22
  79:22

_____

**Z**
_____

**Zoom**  14:22
  54:8 73:18