# EXHIBIT A

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
-------------------------------------------X
MIGUEL COCA AND ALEJANDRO RANGEL-LOPEZ,

                              PLAINTIFFS,

        -against-         Case No.:
                          6:22-cv-01274-EFM-RES

CITY OF DODGE CITY, et al.,
                              DEFENDANTS.
-------------------------------------------X

           DATE: June 21, 2023
           TIME: 9:09 A.M.


        Virtual DEPOSITION of a
Non-Party Witness, DR. RUBEN MARTINEZ,
taken by the Defendant, pursuant to a
Notice and to the Federal Rules of Civil
Procedure, held at the offices of Cleary
Gottlieb Steen & Hamilton, LLP, One Liberty
Plaza, New York, New York 10006, before
Anna Khodachnik, a Notary Public of the
State of New York.
```

1                R. MARTINEZ
2  law and Dodge City became known in Kansas
3  as the most flagrant violator of the
4  prohibition law.
5       Q.    So the reference to the
6  leadership in Dodge City violating the law
7  is specifically related to the prohibition
8  laws, correct?
9       A.    In this instance, yes.
10      Q.    Well, in your reference here to
11 Hoover and other mayors in Dodge City
12 becoming the most flagrant violators, that
13 refers specifically to prohibition law,
14 correct?
15      A.    Yes.
16      Q.    The incident described in 4.07
17 occurred in Salina, Kansas in the 1800s,
18 correct?
19      A.    At the turn of the century,
20 nearly 1893, yes.
21      Q.    So more than a hundred years
22 ago?
23      A.    Yes.
24      Q.    And the instance in 4.08,
25 incidents occurred in Rawlins County and

Page 171

1            R. MARTINEZ
2  Crawford County, correct?
3       A.    Yes.
4       Q.    Are you familiar with the
5  geographic locations of those counties as
6  compared to Dodge City?
7       A.    I have looked at them, but I
8  could not tell you right now exactly where
9  they are located.
10      Q.    Do you have any reason to argue
11 about them being 150 or 200 miles away from
12 Dodge City?
13      A.    I would not necessarily argue
14 with that at this point.
15      Q.    In 4.09, each of the cities you
16 listed there, Lyons, Salinas and Herington,
17 are all at least 100 miles away from Dodge
18 City, correct?
19            MS. MAINOO:  Objection to form.
20      A.    I'm not sure that that is the
21 case, but I wouldn't argue.
22      Q.    Section 4.16 you state that
23 Mexicans in Wichita up through 1950s could
24 not enter restaurants, barber shops,
25 theaters and could not rent houses.  Do you