UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF DODGE CITY, et al.,<br><br>　　　　　Defendants. | Case No. 6:22-cv-01274-EFM-RES |

**EXHIBIT LIST FOR PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A:  Dr. Bejarano's Expert Report

Exhibit B:  Dr. Barreto's Expert Report

Exhibit C:  Email from Joseph Nuci to Debbie Cox (Jan. 25, 2021)

Exhibit D:  Letter from Lauren Bonds of ACLU Kansas to Debbie Cox (Oct. 16, 2020)

Exhibit E:  Email from Debbie Cox to Glenn Kerbs et al. (Oct. 15, 2020)

Exhibit F:  Dodge City Ordinance No. 3715 (May 20, 2019)

Exhibit G:  City Commission Update (Jan. 6, 2019)

Exhibit H:  *Voter Suppression in Minority Communities: Learning from the Past to Protect Our Future Before the Comm. on Oversight and Reform*, 116th Cong. (2020)

Exhibit I:  Complaint, Doc 1, *Rangel-Lopez v. Cox*, No. 2:18-cv-02572 (D. Kan. Oct. 26, 2018)

Exhibit J:  Letter from Sharon Seibel to Ford County Commissioners (July 13, 2011)

Exhibit K:  Invoice for Services of Federal Compliance Consulting LLC (Dec. 21, 2011)

Exhibit L:  Letter from Bruce Adelson to Sharon Seibel (Aug. 26, 2011)

Exhibit M:  Dodge City Resolution No. 2023-15 (April 17, 2023)

Exhibit N:  Welcoming Plan Implementation Report (May 18, 2023)

Exhibit O:  City of Dodge City Civic Engagement Efforts

Exhibit P:  Email thread between Ernestor De La Rosa and Nick Hernandez (May 28, 2021)

Exhibit Q:  Open Letter from the Dodge City Mayor (Oct. 23, 2018)

Exhibit R:  Voting Rights Act Amendments of 2006, Determinations Under Section 203, 81 Fed. Reg. 87532 (Dec. 5, 2016)

Exhibit S:  Email thread between Bruce Adelson and Sharon Seibel (July 11-Sept. 26, 2011)

Exhibit T:  Email and Attachment from Cherise Tieben to City Commissioners (Nov. 5, 2018)

Exhibit U:  Email from Nanette Pogue to Brad Ralph (Mar. 5, 2019)

Exhibit V:  Email and Attachment from Nanette Pogue to Cherise Tieben (Mar. 13, 2019)

Exhibit W:  Email and Attachments from Abbey Martin to Melissa McCoy and Brad Ralph (Oct. 31, 2018)

Exhibit X:  Email thread between Ray Petty and Cherise Tieben (Oct. 27-Nov. 5, 2018)

Exhibit Y:  Deposition Transcript of Dr. Jonathan Katz, Excerpted

Exhibit Z:  Dr. Martinez's Expert Report

Exhibit AA: Email from Jan Scoggins to Cherise Tieben (Feb. 25, 2019)

Dated: October 13, 2023

Respectfully submitted,

By: */s/ Sharon Brett*

| | |
|---|---|
| Chad W. Dunn* | Sharon Brett    KS 28696 |
| Sonni Waknin* | Kunyu Ching   KS 29807 |
| Bernadette Reyes* | **AMERICAN CIVIL** |
| **UCLA VOTING RIGHTS PROJECT** | **LIBERTIES UNION OF KANSAS** |
| 3250 Public Affairs Building | 10561 Barkley Street |
| Los Angeles, CA 90065 | Suite 500 |
| chad@uclavrp.org | Overland Park, KS 66212 |
| sonni@uclavrp.org | sbrett@aclukansas.org |
| bernadette@uclavrp.org | kching@aclukansas.org |
| 310-400-6019 | 913-490-4100 |
| | |
| Jonathan Topaz* | Abena Mainoo* |
| Sophia Lin Lakin* | Jonathan I. Blackman* |
| **AMERICAN CIVIL** | JD Colavecchio* |
| **LIBERTIES UNION, INC.** | Mijin Kang* |
| 125 Broad Street, 18th Floor | Elizabeth R. Baggott* |
| New York, NY 10004 | **CLEARY GOTTLIEB STEEN &** |
| jtopaz@aclu.org | **HAMILTON LLP** |
| slakin@aclu.org | One Liberty Plaza |
| 212-549-2500 | New York, NY 10006 |
| | amainoo@cgsh.com |
| Scott Fuqua* | jblackman@cgsh.com |
| **FUQUA LAW & POLICY, P.C.** | jdcolavecchio@cgsh.com |
| P.O. Box 32015 | mkang@cgsh.com |
| Santa Fe, NM 87594 | ebaggott@cgsh.com |
| scott@fuqualawpolicy.com | 212-225-2000 |
| 505-982-0961 | |

*Attorneys for Plaintiffs*

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 13th day of October 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

FOULSTON SIEFKIN LLP
Anthony F. Rupp, KS #11590
Tara Eberline, KS #22576
Sarah E. Stula, KS #27156
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

FOULSTON SIEFKIN, LLP
Clayton Kaiser, KS #24066
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

By: */s/ Sharon Brett*
Sharon Brett   KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100

4