# EXHIBIT A

Expert Report Submitted on Behalf of Plaintiffs

in Coca, et al. v. City of Dodge City, et al.

Christina Bejarano, Ph.D.

Texas Woman's University

May 19, 2023

**Table of Contents**

List of Figures and Tables…………………..…………………………………………iii

Background and Qualifications…………………………………………………….. 1

Summary of Findings……………………..………………………………… 4

Senate Factor 3 ………………………………………………………………5

Senate Factor 5: ………………………...……………………………………… 17

Senate Factor 7: …………………………………………………………… 32

Senate Factor 8: …………………………………………………………….44

Conclusion………………………………………………………………… 63

**List of Figures and Tables**

Figure 1: Map of Race and Ethnicity by Census Block Group in Dodge City

Table 1: Voters in the 2020 and 2021 General Elections in Dodge City

Table 2: Latino Socio-Demographic Measures in Dodge City (2010-2021)

Table 3: Latino Educational Attainment in Dodge City (2010-2021)

Table 4: Student Demographics for Dodge City- USD 443 (2017)

Table 5: Academic Achievement Indicators for Dodge City- USD 443 (2021-2022)

Table 6: Latino Housing Characteristics in Dodge City (2006-2021)

Table 7: Latino Health Measures in Dodge City (2010-2021)

Table 8: County Health Rankings for Ford County (2023)

Table 9: Latino Voting and Voter Registration Rates in Kansas (2010-2020)

Table 10: Latino Share of the Total Population and Eligible Voters (2021)

Table 11: Latino Municipal Officials, Kansas and Dodge City (1996-2021)

Table 12: Latino School Board Officials, Kansas and Dodge City (1996-2021)

Table 13: Latino Judicial and Law Enforcement Officials, Kansas and Dodge City (1996-2021)

Table 14: Latino County Officials, Kansas and Ford County (1996-2021)

Table 15: Latino State Legislative and Statewide Executive Officials in Kansas (1996-2021)

Table 16: Latino Congressional Officials from Kansas (1996-2021)

Table 17: Latino Racial Profile Statistics for Dodge City

## Background and Qualifications

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the following is true and correct according to the best of my knowledge, information, and belief:

1.  I am currently a professor of Political Science at Texas Woman's University, in the department of Social Sciences & Historical Studies. My current employment at Texas Woman's University includes a joint appointment as a faculty scholar with the Jane Nelson Institute for Women's Leadership. My previous academic employment was at the University of Kansas, where I served as a professor of Political Science for twelve years.

2.  I received my Ph.D. and M.A. in Political Science from the University of Iowa and my B.A. in Psychology from the University of North Texas. I am a nationally/internationally recognized author, speaker, and advisor on Latino electoral politics in the U.S. As a university professor, I teach political science courses at both the undergraduate and graduate level that focus on U.S. politics, with an emphasis on Latino politics and women in politics.  My research crosses multiple disciplines with political science, gender studies, and Latino studies.

3.  My research on Latino electoral politics is focused on their political behavior, including the conditions that influence their voter behavior. I also bring forth the important dynamics that come from the intersection of race/ethnicity and gender to outline the conditions under which minorities and women successfully compete for electoral office and shape the U.S. political environment. I have published extensively in the field of Latino politics and gender politics, including two books on Latina electoral politics. I

have published seven peer-reviewed journal articles and seven book chapters that focus

on Latino and gender politics. In addition, I have published a co-authored introductory

textbook on U.S. politics, entitled *The Enduring Democracy*, with Kenneth Dautrich

and David Yalof. The 7th edition of the textbook was published in 2023 with Sage/CQ

Press.

4.     My first book, *The Latina Advantage: Gender, Race, and Political Success* (University

of Texas Press, 2013), focused on the advantages that Latina political candidates can

hold as a result of their multiple identities. I study the interactive effects of

race/ethnicity and gender in politics by exploring the electoral chances for Latino

candidates running for political office. The book also offers a comprehensive

examination of the current political status of racial/ethnic minorities.

5.     My second book, *The Latino Gender Gap in U.S. Politics* (Routledge Press, 2014)*,*

delves deeper into the complex differences in voter gender and Latino political

behavior and attitudes. In the book, I build on previous research by exploring political

attitudes and participation for different Latino generations in the U.S., which includes a

gendered analysis of migration, political incorporation, and political attitudes. At the

heart of this research, I focus on the process of Latino immigration and how it can bring

more changes than just location and type of resources.

6.     My additional publications include an examination of the importance of the Latino

electorate during U.S. Presidential elections in states with emerging Latino population

concentrations, which often overlap with politically important battleground states. This

research has included two co-authored book chapters that uncover the unique and

growing Latino electoral strength in Southern and Midwestern states during previous

U.S. Presidential elections.

7. In addition, my research has included a co-authored project that examined the importance of shared identities, specifically race/ethnicity and gender identities, on levels of support for diverse political candidates. We examined whether shared racial and gender identity enhances Black and Latino support for different political candidates, as well as whether perceived shared minority status enhances support for non-white candidates generally in these populations. We published three peer-reviewed journal articles from this project: "Intersectional Linked Fate and Political Representation" in *Politics, Groups, and Identities* (2019); "Shared Identities" in *Political Research Quarterly* (2020); and "The Intersectional Dynamics of Descriptive Representation" in *Politics & Gender* (2022).

8. Currently, my research includes a co-authored book project on "Deepening Democratic Engagement: Moving Women of Color from Reliable Voters to Candidates for Public Office." In this project, we document the shadow labor women of color groups, networks, and organizations are doing to sustain and deepen citizen engagement in U.S. politics.

9. I also serve as a public intellectual providing research in the public interest. This includes serving in leadership roles for national political science associations and political organizations, as well as conveying research findings through multiple mediums, especially during election seasons. In 2014-2016, I served on the National Advisory Council for *LatinasRepresent*, a national initiative to promote Latina political leadership. I also served as an expert contributor for the Center for American Women and Politics (at Rutgers University) *Gender Watch 2018* and a guest expert for their

*Presidential Gender Watch 2016.* In addition, I share my research nationally with academic and non-academic communities through invited talks, including those to university audiences and leadership training initiatives for women of color political candidates.

10. The Plaintiffs in the *Coca, et al. v. City of Dodge City, et al.* case retained me to provide analysis of several of the Senate Factors that are identified as supporting a claim under Section 2 of the Voting Rights Act of 1965 (VRA). I am compensated at the rate of $250 per hour for my analysis and preparation of this report. This payment is not conditional on the contents of the report.

**Summary of Findings:**

11. Senate Factor 3: There is evidence that Dodge City's use of at-large elections and off-cycle election timing enhances the opportunity for discrimination against Latinos, which negatively impacts Latinos in Dodge City.

12. Senate Factor 5: There is evidence of socio-demographic disparities in economic status, education, housing, and health for Latinos in Dodge City, which are consistent with Senate Factor 5 and serve to hinder the ability of Latinos to participate effectively in the political process.

13. Senate Factor 7: There is evidence of dramatic underrepresentation of Latinos in Dodge City, as well as across all elected offices in Kansas, which is consistent with Senate Factor 7.

14. Senate Factor 8: There is evidence of a lack of responsiveness on the part of elected officials to the particularized needs of Latinos in Dodge City, which is consistent with Senate Factor 8.

Considering this evidence, and the analysis I provide in this report, I conclude that the totality of circumstances shows the current at-large voting system of the City Commission hinders the equal opportunity of Latino[1] voters in Dodge City to participate in the electoral process fully and effectively.

## SENATE FACTOR THREE

15. **Senate Factor Three** examines the extent to which Dodge City has used voting practices or procedures that tend to enhance the opportunity for discrimination against Latinos, such as unusually large election districts, majority-vote requirements, and prohibitions against bullet voting.

16. Political science research has found that "political institutions such as legislatures, city councils, and school boards can operate under election systems and rules (*e.g.*, off-year, nonpartisan, or at-large elections) that can disadvantage Latino communities (Grofman and Davidson 2011) in terms of representation and productive participation."[2] Therefore, the local choices made regarding election systems and rules can have important ramifications for discrimination against Latinos. The VRA included provisions mandating, in certain instances, that jurisdictions change from at-large elections to single-member districts so that minority groups could elect candidates of choice.

17. The Dodge City code was amended in 2016[3] and 2019 to make several changes to the city's voting procedures. These changes are linked to practices that have historically

---

[1] Clarification on terminology used in this report: "Latino" and "Hispanic" are used interchangeably and refer to the umbrella pan-ethnic term for the whole group.
[2] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America* 148 (4th ed. 2021).
[3] Dodge City Code, https://www.dodgecity.org/documentcenter/view/6848 and https://www.dodgecity.org/documentcenter/view/7115.

suppressed the vote of Latinos in the United States. The procedural changes include the city commission structure (Ordinance No. 3626, July 20, 2016)[4] and the timing of the city council elections (Ordinance No. 3627, August 22, 2016).[5] The following is an examination of the Dodge City use of at-large voting elections and the timing of off-cycle or off-year elections.

### A. At-Large Elections

18. The use of at-large elections in Southwest Kansas began around 1910, when the state legislature allowed cities to alter their form of city government.[6] Since 1970, Dodge City has utilized a commission-manager form of government with an at-large election format.[7] Dodge City, similar to the Southwest Kansas cities of Garden City and Liberal, utilizes at-large voting elections for the selection of city commissioners, board of trustees for the community college, and school board members.

19. Among other first-class Kansas cities,[8] fourteen (14) cities use "solely at-large elections, three (3) cities use single-member district elections with the mayor elected at-large, three (3) cities use a mixture of at-large and single-member district elections, and four (4) cities use district elections where two representatives are elected per district." The current Dodge City commission-manager form of government has the residents vote on the five commission members and then the commission members appoint their city manager. The mayor is then chosen each year at the Commission's

---

[4] Code of the City of Dodge City Kansas, https://www.dodgecity.org/57/Municipal-Code.
[5] City Ordinance No. 3627, https://www.dodgecity.org/DocumentCenter/View/7116/Ordinance-No-3627--Election-Chap-VI_bcr-final?bidId=.
[6] Roxana Arjon (Alejandro Rangel-Lopez ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 3, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).
[7] The League of Kansas Municipalities, *2023 City Candidates Guide*, (April 2023), 2023_city_candidates_guide.pdf (ymaws.com).
[8] First-class Kansas cities are those with a population of 10,000 or greater.

first meeting in January by a vote of the city commission members.[9]

20. In Dodge City, the at-large elections require that each member of the city commission or school board receive a substantial level of support from the entire city. The terms of the city commissioners are designated based on the number of votes that each commissioner receives in the election. In 2016, Dodge City changed their city ordinance (#3627) to begin using a differential length of term for city commissioners. The commissioners are given either a two- or four-year term depending on the number of votes they receive in the general election.[10] As a result, the lowest vote getter will receive the shortest term of office. This differential length of term rule likely compounds the struggle for Latinos to gain electoral office. This is because the at-large system makes it more difficult for Latinos to get the needed majority of the votes, *see infra*, which makes it disproportionately less likely for Latinos to get the number of votes required to receive a longer term of office.

21. The at-large election system allows every voter in Dodge City to vote for as many candidates as there are city commissioner or school board seats up for election in the entire city. The city's rationale provided in the city's publications is that every citizen will have the opportunity to vote on every member of the city commission[11] or school board. In contrast, the use of single-member district (or ward) elections enables the voters living in a particular and smaller district to elect one representative from that district.

22. The following are documented community concerns and challenges over the Dodge

---

[9] 2021 Annual Report of Dodge City, Kansas, at 3, 2021_AnnualReport_FinalDraft (dodgecity.org).

[10] 2021 Annual Report of Dodge City, Kansas, at 3, 2021_AnnualReport_FinalDraft (dodgecity.org).

[11] 2021 Annual Report of Dodge City, Kansas, at 9, 2021_AnnualReport_FinalDraft (dodgecity.org).

City use of at-large elections.

"In 2019, at a public meeting where Mayor Brian Delzeit and Commissioner Jan Scoggins were present, residents from South Dodge voiced their concerns about the difficulties of at-large elections. According to an April 2019 City Commission meeting, these residents found it was intimidating to run for city commission as they would need to campaign and talk to people who did not live in their neighborhoods. In a talk with a former South Dodge resident, these concerns were echoed. According to the resident, many people in his neighborhood found faults with the use of at-large elections as virtually no South Dodge residents would run for any local governing board as they knew it would be a waste of time and would ultimately lose to residents from the north part of Dodge."[12]

These community concerns reference the geographic divide for Latino and white residents of Dodge City.

23.    Figure 1 shows the map of race and ethnicity at the Census Block Group in Dodge City, with the dark orange and dark red portions of the city map showing the areas that include a high percentage of the Latino population, which are in the southern half of the city. The "demographic map of the city shows it is largely segregated by a single road, Comanche Street," with a majority white population in the north and a majority Latino population in the south.[13]

---

[12] Roxana Arjon (Alejandro Rangel-Lopez ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 9, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).
[13] Chris McGreal, *Dodge City polling place debacle: voter suppression or incompetence,* The Guardian (October 28, 2018), https://www.theguardian.com/us-news/2018/oct/28/dodge-city-polling-place-voter-suppression-voting-rights.

**Figure 1: Map of Race and Ethnicity by Census Block Group in Dodge City[14]**



24.   As a result of this geographic divide, Latino residents in Dodge City who wish to run for city commission would have to run a city-wide campaign and gain the support of a majority of white voters in north Dodge City, in addition to the Latino voters in south Dodge City.

25.   Even after Dodge City Latino residents expressed their concerns with at-large elections resulting in the lack of political representation, the city commission still has not changed the election format. Moreover, despite the "litigation that has occurred in

---

[14] *Map of Race and Ethnicity by Block Group in Dodge City*, Statistical Atlas, https://statisticalatlas.com/place/Kansas/Dodge-City/Race-and-Ethnicity#data-map/block-group/hispanic.

other minority-majority cities across the nation using at-large elections, there has been no change to using single-member districts" in Dodge City.[15]

26.    The following describes the academic concerns regarding the use of at-large election systems for Latino communities.

**Descriptive Representation: Composition of the Elected Body**

27.    Previous political science research has found that electoral structure can have significant effects on racial/ethnic minority political representation. In particular, single-member election systems "have become more popular in the United States after the passage of the VRA as a mechanism to increase representation of racial minorities (Davidson 1992)".[16] This is because at-large elections create "a substantial obstacle to minority communities, as minority candidates often lack the resources to launch district-wide campaigns and find it difficult to attract Anglo votes."[17] For example, research by Adams demonstrates that it is much more costly for political candidates to run in at-large elections compared to single-member district elections, since the at-large election requires the candidate to run city-wide rather than in a smaller geographical area of a district.[18] Given that Latino populations have significantly lower economic resources, *see infra*, this creates an added burden to raise the necessary campaign funds to run city-wide in the at-large election system.

---

[15] Roxana Arjon (Alejandro Rangel-Lopez, ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 3, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

[16] Scott Hofer, Cong Huang, Richard Murray, *The Trade-Offs between At-Large and Single-Member Districts*, at 2, University of Houston, Hobby School of Public Affairs, White Paper Series (October 2018), https://uh.edu/hobby/cpp/white-paper-series/_images/hspa-white-paper-series_no.-14.pdf.

[17] David L. Leal, Valerie Martinez-Ebers, Kenneth J. Meier, *The Politics of Latino Education: The Biases of At-Large Elections,*.66(4) The J. of Pol. 1224, 1227 (2004).

[18] Brian Adams, .*Campaign Finance in Local Elections: Buying the Grassroots,* Boulder, CO: Forum/Lynne-Rienner (2010).

28.   The more recent social science research has also found substantive evidence that the use of single-member district elections can "increase descriptive representation of underrepresented racial and ethnic groups on city councils (*see*, for example, Arrington and Watts 1991; Bullock and MacManus 1990; Davidson and Grofman 1994; Polinard, Wrinkle, and Longoria 1991; Welch 1990)."[19] As a result, "people of color are less likely to be elected in at-large systems because the votes of racial minorities are diluted in elections that cover a broader area (Trounstine and Valdini 2008)."[20] In addition, previous research has found that for "cities with geographically segregated ethnic groups," single-member district "electoral rules play a crucial role in fostering minority representation (Davidson and Korbel, 1981; Davidson, 1994; Sass and Pittman, 2000; Trounstine and Valdini, 2008; Marschall et al., 2010; Abott and Magazinnik, 2020)."[21]

29.   These findings are due to the potential voter bias of white voters against racial and ethnic minority political candidates, which makes it difficult for minority candidates to attract white voter support if they are running city wide in an at-large election system.[22] Previous research "point[s] to evidence of this racially polarized voting, in which the potential white fear of minority candidates leads white voters to vote for white candidates even if they have to cross party lines (Giles and Evans 1986; Giles and Hertz 1994; Marcus et al. 1995; Marcus, Neuman, and MacKuen 2000; Manzano

---

[19] Jessica Trounstine and Melody E. Valdini, *The Context Matters: The Effects of Single-Member versus At-Large Districts on City Council Diversity*, 52(3) Am. J. of Pol. Sci. 554, 555(2008).

[20] Scott Hofer, Cong Huang, Richard Murray, *The Trade-Offs between At-Large and Single-Member Districts*, at 2, University of Houston, Hobby School of Public Affairs, White Paper Series (October 2018), https://uh.edu/hobby/cpp/white-paper-series/_images/hspa-white-paper-series_no.-14.pdf.

[21] Jessica Trounstine and Melody E. Valdini, *The Context Matters: The Effects of Single-Member versus At-Large Districts on City Council Diversity*, 52(3) Am. J. of Pol. Sci. 554, 555 (2008).

[22] Christina Bejarano, *The Latina Advantage: Gender, Race, and Political Success*, at 35, University of Texas Press (2013).

and Vega 2006; Bejarano and Segura 2007)." [23] Therefore, the potential for racially

polarized voting in at-large elections is alleviated when there is a change to single-

member districts, which can include a sizeable minority population in a smaller

district.

30.   In particular, single-member districts have been found to be beneficial for the election

of Latinos.[24] Previous research has found positive effects for Latino communities

when there is a change from at-large to district elections.[25] Abott and Magazinnik

found "the descriptive representation of Latinos is likely to improve significantly after

moving from at-large to ward elections in school districts that are large and

residentially segregated, and where the Latino population is of sufficient size."[26]

Additional research has found collaborating evidence that single-member district

systems "are positively associated with Latino representation on school boards

(Davidson and Korbel 1981; Meier and Stewart 1991; Polinard, Wrinkle, and

Longoria 1990, 1991)."[27]

31.   Therefore, the prevailing social science research shows that at-large elections enhance

the opportunity for discrimination against Latinos because it is harder for Latinos to

win office in at-large elections than in single-member districts.

---

[23] Christina Bejarano, *The Latina Advantage: Gender, Race, and Political Success,* at 35, University of Texas Press. (2013).
[24] Jessica Trounstine and Melody E. Valdini, *The Context Matters: The Effects of Single-Member versus At-Large Districts on City Council Diversity*, 52(3) Am. J. of Pol. Sci. 554, 555 (2008). *See* additional research by Davidson and Korbel 1981; Heilig and Mundt 1983; Leal, Martinez-Ebers, and Meier 2004; Taebel 1978.
[25] *See*, for example, Davidson and Korbel, 1981;Heilig and Mundt, 1983; Leal, Meier, and Martinez-Ebers 2002; Leal, Martinez-Ebers, and Meier, 2004; Lublin 1997; Polinard et al, 1994; Taebel, 1978.
[26] Carolyn Abott and Asya Magazinnik*, At-large elections and Minority Representation in Local Government*, 64(3) Am. J. Pol. Sci. 717, 730 (2020).
[27] David L. Leal, Valerie Martinez-Ebers, Kenneth J. Meier, *The Politics of Latino Education: The Biases of At-Large Elections*, 66(4) The J. of Pol. 1224, 1241 (2004).

**Concerns Over Substantive Representation: Impact on Elected Official Responsiveness**

32.  In addition, the choice of electoral structure can have significant direct and indirect effects for Latino substantive representation, or how well Latinos are represented. Political science research has found that "substantive representation is most common in [at-large] systems for the wealthiest and most connected in the community (Enns and Wlezien 2011; Gilens and Page 2014; Meier et al. 2005)."[28] In contrast, a single-member district system allows the "elected member to focus on the needs of their localized constituency," which means focusing on interests of a more diverse community.[29] As a result, single-member or ward districts can have significant impacts on responsiveness to the concerns of minority voters, which can include more effectively pushing the minority group's agenda.[30]

33.  There are multiple political benefits to Latino communities when there are Latino elected officials at the local level. The presence of "minority elected officials have been linked to increased minority government employment" (Eisenger 1982; Fraga, Meier, and England 1982). In addition, the presence of minority elected officials has been linked to "more responsive public policies in terms of minority contracting and minority representation on boards and commissions."[31]

34.  There is also extensive scholarship on the direct and indirect negative effects of at-

---

[28] Scott Hofer, Cong Huang, Richard Murray, *The Trade-Offs between At-Large and Single-Member Districts*, at 2, University of Houston, Hobby School of Public Affairs, White Paper Series (October 2018), https://uh.edu/hobby/cpp/white-paper-series/_images/hspa-white-paper-series_no.-14.pdf.

[29] Scott Hofer, Cong Huang, Richard Murray, *The Trade-Offs between At-Large and Single-Member Districts*, at 2, University of Houston, Hobby School of Public Affairs, White Paper Series (October 2018), https://uh.edu/hobby/cpp/white-paper-series/_images/hspa-white-paper-series_no.-14.pdf.

[30] Kenneth J. Meier, Eric Gonzalez Juenke, Robert D. Wrinkle, and J.L. Polinard, *Structural Choices and Representational Biases: The Post-Election Color of Representation*, 49(4) Am. J. of Pol. Sci. 758, 767 (2005).

