# EXHIBIT C

| | |
|---|---|
| **From:** | Debbie Cox |
| **Sent:** | Monday, January 25, 2021 5:56 PM CST |
| **To:** | Joe Nuci |
| **Subject:** | RE: City Commission election |

The last day to file for City or School or College board is noon June 1st E

Debbie Cox
Ford County Clerk/Election Officer
(620) 227-4553

**From:** Joe Nuci <joenuci@yahoo.com>
**Sent:** Monday, January 25, 2021 5:23 PM
**To:** Debbie Cox <dcox@fordcounty.net>
**Subject:** City Commission election

Debbie,
 When is the closing date to apply for City Commission and the school board. I thought it was June but someone said April. I just want to be positive as I am talking with People.