# EXHIBIT E

| From: | Brad Ralph |
|---|---|
| Sent: | Thursday, October 15, 2020 7:35 PM CDT |
| To: | Drew Francis |
| CC: | Nick Hernandez |
| Subject: | Re: Letter regarding Law Enforcement Presence at the Polls |
| Attachments: | Outlook-1508531764.png |

**Attorney Client**

On Oct 15, 2020, at 2:09 PM, Drew Francis <drewf@dodgecity.org> wrote:

FYI

**From:** John Hunter [mailto:jhunter@fordcounty.net]
**Sent:** Thursday, October 15, 2020 12:15 PM
**To:** Drew Francis <drewf@dodgecity.org>; Shannon McGee <shannonm@dodgecity.org>
**Subject:** FW: Letter regarding Law Enforcement Presence at the Polls

**From:** Debbie Cox <dcox@fordcounty.net>
**Sent:** Thursday, October 15, 2020 12:05 PM
**To:** 'Glenn I. Kerbs (gkerbs@kerbslaw.com)' <gkerbs@kerbslaw.com>; Bill Carr <bcarr@fordcounty.net>; John Hunter <jhunter@fordcounty.net>; Dale Coleman <dcoleman@fordcounty.net>
**Cc:** Lisa Rueb <LRueb@fordcounty.net>; Erica Acosta <eacosta@fordcounty.net>
**Subject:** FW: Letter regarding Law Enforcement Presence at the Polls

Glenn. Bill, John, Dale
Please see the attached from ACLU
If you can get to the Dodge City PD and make sure that if they are patrolling the polls they cannot do that in marked cars. I cannot have them in uniform except to vote. I have never talked to Dodge City PD but did not know if you have.
Thank you

Debbie Cox
Ford County Clerk/Election Officer
(620) 227-4553

**From:** Lauren Bonds <lbonds@aclukansas.org>
**Sent:** Thursday, October 15, 2020 11:58 AM

DODGE_CITY_0005088

**To:** Debbie Cox <dcox@fordcounty.net>
**Cc:** Sharon Brett <sbrett@aclukansas.org>; Esmie Tseng <etseng@aclukansas.org>
**Subject:** Letter regarding Law Enforcement Presence at the Polls

Good Afternoon Debbie,

Please find attached a letter from the ACLU of Kansas regarding law enforcement presence at polling locations. Do not hesitate to contact us if you have any questions.

Thanks

Lauren


Lauren Bonds
Legal Director
Direct Dial: (913) 490-4114
*Pronouns*: she, her, hers
<Outlook-1508531764.png>
<LEO at polls - Ford County.pdf>

DODGE_CITY_0005089