# EXHIBIT F

ORDINANCE NO. 3715

## AN ORDINANCE ESTABLISHING THE NUMBER OF QUALIFIED ELECTORS SIGNATURE FOR NOMINATION PETITION

Be it Ordained by the Governing Body of the City of Dodge City:

**Section 1:** Any person desiring to be a candidate for city office must file a declaration of intent to become a candidate with the county election officer on or before 12:00 p.m. on June 1. In addition to the declaration of intent to become a candidate, each candidate must also deliver to the county election officer either a filing fee or a nomination petition signed by a number of qualified electors as established in Section 2 or this ordinance.

**Section 2:** The number of qualified electors established to sign a nomination petition for a candidate for City Commission equal to 1% of the ballots cast and counted at the last general city election or 50, whichever is less.

**Section 4:** EFFECTIVE DATE. This ordinance shall take effect and be in force from and after its publication in the official City newspaper.

Passed by the governing body of the City of Dodge City, Kansas, and approved by the Mayor this 20th day of May, 2019.

Brian Delzeit, MAYOR

ATTEST:

Nannette Pogue, CITY CLERK



CITY HALL
P.O. Box 880
Dodge City, KS 67801-0880
Phone: 620/225-8100
FAX: 620/225-8144
TTY: 620/225-8115
www.dodgecity.org

# CERTIFICATE

I, Nannette Pogue, City Clerk for the City of Dodge City, Kansas, hereby certify that the attached is a true and correct copy of the City of Dodge City Ordinance No. 3715 as adopted by the Governing Body on the 20th day of May 2019.

**IN WITNESS MY HAND AND THE SEAL OF THE CITY OF DODGE CITY, KANSAS, THIS 24TH DAY OF MAY 2019.**

*Nannette Pogue*
Nannette Pogue, City Clerk





# CHARTER ORDINANCE NO. 40

A CHARTER ORDINANCE EXEMPTING THE CITY OF DODGE CITY, KANSAS, FROM THE PROVISIONS OF L. 2015, CH. 88, SEC. 11, RELATING TO THE CITY MANAGER FORM OF GOVERNMENT, ELECTION CYCLES AND REPEALING CHARTER ORDINANCES NOS. 15, 16, 18, 19 AND 22. .

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY, KANSAS:

**WHEREAS,** on the 13th day of January, 1970 the citizens of the City of Dodge City, Kansas, adopted by a majority vote the **commission-manager** form of government;

**WHEREAS,** the Kansas Legislature passed L. 2015, ch. 88 (H.B. 2104), which amended and transferred the statutory provisions for the **commission-manager** form of government, and L. 2015, ch. 88, sec. 8(a) states that a city shall continue to operate under its current form of government if established at an election until such time that the city's form of government is changed;

**WHEREAS,** the statutory provisions for the **commission-manager** form of government have been recodified in L. 2015, ch. 88, sec. 11;

**WHEREAS,** L. 2015, ch. 88, sec. 8(b) states that all existing ordinances and charter ordinances relating to a city's form of government shall remain in effect until amended or repealed by such city;

**WHEREAS,** the City of Dodge City, Kansas, wishes to exempt itself from provisions within L. 2015, ch. 88, sec. 11.

THEREFORE, BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY, KANSAS:

**Section 1.** The City of Dodge City, Kansas, by the power vested in it by Article 12, Section 5 of the Kansas Constitution hereby elects to and does exempt itself and make inapplicable to it the provisions of L. 2015 ch. 88 sec. 11, K.S.A. 13-1702 and K.S.A. 13-1708 that apply to this City, but are parts of enactments which do not apply uniformly to all cities.

**Section 2.** The City of Dodge City, Kansas, continues to operate under the **commission-manager** form of government and pursuant to all existing ordinances and charter ordinances relating to its form of government.

**Section 3.** Those Governing Body positions with terms that would have expired in April 2017, shall expire on the second Monday in January of 2018, when the city officials elected in the November 2017 general election take office. Those Governing Body positions with terms that would have expired in April 2019, shall expire on the second Monday in January of 2020, when the city officials elected in the November 2019 general election take office.

Those Governing Body positions with terms expiring in April 2016, shall expire on the second Monday in January of 2018, when the city officials elected in the November 2017 general election take office. Those Governing Body positions with terms expiring in April 2018, shall expire on the second Monday in January of 2020, when the city officials elected in the November 2019 general election take office.

