# EXHIBIT G

# Commission Update
# January 6, 2019

1. I just wanted to say thank you for your support and let you know that I truly appreciate your patience over the last few weeks.  Our regular meetings will start again this week.  Again, I can't thank you enough.   If there is anything in specific that you would like an update on, please do not hesitate to let me know.
2. On the agenda for Monday in the visitors section, is Larry Durr.  Mr. Durr has had many complaints over the years regarding his neighbors and usually traffic issues with them.  His concern at this time is a young driver speeding as he heads off to school.  The Police Department have increased their monitoring of this area, however, the time frame that is most concerning to Mr. Durr is a very busy time for the Department.  The days that we were able to monitor the situation, there has not been an infraction.
3. As you probably noticed, the Mayor/Vice-Mayor election is on the agenda for this week since Kent and Joyce will both be out of town for our second meeting.
4. Staff has been working on the Prime on 9 lease agreement.  I will need to visit with each one of you regarding the terms of this agreement to gauge your opinions on this matter.  I will have a summary for each of you at our individual discussions meetings this week.
5. We have moved closer to starting our RINS revenue.  Staff and our consultants worked over time at the end of the year to be able to count our end of year production as a quarter towards our requirements.  It appears at this time, they have been successful.  With this approval, we must complete quality audits and if we are successful with that last steps our sale of Rin's can begin at the beginning of the 2nd quarter, instead of the 3rd quarter, which is obviously significant for us financially.  Kudos go to the group consultants, Jacobs staff and our staff!!
6. I believe at this time, the Southwest Kansas Chamber trip to Washington DC will be 3/30 - 4/2.  I should find out more in the next couple of weeks.
7. Ernestor has worked with Debbie Cox and has been assured that Hoover will become a permanent site for voting.  I would let this be announced by the County, but I wanted you to be aware.  I have also asked Ernestor to set up a meeting with Debbie and Dr. Dierksen to discuss availability of their facilities.
8. The work on the Rib Crib agreement is back in their hands.  We are awaiting their response to what we think is a final agreement.
9. I will be at Garden City Tuesday afternoon for a presentation to Matt Allen from KACM.

DODGE_CITY_0001765