# EXHIBIT J



SHARON SEIBEL
FORD COUNTY CLERK
100 GUNSMOKE
DODGE CITY, KS 67801
620-227-4553
sseibel@fordcounty.net

July 13, 2011

County Commissioners

RE:  Department of Justice

On June 29, 2011 I received by fax from the US Department of Justice a long letter requesting a lot of information from Elections going back to 2000.

I have spoken with Brad Bryant, State Election Director, office of the Secretary of State, about this request and he has shared it with their attorney's and Secretary Kobach.  The most I got out of them was "perhaps I could charge DOJ for the time it would take to produce this information and maybe that would make them back off some" and to ask them for sure if they wanted "all" elections or just Federal since they usually deal with just Federal issues.

As you know the Clerk's office has been under the watchful eye of the Department of Justice since 2002 with them visiting the Civic Center at almost every election held since that time.  I know that telling them they have to pay for this information will only add fuel to the fire so I am not comfortable with doing that.  I did call Ms. Meza and ask which elections they want the information for and she said "all'.  I asked her why they would need so much back information and she stated that they are conducting research under Section 2 of the Voting Rights Act which has to do with the dilution of minority populations in voting precincts.

When I was at the IACREOT conference I attended a seminar that was presented by an attorney, Mr. Bruce Adelson, who is a former employee of the Department of Justice, Voting Rights Division, and is now a Federal Compliance Consultant in private practice.  After the seminar I spoke briefly with him about the attention my office has been receiving since 2002.  After discussing what had been going on in Ford County, he gave me his card and said he would be glad to discuss any of these things.  Little did I know at that time that when I returned I would have this request waiting for me.

I have e-mailed Mr. Adelson this week and given him a copy of the request.  He has set up a free consultation with me on Friday, July 15 at 10 A.M.  I don't know if this will go any further, but I do believe that he is a resource to help me stay ahead of the DOJ and get them the information they need.

I am asking your permission to explore Mr. Adelson's suggestions and if necessary to enter into an agreement for his services.  I only have 30 days to comply with this request.

DODGE_CITY_0004145

I would like to discuss this matter with you today, if possible and get your direction.

I have also e-mailed this information to Mr. Glenn Kerbs, but have received no response from him yet.

Thanks,

Sharon

DODGE_CITY_0004146