# EXHIBIT K

# Invoice

December 21, 2011

From:
Bruce L. Adelson, Esq.
Federal Compliance Consulting LLC
11808 Becket Street
Potomac, MD 20854
badelson1@comcast.net
301-762-5272 voice
240-536-9192 fax

To:
Sharon Seibel
Ford County Clerk and Election Officer
100 Gunsmoke, 4th Floor
Government Center
Dodge City, KS 67801

Invoice Number: FordCtyDodge122111

For: Consultation and specialty services concerning U.S. Department of Justice Voting Rights
Act Section 2 Investigation of Dodge City, Kansas

**Federal Compliance Consulting LLC Professional Services: 18.5 hours @ $300.00
per hour = $5,550.00
Hispanic Citizen Voting Age Census Data Retrieval and Analysis = $2,500.00**

### Total DUE: $8,050.00- PLEASE PAY THIS AMOUNT

### Please make your check payable to Federal Compliance Consulting LLC

Federal Compliance Consulting LLC Services rendered during invoice billing period,
November 1 - November 30, 2011:

Email correspondence with Ford County; Teleconferences with Professor Daniels about Dodge
City Section 2 investigation - NO CHARGE; Teleconference with Dodge City officials;
Research Dodge City Section 2 issues; and Conduct Dodge City Section 2 investigation and
research

### Payment is Due Within 30 Days of Invoice Date

### Thank You for Your Prompt Payment

DODGE_CITY_0004128