# EXHIBIT M

RESOLUTION NO. 2023-15

A RESOLUTION AMENDING RESOLUTION NO. 2010-19 FOR THE PURPOSE OF ADDING ADDITIONAL REPRESENTATIVES TO THE CULTURAL RELATIONS ADVISORY BOARD.

WHEREAS, on June 21st, 2010, the Governing Body of the City of Dodge City adopted Resolution 2010-19, which created and established a City appointed Cultural Relations Advisory Board to act in an advisory capacity to the Governing Body of the City, and as otherwise requested, to insure the implementation of the purposes therein; and

WHEREAS, Dodge City continues to consist of a diverse and dynamic population, representing several major ethnic groups; and

WHEREAS, the principals of representative democracy require that the interest of all people be heard and considered in the establishment and administration of ordinances and policies, and in the general governing of the City; and

WHEREAS, Catholic Charities of Southwest Kansas plays an important role in serving refugee and immigrant community members; and

WHEREAS, having an additional at-large member would allow greater representation from the general public; and

WHEREAS, it is the policy of the City of Dodge City to promote and foster goodwill, and through cooperation and conciliation among all groups and segments of the population, to eliminate and prevent within its boundaries discrimination, segregation or separation because of race, color, national origin or ancestry.

NOW THEREFORE, BE IT RESOLVED, by the Governing Body of the City of Dodge City, Kansas:

Resolution No. 2019-10 is hereby amended and restated in its entirety and shall provide as follows:

SECTION I. That it is advisable, desirable, and will be to the overall benefit of the City of Dodge City, Kansas, to create and establish a City appointed Cultural Relations Advisory Board, (hereinafter referred to as "The Board") which shall act in an advisory capacity to the Governing Body of the City, and as otherwise requested, so as to ensure the implementation of the purposes herein below set forth.

BE IT FURTHER RESOLVED that:

1. The purpose of the Cultural Relations Advisory Board is to advise the City Commission related to or affecting minority communities within Dodge City, to monitor the policies

and practices of the City of Dodge City to issue fair and equitable application, and to act as a resource for intercultural awareness, education, and celebration among all people.

2. That the members shall be composed of eleven representatives, appointed for three (3) year terms by the Mayor of the City with the advice and consent of the City Commission, provided that when initial appointments are made, three (3) shall be for terms which expire January 31, 2011; three (3) shall be for terms which expire January 31, 2012; and three (3) shall be for terms which expire January 31, 2013. The two additional appointments shall be for three (3) year terms, provided that when initial appointments are made, one (1) shall be for a term which expires January 31, 2025; and one (1) shall be for a term which expires January 31, 2026. Thereafter, all appointments shall be for three (3) years.

3. Membership on the Board will be represented from each of the following:
    Cargill Meat Solutions – One (1) representative
    National Beef Packing – One (1) representative
    Dodge City Ministerial Fellowship – One (1) representative
    United Way of Dodge City – One (1) representative
    USD #443 – One (1) representative
    Dodge City Community College/Adult Learning Center – One (1) representative
    United Methodist Western Kansas Mexican American Ministries – One (1) representative
    Dodge City Area Chamber of Commerce – One (1) representative
    Catholic Charities of Southwest Kansas – One (1) representative
    At large – Two (2) representatives.

4. Organizations and groups that represent cultural relations interests will be included on the agenda of the monthly meetings.

5. The Board shall convene in a place and time designated by a vote of the members. At such meeting, the Board shall elect a chairperson for an initial term which expires January 31, 2011, and thereafter for a term of one (1) year, and may elect other officers, adopt bylaws, and determine the time and place for future meetings. A quorum shall consist of six (6) members.

6. The City Manager shall appoint a staff representative to the Board. The staff representative shall assist the Board in the performance of its duties, keep a record of the proceedings of the Board, and notify members of the date, time, and place of meetings of the Board.

7. The Board shall act in an advisory capacity and its function shall be to further amicable relations among the various segments of the population which comprise the City of Dodge City; to help preserve and further the good name of the City for tolerance and fairness and to promote better relations among its people; to help make it possible for each citizen to develop talents, abilities, and opportunities without limitations. The Board shall advise the Governing Body on problems affecting human and intergroup

relations; may make studies, surveys, and investigations to provide accurate data for orderly and constructive community development and recommend such measures that are deemed necessary to carry out such recommendations; consult with and coordinate efforts among agencies, both public and private, such as local businesses, schools, law enforcement agencies, social welfare organizations, youth and senior groups, and other similar groups which function in the field of human relations. The Board may utilize the resources of individuals and groups towards the improvement of intergroup relations, enlist all potential community forces in an effort to make more secure and to extend democratic rights, opportunities and practices, and influence and encourage community support for educational programs and appropriate legislation designed to combat those misconceptions, prejudices, and untruths which tend to set group against group, reduce tensions created by ignorance and bigotry, and eliminate discriminatory practices arising from prejudice. The Board may recommend to the Governing Body human relations policies, procedures, and programs.

8. The Board, with the prior approval of the Governing Body, may expend funds, may accept contributions from any persons or governmental unit to assist in their efforts, and may enlist the cooperation, including the financial assistance of private, charitable, religions, labor, civic, or benevolent organizations for the purposes set forth. All funds shall be received and disbursed in the name of the City of Dodge City, Kansas. A budget provision for such receipts and expenditures shall be made part of the City's operating budget.

9. The Board shall report and make recommendations to the Governing Body of the City of Dodge City at regularly scheduled meetings of the Governing Body not less than twice each calendar year commencing in 2011.

SECTION II. That this resolution shall be effective on the date approved and adopted below.

APPROVED AND ADOPTED by the Governing Body of the City of Dodge City, Kansas, this __17th__ day of __April__, 2023.

ATTEST:

_____
Connie Marquez, City Clerk

_____
Joe Nuci, Vice Mayor