# EXHIBIT N

# WELCOMING PLAN – IMPLEMENTATION REPORT

The City of Dodge City's Strategic Plan for Welcoming and Integration (Welcoming Plan) was completed in February 2022 after a year-long community outreach and engagement process. Before its completion, many of the recommendations in the Welcoming Plan were underway with the City's Cultural Relations Advisory Board (CRAB) leading efforts to implement the Welcoming Plan.

In August 2022, the City of Dodge City hired an Immigrant and Refugee Affairs Intern to organize and facilitate activities related to the implementation of the plan. As the only staff person dedicated solely to this project, the intern was responsible for implementing recommendations which include improving current programs and initiatives and introducing new programs and initiatives with the goal to make Dodge City more welcoming for newcomers.

In October 2022, CRAB prioritized the Welcoming Plan recommendations for implementation. The results of this survey can be found at Welcoming Plan CRAB Survey Results.pdf. In February 2023, CRAB created one goal in each pillar to inform implementation of the prioritized recommendations. The Implementation Metrics spreadsheet can be found at ..\Welcoming Plan Implementation Metrics.xlsx.

A summary of the actions taken by CRAB (and suggestions for further work) to implement the Welcoming Plan can be found below. They are organized by pillar and recommendation and include links to relevant documents and resources. A star beside a recommendation denotes that this recommendation was ranked as the highest priority within that pillar.

## EQUITABLE ACCESS AND OPPORTUNITY

I. ★ Language Access

- As part of the efforts to implement the Language Access recommendation, a draft Language Access Plan template and associated tools were created. Conversations with key entities and organizations are in the works to encourage implementation of a plan.

A thorough summary of implementation work can be found at Language Access Plan\Language Access Plan Summary.docx

- *Suggested Activity.* A Language Access landing page should be created on the Dodge City webpage that summarizes the purpose and importance of a LAP, includes links to LAP templates, includes links to language access resources, and highlights organizations who are conducting language access work. This landing page should also include the City's own efforts and a public version of City's LAP.

## II. Diverse Community Ambassadors

- Thorough work has not yet been conducted to implement this recommendation; however, a preliminary list of contacts can be found at ..\..\Community Contacts.xlsx

## III. Connect Communities

- Dodge City has celebrated Welcoming Week since 2013. During this week, the City and CRAB host an event to celebrate our community and reiterate our commitment to welcoming.
- Dodge City International Festival is held annually during National Welcoming Week to celebrate Dodge City's diversity, ethnicities, and cultures. The first festival was held in 2019 and has been held annually since then (minus in 2020 due to COVID). See more at ..\..\Events and Programs\Welcoming Week Events\Welcoming Week Implementation Report.docx
- The Crossroads Kitchen was a new event held as part of the International Festival 2022 where members of our international community shared their culture with community members through food and stories. 10 countries from Latin America, East Asia, Africa, and Eastern Europe were represented at the event. Crossroads Kitchen was made possible due to a grant from the Community Foundation of Southwest Kansas and an in-kind donation of beef from Cargill.
    - Pictures from the Crossroads Kitchen 2022 were used as marketing materials for the International Festival 2023. Postcard-esque graphics were created that depicted each booth and included a description of the food served. See more at https://www.canva.com/folder/FAFSDJrf8sw

DODGE_CITY_0014950

Welcoming Plan Implementation Report                              Last Updated: 18 May 2023

- Through a grant from Humanities Kansas, the 2022 Crossroads Kitchen event was videoed and subsequently premiered in June 2023. Latin American Literature and Food scholar Rocio Del Aguilar, PhD. was part of the video and present at the premiere to speak about food and way it brings people from various cultures together. The premiere took place at Boot Hill Museum at the same time the museum was showing the Mexican Village exhibit.
    - See more at ..\..\Events and Programs\Welcoming Week Events\Crossroads Kitchen Premiere

## IV. Technology Access

- Thorough work has not yet been conducted to implement this recommendation.

## V. Public Transportation

- The City of Dodge City offers fixed routes, door-to-door, and regional demand bus services for the Dodge City community. Transit is offered Monday-Friday from 6 am to 6 pm.
- The City of Dodge City has received a grant to expand the walking trails on east Comanche St and in South Dodge as well as a grant to create a Comprehensive Safety Action Plan.

