# EXHIBIT O



## City of Dodge City Civic Engagement Efforts:

- Cultural Relations Advisory Board
    o The purpose of the Cultural Relations Advisory Board is to advise the City Commission related to or affecting communities of color within Dodge City, to monitor the policies and practices of the City of Dodge City to issue fair and equitable application, and to act as a resource for intercultural awareness, education, and celebration among all people. Through the Cultural Relations Advisory Board the Strategic Plan for Welcoming and Integration was created.

- Welcoming Dodge City Strategic Plan
    o In partnership with Catholic Charities of Southwest Kansas, the City of Dodge City completed the Strategic Plan for Welcoming and Integration in Dodge City, a plan designed to help position the City of Dodge City to become more welcoming by integrating newcomers in our growing and diverse community.

- International Festival
    o Dodge City International Festival is held yearly during National Welcoming Week to celebrate Dodge City's diversity, ethnicities, and cultures.

- New Americans Dinner

- o In 2021 and 2022, the Cultural Relations Advisory Board and the City of Dodge City held a celebration and dinner to recognize Dodge City residents who had recently naturalized to become United States Citizens.

- Engage Dodge Program
  - o Engage Dodge is an interactive educational opportunity designed to introduce residents to city services, programs, and the employees who serve the Dodge City community.

- United State Citizenship and Immigration Services (USCIS) Mobile Services
  - o USCIS comes to Dodge City and Southwest Kansas throughout the year to provide mobile services (e.g. biometrics) for community members. While here they have provided How to become a citizen of the US Informative Sessions and distributed citizenship preparation materials

- US Naturalization Ceremony
  - o In 2021 and 2022, the City of Dodge City hosted a Citizenship Naturalization Ceremony and welcomed new U.S. citizens at the Boot Hill Casino and Resort Conference Center. I

- Mexican Consulate Mobile Services
  - o The Mexican Consulate in Kansas City, KS comes to Dodge City and Southwest Kansas throughout the year to provide documentation services (e.g. passports, photo IDs, marriage certificates, citizenship for children) to over 300 attendees in one weekend.

2

- Guatemalan Consulate Services
    - In November 2022, the Consulate of Guatemala in Oklahoma City provided documentation services (e.g. passports, photo IDs, marriage certificates, citizenship for children) to over 300 attendees.

- Free Public Transportation to Vote
    - The City of Dodge City offers free rides to Dodge City voters to ensure they can vote. The rides are offered during early voting and on election day.

- United State Citizenship and Immigration Services (USCIS) Naturalization Presentation
    - USCIS has presented to the Dodge City community numerous times on "How to Become a U.S. Citizen." After the conversation, presenters answered questions from attendees and, in one instance, demonstrated what the citizenship interview looks like.

- City of Dodge City Naturalization Scholarship
    - The City will be offering twelve, $400 scholarships to help community members in Ford County pay for United States Citizenship and Immigration Services for fees related to naturalization. The funds were

3

provided through a Gateways for Growth grant that was awarded to the City and Catholic Charities. Local UFCW 2 is also a sponsor that aids through a naturalization clinic.

- Naturalization Clinic
    - In conjunction with UFCW2, the City and Catholic Charities have assisted with annual naturalization clinics to assist individuals with their paperwork for their citizenship process. The City provided staff support for managing the internet connections needed for this as well the laptops for the organizers to use.

- DACA Clinic
    - Since 2020, the City of Dodge City and partners have hosted a free DACA renewal clinic to members of the community.

- Southwest Kansas Coalition (SKC)- Legislative Policy
    - The Southwest Kansas Coalition is made up of the Cities of Dodge City, Garden City, and Liberal (with the City of Hays as an associate member). SKC strongly supports sensible immigration reform including, but not limited to, a permanent solution and pathway to citizenship for DACA recipients.

- Bilingual Pay Increase for City Employees
    - To ensure City services are available in both English and Spanish, the City of Dodge City offers employees with a bilingual pay incentive.

4

- Bilingual Media Posts and Media Releases
    - Since 2022, the City of Dodge City has shared all social media posts and media releases in both English and Spanish to ensure Spanish-speaking members of the community can stay up to date with local information.

5