# EXHIBIT P

| | |
|---|---|
| From: | Ernestor DeLaRosa |
| Sent: | Friday, May 28, 2021 9:39 AM CDT |
| To: | Nick Hernandez; Tanner Rutschman; Melissa McCoy; Corey Keller |
| Subject: | RE: Weekly Update Draft |

I added one item. Thank you!

**From:** Nick Hernandez
**Sent:** Friday, May 28, 2021 9:20 AM
**To:** Tanner Rutschman <tannerr@dodgecity.org>; Melissa McCoy <melissam@dodgecity.org>; Ernestor DeLaRosa <Ernestord@dodgecity.org>; Corey Keller <coreyk@dodgecity.org>
**Subject:** Weekly Update Draft

**Weekly Update for the weeks of 5/28/21**

**Commission Race**
As of this morning there are 9 candidates whom have filed for the 3 eligible positions, if one more individual files that will trigger a primary election which will take place the first Tuesday in August. Please let it be known that if any candidate wishes to learn more about the City prior to the election, I am available to visit with them.

| NAME |
|---|
| Michelle L. Salinas |
| Joseph Nuci |
| Chuck Taylor |
| Blanca Ilean Soto |
| Dayton Rhoten |
| Jan Scoggins |
| Brian Delzeit |
| Michael Burns |
| Jeffery J. Reinert |

**Hilmar Cheese**
There will be several of us visiting Hilmar in Dalhart, Texas next Wednesday. We will be touring their facility and learning more about their wastewater and biogas facilities. Additionally, Ray, Tanner and myself will be in Monahans, Texas to look at a Sulphur capture system. We will be back Friday morning. We are still discussing Hilmar's financing arrangement which has a direct reflection on the development agreement. Until we know which avenue they use, whether IRB's or Statutory Property Tax Exemption, we can not finalize the agreement. They did let us know that they plan to do a groundbreaking this summer, possibly August, with heavy construction to begin early 22.

**Bowling Alley**
The bowling alley has served as a quality of life amenity for over 50 years in Dodge City, with the recent shutdown and possible liquidation of the facility there is substantial interest in exploring public/private

partnerships for the retention of the facility. Ford County Eco/Devo and the City are entering a 60 day agreement with the current owner to explore options. The City will be sending out request for proposals on the facility for a period of 30 days at which time we will meet with administrative staff from USD 443, DCCC, Ford County, City, and Ford County/Eco Devo and bowling advocates to review the proposals. The results will be presented to the proposed partnering governing bodies if there is a viable option for the long term. If not, the City and associated groups can say we took the chance to find a workable solution. As part of the 60 day due diligence period we will have access to the facility, the financials, and she will not liquidate or entertain any other offers. Brad Ralph is currently drafting the agreement and once completed we will present to the owner for final action. The cost of the review period will be $10,000, split evenly between the City and Ford County Eco/Devo. If we proceed with the purchase the $10,000 will ultimately go towards the purchase.

**Budget**
We have been busy all week with departmental budget meetings, currently it seems that there will be little changes/increases to almost all departments with the exception of the salaries and benefits portions of their budgets. Our goal is to keep the mill levy down, however, we will not meet the revenue neutral rate that is published by the County. In initial conversations with the other taxing entities, no entity will remain at the revenue neutral rate.

**New Americans Dinner & Celebration**
The Cultural Relations Advisory Board (CRAB) recently received a grant ($5,000) to celebrate newly naturalized Americans this Fourth of July. As part of this grant, CRAB will host a dinner and will seek the participation of Dodge City residents who have naturalized within the last 24 months. The goal is to recognize and celebrate their accomplishment of becoming Americans. Once the date is confirmed, we will add the event to the Commission calendar and send invitations to all City Commissioners.

**Public Works Projects Update:**
Candletree #6 – Due to the wet weather, the contractor was not able to do any work on the project, except for pumping water.

Ave. K – The contractor was able to do a little bit of work on the project. They placed the second tier curb & gutter on the north leg of the intersection.

US 50 & Gary Ave. Improvements – Not much was done again due to the wet weather. The contractor did dig out some of the remaining asphalt pavement off the highway shoulder.

2020 Asphalt Project – No work was done this week.

Casa del Rio, Street Construction – Due to the wet weather, no work was done.