# EXHIBIT Q

City of Dodge City, KS

Export of Records
Captured by ArchiveSocial

# SMPost Oct.23.2018

Generated by City of Dodge City at 17:48:54 on 1/26/2023 UTC

SMPost Oct.23.2018 generated at 17:48:54 on 1/26/2023 UTC

**Account:** City of Dodge City - Government          **Content type:** Facebook Page - Timeline posts
**Record ID:** 20181023City-of-Dodge-City-GovernmentTimeline-posts80705_1945546208868147



**City of Dodge City - Government**
at 16:07:50 on 10/23/2018 UTC ·

Letter from City of Dodge City Mayor:

Recently, my fellow Commissioners and I, as well as City staff have received many inquiries regarding the election location being relocated. Elections are an issue that falls within the jurisdiction of the Ford County Clerk and/or the Secretary of State. The City of Dodge City has no authority over election issues.

We are very proud of our small but growing diverse community. Our citizens are engaged in all facets of our community including commerce, education, recreation, and politics. With that being said, our citizen's accessibility to exercising their most fundamental right of voting is our utmost concern. So when the Ford County Clerk sent notification of the temporary relocation of the election site due to potential construction at the existing election location at the Civic Center, we agreed to provide assistance by providing a ride door to door via public transportation to anyone who might not have transportation to the new site.

However, we continued to receive inquiries and statements implying that our community voters are being suppressed. It is not our place to agree or disagree, however, we feel it is necessary to share the facts and what we are doing to assist our citizens:

1. City of Dodge City – Public Transportation is offering free door to door rides to and from the polling location on Election Day to those that call and schedule a pickup. Those wishing to utilize the free transportation will need to call and schedule with Dodge City Public Transportation at 620-371-3879

2. The Ford County, Clerk/Elections Office, does provide advanced voting that is taking place currently.
a. In office voting during the weekdays until November 2 from 9:00 a.m. to 4:30 p.m. in the County Clerk's office.
b. On October 30, and November 1 they will have the voting open until 7:00 p.m.
c. On Saturday, November 3 they will have voting open from 10:00 a.m. to 2:00 p.m.
d. On Monday, November 5 they will have voting open from 9:00 a.m. to 12:00 p.m.
e. Registered voters in Ford County may also request a ballot by mail until October 30th.

After you have read this information, if there are still unanswered questions or statements you wish to make, we are certain that the Ford County Clerk and the Kansas Secretary of State would be happy to answer your inquiries as all things "elections" are within their direction and control.

Sincerely,

E. Kent Smoll
Mayor

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Carta del alcalde de la Ciudad de Dodge City:

Recientemente, mis colegas comisionados y yo, así como el personal de la Ciudad han recibido muchas preguntas sobre la ubicación de elecciones que fue reubicada. Las elecciones son un asunto que cae dentro de la jurisdicción de la Secretaria del Condado de Ford y/o el Secretario de Estado. La Ciudad de Dodge City no tiene autoridad sobre temas electorales.

Estamos muy orgullosos de nuestra pequeña pero creciente comunidad diversa. Nuestros ciudadanos están comprometidos en todas las facetas de nuestra comunidad, incluyendo el comercio, la educación, la recreación y la política. Dicho esto, la accesibilidad de nuestros ciudadanos a ejercer su derecho más fundamental de votar es nuestra máxima preocupación. Así que cuando la Secretaria del Condado de Ford envió la notificación de la reubicación temporal del sitio electoral debido a la construcción potencial en el centro cívico, acordamos ser de ayuda proporcionando transporte a través del Transporte Público de la Ciudad a cualquier persona que necesite transporte al nuevo sitio de votaciones.

Sin embargo, continuamos recibiendo preguntas y declaraciones que implican que nuestros votantes

comunitarios están siendo suprimidos. No es nuestro lugar estar de acuerdo o discrepar, sin embargo, sentimos que es necesario compartir los hechos y lo que estamos haciendo para ayudar a nuestros ciudadanos:

1. Ciudad de Dodge City – el Transporte Público de la Ciudad ofrecerá viajes gratuitos de puerta a puerta desde y hacia el lugar de votación el día de las elecciones a aquellos que llamen y agenden su viaje. Aquellos que deseen utilizar el transporte público tendrán que llamar y agendar con el Transporte Público de la Ciudad al 620-371-3879.

2. La Oficina de la Secretaria/de Elecciones del el Condado de Ford, ofrece votación avanzada que actualmente está sucediendo.
a. La oficina de elecciones durante los días laborables hasta el 2 de noviembre está abierta de 9:00 a.m. a 4:30 p.m. en la oficina de Secretaria del Condado.
b. El 30 de octubre y 1 de noviembre la oficina de elecciones estará abierta hasta las 7:00 p.m.
c. El sábado, 3 de noviembre la oficina votaciones estará abierta de 10:00 a.m. a 2:00 p.m.
d. El lunes, 5 de noviembre la oficina votaciones estará abierta de 9:00 a.m. a 12:00 p.m.

d. Los votantes registrados en el Condado de Ford también pueden solicitar una boleta por correo hasta el 30 de octubre.

Después de haber leído esta información, si todavía hay preguntas o declaraciones sin respuesta que desea hacer, estamos seguros de que la Secretaria del Condado de Ford y el Secretario de Estado de Kansas les podrán responder sus preguntas, ya que todas las "elecciones" están dentro de su total control y dirección.

Sinceramente,

E. Kent Smoll
Alcalde

