# EXHIBIT S

## Sharon Seibel

| | |
|---|---|
| **From:** | Bruce Adelson [badelson1@comcast.net] |
| **Sent:** | Monday, July 11, 2011 10:09 AM |
| **To:** | Sharon Seibel |
| **Cc:** | badelson1@comcast.net |
| **Subject:** | RE: DOJ |

Dear Ms. Seibel:

Thank you for your email.

After reading DOJ's letter and your email about Ms. Meza's comments, it appears that DOJ is conducting a preliminary investigation of Dodge City to determine if the City's method of election, such as at-large elections, or the shape and formation of the City's election districts, violate Section 2 of the Voting Rights Act. Section 2 prohibits the dilution of minority voting opportunities.

This investigation may have been triggered by a discrimination complaint or could have been initiated by DOJ, probably by Ms. Meza. The letter may also relate to Dodge City's status under Section 203 of the Voting Rights Act as a jurisdiction required to provide Spanish-language election and voting assistance.

The letter indicates to me that if DOJ determines that a Voting Rights Act violation exists, DOJ will notify Dodge City of its findings and inform the City that it is planning an enforcement action. This could come in the form of what DOJ describes as a Notice Letter. It would be beneficial to Dodge City to conduct its own Section 2 investigation and analysis to stay one step ahead of DOJ.

I would be happy to discuss this matter with you and the implications for Dodge City and Ford County.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Monday, July 11, 2011 10:20 AM

DODGE_CITY_0004114

**To:** BAdelson1@comcast.net
**Subject:** DOJ

Mr. Adelson:

Thank you for sending the information from the seminar at IACEOT.

When I returned to my office on Friday, July 1, I had a request from DOJ for voter lists etc. I thought perhaps they had moved on from Ford County/Dodge City but apparently that isn't the case.

I will attach what they sent me. I thought you might be interested in this since this is an area you are familiar with.

I spoke with Ms. Catherine Meza this morning to try and determine why they want this information and asked her why they would need so much information. Her only response to me is that they are doing research to see if the minority population has been diluted. They are doing this under Section 2 of the voting rights acts. I asked her how looking at a list of registered voters could determine how the minority population was or was not diluted. She just referred back to Section 2 and stated that is was for research.

Thanks,

*Sharon Seibel*

Ford County Clerk
100 Gunsmoke
Dodge City, KS 67801
620-227-4553
sseibel@fordcounty.net

DODGE_CITY_0004115

**Sharon Seibel**

| | |
|---|---|
| **From:** | Bruce Adelson [badelson1@comcast.net] |
| **Sent:** | Monday, July 11, 2011 4:10 PM |
| **To:** | Sharon Seibel |
| **Subject:** | RE: DOJ |

Dear Ms. Seibel:

We could arrange for a teleconference.

How about tomorrow morning at 10 am CDT? If not, how about 10 am your time on Friday? There is no charge for this initial conversation.

I look forward to speaking with you.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Monday, July 11, 2011 2:18 PM
**To:** Bruce Adelson
**Subject:** RE: DOJ

Thank you for your response.

The precinct lines in Ford County and Dodge City are drawn by the County Clerk.  The City of Dodge City does not have any involvement in precinct lines.  I don't think this request would involve the City of Dodge City.  I am the Election Official for Ford County.  Ms Meza did tell me that this about Section 2 not Section 203.

I would like to visit with you on this matter as well.  What is the best way to contact you and discuss this further and I also need to ask if there will be a charge for us to have a conversation about this matter?  Since I am working with taxpayer funds I will need to get approval from the County Commissioners to proceed.

DODGE_CITY_0004116

I want to stay ahead of them, but what they are asking for seems a bit extreme. I know you would have the insight into how to best produce the information they are asking for. I feel like the expertise you have could save me a lot of headaches down the road should DOJ decide that I haven't given them the information they requested.

Dealing with them under Section 203, they never said when we had done things correctly, just that if they found anything wrong we'd get a letter of their findings and it may or may not include fines.

