# EXHIBIT T

| | |
|---|---|
| **From:** | Cherise Tieben |
| **Sent:** | Monday, November 5, 2018 12:51 PM CST |
| **To:** | Rick Sowers (rsowers@starrtech.net); Kent Smoll; Joyce Warshaw; Jan Scoggins [OB] (jan.scoggins@yahoo.com); Jan Scoggins (Jan.Scoggins@ks.gov); Brian Delzeit |
| **BCC:** | Cherise Tieben |
| **Subject:** | City Commission Update |
| **Attachments:** | City Commission Update.pdf |

Commissioners,  As always, please do not reply all.  Have a nice evening and I will see you tomorrow night.  Cherise

DODGE_CITY_0001741

# City Commission Update
## November 3 - 9, 2018

1. As you are all aware, this has been an incredibly busy last couple of weeks.  Typically when you have a 5th Monday in the month you are a given a little gap that allows you to take a deep breath.  Unfortunately, due to the election issue, we have not had a chance to breathe, so I apologize that some of this information is getting to you tonight instead of earlier.  Thank you for your patience.  Also, I want to recognize Melissa McCoy, Lori Wade, Nannette Pogue, Abbey Martin, Brad Ralph and CVB staff for their superior efforts in handling this situation.  I also want to give a shout-out to the area PIO's who have jumped in and share the facts.  It does take a village.

2. Commissioner Scoggins has informed me that there may be a group attending the City Commission to discuss the possibility of districting instead of at-large elections.  Staff and I have already began researching the pros and cons of such action.  I would highly recommend that if a group does show regarding this issue that you take their comments into record and advise them that staff will do some research on this issue.  There are pros and cons to both sides of this issue, so with the rather volatile issue of the polling location bringing national attention, I would like to let that resolve before jumping into another election issue right away.

3. I will ask Ray if the Cox property acquisition issue that is on the agenda for tomorrow night, might be better served financially through condemnation.  The price has come down significantly for the sewer extension as opposed to the $100,000 estimate originally expected, but it is still worth me asking the question.

4. You may or may not have noticed that the public transportation match is expected to rise significantly in 2020.  As a result of the lack of contracts that were originally anticipated, we have made a variety of cuts to the transportation program that we believe will get us through 2019.  We can then make up the difference in 2020.

5. Dodge City has been selected again to host the KGA High Plains Amateur golf tournament which will bring 90 players for a three day event.   70+ of those players are from out of town.  Our only expense is $500 for a reception that we provide.   We will also host a KGA senior series event that has 65+ players, almost all from outside of Dodge City.  The Sports Commission continues to roll.

6. In the midst of all of the last two weeks activities, we have worked through all of the bond documents to move forward with our issuance.  Time is flying and we expect to close on the sale of the bonds the first week in December.

**The following is confidential information that at this time is not open to the public in accordance with the Kansas Open Records Act.**

7. We continue to work with Rib Crib on their project and have seen for the first time their potential layout options on the site. We are down to a few minor pieces of contract negotiation that continues to baffle Todd LaSala. One issue is on the construction of only one portion of the building instead of two and the other is their desire for the City to remain liable for future liability issues that may arise from existing environmental issues. I have directed Todd to push back on both of those but to not kill the deal over it. If we cannot get them resolved, we will bring the contract back to you for further discussion.

8. Recently, KDHE and the EPA are pushing hard on some local issues with contractors, primarily Tim Volz & Santa Fe Homes. The unresolved issues are primarily related to stormwater management and regulations that you should keep excessive dirt from construction sites off of the streets. We are tasked with enforcing these regulations, but KDHE and EPA both have hands in the enforcement. As you can imagine, Tim is fighting back, but if we fail to act on the violations, we can have a whole set of our own issues with these enforcement entities. Kevin Israel has worked with these guys almost on a daily basis to keep it from rising to the level of KDHE/EPA stepping over us. He felt it was necessary to issue tickets for violations. He has given significant verbal warnings, I asked him to give them a written warning and then proceed with the ticket. Unfortunately, these complaints are being driven by a local attorney.

9. Just as an fyi – our Municipal Judge Laura Lewis has had a complaint filed against her related to her work down in Meade County, not for us. The complainant is represented by Terry Malone who disagrees with some of Judge Lewis', rulings here in our Municipal Court. I truly hope that this does not impact her desire to replace Van Hampton at the District Court. Regardless, I wanted you to be aware that the complaint has been filed, but it is not in reference to her actions as Municipal Judge and Brad has no concerns. We just didn't want you to be surprised if the issue was brought up in the community.

DODGE_CITY_0001743