# EXHIBIT V

| | |
|---|---|
| **From:** | Cherise Tieben |
| **Sent:** | Wednesday, August 7, 2019 10:56 AM CDT |
| **To:** | Brad Ralph; loriw@dodgecity.org |
| **Subject:** | FW: Election Information |
| **Attachments:** | Election Information.docx |

Woohooo!!!! I am going home for the day to celebrate!!!!!

**From:** Cherise Tieben
**Sent:** Wednesday, March 13, 2019 9:47 PM
**To:** Brad Ralph <bcralph77@gmail.com>
**Subject:** FW: Election Information

Did nan send you this?

**From:** Nannette Pogue
**Sent:** Wednesday, March 13, 2019 8:47 AM
**To:** Cherise Tieben <cheriset@dodgecity.org>
**Subject:** Election Information

Cherise,

Attached is some information that I have found about Dodge City elections and other Cities in Kansas, their forms of Government how the Commission/Council is elected. If you wish additional information, please let me know.

Nannette

**Information regarding Cities in Kansas and Form of Government**

| City | Form Of Government | Population | Election Make-up |
|---|---|---|---|
| Atchinson | Commission/Manager | 10,636 | 5 Commissioners elected at-large |
| Coffeeville | Commission/Manager | 9,481 | 5 Commissioners elected at-large |
| Dodge City | Commission/Manager | 27,720 | 5 Commissioners elected at-large |
| Emporia | Commission/Manager | 24,724 | 5 Commissioners elected at-large |
| Fort Scott | Commission/Manager | 7,813 | 5 Commissioners elected at-large |
| Garden City | Commission/Manager | 26,895 | 5 Commissioners elected at-large |
| Hutchinson | Mayor/Council/Manager | 40,772 | Mayor at-large, 4 Commissioners by District |
| Junction City | Commission/Manager | 22,988 | 5 Commissioners elected at-large |
| Lawrence | Commission/Manager | 96,892 | 5 Commissioners elected at-large |
| Leavenworth | Commission/Manager | 36,210 | 5 Commissioners elected at-large |
| Leawood | Mayor/Council | 34,659 | Mayor at-large 8 Commissioners by Ward |
| Lenexa | Mayor/Council | 53,553 | Mayor at-large 8 Council in 4 wards |
| Liberal | Commission/Manager | 19.826 | 5 Commissioners elected at-large |
| Manhattan | Commission/Manager | 59,832 | 5 Commissioners elected at-large |
| Newton | Commission/Manager | 18,869 | 5 Commissioners elected at-large |
| Olathe | Mayor/Council/Manager | 137,472 | Mayor at-large, 2 Council at –large, 4 Council by Ward |
| Overland Park | Mayor/Council/Manager | 191,278 | Mayor at-large, 12 Council for 6 wards |
| Parsons | Commission/Manager | 9,761 | 5 Commissioners elected at-large |
| Pittsburg | Commission/Manager | 20,216 | 5 Commissioners elected at-large |
| Prairie Village | Mayor/Council/Manager | 22,368 | Mayor at-large, 12 Council for 6 wards |
| Salina | Commissioner/Manager | 46,994 | 5 Commissioners elected at-large |
| Shawnee | Mayor/Council/Manager | 65,513 | Mayor at-large, 8 Council for 4 wards |
| Topeka | Mayor/Council/Manager | 126,567 | Mayor at large, 9 council for 9 districts |
| Hays | Commissioner/Manager | 21,027 | 5 Commissioners elected at-large |
| Great Bend | Mayor/Council | 15,535 | Mayor at-large, 8 Council for 4 wards |

In all of the Cities in Kansas that have the Commission/Manager form of Government that Dodge City has, all have 5 Commissioners/Council that are elected at large. The League has no information on any City that has recently gone to election by districts vs election at large. Brad had recollection that the City of Wichita went through that at some point.

