# EXHIBIT W

| | |
|---|---|
| From: | Abbey Martin |
| Sent: | Wednesday, October 31, 2018 8:23 AM CDT |
| To: | Melissa McCoy; Brad Ralph |
| Subject: | Comments and Facebook Messages |
| Attachments: | Mayor Letter 2 - comments as of 10.31.18.JPG, polling message - Robin Myers (1).JPG, polling message - Robin Myers (2).JPG |

Good morning,

Attached is a screenshot of the comments as of today on the most recent Mayors letter post. I am potentially going to hide two of Rhonda Nienburg's comments for violating our terms of use policy. I have highlighted below the items I believe they fall under.

Also attached is a direct message to us from a Robin Myers. I had already responded to her with the official response sent out on Monday. Would you like to create another response to her or ignore?

**Criteria for posting information and commenting on the City of Dodge City pages**
We encourage the public and fans of the City of Dodge City page to post information regarding issues affecting the City's residents and issues that may need more clarification. The City encourages discussion and varying viewpoints, however, the City of Dodge City page will not feature:
- Language or information that is obscene, foul, or vulgar
- Information affiliated with or promoting political campaigns
- Sexual, obscene, indecent, or explicit messages, photos, posts or promotion of products or services with sexual overtones
- Promotion of tobacco, alcohol or similar products or information
- Firearms or other weapons
- Hostility or violence
- False, misleading or deceptive sponsorships/advertisements
- Attacks on ethnic, racial or religious groups
- Illegal discrimination against any group
- Adult and/or hate language
- Illegal activity
- Cruelty to animals
- Online gaming, gambling, or betting
- Solicitations for donations, except for official City-sponsored activities
- Endorsement of specific brand name products or services for advertising or marketing purposes
- Information harmful to children

Please be aware that any comment submitted to this page is subject to disclosure pursuant to the Kansas Open Records Act. Public information requests must be directed to the Public Information Officer.
If you have any questions about our comments policies, please don't hesitate to ask. Comments will be screened periodically during standard business days. We will screen comments and posts for the following:
- Potentially libelous comments
- Obscene or explicit comments

- Hateful or mean-spirited comments
- Personal attacks, insults, or threatening language
- Plagiarized material, or material that violates intellectual property rights
- Private or personal information published without consent
- Commercial promotions or spam
- Comments that are off-topic or that link to material that is off-topic
- Comments that embed images from external sources
- Comments that violate any law

Thanks. – Abbey

*Abbey Martin*
Public Information Specialist
City of Dodge City
P.O. Box 880
806 N. Second Ave.
Dodge City, KS 67801-0880

(620) 225-8100 ext. 203
(620) 225-8144 (fax)
www.dodgecity.org
abbeym@dodgecity.org

**Privacy**    ✓ Mark as done

SUN 12:36 AM

 Okay I am sending this message privately, because you guys already look like assholes to the whole country, but you need to get rid of the racist county clerk.

> Thank you for your message. Per our Social Media Terms of Use Policy, City of Dodge City accounts are monitored during working hours of 8:00 am - 5:00 pm Monday through Friday. We will get back to you as soon as possible.

MON 4:52 PM

> Voting is very important to Dodge City and we support everyone's essential right to vote. To help ensure easy access to voting opportunities, we are providing free transportation to and from the polling place as well as advance voting. For more information, please see Mayor Smoll's letter below as well as the information on free public transportation.

> My fellow Commissioners, City staff and I have received many comments and questions from around the state and from out-of-state regarding concerns of voter suppression. The decision to relocate the polling location is the responsibility of the Ford County Clerk. The City of Dodge City is not charged with that responsibility.
>
> I submitted a letter to the press on October 23, 2018 addressing this matter. In case you missed this opportunity to receive accurate information, I will reiterate what was stated in the letter and expand the information as it has evolved.
>
> Here are the facts as they now exist:
>
> 1. For more than two decades, the County Clerk has maintained one polling location inside the City.
> 2. To my knowledge of that of our administrative staff, there have been no previous complaints received from our citizens regarding the existence of a single polling location located inside of the City.
> 3. When the County Clerk determined the polling location would be temporarily moved, she notified all registered voters by letter, in both English and Spanish, of the following:
>    a. The temporary change in location.
>    b. The opportunity for advance voting at the Government Center, located at 100 Gunsmoke Street in the heart of the community.
>       i. The Government Center is approximately one block from the main public transportation bus hub, with sidewalks and controlled pedestrian crossings at the transportation hub.
>    c. Advance voting is available during weekdays leading up to Election Day from 9 a.m. to 4:30 p.m. in the County Clerk's office.
>    d. The County Clerk will have advance voting open until 7 p.m. on October 30 and November 1.
>    e. On Saturday, November 3 the County Clerk will have advance voting open from 10 a.m. to 2 p.m.
>    f. Registered voters in Ford County may also request a ballot by mail until October 30th.
> 4. On October 4, 2018, prior to this issue rising to the level of state and national media attention, City officials announced the City would provide free public transportation rides from the voter's door to the polling site door, with another free return ride.
> 5. City officials decided last Friday, that free rides will be available until Election Day from door to door for voters to the Government Center, for any citizens who desire to participate in advance voting opportunities at the Ford County Government Center.
> 6. City officials discussed with the County Clerk the possibility of adding a second polling location for this election. There are several barriers to this option including timing requirements, ballots and the fact that voting is already underway.
> 7. City officials committed City Staff assistance to the County Clerk with additional bilingual poll workers. We will ask our qualified staff to be trained this week and work under the County Clerk on Election Day. We made this commitment to County Clerk not just for this election, but for as long as there is a need not filled by qualified volunteers.
>
> The City and County have worked together to accomplish a tremendous amount of success. I do not foresee it being different in this case. Conversations have begun with the County Clerk in regards to establishing at least one more polling location for future elections. We want to encourage everyone to go out an exercise their right to vote and I would like to remind everyone in closing that if you need transportation for voting call and schedule a ride with Dodge City Public Transportation at 620-371-3879. I greatly appreciate your time and consideration.

**2,437**
People Reached

**212**
Engagements

Boost Post

Privacy

5 Comments  14 Shares

👍 Like     💬 Comment     ↗ Share

Oldest ▼

**Privacy** This is how we take our democracy back!
ormanforkansas.com/volunteer

ORMANFORKANSAS.COM
Become a volunteer

Unhide · Reply · Remove Preview · 1d

**Privacy** No one is going to address how unprofessional election clerk Was? Forwarding and email with LOL?
👍 2
Like · Reply · 1d

**Privacy** You people suck
Like · Reply · 8h

**Privacy** Here's an idea!!!!Maybe you should have more than one polling place.
Like · Reply · 8h

**Privacy** As the largest city in the district you know you could fight this right?!? But you won't because your afraid of the brown people!!!
Like · Reply · 8h

Write a comment...    😊 📷 GIF 😀

Close

DODGE_CITY_0003603