# EXHIBIT X

**From:** Ray Pett
**Sent:** Monday, November 5, 2018 8:43 AM CST
**To:** Cherise Tieben; cheriset@dodgecity.org
**Subject:** Re: LOL?>? SHENANIGANS

**Dear Miss Kitty-**
**Thanks for educating me and for being a true genuine American.**
**I trust and respect you, wholeheartedly.**
**Love,**
**Chester**

-----Original Message-----
From: Cherise Tieben <cheriset@dodgecity.org>
To: Ray Petty <raypetty@aol.com>
Sent: Sat, Nov 3, 2018 4:53 pm
Subject: RE: LOL?>? SHENANIGANS

Sorry it has taken me so long to respond. See below.

**From:** Ray Petty [mailto:raypetty@aol.com]
**Sent:** Friday, November 2, 2018 10:04 AM
**To:** Cherise Tieben <cheriset@dodgecity.org>
**Subject:** Re: LOL?>? SHENANIGANS

Well, then -- LOL -- maybe she should know who to call. I think you know who would have gladly assisted in this matter. But I don't buy that ADA barrier excuse. I don't either and she is aware of my opinion on this matter.
I reviewed the DC High School for KSDE OCR review -- wonderful building -- wonderful staff -- and I suspect all the schools are substantially in compliance.
And the voting site access requirements aren't as stringent as the Title II general requirements -- which DC came thru glowingly subsequent to the Project Civic Access audit.

I'm doing my best to see both sides. What I see is a city with only one polling place -- which no doubt results in increased waiting (or am I wrong on that?)
Is that civic center voting site 3 or 4 different lines -- moving people thru in rapid order? Or are people lined up hundreds deep? Just asking! She has so many machines (20), that I have never felt that I had to wait very long at all, in fact I have always been impressed at how quickly folks moved through the process. Even during the last presidential election, we had substantial lines, but I would say that they were not out of line with others that we saw and heard about. I also never heard one complaint about the lines. I will say that since this started, I have heard comments from people saying "please do not go back to precincts – we couldn't figure out where we were supposed to go vote". This will be worse if we switch to this method now, as the newspaper has a terrible distribution in our community – they are not well respected. Sadly, without a strong newspaper, it is very difficult to get information out to the public in our community.

If the report is true that 17K (13k, of which 6k regularly vote) registered voters with one polling place compares with Salina's 45K population and how many sites???  Or Lindsborg with maybe 1/10 the population or so but 4 polling places --- well, to my civic-minded brain -- that looks a lot like a failure to take the right to vote seriously.  I have literally never heard a complaint from anyone within Ford County.  Have we as a community grown complacent or since we have had no complaints about ease of voting, we have just continued as we always have – probably!  Is the City committed to try to get the county to expand sites- yes.  One thing many do not understand when looking specifically at populations #'s – we have a significant # of individuals that are here on work visa's and are not eligible to vote.  We are trying to win over many of the individuals that come from Mexico and Central America- they have a distinct distrust of government.  We have literally worked tirelessly to help these individuals stay in our country legally or gain citizenship, police have worked to gain trust and we encourage their involvement in City government.  So for outsiders to constantly say we are racist and we are trying to suppress their vote –it frankly is insulting, but if you work in the world of government service you start to get thick skinned on some of these issues……for us racism accusations is a thinned skin issue and we have no tolerance for it.  In fact, staff has been telling me about comments that they have heard from our minority/majority and I have heard the same comments at a variety of meetings – we are an integrated community, the majority of our citizens who are minorities drive and do not find it difficult to find a commonly known community facility, the dollars may indicate that overall they may be statistically poor, but it is insulting to them to be called impoverished and have it implied that they cannot get to or find this facility.

Which, if what I read today about the ACLU court case is correct, the judge wrote into his opinion -- although he apparently thinks now is not the time to screw things up more.  So I just gotta keep wondering how the heck things got this messed up unless they were intended to be that way.   Seems like any competent administrator could solve this in one year, not in "maybe 2019" or 2020.   You could surely have it squared away in no time!  2019 is one year and I'm not even going to respond to this one, I live in a glass house and I do try to believe the best in people.  Time will tell how she will react to this issue.

