# EXHIBIT Y

```
 1                  UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF KANSAS
 2

 3  MIGUEL COCA, et al.,         )
                                 )
 4            Plaintiffs,        )
                                 ) Case No.
 5  vs.                          ) 6:22-cv-01274-EFM-RES
                                 )
 6  CITY OF DODGE CITY, a        )
    municipal corporation,       )
 7  et al.,                      )
                                 )
 8            Defendants.        )

 9

10

11         DEPOSITION OF JONATHAN KATZ, Ph.D.

12            TAKEN ON BEHALF OF PLAINTIFFS

13                   AUGUST 1, 2023

14

15

16

17      Reported by Celena D. Davis, RPR, CCR, CSR

18                California CSR No. 14464

19

20

21

22

23

24

25
```

Page 46
1 statistically valid inferences?
2         MR. KAISER:  Object to form.
3     A.  I wouldn't put it that way.  It's both
4 number of precincts and whether or not there are any --
5 for ecological inferences, it's number of precincts, and
6 whether or not there are a substantial number of
7 homogenous precincts for each group.
8 BY MS. WAKNIN:
9     Q.  Got it.  What is a substantial number of
10 precincts, the homogenous precincts?
11     A.  I would say at least one, but more is
12 always better.
13     Q.  And what is your basis for that?
14     A.  It's actually discussed extensively in
15 Dr. King's book on the problems when EI fails.  EI fails
16 when there aren't homogenous precincts.  Because,
17 basically, EI is basically just a fancy version of
18 ecological regression.  As was pointed out when
19 Ecological Regression was written, it's not a very good
20 model.
21     Q.  So I'm wondering, is there any published
22 literature on how many homogenous precincts that you
23 need to conduct an EI analysis?
24     A.  Again, there is not a rule of thumb.  You
25 just have to look at the data.  In this case, we see

Page 47
1 that because the consumables for all the estimates are
2 incredibly large.
3     Q.  So no published literature on how many you
4 need?
5     A.  Again, there's no -- it depends on the
6 data.  The data is both the number of precincts and how
7 many are homogenous, and how -- and the other
8 co-variants and characteristics of the data.  There's
9 not a rule of thumb that says you need X number.  You
10 need at least one.  And you have none in this case for
11 election analysis.
12     Q.  Okay.  I just want to ask:  Did you conduct
13 an EI analysis on Asian voters in Los Angeles County for
14 the Los Angeles County Commission?
15     A.  I believe we did.
16     Q.  Okay.  And do you remember how many
17 homogenous precincts there are for Asians in Los Angeles
18 County?
19     A.  Without going back to my data and the
20 analysis, I have no idea.  Los Angeles -- can I finish,
21 please?  Los Angeles County -- although for the
22 supervisor races, we're talking about thousands of
23 precincts.  There are 2 million voters per supervisorial
24 district in Los Angeles County.
25     Q.  So in your expert opinion, there are enough

Page 48
1 homogenous Asian precincts in Los Angeles to run an
2 accurate EI analysis?
3     A.  Again, more is better.  I don't remember
4 the exact numbers in LA County.  Yes, more is better
5 than -- again, it's always a trade-off.  If we don't
6 have as many homogenous precincts, it's better when we
7 have large number of precincts that vary across their
8 demographic makeup.
9     Q.  All right.  And so if I'm understanding,
10 you're saying it's a balancing:  If there's less
11 precincts, you need more homogenous ones, and the
12 inverse is true otherwise?
13     A.  Correct.
14     Q.  But you should have at least one or a few
15 strong homogenous precincts when you're doing an EI
16 analysis; is that right?
17     A.  Yes.  And, again, you can see this in --
18 this is easy to see.  I don't need a rule of thumb.
19 You're going to see this is in the standard errors, in
20 how uncertain we are of the voting behavior of certain
21 groups.
22     Q.  And you define in your report that
23 homogenous precincts are precincts that are 90 percent
24 or greater of one racial or ethnic group; is that
25 correct?

Page 49
1     A.  Yes.  I don't remember where I read it.
2 That was something that was written about.  It comes
3 from the bounds analysis.  So if you really want to
4 correctly do what I did, you'd actually just provide the
5 bounds of the precincts that you're looking at.
6     Q.  Okay.  So in your expert opinion, can a
7 jurisdiction with less than 10 precincts ever allow for
8 statistically valid inferences about voting patterns?
9     A.  It would be difficult.  If one was only
10 using aggregated, you would have to bring something else
11 to bear.
12     Q.  What would that something else be, then?
13     A.  I don't know.
14     Q.  So it can be -- if I'm understanding you
15 correctly, in your expert opinion, there can be a
16 jurisdiction with less than 10 precincts that allow for
17 statistically valid inferences about voting patterns?
18     A.  Potentially, yeah.
19     Q.  What are the conditions for jurisdictions
20 of small numbers of precincts to allow for statistically
21 valid inferences about voting patterns?
22     A.  Again, I can't tell you a general
23 statement.  There's not -- you have to analyze the data.
24 What do the data tell me?  In this case, the data tell
25 me that we really can't say anything about how, from the

