# EXHIBIT AA

| | |
|---|---|
| From: | Cherise Tieben |
| Sent: | Tuesday, February 26, 2019 12:40 PM CST |
| To: | Jan Scoggins |
| Subject: | Re: Could you please put this on the agenda |

Sounds great.  Have a good one. C

Sent from my iPad

> On Feb 26, 2019, at 11:23 AM, Jan Scoggins <jan.scoggins@yahoo.com> wrote:
>
> Cherise,
>
> I had intended to bring this forward at our last meeting but we did not have a comment period.  Brian suggested that we just needed to get it on the agenda,  and I said I would contact you.   So, yes, I will ask this at the next meeting during the comment section.
>
> Thanks
>
> Jan Scoggins
> PO Box 57
> Dodge City, KS 67801
> Cell 620-225-5444
> Jan.scoggins@yahoo.com
>
>> On Feb 26, 2019, at 9:34 AM, Cherise Tieben <cheriset@dodgecity.org> wrote:
>>
>> I'm going to make an assumption and you can correct me if I am wrong.  It sounds like you want to request that the Commission direct staff to begin exploring the pros and cons of districts and term limits for the City Commission.  If that is the case, you could simply make that request of the Commission at the end of the meeting during Commission reports.  If the community group is wishing to attend, they can bring this issue forward in the Visitors Section and you can follow at the end of the meeting with the same request of the Commission to direct staff.  I hope that makes sense.  Thoughts?
>>
>> -----Original Message-----
>> From: Jan Scoggins [mailto:jan.scoggins@yahoo.com]
>> Sent: Monday, February 25, 2019 8:31 PM
>> To: Cherise Tieben <cheriset@dodgecity.org>
>> Cc: Brian Delzeit (bdelzeit@coldwellbankerhancocks.com) <bdelzeit@coldwellbankerhancocks.com>
>> Subject: Could you please put this on the agenda
>>
>> Cherise,
>>
>> This request is coming from a community group and I volunteered to bring it to the commission.  Please add an agenda item to consider districts for the city commission.   Thoughts are to have three districts and two "at large" positions.  I know it cannot happen in the 2019 election but we need to consider it for the 2021 election cycle.  Also we need to consider term limits.
>>
>> Thanks for any consideration you can give to this request.  It would be good to be proactive and begin this discussion  before another bi-partisan group brings us a petition.
>>
>> Jan
>>
>> Jan Scoggins
>> PO Box 57

\>\> Dodge City, KS 67801
\>\> Cell 620-225-5444
\>\> Jan.scoggins@yahoo.com
\>

DODGE_CITY_0001779