IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, | ) ) ) |
| Plaintiffs, | ) ) Case No. 6:22-cv-01274-EFM-RES |
| vs. | ) ) ) |
| CITY OF DODGE CITY, *et al.* | ) ) |
| Defendants. | ) ) |

**SUPPLEMENTAL DECLARATION OF NICKOLAUS J. HERNANDEZ**

Pursuant to 28 U.S.C. § 1746, I, Nickolaus J. Hernandez, declare, verify, certify, and state under penalty of perjury that the following is true and correct:

1. I am the City Manager of the City of Dodge City, Kansas ("Dodge City").

2. I have personal knowledge of the matters stated herein.

3. In elections for Dodge City Commission, voters are able to select up to three candidates for the Commission. Attached hereto as Ex. K-1 is a sample ballot from the November 2021 election showing that voters are instructed to select up to three candidates.

4. A true and correct copy of the results for the 2019 Dodge City Commission General Election that were produced to Plaintiffs is attached to this declaration and incorporated herein as Ex. K-2.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 26th day of October, 2023.

*/s/ Nickolaus J. Hernandez*
Nickolaus J. Hernandez


EXHIBIT K