**State of Kansas (Estado de Kansas)**
**Official General Election Ballot (Papeleta Oficial Elecciones Generales)**
**County of Ford (Condado de Ford)**
**November 2, 2021 (2 de Noviembre de 2021)**
**Dodge City, Precinct 1**

## Instructions

If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election board and receive a new ballot or set of ballots. (Si rompe, mutila, o comete un error y marca injustamente cualquier votacion, debe regresar a la tabla de la eleccion y recibir una nueva votacion o el conjunto de votaciones.)

**Making selections (Hacer selecciones)**
To vote for a person or pair of candidates, darken the oval to the left of the person's name. (Para votar para una persona o el par de candidatos, oscurece el óvalo a la izquierda del nombre de la persona.)

**Optional write-in (Escritura-en opcional)**
To vote for a person whose name is not printed on the ballot, write the person's name on the line provided and darken the oval. (Para votar para una persona cuyo nombre no es impreso en la votación, escribe el nombre de la persona en el espacio en blanco y oscurece el óvalo.)

### For City Commissioners of Dodge City
(Para Comisario de la Cuidad de Dodge)
Vote for THREE or fewer
(Vote por TRES o menos)

○ Michael Burns, Dodge City
○ Joseph Nuci, Dodge City
○ Jeffery J. Reinert, Dodge City
○ Dayton Rhoten, Dodge City
○ Michelle L. Salinas, Dodge City
○ Jan Scoggins, Dodge City
○ Blanca Ilean Soto, Dodge City
○ Chuck Taylor, Dodge City
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)

### For School Board Member
USD 443
(Para Miembro del Consejo de Educacción de USD 443)
Vote for FOUR or fewer
(Vote por QUATRO o menos)

○ Jerad Goertzen, Dodge City
○ Mary Hall, Dodge City
○ Jeff Hiers, Dodge City
○ Lisa J. Killion, Dodge City
○ Nikki Nagel, Dodge City
○ Pamela K. Preston, Dodge City
○ Darrell Roths, Jr., Dodge City
○ Carmen Valverde, Dodge City
○ Tammie West, Dodge City
○ Jeanie Zortman, Dodge City
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)

**SAMPLE**

**EXHIBIT K-1**

Please vote both the front and back of your ballot (Vote ambos lados)



**For Dodge City Community College Board of Trustees**
(Para la Junta Directiva del Colegio Comunitario de la Ciudad de Dodge)
Vote for FOUR or fewer
(Vote por QUATRO o menos)

○ Mia Schraeder Korbelik, Dodge City
○ Jammie D. Phillips, Dodge City
○ Kathy A. Ramsour, Dodge City
○ Gary Harshberger, Dodge City
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)
○ _____ Write-in (escribir en)

**CITY QUESTION SUBMITTED**

To vote in favor of any question submitted on this ballot, press the word "YES" on the voting machine or completely darken the oval to the left of the word "YES" on the paper ballot. To vote against it, press the word "NO" on the voting machine or completely darken the oval to the left of the word "NO" on the paper ballot.

**PREGUNTA PRESENTADA POR LA CIUDAD**

Para votar a favor de cualquier pregunta presentada en esta boleta, presione la palabra "SÍ" en la máquina de votación o rellene por completo el óvalo a la izquierda de la palabra "SÍ" en la boleta de papel. Para votar en contra, presione la palabra "NO" en la máquina de votación o rellene por completo el óvalo a la izquierda de la palabra "NO" en la boleta de papel.

**Shall the following be adopted?**

Shall the City of Dodge City, Kansas, be authorized to impose a one-half percent (0.50%) City-wide retailers' sales tax on April 1, 2022, or as soon thereafter as permitted by law, and shall terminate ten years after its commencement, the proceeds of which shall be used to finance the costs of transportation improvements, including the rehabilitation, construction and reconstruction of streets, sidewalks, curbs, gutters, trails, transit facilities, bicycle lanes, traffic signalization, signage, landscaping along rights-of-way, and all related improvements; all pursuant to the provisions of K.S.A. 12-187 et seq., as amended?

○ Yes / Sí
○ No / No

**¿Se adoptará lo siguiente?**

¿Autorizo a la Ciudad de Dodge City, Kansas, a imponer un impuesto de la mitad de un porcentaje (0.50%) a las ventas de comercio de la ciudad comenzando el 1 de abril de 2022, o tan pronto como lo permita la ley, y terminará diez años después de su comienzo, cuyos ingresos se utilizarán para financiar los costos de mejoras de transporte, incluida la rehabilitación, construcción y reconstrucción de calles, aceras de calles, alcantarillas, banquetas, senderos, instalaciones de tránsito, carriles para bicicletas, señalización de tráfico, letreros, jardinería a lo largo de las vías públicas y todas las mejoras relacionadas; conforme a las disposiciones de K.S.A. 12-187 et seq., en su forma enmendada?

Please vote both the front and back of your ballot (Vote ambos lados)

FC_001893