# City Commissioners for Dodge City (Vote for 3)

| Precinct | Times Cast | Registered Voters | Precinct | Adam Hessman | | Joseph A. Nuci Jr | | Morris Reeves | | Kent Smoll | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **County** | | | **County** | | | | | | | | |
| **Ford County** | | | **Ford County** | | | | | | | | |
| DC PRECINCT 1 | 140 | 1,362 | DC PRECINCT 1 | /+ 74 | 20.96% | 64 | 18.13% | /+ 53 | 15.01% | /+ 77 | 21.81% |
| DC PRECINCT 2 | 61 | 905 | DC PRECINCT 2 | 29 | 20.86% | 26 | 18.71% | 17 | 12.23% | 29 | 20.86% |
| DC PRECINCT 3 | 75 | 1,162 | DC PRECINCT 3 | 41 | 22.65% | 33 | 18.23% | 30 | 16.57% | 42 | 23.20% |
| DC PRECINCT 4 | 237 | 1,792 | DC PRECINCT 4 | 104 | 18.41% | 112 | 19.82% | 95 | 16.81% | 119 | 21.06% |
| DC PRECINCT 5 | 492 | 2,321 | DC PRECINCT 5 | /+ 196 | 16.33% | 215 | 17.92% | /+ 185 | 15.42% | /+ 306 | 25.50% |
| DC PRECINCT 6 | 739 | 2,440 | DC PRECINCT 6 | 297 | 16.47% | /+ 339 | 18.80% | /+ 280 | 15.53% | 430 | 23.85% |
| DC PRECINCT 7 | 46 | 185 | DC PRECINCT 7 | 14 | 13.08% | 27 | 25.23% | 22 | 20.56% | 21 | 19.63% |
| DC PRECINCT 8 | 0 | 0 | DC PRECINCT 8 | 0 | | 0 | | 0 | | 0 | |
| DC PRECINCT 9 | 3 | 26 | DC PRECINCT 9 | 2 | 33.33% | 1 | 16.67% | 2 | 33.33% | 1 | 16.67% |
| Ford County - Total | 1,793 | 10,193 | Ford County - Total | 757 | 17.39% | 817 | 18.76% | 684 | 15.71% | 1,025 | 23.54% |
| **Cumulative** | | | **Cumulative** | | | | | | | | |
| Cumulative | 0 | 0 | Cumulative | 0 | | 0 | | 0 | | 0 | |
| Cumulative - Total | 0 | 0 | Cumulative - Total | 0 | | 0 | | 0 | | 0 | |
| County - Total | 1,793 | 10,193 | County - Total | 757 | 17.39% | 817 | 18.76% | 684 | 15.71% | 1,025 | 23.54% |

**EXHIBIT K-2**

8/2019 1:59:18 PM

| Rick Sowers | | Total Votes | Unresolved Write-In |
|---|---|---|---|
| 85 | 24.08% | 353 | 2 |
| 38 | 27.34% | 139 | 0 |
| 35 | 19.34% | 181 | 1 |
| -2+ 135 | 23.89% | 565 | 0 |
| 1+ 298 | 24.83% | 1,200 | 2 |
| 457 | 25.35% | 1,803 | 8 |
| 23 | 21.50% | 107 | 0 |
| 0 | | 0 | 0 |
| 0 | 0.00% | 6 | 0 |
| 1,071 | 24.60% | 4,354 | 13 |
| 0 | | 0 | 0 |
| 0 | | 0 | 0 |
| 1,071 | 24.60% | 4,354 | 13 |

FC_003495