## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MIGUEL COCA and | ) | |
| ALEJANDRO RANGEL-LOPEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 6:22-cv-01274-EFM-RES |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF DODGE CITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' JOINT FINAL WITNESS DISCLOSURES

Defendants, by the undersigned counsel, hereby make the following disclosures of witnesses for trial pursuant to Fed. R. Civ. P. 26(a)(3).

## I.  WITNESSES

### A.  EXPECTED TO BE CALLED AT TRIAL:

1.  Debbie Cox (fact witness)
    County Clerk of Ford County

    Subject Matter of Testimony: Debbie Cox will testify regarding recent election results in Dodge City and Ford County, as well as the make-up of the electorate in Dodge City and Ford County and how elections operate in Dodge City and Ford County. She will testify about her role in running Dodge City elections, efforts to ensure voter accessibility, matters involving polling locations, and other matters related to he role as the election officer for Ford County.

2.  Ernestor De La Rosa (fact witness)
    Former Dodge City Assistant City Manager

    Subject Matter of Testimony: As former Assistant City Manager, Ernestor De La Rosa will testify regarding recent election results in Dodge City, the make-up of the electorate in Dodge City, how elections operate in Dodge City, and the City's offering of transportation to polling locations for citizens. He will also testify regarding all aspects of his role as Assistant City Manager. Mr. De La Rosa will also testify about the extensive efforts the City has undertaken to be welcoming and inclusive to the immigrant community in Dodge City generally and with respect to Commission elections. He will also testify about his interactions with the City

Commission and the Commission's approach to matters involving the Latino community in Dodge City.

3.  Nick Hernandez (fact witness)
    City Manager of Dodge City

    Subject Matter of Testimony: As City Manager, Nick Hernandez will testify regarding recent election results in Dodge City, as well as the make-up of the electorate in Dodge City and how elections operate in Dodge City. Mr. Hernandez will testify about his role as City Manager and the City's efforts to be welcoming and inclusive to the immigrant community. Iin Dodge City generally and with respect to Commission elections. He will testify about his interactions with the Commission and the Commission's approach to matters involving the Latino community in Dodge City.

4.  Fernando Jurado (fact witness)
    Greeley, Colorado
    Via Zoom or evidentiary deposition of unavailable witness.

    Subject Matter of Testimony: Mr. Jurado is a former City Commissioner in Dodge City. Mr. Jurado will testify regarding his experiences in the election process in Dodge City and the potential impact of a change in election process. He will also testify about his role as a Commissioner representing all residents of Dodge City.

5.  Dr. Jonathan Katz (expert witness)

    Subject Matter of Testimony: Dr. Katz is an expert retained by the defendants. He will testify on his analysis of racially polarized voting in Dodge City and Ecological Inference. Dr. Katz has been deposed and has provided detailed expert witness disclosures.

6.  Coral Lopez (fact witness)
    Dodge City, Kansas

    Subject Matter of Testimony: Ms. Lopez is a resident of Dodge City and works extensively with the business community. She will testify regarding the electorate in Dodge City and the likely impact on the community of a change to district elections.

7.  Melissa McCoy (fact witness)
    Dodge City Assistant City Manager

    Subject Matter of Testimony: As Assistant City Manager, Melissa McCoy will testify regarding the make-up of the electorate in Dodge City and the City's efforts in interacting with the immigrant community in Dodge City. She will also testify regarding her lived experience living in Dodge City after having lived in Mexico City for ten years and being married to a Mexican national who is now a United

States Citizen. She will testify about her experiences working with the Cultural Relations Advisory Board, Engage Dodge, and other City programs designed to engage with the entire community. Ms. McCoy will also testify about the City's efforts to encourage all citizens within the community to vote.

8.      Dr. Kimberly Nelson (expert witness)

Subject Matter of Testimony: Dr. Nelson is an expert retained by the defendants. She will testify on municipal form of government and election methods in Dodge City. Dr. Nelson has been deposed and has provided detailed expert witness disclosures.

9.      Joseph Nuci (fact witness)
Former Dodge City Commissioner

Subject Matter of Testimony: Joseph Nuci is a named defendant and will testify to facts and circumstances related to the claims and defenses asserted in the litigation. He will testify regarding his role as Commission and the campaign and election processes in Dodge City.  He will also testify regarding the limited demonstration of public interest in changing to district elections.

10.     David Rebein (fact witness)
Dodge City, Kansas

Subject Matter of Testimony: David Rebein will testify regarding of the makeup of the electorate in Dodge City and the potential impact on the community of a change to district elections. He will testify regarding his lived experiences in Dodge City, the benefits of maintaining at-large districts in Dodge City, any meetings in which he participated that discussed a potential change to at-large districts, and the City's interactions with the community.

11.     Sharon Siebel (fact witness)
Former Ford County Clerk and Election Officer (now retired)

Subject Matter of Testimony: Sharon Siebel will testify about her lived experience as a Dodge City and Ford County resident, her professional experience as a county clerk, as well as candidate for that elected position. how elections are operated in Ford County, the make-up of the electorate in Ford County, election results in Ford County, local government's engagement with the Latino community in Ford County, enforcement of federal law to local elections, interaction with the United States Department of Justice and other actors outside of Ford County relating to elections or the Latino community in Ford County, district voting in Dodge City for City Commission, and the relationship between Ford County and Dodge City.

