# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| MIGUEL COCA, et al., | |
| Plaintiffs, | |
| v. | Case No. 6:22-cv-01274-EFM-RES |
| CITY OF DODGE CITY, et al., | |
| Defendants. | |

## PLAINTIFFS' JOINT EXHIBIT LIST

In accordance with the Court's Trial Scheduling Order (Doc. 163), and Federal Rule of Civil Procedure 26(a)(3), Plaintiffs Miguel Coca and Alejandro Rangel-Lopez hereby submit the following joint list of exhibits for trial against Defendants City of Dodge City, Dodge City Commission, E. Kent Smoll, Michael Burns, Rick Sowers, Chuck Taylor, and Joseph Nuci.

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 1 | Letter from DOJ to Ford County, 6/29/2011 (DODGE_CITY_0004176) | | | | |
| 2 | Email thread between B. Adelson and S. Seibel, 7/11/2011 (DODGE_CITY_0004114) | | | | |
| 3 | Letter from S. Seibel to Ford County Commissioners, 7/13/2011 (DODGE_CITY_0004145) | | | | |
| 4 | Letter from B. Adelson to S. Seibel, 8/26/2011 (DODGE_CITY_0004129) | | | | |
| 5 | Retainer Agreement Between FCC and S. Seibel, 8/29/2011 (DODGE_CITY_0004101) | | | | |
| 6 | Invoice for Services of Federal Compliance Consulting LLC, 12/21/2011 (DODGE_CITY_0004127) | | | | |
| 7 | Email from C. Tieben to K. Smoll and J. Lembright, 2/24/2014 (DODGE_CITY_0010048) | | | | |
| 8 | Dodge City Commission 2014 Election Results, 4/1/2014 (DODGE_CITY_0000008) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Dodge City Resolution No. 2015-2, 2/16/2015 (DODGE_CITY_0002006) | | | | |
| 10 | Dodge City Commission 2017 Election Results, 11/7/2017 (DODGE_CITY_0000007) | | | | |
| 11 | Email thread between D. Cox and N. Pogue, 10/4/2018 (DODGE_CITY_0000583) | | | | |
| 12 | D. Cox Notice to Voters, 10/23/2018 (DODGE_CITY_0011159) | | | | |
| 13 | Open Letter from the Dodge City Mayor, 10/23/2018 (DODGE_CITY_0002113) | | | | |
| 14 | Dodge City Mayor's Draft Press Release, 10/28/2018 (DODGE_CITY_0011161) | | | | |
| 15 | Dodge City Mayor's Final Press Release, 10/29/2018 (DODGE_CITY_0012259) | | | | |
| 16 | Email and Attachments from A. Martin to M. McCoy and B. Ralph, 10/31/2018 (DODGE_CITY_0003600, -02, -03) | | | | |
| 17 | Email and Attachments from M. McCoy to C. Tieben, 11/3/2018 (DODGE_CITY_0001710-19) | | | | |
| 18 | Dodge City Mayor Final Press Release Re-Release, 11/3/2018 (DODGE_CITY_0002118) | | | | |
| 19 | Email from C. Tieben to L. Wade, 11/4/2018 (DODGE_CITY_0001757) | | | | |
| 20 | Email and Attachment from C. Tieben to City Commissioners, 11/5/2018 (DODGE_CITY_0001741-42) | | | | |
| 21 | Email thread between R. Petty and C. Tieben, 11/5/2018 (DODGE_CITY_0001732) | | | | |
| 22 | Email thread between C. Tieben and E. Sartorius, 11/5/2018 (DODGE_CITY_0001739) | | | | |
| 23 | Email thread between C. Tieben and D. Cox, 11/5/2018 (DODGE_CITY_0004752) | | | | |
| 24 | Email from C. Tieben to B. Ralph, E. De La Rosa M. McCoy, 11/10/2018 (DODGE_CITY_0003693) | | | | |
| 25 | Email from C. Tieben to D. Cox, 11/15/2018 (DODGE_CITY_0000570) | | | | |
| 26 | City Commission Update, 1/6/2019 (DODGE_CITY_0001764-65) | | | | |
| 27 | Email thread between J. Scoggins and C. Tieben, 2/26/2019 (DODGE_CITY_0001778) | | | | |
| 28 | Email thread between N. Pogue and C. Tieben, 2/26/2019 (DODGE_CITY_0001780) | | | | |
| 29 | March 4, 2019 Commission Meeting Minutes, 3/4/2019 (DODGE_CITY_0002013) | | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| 30 | Email from N. Pogue to B. Ralph, 3/5/2019 (DODGE_CITY_0003605) | | | | |
| 31 | Email and Attachment from N. Pogue to C. Tieben, 3/13/2019 (DODGE_CITY_0005584) | | | | |
| 32 | April 15, 2019 Commission Meeting Minutes, 4/15/2019 (DODGE_CITY_0002016) | | | | |
| 33 | Dodge City Flyer Encouraging Candidates (DODGE_CITY_0002155) | | | | |
| 34 | Email from N. Pogue to B. Ralph, 6/7/2019 (DODGE_CITY_0003609) | | | | |
