# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DODGE CITY, et al., <br><br> Defendants. | Case No. 6:22-cv-01274-EFM-RES |

## PLAINTIFFS' WITNESS LIST

In accordance with the Court's Trial Scheduling Order (Doc. 163), and Federal Rule of Civil Procedure 26(a)(3), Plaintiffs Miguel Coca and Alejandro Rangel-Lopez hereby submit the following joint list of witnesses they intend to call in their trial against Defendants City of Dodge City, Dodge City Commission, E. Kent Smoll, Michael Burns, Rick Sowers, Chuck Taylor, and Joseph Nuci. This trial is scheduled to begin on February 26, 2024.

The Plaintiffs anticipate calling the following witnesses in their case-in-chief, either by live testimony or by designated deposition testimony that has been filed concurrently. Plaintiffs reserve the right to introduce rebuttal and cross designations for any of the below witnesses for which they designated deposition testimony, and any witnesses designated by Defendants.

**1.** **Alejandro Rangel-Lopez**: Alejandro Rangel-Lopez will testify about his experiences as a Latine resident in Dodge City, including working in Dodge City's meatpacking industry and as a community organizer in Dodge City and Southwest Kansas. Mr. Rangel-Lopez will testify about his experience working for the Dodge City government and the efforts made by citizen groups to push for district-based elections. Mr. Rangel-Lopez will testify about the issues facing the Latine community in Dodge City and related interactions with the City government. Mr.

Rangel-Lopez will testify about the 2018 lawsuit against Dodge City regarding the city changing the location of polling places. Mr. Rangel-Lopez will testify to his experience as a Latine voter in the City of Dodge City and political involvement of the Latine community in Dodge City. Finally, he will testify about his involvement in this lawsuit.

**2.** **Miguel Coca**: Miguel Coca is anticipated to testify to the circumstances that support his claims, including his experience as a Latino resident in Dodge City, his experiences as a Latino voter and political involvement of the Latine community in Dodge City, experiences of discrimination, and experience with governmental responsiveness to the Latino Community by Dodge City officials. He is also anticipated to testify about his experiencing volunteering and engaging in voter outreach in the Dodge City community. Finally, he will testify about his involvement in this lawsuit.

**3.** **Jan Scoggins**: Jan Scoggins will testify about her experience as a former City Commissioner and candidate for City Commissioner. Ms. Scoggins will testify about the issues facing the Latine community in Dodge City and related interactions with the City government. Ms. Scoggins will testify about her prior request to City staff regarding consideration of single-member districts for Dodge City elections.

**4.** **Monica Vargas**: Monica Vargas will testify to information related to Plaintiffs' claims, including information related to her experience with governmental responsiveness to the Latino community by the Dodge City Commission and her work organizing workers in the meat packing industry in Dodge City. Ms. Vargas will testify about her experiences working with Latine community members in the City of Dodge City, the issues that the Latine community faces within the City, and the response by the City of Dodge City to Latine organizing. Ms. Vargas may also testify to her experience as the chair of the Kansas Hispanic & Latino American Affairs

Commission.

5. **Joseph Nuci**: Joseph Nuci will be called to testify as an adverse witness pursuant to Federal Rule of Evidence 611(c)(2) regarding his experiences as a City Commissioner in Dodge City. He will testify about his and the City Commission's interactions with Dodge City residents who attempted to persuade the City Commission to adopt single-member districts. He will further testify regarding the City Commission's response to and internal conversations about the efforts to implement single-member districts.

6. **Sharon Seibel (by deposition designation)**: Sharon Seibel will testify by deposition designation about her role as the Ford County Clerk from 2009 to 2017 and an election officer from 2001 to 2008. Ms. Seibel will testify about the hiring of, and interactions with, compliance consultants to study whether Dodge City's method of elections complied with the Voting Rights Act, her interactions with Dodge City elected officials and employees with respect to the issue of the federal Voting Rights Act, her experience with the U.S. Department of Justice and Ford County elections, the 2011 U.S. Department of Justice inquiry into whether Dodge City's election practices violated Section 2 of the Voting Rights Act. Ms. Seibel will testify regarding the administration of Dodge City's elections.

