## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MIGUEL COCA, et al.,

              Plaintiffs,

      v.

CITY OF DODGE CITY, et al.,

              Defendants.

Case No. 6:22-cv-01274-EFM-RES

### PLAINTIFFS' DEPOSITION DESIGNATIONS FOR TRIAL

In accordance with the Court's Trial Scheduling Order (Doc. 163), and Federal Rule of Civil Procedure 26(a)(3), Plaintiffs Miguel Coca and Alejandro Rangel-Lopez hereby submit the following deposition designations for trial against Defendants City of Dodge City, Dodge City Commission, E. Kent Smoll, Michael Burns, Rick Sowers, Chuck Taylor, and Joseph Nuci.

**Sharon Seibel Deposition Designations**

| |
|---|
| 6:8-7:13 |
| 9:25-17:2 |
| 17:5-18:25 |
| 19:6-22:2 |
| 23:1-13 |
| 24:9-25:19 |
| 26:15-30:15 |
| 30:19-32:1 |
| 32:7-34:25 |

| |
|---|
| 35:5-39:2 |
| 40:14-43:5 |
| 43:8-44:7 |
| 44:20-24 |
| 45:4-52:21 |
| 53:6-54:1 |
| 54:11-57:2 |
| 57:10-58:11 |
| 58:16-59:15 |
| 59:18-61:2 |
| 61:9-64:14 |
| 64:20-65:6 |
| 65:12-68:16 |
| 68:23-70:4 |
| 70:22-72:5 |
| 73:2-74:16 |
| 74:22-75:23 |
| 76:14-77:16 |
| 77:21-78:18 |
| 79:3-25 |
| 80:21-85:10 |
| 85:15-86:5 |
| 86:11-22 |

| |
|---|
| 87:8-88:15 |
| 89:5-24 |
| 90:4-96:20 |
| 96:22-97:8 |
| 98:12-99:25 |
| 100:9-102:9 |
| 109:17-110:1 |
| 112:1-13 |

**Cherise Tieben Deposition Designations**

| |
|---|
| 7:2-12 |
| 16:25-18:13 |
| 18:15 |
| 22:25-24:5 |
| 24:15-26:10 |
| 28:3-19 |
| 31:4-33:8 |
| 33:10-15 |
| 33:17-18 |
| 33:21-34:5 |
| 34:9-35:4 |
| 35:23-37:10 |
| 37:14-38:5 |

| |
|---|
| 38:9-39:4 |
| 39:6-24 |
| 40:1-41:12 |
| 41:14 |
| 42:18-43:6 |
| 44:11-25 |
| 47:4-12 |
| 47:18-21 |
| 50:16-51:3 |
| 51:19-53:11 |
| 53:13-55:22 |
| 56:6-58:2 |
| 59:6-61:6 |
| 61:19-62:18 |
| 62:20-71:6 |
| 71:9 |
| 71:12 |
| 71:14-77:8 |
| 77:12-81:13 |
| 82:11-86:17 |
| 87:14-18 |

**Nannette Pogue Deposition Designations**

| |
|---|
| 4:24-5:3 |
| 8:25-10:25 |
| 11:4-12:2 |
| 12:13-13:3 |
| 13:5-25 |
| 14:16-15:16 |
| 16:19-20:16 |
| 20:18-21:14 |
| 21:17-24:4 |
| 24:12-24 |
| 25:14-24 |
| 26:7-32:2 |
| 32:7-33:3 |
| 33:6-8 |
| 37:15-40:4 |
| 40:12-42:8 |
| 43:13-44:20 |
| 44:23-45:1 |
| 45:4-46:2 |
| 46:4-47:1 |
| 47:3-13 |
| 47:15-48:4 |
| 48:7-21 |

| |
|---|
| 49:2-10 |
| 49:23-50:3 |
| 50:5-18 |
| 50:20-51:2 |
| 51:5-19 |
| 52:7-13 |
| 52:16-53:15 |
| 54:13-55:23 |
| 55:25-56:23 |
| 59:1-62:14 |
| 62:16-22 |
| 62:24-63:18 |
| 64:9-25 |
| 65:2-66:20 |
| 67:1-70:19 |
| 70:21-72:4 |
| 75:17-24 |
| 80:18-81:4 |

