### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF DODGE CITY, *et al.* ) ) Defendants. ) ) | Case No. 6:22-cv-01274-EFM-RES |

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DESIGNATIONS
### OF DEPOSITION TESTIMONY AND COUNTER-DESIGNATIONS

Defendants jointly submit the following objections to the deposition designations submitted by Plaintiffs and identifies the following counter-designations in response to Plaintiffs' deposition designations. Plaintiffs have notified Defendants that they have withdrawn the deposition designations of witnesses Cherise Tieben, Nannette Pogue, and Ernestor De La Rosa because they will testify at trial. Accordingly, Defendants have not counter-designated their testimony.

**a. Defendants' objections to Plaintiff's designations of Nickolaus Hernandez' testimony.**

| Plaintiffs' Designations | Defendants' Objections to Plaintiffs' Designations | Reference to Objection in Transcript |
|---|---|---|
| 20:12-21:20 | Outside the scope of 30(b)(6) topics; relevance. | 20:15-17; 20:22; 21:3; 21:9; 21:14; 21:19; trial objection |
| 32:18-34:5 | Outside the scope of 30(b)(6) topics; relevance. | 30:20-31:1; 31:12-16; 32:3-15; 34:6-7; trial objection |
| 34:9-36:12 | Outside the scope of 30(b)(6) topics; relevance. | Trial objection; 35:13 |
| 43:25 | Outside the scope of 30(b)(6) topics; relevance. | Trial objection; 44:1-2 |
| 45:4-49:19 | Outside the scope of 30(b)(6) topics; relevance. | Trial objection; 45:9-11; 45:20-22; 46:3; 46:13; |

| | | |
|---|---|---|
| | | 46:22; 47:2; 47:8; 47:15; 48:6; 48:8-9; 48:15; 49:3-4; 49:8; 49:15-16 |
| 56:1-17 | Outside the scope of 30(b)(6) topics; relevance. | Trial objection; 56:11-13 |
| 57:11-20 | Outside the scope of 30(b)(6) topics; relevance; vague and ambiguous. | 57:13-14; trial objection |
| 79:20-81:9 | Relevance | Trial objection |
| 81:10-25 | Vague and ambiguous. | 81:12-13; 81:21-22 |
| 82:15-16 | Outside the scope of 30(b)(6) topics; relevance. | 82:17-84:6; trial objection |
| 84:23-24 | Outside the scope of 30(b)(6) topics. | 82:17-84:6 |
| 85:19-86:7 | Outside the scope of 30(b)(6) topics. | 82:17-84:6; 86:4-6 |
| 89:14-90:9 | Vague and ambiguous; relevance. | 89:16; 89:23; 90:8; trial objection |
| 92:5-10 | Outside the scope of 30(b)(6) topics; relevance. | 92:7-9; trial objection |
| 93:15-22 | Outside the scope of 30(b)(6) topics; relevance. | 92:7-9; 93:17-20; trial objection |
| 110:9-21 | Vague and ambiguous. | 110:14-15 |
| 113:20-21 | Outside the scope of 30(b)(6) topics; misstates prior testimony. | 113:22-23 |
| 114:2-4 | Misstates prior testimony. | 113:22-23 |
| 114:6-11 | Outside the scope of 30(b)(6) topics. | 114:8-9 |
| 114:13-115:8 | Calls for speculation. | 115:4-5 |
| 119:24-120:11 | Calls for legal conclusion; outside the scope of 30(b)(6) topics. | Trial objection |
| 123:23-125:17 | Outside the scope of 30(b)(6) topics; calls for speculation. | 124:305; 124:12-17; 125:1-2 |
| 125:19-126:8 | Outside the scope of 30(b)(6) topics; calls for speculation. | 125:23-24 |
| 129:20-130:5 | Calls for speculation. | 129:24-25 |
| 131:13–24 | Calls for speculation. | 131:15-16 |
| 133:1-8 | Vague and ambiguous; calls for speculation. | 133:7 |
| 134:7-135:11 | Outside the scope of 30(b)(6) topics. | 134:10-12 |
| 135:12-140:22 | Outside the scope of 30(b)(6) topics; relevance; potentially calling for attorney-client information. | 135:18-25; 136:9-10; 136:17-20; 138:14-16; 139:18-140:19; trial objection |
| 141:19-142:1 | Outside the scope of 30(b)(6) topics; relevance. | 141:22-25; trial objection |
| 142:3-9 | Outside the scope of 30(b)(6) topics; relevance. | 142:7-8; trial objection |

