## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MIGUEL COCA and | ) | |
| ALEJANDRO RANGEL-LOPEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 6:22-cv-01274-EFM-RES |
| | ) | |
| CITY OF DODGE CITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' JOINT OBJECTIONS TO PLAINTIFFS' JOINT EXHIBIT LIST

Defendants, by the undersigned counsel, pursuant to the Court's Trial Scheduling Order (Doc. No. 163), make the following objections to Plaintiffs' Joint Trial Exhibit List (Doc. No. 170), reserving all other objections for trial, including reservation of the right to object to any exhibits not pre-admitted. Defendants have agreed to pre-admit Plaintiffs' exhibits 7-13, 15-18, 20-24, 26-34, 36, 40, 43, 45-54, 63-67, 111-113, 116, 137, 139, and 147-157.

| EX # | OBJECTION |
|---|---|
| 1 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 2 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 3 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 4 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 5 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 6 | Irrelevant; hearsay; outside of the timeframe that's relevant to the case |
| 14 | Irrelevant |
| 19 | Irrelevant |
| 25 | Irrelevant |
| 35 | Objection as to the portions of this video that are not related to the City Commission race on the basis of relevance |
| 37 | Irrelevant; hearsay |

| | |
|---|---|
| 38 | Irrelevant |
| 39 | Irrelevant; hearsay |
| 41 | Irrelevant; hearsay |
| 42 | Hearsay. Cumulative in that the expert will appear live and provide testimony on the witness stand. In addition, the court will rule on objections to specific portions of the expert's testimony at trial, and the expert report may contain information that is otherwise excluded. |
| 44 | Objection to use of pdf document, but no objection to live feed of the website |
| 55 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 56 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 57 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 58 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 59 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 60 | Foundation; hearsay; inaccurate information that was not compiled with official information from the City of Dodge City |
| 61 | This table contains incomplete data. |
| 62 | Hearsay. Cumulative in that the expert will appear live and set forth testimony on the witness stand. In addition, the court will rule on objections to specific portions of the expert's testimony at trial, and the expert report may contain information that is otherwise excluded. |
| 68 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 69 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 70 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 71 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 72 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |

| | |
|---|---|
| 73 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 74 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 75 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 76 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 77 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 78 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 79 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 80 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 81 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 82 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 83 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 84 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 85 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 86 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 87 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |

| 88 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
|---|---|
| 89 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 90 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 91 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 92 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 93 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 94 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 95 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 96 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 97 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 98 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 99 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 100 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 101 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 102 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 103 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 104 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |

| | |
|---|---|
| 105 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 106 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 107 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 108 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 109 | Foundation. Defendants dispute that Plaintiffs' expert will establish that this map complies with redistricting principles and anticipate objecting to the map when offered. |
| 110 | Hearsay. Cumulative in that the expert will appear live and set forth testimony on the witness stand. In addition, the court has ruled and will rule on objections to specific portions of the expert's testimony at trial, and the expert report contains information that is otherwise excluded. |
| 114 | Incomplete; irrelevant; misleading. Does not include all of the relevant statistical information and is not referred to in Dr. Barreto's expert report. |
| 115 | Incomplete; irrelevant; misleading. Does not include all of the relevant statistical information and is not referred to in Dr. Barreto's expert report. |
| 117 | This information is to be excluded per ruling of the Court (ECF No. 158). |
| 118 | This information is to be excluded per ruling of the Court (ECF No. 158). |
| 119 | This information is to be excluded per ruling of the Court (ECF No. 158). |
| 120 | This information is to be excluded per ruling of the Court (ECF No. 158). |
| 121 | Irrelevant. |
| 122 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 123 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 124 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 125 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 126 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |

| | |
|---|---|
| 127 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 128 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 129 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 130 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 131 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 132 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 133 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 134 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 135 | Foundation. Defendants dispute that Plaintiffs' expert will establish that the underlying map complies with redistricting principles and anticipate objecting to the map when offered. |
| 136 | Hearsay |
| 138 | Hearsay. Cumulative in that the expert will appear live and set forth testimony on the witness stand. In addition, the court has previously ruled and will rule on objections to specific portions of the expert's testimony at trial, and the expert report contains information that is otherwise excluded. |
| 140 | Irrelevant |
| 141 | Untimely produced (Defendants agreed that it could be used only for rebuttal). Hearsay. Cumulative in that the expert will appear live and set forth testimony on the witness stand. In addition, the court will rule on objections to specific portions of the expert's testimony at trial, and the expert report may contain information that is otherwise excluded. |
| 142 | Untimely produced (Defendants agreed that it could be used only for rebuttal). Hearsay. Cumulative in that the expert will appear live and set forth testimony on the witness |

| | |
|---|---|
| | stand. In addition, the court will rule on objections to specific portions of the expert's testimony at trial, and the expert report may contain information that is otherwise excluded. |
| 143 | Irrelevant; untimely |
| 144 | Irrelevant; untimely |
| 146 | Duplicative |

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: *_/s/ Samuel J. Walenz_____*
    Anthony F. Rupp, KS #11590
    Tara Eberline, KS #22576
    Sarah E. Stula, KS #27156
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    teberline@foulston.com
    sstula@foulston.com

    - and-

    Clayton J. Kaiser, KS #24066
    Samuel J. Walenz, KS #29114
    FOULSTON SIEFKIN, LLP
    1551 North Waterfront Parkway, Suite 100
    Wichita, Kansas 67206
    T (316) 267-6371 | F (316) 267-6345
    ckaiser@foulston.com
    swalenz@foulston.com

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on the 12th of February, 2024, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Sharon Brett, KS #28696
Kunyu L. Ching, KS #29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
sbrett@aclukansas.org
kching@aclukansas.org

-and-

Chad W. Dunn *(Pro Hac Vice)*
Sonni Waknin *(Pro Hac Vice)*
Bernadette Reyes *(Pro Hac Vice)*
**UCLA VOTING RIGHTS PROJECT**
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

-and-

Jonathan Topaz *(Pro Hac Vice)*
Sophia Lin Lakin *(Pro Hac Vice)*
Luis M. R. Roman *(Pro Hac Vice)*
Victoria Ochoa *(Pro Hac Vice)*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
jtopaz@aclu.org
slakin@aclu.org
lroman@aclu.org
vochoa@aclu.org

Abena Mainoo *(Pro Hac Vice)*
Jonathan I. Blackman *(Pro Hac Vice)*
Mijin Kang *(Pro Hac Vice)*
Katherine M. MacAdam *(Pro Hac Vice)*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com

-and-

Scott Fuqua *(Pro Hac Vice)*
**FUQUA LAW & POLICY, P.C.**
scott@fuqualawpolicy.com

***ATTORNEYS FOR PLAINTIFFS***

*/s/ Samuel J. Walenz*
Samuel J. Walenz, KS #29114