[31] Rodney Hero, F. Chris Garcia, John Garcia, and Harry Pachon, *Latino Participation, Partisanship, and Office Holding*, 33(3) PS: Political Science and Politics 529, 534 (2000).

13

large systems for minority representation on school boards. School boards are the most closely related local office to the city commission, with similar election timing and electoral structure. Previous scholarship has found "evidence that the election of minority school board members leads to substantively meaningful increases in minority student achievement,"[32] as well as evidence that it can lead to improved student performance for both white and minority students.[33] In addition, a "greater minority school board representation"[34] increases the diversity of principals, administrators, and teachers.[35]

35. In addition, political science research shows that when racial/ethnic minority communities have the opportunity to vote for a co-ethnic or co-racial candidate, which is a candidate who shares their ethnic or racial identity, they have increased political participation in electoral politics.[36] The opportunity to elect a candidate of one's choosing can be an empowering circumstance for minority voters.[37] In addition, Latinos who live in a majority-minority, single-member district "have greater interest, higher levels of turnout, and more satisfaction with their representatives." [38]

---

[32] Vladimir Kogan, Stephane Lavertu, and Zachary Peskowitz, *How Does Minority Political Representation Affect School District Administration and Student Outcomes*, 65(3) Am. J. of Pol. Sci. 699, 714 (2021).

[33] Vladimir Kogan, Stephane Lavertu, and Zachary Peskowitz, *How Does Minority Political Representation Affect School District Administration and Student Outcomes,* 65(3) Am. J. of Pol. Sci. 699, 714 (2021).

[34] Vladimir Kogan, Stephane Lavertu, and Zachary Peskowitz, *How Does Minority Political Representation Affect School District Administration and Student Outcomes,* 65(3) Am. J. of Pol. Sci. 699, 714 (2021).

[35] Additional impacts include the increased amount of bond funds proposed and subsequently approved by voters (Kogan et al. 2021). Moreover, the increased percentage of Latino school board members is positively associated with funding for bilingual education programs, as well as increased percentage of Latino administrators and Latino teachers (Leal et al. 2004).

[36] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 143 (4th ed. 2021).

[37] Matt Barreto, Gary Segura, and Nathan Woods, *The Mobilizing Effect of Majority-Minority Districts on Latino Turnout*, 98(1) Am. Pol. Sci. Assoc'n 65, 74 (2004).

[38] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 143 (4th ed. 2021).

**B. Off-Cycle Elections**

36.    Kansas "state law sets the general election for city officers, local school board

members, and members of the boards of trustees of community colleges on the first

Tuesday following the first Monday in November of odd-numbered years."[39] Cities

are also allowed to "set different schedules by adopting charter ordinances through the

exercise of their constitutional home rule powers."[40] In contrast, the "national, state,

county, and township offices are elected at the same time, with the general election

held on the Tuesday following the first Monday in November of even-numbered

years."[41]

37.    In Dodge City, the timing of the city commissioner election is on the first Tuesday in

November of every odd-numbered year. This timing is considered an off-cycle

election since it does not coincide with the national and state elections that occur in

even-numbered years. The rationale provided in the city's publications is that "city

elections should remain non-partisan and separate from state and national elections."[42]

38.    However, this off-cycle or off-year local election timing and non-partisan nature of

the election coincides with depressed voter turnout rates. Previous studies have found

that "off-cycle elections have substantially lower turnout than on-cycle elections (*e.g.*,

Anzia 2003, Hajnal 2009, Kogan et al. 2018)."[43] A previous "study estimates that less

than 30% of voting-age adults and less than 40% of registered voters participate in

---

[39] Kansas State Election Standards, *Chapter II: Election Administration*, at II-1 [KSA 25-2010, 25-2107, 71-1413] https://sos.ks.gov/elections/elections-resources.html (FC_000053).

[40] Kansas State Election Standards, *Chapter II: Election Administration*, at II-1 [Kansas Constitution Article 12, Section 5; KSA 25-2107] https://sos.ks.gov/elections/elections-resources.html (FC_000053).

[41] Kansas State Election Standards, *Chapter II: Election Administration*, at II-2 [KSA 25-101, 25-1601] https://sos.ks.gov/elections/elections-resources.html (FC_000053).

[42] 2022 City of Dodge City, Legislative Policy, https://sos.ks.gov/elections/elections-resources.html.

[43] Christopher Warshaw, *Local Elections and Representation in the United States*, 22 Ann. Rev. of Pol. Sci. 461, 463 (2019).

mayoral and city council elections (Hajnal 2009)."[44] This decreased participation is attributed to several institutional explanations including "nonpartisan ballots, the degree of out-sourcing of city services, and the number of appointed versus elected city officials… (Hajnal & Lewis 2003, Schaffner et al. 2001)." [45]

39.    The non-partisan nature of the city elections can depress voter turnout because it does not provide voters with needed informational cues to help them assess the political candidates. Therefore, "due to the lack of partisan identification in most city-level contests, candidate characteristics like race, ethnicity, or gender may take on additional importance for voters looking for informational cues (Bobo 1988; Kaufmann 2004; Popkin 1991; Tate 2003; Valdini 2006)."[46]

40.    Research finds that "the most important explanation for the low turnout" in off-cycle elections is the timing of "many local elections [which] are not held concurrently with high-profile federal elections." Many localities have their local elections during midterm elections, in April or May, or, as in Dodge City, in November of odd years.[47] A report by Citizens Union found that many cities that decided to transition "from odd- to even-numbered year mayoral elections" experienced increased voter turnout that continued for subsequent elections.[48]

41.    Table 1 demonstrates the differences in voter turnout in Dodge City during the on-cycle national/state elections in November 2020 versus the off-cycle local elections in

---

[44] Christopher Warshaw, *Local Elections and Representation in the United States*, 22 Ann. Rev. of Pol. Sci. 461, 463 (2019).
[45] Christopher Warshaw, *Local Elections and Representation in the United States*, 22 Ann. Rev. of Pol. Sci. 461, 463 (2019).
[46] Jessica Trounstine and Melody E. Valdini, 52(3) Am. J. of Pol. Sci. 554, 556 (2008).
[47] Jessica Trounstine and Melody E. Valdini, 52(3) Am. J. of Pol. Sci. 554, 556 (2008).
[48] Citizens Union, *Report: Moving Municipal Elections to Even-Numbered Years*, https://citizensunion.org/portfolio-item/cu-report-moving-municipal-elections-to-even-numbered-years/.

November 2021. Voter turnout was significantly higher in Dodge City during the on-cycle national/state election of 2020, with a 55.1% voter turnout rate, compared to the 18.7% turnout rate in the 2021 off-cycle election. This demonstrates a 36.4% drop-off or decrease in the voter turnout rate during the off-cycle local election compared to the on-cycle national/state election.

**Table 1: Voters in the 2020 and 2021 General Elections in Dodge City[49]**

|  | National/State General Election November 3, 2020 | | | City/Local General Election November 2, 2021 | | |
|---|---|---|---|---|---|---|
|  | Registered Voters | Votes Cast | % Voter Turnout | Registered Voters | Votes Cast | % Voter Turnout |
| Dodge City Total[50] | 11,053 | 6,091 | 55.1% | 11,151 | 2,087 | 18.7% |

42.    Latinos generally register and turn out to vote at lower rates than whites, and this disparity is typically even greater in non-presidential election years. Latinos, "like all racial and ethnic groups, tend to vote at lower rates in off-year congressional elections when there is not a presidential candidate on the ballot."[51] In addition, the drop in voter turnout during off-cycle elections has been found to be more apparent for racial/ethnic minorities than white voters.[52] Therefore, Dodge City's use of off-cycle local elections drastically reduces Latinos' chance of electing a preferred candidate.

43.    In sum, there is evidence that Dodge City's choice to utilize at-large elections and off-cycle election timing enhances the opportunity for discrimination against Latinos, which is consistent with Senate Factor 3. This choice dramatically and negatively

---

[49] Ford County Election Office, Statement of Votes Cast, http://www.fordcounty.net/227/Election-Office.
[50] Note: Election results for Dodge City precincts 8, 10, 11, and 12 are not reported by the Ford County Election Office.
[51] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America*, 142 (4th ed. 2021).
[52] Zoltan Hajnal and Jessica Trounstine, *Where Turnout Matters: The Consequences of Uneven Turnout in City Politics*, 67(2) The J. of Pol. 515-535 (2005); Zoltan L. Hajnal and Paul G. Lewis, *Municipal Institutions and Voter Turnout in Local Elections*, 38(5) Urban Affairs Review 645-668 (2003).

impacts Latinos' chances of electing a preferred candidate in Dodge City local elections.

### SENATE FACTOR FIVE

44. **Senate Factor Five** examines the extent to which Latinos in Dodge City bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process.

45. The Latino population in Dodge City is impacted by significant socio-demographic inequalities compared to whites. The inequalities highlighted below are reflective of a history of discrimination that negatively impacts the Latino group's ability to participate fully in the electoral process of Dodge City. These socio-demographic inequalities negatively impact the group's political resources needed to participate in politics, which include time, energy, political interest, political information, communication, and organizational skills.[53] Those with more political resources tend to participate in politics at higher rates. Further, political resources "equip a person to engage in the political arena with knowledge, available time, and the pertinent skills to articulate their objectives and effect change."[54] The following is an examination of socio-demographic data available for Latinos in Dodge City, which demonstrate that Latinos have significant and persistent low levels of economic resources, educational attainment, employment, and health indicators.

---

[53] *See* research by Jan Leighley & Arnold Vedlitz, *Race, Ethnicity, and Political Participation: Competing Models and Contrasting Explanations*, The J. of Pol. (1999). *Also see*, John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America* (4th ed. 2021).
[54] John A. Garcia and Gabriel R. Sanchez. *Latino Politics in America,* 104 (4th ed. 2021).

## A. Gaps in Economic Opportunities

46.    A standard political science assertion is the resource mobilization theory, which argues that political resources, such as higher socioeconomic resources, are needed to participate in politics.[55] Those individuals with fewer political resources or a lower socioeconomic status generally have lower rates of political participation. In addition, research has found that "Latinos participate less than other groups and that personal economic stress or bad consequences" can further decrease political participation.[56]

47.    Table 2 provides key measures of socio-demographic indicators for whites[57] and Latinos in Dodge City, with American Community Survey (ACS) data that spans the period from 2010 through 2021. The economic indicators examined include median household income, poverty rates, unemployment rates, and the use of SNAP benefits.

**Table 2: Latino Socio-Demographic Measures in Dodge City (2010-2021)[58]**

|  | 2010-2014 | | 2015-2019 | | 2017-2021 | |
|---|---|---|---|---|---|---|
|  | White | Latino | White | Latino | White | Latino |
| Median household income | $53,327 | $44,354 | $59,948 | $48,561 | $64,250 | $54,133 |
| Income below poverty level | 12.1% | 23.1% | 10.4% | 20.2% | 6.8% | 17.9% |
| Child Poverty Rate | 4.2% | 12.2% | 1.9% | 10.9% | 0.3% | 9% |
| Unemployment Rate | 5.9% | 7.1% | 4.3% | 7.1% | 2.8% | 4.5% |
| Receive SNAP Benefits | 7.4% | 14.8% | 11.7% | 7.2% | 10.5% | 8.2% |

---

[55] *See* research by Sidney Verba, Kay Schlozman, & Henry E. Brady, *Voice and Equality: Civic Voluntarism in American Politics*, Harvard University Press (1995).

[56] Huyser, Kimberly R.; Pérez, Jillian Medeiros; Ybarra, Vickie; Hellwege, Julia Marin; Sanchez, Lisa, *Differential Influence of the Great Recession on Political Participation*, 99(2) Soc. Sci. Q. 512-523 (2017).

[57] Note: the following tables include "White, Non-Hispanic" Population in Dodge City, when available.

[58] U.S. Census Bureau, 2014, 2019, and 2021 ACS 5-year Estimates Selected Population Data Profiles, https://data.census.gov.

48. Across the time period examined, the Latino median household income continues to reflect a much lower median than that of the white households, with differences of $9,000-11,000. The most recent data available show Latinos had a median household income of $54,133, while whites had a higher median household income of $64,250.[59]

49. In addition to a lower median household income, Latinos in Dodge City also have a higher poverty rate of 17.9%, which is higher than the national average rate of 11.6%. Across the period examined, more Latinos found themselves living in poverty compared to whites in Dodge City. In the most recent data available, 17.9% of Latinos lived in poverty compared to 6.8% of whites. In addition, the Latino population in Dodge City had a higher rate of child poverty, 9%, compared to whites at 0.3%.

50. Latinos in Dodge City have also struggled with a higher rate of unemployment, most recently at 4.5%, compared to the white unemployment rate of 2.8%. In addition, the Latino unemployment rate in Dodge City is also higher than the current unemployment rate of the state of Kansas (2.9% as of March 2023).[60]

51. The ACS data on food assistance is mixed – currently, a slightly higher percentage of whites (10.5%) in Dodge City receive benefits under the Supplemental Nutrition Assistance Program (SNAP) than Latinos (8.2%), while Latinos received these benefits at a higher percentage in some earlier years. Part of these counterintuitive data could be explained by the fact that undocumented residents, and at least some non-citizens, appear to be ineligible to receive food assistance under Kansas law.[61] Given that a

---

[59] U.S. Census Bureau, 2021 Census Quick Facts, U.S. median household income is comparatively higher at $69,021.
[60] U.S. Bureau of Labor Statistics, https://www.bls.gov/eag/eag.ks.htm#eag_ks.f.2.
[61] Kansas Department for Children and Families, Economic & Employment Services: Food Assistance FAQ's, http://www.dcf.ks.gov/services/ees/pages/food/foodassistancefaqs.aspx.

disproportionate number of Latinos in Dodge City are non-citizens and/or undocumented as compared to whites, it seems likely that these data on SNAP benefits do not fully capture the rate of residents who would otherwise qualify, as a matter of income and wealth, for food assistance. The rate of Latinos participating in the SNAP benefits in Dodge City (8.2%) is higher than the number of Kansas residents that receive SNAP benefits (7%).

52.  This examination of the economic indicators for Latinos in Dodge City compared to whites demonstrates that Latinos are struggling with a lower median household income, higher rates of poverty, higher rates of child poverty, and higher rates of unemployment. Social science researchers have found that this "disparity of household income for Latinos and non-Latinos, and subsequent lack of resources, has implications in terms of socioeconomic mobility, political engagement, health care, and organizational activities."[62] Therefore, it is important to acknowledge that due to Latinos' lower socioeconomic status in Dodge City, they are struggling with financial instability and fewer economic resources to devote to participating in politics.

## B. Educational Achievement Gaps

53.  Education is the next important source of political resources that are directly linked to political participation levels. Latinos are among the fastest-growing segment of the school-aged population in the United States and are the second-largest group of students after whites.[63] However, a major segment of the Latino population in the U.S. has lower levels of educational attainment, lives in poorer school districts, lacks

---

[62] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 57 (4th ed. 2021).
[63] Adriana D. Kohler and Melissa Lazarin, *National Council of La Raza, Statistical Brief: Hispanic Education in the United States,* (2007) https://unidosus.org/publications/1393-hispanic-education-in-the-united-states/.

available bilingual programs, and attends 'lower-quality' schools.[64] Latino educational gaps are important to examine since "educational attainment is highly correlated with income and political participation, two key outcomes that are influenced by inequalities in educational resources for Latino students."[65] In sum, social science researchers have found that "educational attainment makes a difference for Latinos in terms of making them more likely to be registered and to vote regularly."[66] Therefore, Latino educational challenges "negatively affect Latinos' ability not only to achieve socioeconomic mobility but also to engage in politics and therefore to be represented in the policymaking process at a level commensurate with their proportion of the electorate."[67]

54.     The following is an examination of the educational achievement rates of Latino adults in Dodge City. Table 3 includes the educational attainment for Latinos and whites in Dodge City across the period of 2010-2021. This ACS data includes the highest educational attainment for the Dodge City population that is 25 years and older.

**Table 3: Latino Educational Attainment in Dodge City (2010-2021)[68]**

|  | 2010-2014 | | 2015-2019 | | 2017-2021 | |
|---|---|---|---|---|---|---|
|  | White | Latino | White | Latino | White | Latino |
| Less than High School Diploma | 6.3% | 62.4% | 6.8% | 47.6% | 4.5% | 44.2% |
| High School Graduate | 24.1% | 18.7% | 20.2% | 27% | 18.3% | 27.3% |
| Some College/ Associate's Degree | 41.1% | 14.5% | 42.7% | 19.6% | 36.7% | 22.7% |
| Bachelor's Degree and Higher | 28.5% | 4.3% | 30.2% | 5.7% | 40.5% | 5.8% |

---

[64] Barbara Schneider, Sylvia Martinez, and Ann Ownes, *Barriers to Educational Opportunities for Hispanics in the United States,* In: National Research Council (US) Panel on Hispanics in the United States; Tienda M, Mitchell F, editors, *Hispanics and the Future of America,* Washington, DC: National Academies Press (2006).

[65] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 54 (4th ed. 2021).

[66] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 146 (4th ed. 2021).

[67] Lisa García Bedolla, *Latino Education, Civic Engagement, and the Public Good*, 36 Review of Research in Education, 23-42 (2012).

[68] U.S. Census Bureau. 2014, 2019 and 2021 ACS 5-year Estimates Selected Population Data Profiles, Educational Attainment for the Population 25 years and over.

55. The data demonstrate educational disparities for Latino adults in Dodge City, including lower rates of educational attainment compared to whites. Forty-four percent of Latinos in Dodge City do not have a high school or college degree, compared to 4.5% of whites. This severely limits Latinos' financial opportunities.

56. In terms of higher education, 22.7% of Latinos have some college education and/or an associate's degree. In addition, only 5.8% of Latinos in Dodge City have attained a bachelor's degree or higher, compared to 40.5% of whites, which is a 34.7% difference in educational attainment. Therefore, the Latino attainment of higher education is markedly lower than that of whites in Dodge City.

57. Next, we can move to examining the educational achievement rates of Latino youth in Dodge City. The educational options available for Dodge City residents include both public and private opportunities for primary and secondary education. The Dodge City private option is Sacred Heart Cathedral School, "a private Catholic school that serves elementary through 8th grade students."[69] Sacred Heart Cathedral School has an enrollment of 355 students, which includes a student population that is 44% Latino and 53% white.[70]

58. The Dodge City public option for primary and secondary education is provided by one school district, USD 443. The school district includes 13 schools for pre-kindergarten through 12th grade and the total enrollment is 7,070 students.[71] The Dodge City "school district includes one pre-kindergarten early childhood education center with a Head Start program, nine elementary schools (K-5th), two middle schools (6th-8th), and one

---

[69] Dodge City and Ford County Development Corporation, https://www.dodgedev.org/education.
[70] SchoolFamily.com, https://www.schoolfamily.com/find-a-school/school/75337-sacred-heart-cathedral-school.
[71] Kansas Department of Education, Report Card. Dodge City, USD 443, https://ksreportcard.ksde.org/demographics.aspx?org_no=D0443&rptType=2.

6A high school (9th-12th)."[72] Table 7 provides the student demographics for the schools in the Dodge City public school district (USD 443). The total district student enrollment is comprised of 77% Latino students and 17.2% white students. Based on the demographic numbers, there is a disproportionate number of white students enrolled in the Dodge City private school compared to the Dodge City public school district.

59.    Even though Latino students represent a significant majority of the student population in the Dodge City public school district, they still have disproportionately low rates of participation in several of the school district's academic programs and are subject to disproportionately high levels of school discipline. In terms of academic programs that offer college preparatory opportunities, Latinos have a lower rate of enrollment compared to their percentage of the district population, for both enrollment in the gifted/talented programs and SAT/ACT preparatory enrollment. In contrast, Latinos represent a higher proportion of the student population that faced disciplinary measures compared to overall enrollment, with a high rate of in-school suspensions (representing 80%) and expulsions (representing 90%). This rate of discipline for Latinos is an overrepresentation compared to their student enrollment in the Dodge City school district.[73]

---

[72] Dodge City and Ford County Development Corporation, https://www.dodgedev.org/education.

[73] Based on my examination of this data, I want to note that I disagree with the published 2020 Kansas public report (IDEA state performance plan) for the Dodge City school district that states there is not a significant discrepancy based on race and ethnicity for the number of out of school suspensions and/or expulsions. The report is from the Kansas State Department of Education, KSDE Data Central- Kansas Educational Reports, https://datacentral.ksde.org/sped_rpts.aspx.

**Table 4: Student Demographics for Dodge City- USD 443 (2017).** [74]

|  | White | Latino |
|---|---|---|
| Total District Student Enrollment | 17.2% | 77% |
| College Prep: |  |  |
| Gifted & Talented Enrollment | 39.2% | 51.6% |
| SAT/ACT Enrollment | 26.4% | 67.6% |
| Discipline: |  |  |
| In-School Suspensions | 14.6% | 80% |
| Out-of-School Suspensions | 23% | 73% |
| Expulsions | 0% | 90% |

60.    There are also disparities in the academic achievement rates for students in the Dodge City public school district. Kansas follows the National 'Every Student Succeeds Act (ESSA)' standards, which work on "improving the academic achievement of disadvantaged students by providing supports and resources for schools in the greatest need of assistance."[75] The Kansas State Plan follows the five indicators to look at how schools are performing, which include an academic achievement measure determined by the percent of scores at the higher "performance levels 3 and 4 on the English Language Arts and Math state assessment.[76]

61.    Table 5 includes the ESSA academic achievement indicators for the Dodge City school district in 2021-2022. The Latino academic achievement indicators are lower than those of whites in the school district, as well as lower than the state average. The Latino-white achievement gap is 10.4 for the Level 3 indicator, 4.92 for the Level 4 indicator, and 15.02 for the overall percent proficiency for the academic indicators. These Latino educational discrepancies support previous research findings that Latino students

---

[74] Civil Rights Data Collection, U.S. Department of Education, Office of Elementary and Secondary Education, EDFacts, https://ocrdata.ed.gov/profile/9/district/31818/summary.
[75] Kansas State Board of Education, Every Student Succeeds Act (ESSA) Summary, https://ksreportcard.ksde.org/ESSA_summary.pdf.
[76] Kansas State Board of Education, Every Student Succeeds Act (ESSA) Summary, https://ksreportcard.ksde.org/ESSA_summary.pdf.