**Section 4.** The Governing Body shall consist of a five (5) commissioners to be elected to terms as set forth herein. The **commissioners** shall be residents and qualified electors of the City of Dodge City, Kansas.

**Section 5.** City general elections shall take place on the Tuesday succeeding the first Monday in November 2017. Succeeding City general elections will be held every two (2) years for all such Governing Body positions whose terms have expired. At succeeding City general elections there shall be elected two (2) commissioners for a four-year term and one (1) commissioner for a two-year term. The candidates receiving the largest and second largest number of votes shall be elected for four-year terms, and the candidate receiving the third largest number of votes shall be elected for a two-year term.

**Section 6.** In accordance with K.S.A. 25–205, and amendments thereto, any person may become a candidate for city office elected at large by having had filed on their behalf, a nomination petition or a declaration of candidacy, accompanied by any fee required by law. The nomination petition must be signed by fifty (50) of the qualified electors of the City of Dodge City.

**Section 7.** All elections for the City of Dodge City, Kansas shall be nonpartisan.

**Section 8.** Charter Ordinances No. 15, 16, 18, 19 and 22 of the City of Dodge City, Kansas are hereby repealed.

**Section 9.** Chapter VI Sections 6-102, 6-103 and 6-201 of the City Code are hereby repealed.

**Section 10.** Chapter I Section 1-402 of the City Code is hereby repealed.

**Section 11.** This Charter Ordinance shall be published once each week for two (2) consecutive weeks in the official city newspaper.

**Section 12.** This Charter Ordinance shall take effect sixty-one (61) days after the final publication unless a sufficient petition for a referendum is filed, requiring a referendum to be held on the ordinance as provided by Article 12, Section 5, Subsection (c)(3) of the Constitution of the State of Kansas, in which case this Charter Ordinance shall become effective upon approval by the majority of the electors voting thereon.

Passed by the Governing Body, not less than two-thirds of the members elect voting in favor thereof, this 2nd day of May, 2016.

_Joyce Warshaw_
Mayor

Attest:



City Clerk
[SEAL]

27

ORDINANCE NO. 3627

AN ORDINANCE DEALING WITH ELECTIONS; AND AMENDING AND REPEALING CERTAIN SECTIONS OF CHAPTER VI OF THE CODE OF THE CITY OF DODGE CITY, KANSAS

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY:

Section 1: Section 6-101 of the Code of the City of Dodge City is hereby amended to read as follows:

**6-101. ELECTION OF GOVERNING BODY.**

General city elections will take place on the Tuesday following the first Monday of November, 2017. At said general city election there shall be elected two (2) commissioners for a four-year term and one (1) commissioner for a two-year term. The candidates receiving the largest and second largest number of votes respectively, shall be elected for four-year terms and the candidate receiving the third largest number of votes shall be elected for a two-year term. At succeeding general city elections to be held on the Tuesday following the first Monday in November in odd-numbered years, there shall be elected two (2) commissioners for four-year terms, and one (1) commissioner for a two-year term. The candidates receiving the largest and second largest number of votes respectively, shall be elected for four-year terms and the candidate receiving the third largest number of votes shall be elected for a two-year term.

**Section 2: Sections 6-102, 6-103 and 6-201 of the Code of the City of Dodge City are hereby repealed.**

Section 3: This ordinance shall be effective on May 2, 2016, and following the publication of the summary ordinance once in the official city newspaper.

*[signature]*
Mayor

Attest:

*[signature]*
Nannette Pogue, City Clerk



**City of Dodge City**

CITY HALL
P.O. Box 880
Dodge City, KS 67801-0880
Phone: 620/225-8100
FAX: 620/225-8144
TTY: 620/225-8115
www.dodgecity.org

January 17, 2014

Sharon Seibel          (E-mailed and mailed this date)
Ford County Clerk
100 Gunsmoke
Dodge City, KS  67801

Nannette Pogue
City Clerk
P.O. Box 880
Dodge City, KS  67801

Ladies:

    Pursuant to a request from the Kansas Secretary of State's office, you have asked me as City Attorney to provide my legal opinion regarding the following question related to length of the term of office of an appointed City Commissioner. The facts which initiated the request are as follows:

    At the last regular city commission election, which was held in April 2012, Michael Weece was elected to a four year term on the City Commission, which term would have expired in April 2016. Shortly after the election Mr. Weece resigned from his commission position when he relocated to Topeka. Pursuant to the provisions of KSA 25-2117 the remaining four commission members unanimously appointed Joyce Warshaw to fill the vacancy created by Mr. Weece's resignation. The question referred to me as city attorney by the Secretary of State's office is whether Mrs. Warshaw must stand for election at the upcoming City Commission election in April of 2014, or does her appointment to Mr. Weece's four year position run until the expiration of that position term in 2016?

    The City of Dodge City has been for many years, and continues to be, a city of the first class operating under a commission-manager form of government. The City's present population is approximately 28,000 residents. As such, the City's organizational structure and election procedures are impacted by several statutory provisions, including the provisions of KSA 12-1001 *et seq.* which deal with the implementation of the Commission–Manager form of government, as well as KSA 25-2101 *et seq.* which establishes regulations for City elections in general.

    After carefully reviewing the statutes regarding the filling of a city commission position in the event of a vacancy, I can find no statutes applicable to cities of the first class with the



Commission–Manager form of government which addresses the issue involved in your request. For example, KSA 25-2117 provides that the vacancy is filled through an appointment by the remaining members of the governing body, which is the procedure which was followed in this case. This statute, however, does not address the length of the term of the appointee, nor does the statutory language suggest the need for a mid-term election in order to fill the remaining balance of the four year term.

In reviewing the various statutory provisions of KSA chapters 12, 13, and 25 dealing with the filling of commission vacancies in cities of the first class, I find no language which would indicate that the appointee is to serve anything other than the remainder of the balance of the unexpired term to which he/she has been appointed.

In reviewing attorney general opinions related to the issue there are several opinions referring to KSA 13-1806, which statute provided that the appointed member would serve "until the next city election." The Attorney General opined that the appointed member must stand for election at the next city election even though the term of the vacant office had not expired at the time of said election. The Attorney General ruled that the reference in the statute to the phrase the "next election" evidenced a legislative intent that the balance of the unexpired term was to be filled by a mid-term election. However, KSA 13-1806 was repealed by the legislature in 1998 and no similar statute currently exists.

Several of the forgoing statutes are not uniform in their application and therefore are subject to modification or exemption by adoption by the city of a charter ordinance. I have also reviewed the City's Charter Ordinances related to the terms of the governing body and the election process. In 1977 the City adopted Charter Ordinance No. 16. This ordinance is still in effect and basically provides that there shall be five members of the governing body and sets out the schedule for elections whereby two candidates are elected for four year terms and one for a two year term at each regular city election. This ordinance was amended in 1980 by Charter Ordinance No. 22, but only to establish that each city election would be held on the first Tuesday of the month of April, in even numbered years.

After reviewing the current statutes, the limited number of relevant cases, the attorney general opinions, and the city ordinances and Charter Ordinances currently in place, I can find no authority requiring, or allowing, the term of a properly appointed member of the governing body to be required to stand for election until such time as the four year term to which said person has been appointed has expired. Consequently, it is my opinion that Ms. Warshaw is not required to stand for election in the April 2014 regular city election.

Respectfully Submitted,

Ken W. Strobel
City Attorney

Cc:  Glenn Kerbs
     Joyce Warshaw

CHARTER ORDINANCE NO. 22

A CHARTER ORDINANCE AMENDING THE PROVISIONS OF CHARTER ORDINANCE NO. 16, BY PROVIDING FOR THE HOLDING OF MUNICIPAL ELECTIONS ON THE FIRST TUESDAY OF APRIL, IN EVEN NUMBERED YEARS

WHEREAS, the Governing Body of the City of Dodge City did, on January 3, 1977, adopt Charter Ordinance No. 16, pursuant to authority granted to the City of Dodge City, by Article 12, Section 5, of the Constitution of the State of Kansas, and did in said Charter Ordinance No. 16, exempt itself from and make inapplicable to the City of Dodge City, the Provisions of K.S.A. 12-1004, 13-1702, 13-1706, abd 13-1708, and adopted additional and substitute provisions as more fully set out in said ordinance, Charter Ordinance No. 16; and

WHEREAS, it is now the desire of the Governing Body of the City of Dodge City, to amend the provisions of Section 3, of said Charter Ordinance No. 16.