## VI. Local Initiatives

- In addition to hosting an open-to-the-public Engage Dodge in Spring, the City of Dodge City held a bilingual Engage Dodge in Fall 2022 in partnership with the English for Speakers of Other Languages & Diversity (ESOL & Diversity) program and the DCCC Adult Learning Center. Five 2-hour long sessions were held and introduced 30 participants to the various departments and services the City provides. See more at ..\..\Events and Programs\Engage Dodge\Engage Dodge 2022
- The City of Dodge City is planning to host a bilingual Engage Dodge tailored specifically for the recipients of the Naturalization Scholarship. These 19 attendees will attend the program, which is set to take place in September 2023. See more at ..\..\Events and Programs\Refugee + Immigrant Integration\Naturalization Scholarship\Naturalization Scholarship Implementation Report.docx

DODGE_CITY_0014951

Welcoming Plan Implementation Report                                  Last Updated: 18 May 2023

# CIVIC ENGAGEMENT

I.  ★ Get Out the Vote

- The City of Dodge City has provided free transportation for Dodge City voters to the Government Center and polling place locations since 2018.
- The City of Dodge City made 6 posts about voting in lead up to the 2022 General Election.  Posts began 3 weeks before Election Day and shared information about the Street Sales Tax, where to locate your polling location, times for Early Voting , etc.
- As part of the efforts to implement the GOTV/Local Leadership recommendation, CRAB has created a Civic Engagement Plan that lays out efforts to encourage Dodge City voters to get civically engaged.
    - See more at Civic Engagement\Implementation

II. Census Surveys

- A committee composed of City staff and community members was formed to increase 2020 Census participation in Dodge City and Ford County.  The committee held virtual events like Censoteria (loteria but Census information) , visited community centers, and posted videos to the Facebook page.

III. Civic Mentorship Programs

- Thorough work has not yet been conducted to implement this recommendation.

IV. ★ Local Leadership

- As part of the efforts to implement the GOTV/Local Leadership recommendation, CRAB has created a Civic Engagement Plan that lays out efforts to encourage Dodge City voters to get civically engaged.  This plan includes the creation of Local Governing Boards videos, which will describe some of the responsibilities of locally elected leaders.
    - See more at Civic Engagement\Implementation

DODGE_CITY_0014952

Welcoming Plan Implementation Report                                   Last Updated: 18 May 2023

# REFUGEE AND IMMIGRANT INTEGRATION

I. Community Welcome Center

- The City of Dodge City signed a rental agreement with Catholic Charities of Southwest Kansas to lease the southern portion of City Hall (806 N. 2nd Avenue) effective June 1, 2023. This rental agreement will give Catholic Charities more space to hold their services and the opportunity to utilize the space as a physical Welcoming Center.
- The CRAB landing page was updated to feature photos from past events including the Ethnic Photo Exhibit and the New Americans Dinner.
    - *Suggested Activity.* A subpage(s) should be created that features past events. The subpage should include photos and a brief description of the events along with information about any upcoming events.
- *Suggested Activity.* A subpage including the stories and spotlights of immigrants/refugees should be included on the digital site. If funding is available, the physical center should include standing banners or posters of these spotlights.
    - See Recommendation 4.
    - https://unitecloud.org/green-card-voices/.

II. ★ Immigration Legal Assistance

- Mexican Consulate
    - Since Summer 2015, the Mexican Consulate in Kansas City, MO has visited Dodge City to provide mobile documentation services to Southwest Kansas. The Consulate visits Dodge City annually.
- Guatemalan Consulate
    - Since Fall 2022, the Guatemalan Consulate in Oklahoma City, OK has provided mobile documentation services to Southwest Kansas. See more at ..\..\Events and Programs\Refugee + Immigrant Integration\Mobile Consulate Services\Guatemalan Consulate Information.docx
- USCIS Mobile Services
    - US Citizenship and Immigration Services visits Southwest Kansas three times a year (Dodge City annually) to provide mobile interview and biometric services.

5

- USCIS typically hosts a "How to Become a US Citizen" workshop/presentation when they come to provide mobile services.
- DACA Renewal Clinic
    - Starting in 2020, the City of Dodge City has provided twice a year, free DACA Renewal Clinics. These clinics were not provided in 2022, but the goal is to facilitate their return.
- Naturalization Scholarship
    - In 2023, the City of Dodge City offered $400 scholarships to 19 Ford County residents to help pay for the fees related to becoming a US citizen. See more at ..\..\Events and Programs\Refugee + Immigrant Integration\Naturalization Scholarship\Naturalization Scholarship Implementation Report.docx

### III. Immigrant/Refugee Identification Documents

- Thorough work has not yet been conducted to implement this recommendation; however, documentation of IDs used by Guatemalan nationals has been started at ..\..\Events and Programs\Refugee + Immigrant Integration\Mobile Consulate Services\Guatemalan Consulate Information.docx