**From:** Bruce Adelson [mailto:badelson1@comcast.net]
**Sent:** Monday, July 11, 2011 10:09 AM
**To:** Sharon Seibel
**Cc:** badelson1@comcast.net
**Subject:** RE: DOJ

Dear Ms. Seibel:

Thank you for your email.

After reading DOJ's letter and your email about Ms. Meza's comments, it appears that DOJ is conducting a preliminary investigation of Dodge City to determine if the City's method of election, such as at-large elections, or the shape and formation of the City's election districts, violate Section 2 of the Voting Rights Act. Section 2 prohibits the dilution of minority voting opportunities.

This investigation may have been triggered by a discrimination complaint or could have been initiated by DOJ, probably by Ms. Meza. The letter may also relate to Dodge City's status under Section 203 of the Voting Rights Act as a jurisdiction required to provide Spanish-language election and voting assistance.

The letter indicates to me that if DOJ determines that a Voting Rights Act violation exists, DOJ will notify Dodge City of its findings and inform the City that it is planning an enforcement action. This could come in the form of what DOJ describes as a Notice Letter. It would be beneficial to Dodge City to conduct its own Section 2 investigation and analysis to stay one step ahead of DOJ.

I would be happy to discuss this matter with you and the implications for Dodge City and Ford County.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.

DODGE_CITY_0004117

**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Monday, July 11, 2011 10:20 AM
**To:** BAdelson1@comcast.net
**Subject:** DOJ

Mr. Adelson:

Thank you for sending the information from the seminar at IACEOT.

When I returned to my office on Friday, July 1, I had a request from DOJ for voter lists etc. I thought perhaps they had moved on from Ford County/Dodge City but apparently that isn't the case.

I will attach what they sent me. I thought you might be interested in this since this is an area you are familiar with.

I spoke with Ms. Catherine Meza this morning to try and determine why they want this information and asked her why they would need so much information. Her only response to me is that they are doing research to see if the minority population has been diluted. They are doing this under Section 2 of the voting rights acts. I asked her how looking at a list of registered voters could determine how the minority population was or was not diluted. She just referred back to Section 2 and stated that is was for research.

Thanks,

*Sharon Seibel*

Ford County Clerk
100 Gunsmoke
Dodge City, KS 67801
620-227-4553
sseibel@fordcounty.net

3

## Sharon Seibel

| | |
|---|---|
| **From:** | Bruce Adelson [badelson1@comcast.net] |
| **Sent:** | Friday, July 15, 2011 2:01 PM |
| **To:** | Sharon Seibel |
| **Subject:** | RE: another question |

Sharon:

You are right about Dodge City. City officials should be involved in the conversation.


Bruce L. Adelson, Esq.
Federal Compliance Consulting LLC
11808 Becket Street
Potomac, MD 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Friday, July 15, 2011 1:54 PM
**To:** badelson1@comcast.net
**Subject:** another question

Another question came to mind after we hung up. Who would the potential litigation target? Ford County or the city of Dodge City? My thought was if the city should be involved in the conversations as well.

*Sharon Seibel*

Ford County Clerk
100 Gunsmoke
Dodge City, KS 67801
620-227-4553
sseibel@fordcounty.net

1

**From:** Bruce Adelson [mailto:badelson1@comcast.net]
**Sent:** Thursday, September 08, 2011 1:35 PM
**To:** Sharon Seibel
**Subject:** Data

Hi Sharon:

Have you heard from DOJ about the materials you are sending them?

In the materials you sent me, there are 8 maps of Dodge City precincts. How are they different?

Also, I will need to send your data to a potential expert(s) to do the analysis. Would you prefer if I spend the time loading the data onto other drives or do you want to do it yourself?

Thank you,

Bruce

Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.

DODGE_CITY_0004120

**From:** Bruce Adelson [mailto:badelson1@comcast.net]
**Sent:** Friday, September 09, 2011 4:03 PM
**To:** Sharon Seibel
**Subject:** RE: Data

Thanks, Sharon.