**Elections since 2000**

April 4, 2000 General
    Candidates: Jim Lembright, Tom Martin and Billy Weber

*February, 2002 Primary*
    Candidates: Bob Carlson, Gerald Schmitt, Kerry Zimmerman, Ed Kimminau, Maureen Schlerth, Terry Lee, Larry Reynolds, Rolland Werner, Mark Pingsterhaus

April, 2002 General
    Candidates:  Ed Kimminau, Rolland Werner, Larry Reynolds, Mark Pingserhous, Gerald Schmitt, Terry Lee

April, 2004 General

*February, 2006 Primary*
    Candidates:  Jose Vargas, Mike Boetcher, Ed Kimminau, Jim Lembright, Mike Nelson, Connie Penick, Mark Pingsterhaus, Kent Smoll, Rick Sowers

April 2006 General
    Candidates:  Ed Kimminau, Mike Boetcher, Jim Lembright, Connie Penick, Kent Smoll, Rick Sowers

April 2008 General
    Candidates:  Jim Sherer, Brian Weber, Monte Broeckleman, Dorothy Faulkner

April, 2010 General
    Candidates:  Jim Sherer, Kent Smoll Rick, Sowers

April 2012 General
    Candidates:  Brian Delzeit, Jim Sherer, Michael Weece

April 2014 General
    Candidates:  Russ McBee, Joe Peters, Jan Scoggins, Kent Smoll, Rick Sowers, Jeffrey Turner, Liliana Zuniga

November, 2017 General Election
    Candidates:  Brian Delzeit, Joyce Warshaw, Kent Smoll, Kevin Gwaltney, Charles Sellens, Liliana Zuniga

Since 2000, there has only been two primaries.   To have a primary,  there has to be more than 3 candidates for each office open, so with 3 officers open every 2 years, that would be more than 9 candidates.

In the most recent elections, there have been very few candidates running for office.

**Information on Statutes and redistricting from the League of Municipalities.**

> The statutes governing redistricting in cities of the first-class have been repealed and those cities are subject to the guidelines established by judicial decisions and other procedures instituted by a city's own set of codes and ordinances.

> Dodge City would need to pass an ordinance establishing that they will be electing their commissions by single-member districts, rather than through their current at-large process. The newly enacted districts would need to satisfy several judicially created criteria to withstand any possible judicial scrutiny. Case law has created the guideline that election districts, at a minimum, need to be redrawn at least every ten years on the state and local levels to reflect population shifts. Generally, the largest district can have a population no greater than ten percent larger than the smallest district. Although

having a total deviation of ten percent or less does not guarantee a safe harbor as evidence of discrimination, usually racial, can be provided to invalidate an electoral district map.

As of the 2010 United States Census, the racial makeup of Dodge City was 72.5% White, 2.5% African American, 1.1% American Indian, 1.6% Asian, 0.2% Pacific Islander, 19.3% from other races, and 2.9% from two or more races. Hispanics and Latinos of any race were 57.5% of the population.

Dodge City would need to be careful to not dilute the voting power of Hispanic and Latino voters in any map that is adopted. Section 2 of the Voting Rights Act deals with this issue and the Supreme Court established a list of conditions under *Thornburg v. Gingles*. The test looks at (1) whether it is possible to draw a district so that a majority of voters belong to a geographically "compact" racial, ethnic, or language minority community, (2) whether the minority population usually votes as a bloc, for the same type of candidate, and (3) whether the rest of the population in the area usually votes as a bloc for different candidates than those preferred by the minority community. If the three threshold conditions above have been met, courts then look to the "totality of the circumstances" to determine whether the minority vote has been diluted.
Based on my experience with Kansas politics, prong (2) and (3) will likely be met, therefore the city must really look at the geography of the city and decide whether Hispanic influence or opportunity districts need to be created to avoid violating the first prong of *Gingles*. The ACLU has a history of taking stances in redistricting cases and with voting site questions already in the news, this may be a decision they scrutinize.

I wasn't able to find and other information regarding the School Districts and what kind of problems they may have run into when they had voting districts.

**Confidential-Subject to Protective Order**

**DODGE_CITY_0005587**