Here are 3 pieces of polling place guidance from DOJ:

### ADA Checklist for Polling Places | PDF
This 25-page document is an updated technical assistance publication on polling place accessibility for voters with disabilities.  The publication includes information about key areas of a facility that must be accessible to voters with mobility or vision disabilities, options for low-cost temporary measures for removing barriers, and a survey to guide election officials in evaluating the accessibility of facilities used or being considered for use as polling places. (2016)

### Solutions for Five Common ADA Access Problems at Polling Places | PDF
This seven page document discusses physical barriers to access to voters with

disabilities in five commonly found areas at polling places and offers solutions for addressing them. (2014)

**The Americans with Disabilities Act and Other Federal Laws Protecting the Rights of Voters with Disabilities | PDF**
This seven page document provides guidance about how the ADA and other Federal laws protect the rights of voters with disabilities. (2014)

Continuing to be your devoted friend -- and seeking reasonable middle ground -- and glad to help out so that Ford County gets the same accolades for improved access to voting that Dodge City received subsequent to Project Civic Access.

rp

I appreciate your support and I can only assure you that we will continue to work on this issue.  C

-----Original Message-----
From: Cherise Tieben <cheriset@dodgecity.org>
To: Ray Petty <raypetty@aol.com>
Sent: Thu, Nov 1, 2018 8:07 pm
Subject: Re: LOL?>? SHENANIGANS

In her defense and trying to see both sides- I would say the ADA requirements are substantial and could overwhelm someone that has doesn't have any knowledge or experience.

Sent from my iPhone

On Nov 1, 2018, at 6:39 PM, Ray Petty <raypetty@aol.com> wrote:

> Glad to hear it -- I know you'll do what's best.
> Editorial in LJWorld today said ADA requirements were used to explain lack of polling places.
> http://www2.ljworld.com/opinion/2018/nov/01/views-from-kansas-trouble-in-dodge-city/
> I seriously doubt that had much of anything to do with it.
> Keep in touch.
> rp

-----Original Message-----
From: Cherise Tieben <cheriset@dodgecity.org>
To: Ray Petty <raypetty@aol.com>

Sent: Thu, Nov 1, 2018 3:41 pm
Subject: RE: LOL?>? SHENANIGANS

She is in front of a judge today.  We hopefully will know what is possible and not possible to do once we receive his ruling.  We stand ready to assist her to expand sites.

**From:** Ray Petty [mailto:raypetty@aol.com]
**Sent:** Thursday, November 1, 2018 10:08 AM
**To:** Cherise Tieben <cheriset@dodgecity.org>
**Subject:** Re: LOL?>? SHENANIGANS

I am truly SORRY that this kind of aggressive and threatening outburst is happening to you.  There is no place for this kind of behavior in a civilized society.   Period.

Rachel Maddow sent a producer to DC and the report last night was loaded with video of how far away the solo polling site is -- a windshield view in speeded-up video motion going thru intersection after intersection after intersection -- to arrive at what looked to be a desolate building removed from the city proper.

Here was the story promotion on Tuesday night:
https://www.msnbc.com/rachel-maddow/watch/wednesday-a-trms-special-report-on-voting-rights-dodge-city-ks-1357667395736?v=railb&;

Here is audio from last night  -- I'm on satellite internet so video didn't come thru yet:
https://www.youtube.com/watch?v=8WZ3GgHwHSQ

Here is one comment:  Bad look for the city. The Ford County clerk is absolutely full of shit. Footage from two days ago shows there is zero construction at the Civic Center, in fact there are other events at the center the 3rd, 4th, and 8th not cancelled and will take place as scheduled but not the election. There isn't so much as an orange cone outside the center. Republicans-the defenders of democracy! The Ford County clerk also gave out the wrong address for the new place.

There was close-up video of the one polling place where there is supposedly construction that caused the, again, solo polling place to be relocated.  And mention of other events happening at the Civic Center in the next week - like listed in the comment immediately above.

So, my friend, there seems to be a real problem with what happened with the relocation.

You asked for suggestions -- so here's the simple solution to avoid any and all of this:
Set up appropriately convenient around town with the typical number of people expected -- not one huge site where everyone who wants to vote in person has to go.
That will avoid long lines and people being disgusted having to wait to vote.  Simple as that.

I'm now hearing that the County Commissioner said she'd set up a 2nd polling place . . . maybe in 2019 -- but for sure by 2020. Frankly, my dear, that is such pathetic nonsense and so hard to defend in terms of wanting to promote people's right to vote that I must call it for what it is:   bovine excreta par excellence.  The high school and other schools in town should be set up as voting sites -- and/or community centers or fire stations.