**Page 50**

1 aggregate, how people in Dodge City are voting.
2        Q.   Okay.  And I understand that, Dr. Katz.
3 I'm just asking more generally; right?  You're an expert
4 in statistics.  You've done this for over 20 years.
5 What would you need to see in the data for a
6 jurisdiction with less than 10 precincts to allow for
7 statistically valid inferences about voting patterns?
8        A.   You would likely need to bring in something
9 other than aggregate-level voting results.
10       Q.   And you don't know what that other
11 something is; is that correct?
12       A.   Right.  I could give suggestions, but
13 whether or not they work, it would be survey data, it
14 would be history; don't know.  Local knowledge, I have
15 no idea.  One is asking can one make a claim about
16 racially polarized voting analysis from ecological
17 inference with a small number of precincts in which none
18 are homogenous; the answer is almost surely not.
19       Q.   So you think that you could bring in
20 history, opinions from voters, just lived experience; is
21 that right?
22       A.   I think that was not only --
23            MR. KAISER:  Objection to form.
24            MS. WAKNIN:  What is the form objection,
25 Mr. Kaiser?

**Page 51**

1            MR. KAISER:  I don't know what we're
2 talking about right now.  What is the question referring
3 to?
4 BY MS. WAKNIN:
5       Q.   Dr. Katz, you testified earlier that you
6 can -- you might need something else, right, if there's
7 a smaller jurisdiction.  And you mentioned history,
8 lived experience; is that correct?  Are those the things
9 you mentioned as something else?
10      A.   Actually, it would depend on the case.  It
11 could be survey data; it could be other information.  I
12 don't know.  I wasn't asked that.  I was asked to
13 analyze Dr. Barreto's EI analysis.  And in this case,
14 the EI analysis doesn't show anything because there's
15 not enough information in the aggregate data.
16      Q.   Have you ever done an analysis in a
17 jurisdiction of 10 or less precincts where you were able
18 to draw statistically valid inferences?
19      A.   To be honest with you, I've never seen so
20 few precincts in this type of analysis.
21      Q.   So is that a no, Dr. Katz, that you haven't
22 done that?
23      A.   Sorry.  That's a no.
24      Q.   Okay.  So is it the case that maybe a small
25 number of precincts will always result in overlapping

**Page 52**

1 confidence intervals, in your opinion?
2      A.   I think that's highly likely.  It's a
3 general statement.  In general, it would be very
4 difficult.  Uncertainty is roughly proportioned to the
5 amount of data you have.
6      Q.   So I want to -- is it your expert opinion,
7 then, that racially polarized voting analysis does not
8 exist in Dodge City, or that you found no statistically
9 significant evidence of racially polarized voting
10 analysis in the City of Dodge City?
11     A.   I was very clear in my -- that's why I
12 wrote it out:  "No significant evidence of racially
13 polarized voting in Dodge City."
14     Q.   Okay.  You're not going to testify at trial
15 that it's your opinion that racially polarized voting
16 does not exist in the City of Dodge City, as you
17 understand it?
18     A.   There's no evidence for it.  I will be very
19 clear again:  There's no statistical evidence for it in
20 this analysis.
21     Q.   Okay.  And you're not testifying to other
22 evidence that there might be on the existence of
23 racially polarized voting; is that correct?
24     A.   Yes.  I was only asked to look at the --
25 Dr. Barreto's analysis, which focuses on ecological

**Page 53**

1 inference with aggregate date.
2      Q.   So, Dr. Katz, I think you stated that there
3 are about eight or nine voting precincts in the City of
4 Dodge City?
5      A.   Correct.  I have a table I can go down if
6 you want to look at each number for each election.
7      Q.   Let's go down.
8      A.   You passed it.
9      Q.   Okay.
10     A.   Stop.
11     Q.   Is it this table, Table 1?
12     A.   Yes.  There were -- it looks like in every
13 election, in all the city council -- city commission
14 elections, there were eight precincts.
15     Q.   Okay.  Understood.  I'm going to go back
16 up.  Here's some.
17          So if I took those eight precincts -- so,
18 let's say, for example, in the City of Dodge City,
19 instead of us having eight precincts, we had 80
20 precincts.  Do you expect the confidence intervals in
21 that case to be smaller or tighter in a situation with
22 80 precincts rather than eight?
23     A.   Again, you can't say in general, yes.  It
24 would likely be small.  But the other problem -- so it's
25 not just size, it's also number of homogenous precincts.