12.     Dr. Michael Smith (expert witness)

Subject Matter of Testimony: Dr. Smith is an expert retained by the defendants. He will testify on his analysis of plaintiffs' proposed imposition of a district election scheme in Dodge City. Dr. Smith has been deposed and has provided detailed expert witness disclosures.

13.  E. Kent Smoll (fact witness)
     Former Dodge City Commissioner and former Mayor of Dodge City

     Subject Matter of Testimony: Kent Smoll is a named defendant and will testify to facts and circumstances related to the claims and defenses asserted in the litigation. He will testify regarding election results in Dodge City, the make-up of the electorate in Dodge City, and how campaigns and elections operate in Dodge City. He will also testify about the City's efforts to be inclusive, both with respect to voting and other aspects of City services.  He will also testify regarding the limited demonstration of public interest in changing to district elections.

14.  Rick Sowers (fact witness)
     Dodge City Commissioner

     Subject Matter of Testimony: Rick Sowers is a named defendant and will testify to facts and circumstances related to the claims and defenses asserted in the litigation. He has knowledge of recent election results in Dodge City, the make-up of the electorate in Dodge City, and how campaigns and elections operate in Dodge City. He will also testify about the City's efforts to be inclusive, both with respect to voting and other aspects of City services. He will also testify regarding the limited demonstration of public interest in changing to district elections.

15.  Cherise Tieben (fact witness)
     Former City Manager of Dodge City (now retired)

     Subject Matter of Testimony: Cherise Tieben will testify about her lived experience as a Dodge City and Ford County resident, her professional experience as a longtime city employee, how elections are operated in Dodge City, the make-up of the electorate in Dodge City, election results in Dodge City, local government's engagement with the Latino community in Dodge City, interaction between the career staff members of the City and elected commissioners for the City, district-voting in Dodge City for City Commission, and the relationship between Ford County and Dodge City.

16.  Sean Trende (expert witness)

     Subject Matter of Testimony: Sean Trende is an expert retained by the defendants. He will testify on his evaluation of Dr. Oskooii's proposed Demonstration Plans, Demonstration Maps, and Demonstration Districts. Mr. Trende has been deposed and has provided detailed expert witness disclosures.

A.      **MAY BE CALLED AT TRIAL:**

1.      Michael Burns (fact witness)
        Dodge City Commissioner

        Subject Matter of Testimony: Michael Burns is a named defendant and will testify to
        facts and circumstances related to the claims and defenses asserted in the litigation.
        He has knowledge of recent election results in Dodge City, the make-up of the
        electorate in Dodge City, and how elections operate in Dodge City. He will also
        testify about the City's efforts to be inclusive, both with respect to voting and other
        aspects of City services.

2.      Miguel Coca (fact witness)

        Subject Matter of Testimony: Miguel Coca is a named plaintiff and has knowledge of
        information related to the claims and defenses in this lawsuit.

3.      Nannette Pogue (fact witness)
        Former City Clerk of Dodge City (now retired)

        Subject Matter of Testimony: Nanette Pogue will testify about her lived experience
        as a Dodge City and Ford County resident, her professional experience as a longtime
        city employee, how elections are operated in Dodge City, the make-up of the
        electorate in Dodge City, election results in Dodge City, local government's
        engagement with the Latino community in Dodge City, interaction between the
        career staff members of the City and elected commissioners for the City, district-
        voting in Dodge City for City Commission, and the relationship between Ford
        County and Dodge City.

4.      Alejandro Rangel-Lopez (fact witness)

        Subject Matter of Testimony: Alejandro Rangel-Lopez is a named plaintiff and has
        knowledge of information related to the claims and defenses in this lawsuit.

5.      Chuck Taylor (fact witness)
        Dodge City Mayor and City Commissioner

        Subject Matter of Testimony: Chuck Taylor is a named defendant and will testify to
        facts and circumstances related to the claims and defenses asserted in the litigation.
        He has knowledge of recent election results in Dodge City, the make-up of the
        electorate in Dodge City, and how elections operate in Dodge City. He will also
        testify about the City's efforts to be inclusive, both with respect to voting and other
        aspects of City services.

6.      Janeth Vasquez (fact witness)
        City Commissioner of the City of Liberal

Subject Matter of Testimony: Janeth Vasquez has knowledge of the electorate in Dodge City and the likely impact on the community of a change to district elections.

Defendants reserve the right to call and hereby designate all witnesses designated by all parties. Defendants also hereby reserve the right to add additional witnesses in rebuttal or impeachment and as otherwise necessary and appropriate.

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Tara Eberline*
     Anthony F. Rupp, KS #11590
     Tara Eberline, KS #22576
     Sarah E. Stula, KS #27156
     7500 College Boulevard, Suite 1400
     Overland Park, Kansas  66210
     T (913) 498-2100 | F (913) 498-2101
     trupp@foulston.com
     teberline@foulston.com
     sstula@foulston.com

     - and-

     Clayton J. Kaiser, KS #24066
     FOULSTON SIEFKIN, LLP
     1551 North Waterfront Parkway, Suite 100
     Wichita, Kansas 67206
     T (316) 267-6371 | F (316) 267-6345
     ckaiser@foulston.com

     ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Tara Eberline*
Tara S. Eberline