| 35 | Recording of Commission Candidate Public Forum, 10/15/2019 (DODGE_CITY_0012549) | | | | |
| 36 | Dodge City Commission 2019 Election Results, 11/5/2019 (DODGE_CITY_0000006) | | | | |
| 37 | Memorandum, *Voter Suppression in Minority Communities: Learning from the Past to Protect Our Future*, Before the Comm. on Oversight and Reform, 116th Cong. (2020), 2/25/2020 | | | | |
| 38 | La Voz del Pueblo: A Report on At-large Districts in Southwest Kansas, 2021 (PLS_000002) | | | | |
| 39 | Miguel Coca's Facebook Post, 10/3/2021 (PLS_000041) | | | | |
| 40 | Dodge City Commission 2021 Election Results, 11/2/2021 (DODGE_CITY_0000004) | | | | |
| 41 | Email and Attachments from D. Franics to K. Kobach, 6/30/2023 (PLS_000236) | | | | |
| 42 | Dr. Bejarano Expert Report, 5/19/2023 | | | | |
| 43 | Dr. Bejarano CV | | | | |
| 44 | Bejarano Report Figure 1, 5/19/2023 | | | | |
| 45 | Bejarano Report Table 1, 5/19/2023 | | | | |
| 46 | Bejarano Report Table 2, 5/19/2023 | | | | |
| 47 | Bejarano Report Table 3, 5/19/2023 | | | | |
| 48 | Bejarano Report Table 4, 5/19/2023 | | | | |
| 49 | Bejarano Report Table 5, 5/19/2023 | | | | |
| 50 | Bejarano Report Table 6, 5/19/2023 | | | | |
| 51 | Bejarano Report Table 7, 5/19/2023 | | | | |
| 52 | Bejarano Report Table 8, 5/19/2023 | | | | |
| 53 | Bejarano Report Table 9, 5/19/2023 | | | | |
| 54 | Bejarano Report Table 10, 5/19/2023 | | | | |
| 55 | Bejarano Report Table 11, 5/19/2023 | | | | |
| 56 | Bejarano Report Table 12, 5/19/2023 | | | | |
| 57 | Bejarano Report Table 13, 5/19/2023 | | | | |
| 58 | Bejarano Report Table 14, 5/19/2023 | | | | |
| 59 | Bejarano Report Table 15, 5/19/2023 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 60 | Bejarano Report Table 16, 5/19/2023 | | | | |
| 61 | Bejarano Report Table 17, 5/19/2023 | | | | |
| 62 | Dr. Oskooii Expert Report, 5/19/2023 | | | | |
| 63 | Dr. Oskooii CV | | | | |
| 64 | Oskooii Report Figure 1, 5/19/2023 | | | | |
| 65 | Oskooii Report Table 1, 5/19/2023 | | | | |
| 66 | Oskooii Report Table 2, 5/19/2023 | | | | |
| 67 | Oskooii Report Table 3, 5/19/2023 | | | | |
| 68 | Oskooii Report Figure 2, 5/19/2023 | | | | |
| 69 | Oskooii Report Table 4, 5/19/2023 | | | | |
| 70 | Oskooii Report Figure 3, 5/19/2023 | | | | |
| 71 | Oskooii Report Table 5, 5/19/2023 | | | | |
| 72 | Oskooii Report Figure 4, 5/19/2023 | | | | |
| 73 | Oskooii Report Table 6, 5/19/2023 | | | | |
| 74 | Oskooii Report Figure 5, 5/19/2023 | | | | |
| 75 | Oskooii Report Table 7, 5/19/2023 | | | | |
| 76 | Oskooii Report Figure 6, 5/19/2023 | | | | |
| 77 | Oskooii Report Table 8, 5/19/2023 | | | | |
| 78 | Oskooii Report Figure 7, 5/19/2023 | | | | |
| 79 | Oskooii Report Table 9, 5/19/2023 | | | | |
| 80 | Oskooii Report Figure 8, 5/19/2023 | | | | |
| 81 | Oskooii Report Table 10, 5/19/2023 | | | | |
| 82 | Oskooii Report Figure 9, 5/19/2023 | | | | |
| 83 | Oskooii Report Table 11, 5/19/2023 | | | | |
| 84 | Oskooii Report Figure 10, 5/19/2023 | | | | |
| 85 | Oskooii Report Table 12, 5/19/2023 | | | | |
| 86 | Oskooii Report Figure 11, 5/19/2023 | | | | |
| 87 | Oskooii Report Table 13, 5/19/2023 | | | | |
| 88 | Oskooii Report Figure 12, 5/19/2023 | | | | |
| 89 | Oskooii Report Table 14, 5/19/2023 | | | | |
| 90 | Oskooii Report Figure 13, 5/19/2023 | | | | |
| 91 | Oskooii Report Table 15, 5/19/2023 | | | | |
| 92 | Oskooii Report Figure 14, 5/19/2023 | | | | |
| 93 | Oskooii Report Table 16, 5/19/2023 | | | | |
| 94 | Oskooii Report Figure 15, 5/19/2023 | | | | |
| 95 | Oskooii Report Table 17, 5/19/2023 | | | | |
| 96 | Oskooii Map 1, HTML | | | | |
| 97 | Oskooii Map 2, HTML | | | | |
| 98 | Oskooii Map 3, HTML | | | | |
| 99 | Oskooii Map 4, HTML | | | | |
| 100 | Oskooii Map 5, HTML | | | | |
| 101 | Oskooii Map 6, HTML | | | | |
| 102 | Oskooii Map 7, HTML | | | | |
| 103 | Oskooii Map 8, HTML | | | | |