7. **Cherise Tieben (by deposition designation)**: Cherise Tieben will testify by deposition designation about her role as City Manager of Dodge City from 2014 to 2020. Ms. Tieben will testify about Dodge City's response to inquiries regarding consideration of single-member districts for Dodge City elections.

8. **Nannette Pogue (by deposition designation)**: Nannette Pogue will testify by deposition designation about her experience as the Dodge City Clerk and Finance Director from 1980 to 2019. Ms. Pogue will testify about her research on district-based elections for Dodge City,

her consulting with the Kansas League of Municipalities, and Dodge City's responses to voting-related issues.

9. **Nickolaus Hernandez (by deposition designation**): Nickolaus Hernandez will testify by deposition designation in his capacity as a representative for Defendant Dodge City pursuant to Federal Rule of Civil Procedure 30(b)(6) about the role and functions of the Dodge City Commission, the adoption and maintenance of the at-large method of election for Dodge City Commissioners, the 2011 U.S. Department of Justice inquiry into whether Dodge City's election practices violated Section 2 of the Voting Rights Act, Dodge City's response to inquiries regarding consideration of single-member districts for Dodge City elections, Dodge City's responses to requests made by the Latine community, and other matters regarding the structure and functions of Defendant Dodge City.

10. **Ernestor De La Rosa (by deposition designation**): Ernestor De La Rosa will testify by deposition designation about his experience as Assistant City Manager of Dodge City and various other roles from 2014 to 2023. Mr. De La Rosa will testify about actions taken by Dodge City in response to the needs of the Latine community, his involvement in the Cultural Relations Advisory Board, and election-related matters.

**Plaintiffs' Expert Witnesses**

1.     **Dr. Matt Barreto**: Dr. Barreto will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2). Dr. Barreto will testify based on his academic research and expertise in racially polarized voting, Latine political behavior, survey methodology, American political behavior, voting rights, and political data science methods. Specifically, Dr. Barreto will testify regarding his expert report in which he analyzed racially polarized voting in Dodge City. He will testify regarding Latine voters' political cohesiveness in their support for candidates and the political preferences of white voters in Dodge City. He will further testify regarding the dilution of Dodge City Latines' voting strength due to the city's electoral system and Dodge City's use of other election practices and devices that tend to enhance the opportunity for discrimination. Finally, he will testify regarding whether the maps presented by Dr. Oskooii create districts which that provide Latine voters an opportunity to elect candidates of their choice.

2.     **Dr. Christina Bejarano**: Dr. Bejarano will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2). Dr. Bejarano will testify based on her expertise in Latine electoral politics, including voting behavior, descriptive and substantive representation, and barriers facing Latine voters and candidates seeking office, including in electoral design. Specifically, Dr. Bejarano will testify regarding her expert report, which analyzed various Senate Factors relevant to the Voting Rights Act inquiry pursuant to *Thornburg v. Gingles*, 478 U.S. 30 (1986). She will testify that Senate Factors 3, 5, 7, and 8 are met in Dodge City, and that based on the totality of the circumstances, the at-large voting system in Dodge City hinders the equal opportunity of Latine voters to fully participate in the electoral process.

3.     **Dr. Rubén Martinez**: Dr. Martinez will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2). Dr. Martinez will testify based on his expertise in

historical and current race relations, social stratification, and political sociology. Specifically, Dr. Martinez will testify regarding his expert report in which he analyzed the history of discrimination against Latines in Dodge City, surrounding cities, and the State of Kansas. He will testify about historical incidences of racially motivated violence; segregation in housing, education, and public spaces; and the historical background of elections in Dodge City, including the historical use of at-large methods of elections in the state of Kansas

**4.  Dr. Kassra Oskooii:** Dr. Oskooii will testify as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2). Dr. Oskooii will testify based on his expertise in American political behavior, mapdrawing, voting rights, and political data science as it relates to redistricting. Specifically, Dr. Oskooii will testify regarding his expert report in which he analyzed whether the Latine population in Dodge City is sufficiently numerous and geographically compact to comprise a majority in a single-member district for the City Commission. Dr. Oskooii will testify that it is possible to draw three districts with majority-Hispanic Citizen Voting-age Population ("HCVAP") in a five-district plan while respecting traditional redistricting principles.