**Nickolaus Hernandez (in his personal capacity and as a representative of the City of Dodge City pursuant to Rule 30(b)(6)) Deposition Designations**

| |
|---|
| 6:1-6 |
| 6:9-10 |

| |
|---|
| 18:25-19:2 |
| 20:4-14 |
| 20:18 |
| 20:20-21 |
| 20:23 |
| 20:25-21:2 |
| 21:4-5 |
| 21:17-18 |
| 21:20 |
| 22:9-18 |
| 23:12-26:5 |
| 26:21-27:1 |
| 27:11-30:1 |
| 32:18-34:5 |
| 34:9-11 |
| 34:13-35:11 |
| 35:15 |
| 35:17-36:12 |
| 36:20-40:5 |
| 42:7-22 |
| 43:25 |
| 44:4 |
| 44:6 |

| |
|---|
| 44:21-22 |
| 44:24-45:8 |
| 45:12 |
| 45:14-19 |
| 45:23-24 |
| 46:1-2 |
| 46:4-8 |
| 46:10-12 |
| 46:14-17 |
| 46:19-21 |
| 46:23-24 |
| 47:1 |
| 47:3 |
| 47:5-7 |
| 47:9-11 |
| 47:13-14 |
| 47:16-48:5 |
| 48:7 |
| 48:10-14 |
| 48:17-49:2 |
| 49:6-7 |
| 49:9-10 |
| 49:12-14 |

| |
|---|
| 49:17-19 |
| 50:3-20 |
| 52:17-19 |
| 52:22-56:10 |
| 56:14-57:12 |
| 57:15-20 |
| 59:8-60:1 |
| 60:3-4 |
| 60:6-62:9 |
| 62:12-19 |
| 62:21-25 |
| 63:2-19 |
| 67:3-18 |
| 67:21-68:9 |
| 68:11-15 |
| 68:18-19 |
| 68:21-69:2 |
| 69:4-11 |
| 72:15-73:11 |
| 73:14-22 |
| 73:25-74:4 |
| 74:6-18 |
| 74:20-24 |

| |
|---|
| 75:1-12 |
| 75:14 |
| 75:17-77:7 |
| 77:9-10 |
| 77:12-79:20 |
| 79:22-24 |
| 80:1-81:11 |
| 81:14-20 |
| 81:23-25 |
| 82:2-5 |
| 82:12-16 |
| 84:23-24 |
| 85:1-12 |
| 85:16-86:3 |
| 86:7 |
| 86:15-87:19 |
| 87:22-89:5 |
| 89:7 |
| 89:9-15 |
| 89:17-22 |
| 89:24-90:7 |
| 90:9-14 |
| 90:16-22 |

| |
|---|
| 90:24-25 |
| 91:2-92:6 |
| 92:10 |
| 92:12-93:16 |
| 93:22 |
| 94:10-104:12 |
| 104:18-107:24 |
| 108:22-110:13 |
| 110:18-111:7 |
| 111:9-20 |
| 112:5-113:14 |
| 113:17-21 |
| 114:2-4 |
| 114:6-7 |
| 114:10-11 |
| 114:13-115:3 |
| 115:6-117:9 |
| 117:13-121:25 |
| 122:2 |
| 122:4-123:10 |
| 123:13-124:2 |
| 124:9-11 |
| 124:18-19 |

| |
|---|
| 124:21-25 |
| 125:4-5 |
| 125:7-22 |
| 126:1-22 |
| 126:25-127:2 |
| 127:4-129:23 |
| 130:1-21 |
| 130:23-25 |
| 131:6-14 |
| 131:17-133:6 |
| 133:8-23 |
| 134:1-2 |
| 134:7-9 |
| 134:14-135:17 |
| 136:1-8 |
| 136:11 |
| 136:13-16 |
| 136:21-137:19 |
| 137:21-138:13 |
| 138:20-21 |
| 138:23-139:17 |
| 140:20-22 |
| 141:19-21 |