2

| 145:12-146:15 | Outside the scope of 30(b)(6) topics; vague and ambiguous; calls for speculation; relevance | 145:14-15; 145:21-22; trial objection |
|---|---|---|
| 146:24-147:5 | Outside the scope of 30(b)(6) topics; relevance. | 147:2-4; trial objection |
| 147:16-22 | Outside the scope of 30(b)(6) topics; calls for speculation. | 147:18-19 |
| 156:17-159:5 | Outside the scope of 30(b)(6) topics; relevance. | 158:20-23; 159:9-10; trial objection |
| 160:21-161:5 | Outside the scope of 30(b)(6) topics; relevance. | 160:22-24; trial objection |
| 163:18-170:3 | Outside the scope of 30(b)(6) topics; relevance. | 163:25-164:2; 164:17-18; 165:18-19; 165:24; 166:9; 166:20-22; 167:8-9; 168:7-9; 168:23-25; 169:10-11; 169:16-17; 169:22; 170:1; trial objection |
| 170:5-10 | Assumes facts not in evidence. | 170:7-9 |
| 172:23-173:25 | Relevance; asked and answered; cumulative. | 172:25; 173:14-15; 173:23-24; trial objection |
| 174:18-175:25 | Outside the scope of 30(b)(6) topics; relevance. | 174:21-23; 175-13-14; 175:22-23; trial objection |
| 178:25-182:23 | Outside the scope of 30(b)(6) topics; relevance. | 179:15-18; 180:1-2; 180:8-9; 180:15; 180:21-22; 181:8-9; 181:15; 181:19; 182:2; 182:15-17; trial objection |
| 184:15-185:5 | Vague and ambiguous; outside the scope of 30(b)(6) topics | 184:16-18; 185:1-2 |
| 190:2-193:8 | Outside the scope of 30(b)(6) topics; asked and answered. | 190:6-9; 190:15-16; 190:20-21; 191:2; 191:11-12; 192:1-2; 192:5: 192:13-14; 192:19-20; 193:2 |
| 216:1-18 | Misstates the evidence; vague and ambiguous. | 216:3-4 |
| 216:19-217:7 | Calls for speculation. | 216:24-25 |
| 218:5-10 | Calls for speculation. | 218:7-8 |
| 228:15-231:25 | Relevance. | Trial objection |

b.  **Defendants' counter-designations of Nickolaus Hernandez' testimony.**

23:7-11

40:6-41:16

43:1-3

3

43:6-8

50:21-24

52:14-16

82:6-9

153:4-6

199:25-200:5

201:24-202:1

202:15-18

233:7-234:15

234:19-236:21

c.  **Defendants' objections to Plaintiffs' designations of Nannette Pogue's testimony.**

| Plaintiffs' Designations | Defendants' Objections to Plaintiffs' Designations | Reference to Objection in Transcript |
|---|---|---|
| 13:2-25 | Vague, ambiguous, and hearsay. | 13:4 |
| 19:22-20:14 | Relevance. | This is a trial objection. |
| 44:18-45:15 | Calls for speculation, lack of foundation, and hearsay. | 44:21 & 45:2 |
| 46:10-48:1 | Calls for speculation, lack of foundation, hearsay, references document subject to objection. | 47:2 & 47:14 |
| 52:11-23 | Calls for speculation, lack of foundation, and hearsay. | 52:14 |

d.  **Defendants' counter-designations of Nannette's Pogue's testimony.**

25:25-26:6

72: 17-73:8

75:5-7

4

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Samuel J. Walenz*
    Anthony F. Rupp, KS #11590
    Tara Eberline, KS #22576
    Sarah E. Stula, KS #27156
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    teberline@foulston.com
    sstula@foulston.com

    - and-

    Clayton J. Kaiser, KS #24066
    Samuel J. Walenz, KS #29114
    FOULSTON SIEFKIN, LLP
    1551 North Waterfront Parkway, Suite 100
    Wichita, Kansas 67206
    T (316) 267-6371 | F (316) 267-6345
    ckaiser@foulston.com
    swalenz@foulston.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that on the 12th of February, 2024, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett, KS #28696
Kunyu L. Ching, KS #29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
sbrett@aclukansas.org
kching@aclukansas.org

  -and-

Chad W. Dunn *(Pro Hac Vice)*
Sonni Waknin *(Pro Hac Vice)*
Bernadette Reyes *(Pro Hac Vice)*
**UCLA VOTING RIGHTS PROJECT**
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

  -and-

Jonathan Topaz *(Pro Hac Vice)*
Sophia Lin Lakin *(Pro Hac Vice)*
Luis M. R. Roman *(Pro Hac Vice)*
Victoria Ochoa *(Pro Hac Vice)*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
jtopaz@aclu.org
slakin@aclu.org
lroman@aclu.org
vochoa@aclu.org

Abena Mainoo *(Pro Hac Vice)*
Jonathan I. Blackman *(Pro Hac Vice)*
Mijin Kang *(Pro Hac Vice)*
Katherine M. MacAdam *(Pro Hac Vice)*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com

  -and-

Scott Fuqua *(Pro Hac Vice)*
**FUQUA LAW & POLICY, P.C.**
scott@fuqualawpolicy.com

***ATTORNEYS FOR PLAINTIFFS***

*/s/ Samuel J. Walenz*
Samuel J. Walenz, KS #29114