25

nationally were generally more subject to "school suspensions and expulsions, were

underrepresented in gifted and talented classes, and were overrepresented in special

education classes," which are practices associated with lower student achievement.[77]

**Table 5: Academic Achievement Indicators for Dodge City- USD 443 (2021-2022).** [78]

|  | All Students | White | Latino |
|---|---|---|---|
| Total District Student Enrollment | 7,070 | 15% | 80.2% |
| ESSA Academic Achievement Indicators: |  |  |  |
| Level 3 | 13.14 | 21.79 | 11.39 |
| Level 4 | 3.2 | 7.3 | 2.38 |
| Percent Proficient | 16.24 | 28.72 | 13.7 |
| State Average | 30.51 | 32.52 | 21.06 |

Note: The Kansas State Assessments for English Language Arts and Math each have 4 performance levels (1 is lowest and 4 is the highest).

62.     These examples of the Latino educational disparities in Dodge City are important to

recognize given the previous social science research that documents how low Latino

educational attainment can have an important impact on Latino political participation

rates. In particular, "educational attainment provides greater political knowledge and

information, as well as communication skills (writing, public speaking, organization

and expression of thoughts and ideas, etc.)" and other "positive participatory

orientations, like personal and political efficacy, political trust, and sense of civic

duty."[79]

### C. Housing Disparities

63.     The next indicator of socio-economic resources is housing in Dodge City. The largest

share of wealth held by a large portion of U.S. households is housing equity.[80] In

---

[77] Kenneth J. Meier and Joseph Stewart, Jr., *The Politics of Hispanic Education,* Albany: State University of New York Press (1991).

[78] Kansas Report Card 2021-2022, ESSA Academic Achievement Indicators for Dodge City, USD 443. https://ksreportcard.ksde.org/essa_acad_achieve_ind.aspx?org_no=D0443&rptType=2

[79] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 104 (4th ed. 2021).

[80] Lauren J. Krivo and Robert L. Kaufman, *Housing and Wealth Inequality: Racial-Ethnic Differences in Home*

addition to being a measure of wealth, homeownership also provides more stability, which brings additional civic benefits tied to voting.[81] Homeownership is linked to a higher likelihood of participating in politics, with previous research finding a strong correlation with voter turnout.[82]

64.    Table 6 includes the most recent ACS housing data available for Dodge City. The data demonstrate Latinos in Dodge City have a lower homeownership rate, 57.9%, compared to the white homeownership rate, 69.1%. In addition, the Latino rates for renters, 42.1%, is also higher than that of whites, 30.9%. The Latino homeownership rates have also decreased across the time period examined. These homeownership disparities for Latinos in Kansas mirror the national outlook for Latinos. Previous "research suggests that Hispanics are disadvantaged relative to whites in terms of housing wealth (Krivo 1982; 1986; Alba and Logan 1992; Smith 1995)."[83]

*Equity in the United States*, 41(3) Demography 585-605 (2004).

[81] Connections to community can provide more motivation to vote (*see* Putnam, 1995). Homeownership stability also includes less logistical problems with registering to vote.

[82] Kingston P, Thompson J, Eichar D., *The Politics of Homeownership*, 12 Am. Pol. Res. 131-50 (1984); John I. Gilderbloom and John P. Markham, *The Impact of Homeownership on Political Beliefs*, 73:4 Social Forces 1589-607 (1995);. Ben W. Ansell, *The Politics of Housing*, 22 Annual Review of Pol. Sci. 165-85 (2019).

[83] Chenoa A. Flippen, *Racial and Ethnic Inequality in Homeownership and Housing Equity*, 42(2) The Sociological Quarterly 121, 122 (2001).

**Table 6: Latino Housing Characteristics in Dodge City (2006-2021)[84]**

|  | 2006-2009 | | 2010-2014 | | 2015-2019 | | 2017-2021 | |
|---|---|---|---|---|---|---|---|---|
|  | White | Latino | White | Latino | White | Latino | White | Latino |
| Homeowner, Household | 69.6% | 61.1% | 64.3% | 59.2% | 66.1% | 54.4% | 69.1% | 57.9% |
| Renter, Household | 30.4% | 38.9% | 35.7% | 40.8% | 33.9% | 45.6% | 30.9% | 42.1% |
| Median Home Value for Homeowners | $103,400 | 67,300 | – | – | – | – | -- | -- |
| Internet access (with computer) at Household | – | – | -- | -- | 82.6% | 82% | 84.9% | 87.3% |

65.     There is also racial inequality in home values in Dodge City, with at least a $30,000

gap between the median home value for Latino homeowners and white homeowners.[85]

These gaps are comparable to the national dynamic of racial inequality in home values

and appreciation rates that have created a large and increasing racial wealth gap.[86]  A

lower home value can have broader implications on available wealth, which can

decrease the chances to fund retirement, pay for a college education, or cover medical

expenses. The growing gaps can also affect renters, since the "high housing costs

combined with stagnant wages have created an acute and worsening affordable housing

---

[84] U.S. Census Bureau, 2009, 2014, 2019, and 2021, ACS 5-year Estimates Selected Population Data Profiles. Occupied Housing Units by Tenure.
[85] Median Home Value is only available in the 2009 ACS 5-year Estimates Selected Population Data Profiles.
[86] Previous research also mentions the large racial-ethnic difference in housing and the quality of neighborhoods. Lauren J. Krivo and Robert L. Kaufman, *Housing and Wealth Inequality: Racial-Ethnic Differences in Home Equity in the United States,* 41(3) Demography 585, 602 (2004).
In addition, the lower condition of housing for racial/ethnic minorities can create hazardous conditions for their well-being. National Center for Healthy Housing, *Kansas: 2022 Healthy Housing Fact Sheet,* https://nchh.org/resource/fact-sheet_healthy-housing-in-kansas/.

crisis."[87] The housing crisis may create more housing insecurity, as well as higher residential mobility, which has been found to depress Latino political participation.[88]

66.     Additional housing measures include the availability of a computer with internet access for households in Dodge City. The ACS data in Table 6 show that there is no significant disparity in internet access among whites and Latinos in Dodge City. Still, this available data on internet access in Dodge City likely does not capture the full scope of obstacles for Latinos in obtaining reliable internet access. A more thorough state-wide analysis shows evidence of racial disparities in lack of adequate internet access (which requires both device availability and a high-speed internet connection), with 39.8% of Latinos in Kansas reporting that they lacked adequate internet access compared to 28.5% of whites.[89] In particular, 57.3% of Southwest Kansas residents Kansas lacked adequate internet access, including 17.4% with no high-speed internet connection and no device.[90] In addition, the Pew Research Center has found that Latinos generally must rely on their smart phones, rather than computers, to access the internet.[91] Challenges that come from not having adequate internet access can have repercussions on accessing health care and educational opportunities, which is

---

[87] Junia Howell and Elizabeth Korver-Glenn, Rice University, Kinder Institute for Urban Research *Race determines home values more today than it did in 1980* (September 24, 2020), https://kinder.rice.edu/urbanedge/race-determines-home-values-more-today-it-did-1980.

[88] Ricardo Ramirez (Rodolfo Espino, David Leal, and Kenneth Meier, eds.) *Residential Mobility and Latino Political Mobilization*, In Latino Politics: Identity, Mobilization, and Representation, 90-103 (2008).

[89] Kansas Health Institute, *Issue Brief: Variations in Internet Access Across Kansas* (February, 2021), https://www.khi.org/wp-content/uploads/2021/02/Variations-in-Internet-Access-Across-Kansas.pdf.

[90] Kansas Health Institute, *Issue Brief: Variations in Internet Access Across Kansas* (February, 2021), https://www.khi.org/wp-content/uploads/2021/02/Variations-in-Internet-Access-Across-Kansas.pdf.

[91] Sara Atske and Andrew Perrin, *Home broadband adoption, computer ownership vary by race, ethnicity in the U.S.*, Pew Research Center (July 16, 2021), https://www.pewresearch.org/fact-tank/2021/07/16/home-broadband-adoption-computer-ownership-vary-by-race-ethnicity-in-the-u-s/.

particularly evident with social distancing, reduced health care services, and school

building closings during the COVID-19 pandemic."[92]

### D. Health Care Disparities

67.    Access to adequate health care is the next indicator of socio-economic and political

resources. In the U.S., Latinos have experienced barriers to accessing quality health

care and attaining higher levels of health insurance coverage, which have negatively

impacted their health status.[93] As a result, Latinos experience "higher mortality rates

from diabetes, homicide, chronic liver disease, and HIV infection when compared to

the total population and whites (Zambrana and Carter-Pokras 2001)," as well as "higher

rates of stomach cancer, childhood asthma, and obesity when compared to non-

Hispanic whites (Zambrana and Carter-Pokras 2001; Escarce, Morales, and Rumbaut

2006)."[94]

68.    Table 7 includes ACS data on health care measures for Latinos in Dodge City. 19.4%

of Latinos in Dodge City lack health insurance coverage, compared to 6.6% of whites, a

difference of 12.8 points. These disparities in health coverage are consistent in both

adults and children. Latinos may have more health struggles given their lower rates of

health insurance coverage. There are also national disparities in health insurance

coverage for Latinos, with 2019 data emphasizing that Latino adults are the most likely

group to lack health insurance coverage.[95] In addition, "a significant portion of the

Hispanic population in the US is of low socioeconomic status resulting in higher rates

---

[92] Kansas Health Institute, *Issue Brief: Variations in Internet Access Across Kansas* (February, 2021), https://www.khi.org/wp-content/uploads/2021/02/Variations-in-Internet-Access-Across-Kansas.pdf.
[93] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 231-232 (4th ed. 2021).
[94] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 231-232 (4th ed. 2021).
[95] U.S. Department of Health and Human Services. "2019 National Healthcare Quality and Disparities Report." https://www.ahrq.gov/research/findings/nhqrdr/nhqdr19/index.html.

of uninsured and underinsured and ultimately, less access to adequate healthcare and preventive services."[96]

**Table 7: Latino Health Measures in Dodge City (2010-2021)[97]**

|  | 2010-2014 | | 2015-2019 | | 2017-2021 | |
|---|---|---|---|---|---|---|
|  | White | Latino | White | Latino | White | Latino |
| No Health Insurance Coverage | 8.3% | 25.5% | 8% | 19.3% | 6.6% | 19.4% |
| No Health Insurance Coverage: 18+ years old | 7.3% | 20% | 7.6% | 15.7% | 6.2% | 15.7% |
| No Health Insurance Coverage: 17 and below | 1.1% | 5.5% | 0.4% | 3.6% | 0.4% | 3.6% |

69.     Additional measures of overall health are available with the annual *County Health Rankings*, which include measures of the current overall health of each county in all 50 states and the District of Columbia.[98] The annual *County Health Rankings* provide a snapshot of the health of Kansas counties.[99] The County Health Rankings for Ford County are provided in Table 8, which demonstrate that Ford County ranks in the lower half of Kansas county rankings for health outcomes (#54 out of 104 ranked counties), which include measures of the length and quality of life. Given that Ford County has a much higher Latino population than the rest of the state, this health ranking data highlights the disproportionate health disparities for Latinos in Ford County compared to the rest of the state.

[96] Bopp, M., Fallon, E. A., Bolton, D. J., Kaczynski, A. T., Lukwago, S., & Brooks, A., *Conducting a Hispanic health needs assessment in rural Kansas: Building the foundation for community action* (2012), http://krex.ksu.edu.
[97] U.S. Census Bureau, 2014, 2019, and 2021, ACS 5-year Estimates Selected Population Data Profiles.
[98] County Health Rankings & Roadmaps, A Program of the University of Wisconsin Population Health Institute, *2022 Summary Report*, https://www.countyhealthrankings.org/explore-health-rankings/kansas/data-and-resources.
[99] County Health Rankings & Roadmaps, *2023 Ford County Health Rankings*, https://www.countyhealthrankings.org/explore-health-rankings/kansas/ford?year=2023.

**Table 8: County Health Rankings for Ford County (2023)[100]**

|  | Ford County Ranking |
|---|---|
| Health Outcomes: | 54 out of 104 |
| Length of Life | 20 |
| Quality of Life | 78 |
| Health Factors: | 79 out of 104 |
| Health Behaviors | 80 |
| Clinical Care | 71 |
| Social & Economic Factors | 74 |
| Physical Environment | 82 |

70.   In addition, Ford County ranks in the lower half of Kansas county rankings for health factors (#79 out of 104 counties), which include measures for health behaviors, clinical care, social & economic factors, and physical environment.

71.   These examples of the Latino health disparities in Dodge City are important to recognize given the social science research that documents how health matters in terms of political engagement.[101] In relation to voter turnout, Burden et al. found that each aspect of health that they studied had a "powerful effect on par with traditional predictors of participation such as education."[102] In addition, "poor health may discourage political participation by directing attention to personal matters and away from political ones, and by inhibiting the cognitive abilities and civic skills required for participation (Blais, 2000; Pacheco and Fletcher, 2015)."[103] Therefore, Latino health disparities can contribute to lower levels of political engagement.

---

[100] County Health Rankings & Roadmaps, *2023 Kansas Data*, https://www.countyhealthrankings.org/explore-health-rankings/kansas/data-and-resources.

[101] Mikko Mattila, Lauri Rapeli, Hanna Wass and Peter Söderlund. *Health and Political Engagement,* Routledge Press (2018).

[102] Barry C. Burden, Jason M. Fletcher, Pamela Herd, Bradley M. Jones, and Donald P. Moynihan, *How Different Forms of Health Matter to Political Participation*, 79(1) The J. of Pol. 166-178, 166 (2017).

[103] Katherine Baicker and Amy Finkelstein, *The Impact of Medicaid Expansion on Voter Participation: Evidence from the Oregon Health Insurance Experiment*, 14(4) Q. J. of Pol. Sci. 383-400, 386 (2019).

## E. Linkages to Political Participation

72.    Latino political participation in the U.S., as well as Kansas, is generally lower than that
of whites, which is attributed to the "high proportion of youth and foreign born
populations that are ineligible to vote," as well as their socio-demographic
disparities.[104] Table 9 demonstrates that Latinos in Kansas have lower rates of voter
registration and lower rates of voter turnout in recent elections. In 2020, 51.5% of
Latino citizens reported that they registered to vote and 45.5% reported that they voted.
Meanwhile, 75.3% of white citizens reported registering to vote and 70.7% reported
that they voted in 2020. This data demonstrates the lower rates of both registering to
vote and voting for Latinos in Kansas.

**Table 9: Latino Voting and Voter Registration Rates in Kansas (2010-2020)[105]**

|  | 2010 | | 2016 | | 2020 | |
|---|---|---|---|---|---|---|
|  | White | Latino | White | Latino | White | Latino |
| Total Citizen Population | 1,706,000 | 68,000 | 1,672,000 | 138,000 | 1,556,000 | 210,000 |
| Citizen Percent Registered | 70.5% | 67.1% | 74.4% | 54.7% | 75.3% | 51.5% |
| Citizen Percent Voted | 49.4% | 30% | 65.3% | 48.9% | 70.7% | 45.5% |

73.    In addition, as discussed in the previous section on Senate Factor 3, the costs of voting
are increased for local elections. As a result, "homeowners, the wealthy, and the elderly
are most likely to participate in local elections (Kogan et al. 2018, Oliver & Ha 2007)"
and "local policies tend to be skewed toward the preferences of these privileged groups
(Schaffner et al. 2016)."[106] Therefore, Latinos are disproportionately hindered in
participating effectively in the local governmental process.

---

[104] Christina Bejarano, *The Latino Gender Gap in U.S. Politic*s, at 2, Routledge Press (2014).
[105] U.S. Census Bureau, Table 4b, Reported Voting and Registration, by Sex, Race and Hispanic Origin, for States: November 2010, 2016, 2020, https://data.census.gov.
[106] Christopher Warshaw, *Local Elections and Representation in the United States,* 22 Ann. Rev. of Pol. Sci. 461-

74.   In sum, there is evidence of socio-demographic disparities in the economic status, education, housing, and health for Latinos in Dodge City, which are consistent with Senate Factor 5 and serve to hinder the ability of Latinos to participate effectively in the political process. These social-demographic measures are indicators of the ability to access key political resources such as income, education, and health, which support active participation in the political process. As a result, Latinos have fewer political resources, including a lower level of income/wealth, lower level of educational attainment, lower health indicators, and less flexibility with their time, which is needed to pay attention to and participate in politics. These socio-demographic disparities explain why "many Latinos, as a group, do not as often possess the necessary time, money, and skills to be engaged civically at the same rate as non-Latinos."[107]

## SENATE FACTOR SEVEN

75.   **Senate Factor Seven** examines the extent to which Latinos have been elected to public office in Dodge City.

76.   The previous research on "political representation, as it pertains to gender and race, demonstrates that the presence of historically underrepresented groups in political office (descriptive representation) can have not only a substantive impact on policies and procedures but also a symbolic impact that changes the attitudes and even the behavior of those groups."[108] According to Dovi, the "descriptive representatives are

---

79, 462(2019).

[107] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 106 (4th ed. 2021).

[108] Celeste Montoya, Christina Bejarano, Nadia Brown, and Sarah Allen Gershon, *The Intersectional Dynamics of Descriptive Representation*, 18(2) Pol. & Gender 483, 484 (2022).

those who look like, or at least have experiences and interests similar to, the people they represent (2007, 27)."[109]

77.   The "minority empowerment" theory of politics holds that descriptive representation for racial and ethnic minorities can "signal greater political opportunities and inclusion for these groups, something that can promote democratic engagement and participation (Bobo and Gilliam 1990)," which can help "establish overall democratic legitimacy (Mansbridge 1999)."[110]  However, the absence of descriptive representation can "contribute to a sense of political alienation and inefficacy, something that may suppress democratic engagement and voter turnout (Pantoja and Segura 2003)."[111]

78.   Latino political scientists, like Sanchez and Morin (2011), have also found evidence of a "link between descriptive representation at the mayoral level and Latino ethnic identity and attitudes toward government," including greater political efficacy and lower levels of political alienation.[112] In addition, Barreto, Segura, and Woods (2004) have demonstrated that Latino candidates on the ballot can have the direct effect of higher voter turnout among Latino voters, as well as stronger levels of Latino candidates' support.[113] Having Latino candidates on the ballot can be beneficial for Latino voters, increasing their level of interest in the elections and increasing their rates of voter turnout.[114]

79.   The following examination of Kansas statewide and local elections demonstrates that while the Latino population has increased in Dodge City, they have very limited

---

[109] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 158 (4th ed. 2021).
[110] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 158 (4th ed. 2021).
[111] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 158 (4th ed. 2021).
[112] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 158 (4th ed. 2021).
[113] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 149 (4th ed. 2021).
[114] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 149 (4th ed. 2021).

political representation. Table 10 includes ACS data on the Latino share of the total

population in Kansas, Ford County, and Dodge City, as well as the Latino share of the

eligible voter population. These figures will be used to provide a comparison of the

percentage of Latino elected officials to the Latino share of the total population in

Kansas, Ford County, and Dodge City.

**Table 10: Latino Share of the Total Population and Eligible Voters (2021)**

|  | Kansas | Ford County | Dodge City |
|---|---|---|---|
| Total Population | 2,934,582 | 34,425 | 27,900 |
| Total Latino Population | 373,723 | 19,210 | 18,020 |
| Latino Share of Total Population | 12.7% | 55.8% | 64.6% |
| Total Citizen Voter Population | 2,128,111 | 18,630 | 13,870 |
| Total Latino Citizen Voter Population | 173,038 | 6,915 | 6,400 |
| Latino Share of Eligible Voters | 8.1% | 37.1% | 46.1% |

Source: U.S. Census Bureau. Kansas (2021)[115] Ford County and Dodge City (2017-2021)[116]

80.  The Latino population has continued to grow in the state of Kansas, especially in Ford

County and Dodge City. In addition, the Latino share of eligible voters, the citizens that

are 18 years or older that are eligible to vote in elections, has also increased. In Kansas,

the Latino share of the total population is 12.7% and their share of eligible voters is

8.1%. In Ford County, the Latino share of the total population is 55.8% and their share

of eligible voters is 37.1%. Moreover, in Dodge City, the Latino share of the total

population is 64.6% and their share of eligible voters is 46.1%.

81.  To examine the descriptive representation for Latinos in Dodge City, the percentage of

Latinos in the population is compared to the percentage of Latinos elected to political

---

[115] U.S. Census Bureau, 2021 American Community Survey 1-year estimates, https://data.census.gov.
[116] U.S. Census Bureau. Citizen Voting Age Population (CVAP) Special Tabulation from the 2017-2021 5-Year American Community Survey, https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

office. Latino underrepresentation is evident when their share of the total population

and/or eligible voters is greater than their share of the total number of elected officials.

82. The following data is sourced from the National Association of Latino Elected and

Appointed Officials (NALEO).[117] The NALEO Educational Fund conducts an annual

survey of Latino office holders nationwide to count the number of Hispanic/Latino

elected officials across the U.S. The NALEO Educational Fund has published a

*Directory of Latino Elected Officials* annually since 1984.[118] NALEO compiles their

directory information through multiple avenues to annually verify the identification of

Latino elected officials.[119] In addition, when available, the NALEO data is

supplemented with additional available data on Latino elected officials in Southwest

Kansas. [120] The overall results that follow demonstrate that Latinos in Dodge City and

Kansas are severely underrepresented, and their population numbers do not equal or

even come close to their elected positions across multiple offices.