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY:

SECTION 1: The provisions of Section 3, of Charter Ordinance No. 16, adopted by the Governing Body of the City of Dodge City, on January 3, 1977, are amended by the provisions of this Charter Ordinance.

SECTION 2: All regular City elections in the City of Dodge City shall be held on the first Tuesday of the month of April, in even numbered years.

SECTION 3: Charter Ordinance No. 16, shall remain in full force and effect except only as said Charter Ordinance No. 16, is modified and amended by Section 2, of this Charter Ordinance and subject to the amendment provided for in this ordinance, Charter Ordinance No. 16 is affirmed and ratified.

SECTION 4: This ordinance shall be published once each week for two consecutive weeks in the official City paper as provided by law.

SECTION 5: This is a Charter Ordinance and shall take effect sixty-one (61) days after the last publication thereof unless a sufficient petition for a referendum is filed and a referendum held on this ordinance as provided by Article 12, Section 5, Subdivision (c) (3), of the Constitution of the State of Kansas, in which event this ordinance shall become effective only if approved by a majority of the electors voting thereon.

Passed by the Governing Body of the City of Dodge City and approved by the Mayor, not less than two thirds of the members elect of said Governing Body voting in favor of this ordinance, this 14th day of January, 1980.

Richard L. Brownrigg
Richard L. Brownrigg
Mayor

ATTEST:

Ron Thornburg
Ron Thornburg, City Clerk

18

## CHARTER ORDINANCE NO. 16

A CHARTER ORDINANCE EXEMPTING THE CITY OF DODGE CITY FROM THE PROVISIONS OF KSA 12-1004, 13-1702, 13-1706 AND 13-708 AND PROVIDING SUBSTITUTE AND ADDITIONAL PROVISIONS ON THE SAME SUBJECT RELATING TO THE NUMBER OF COMMISSIONERS OF THE CITY OF DODGE CITY, THEIR TENURE AND ELECTION AND REPEALING CHARTER ORDINANCE NO. 7.

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF DODGE CITY:

SECTION 1: In accordance with the authority granted by Article 12, Section 5, of the Constitution of the State of Kansas, the City of Dodge City, hereby elects to exempt itself from and to make inapplicable to the City of Dodge City, KSA 12-1004, 13-1702, 13-1706 and 13-1708 and provide substitute and additional provisions as are contained in this ordinance. The provisions of the above mentioned statutes apply to the City of Dodge City, but do not apply uniformly to all cities in Kansas.

SECTION 2: The Governing Body of the City of Dodge City shall consist of five (5) commissioners.

SECTION 3: At the regular city election to be held on the second Tuesday of April, 1978, there shall be elected two (2) commissioners for a four (4) year term and one (1) commissioner for a two (2) year term. The candidates receiving the largest and second largest number of votes respectively, shall be elected for four (4) year terms and the candidate receiving the third largest number of votes shall be elected for a two year term. At succeeding regular city elections to be held on the second Tuesday in April in even numbered years, there shall be elected two (2) commissioners for four (4) year terms, and one (1) for a two (2) year term. The candidates receiving the largest and second largest number of votes respectively, shall be elected for four (4) year terms and the candidate receiving the third largest number of votes shall be elected for a two (2) year term.

SECTION 4: Charter Ordinance No. 7, of the City of Dodge City is hereby repealed.

SECTION 5: This ordinance shall be published once each week for two consecutive weeks in the official City paper as provided by law.

SECTION 6: This is a Charter Ordinance and shall take effect sixty-one (61) days after the last publication thereof unless a sufficient petition for a referendum is filed and a referendum held on the ordinance as provided by Article 12, Section 5, Subdivision (c)(3), of the Constitution of the State of Kansas in which event the ordinance shall be come effective only if approved by a majority of the electors voting thereon.

Passed by the Governing Body and approved by the Mayor not less than two-thirds of the members elect thereof voting in favor of this ordinance, this 3rd day of January, 1977.

ATTEST: Ron Thornburg
City Clerk

Donald R. Barber
Mayor

AMENDED - C.O. #22
1-14-80