### IV. Positive Stories and Spotlights

- Through a grant from Humanities Kansas, an ethnic photo exhibit was held to celebrate the various cultural dances and traditions practiced in Dodge City. The exhibit was showcased at the DCCC Library, Final Friday, the 2021 International Festival and is currently housed in City Hall. A digital version can be found on the CRAB landing page.
- *Suggested Activity*: A cookbook should be created that includes recipes from the Crossroads Kitchen. This cookbook is a way to share participants' stories and recipes with those who were not in attendance and to record the contributions of community members.
    - https://welcomingamerica.org/resource/taste-of-belonging-cookbook/
- *Suggested Activity*: Mini-videos of Crossroads Kitchen participants should be created in advance of the event. These short videos will not only highlight members of our community but can be used as marketing materials for the Crossroads Kitchen. These

6

videos will also break down barriers and encourage community members to talk with Crossroads Kitchen participants and learn more about their stories.
- *Suggested Activity:* Permanent/traveling exhibits can be created that feature stories of immigrants/refugees from our community. Community centers such as the Welcoming Center, City Hall, DCPL, DCCC Library, etc. can host a piece of the exhibit and include a QR Code for community members to view the full exhibit.
    - https://unitecloud.org/green-card-voices/.

V. Newcomer and Long-Term Resident Interactions

- Thorough work has not yet been conducted to implement this recommendation.

VI. Inclusive Legislation and Policy

- The Southwest Kansas Coalition approved the 2023 SKC Policy Agenda in December 2022, which was subsequently approved by each member city's City Commission in January 2023. The Policy Agenda includes welcoming policies such as supporting a pathway to citizenship for DACA recipients.
- The City of Dodge City Commission approved the 2023 Legislative Policy in May 2023. The Legislative Policy includes welcoming policies such as supporting driver's licenses for undocumented community members.

## SAFE AND HEALTHY COMMUNITY

I. ★ Healthcare Access

- Genesis Family Health and Alce Su Voz were present at the 2022 and the 2023 Guatemalan Consulate mobile services event and connected community members with health resources and language access information when seeking medical care.
- Throughout 2023, Gensis Family Health has held free, mini-health clinics in conjunction with the Dodge City Public Library to provide health screenings to community members.
- Ford County LHEAT is planning on hosting a free/reduced cost Low Vision Health Fair in August 2023.

DODGE_CITY_0014955

Welcoming Plan Implementation Report                              Last Updated: 18 May 2023

- Ford County LHEAT is planning on creating a program to continuously provide hygiene products to organizations who work with youth who would benefit from having free access to these products.

## II. Mental Healthcare

- Thorough work has not yet been conducted to implement this recommendation.

## III. Disaster Preparedness

- 911 Communications Director Elliot Linke participated in the Fall 2022 Engage Dodge to speak with students from the ESOL & Diversity program and from the Adult Learning Center.  Participants shared with Elliot reasons why immigrant/refugee communities are hesitant to call 911.
- The City of Dodge City worked with Ford County Emergency Management to distribute Warming Shelter information in Spanish as well as English during the Winter storms in December 2022.

# ECONOMIC OPPORTUNITY AND EDUCATION

## I. Child Care

- The Dodge City / Ford County Development Corporation received a grant from the Office of Rural Prosperity to help address gaps in childcare needs.  A Childcare Champion, Jean Dizmang, was hired to provide necessary support and see the project through to completion.  The goal of the project is to build and operate two childcare facilities located in North and South Dodge to provide childcare services during the first and second shift with the intention of expanding services during the third shift.

## II. Banking and Financial Services

- Thorough work has not yet been conducted to implement this recommendation; however, Landmark National Bank has begun to attend CRAB meetings.  Staff should meet with the Landmark National Bank employees to further discuss the implementation of this recommendation.

8

Welcoming Plan Implementation Report                    Last Updated: 18 May 2023

III. ★ Housing Challenges and Opportunities

- Thorough work has not yet been conducted to implement this recommendation; however, it has been suggested that the ESOL & Diversity program participate in the Paint Dodge program to connect the students with members of the community while supporting the program.

IV. Youth Mentorship Programs

- Thorough work has not yet been conducted to implement this recommendation.

V. Professional Recertification

- Thorough work has not yet been conducted to implement this recommendation.

VI. Adult Education

- The Dodge City Community College / Adult Learning Center provides a few courses for adults.
- The Dodge City/Ford County Development Corporation provides workshops and training for community members to learn new skills.
- DCFC DevCorp is working with state universities to offer various post-secondary education opportunities in the fields of communications, marketing, and finance. Current post-secondary programs include a Bachelors and Master of Social Work, Bachelor of Science in Communication Sciences and Disorders, and an RN to BSN program.

DODGE_CITY_0014957