Please send two drives with the data. Please include all data that you have sent, and will send, to DOJ. If the drives include anything different from what you already sent me, please let me know.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting LLC
11808 Becket Street
Potomac, MD 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Friday, September 09, 2011 4:47 PM
**To:** Bruce Adelson
**Subject:** RE: Data

No, I haven't heard anything from them.

The 8 maps are when more precincts have been added
The first map titled Voting Precincts is how we had our DC precincts in 2001. In 2003 we adjusted lines and re-numbered, that is VP 1 Map.
VP-2 doesn't show any changes, was just made in 2004
VP-3 Pct 7 was added-2006
VP-4 Pct 8 was added-2007
VP-5 No changes
VP-6 Added more to Pct 7, added Pct 9, added more to Pct 1 -4-8-2010
VP-7 Added Pct 10 11-29-2010

I will load the data on another drive and send to you, just tell me what information and how many you will need.

2

## Sharon Seibel

| | |
|---|---|
| **From:** | Bruce Adelson [badelson1@comcast.net] |
| **Sent:** | Friday, September 16, 2011 4:22 PM |
| **To:** | Sharon Seibel |
| **Subject:** | RE: Data |

Thanks, Sharon:

I have spoken with two potential experts. I should have news by the end of next week about retaining an expert for this case.

I would also appreciate a list of Latino community organizations, such as churches, and community leaders with their contact information. Ideally, I would like to start interviewing people in the community as soon as possible.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting LLC
11808 Becket Street
Potomac, MD 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Tuesday, September 13, 2011 12:32 PM
**To:** badelson1@comcast.net
**Subject:** RE: Data

Bruce,

I am putting 2 drives in the mail with the same information I sent you.  It will be coming USPS instead of Fed Ex this time.  Return Receipt requested.

If you need anything else, please let me know.

I will be out of the office from Noon today until Monday September 19 to attend a conference.  I will be checking my e-mail though.

Sharon

DODGE_CITY_0004122

**Sharon Seibel**

| | |
|---|---|
| **From:** | Bruce Adelson [badelson1@comcast.net] |
| **Sent:** | Monday, September 26, 2011 3:52 PM |
| **To:** | Sharon Seibel |
| **Subject:** | RE: Update |

Thanks, Sharon.

I will keep you posted on costs. I am envisioning Gilda and our expert coming to Dodge City for perhaps two-three days to do the on the ground investigation that DOJ will do. This will include interviewing people in the community.

Sincerely,


Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.


**From:** Sharon Seibel [mailto:sseibel@fordcounty.net]
**Sent:** Monday, September 26, 2011 2:37 PM
**To:** Bruce Adelson
**Subject:** RE: Update

Sounds like things are moving along.  Let me know if there is any information I can get for you.  Keep me posted of costs as we go along.


**From:** Bruce Adelson [mailto:badelson1@comcast.net]
**Sent:** Monday, September 26, 2011 12:39 PM
**To:** Sharon Seibel
**Subject:** Update

Hi Sharon:

For your information, I have attached the CV of Professor Gilda Daniels. She will be assisting me with your case. We were colleagues together at DOJ.

Sincerely,

DODGE_CITY_0004123

Bruce L. Adelson, Esq.
Federal Compliance Consulting, LLC
11808 Becket Street
Potomac, Maryland 20854
301-762-5272
240-536-9192 fax

This email and the material contained herein may be provided for educational purposes only and may not constitute legal advice. This email and the material contained herein do not create an attorney-client relationship. An attorney-client relationship can only be established by contract agreed to by both parties. This communication may consist of material that is confidential and/or protected by the attorney-client privilege. This communication, its contents, and attachments  are intended only for the named recipient(s). If you are not the named recipient(s) and/or are not the named recipient(s)' agent or employee, please be advised that disclosure, distribution, and copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication.

DODGE_CITY_0004124