Voter suppression is basically like gerrymandering -- you know it is going on when you see it -- and there is no plausible explanation for the change. What happened to native Americans in North Dakota is, in my opinion, criminal.

Your sincere friend

rp




-----Original Message-----
From: Cherise Tieben <cheriset@dodgecity.org>
To: Ray Petty <raypetty@aol.com>
Sent: Wed, Oct 31, 2018 3:33 pm
Subject: RE: LOL?>?

I'm not ready to share this information, but I will share with you as my friend. The County Clerks efforts to expand in office voting and mail in ballots appear to be working. She has sent out over a 1000 mail in ballots, in office early voting is having an excellent turn out too and she continues to be the one that repeatedly hammers on the ones that are trying to help her that "EVERYTHING must go out in English and Spanish". She was saying this to us prior to this issue becoming newsworthy, as we immediately reached out and offered free public transportation to try to prevent the inconvenience issue. She has repeated that statement every single time we discuss this issue with her. Would she say that she has done everything perfectly, I doubt it, as hindsight is always 20/20. However, I do not believe it was an effort to suppress anyone's vote.

If I had to guess, her LOL was made out of frustration with the number of calls and emails she has received from people out of state and out of County on this issue. They are nasty Ray. I received one saying that I was a kkk, neo-nazi bitch, that was going to rot in hell for my decision. They included at the bottom of the letter a picture of a rather awful looking pig and said that was me without makeup. Geez. I received one today saying that "There's a special place in Hell for the B!tch responsible for only ONE voting location for 13,000 Dodge City residents and moving it out of bus reach.
May she Burn in Hell!". Did they care to find out that we offered voters door to door bus service – apparently not? Do you know that I have still not received one call or email from anyone within the City of Dodge City or Ford County that are complaining about this issue?

We will continue to try to help her in any way that we can and I have also asked her to work with us when this is over to review statistics. If we have an issue the numbers should show it and we need to work hard before the next election "as a community" to make sure this issue perceived or not never comes up again.

If you have ideas or suggestions, I am always willing to listen.

**From:** Ray Petty [mailto:raypetty@aol.com]
**Sent:** Tuesday, October 30, 2018 7:26 PM
**To:** Cherise Tieben <cheriset@dodgecity.org>
**Subject:** Re: LOL?>?

I too hope to know and deal with facts. Sometimes what is real needs to be separated from what is being expounded by the "fake news." Sometimes, facts and data line up in a way that must be sufficiently and rigorously refuted - or grasped.When that fails to happen , . . as thus far in this case -- particularly with "LOL" one wonders.

And I am hoping to presume THAT happens all across the state -- and from Oklahoma to Nebraska.

rp


-----Original Message-----
From: Cherise Tieben <cheriset@dodgecity.org>
To: Ray Petty <raypetty@aol.com>
Sent: Tue, Oct 30, 2018 4:30 pm
Subject: RE: LOL?>?

I don't know Ray, I'm just glad I don't work for the County. I also try to look at the facts, not innuendo, presumptions or information shared by media, too often I am wrong when I do that.

**From:** Ray Petty [mailto:raypetty@aol.com]
**Sent:** Saturday, October 27, 2018 8:22 AM
**To:** Cherise Tieben <cheriset@dodgecity.org>
**Subject:** LOL?>?

http://www2.ljworld.com/news/state-government/2018/oct/26/aclu-lawsuit-seeks-to-open-second-dodge-city-voting-site/

Well, Ford County makes it to the banner headline in LJWorld -- above the fold.
So I'm curious: Does LOL mean "lots of luck?"

"The Wichita Eagle reported that after the ACLU initially objected to the Dodge City's single, out-of-town location, Cox forwarded to the state an ACLU letter asking her to publicize a voter help. "LOL," she wrote in an email to Kansas Secretary of State Kris Kobach's office.Cox told the newspaper she didn't mean anything when she wrote "LOL," and the move wasn't done with any racial intention at all.

**This is pathetic. I think you gotta admit it not only smacks of voter suppression -- it IS Kobach-style voter suppression.**

**And so, I sure hope you're not voting for Kobach -- and that you'll agree that this really can't be explained as an innocent mistake.**

rp