| 104 | Oskooii Map 9, HTML | | | | |
|-----|---------------------|---|---|---|---|
| 105 | Oskooii Map 10, HTML | | | | |
| 106 | Oskooii Map 11, HTML | | | | |
| 107 | Oskooii Map 12, HTML | | | | |
| 108 | Oskooii Map 13, HTML | | | | |
| 109 | Oskooii Map 14, HTML | | | | |
| 110 | Dr. Barreto Expert Report, 5/19/2023 | | | | |
| 111 | Dr. Barreto CV | | | | |
| 112 | Barreto Report Table 1, 5/19/2023 | | | | |
| 113 | Barreto Report Table 2, 5/19/2023 | | | | |
| 114 | Barreto Report Table 3, 5/19/2023 | | | | |
| 115 | Barreto Report Figure 1, 5/19/2023 | | | | |
| 116 | Barreto Report Table 4, 5/19/2023 | | | | |
| 117 | Barreto Report Table 5, 5/19/2023 | | | | |
| 118 | Barreto Report Figure 2, 5/19/2023 | | | | |
| 119 | Barreto Report Figure 3, 5/19/2023 | | | | |
| 120 | Barreto Report Figure 4, 5/19/2023 | | | | |
| 121 | Barreto Report Appendix A Table 1, 5/19/2023 | | | | |
| 122 | Barreto Report Appendix B Table 1, 5/19/2023 | | | | |
| 123 | Barreto Report Appendix B Table 2, 5/19/2023 | | | | |
| 124 | Barreto Report Appendix B Table 3, 5/19/2023 | | | | |
| 125 | Barreto Report Appendix B Table 4, 5/19/2023 | | | | |
| 126 | Barreto Report Appendix B Table 5, 5/19/2023 | | | | |
| 127 | Barreto Report Appendix B Table 6, 5/19/2023 | | | | |
| 128 | Barreto Report Appendix B Table 7, 5/19/2023 | | | | |
| 129 | Barreto Report Appendix B Table 8, 5/19/2023 | | | | |
| 130 | Barreto Report Appendix B Table 9, 5/19/2023 | | | | |
| 131 | Barreto Report Appendix B Table 10, 5/19/2023 | | | | |
| 132 | Barreto Report Appendix B Table 11, 5/19/2023 | | | | |
| 133 | Barreto Report Appendix B Table 12, 5/19/2023 | | | | |
| 134 | Barreto Report Appendix B Table 13, 5/19/2023 | | | | |
| 135 | Barreto Report Appendix B Table 14, 5/19/2023 | | | | |
| 136 | Barreto Report Appendix C, 5/19/2023 | | | | |
| 137 | Barreto Report Appendix D, 5/19/2023 | | | | |
| 138 | Dr. Martinez Expert Report, 5/19/2023 | | | | |
| 139 | Dr. Martinez CV | | | | |
| 140 | Martinez Report Figure 1, 5/19/2023 | | | | |
| 141 | Dr. Oskooii Supplemental Expert Report, 7/31/2023 | | | | |
| 142 | Oskooii Supplemental Report Figure 1, 7/31/2023 | | | | |
| 143 | Dr. Bejarano's Expert Addendum, 1/12/2024 | | | | |
| 144 | Dr. Martinez's Expert Addendum, 1/12/2024 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **145** | Kansas Office of Revisor of Statutes, Legislature of The State of Kansas, Proposed Guidelines and Criteria for 2022 Kansas Congressional and State Legislative Redistricting | | | | |
| **146** | Census and American Community Survey data included in Plaintiffs' expert reports | | | | |
| **147** | American Community Survey 5-year estimates 2017-2021, 1/03/2023 | | | | |
| **148** | U.S. Census Bureau (2020). PL94-717 Redistricting Data, Doc. 30, 1/03/2023 | | | | |
| **149** | Figure 3- Dodge City CVAP Estimates, Doc. 30, 1/03/2023 | | | | |
| **150** | ACS (2021-5 Year Estimates) Subject Tables Citizen Voting Age Population, Doc. 30, 1/03/2023 | | | | |
| **151** | ACS (2021-5 Year Estimates) Subject Tables - Dodge City Percent Income Below Poverty Level, Doc. 30, 1/03/2023 | | | | |
| **152** | Figure 5- Dodge City Percent Income Below Poverty Level, Doc. 30, 1/03/2023 | | | | |
| **153** | ACS (2021-5 Year Estimates) Subject Tables- Dodge City Percent Unemployed (16 Years and Older), Doc. 30, 1/03/2023 | | | | |
| **154** | Figure 6- Dodge City Percent Unemployed, Doc. 30, 1/03/2023 | | | | |
| **155** | ACS (2021-5 Year Estimates) Subject Tables - Dodge City Health Insurance Coverage, Doc. 30, 1/03/2023 | | | | |
| **156** | ACS (2021-5 Year Estimates) Subject Tables- Percent of Occupants Owing Homes, Doc. 30, 1/03/2023 | | | | |
| **157** | ACS (2021- 5 Year Estimates)- Subject Tables Educational Obtainment, Doc. 30, 1/03/2023 | | | | |
| | Demonstrative exhibits | | | | |
| | Exhibits necessary for impeachment or rebuttal | | | | |
| | Exhibits listed by Defendants | | | | |
| | Exhibits marked during portions of any designated deposition testimony | | | | |