The Plaintiffs may call the following witnesses in their case-in-chief either by live testimony or by designated deposition testimony that has been filed concurrently.

1.  **Martin Rosas (by Zoom or evidentiary deposition of unavailable witness)**: Martin Rosas will testify about his experiences as a Latine resident in Dodge City and work in the meat packing industry. Mr. Rosas will testify about the political involvement of the Latine community in Dodge City, the challenges of political fundraising for Latine candidates, experiences of discrimination, and experience with governmental responsiveness to the Latine Community by Dodge City officials.

6

2. **Amy Soberanes**: Amy Soberanes will testify about her experiences as a Latine resident in Dodge City. Ms. Soberanes will testify about the issues facing the Latine community in Dodge City, experience as a voter and voting in Dodge City Commissioner and other elections, the political involvement of the Latine community in Dodge City, and her experience with governmental responsiveness by the Dodge City Commission to the Latine community.

3. **A.J. Amaro**: A.J. Amaro is anticipated to testify about his experiences as a Latino resident in Dodge City. Mr. Amaro will testify about the issues facing the Latine community in Dodge City, his experience voting in Dodge City Commissioner and other elections, the political involvement of the Latine community in Dodge City, and his experience with governmental responsiveness by the Dodge City Commission to the Latino community.

4. Any witnesses identified by Defendants.

5. Any witnesses necessary to lay foundation.

6. Any witnesses necessary for rebuttal.

Dated: February 5, 2024

Respectfully submitted,

By: /s/ *Sharon Brett*

| | |
|---|---|
| Chad W. Dunn*<br>Sonni Waknin*<br>Bernadette Reyes*<br>**UCLA VOTING RIGHTS PROJECT**<br>3250 Public Affairs Building<br>Los Angeles, CA 90065<br>chad@uclavrp.org<br>sonni@uclavrp.org<br>bernadette@uclavrp.org<br>310-400-6019 | Sharon Brett KS 28696<br>Kunyu Ching KS 29807<br>**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**<br>10561 Barkley Street<br>Suite 500<br>Overland Park, KS 66212<br>sbrett@aclukansas.org<br>kching@aclukansas.org<br>913-490-4100 |
| Jonathan Topaz*<br>Sophia Lin Lakin*<br>Victoria Ochoa*<br>**AMERICAN CIVIL LIBERTIES UNION, INC.**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>jtopaz@aclu.org<br>slakin@aclu.org<br>vochoa@aclu.org<br>212-549-2500 | Abena Mainoo*<br>Jonathan I. Blackman*<br>Mijin Kang*<br>Katherine MacAdam*<br>Isabella Masiello*<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>amainoo@cgsh.com<br>jblackman@cgsh.com<br>mkang@cgsh.com<br>kmacadam@cgsh.com<br>imasiello@cgsh.com<br>212-225-2000 |
| Scott Fuqua*<br>**FUQUA LAW & POLICY, P.C.**<br>P.O. Box 32015<br>Santa Fe, NM 87594<br>scott@fuqualawpolicy.com<br>505-982-0961 | *Attorneys for Plaintiffs*<br><br>* Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 5th day of February 2024, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

| | |
|---|---|
| FOULSTON SIEFKIN LLP<br>Anthony F. Rupp, KS #11590<br>Tara Eberline, KS #22576<br>Sarah E. Stula, KS #27156<br>7500 College Boulevard, Suite 1400<br>Overland Park, Kansas 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br>sstula@foulston.com | FOULSTON SIEFKIN, LLP<br>Clayton Kaiser, KS #24066<br>1551 North Waterfront Parkway, Suite 100<br>Wichita, Kansas 67206<br>(316) 267-6371<br>(316) 267-6345 (fax)<br>ckaiser@foulston.com |

By: /s/ *Sharon Brett*
Sharon Brett KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100