| |
|---|
| 142:1 |
| 142:3-6 |
| 142:9 |
| 142:20-144:5 |
| 144:11-145:13 |
| 145:16-20 |
| 145:23-147:1 |
| 147:5-17 |
| 147:20-25 |
| 148:4-149:5 |
| 151:16-152:7 |
| 152:11-153:3 |
| 153:7-23 |
| 154:1-5 |
| 154:8-158:19 |
| 158:24-159:5 |
| 159:13-160:21 |
| 160:25-161:10 |
| 161:13-162:6 |
| 163:18-24 |
| 164:3-16 |
| 164:19-23 |
| 164:25-165:17 |

| |
|---|
| 165:20 |
| 165:22-23 |
| 165:25-166:5 |
| 166:7-8 |
| 166:10-11 |
| 166:13-19 |
| 166:24-167:7 |
| 167:10-18 |
| 167:20-168:6 |
| 168:10-22 |
| 169:6-9 |
| 169:12 |
| 169:14-15 |
| 169:18-19 |
| 169:21 |
| 169:23 |
| 169:25 |
| 170:2-3 |
| 170:5-6 |
| 170:10 |
| 170:12-172:2 |
| 172:6-24 |
| 173:1-2 |

| |
|---|
| 173:4-13 |
| 173:16-22 |
| 173:25-174:20 |
| 174:24-175:5 |
| 175:7-12 |
| 175:15-21 |
| 175:24-25 |
| 178:25-179:14 |
| 179:19-25 |
| 180:3-7 |
| 180:10-14 |
| 180:16-17 |
| 180:19-20 |
| 180:23-24 |
| 181:1-7 |
| 181:11-14 |
| 181:16 |
| 181:18 |
| 181:20 |
| 181:22-182:1 |
| 182:3-14 |
| 182:19-183:24 |
| 184:2-15 |

| |
|---|
| 184:19-20 |
| 184:22-25 |
| 185:3-5 |
| 185:7-11 |
| 185:15-19 |
| 186:1-190:5 |
| 190:12-14 |
| 190:17-19 |
| 190:22-191:1 |
| 191:3 |
| 191:5-10 |
| 191:13-25 |
| 192:4 |
| 192:6-9 |
| 192:11-12 |
| 192:15-18 |
| 192:21-193:1 |
| 193:3-8 |
| 193:23-194:11 |
| 194:19-25 |
| 195:10 |
| 198:23-199:24 |
| 200:6-201:10 |

| |
|---|
| 201:13 |
| 201:15-19 |
| 205:3-20 |
| 206:2-3 |
| 206:6-9 |
| 206:12-207:3 |
| 207:5-7 |
| 207:10-208:20 |
| 208:22-209:10 |
| 209:12-15 |
| 209:18-210:14 |
| 210:16-211:24 |
| 212:2-8 |
| 212:10-23 |
| 214:10-216:2 |
| 216:5-23 |
| 217:1-7 |
| 217:20-218:6 |
| 218:9-10 |
| 218:12-219:12 |
| 219:15-222:17 |
| 222:20-22 |
| 223:20-224:2 |

| |
|---|
| 224:16 |
| 224:22 |
| 224:24-25 |
| 225:9-19 |
| 225:21-22 |
| 226:1 |
| 226:3-17 |
| 227:8-17 |
| 227:20-23 |
| 227:25-229:25 |
| 230:3-25 |
| 231:5-6 |
| 231:8-25 |