### A. Municipal Offices

83. In Kansas, there are a total of 3,804 elected members serving as municipal or city

officials.[121] Table 14 includes the total number of Latino elected officials at the

municipal (city) level for the state of Kansas from 1996-2021.

---

[117] *National Directory of Latino Elected Officials*, NALEO Educational Fund (1996-2021). Note: The 2022 NALEO data is not currently available. The information was provided through personal communication with Martha Recio, NALEO Educational Fund Senior Research Program Manager.

[118] Rodney Hero, F. Chris Garcia, John Garcia, and Harry Pachon, *Latino Participation, Partisanship, and Office Holding*, 33(3) PS: Pol. Sci. and Pol. 529, 533 (2000).

[119] Note on the NALEO methodology: NALEO staff identify potential Latino office holders through "state directories, state and local government World Wide Web sites on the internet, major newspapers' listing of national and local election results, and membership lists of national and state organizations", as well as an extensive phone verification process. Political science scholars rely almost exclusively on the NALEO directory for a comprehensive accounting of Latino elected officials throughout the country.

[120] Roxana Arjon (Alejandro Rangel-Lopez ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com). (DODGE_CITY_0002600). Entries from this supplemental data including in the Tables in this subsection are signified by parentheticals.

[121] Getting elected as a Latina is an uphill battle even in the most Hispanic cities in Kansas, The Topeka-Capital

84.     The number of Latino elected municipal officials in Kansas has remained relatively

stable since 1996, with the total number of Latinos elected at the city level staying

below ten. At this level, Latinos represent less than 1% of the proportion of total

municipal officials across the state of Kansas, compared to their 12.7% share of the

state population and 8.1% share of the state's eligible voters. This is evidence of

underrepresentation of Latinos at the Kansas municipal level.

Journal (November 27, 2021), https://www.cjonline.com/story/news/2021/11/27/more-latinas-starting-join-political-process-kansas/8764002002/.

**Table 11: Latino Municipal Officials, Kansas and Dodge City (1996-2021)**

|  | Total Latino Kansas Municipal Officials | % Kansas Municipal Officials (Total=3,804) | Total Latino Dodge City City Commission Officials | % Dodge City City Commission Officials (Total= 5) |
|---|---|---|---|---|
| 1996 | 0 | 0 | 0 | 0 |
| 1997 | 0 | 0 | 0 | 0 |
| 1998 | 1 | 0.03% | 0 | 0 |
| 1999 | 1 (1) | 0.03-0.05% | (1) | (20%) |
| 2000 | 4 (1) | 0.11-0.13% | (1) | (20%) |
| 2001 | 4 (1) | 0.11-0.13% | (1) | (20%) |
| 2002 | 5 | 0.13% | 0 | 0 |
| 2003 | 5 | 0.13% | 0 | 0 |
| 2004 | 5 | 0.13% | 0 | 0 |
| 2005 | 5 | 0.13% | 0 | 0 |
| 2006 | 5 | 0.13% | 0 | 0 |
| 2007 | 5 | 0.13% | 0 | 0 |
| 2008 | 5 | 0.13% | 0 | 0 |
| 2009 | 5 | 0.13% | 0 | 0 |
| 2010 | 5 | 0.13% | 0 | 0 |
| 2011 | 4 | 0.11% | 0 | 0 |
| 2012 | 3 | 0.08% | 0 | 0 |
| 2013 | 3 (1) | 0.08-0.11% | 0 | 0 |
| 2014 | 3 (1) | 0.08-0.11% | 0 | 0 |
| 2015 | 2 (1) | 0.05-0.11% | 0 | 0 |
| 2016 | 2 (2) | 0.05-0.11% | 0 | 0 |
| 2017 | 2 (2) | 0.05-0.11% | 0 | 0 |
| 2018 | 3 (1) | 0.08-0.11% | 0 | 0 |
| 2019 | 3 (2) | 0.08-0.13% | 0 | 0 |
| 2020 | 4 (2) | 0.11-0.16% | 0 | 0 |
| 2021 | 4 (2) | 0.11-0.16% | (1 *appointed) | (20%) |

85.     The Dodge City municipal officials are the city commissioners, which consist of 5 commissioners elected at-large. Table 11 includes the total number of Latino elected officials at the municipal (city) level for Dodge City from 1996-2021.

86.    According to supplemental data available, Dodge City previously elected one Latino to

the city commission.[122] Fernando Jurado was elected in 1999 for a 2-year term.[123] In

2021, there was one Latina appointed to the city commission in Dodge City, Blanca

Soto, to fill the remaining term of the resigning mayor. However, Soto served only a 1-

year term on the city commission from 2021-2022 and she was not able to retain her

seat when she ran for election.[124] This dramatically low proportion of the Dodge City

municipal offices is significantly lower than the Latino share of the population in the

city, as compared to both total population (64.6%) and eligible voters (46.1%). This is

evidence of severe underrepresentation for Latinos.

### B. School Board Offices

87.    The Kansas public school system includes 287 school districts as of 2022.[125] There are

about 2,009 total school board members, with each school board consisting of seven

elected members.[126] Table 12 includes NALEO data for the total number of Latino

elected officials at the school board level for the state of Kansas from 1996-2021. There

have been at most 2-3 Latinos elected to a school board at a time in the state of Kansas

and only sporadically across this time span. This is evidence of underrepresentation of

Latinos at the Kansas school board level, since the 0.15% share of elected school board

---

[122] Roxana Arjon (Alejandro Rangel-Lopez ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 11, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

[123] Note that Dodge City Commissioner Joseph Nuci, Jr. publicly stated in 2022 that he identifies as a Latino (https://www.kwch.com/2022/12/16/federal-lawsuit-challenged-dodge-city-election-method/). However, the NALEO Latino Directory records do not identify him as Latino. Even if Joseph Nuci, Jr. was included in this data, his presence on the City Commission (possibly contributing to 20% share of the city commission) would not significantly impact my findings of severe underrepresentation for Latinos.

[124] *Getting elected as a Latina is an uphill battle even in the most Hispanic cities in Kansas*, The Topeka-Capital Journal (November 27, 2021), www.cjonline.com/story/news/2021/11/27/more-latinas-starting-join-political-process-kansas/8764002002/.

[125] Ballotpedia, https://ballotpedia.org/Public_education_in_Kansas.

[126] Kansas Association of School Boards, Spring 2015 School Board Candidate Guide, https://files.eric.ed.gov/fulltext/ED560899.pdf.

officials across the state of Kansas is dramatically lower than their share of the total

state population (12.7%) and the state's eligible voters (8.1%).

**Table 12: Latino School Board Officials, Kansas and Dodge City (1996-2021)**

|  | Total Latino Kansas School Board Officials | % Kansas School Board Officials (Total= 2,009) | Total Latino Dodge City School Board Officials | % Dodge City School Board Officials (Total= 7) |
|---|---|---|---|---|
| 1996 | 1 | 0.05% | 0 | 0 |
| 1997 | 0 | 0 | 0 | 0 |
| 1998 | 0 | 0 | 0 | 0 |
| 1999 | 0 | 0 | 0 | 0 |
| 2000 | 0 | 0 | 0 | 0 |
| 2001 | 0 | 0 | 0 | 0 |
| 2002 | 0 | 0 | 0 | 0 |
| 2003 | 0 | 0 | 0 | 0 |
| 2004 | 0 | 0 | 0 | 0 |
| 2005 | 1 | 0.05% | 0 | 0 |
| 2006 | 1 | 0.05% | 0 | 0 |
| 2007 | 1 | 0.05% | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 |
| 2009 | 0 | 0 | 0 | 0 |
| 2010 | (1) | (0.05%) | (1) | (14.3%) |
| 2011 | (2) | (0.1%) | (1) | (14.3%) |
| 2012 | 1 (2) | 0.05-0.15% | (1) | (14.3%) |
| 2013 | 1 (2) | 0.05-0.15% | (1) | (14.3%) |
| 2014 | 1 (1) | 0.05-0.1% | 0 | 0 |
| 2015 | 1 (1) | 0.05-0.1% | 0 | 0 |
| 2016 | 1 (1) | 0.05-0.1% | 0 | 0 |
| 2017 | 1 (1) | 0.05-0.1% | 0 | 0 |
| 2018 | (1) | (0.05%) | 0 | 0 |
| 2019 | (1) | (0.05%) | 0 | 0 |
| 2020 | 1 | 0.05% | 0 | 0 |
| 2021 | 1 | 0.05% | 0 | 0 |

88.   In Dodge City, the Unified School District 443 Board of Education consists of seven

members elected at-large. Table 12 includes data for the total number of Latino elected

officials at the school board level for Dodge City from 1996-2021.

89. In 2009, there was one Latino elected to the Dodge City school board. Mario Sanchez served one 4-year term and did not win re-election.[127] Over the remaining years, there is no record of other Latinos being elected to the Dodge City school board, which is significantly lower than their share of the total population (64.6%) and share of eligible voters in the city (46.1%). This is evidence of underrepresentation of Latinos at the school board level in Dodge City.

### C. Judicial and Law Enforcement

90. Table 13 includes the total number of Latino elected officials at the judicial and law enforcement official level for the state of Kansas, from 1996 to 2021. The data demonstrates there was only one Latino elected at the judicial level (District Court Judge in 2021) and only one Latino elected at the law enforcement level (Sheriff in 2013-2016) across the state of Kansas. This is evidence of underrepresentation of Latinos at the Kansas judicial and law enforcement level, considering their share of the state population (12.7%) and share of the state's eligible voters (8.1%).

---

[127] Roxana Arjon (Alejandro Rangel-Lopez ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 12, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

**Table 13: Latino Judicial and Law Enforcement Officials, Kansas and Dodge City (1996-2021)**

| | Total Latino Kansas Judicial Officials | Total Latino Kansas Law Enforcement Officials | Total Latino Dodge City Judicial Officials | Total Latino Dodge City Law Enforcement Officials |
|---|---|---|---|---|
| 1996 | 0 | 0 | 0 | 0 |
| 1997 | 0 | 0 | 0 | 0 |
| 1998 | 0 | 0 | 0 | 0 |
| 1999 | 0 | 0 | 0 | 0 |
| 2000 | 0 | 0 | 0 | 0 |
| 2001 | 0 | 0 | 0 | 0 |
| 2002 | 0 | 0 | 0 | 0 |
| 2003 | 0 | 0 | 0 | 0 |
| 2004 | 0 | 0 | 0 | 0 |
| 2005 | 0 | 0 | 0 | 0 |
| 2006 | 0 | 0 | 0 | 0 |
| 2007 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 |
| 2009 | 0 | 0 | 0 | 0 |
| 2010 | 0 | 0 | 0 | 0 |
| 2011 | 0 | 0 | 0 | 0 |
| 2012 | 0 | 0 | 0 | 0 |
| 2013 | 0 | 1 | 0 | 0 |
| 2014 | 0 | 1 | 0 | 0 |
| 2015 | 0 | 1 | 0 | 0 |
| 2016 | 0 | 1 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 | 0 |
| 2020 | 0 | 0 | 0 | 0 |
| 2021 | 1 | 0 | 0 | 0 |

91.    Table 13 also includes the total number of Latino elected officials at the judicial and law enforcement official level in Dodge City. These positions include Ford County Magistrate and District Judge, County Sheriff, and the City/Prosecuting Attorneys for Dodge City. There were no Latino elected officials at the judicial and law enforcement level for Dodge City from 1996-2021, which is significantly lower than their 64.6%

43

share of the total population and 46.1% share of the eligible voters in the city. This is again evidence of underrepresentation of Latinos at the judicial and law enforcement official level in Dodge City.

### D. County Officials

92.  Kansas has a total of 105 counties, with each county electing a "board of county commissioners consisting of 3, 5, 7 or 10 members," totaling a minimum of 315 and maximum of 1,043 total county officials in the state.[128] Table 17 includes the total number of Latino elected county officials for the state of Kansas from 1996-2021. There were some Latinos elected at the county official level in Kansas from 2004-2021, with the range fluctuating between 1 and 3 Latinos elected at a time. This is evidence of underrepresentation of Latinos at the county official level across the state of Kansas, since their share of the total population (12.7%) and share of eligible voters (8.1%) in the state is higher.

---

[128] National Association of Counties (NACo), County Government Overview: Kansas, https://www.naco.org/sites/default/files/event_attachments/DRAFT_Kansas_012022.pdf.

**Table 14: Latino County Officials, Kansas and Ford County (1996-2021)**

| | Total Latino Kansas County Officials | Total Latino Ford County County Officials | % Ford County County Officials (Total=3) |
|---|---|---|---|
| 1996 | 0 | 0 | 0 |
| 1997 | 0 | 0 | 0 |
| 1998 | 0 | 0 | 0 |
| 1999 | 0 | 0 | 0 |
| 2000 | 0 | 0 | 0 |
| 2001 | 0 | 0 | 0 |
| 2002 | 0 | 0 | 0 |
| 2003 | 0 | 0 | 0 |
| 2004 | 1 | 0 | 0 |
| 2005 | 1 | 0 | 0 |
| 2006 | 1 | 0 | 0 |
| 2007 | 2 | 0 | 0 |
| 2008 | 1 | 0 | 0 |
| 2009 | 3 | 0 | 0 |
| 2010 | 3 | 0 | 0 |
| 2011 | 2 | 0 | 0 |
| 2012 | 3 | 0 | 0 |
| 2013 | 3 | 0 | 0 |
| 2014 | 3 | 0 | 0 |
| 2015 | 3 | 0 | 0 |
| 2016 | 3 | 0 | 0 |
| 2017 | 1 | 0 | 0 |
| 2018 | 1 | 0 | 0 |
| 2019 | 1 | 0 | 0 |
| 2020 | 1 | 0 | 0 |
| 2021 | 2 | 0 | 0 |

93. Ford County, which includes Dodge City, has a board of county commissioners consisting of 3 elected members. Table 14 includes the total number of Latino elected county officials for Ford County from 1996-2021. There were no Latinos elected to the county official level for Ford County across this time period, which is significantly below their share of the total population (55.8%) and share of eligible voters (37.1%) in the county. This is evidence of underrepresentation of Latinos at the county official level for Ford County.

45

**E. State Legislative and Statewide Executive Offices**

94.    The Kansas state legislature has a total of 165 members, which includes 125 members

of the House of Representatives and 40 members of the Senate. Table 15 includes the

total number of Latino elected officials at the state legislative level in Kansas from

1996-2021. The total number of Latino state legislators has remained relatively low

since 1996, with the total number ranging from a high of 6 to a low of 2 Latinos elected

to the state legislature at a time. The resulting total share of Latinos in the state

legislature has ranged from 1.2% to 3.6%, which is significantly lower than their total

share of the population (12.7%) and their share of eligible voters in Kansas (8%).

**Table 15: Latino State Legislative and Statewide Executive Officials in Kansas (1996-2021)**

|      | Total Latino Kansas State Legislators | % Kansas State Legislators (Total= 165) | Total Latino Kansas Statewide Executive Officials | % Kansas Statewide Executive Officials (Total= 7) |
|------|------|------|------|------|
| 1996 | 4 | 2.4% | 0 | 0 |
| 1997 | 3 | 1.8% | 0 | 0 |
| 1998 | 3 | 1.8% | 0 | 0 |
| 1999 | 2 | 1.2% | 0 | 0 |
| 2000 | 2 | 1.2% | 0 | 0 |
| 2001 | 2 | 1.2% | 0 | 0 |
| 2002 | 2 | 1.2% | 0 | 0 |
| 2003 | 3 | 1.8% | 0 | 0 |
| 2004 | 2 | 1.2% | 0 | 0 |
| 2005 | 4 | 2.4% | 0 | 0 |
| 2006 | 4 | 2.4% | 0 | 0 |
| 2007 | 4 | 2.4% | 0 | 0 |
| 2008 | 4 | 2.4% | 0 | 0 |
| 2009 | 4 | 2.4% | 0 | 0 |
| 2010 | 3 | 1.8% | 0 | 0 |
| 2011 | 5 | 3% | 0 | 0 |
| 2012 | 5 | 3% | 0 | 0 |
| 2013 | 6 | 3.6% | 0 | 0 |
| 2014 | 6 | 3.6% | 0 | 0 |
| 2015 | 6 | 3.6% | 0 | 0 |
| 2016 | 6 | 3.6% | 0 | 0 |
| 2017 | 4 | 2.4% | 0 | 0 |
| 2018 | 4 | 2.4% | 0 | 0 |
| 2019 | 5 | 3% | 0 | 0 |
| 2020 | 5 | 3% | 0 | 0 |
| 2021 | 5 | 3% | 0 | 0 |

95.    Kansas also has 7 elected statewide executive officials including: Governor, Lieutenant Governor, Attorney General, Secretary of State, Treasurer, and Insurance Commissioner. Table 15 includes data for the total number of Latino elected officials at the statewide executive level in Kansas from 1996-2021. Latinos have never been elected to the statewide executive level in Kansas, which is significantly lower than their share of the state population (12.7%) and their share of eligible voters in the state

(8.1%). This is evidence of underrepresentation of Latinos at the Kansas statewide executive level.

### F. Federal Offices

96. Since 1993, the Kansas congressional delegation has consisted of 6 federal or congressional offices, including 2 members of the U.S. Senate and 4 members of the U.S. House of Representatives. An examination of the data on the total number of Latino elected officials at the federal level from 1996-2021, shown in Table 16, demonstrates there have been no Latinos elected to serve federal office in the U.S. Congress from the state of Kansas. This is evidence of underrepresentation of Latinos at the federal level for Kansas, because these percentages are significantly below their share of the total population (12.7%) and their share of eligible voters in the state (8.1%).

**Table 16: Latino Congressional Officials from Kansas (1996-2021)**

|  | Total Latino Congressional Officials from Kansas | % Kansas Congressional Officials (Total=6) |
|---|---|---|
| 1996 | 0 | 0 |
| 1997 | 0 | 0 |
| 1998 | 0 | 0 |
| 1999 | 0 | 0 |
| 2000 | 0 | 0 |
| 2001 | 0 | 0 |
| 2002 | 0 | 0 |
| 2003 | 0 | 0 |
| 2004 | 0 | 0 |
| 2005 | 0 | 0 |
| 2006 | 0 | 0 |
| 2007 | 0 | 0 |
| 2008 | 0 | 0 |
| 2009 | 0 | 0 |
| 2010 | 0 | 0 |
| 2011 | 0 | 0 |
| 2012 | 0 | 0 |
| 2013 | 0 | 0 |
| 2014 | 0 | 0 |
| 2015 | 0 | 0 |
| 2016 | 0 | 0 |
| 2017 | 0 | 0 |
| 2018 | 0 | 0 |
| 2019 | 0 | 0 |
| 2020 | 0 | 0 |
| 2021 | 0 | 0 |

97.    In sum, there is evidence of dramatic underrepresentation of Latinos in elected offices in Dodge City, as well as across all elected offices in Kansas, which is consistent with Senate Factor 7. This political underrepresentation can negatively impact Latino levels of political efficacy (belief that their participation can make a difference in politics), feelings of political alienation, levels of political interest, and voter turnout. In addition, Latino political underrepresentation can also negatively impact their substantive

representation when elected officials are unresponsive to the needs and priorities of the Latino community.

## SENATE FACTOR EIGHT

98.  **Senate Factor Eight** examines whether there is a lack of responsiveness on the part of elected officials to the particularized needs of the Latino community.

99.  Social scientists generally utilize Hannah F. Pitkin's conception of substantive representation when they examine an elected official's political behavior on behalf of their constituents, where substantive representation is "acting in the interest of the represented, in a manner responsive to them."[129] This examination of substantive representation is especially important regarding historically underrepresented populations, like Latinos in the U.S.[130]

100. Researchers examining the substantive representation of Latinos have focused "on the outcomes of the policy-making process to determine if those outcomes advance the collective interest of the Latino community."[131] Previous research generally "indicates little substantive representation of Latinos (cf. Browning, Marshall and Tabb 1984, Welch and Hibbing 1988, Meier and Steward 1991),"[132] which can be attributed to the low levels of descriptive representation of Latinos. On the other hand, previous research finds that Latinos in office provide support for Latinos under certain

---

[129] Hannah F. Pitkin, *The Concept of Representation,* University of California Press (1972).
[130] Rodney E. Hero and Caroline J. Tolbert, *Latinos and Substantive Representation in the U.S. House of Representatives: Direct, Indirect, or Nonexistent,* 39(3) Am. J. of Pol. Sci. 640 (1995).
[131] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America* (4th ed. 2021).
[132] Rodney E. Hero and Caroline J. Tolbert, *Latinos and Substantive Representation in the U.S. House of Representatives: Direct, Indirect, or Nonexistent,* 39(3) Am. J. of Pol. Sci. 640, 641 (1995).

circumstances, such as in districts where there are high percentages of Latinos (Lublin 1997; Minta 2011; Casellas 2011; Casellas and Leal 2013)."[133]

101. The following is an examination of the political behavior of elected city officials in Dodge City, as well as Kansas, on behalf of their Latino constituents. Substantive representation is considered to involve acting in the best interest of Latinos, which will be assessed by examining Latino constituents' expressed concerns and evidence of elected officials addressing those concerns.