6

Dated: February 5, 2024

Respectfully submitted,

By: /s/ *Sharon Brett*

Chad W. Dunn*
Sonni Waknin*
Bernadette Reyes*
**UCLA VOTING RIGHTS PROJECT**
3250 Public Affairs Building
Los Angeles, CA 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
310-400-6019

Jonathan Topaz*
Sophia Lin Lakin*
Victoria Ochoa*
**AMERICAN CIVIL LIBERTIES
UNION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
jtopaz@aclu.org
slakin@aclu.org
vochoa@aclu.org
212-549-2500

Scott Fuqua*
**FUQUA LAW & POLICY, P.C.**
P.O. Box 32015
Santa Fe, NM 87594
scott@fuqualawpolicy.com
505-982-0961

Sharon Brett KS 28696
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION
OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
kching@aclukansas.org
913-490-4100

Abena Mainoo*
Jonathan I. Blackman*
Mijin Kang*
Katherine MacAdam*
Isabella Masiello*
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com
imasiello@cgsh.com
212-225-2000

*Attorneys for Plaintiffs*

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 5th day of February

2024, a true and correct copy of the foregoing was served via the United State District Court's

CM/ECF system on all parties or persons requiring notice, including upon attorneys for

defendants:

FOULSTON SIEFKIN LLP
Anthony F. Rupp, KS #11590
Tara Eberline, KS #22576
Sarah E. Stula, KS #27156
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

FOULSTON SIEFKIN, LLP
Clayton Kaiser, KS #24066
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com

By: /s/ *Sharon Brett*
Sharon Brett KS 28696
**AMERICAN CIVIL LIBERTIES
UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100

9