**Ernestor De La Rosa Deposition Designations**

| |
|---|
| 7:7-12 |
| 11:5-13:10 |
| 13:19-14:1 |
| 17:5-19 |
| 19:4-18 |
| 19:24-20:7 |
| 20:17-22:12 |
| 22:15-21 |

| |
|---|
| 22:24-26:25 |
| 27:10-17 |
| 29:4-16 |
| 29:21-33:19 |
| 34:8-36:16 |
| 36:22-42:16 |
| 46:1-47:4 |
| 47:7-48:25 |
| 49:23-51:16 |
| 51:20-53:10 |
| 56:7-58:12 |
| 60:11-66:9 |
| 68:13-70:5 |
| 70:9-22 |
| 70:24-72:1 |
| 72:5-74:18 |
| 75:2-80:13 |
| 80:16-81:15 |
| 81:17-24 |
| 82:3-9 |
| 82:17-83:9 |
| 83:13-86:5 |
| 87:14-88:10 |

| |
|---|
| 88:20-91:9 |
| 91:23-92:16 |
| 93:2-96:16 |
| 99:3-101:12 |
| 101:17-103:12 |
| 103:15-106:2 |
| 110:6-116:10 |
| 117:1-23 |
| 121:8-122:23 |
| 123:14-132:3 |
| 132:6-133:5 |
| 134:5-135:8 |
| 136:6-10 |
| 137:4-5 |
| 137:8-12 |
| 139:1-140:3 |
| 140:15-141:3 |
| 144:8-145:3 |
| 145:9-10 |
| 145:13-146:1 |
| 146:5-8 |
| 149:2-151:8 |
| 151:11-16 |

| |
|---|
| 152:22-154:11 |
| 154:21-156:3 |
| 157:6-161:6 |
| 161:9-13 |
| 161:19-168:23 |
| 170:4-173:14 |
| 173:21-178:18 |
| 179:11-180:10 |
| 181:21-183:13 |
| 186:4-186:16 |
| 186:21-189:11 |
| 189:19-195:4 |
| 197:13-198:4 |
| 199:24-203:17 |
| 208:25-209:17 |
| 210:7-214:8 |
| 214:13-20 |
| 221:17-222:10 |
| 222:14-16 |
| 222:23-224:4 |

Dated: February 5, 2024

Respectfully submitted,

By: /s/ *Sharon Brett*

Sharon Brett KS 28696
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION
OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
kching@aclukansas.org
913-490-4100

Chad W. Dunn*
Sonni Waknin*
Bernadette Reyes*
**UCLA VOTING RIGHTS PROJECT**
3250 Public Affairs Building
Los Angeles, CA 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
310-400-6019

Abena Mainoo*
Jonathan I. Blackman*
Mijin Kang*
Katherine MacAdam*
Isabella Masiello*
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com
imasiello@cgsh.com
212-225-2000

Jonathan Topaz*
Sophia Lin Lakin*
**AMERICAN CIVIL LIBERTIES
UNION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
jtopaz@aclu.org
slakin@aclu.org
212-549-2500

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

Scott Fuqua*
**FUQUA LAW & POLICY, P.C.**
P.O. Box 32015
Santa Fe, NM 87594
scott@fuqualawpolicy.com
505-982-0961

## **CERTIFICATE OF SERVICE**

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 5th day of February

2024, a true and correct copy of the foregoing was served in the United States District Court's

CM/ECF system on all parties or persons requiring notice, including upon attorneys for

Defendants:

FOULSTON SIEFKIN LLP                FOULSTON SIEFKIN, LLP
Anthony F. Rupp, KS #11590          Clayton Kaiser, KS #24066
Tara Eberline, KS #22576            1551 North Waterfront Parkway
Sarah E. Stula, KS #27156           Suite 100
7500 College Boulevard, Suite 1400  Wichita, Kansas 67206
Overland Park, Kansas 66210         (316) 267-6371
(913) 498-2100                      (316) 267-6345 (fax)
(913) 498-2101 (fax)                ckaiser@foulston.com
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

By: /s/ *Sharon Brett*
Sharon Brett KS 28696
**AMERICAN CIVIL LIBERTIES**
**UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org