102. Latinos in Kansas have formally expressed their state legislative priorities, as provided by the Kansas Hispanic and Latino American Affairs Commission (KHLAAC). The KHLAAC is a seven-member body[134] appointed by the Governor of Kansas that serves "as a liaison for the Kansas Hispanic & Latino Community and the Office of the Governor."[135] The 2022 KHLAAC Policy Agenda includes 14 policy items, such as supporting: Kansas driver's licenses for all; increased health coverage, better access to healthcare, and improved health outcomes; in-state tuition for undocumented students; expanding voter access; eliminating the food sales tax; equal access to education; introducing and expanding language access across all state/local public services; and local jurisdictions to improve cultural sensitivity and language accessibility.[136] However, this KHLAAC Latino policy agenda is focused on the state legislative level

---

[133] John A. Garcia and Gabriel R. Sanchez, *Latino Politics in America,* 164 (4th ed. 2021).
[134] The 2023 KHLAAC commission membership includes Ernestor De La Rosa (Dodge City), Mary Lou Jaramillo (Merriam), Enrique Rodriguez Franz (Liberal), Bertha Mendoza (Garden City), Veronica Padilla (Topeka), Monica Vargas (Wichita), and Yeni Silva-Renteria (Wichita). This membership includes 3 out of 7 members from the Southwest Kansas region, which includes the city of Dodge City.
[135] Kansas Hispanic and Latino American Affairs Commission, https://khlaac.ks.gov/home.
[136] Kansas Hispanic and Latino American Affairs Commission, *2022 Policy Agenda*, https://khlaac.ks.gov/drivers-licenses-expansion/legislative-agenda.

and not at the city level for Dodge City. The discussion that follows includes an examination of expressed Latino concerns in both Dodge City and Kansas.

**Examples of Unresponsiveness to Latino Concerns in Dodge City**

103.  Latinos have expressed their top concerns regarding policies and practices pursued by the City of Dodge City, and the state of Kansas. These concerns expressed by Latinos in Dodge City, however, have gone largely unaddressed by elected officials. The city and state governments have therefore demonstrated a lack of responsiveness to the needs of the Latino community. This lack of responsiveness is consistent with the lack of political representation by those who could advocate for Latino interests on the City Commission in Dodge City. The following are examples of the unresponsiveness to Latino concerns in Dodge City and Kansas.

**(1) Voter Access**

104.  There are documented Latino concerns over voter suppression in the state of Kansas. This includes opposition to the voter suppression policies of Kris Kobach, the former Kansas Secretary of State (2011-2019) and current Kansas Attorney General (2023-2027). Kris Kobach first ran for Kansas Secretary of State in 2010 and campaigned on an anti-immigrant platform that included the promise to fight illegal immigration and widespread voter fraud.[137] After being elected as Kansas Secretary of State in 2011, Kris Kobach introduced the Kansas Secure and Fair Elections Act (SAFE) (HB 2067), which was passed by the Kansas legislature. The SAFE Act did "a few concrete things when it came to restricting voting."[138] It required that 1) newly-registered Kansas voters

---

[137] Julie Bosman, *Vote Fraud Crusader Kris Kobach Takes His Case to Court, and to Kansas Voters*, N.Y. Times (March 23, 2018), https://www.nytimes.com/2018/03/23/us/kris-kobach-kansas-governor.html.
[138] NPR Fresh Air, *Republican Voter Suppression Efforts Are Targeting Minorities, Journalist Says*, NPR (October 23, 2018), https://www.npr.org/2018/10/23/659849331/how-republican-voter-suppression-efforts-are-targeting-

prove U.S. citizenship when registering to vote, (2) voters show photographic

identification when casting a vote in person (voter ID law), and (3) voters have their

signature verified and provide a full Kansas driver's license or non-driver ID number

when voting by mail.[139]

105. In 2016, a lawsuit was filed, *Fish v. Schwab* (formerly *Fish v. Kobach*), to challenge the

SAFE Act requirement of presenting proof of citizenship when registering to vote. The

case was decided in 2018, when a federal trial court struck down the law after finding it

violated the National Voter Registration Act and the U.S. Constitution. The court

blocked the requirement of proof of citizenship to register to vote, which "was blamed

for the suspension of thousands of voter registration applications, as residents didn't

necessarily have the right documents to prove their citizenship."[140] In addition, this

portion of the law was struck down partially on the grounds that it disproportionately

impacted Latinos.

106. The second part of the SAFE Act remains in effect in Kansas, which is a strict voter ID

law that requires a voter show a government-issued ID to be able to vote. The Kansas

Advisory Committee to the U.S. Commission on Civil Rights issued a briefing report

about civil rights concerns related to voting rights and the SAFE Act in March 2017,

which found that the "Kansas voter ID requirements under the SAFE Act are among the

---

minorities.

[139] State of Kansas, News Release (April 18, 2011) https://www.kssos.org/other/news_releases/PR_2011/PR_2011-04-18_on_SAFE_Act_Signing.pdf.

[140] Andrew Bahl, *Kansas will have to pay $1.9 million in legal fees for Kris Kobach-backed lawsuit failure over voting law*, The Topeka Capital-Journal (September 16, 2021) https://www.cjonline.com/story/news/state/2021/09/15/kansas-pay-millions-legal-fees-kris-kobach-backed-lawsuit-fail-voting-law/8356373002/.

strictest in the nation." [141] Despite concerns over restricted voter access in Kansas, state officials have not made changes to their strict voting requirements.

**Voter Access in Dodge City**

107. Latinos in Dodge City have expressed their concerns over voter access, in particular with respect to the use of at-large elections. However, the City Commission has neglected to act on these community concerns regarding the use of at-large elections for city elections. As previously discussed in the section on Senate Factor 3, the issue of at-large elections was brought up by concerned citizens of Dodge City at a 2019 public meeting, "where Mayor Brian Delzeit and Commissioner Jan Scoggins were present."[142] The "residents from South Dodge voiced their concerns about the difficulties of at-large elections," which included the resident's perception that "it was intimidating to run for city commission as they would need to campaign and talk to people who did not live in their neighborhoods."[143] A former south Dodge Resident stated that "many people in his neighborhood found faults with the use of at-large elections as virtually no South Dodge residents would run for any local governing board as they knew it would be a waste of time and would ultimately lose to residents from the north part of Dodge." [144] These resident concerns highlight the geographic

---

[141] *Voting Rights and the Kansas Secure and Fair Elections Act: A Briefing Report of the Kansas Advisory Committee to the U.S. Commission on Civil Rights* (March 2017) https://www.uscr.gov/files/pubs/docs/KS-Voting-Rights-Report.pdf.

[142] Roxana Arjon (Alejandro Rangel-Lopez, ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 9, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

[143] Roxana Arjon (Alejandro Rangel-Lopez, ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 9, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

[144] Roxana Arjon (Alejandro Rangel-Lopez, ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 9, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).

divide in Dodge City, with a majority-white population in north Dodge and a majority
Latino population in south Dodge.

108. In response to the residents' concerns, the city commissioners held discussions over the
possibility of changing the electoral structure in Dodge City. However, residents voiced
their concern that "only 20 minutes over the course of two meetings were spent
discussing this topic with no input from residents."[145] An examination of the previous
City of Dodge City Commission Meeting Minutes demonstrates the very limited
discussions over the possible changes to the electoral structure for city elections. In
particular, the only recorded discussion of the change to the at-large election process was
in the City of Dodge City Commission Meeting Minutes of March 4, 2019 and April 15,
2019.

a. **City of Dodge City, Commission Meeting, March 4, 2019:** "Commissioner Jan
Scoggins asked the City Commission to direct staff to look at changing the elections
in Dodge City to having 3 City Commissioners elected by District and 2 elected at
large, and to also consider term limits. The City Commission discussed this and staff
was directed to get some information for further discussion."[146]

b. **City of Dodge City, Commission Meeting, April 15, 2019:** "City Attorney Brad
Ralph discussed with the City Commission a question that had come up at a previous
Commission meeting regarding moving the City Elections from At-Large positions to
a combination of Wards and At-Large positions.  Brian Delzeit and Joyce Warshaw
voiced that they were opposed to staff continuing to look into this process further.
Jan Scoggins was in favor.  There was not a majority of the City Commission
requesting further information."[147]

109. This is evidence that the expressed Latino concerns over the use of at-large elections
went largely unaddressed by the City Commission.

---

[145] Roxana Arjon (Alejandro Rangel-Lopez, ed.), *La Voz Del Pueblo: A Report on At-Large Districts in Southwest Kansas*, at 15, New Frontiers Project, La+Voz+Del+Pueblo+Report.pdf (squarespace.com) (DODGE_CITY_0002600).
[146] City Commission Meeting Minutes, Meeting: 5120 (Monday, March 4, 2019), https://www.dodgecity.org/ArchiveCenter/ViewFile/Item/1416 (DODGE_CITY_0002013).
[147] City Commission Meeting Minutes, Meeting 5123 (Monday, April 15, 2019), https://www.dodgecity.org/ArchiveCenter/ViewFile/Item/1431 (DODGE_CITY_0002016).

110. The second set of concerns over voter access in Dodge City is the restricted physical access to the polls. Prior to 1998, Ford County utilized up to seven polling locations in Dodge City. However, around 1998, the Ford County Clerk consolidated all of the polling locations into one location, which was reportedly to avoid violations related to Americans with Disabilities Act (ADA) requirements at the previous polling locations. The sole polling location, until 2018, was located at the Dodge City Civic Center, which was responsible for servicing more than 13,000 voters, compared to an average of 1,000 voters serviced per polling site at other locations in Kansas.[148] In addition, the Civic Center is in north Dodge City, which has the majority-white population.

111. Moreover, just before the November general election of 2018, Ford County election officials decided to move the only polling place for Dodge City outside of the city limits. The League of United Latin American Citizens of Kansas (LULAC) filed a lawsuit with Alejandro Rangel-Lopez (Dodge City high school student) against the Ford County Clerk, Deborah Cox, for moving the city's sole voting location to the Western Bank Expo Center, which is located a mile outside of the city.[149] The plaintiffs argued that the sole site was "not accessible by public transportation, is on average two times further away from Dodge City's largest employers than the Civic Center, and requires voters to cross railway tracks that are often blocked by passing trains for 15-20 minutes during common voting times."[150]

---

[148] Democracy Now!, *Latino Voter Suppression in Kansas: Dodge City's Only Polling Site is Moved Outside City Limits* (October 24, 2018), https://www.democracynow.org/2018/10/24/latino_voter_suppression_in_kansas_dodge.
[149] Complaint, *Rangel-Lopez v. Cox* (No. 2 :18-cv-02572), https://www.courthousenews.com/wp-content/uploads/2018/10/DodgeCity.pdf.
[150] Complaint, *Rangel-Lopez v. Cox* (No. 2 :18-cv-02572, https://www.courthousenews.com/wp-content/uploads/2018/10/DodgeCity.pdf.

112. A U.S. district judge declined to order a second polling location in Dodge City for the November 2018 election. However, the lawsuit received national attention and the Latino residents' concerns in Dodge City were shared with the entire nation. Jose Vargas, a longtime Dodge City resident, was quoted in USA Today as stating that he believed the "polling site move was done deliberately to disenfranchise his community."[151] In addition, Vargas said:

> "Here in Ford County, the move was just one of many small and subtle ways in which government fails to adequately consider the needs of Hispanics, who are 60 percent of the city's residents, drawn to southwestern Kansas for the steady jobs at the slaughterhouses and beef packing plants along the Santa Fe Trail."[152]

113. In 2020, two years after the 2018 lawsuit, Ford County decided to open a total of three polling sites in Dodge City.[153] The increased attention on restricted voter access in Dodge City also served to highlight additional forces that serve to depress voter turnout of Latinos. Alejandro Rangel-Lopez, the Dodge City high school student who brought the 2018 lawsuit, was quoted as saying that there are deeper forces at work in Dodge City that are discouraging voting.[154]

> "There's really no motivation to vote. I think the sentiment is my vote doesn't matter and there's no one to represent me. A lot of Hispanics are scared. They don't want to put their voice out there. They don't have anyone to speak for them."[155]

---

[151] Trevor Hughes, *With no polling place in this town, Latinos still vote despite voter suppression concerns,* USA Today (November 6, 2018), https://www.usatoday.com/story/news/politics/elections/2018/11/06/elections-2018-latinos-go-vote-amid-concerns-voter-suppression/1884190002/.

[152] Trevor Hughes, *With no polling place in this town, Latinos still vote despite voter suppression concerns*, USA Today (November 6, 2018), https://www.usatoday.com/story/news/politics/elections/2018/11/06/elections-2018-latinos-go-vote-amid-concerns-voter-suppression/1884190002/.

[153] Daisy Contreras, *Latino groups fight voter suppression efforts as US election nears*, The World (June 10, 2020), https://theworld.org/stories/2020-06-10/latino-groups-fight-voter-suppression-efforts-us-election-nears.

[154] Chris McGreal, *Dodge City polling place debacle: voter suppression or incompetence*, The Guardian (October 28, 2018), https://www.theguardian.com/us-news/2018/oct/28/dodge-city-polling-place-voter-suppression-voting-rights.

[155] Chris McGreal, *Dodge City polling place debacle: voter suppression or incompetence*, The Guardian (October 28, 2018), https://www.theguardian.com/us-news/2018/oct/28/dodge-city-polling-place-voter-suppression-voting-rights.

114. This is evidence that Latinos are experiencing increased costs to vote through lack of voter access and the lack of descriptive representation, or the absence of Latinos in elected office in Dodge City. In addition, the Latino concerns over lack of voter access have gone largely unaddressed by the City Commission, Ford County, and the state officials of Kansas.

**(2) Health**

115. The next area of concern is the focus on the health of Latinos, with a closer examination of the disproportionate impact of the COVID-19 pandemic on the Latino community in Kansas and Dodge City, as well as the decision making concerning COVID-19 precautions. In the state of Kansas, the largest sources of COVID-19 outbreaks were the meatpacking plants, which had "more than double the number of cases tied to long-term care facilities—the second largest source."[156] Latinos heavily comprise the workers in the meatpacking plants of Southwest Kansas, including those in Dodge City.[157] Despite Latinos expressing concerns over their health and safety at the meatpacking plants during the COVID-19 pandemic, those concerns went largely unaddressed by the state and local officials.

116. The United Food and Commercial Workers Union, which represents many of the Dodge City employees at the meatpacking plants, urged the Kansas Governor and the White House to do more to protect meatpacking workers. At the start of the pandemic in the spring of 2020, the "workers in western Kansas' meatpacking triangle were worried

---

[156] High Plains Public Radio, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus* (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[157] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

58

that precautions now being taken [weren't] enough to slow the rapid spread of the coronavirus."[158] The union "sent a letter to governors urging them to enforce social distancing, provide respirators, do testing and pay workers who are quarantined" and the "UFCW International President Marc Perrone said workers should be designated as first responders."[159]

117.     Moreover, the "Finney County Health Department Medical Director Lindsay Byrnes warned that the coronavirus outbreak at the local meatpacking plant continued to put workers there, and the surrounding community, at risk."[160] In spite of these health warnings, there were concerns that Kansas agencies actively "worked to keep meatpacking plants open" and even "despite worker complaints to the Occupational Safety and Health Administration [OSHA], massive outbreaks, deaths and input from a local doctor, Kansas meatpacking plants never shut down."[161] The Kansas News Service examined logs from the OSHA, as well as emails between the Kansas Department of Health and Environment and local health departments. The "780 emails showed that state officials played a role in keeping meatpacking plants open before President Donald Trump's executive order mandating that plants continue operating."[162]

---

[158] Corinne Boyer, *Despite Meatpacking Plants' Efforts, Kansas Workers Say 'We're Right Next To Each Other*, High Plains Public Radio (May 4, 2020), https://www.kcur.org/news/2020-05-04/despite-meatpacking-plants-efforts-kansas-workers-say-were-right-next-to-each.other.

[159] Corinne Boyer, *Despite Meatpacking Plants' Efforts, Kansas Workers Say 'We're Right Next To Each Other*, High Plains Public Radio (May 4, 2020), https://www.kcur.org/news/2020-05-04/despite-meatpacking-plants-efforts-kansas-workers-say-were-right-next-to-each.other.

[160] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[161] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[162] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About*

118. The Kansas Department of Agriculture stated that its priority was to keep the

meatpacking plants "functioning across the state so that the food supply chain is not

interrupted."[163] The state priority was evidently to protect the food supply chain rather

than the health and safety of the meatpacking plant workers, which are heavily comprised

of Latinos. Even though the plant workers continued to file complaints with OSHA about

the health hazards associated with the virus, the meatpacking plants were never closed.

As of August 14, 2020, the Kansas packing plants had "reported 3,287 cases, 17 deaths

and 16 cluster outbreaks."[164]  As a result, the meatpacking plants have been the largest

sources of COVID-19 outbreaks in the state of Kansas.[165]

119. Nationally, there is evidence that the COVID-19 virus has disproportionately affected

racial and ethnic minority groups.[166] In addition, in Kansas, as of December 2020,

before the availability of the COVID-19 vaccine, "the rate of reported cases [was] twice

as high among Hispanic residents and the rate of deaths [was] 27% higher."[167] As

explained by Mario Castro, of the University of Kansas Medical Center, the reason the

Latino population was so severely affected by COVID-19 was largely "because of their

*Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[163] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[164] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[165] Corinne Boyer, *Emails Show Kansas Agencies Helped Keep Meatpacking Plants Open Despite Concerns About Coronavirus,* High Plains Public Radio (August 15, 2020), https://www.hppr.org/hppr-news/2020-08-15/emails-show-kansas-agencies-helped-keep-meatpacking-plants-open-despite-concerns-about-coronavirus.

[166] Sebastian Romano, Anna Blackstock, Ethel Taylor, Suad El Burai Felix, Stacey Adjei, Christa-Marie Singleton, Jennifer Fuld, Beau Bruce, and Tegan Boehmer, *Trends in Racial and Ethnic Disparities in COVID-19 Hospitalizations, by Region — United States, March–December 2020.*

[167] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

place of employment," because "they were in the front lines, those lower paying jobs, and in close proximity to others."[168]

120. Latinos continue to be exposed to risks to their health and safety in the meatpacking plants. Most recently, the Cargill meatpacking plant in Dodge City was also part of a federal investigation into illegal child labor. Federal authorities fined Packers Sanitation Services Inc., which provides cleaning services at the Cargill plant, "nearly $400,000 for illegally employing minors and making them work in dangerous conditions at a Dodge City meatpacking plant."[169]

121. In Dodge City, there were numerous COVID-19 outbreaks "identified at meatpacking plants that hire many Hispanic workers, including the two beef processing plants in Dodge City."[170] There were also concerns that the Dodge City government was not taking enough COVID-19 precautions. There were questions over the decision to stall the city mask mandate ordinance after the Kansas state legislature allowed cities to choose to be exempt from the Governor's first statewide mask mandate, which went into effect July 3, 2020.

122. The governor issued additional executive orders intended to extend the statewide mask mandate both in November 2020 and most recently in April 2021. However, the Kansas state legislature has revoked all attempts at a statewide mask mandate and continues to

---

[168] Luke Martin, *How Kansas City Community Groups are Getting Coronavirus Information to Latinos and Spanish-Speakers*, NPR (February 25, 2021), https://www.kcur.org/news/2021-02-25/how-kansas-city-community-groups-are-getting-coronavirus-information-to-latinos-and-spanish-speakers.

[169] Rachel Mipro, *Cargill meatpacking plant in Kansas part of federal investigation into illegal child labor*, Kansas Reflector (February 17, 2023), https://kansasreflector.com/briefs/cargill-meatpacking-plant-in-kansas-part-of-federal-investigation-into-illegal-child-labor/.

[170] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

allow for counties to opt out of the statewide mandate. Ford County has chosen to opt out of mask mandates.

123. In Dodge City, the city commission did not pass a mask mandate ordinance until November 16, 2020, which was then quickly lifted on January 19, 2021. Therefore, by the time the city commissioners passed the city mask mandate on "November 16, more than 1 of every 10 county residents had contracted the virus" and "at least a dozen had died."[171] Mayor Joyce Warshaw, in an interview with USA Today, contended that the "Dodge City officials knew COVID-19 was serious from the start," however "it wasn't until the threat of flu season and the rise in national cases that the city commission felt compelled to pass a mask mandate."[172] In addition, many of the residents openly defied the mask mandate and the police did little to enforce it.[173] Mayor Warshaw resigned her position on December 15, 2020, weeks after her interview was published in the USA Today, and noted that her resignation was due to threats to her safety, made largely because of her support for the city mask mandate.[174] The city investigated the series of

---

[171] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

[172] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

[173] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

[174] Andrea Ball, Jayme Fraser and Trevor Hughes, *A small town dragged its feet on COVID-19 mask mandates, and residents pay the price*, USA Today (December 20, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/12/11/small-town-dragged-its-feet-mask-mandates-thousands-got-sick/6481416002/ (DODGE008-0000024).

threatening emails sent to Mayor Warshaw and concluded that they did not 'directly threaten' the mayor's safety.[175]

124. Thus, there is evidence that Latinos expressed their health concerns in Dodge City, as well as in Kansas, however, those concerns went largely unaddressed by the City Commission, Ford County, and the state officials of Kansas.

**(3) Discrimination in Dodge City**

125. The next area of concern for Latinos is discriminatory treatment experienced in Dodge City. First, in 2010, there was a high-profile shooting in Dodge City that sparked racial tensions and garnered national media attention to the hostile climate experienced by Latinos. The incident involved a confrontation among three men, which included two white men (Steven Holt and Tanner Brunson) and one Mexican immigrant (Sam Bonilla), along the banks of the Arkansas River in Dodge City. Bonilla argued that he was walking with his nephew along the riverbed when he was approached by Holt and Brunson in a four-wheeler. Bonilla claimed that he shot at Holt and Brunson in self-defense, which resulted in the death of Brunson and the injury of Holt.[176] Bonilla was charged with murder and attempted murder. The "prosecutors brought in an outside mediatory to negotiate a plea agreement days before the scheduled trial," and encouraged Bonilla to plead guilty to voluntary manslaughter and aggravated battery.[177]

---

[175] *Investigators: Emails to Dodge City mayor weren't threats*, AP News (December 18, 2020), https://apnews.com/article/dodge-city-kansas-us-news-coronavirus-pandemic-59c9bba86752e6edc845cae0862a3024.

[176] *Dodge: bridge the racial divide,* The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.

[177] *Dodge: bridge the racial divide,* The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.

126. A reporter with the Dodge City Daily Globe, Claire O'Brien, visited Bonilla in jail and published a story about the shooting with quotes from Bonilla. The story presented "Bonilla's contention that he acted in self-defense while in peril for his life" and that, in his view, "a Hispanic could not get a fair trial in Ford County."[178] In addition, the story quoted an unnamed source who alleged that Brunson had "a base of support that is well-known for its anti-Hispanic beliefs" and he had "seen evidence that Brunson's support base has a supply of semi-automatic weapons."[179] The local response to the article incited anti-Hispanic sentiment in the online comments to the article.

127. In addition, supporters of Bonilla argued that the case involved an "anti-Latino bias crime," and they went to City Hall officials to ask for a "meeting with the city manager and the chief of police and other local officials."[180] There was a meeting called "a couple of weeks before the sentencing hearing for Bonilla," to allow Latinos in Dodge City to air their grievances.[181] The organizers of the meeting included two lawyers from the Mexican American Legal Defense and Education Fund (MALDEF) and two people from the Kansas City regional office of the Justice Department's Community Relations Service. The "subject that dominated the discussion was whether the Dodge City Police Department had been engaged in racial profiling in its treatment of Hispanics in

[178] Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).
[179] Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).
[180] Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).
[181] Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).

general."[182] The community meeting was well-attended, and a follow-up meeting was scheduled.[183]

128. The city officials insisted "that any racial unease, if it even exists, is limited to a few residents."[184] However, the "Hispanic leaders contend[ed] city officials are in denial and some [said] many Hispanics feel they are racially profiled."[185] For example, Rebecca Escalante, the bail bondsman for Bonilla, said "that Mexicans feel law enforcement here unjustly target Hispanic neighborhoods and businesses."[186] In addition, Arturo Ponce, the western Kansas commissioner for the KHLAAC, said "we are going to have continuing meetings to find solutions to have a better community, have a better integration."[187]

129. As a result of the meeting with concerned residents, City officials assured that they would be "working with the local Latino community in addressing concerns and allegations that the police actively racially profile Latinos targeting their neighborhoods and businesses."[188] In addition, the city officials said they were considering several other proposals, including changing how the city elects its council members so that

---

[182] Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).
[183] 180. Calvin Trillin, What led to a showdown in the riverbed, The New Yorker (May 3, 2010), https://www.newyorker.com/magazine/2010/05/10/incident-in-dodge-city (DODGE008-0000027).
[184] *Dodge: bridge the racial divide*, The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.
[185] *Dodge: bridge the racial divide*, The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.
[186] *Dodge: bridge the racial divide*, The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.
[187] *Dodge: bridge the racial divide*, The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.
[188] Maria Treviña, *Kansas reporter who exposed racism in Dodge City has new battle to fight*, LatinaLista (May 21, 2010), http://latinalista.com/causes/justice/kansas_reporter_who_exposed_racism_in_do.

Hispanic neighborhoods would have representation on what is now an all-white city government, conducting a racial profiling study, and appointing a task force to establish better communications with the community.[189]

130. Despite the concerns repeatedly expressed by Latinos and the city's assurances that they would address those concerns, a thorough examination of the previous City of Dodge City Commission Meeting Minutes demonstrates the very limited published discussions of potential changes that would be implemented to address Latino concerns of discrimination in the city. In particular, there are only two recorded mentions of citywide changes to address language access and foster more welcoming communities, which are from the Commission Meeting Minutes from February 17, 2020 and May 17, 2021.

    a. **Dodge City, City Commission Meeting Minutes, February 17, 2020.** "Chief Drew Francis of Dodge City Police Department stated last fall staff from the Kansas Law Enforcement Training Center (KLECT) reached out to DCPD in an effort to tack our officer's expertise in the Spanish language as well as the essential use within law enforcement duties in the field.   Guillermo Gutierrez and Jalbert Cuevas Sotelo and another officer from Ulysses brought forth a three day course called Central Spanish for Law Enforcement. They taught this course to a class of law enforcement officers across the state.  They received high marks in the reviews of the attendees particularly praising the instructors."[190]

    b. **Dodge City, City Commission Meeting Minutes, May 17, 2021.** "Ordinance No. 3755: An Ordinance of the City of Dodge City, Kansas Renaming Armada Street, Diablo Street, Pancho Street, Sargento Street, Bandido Street and Fuego Street, Streets in Casa Del Rio Addition, to El Mustang Road, La Ruby Road, La Paloma Road, El Capitan Road, El Rio Road, and La Lily Road was approved on a motion by Commissioner Kent Smoll."[191]

---

[189] *Dodge: bridge the racial divide*, The Associated Press State & Local Wire, The Topeka Capital-Journal (April 23, 2010), https://www.cjonline.com/story/news/politics/state/2010/04/23/dodge-bridge-the-racial-divide/16500845007/.

[190] City Commission Meeting Minutes, Meeting 5149 (Monday, February 17, 2020), https://www.dodgecity.org/ArchiveCenter/ViewFile/Item/1557.

[191] City Commission Meeting Minutes, Meeting 5183, (Monday, May 17, 2021), https://www.dodgecity.org/ArchiveCenter/ViewFile/Item/1718.

131. In June 2010, Dodge City passed a city resolution, which provided "for the creation,

    membership, structure and responsibilities of a Cultural Relations Advisory Board[192] to

    advise the governing body of the city of Dodge City, Kansas, with regard to issues

    affecting minority populations within the city."[193] The resolution included a statement

    that "it is the policy of the City of Dodge City to promote and foster goodwill, and

    through cooperation and conciliation among all groups and segments of the population,

    to eliminate and prevent within its boundaries discrimination, segregation or separation

    because of race, color, national origin or ancestry."[194] However, there is little clear

    official city documentation explaining the overall impact of the Cultural Relations

    Advisory Board on quelling the racial tension in Dodge City.

132. Moreover, there is little formal documentation of the city's efforts to tackle Latino

    concerns over racial profiling in Dodge City. In 2010, the city had previously stated

    that they would conduct a racial profiling study to assuage concerns over the racial

    profiling of Latinos. However, the city reports very minimal racial profile statistics on

    their official website.[195]  Table 17 presents racial profile statistics for Latinos in Dodge

    City—only some of which is publicly available, the rest was provided during

    discovery.[196] The data are only available in monthly increments that are spaced out

    between September 2017 through January 2020. The racial profile statistics reports

---

[192] The Cultural Relations Advisory Board was set up to have city appointed members serve on the Board, which would then serve in an advisory capacity to the governing body of the city.
[193] City of Dodge City, Strategic Plan For Welcoming and Integration, https://www.dodgecity.org/DocumentCenter/View/10782/CRAB_StrategicPlan (DODGE_CITY_0002267).
[194] City of Dodge City, Strategic Plan For Welcoming and Integration, https://www.dodgecity.org/DocumentCenter/View/10782/CRAB_StrategicPlan (DODGE_CITY_0002267).
[195] City of Dodge City Website, https://www.dodgecity.org/ includes 4 months of data. The total racial profile statistics are incomplete and only available for September 2017, October 2017, November 2017, January 2018, February 2018, December 2018, and January 2020.
[196] Communication, provided in discovery, between the Dodge City police state the city will provide public access to the stop data (when asked), which is provided to the board and reviewed quarterly.

include the reference data from the 2010 U.S. Census, which includes Latinos as 57.5% of the total population in Dodge City.[197]

**Table 17: Latino Racial Profile Statistics for Dodge City**

|  | % of Total Stops | % of Total Cited | % of Total Warned | % of Total Arrested |
|---|---|---|---|---|
| September 2017 | 58.7% | 64.1% | 51.4% | 57.5% |
| October 2017 | 55.7% | 64.3% | 41.8% | 69.2% |
| November 2017 | 56.5% | 68.6% | 44.4% | 60% |
| January 2018 | 62.9% | 69.1% | 56.6% | 75% |
| February 2018 | 55.8% | 57.7% | 52.3% | 69.6% |
| December 2018 | 57.6% | 63.3% | 48.8% | 70.6% |
| January 2020 | 52.4% | 62% | 44.1% | 61.5% |

133. According to the racial profile data available, Latinos experienced a higher number of total citations and total arrests compared to their percentage of the total population in Dodge City. Therefore, Latinos experienced a disproportionate number of citations and arrests in Dodge City. Moreover, there is no official city documentation that addresses how the city will tackle potential problems with racial profiling of Latinos, other than information on how Latinos can report incidents of racial profiling to the city. In addition, the comparable stop statistics for whites in Dodge City highlight their lower proportion of arrests and higher proportion of warnings compared to their percentage of the total population in Dodge City.

134. Thus, there is evidence that Latinos expressed their concerns over discrimination in Dodge City; however those concerns went largely unaddressed by the City Commission.

---

[197] Note: Additional Census data provides updated information on the Latino population at 64.6% in Dodge City, according to the 2017-2021 5-Year American Community Survey, https://data.census.gov.

**(4) Immigration Enforcement**

135. The final example of a lack of responsiveness is immigration enforcement. There have been widespread U.S. Immigration and Custom Enforcement (ICE) raids that have targeted Latino communities in Kansas, including Dodge City, particularly during President Trump's presidency starting in 2016.[198] These large-scale raids were carried out at worksites, which were concentrated in the Southeast and Midwestern states. The "most frequent targets have been workers employed in manufacturing and meat/poultry processing industries,"[199] which include a large population of Latinos in Dodge City.

136. In 2017, Dodge City was among the targeted cities across the nation during a series of raids conducted by federal immigration officials, which spanned at least 11 states and included more than 600 arrests.[200] One notable detainee in Dodge City was Humberto Barralaga, a member of the lay leadership team of Case de Oracion, a Spanish-speaking congregation within Dodge City, First United Methodist Church.[201] Barralaga was detained even though a deportation order had not been issued for him prior to the arrest.

137. During that 2017 immigration raid, the Dodge City police provided help to ICE in the targeting of undocumented residents in town, by providing location information for specific individuals in the city. As a result, a Dodge City police officer was concerned that the ICE "raids have hurt the goodwill she built with the local Hispanic community" and "this could deter any undocumented residents from reporting crimes out of fear that

---

[198] *Largest US immigration raids in a decade net 680 arrests*, AP News (August 7, 2019), https://apnews.com/article/donald-trump-us-news-ap-top-news-arrests-immigration-bbcef8ddae4e4303983c91880559cf23.

[199] National Immigration Law Center, *Workplace Immigration Raids*, https://www.nilc.org/issues/workersrights/worksite-raids/.

[200] Great Plains United Methodists (February 13, 2017), https://www.greatplainsumc.org/newsdetail/family-congregation-saddened-by-separation-after-man-is-taken-by-immigration-officials-7535515.

[201] Great Plains United Methodists (February 13, 2017), https://www.greatplainsumc.org/newsdetail/family-congregation-saddened-by-separation-after-man-is-taken-by-immigration-officials-7535515.

they may be targeted next, and she's not sure how she'll earn back their trust."[202] Ford County does not have an official 287(g) cooperation agreement with ICE; however, the county does provide voluntary assistance to ICE and allow for ICE holds of undocumented residents.[203]  Thus, there is evidence that Dodge City and Ford County provided assistance to ICE in a way that harmed, and was disfavored by, the local Latino community.

138. Overall, the preceding is evidence of a lack of responsiveness on the part of elected officials to the particularized needs of Latinos in Dodge City, which is consistent with Senate Factor 8. This lack of responsiveness is linked to the lack of political representation by those who could advocate for Latino interests on the City Commission in Dodge City.

### Conclusion

139. In this report, I provided evidence and analysis that Senate Factors Three, Five, Seven, and Eight are satisfied as it pertains to Latinos in Dodge City, and that Latinos in Dodge City are not able to effectively participate in the electoral process.

140. There is evidence that Dodge City's choice to utilize at-large elections and off-cycle election timing enhances the opportunity for discrimination against Latinos. There is evidence of socio-demographic disparities in Latinos' economic status, education, housing, and health in Dodge City, which harms their ability to participate in the political process. There is also evidence of dramatic underrepresentation of Latinos in elected offices in Dodge City, as well as across all elected offices in Kansas. In

---

[202] *Dodge City police helped ICE in raid last week*, KSN News (February 13, 2017), https://www.ksn.com/news/local/dodge-city-police-helped-ice-in-raid-last-week/.
[203] Immigrant Legal Resource Center, *National Map of Local Entanglement with ICE*, https://www.ilrc.org/resources/national-map-local-entanglement-ice

addition, there is evidence of a lack of responsiveness on the part of elected officials to the particularized needs of Latinos in Dodge City. These factors serve to hinder the ability of Latinos in Dodge City to participate effectively in elections.

141. I reserve the right to continue to supplement my declarations in light of additional facts, testimony and/or materials that may come to light.

Executed on this 19th day of May, 2023.

Christin Bigum

**Appendix A: NALEO Elected Officials Directory Guide**

# DIRECTORY GUIDE

The *Directory's* Excel database uses a letter code to indicate elected officials' level of office, and abbreviations to indicate their party affiliation.  The following is a guide to this coding:

<u>Level of Office</u>

"s" - U.S. Senator
"a" - U.S. Representative
"b" - Governor
"c" - State Executive
"d" - State Senator
"e" - State Representative or Assemblymember
"f" - County Official
"g" - Municipal Official
"h" - Judicial/Law Enforcement Official
"i" - Education/School Board Official
"x" - Special District Official

<u>Party Affiliation</u>

DEM  --  Democrat
GOP  --  Republican
IND  --  Independent
N-P  --  Non-partisan
*  --  No party affiliation indicated

In the statistical tables for each state, "HEOs" refers to Hispanic Elected Officials.



**Appendix B: NALEO Directory 1996-2021 for Kansas**

| State | First Name | Last Name | Title | Address | City | Jurisdiction | County | Level | Party | Gender | Year | Term Expiring | District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KS | Al | Ramirez | State Senator | 13848 Harbor Pl. | Bonner Springs | | Wyandotte | d | GOP | Male | 1996 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 1996 | | |
| KS | Michael "Tom" | Sawyer | House Democratic Leader | State Capitol, Rm. 327 | Topeka | | Shawnee | e | DEM | Male | 1996 | | |
| KS | Carlos | Mayans | State Representative | State House, Rm. 426 | Topeka | | Shawnee | e | GOP | Male | 1996 | | |
| KS | Robert | Gonzales | Garden City U.S.D. #457 | 1622 Bancroft | Garden City | | Finney | i | DEM | Male | 1996 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 1997 | | |
| KS | Carlos | Mayans | State Representative | State Capitol 115 South | Topeka | | Shawnee | e | GOP | Male | 1997 | | |
| KS | Michael "Tom" | Sawyer | State Representative | 300 S.W. 10th Ave. Ste. 327 | Topeka | | Shawnee | e | DEM | Male | 1997 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 1998 | 12/31/1999 | |
| KS | Carlos | Mayans | State Representative | State House, Rm. 426 | Topeka | | Shawnee | e | GOP | Male | 1998 | 12/31/1999 | |
| KS | Michael "Tom" | Sawyer | State Representative | State Capitol, Rm. 327 | Topeka | | Shawnee | e | DEM | Male | 1998 | 12/31/1999 | |
| KS | Pete | Tavares, Jr. | Councilmember | 215 SE 7th St | Topeka | | Shawnee | g | N-P | Male | 1998 | 5/31/1999 | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 1999 | 12/31/1999 | |
| KS | Carlos | Mayans | State Representative | State House, Rm. 426 | Topeka | | Shawnee | e | GOP | Male | 1999 | 12/31/2000 | |
| KS | Pete | Tavares, Jr. | Councilmember | 215 SE 7th St | Topeka | | Shawnee | g | N-P | Male | 1999 | 5/31/1999 | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 2000 | | |
| KS | Carlos | Mayans | State Representative | State Capitol, 115-S | Topeka | | Shawnee | e | GOP | Male | 2000 | | |
| KS | Tim | Cruz | Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2000 | | |
| KS | Reynaldo | Mesa | Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2000 | | |
| KS | Raquel | Fleer | City Commissioner | 101 S. Hickory St. | Ottowa | | Franklin | g | N-P | Female | 2000 | | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2000 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 2001 | | |
| KS | Carlos | Mayans | State Representative | State Capitol, 115-S | Topeka | | Shawnee | e | GOP | Male | 2001 | | |
| KS | Tim | Cruz | Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2001 | | |
| KS | Reynaldo | Mesa | Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2001 | | |
| KS | Raquel | Fleer | City Commissioner | 101 S. Hickory St. | Ottowa | | Franklin | g | N-P | Female | 2001 | | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2001 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 2002 | | |
| KS | Carlos | Mayans | State Representative | State Capitol, 115-S | Topeka | | Shawnee | e | GOP | Male | 2002 | | |
| KS | Tim | Cruz | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2002 | | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2002 | | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2002 | | |
| KS | Raquel | Fleer | City Commissioner | 101 S. Hickory St. | Ottowa | | Franklin | g | N-P | Female | 2002 | | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2002 | | |
| KS | Paul | Feleciano, Jr. | State Senator | 815 Barbara | Wichita | | Sedgewick | d | DEM | Male | 2003 | | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgewick | e | GOP | Male | 2003 | | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgewick | e | DEM | Male | 2003 | | |
| KS | Tim | Cruz | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2003 | | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2003 | | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2003 | | |
| KS | Raquel | Fleer | City Commissioner | 101 S. Hickory St. | Ottowa | | Franklin | g | N-P | Female | 2003 | | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2003 | | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgewick | e | GOP | Male | 2004 | | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgewick | e | DEM | Male | 2004 | | |
| KS | John | Mendez | County Commissioner | 701 North 7th St., Ste. 979 | Kansas City | | Wyandotte | f | DEM | Male | 2004 | | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2004 | | |
| KS | Reynaldo | Mesa | Mayor | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2004 | | |
| KS | Rocky | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottowa | | Franklin | g | N-P | Female | 2004 | | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2004 | | |
| KS | Carlos | Mayans | Mayor | 455 N. Main | Wichita | | Sedgewick | g | GOP | Male | 2004 | | |
| KS | Delia | Garcia | State Representative | 400 W. Central # 1006 | Wichita | | Sedgwick | e | DEM | Female | 2005 | 12/31/06 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgwick | e | GOP | Male | 2005 | 12/31/06 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | | Wyandotte | e | DEM | Male | 2005 | 12/31/06 | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgwick | e | DEM | Male | 2005 | 12/31/06 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | | Wyandotte | f | DEM | Male | 2005 | 12/31/07 | |

| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2005 | 04/30/07 | |
|----|------|--------|---------------|--------------------------|--------|--|----------|---|-----|------|------|----------|--|
| KS | Rocky | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | | Franklin | g | N-P | Female | 2005 | 04/30/05 | |
| KS | Carlos | Mayans | Mayor | 455 N. Main | Wichita | | Sedgwick | g | GOP | Male | 2005 | 04/30/07 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2005 | 04/30/05 | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2005 | 04/30/07 | |
| KS | Leonard | Ortiz | School Board Member | 3032 Yellowstone Dr. | Lawrence | | Douglas | i | * | Male | 2005 | | |
| KS | Delia | Garcia | State Representative | P.O. Box 48283 | Wichita | | Sedgwick | e | DEM | Female | 2006 | 12/31/2006 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgwick | e | GOP | Male | 2006 | 12/31/2006 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | | Wyandotte | e | DEM | Male | 2006 | 12/31/2006 | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgwick | e | DEM | Male | 2006 | 12/31/2006 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | | Wyandotte | f | DEM | Male | 2006 | 12/31/2007 | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2006 | 4/30/2007 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | | Franklin | g | N-P | Female | 2006 | 4/30/2007 | |
| KS | Carlos | Mayans | Mayor | 455 N. Main | Wichita | | Sedgwick | g | GOP | Male | 2006 | 4/30/2007 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2006 | 4/30/2009 | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2006 | 4/30/2007 | |
| KS | Leonard | Ortiz | School Board Member | 3032 Yellowstone Dr. | Lawrence | | Douglas | i | * | Male | 2006 | 12/31/2007 | |
| KS | Delia | Garcia | State Representative | P.O. Box 48283 | Wichita | | Sedgwick | e | DEM | Female | 2007 | 12/31/2008 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgwick | e | GOP | Male | 2007 | 12/31/2008 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | | Wyandotte | e | DEM | Male | 2007 | 12/31/2008 | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgwick | e | DEM | Male | 2007 | 12/31/2008 | |
| KS | Frances | Garcia | Commissioner | 206 1st St. | Hutchinson | | Reno | f | * | Female | 2007 | 12/31/2010 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | | Wyandotte | f | DEM | Male | 2007 | 12/31/2007 | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2007 | 4/30/2007 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | | Franklin | g | N-P | Female | 2007 | 4/30/2009 | |
| KS | Carlos | Mayans | Mayor | 455 N. Main St. | Wichita | | Sedgwick | g | GOP | Male | 2007 | 4/30/2007 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2007 | 4/30/2009 | |
| KS | Juana "Janie" | Perkins | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Female | 2007 | 4/30/2007 | |
| KS | Leonard | Ortiz | School Board Member | 3032 Yellowstone Dr. | Lawrence | | Douglas | i | * | Male | 2007 | 12/31/2007 | |
| KS | Delia | Garcia | State Representative | P.O. Box 48283 | Wichita | | Sedgwick | e | DEM | Female | 2008 | 12/31/2008 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | | Sedgwick | e | GOP | Male | 2008 | 12/31/2008 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | | Wyandotte | e | DEM | Male | 2008 | 12/31/2008 | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | | Sedgwick | e | DEM | Male | 2008 | 12/31/2008 | |
| KS | Frances | Garcia | County Commissioner | 206 1st St. | Hutchinson | | Reno | f | * | Female | 2008 | 12/31/2010 | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | N-P | Male | 2008 | 4/30/2011 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | | Franklin | g | N-P | Female | 2008 | 4/30/2009 | |
| KS | Adrienne | Foster | Councilmember | 4600 W. 51st St. | Roeland Park | | Johnson | g | * | Female | 2008 | 6/30/2011 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | | Finney | g | N-P | Male | 2008 | 4/30/2009 | |
| KS | Sylvia | Ortiz | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | | Shawnee | g | * | Female | 2008 | 4/30/2009 | |
| KS | Delia | Garcia | State Representative | P.O. Box 48283 | Wichita | State of Kansas | Sedgwick | e | DEM | Female | 2009 | 12/31/2010 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | State of Kansas | Wyandotte | e | DEM | Male | 2009 | 12/31/2010 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | State of Kansas | Sedgwick | e | GOP | Male | 2009 | 12/31/2010 | |
| KS | Tom | Sawyer | State Representative | 1041 S. Elizabeth St. | Wichita | State of Kansas | Sedgwick | e | DEM | Male | 2009 | 12/31/2010 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2009 | 12/31/2013 | |
| KS | Victoria | Lopez | County Recorder | 420 Commercial St. | Emporia | Lyon County | Lyon | f | GOP | Female | 2009 | 12/31/2012 | |
| KS | Frances | Garcia | County Commissioner | 206 1st St. | Hutchinson | Reno County | Reno | f | * | Female | 2009 | 12/31/2010 | |
| KS | John | Alcala | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | N-P | Male | 2009 | 4/30/2011 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | City of Ottawa | Franklin | g | N-P | Female | 2009 | 4/30/2011 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | Garden City | Finney | g | N-P | Male | 2009 | 4/30/2011 | |
| KS | Sylvia | Ortiz | Councilmember | 215 E. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2009 | 4/30/2013 | |
| KS | Adrienne | Foster | Councilmember | 4600 W. 51st St. | Roeland Park | City of Roeland Park | Johnson | g | * | Female | 2009 | 6/30/2013 | |
| KS | Delia | Garcia | State Representative | P.O. Box 48283 | Wichita | State of Kansas | Sedgwick | e | DEM | Female | 2010 | 12/31/2010 | |
| KS | Mario | Goico | State Representative | 1254 N. Pine Grove Ct. | Wichita | State of Kansas | Sedgwick | e | GOP | Male | 2010 | 12/31/2010 | |
| KS | Louis | Ruiz | State Representative | 2914 W. 46th Ave. | Kansas City | State of Kansas | Wyandotte | e | DEM | Male | 2010 | 12/31/2010 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St. | Emporia | Lyon County | Lyon | f | GOP | Female | 2010 | 12/31/2012 | |
| KS | Frances | Garcia | County Commissioner | 206 W. 1st St. | Hutchinson | Reno County | Reno | f | * | Female | 2010 | 12/31/2010 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2010 | 4/30/2013 | |
| KS | Reynaldo | Mesa | City Commissioner | P.O. Box 499 | Garden City | Garden City | Finney | g | N-P | Male | 2010 | 4/30/2011 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | City of Ottawa | Franklin | g | N-P | Female | 2010 | 4/30/2011 | |
| KS | John | Alcala | Councilmember | 215 SE. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | N-P | Male | 2010 | 4/30/2011 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2010 | 4/30/2013 | |
| KS | Adrienne | Foster | Mayor | 4600 W. 51st St. | Roeland Park | City of Roeland Park | Johnson | g | * | Female | 2010 | 4/30/2013 | |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave. | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2011 | 12/31/2012 | |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave. | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2011 | 12/31/2012 | |
| KS | Reynaldo | Mesa | State Representative | 300 SW 10th Ave. | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2011 | 12/31/2012 | |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave. | Topeka | State of Kansas | Shawnee | e | DEM | Male | 2011 | 12/31/2012 | |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave. | Topeka | State of Kansas | Shawnee | e | DEM | Female | 2011 | 12/31/2012 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st. Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2011 | 12/31/2012 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2011 | 4/30/2013 | |
| KS | Raquel "Rocky" | Fleer-Husted | City Commissioner | 101 S. Hickory St. | Ottawa | City of Ottawa | Franklin | g | N-P | Female | 2011 | 4/30/2011 | |
| KS | Adrienne | Foster | Mayor | 4600 W. 51st St. | Roeland Park | City of Roeland Park | Johnson | g | * | Female | 2011 | 4/30/2013 | |
| KS | John | Alcala | Councilmember | 215 SE. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | N-P | Male | 2011 | 4/30/2011 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE. 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2011 | 4/30/2013 | |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave., Rm. 268 | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2012 | 12/31/2012 | |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave., Rm. DSC | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2012 | 12/31/2012 | |
| KS | Reynaldo | Mesa | State Representative | 300 SW 10th Ave., Rm. DSC | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2012 | 12/31/2012 | |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. DSC | Topeka | State of Kansas | Shawnee | e | DEM | Male | 2012 | 12/31/2012 | |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. DSC | Topeka | State of Kansas | Shawnee | e | DEM | Female | 2012 | 12/31/2012 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2012 | 12/31/2012 | |
| KS | Ann | Brandau-Murgia | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2012 | 4/30/2015 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2012 | 4/30/2013 | |
| KS | Adrienne | Foster | Mayor | 4600 W. 51st St. | Roeland Park | City of Roeland Park | Johnson | g | * | Female | 2012 | 4/30/2013 | |
| KS | John | Alcala | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Male | 2012 | 4/30/2013 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2012 | 4/30/2013 | |
| KS | Mike | Mendoza | School Board President | P.O. Box 1908 | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2012 | 4/30/2015 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | State of Kansas | Shawnee | e | DEM | Male | 2013 | 12/31/2014 | |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave., Rm. 276 | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2013 | 12/31/2014 | |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave., Rm. 512 | Topeka | State of Kansas | Shawnee | e | GOP | Male | 2013 | 12/31/2014 | |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | State of Kansas | Shawnee | e | DEM | Male | 2013 | 12/31/2014 | |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | State of Kansas | Shawnee | e | DEM | Male | 2013 | 12/31/2014 | |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54-S | Topeka | State of Kansas | Shawnee | e | DEM | Female | 2013 | 12/31/2014 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2013 | 12/31/2016 | |
| KS | Ann | Brandau-Murgia | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2013 | 4/30/2015 | |
| KS | John | Mendez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2013 | 4/30/2013 | |
| KS | Adrienne | Foster | Mayor | 4600 W. 51st St. | Roeland Park | City of Roeland Park | Johnson | g | * | Female | 2013 | 4/30/2013 | |
| KS | Edward | Collazo | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Male | 2013 | 4/30/2013 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2013 | 4/30/2013 | |
| KS | Richard | Garza | Sheriff | 103 West Avenue C | Syracuse | Hamilton County | Hamilton | h | * | Male | 2013 | 12/31/2016 | |
| KS | Mike | Mendoza | School Board Member | P.O. Box 1908 | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2013 | 4/30/2015 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2014 | 12/31/2014 | |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave., Rm. 276 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2014 | 12/31/2014 | |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave., Rm. 512 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2014 | 12/31/2014 | |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2014 | 12/31/2014 | |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2014 | 12/31/2014 | |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54-S | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2014 | 12/31/2014 | |
| KS | Elsa | Ulrich | County Clerk | P.O. Box M | Garden City | Finney County | Finney | f | * | Female | 2014 | 11/30/2016 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2014 | 12/31/2016 | |
| KS | Ann | Brandau-Murgia | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2014 | 4/30/2015 | |
| KS | John | Campos, II | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Male | 2014 | 4/30/2017 | |
| KS | Michelle | De La Isla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2014 | 4/30/2017 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2014 | 4/30/2017 | |
| KS | Richard | Garza | Sheriff | 103 West Avenue C | Syracuse | Hamilton County | Hamilton | h | * | Male | 2014 | 12/31/2016 | |

| State | First | Last | Office | Address | City | Entity | County | | | Gender | Year | Date | Dist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KS | Mike | Mendoza | School Board Member | P.O. Box 1908 | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2014 | 4/30/2015 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2015 | 12/31/2016 | 57 |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave., Rm. 276 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2015 | 12/31/2016 | 94 |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave., Rm. 512 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2015 | 12/31/2016 | 47 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 359 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2015 | 12/31/2016 | 31 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2015 | 12/31/2016 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2015 | 12/31/2016 | 103 |
| KS | Elsa | Ulrich | County Clerk | P.O. Box M | Garden City | Finney County | Finney | f | * | Female | 2015 | 11/30/2016 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2015 | 12/31/2016 | |
| KS | Ann | Brandau-Murg | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2015 | 4/30/2015 | 3 |
| KS | Michelle | De La Isla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2015 | 4/30/2017 | 5 |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2015 | 4/30/2017 | 3 |
| KS | Richard | Garza | Sheriff | 103 West Avenue C | Syracuse | Hamilton County | Hamilton | h | * | Male | 2015 | 12/31/2016 | |
| KS | Mike | Mendoza | School Board Vice President | P.O. Box 1908 | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2015 | 4/30/2015 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2016 | 12/31/2016 | 57 |
| KS | Mario | Goico | State Representative | 300 SW 10th Ave., Rm. 276 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2016 | 12/31/2016 | 94 |
| KS | Ramon | Gonzalez | State Representative | 300 SW 10th Ave., Rm. 512 | Topeka | Kansas House of Representa | Shawnee | e | GOP | Male | 2016 | 12/31/2016 | 47 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2016 | 12/31/2016 | 31 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2016 | 12/31/2016 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2016 | 12/31/2016 | 103 |
| KS | Elsa | Ulrich | County Clerk | P.O. Box M | Garden City | Finney County | Finney | f | * | Female | 2016 | 11/30/2016 | |
| KS | Victoria | Lopez | Register of Deeds | 430 Commercial St., 1st Fl. | Emporia | Lyon County | Lyon | f | GOP | Female | 2016 | 12/31/2016 | |
| KS | Ann | Brandau-Murg | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2016 | 4/30/2016 | 3 |
| KS | Michelle | De La Isla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2016 | 4/30/2017 | 5 |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2016 | 4/30/2017 | 3 |
| KS | Richard | Garza | Sheriff | 103 West Avenue C | Syracuse | Hamilton County | Hamilton | h | * | Male | 2016 | 12/31/2016 | |
| KS | Rudy | Rodriguez | School Board Member | 1520 N. Plum | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2016 | 12/31/2017 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2017 | 12/31/2018 | 57 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 47- | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2017 | 12/31/2018 | 31 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2017 | 12/31/2018 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2017 | 12/31/2018 | 103 |
| KS | Ann | Brandau-Murg | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2017 | 4/30/2019 | 3 |
| KS | Michelle | De La Isla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2017 | 11/30/2017 | 5 |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2017 | 11/30/2017 | 3 |
| KS | Rudy | Rodriguez | School Board Member | 1520 N. Plum | Hutchinson | Hutchinson Public Schools | Reno | i | * | Male | 2017 | 12/31/2017 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2018 | 12/31/2018 | 57 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 47- | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2018 | 12/31/2018 | 31 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 174 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2018 | 12/31/2018 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2018 | 12/31/2018 | 103 |
| KS | Ann | Brandau-Murg | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2018 | 4/30/2019 | 3 |
| KS | Michelle | De La Isla | Mayor | 215 SE 7th St., Rm. 350 | Topeka | City of Topeka | Shawnee | g | * | Female | 2018 | 11/30/2021 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2018 | 11/30/2021 | 3 |
| KS | Michael | Padilla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | DEM | Male | 2018 | 11/30/2021 | 5 |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2019 | 12/31/2020 | 57 |
| KS | Susan | Ruiz | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Female | 2019 | 12/31/2020 | 23 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 47- | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2019 | 12/31/2020 | 31 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2019 | 12/31/2020 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of | Sedgwick | e | DEM | Female | 2019 | 12/31/2020 | 103 |
| KS | Ann | Brandau- | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Female | 2019 | 11/30/2021 | 3 |
| KS | Michelle | De La Isla | Mayor | 215 SE 7th St., Rm. 350 | Topeka | City of Topeka | Shawnee | g | * | Female | 2019 | 11/30/2021 | |
| KS | Sylvia | Ortiz | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | * | Female | 2019 | 11/30/2021 | 3 |
| KS | Michael | Padilla | Councilmember | 215 SE 7th St., Rm. 255 | Topeka | City of Topeka | Shawnee | g | DEM | Male | 2019 | 11/30/2021 | 5 |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2020 | 12/31/2020 | 57 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 47- | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2020 | 12/31/2020 | 31 |
| KS | Susan | Ruiz | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Female | 2020 | 12/31/2020 | 23 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. | Topeka | Kansas House of | Shawnee | e | DEM | Male | 2020 | 12/31/2020 | 95 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of | Sedgwick | e | DEM | Female | 2020 | 12/31/2020 | 103 |
| KS | Christian | Ramirez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2020 | 11/30/2023 | 3 |
| KS | Michelle | De La Isla | Mayor | 215 SE 7th St., Rm. 350 | Topeka | City of Topeka | Shawnee | g | * | Female | 2020 | 11/30/2021 | |
| KS | Sylvia | Ortiz | Councilmember | 837 SE Gilmore | Topeka | City of Topeka | Shawnee | g | * | Female | 2020 | 11/30/2021 | 3 |
| KS | Michael | Padilla | Councilmember | 1216 SW 29th St. | Topeka | City of Topeka | Shawnee | g | DEM | Male | 2020 | 11/30/2021 | 5 |
| KS | Christina | Valdivia-Alcalá | Councilmember | 520 NE Lake St. | Topeka | City of Topeka | Shawnee | g | * | Female | 2020 | 11/30/2023 | 2 |
| KS | Randy | Lopez | School Board Member | 2010 N. 59th St. | Kansas City | Kansas City Kansas Public | Wyandotte | i | N-P | Male | 2020 | 12/31/2023 | |
| KS | John | Alcala | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2021 | 12/31/2022 | 57 |
| KS | Louis | Ruiz | State Representative | 300 SW 10th Ave., Rm. 47- | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2021 | 12/31/2022 | 31 |
| KS | Susan | Ruiz | State Representative | 300 SW 10th Ave., Rm. 173 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Female | 2021 | 12/31/2022 | 23 |
| KS | Tom | Sawyer | State Representative | 300 SW 10th Ave., Rm. 359 | Topeka | Kansas House of Representa | Shawnee | e | DEM | Male | 2021 | 12/31/2022 | 95 |
| KS | Ponka-We | Victors | State Representative | 300 SW 10th Ave., Rm. 54- | Wichita | Kansas House of Representa | Sedgwick | e | DEM | Female | 2021 | 12/31/2022 | 103 |
| KS | Sarah | Lopez | County Commissioner | 525 N. Main, Ste. 320 | Wichita | Sedgwick County | Sedgwick | f | DEM | Female | 2021 | 12/31/2024 | 2 |
| KS | Christian | Ramirez | County Commissioner | 701 N. 7th St., Ste. 979 | Kansas City | Wyandotte County | Wyandotte | f | N-P | Male | 2021 | 11/30/2023 | 3 |
| KS | Michelle | De La Isla | Mayor | 215 SE 7th St., Rm. 350 | Topeka | City of Topeka | Shawnee | g | * | Female | 2021 | 11/30/2021 | |
| KS | Sylvia | Ortiz | Councilmember | 837 SE Gilmore | Topeka | City of Topeka | Shawnee | g | * | Female | 2021 | 11/30/2021 | 3 |
| KS | Michael | Padilla | Councilmember | 1216 SW 29th St. | Topeka | City of Topeka | Shawnee | g | DEM | Male | 2021 | 11/30/2021 | 5 |
| KS | Christina | Valdivia-Alcalá | Councilmember | 520 NE Lake St. | Topeka | City of Topeka | Shawnee | g | * | Female | 2021 | 11/30/2023 | 2 |
| KS | Cheryl | Rios | District Court Judge | 200 SE 7th St., Rm. 411 | Topeka | Shawnee County | Shawnee | h | N-P | Female | 2021 | 12/31/2022 | Third Judicial District, Division 11 |
| KS | Randy | Lopez | School Board Member | 2010 N. 59th St. | Kansas City | Kansas City Kansas Public Sc | Wyandotte | i | N-P | Male | 2021 | 12/31/2023 | |

| Count o Level | | | | | | |
|---|---|---|---|---|---|---|
| Year | State Rep. | Municipal | County | School Board | State Senator | Judicial/Law | Grand Total |
| 1996 | 2 | | | 1 | 2 | | 5 |
| 1997 | 2 | | | | 1 | | 3 |
| 1998 | 2 | 1 | | | 1 | | 4 |
| 1999 | 1 | 1 | | | 1 | | 3 |
| 2000 | 1 | 4 | | | 1 | | 6 |
| 2001 | 1 | 4 | | | 1 | | 6 |
| 2002 | 1 | 5 | | | 1 | | 7 |
| 2003 | 2 | 5 | | | 1 | | 8 |
| 2004 | 2 | 5 | 1 | | | | 8 |
| 2005 | 4 | 5 | 1 | 1 | | | 11 |
| 2006 | 4 | 5 | 1 | 1 | | | 11 |
| 2007 | 4 | 5 | 2 | 1 | | | 12 |
| 2008 | 4 | 5 | 1 | | | | 10 |
| 2009 | 4 | 5 | 3 | | | | 12 |
| 2010 | 3 | 5 | 3 | | | | 11 |
| 2011 | 5 | 4 | 2 | | | | 11 |
| 2012 | 5 | 3 | 3 | 1 | | | 12 |
| 2013 | 6 | 3 | 3 | 1 | | 1 | 14 |
| 2014 | 6 | 3 | 3 | 1 | | 1 | 14 |
| 2015 | 6 | 2 | 3 | 1 | | 1 | 13 |
| 2016 | 6 | 2 | 3 | 1 | | 1 | 13 |
| 2017 | 4 | 2 | 1 | 1 | | | 8 |
| 2018 | 4 | 3 | 1 | | | | 8 |
| 2021 | 5 | 4 | 2 | 1 | | 1 | 13 |
| 2019 | 5 | 3 | 1 | | | | 9 |
| 2020 | 5 | 4 | 1 | 1 | | | 11 |
| Grand T | 94 | 88 | 35 | 12 | 9 | 5 | 243 |

**Appendix C: Dr. Bejarano CV**

# Christina E. Bejarano
Texas Woman's University
Department of Social Sciences & Historical Studies
Denton, Texas 76204

## Education
July 2007     Ph.D., Department of Political Science, University of Iowa, Iowa City, IA
May 2003     M.A., Department of Political Science, University of Iowa, Iowa City, IA
May 2002     B.A., *Magna Cum Laude* in Psychology, University of North Texas, Denton, Texas

## Academic Appointments
Texas Woman's University, Denton
       Professor of Political Science, Department of Social Sciences & Historical Studies
          (9/2020-present)
       Faculty Scholar, Jane Nelson Institute for Women's Leadership (9/2020-present)
       Professor/Chair, Multicultural Women's & Gender Studies Department (7/2019-8/2020)

University of Kansas, Lawrence
       Associate Professor, Department of Political Science (2013-2019)
       Assistant Professor, Department of Political Science (2007-2013)

Georgia State University, Atlanta
       Distinguished Visiting Professor, Department of Political Science (Spring 2017)

University of Iowa, Iowa City
       Teaching Assistant, Department of Political Science (2003-2006)

**Research Interests:** U.S. Political Behavior, Electoral Politics, Women and Politics, U.S. Latino Politics, Racial/Ethnic Minority Politics, Legislative Studies, Political Psychology.

## Courses Taught
**Undergraduate:** Introduction to U.S. Politics/Government; Women and Politics; Gender in Elections; U.S. Racial/Ethnic Minority Politics; U.S. Latino Politics; Psychology in Politics; U.S. State/Local Politics.

**Graduate:** American Politics; Women as Citizens; Women and Politics; Gender and Race in U.S. Politics; U.S. Racial/Ethnic Minority Politics; Political Psychology.

## Research Publications:
*Refereed Books:*
*The Latino Gender Gap in U.S. Politics.* Routledge Press, 2014.

*The Latina Advantage: Gender, Race, and Political Success*. University of Texas Press, 2013.

*Refereed Articles:*
Bejarano, Christina and Wendy Smooth. 2022. "Women of Color Mobilizing: Sistahs are Doing

it for Themselves from GOTV to Running Candidates for Political Office." *Journal of Women, Politics & Policy* (Published online 1/2022, 8-24).

Montoya, Celeste, Christina Bejarano, Nadia Brown, and Sarah Allen Gershon. 2022. "The Intersectional Dynamics of Descriptive Representation." *Politics & Gender*, 18(2), 483-512.

Bejarano, Christina, Nadia Brown, Sarah Allen Gershon, and Celeste Montoya. 2020. "Shared Identities: Intersectionality, Linked Fate, and Perceptions of Political Candidates." *Political Research Quarterly,* 74(4): 970-985.

Gershon, Sarah Allen, Celeste Montoya, Christina Bejarano, & Nadia Brown. 2019. "Intersectional Linked Fate and Political Representation." *Politics, Groups, and Identities*, 7(3): 642-653.

Bejarano, Christina. 2014. "Latino Gender and Generation Gaps in Political Ideology." *Politics & Gender*, 10(1): 62-88.

Bejarano, Christina, Sylvia Manzano, and Celeste Montoya. 2011. "Tracking the Latino Gender Gap:  Gender Attitudes Across Sex, Borders and Generations." *Politics & Gender,* 7(4): 521-549.

Bejarano, Christina and Gary Segura. 2007. "What Goes Around, Comes Around: Race, Blowback, and the Louisiana Elections of 2002 and 2003." *Political Research Quarterly*, 60:328-337.

### *Edited Volume Book Chapters:*
"The Latina Advantage in U.S. Politics: Recent Example with Representative Ocasio-Cortez." Introduction to Women's, Gender, & Sexuality Studies: Interdisciplinary and Intersectional Approaches, 2nd edition, edited by L. Ayu Saraswati, Barbara Shaw, and Heather Rellihan. Oxford University Press, November, 2020.

"Small States with Big Voices: Growing Latino Voices in Politically Influential States."  With Rene Rocha. In *Can You Hear Us Now? Latinos in the 2008 Elections*.  (Forthcoming with Routledge Press)

"Latinas and Clinton's 2016 Campaign." In *The Hillary Effect: Perspectives on Clinton's Legacy*, edited by Ivy A.M. Cargile, Denise S. Davis, Jennifer L. Merolla, and Rachel VanSickle-Ward. (Bloomsbury, 2020)

"Latina Mobilization: A Strategy for Increasing the Political Participation of Latino Families." *For 18 Million Cracks: The Legacy of Second-Wave Feminism in American Politics*, edited by Angie Maxwell and Todd Shields. Palgrave Press, 2018. With Valerie Martinez-Ebers.

"New Directions at the Intersection of Race, Ethnicity, and Gender." In *New Directions in Gender and Political Psychology*, edited by Angela Bos and Monica Schneider. Routledge Press, 2017.

"New Expectations for Latina State Legislative Representation." In *Distinct Identities: Minority Women in U.S. Politics*, edited by Nadia Brown and Sarah Allen Gershon. Routledge Press, 2016.

"Hearing Footsteps: Latino Population Growth and Anticipated—but not Quite Present Political Effects in Emerging Communities." In De la Garza, Rodolfo O., Louis DeSipio, and David L. Leal (eds.). *Beyond the Barrio: Latinos in the 2004 Elections*. South Bend, IN: University of Notre Dame Press, 2010. With Gary Segura.

## Conference Participation

**2022**   "Women of Color Mobilizing in Battleground States." (Paper with Wendy Smooth). Presented at the Western Political Science Association Annual Conference.

**2021**   "From GOTV to Running Candidates: Sistahs are Doing it for Themselves." (Paper with Wendy Smooth). Presented at the American Political Science Association Annual Conference (virtually).

**2019**   "Intersectional Linked Fate and Political Representation." (Paper with Sarah Allen Gershon, Celeste Montoya, and Nadia Brown). Presented at the American Political Science Association Annual Conference.

"New Expectations for Women of Color in State Legislative Representation." (Paper with Sierra Watt). Presented at the Western Political Science Association Annual Conference.

**2018**   "New Expectations for Women of Color in State Legislative Representation." (Paper with Sierra Watt). Presented at the American Political Science Association Annual Conference.

**2017**   "Emerging Efforts to mobilize Latina voters and candidates." Presented at the New American Electorate Beyond the Voting Booth: A Symposium. The Ohio State University.

"Shared Identities" and "Suffrage after Shelby" (Papers with Nadia Brown, Sarah Gershon, and Celeste Montoya.) Presented at the New Research on Gender in Political Psychology Conference.

"Voting Rights in Practice since Shelby: An Intersectional Analysis." (Paper with Celeste Montoya). Presented at the Midwest Political Science Association Annual Conference.

**2016**   "Voting Rights in Practice: An Intersectional Analysis." (Paper with Celeste Montoya) Presented at the Western Political Science Association Annual Conference.

2015    "Balancing Teaching and Research." Roundtable Participant for the American Political Science Association Annual Conference.

2014    "The Latina Political Strategy." Presented at the 'Mentoring Conference for New Research on Gender in Political Psychology' Conference. The College of Wooster, Ohio.

New Books in Gender, Leadership, and Power. Roundtable Participant for Western Political Science Association Annual Conference.

2013    "Latina Mobilization: A Strategy for Increasing the Political Participation of Latino Families." Presented at the 5th Blair Legacy Series Conference, "18 Million Cracks': The Legacy of 2nd- Wave Feminism in American Politics." University of Arkansas.

"Predicting Latina Political Office-Holding." Presented at the State Politics and Policy Annual Conference.

"Unpacking Latino Gender Differences in Latino Political Ideology." Presented at the Western Political Science Association Annual Conference.

2012    "Women in U.S. Politics: Moving Forward, Stagnating, or Sliding Backwards?" Roundtable Participant for Western Political Science Association Annual Conference.

2011    "Latina Perspectives in Political Science: Research Questions, Analytical Approaches, and Unique Insights."  Roundtable Participant for Latino Politics Workshop, American Political Science Association Annual Conference.

"Unpacking the Gender Gap: Analysis of U.S. Latino Immigrant Generations." Presented at the 'New Research on Gender in Political Psychology' Conference. Rutgers, New Jersey, March.

2010    "Latino/a Intersectional Identity, Personal Discrimination and its Impact on Political Engagement." Presented at the American Political Science Association Annual Conference.

"Role of Gender, Race, and Ethnicity on Vote Choice." Presented at the Political Psychology Workshop at the University of Costa Rica, June 1-2, 2010.

2009    "We're Not Always Busboys: How Intersectional Discrimination Shapes Latino Political Participation." (Paper with Alesha Doan) Presented at the American Political Science Association Annual Conference.

"Is the Gender Gap American? Gender Assimilation and Latino Attitudes on Gender Equality." (Paper with Celeste Montoya and Sylvia Manzano) Presented at the American Political Science Association Annual Conference.

"Small States with Big Voices: Growing Latino Voices in Politically Influential States." (Paper with Rene Rocha) Paper presented at the Latinos and the 2008 Election Conference, Austin, TX.

"Examining the Influence of Intersectional Discrimination on Latino Political Participation." (Paper with Alesha Doan) Presented at the Midwest Political Science Association Annual Conference.

"Battleground States and their Influence on Latino Political Behavior." Presented at the Western Political Science Association Annual Conference.

2008    "Battleground States and their Influence on Latino Political Behavior." Presented at the American Political Science Association Annual Conference.

Invited Roundtable Panelist, "Women of Color: Experiences on Campus and in the Classroom" at the Midwest Political Science Association Conference.

"The Influence of Progressive Gender Role Attitudes on Latinas/os Civic and Political Behavior". (Paper with Valerie Martinez Ebers) Presented at the Western Political Science Association Annual Conference.

2007    "The Influence of Progressive Gender Role Attitudes on the Political Behavior of Latinas in Both the United States and Latin America". Presented at the Latino National Survey Junior Scholar Research Conference, Cornell, NY.

**Invited Talks**
2022    Invited Speaker, "The Current State of Latinas in U.S. Politics," LatinasRepresent Summit, Virtual Event, October.

2021    Invited Speaker, "Si se puede: How racial minorities and women can influence the electoral environment." Dallas College. Virtual Event, March.

2020    Invited Speaker, "The Black and Brown Electorate: A Roundtable Discussion on African American & LatinX Politics and the 2020 Election." University of Arkansas at Little Rock. Virtual Event, October.

Invited Speaker, "Forward: Creating Feminist Futures." The Ohio State University. Virtual Event, October.

Invited Speaker, "Growing Political Power of Women of Color." Texas Woman's University. Virtual Event, October.

Invited Speaker, "The 19th Amendment: Looking Back and Looking Forward." University of North Texas. Virtual Event, September.

Invited Speaker, "The 19th Amendment: Just the Beginning." Texas Woman's University. Virtual Event, September.

Invited Speaker for Book Club Event. "The Latina Advantage." San Antonio Latina Leadership Institute. Virtual Event, April.

**2018**    Invited Speaker. "Latinas in Politics." National Hispanic Caucus of State Legislators, Leadership Academy of the Latinas Lead Initiative. Rutgers University, Center for American Women & Politics. New Brunswick, New Jersey. November.

Invited Speaker. Gender Politics Seminar Roundtable, "Latinas in Politics." Rutgers University. New Brunswick, New Jersey. November.

Invited Speaker. "Policy Forum: The Latina Advantage: Setting a National Leadership Agenda." Southern Methodist University Tower Center. Dallas, Texas. October.

Invited Speaker. "Growing Latina Influence on U.S. Politics." Texas A&M University-Commerce, Latin American & US Latino Studies Program, Hispanic Heritage Month. Commerce, Texas. October.

Invited Presenter. "Beyond #MeToo: A Blueprint for Developing Pipelines for Latina Leadership and Power." National Association of Latino Elected Officials, Annual Conference. Phoenix, AZ. June.

Invited Speaker. "Growing Latina Influence on U.S. Politics." University of California, Riverside. Department of Political Science. Riverside, California. February.

**2017**    Invited Speaker. "GSU Roundtable: Latina/o Politics." Georgia State University. Atlanta, GA. June.

**2016**    Invited Speaker. "Growing Latina Influence on U.S. Politics." University of Colorado Boulder. Boulder, CO. October.

Invited Speaker. "Women of Color: A Growing Force in American Politics". The Ohio State University. Columbus, Ohio. September.

Invited Speaker, "Growing Latina Influence on U.S. Politics." Wise Latina International Conference. El Paso, Texas. June.

Invited Speaker, "The Latina Advantage in U.S. Politics." *Elección Latina*, Program for the Center for American Women and Politics (CAWP)- Ready to Run Campaign Training for Women. New Brunswick, New Jersey. March.

**2015**    Invited Speaker, "The Growing Latino Influence on U.S. Politics across Gender and Place." Latina/os, Media, and Politics: A Symposium on Latina/o Political Power and Media Representation. University of North Carolina, Chapel Hill. November.

Invited Speaker, "The Latina Advantage in U.S. Politics." San Antonio Latina Leadership Institute. San Antonio, Texas. May.

Invited Speaker, "The Latina Advantage in U.S. Politics." Latinas from Johnson County, KS. August.

**2014**   Invited Speaker, "The Latina Advantage in U.S. Politics." Las Comadres (National Latino Book Club) Teleconference podcast. June.

Invited Speaker, "The Latina Advantage in U.S. Politics." LatinasRepresent, San Antonio, Texas, June.

Invited Speaker, "The Latino Gender Gap in U.S. Politics." Hall Celebration of Books, University of Kansas, February.

Invited Presenter, "The Latino Gender Gap in U.S. Politics." Clinton School of Public Service, University of Arkansas. Little Rock, Arkansas. January 31.

**2010**   Invited Lecture, "Women in U.S. State Legislatures." Women's Leadership Institute, University of Kansas, July 20.

Invited Presenter, "The Outlook for Increased Latino Representation in Texas", National Association of Latino Elected Officials, Annual Conference, Denver, CO, June 26.

Invited Lecture, "Latino Immigration: Gender Role Attitudes and Transnationalism", Gender, Culture, and Immigration class at the University of Kansas, February.

**2009**   Invited Presenter, "Transnationalism and Gender: Influence of Gender on Latinos' Level of Contact with Home Country", Waggoner Lecture, Latin American Studies, University of Kansas, November.

**2008**   Invited Roundtable Presenter, "Insights into Latino/a Political Behavior in the U.S.", University of Kansas Latino/a Studies Minor, October 22.

Invited Speaker, "Latinas' Diminishing Electoral Disadvantages", for the League of Women Voters (Johnson County, KS) Celebrating the Right of Women to Vote Luncheon, Overland Park, KS, October.

## Grants, Awards, Honors

Center for American Women and Politics (Rutgers), Research Grant with Wendy Smooth, 2022
Jane Nelson Institute for Women's Leadership (JNIWL, Texas Woman's University), Research
     Grant with Wendy Smooth, 2021-2023.
Jane Nelson Institute for Women's Leadership (JNIWL, Texas Woman's University), Grant to
     Establish the Women's Leadership Post-Doctoral Fellowship Program, 2021-2023.
Texas Academic Leadership Academy Fellow. Texas Council for Chief Academic Officers and
     Sam Houston State University. 2020-2021.

American Political Science Association, Centennial Center Grant, With Wendy Smooth, 2019-2020.
University of Kansas, General Research Fund, Awarded July 2018.
Latino Center for Leadership Development (LCLD) Grant, Awarded 2017. LCLD-SMU Policy Institute. With Wendy Smooth.
University of Kansas, General Research Fund, Awarded July 2011.
Big XII Research Fellowship, Travel Funds (UC Boulder, July 2009).
Ford Foundation Diversity Post-doc Fellowship- Alternate, 2008
University of Kansas, New Faculty General Research Fund, Awarded June 2008
American Political Science Association, Fund for Latino Scholarship (2004, 2005, 2006)
American Political Science Association, Minority Graduate Fellow (2002-2003)

PROFESSIONAL SERVICE

**Texas Woman's University: University/College**
Member, Creative Arts and Research Symposium Planning Committee (2022)
Member, Academic Program Review Committee for BS in Medical Technology, Department of Biology. 2021-2022.
Member, TWU Libraries Advisory Board: Project Suffrage in Texas Expanded (Project SITE)
Member, JNIWL 'Women Pioneers' Book Series Editorial Committee. 2020-2023.
Chair, JNIWL Women's Leadership Post-Doctoral Fellowship Committee. 2020-present.

**Texas Woman's University: Department of Social Science & Historical Studies**
Chair, Performance Review Committee (2021-2024)
Director of Graduate Studies (9/2022-present).
Member, Political Science Program, Undergraduate Studies Committee (2021-present)
Member, MA Professional Paper Committee: La Toya Hart (2021)
Chair, MA Professional Paper Committee: Elizabeth Hernandez (completed 2022)
      -Sarah Thomas (completed 2023)

**Texas Woman's University: Multicultural Women's & Gender Studies Department**
Department Chair, 2019-2020
Director of Graduate Studies, Spring 2020
Director of Undergraduate Studies, Fall 2019
Job Search Committee, Assistant Professor (2019)

**University of Kansas: Department of Political Science**
Director of Undergraduate Studies (July 2012-2016)
Department Committees: Undergraduate Studies (2007-2008; 2010; 2012-2016); Graduate Studies (2008-2009; 2018-2019); Advisory (2009-2010; 2011-2012).
Chair, U.S. Politics Prelim Exam (Fall 2009/2014/2015/2017)
Doctoral Dissertation Chair:
      -Juan Urbano (Ph.D. 2014: Senior Research/Policy Associate, Education Insights Center)
      -Brian Hanson (Ph.D. 2015; Assistant Professor at Wayne State College)
      -Kristina Youngblood (Ph.D. 2018; Research Analyst, AEM Corporation)
      -Sierra Watt (in progress) (2018/2019 Ford Foundation Dissertation Fellow)
Doctoral Committee Membership:

        -Pedro de los Santos (Ph.D. 2012)
        -Ana María Hernandez (Music Ph.D. 2015)
        -Bronson Herrera (Ph.D. 2018)
        -Amy Schumacher (Communication Studies, in progress)
        -Christabel Cruz (Rutgers University, in progress)
Master Committee Chair:
        -Brian Hanson (2013)
        -Sierra Watt (2016)
        -Amy Schumacher (2019)
Undergraduate Honors Thesis:
        -Chair: Campbell Gatehouse (2015)
        -Committee: Monica Maurer (2018)
        -Committee: Caleb Bobo (2016)
        -Committee: Marveen Kumar Paransothy (2013)
Ambassador, Center for Teaching Excellence (2013-2016)
Advisor, Pi Sigma Alpha (2013-2016)
Coordinator, KU Honors Program (2012-2016)

**University of Kansas: College of Liberal Arts and Sciences**
Women, Gender, and Sexuality Studies Department: Affiliated faculty and Courtesy Faculty
        (2009-2019)
U.S. Latino/Latina Studies: Advisory Committee and Affiliated Faculty (2008- 2019); Latino
        Studies Minor Committee, Chair (2016- 2019); Latinx Studies Faculty Initiative, Member
        (2017-2019); Latino Studies Planning Committee (2007-2008).
Center for Latin American Studies: Affiliated Faculty (2007- 2019)
American Studies: Affiliated Faculty (2009-2019); Job Search Committee (2014).
Institute for Policy and Social Research: Fellow 2007-2008; Affiliated Faculty (2007-2019).
Invited Speaker, Social Psychology Seminar. Psychology Department. 2015.
KU Latino Council (Latino Staff and Faculty): Member (2007- 2019)

**University of Kansas: University**
Member, University Committee on Promotion and Tenure (UCPT). (2017-2018)
Judge, Annual Graduate Student Research Competition, Office of Graduate Studies. (2013)
Member, Spring 2014 Graduate Research Consultant Selection Committee.
Member, Debicki/Martin Graduate Travel Awards' Committee. Hall Center for the Humanities.
KU McNair Scholars Program, Faculty Mentor, Trisha Blunt (2011)
        -Panelist, Faculty panel. KU McNair Scholars Program Symposium. February 2009.
Invited Participant, US Young Leaders delegation to Taiwan. The Ministry of Foreign Affairs
        of the Republic of China (Taiwan). May 2014

**Additional University/Community Service**
Panelist, Center for Student Research Workshop, Texas Woman's University. Virtual Event,
        November 2020.
Panelist, 2020 Election Recap, TWU Black Faculty and Staff: Holding Space. Texas Woman's
        University. Virtual Event, November 2020.
Panelist, Graduate Student Panel, Department of Political Science, University of Iowa. 11/2020.

Panelist, "McNair Alumni & Their Paths to PhD. and Beyond." McNair Conference, University of North Texas, 2020.
Panelist, "El Paso Firme: Unpacking the Construction of the Other Borderlands." Public Affairs Forum, Texas Woman's University, 2019.
Panelist, "Higher Education and the Latino Dynamic." KU Hispanic American Leadership Organization, 2015.
Invited Participant. Kansas City Public Television, Community Cinema Night. "The Graduates/Los Graduados." October 2013.
Invited Speaker. "Barack Chalk Jayhawk! Is America Ready for a Black President?" Multicultural Resource Center, Diversity Dialogue Series. February 2008.

**Additional Professional Service**
**American Political Science Association**
Co-Chair, Women and Politics Section of the 2018 Annual Meeting.
President, Women's Caucus (2018-2019)
President-Elect, Women's Caucus (2017-2018)
Member, 'APSA Rules and Elections' Committee (2017-2019)
Member, APSA Race, Ethnicity, and Politics Section- Executive Council (2016-2018)
Member, Committee on the Status of Latinos y Latinas in the Profession (2013-2016)
Member, Best Dissertation Committee for Women and Politics Research Section (2015)
Member, APSA Race, Ethnicity, and Politics section- Graduate Student Committee (2006-2007)
Panel Chair (2005, 2015, 2016, 2018), Panel Discussant (2005, 2009, 2010)
Secretary, Latino Caucus (2005-2006)

**Midwest Political Science Association**
Member, Executive Council (2016-2019)
Member, Best Poster Award Committee (2009-2010)
Panel Chair (2006), Panel Discussant (2017)
Latino Caucus: Treasurer (2006-2007), Secretary (2008-2010)

**Southern Political Science Association**
Member, Committee on the Status of Latinos in the South (2019-2022)
Chair, Gender and Sexuality Section of the 2015 Annual Meeting.

**Western Political Science Association**
Chair, Ad Hoc Anti-Harassment Committee (2018-2020)
Chair, Women and Politics Section of the 2014 Annual Meeting.
Chair, Committee on the Status of Women in the Profession (2009-2010)
Chair, Betty Nesvold Women and Politics Award Committee (2009-2010)
Chair, Committee on the Status of Latinos in the Profession (2013-2016)
Member, Committee on the Status of Latinos in the Profession (2003-2006)
Chair, Latino Politics Best Paper Award Committee (2013-2016)

**Journal Editorial Boards**
*Politics, Groups, and Identities* (2017-present)
*Politics & Gender* (2014-2016)

**Manuscript/Book Reviewer:** American Political Science Review; American Politics Research; Journal of Politics; Political Behavior**;** Political Research Quarterly; Politics, Groups, and Identities; Political Psychology; Social Science Quarterly; Politics & Gender; State Politics and Policy Quarterly; Journal of International Migration and Integration; Cultural Diversity and Ethnic Minority Psychology. Cengage Press, CQ Press, Oxford Press, Psychology Press, Routledge Press, Texas A&M Press, Westview Press.

**Professional Association Membership:**
American Political Science Association. Sections: Race/Ethnicity/Politics Section, Elections/Public Opinion/Voting Behavior Section, Political Psychology Section, State Politics/Policy Section, Women/Politics Section; Latino Caucus, Women's Caucus
Midwest Political Science Association: Women and Politics Section, Women's Caucus, Latino Caucus
Western Political Science Association: Women and Politics Section, Women/Gender/Justice Caucus, Latino Caucus.
Southern Political Science Association

**National/Community:**
Member, Advisory Committee for UnidosUS' Latina Wealth Project on the state of Latina's economic security. 2020/2021.
Member, National Advisory Council, "LatinasRepresent", Joint Initiative of Political Parity and National Hispanic Leadership Agenda to promote Latina political leadership. 2014-2016.
Guest Expert, Presidential Gender Watch 2016. Joint Project by the Center for American Women and Politics (CAWP) and the Barbara Lee Family Foundation to track, analyze, and illuminate gender dynamics in election 2016.
Guest Expert, Gender Watch 2018 (CAWP).
Scholar, Scholars Strategy Network (SSN).

<u>**Other Publications**</u>
**U.S. Politics Textbook**
Dautrich, Kenneth, David A. Yalof, and Christina Bejarano. *The Enduring Democracy*, 7th *edition*. 2023. Sage/CQ Press.
Dautrich, Kenneth, David A. Yalof, and Christina Bejarano. *The Enduring Democracy*, 6th *edition*. 2020. Sage/CQ Press.
Dautrich, Kenneth, David A. Yalof, and Christina Bejarano. *The Enduring Democracy*, 5th *edition*. 2018. Cengage Press.

**Encyclopedia Articles**
"The Latino Gender Gap." 2018. In *Latinos in the American Political System: An Encyclopedia of Latinos as Voters, Candidates, and Office Holders*, Editor Jessica Lavariega Monforti. (ABC-CLIO). With Celeste Montoya.
"Citizenship" 2009. In *Political Encyclopedia of U.S. States and Regions*, General Ed. Donald P. Haider-Markel. D.C.: Congressional Quarterly Press.
"Latinos" 2009. In *Political Encyclopedia of U.S. States and Regions*, General Ed. Donald P. Haider-Markel. D.C.: Congressional Quarterly Press.