UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF DODGE CITY, et al.,<br><br>   Defendants. | Case No. 6:22-cv-01274-EFM-RES |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' JOINT FINAL WITNESS AND EXHIBIT DISCLOSURES

In accordance with the Court's Trial Scheduling Order (Doc. 163), Plaintiffs Miguel Coca and Alejandro Rangel-Lopez hereby submit the following objections to Defendants' Joint Final Witness List and Defendants' Joint Final Exhibit Disclosures.

### OBJECTIONS TO DEFENDANTS' JOINT WITNESS DISCLOSURES

Plaintiffs object to the testimony in Defendants' Joint Final Witness Disclosures (Doc. 167) under Federal Rule of Evidence ("FRE") 403 as needlessly presenting cumulative evidence and wasting time. Defendants indicate that they expect to call no fewer than 16 witnesses, and "may call" up to six more witnesses, at the upcoming long-scheduled five-day trial. This is far more testimony than is practicable to get through in one week. Plaintiffs also specifically object on grounds that several fact witnesses will testify to the same or overlapping topics, including:

  i.  The potential "impact" on the community of a change to district-based elections (3 expected witnesses and 1 "may call" witness):

- Fernando Jurado;
- Coral Lopez;
- David Rebein; and

- Janeth Vasquez.

ii. The "make-up of the electorate" or "knowledge of the electorate" in Dodge City (9 expected witnesses and 4 "may call" witnesses):

- Debbie Cox;
- Ernestor De La Rosa;
- Nick Hernandez;
- Coral Lopez;
- Melissa McCoy;
- Sharon Seibel;
- E. Kent Smoll;
- Rick Sowers;
- Cherise Tieben;
- Michael Burns;
- Nannette Pogue;
- Chuck Taylor; and
- Janeth Vasquez.

iii. Recent "election results" (7 expected witnesses and 3 "may call" witnesses):

- Debbie Cox;
- Ernestor De La Rosa;
- Nick Hernandez;
- Sharon Seibel;
- E. Kent Smoll;
- Rick Sowers;
- Cherise Tieben;
- Michael Burns;

- Nannette Pogue; and
- Chuck Taylor.

iv. How elections "operate" in Dodge City and Ford County (7 expected witnesses and 2 "may call" witnesses):

- Debbie Cox;
- Ernestor De La Rosa;
- Nick Hernandez;
- Sharon Seibel;
- E. Kent Smoll;
- Rick Sowers;
- Cherise Tieben;
- Michael Burns; and
- Chuck Taylor.

v. "[T]he relationship between Ford County and Dodge City" (3 expected witnesses):

- Sharon Seibel;
- Cherise Tieben; and
- Nannette Pogue.

vi. Dodge City's "efforts" to be "inclusive" or "engage" with the Hispanic community (7 expected witnesses and 3 "may call" witnesses):

- Ernestor De la Rosa;
- Nick Hernandez;
- Melissa McCoy;
- Sharon Seibel;
- E. Kent Smoll;

- Rick Sowers;

- Cherise Tieben;

- Michael Burns;

- Nannette Pogue; and

- Chuck Taylor.

vii. The "limited demonstration of public interest in changing to district elections" (3 expected witnesses).

- Joseph Nuci;

- E. Kent Smoll; and

- Rick Sowers.

In order to avoid this violation of FRE 403, which is particularly severe in light of the time scheduled for trial, Defendants should choose, if necessary with the Court's direction, which of these witnesses they actually need to call, and thereby prevent the presentation of needless cumulative evidence.

## OBJECTIONS TO DEFENDANTS' JOINT FINAL EXHIBIT DISCLOSURES

|  | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 401 | 1971-03-29 Dodge City Charter Ordinance 7 (DODGE_CITY_0000042) | |
| 402 | 1971-03-29 Dodge City Minutes re Ordinance 7 (DODGE_CITY_0000047) | |
| 403 | 2000-2021 Ford County Election Results (DODGE_CITY_0000003-27) | |
| 404 | 2002-08-11 DeLaRosa Immigrant Journey (DODGE_CITY_0002455-2484) | **Plaintiffs object to Exhibit 404 under FRE 801 on the ground that Exhibit 404 is inadmissible hearsay. Plaintiffs further object under FRE 401 as irrelevant to the extent Exhibit 404 discusses Mr. De La Rosa's personal background.** |
| 405 | 2015-02-16 DeLaRosa Memo re Resolution 2015-2 (Rosa Ex 22) | |

4

| | | |
|---|---|---|
| 406 | 2015-02-16 Dodge City Resolution No 2015-2 (Hernandez Ex 2006) | |
| 407 | 2016-05-02 Dodge City Ordinance 3626 (DODGE_CITY_0000035) | |
| 408 | 2016-05-02 Dodge City Ordinance 3627 (DODGE_CITY_0000037) | |
| 409 | 2016-11-08 Free Ride to Vote (DODGE_CITY_0000392) | **Plaintiffs object to Exhibit 409 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 409 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 410 | 2017-11-14 Statement of Votes Cast in Ford Co (Bejarano Ex 97; FC_004294) | |
| 411 | 2018-10-09 City of Dodge City Facebook Post - Free Ride to Vote (DODGE_CITY_0002117) | **Plaintiffs object to Exhibit 411 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 411 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 412 | 2018-10-23 City of Dodge City Facebook Post - Election Issues (DODGE_CITY_0002147) | |
| 413 | 2018-10-23 City of Dodge City Facebook Post - Letter from Mayor (DODGE_CITY_0002114-2115) | |
| 414 | 2018-10-24 City of Dodge City Facebook Post - Free Ride to Vote (DODGE_CITY_0002112) | **Plaintiffs object to Exhibit 414 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 414 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 415 | 2018-10-27 Tieben email to Ralph fw Cox email re change in polling location requirements and accessibility checklist – attached (DODGE_CITY_0001627-1648) | |
| 416 | 2018-10-29 Dodge City press release re relocation of polling place (Rosa Ex 19; DODGE_CITY_0003688-89) | |
| 417 | 2018-10-29 McCoy email re Dodge City Polling Place Press Release with attachments (DODGE_CITY_0001649-1656) | |

| | | |
|---|---|---|
| 418 | 2018-10-29 McCoy email re Mayor Smoll letter with attachments (DODGE_CITY_0001657-1664) | |
| 419 | 2018-11-01 Hastings email re Transportation form (DODGE_CITY_0000531-533) | |
| 420 | 2018-11-03 Stoecke email to Rocking M Radio et al attaching Press Release (DODGE_CITY_0000204-206) | **Plaintiffs object to Exhibit 420 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 420 under FRE 401 as irrelevant.** |
| 421 | 2018-11-05 Tieben email to Sowers et al with attachment re City Commission Update November 3-9 (DODGE_CITY_0001741-1743) | |
| 422 | 2018-11-06 Free Ride to Vote (DODGE_CITY_0012543) | **Plaintiffs object to Exhibit 422 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 422 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 423 | 2018-11-06 Free Ride to Vote-Spanish (DODGE_CITY_0012544) | **Plaintiffs object to Exhibit 423 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 423 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 424 | 2019-01-07 Tieben email to Sowers et al with attachment re Commission Update (DODGE_CITY_0001764-1765) | |
| 425 | 2019-02-26 Tieben-Scoggins email re agenda item (DODGE_CITY_0001778-1779) | |
| 426 | 2019-03-04 Dodge City Meeting Minutes re elections (Hernandez Ex 2013; DODGE_CITY_0002013-2015) | |
| 427 | 2019-03-06 Smith email to Pogue re law student research (DODGE_CITY_0012781-12782) | |
| 428 | 2019-03-19 DeLaRosa email re report on ACLU March Meeting (Rosa Ex 20; DODGE_CITY_0001781) | |

| | | |
|---|---|---|
| 429 | 2019-04-15 Dodge City Meeting Minutes re elections (Hernandez Ex 2016; DODGE_CITY_0002016-2017) | |
| 430 | 2019-10 Register to Vote Reminder (DODGE_CITY_0012567) | **Plaintiffs object to Exhibit 430 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 430 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 431 | 2019-11 Reminder to Vote (DODGE_CITY_0012568) | **Plaintiffs object to Exhibit 431 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 431 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 432 | 2019-11-15 DeLaRosa email to Cox and Tieben (DODGE_CITY_0000272-273) | |
| 433 | 2019-11-27 Screenshot-Dodge City thriving thanks to immigrants (Coca Ex 12; PLS_000046) | |
| 434 | 2019-12-12 Rangel-Lopez post re proud of Dodge City (Rangel-Lopez Ex 3; PLS 000049) | |
| 435 | 2020 Reminder to Vote (DODGE_CITY_0012570) | **Plaintiffs object to Exhibit 435 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 435 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 436 | 2020-06-19 DeLaRosa email to Hernandez re election help (Hernandez Ex 602; DODGE_CITY_0000602-603) | |
| 437 | 2020-10-30 DeLaRosa email re Weekly Update (DODGE_CITY_0002702-2703) | |
| 438 | 2020-11-02 City of Dodge City Facebook Post - Election Day (DODGE_CITY_0002159) | |
| 439 | 2021 Reminder to Vote (DODGE_CITY_0012582) | **Plaintiffs object to Exhibit 439 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 439 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |

| | | |
|---|---|---|
| 440 | 2021-01-15 Martin email re Special Commission Appointment Applicants (DODGE_CITY_0011314-11315) | **Plaintiffs object to Exhibit 440 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 440 to the extent it does not include all email attachments and is therefore incomplete.** |
| 441 | 2021-02-01 City Commission Work Session Minutes (DODGE_CITY_0004576) | |
| 442 | 2021-02-01 Dodge City Community Newsletter (DODGE_CITY_0000057-58) | |
| 443 | 2021-09-02 DeLaRosa-Hernandez email re election workers (DODGE_CITY_0001048-1049) | |
| 444 | 2021-11-01 City of Dodge City Facebook Post - Vote Early (DODGE_CITY_0002149) | |
| 445 | 2022 Reminder to Vote (DODGE_CITY_0012585) | **Plaintiffs object to Exhibit 445 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 445 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 446 | 2022 Reminder to Vote (DODGE_CITY_0012602) | **Plaintiffs object to Exhibit 446 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 446 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 447 | 2022 Strategic Plan (Rangel-Lopez Ex 9) | **Plaintiffs object to Exhibit 447 under FRE 801 as inadmissible hearsay.** |
| 448 | 2022-03-09 DeLaRosa email re UW lunch & Dodge City Strategic Plan (DODGE_CITY_0002277-2298) | **Plaintiffs object to Exhibit 448 under FRE 801 as inadmissible hearsay.** |
| 449 | 2022-06-30 DeLaRosa email re data report and school demographics with attachments (DODGE_CITY_0002863-2875) | **Plaintiffs object to Exhibit 449 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation with respect to the New Americans Data report.** |
| 450 | 2022-07-26 Rangel-Lopez post re internship with Dodge City (Rangel-Lopez Ex 4; PLS_000050) | |
| 451 | 2022-08-02 City of Dodge City Facebook Post - Vote (DODGE_CITY_0002154) | |

| | | |
|---|---|---|
| 452 | 2022-08-02 DeLaRosa email to Pyle re Elections-GO VOTE (DODGE_CITY_0002398-2406) | |
| 453 | 2022-12-16 DeLaRosa email re election wards research (Rosa Exs 27-28; DODGE CITY 0004356-4359) | |
| 454 | 2022-12-16 McCoy email to Brewster re updated election information (DODGE_CITY_0003637-3641) | |
| 455 | 2023-01-04 Arjon email to McCoy with attachments re CRAB Recap (DODGE_CITY_0003000-3046) | **Plaintiffs object to Exhibit 455 under FRE 801 as inadmissible hearsay.** |
| 456 | 2023-05 Cultural Relations Advisory Board Information (DODGE_CITY_0015298-15324) | **Plaintiffs object to Exhibit 456 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 457 | 2023 Dodge City Cultural Relations Advisory Board (Rosa Ex 29) | **Plaintiffs object to Exhibit 457 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 458 | Dodge City Civic Engagement Efforts (Rangel-Lopez Ex 8) | **Plaintiffs object to Exhibit 458 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 459 | Free Ride to Vote (DODGE_CITY_0002119) | **Plaintiffs object to Exhibit 459 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 459 under FRE 403 as needlessly cumulative. Plaintiffs also anticipate a lack of foundation.** |
| 460 | Map of Dodge City Voting Precincts (DODGE_CITY_0012605) | |
| 461 | https://statisticalatlas.com/place/Kansas/Dodge-City/Race-and-Ethnicity | **Plaintiffs object to Exhibit 461 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 462 | https://justicemap.org | **Plaintiffs object to Exhibit 462 under FRE 801 as inadmissible hearsay. Plaintiffs further object on the grounds that Defendants have not disclosed how the "interactive map" available at https://justicemap.org will be utilized as an exhibit pertaining to the facts of this case. Plaintiffs also anticipate a lack of foundation.** |

9

| | | |
|---|---|---|
| 463 | 2023-06-29 Jonathan Katz Expert Report | **Plaintiffs object to Exhibit 463 under FRE 801 as inadmissible hearsay.  Plaintiffs further object under FRE 702(d) to the extent the opinions in Dr. Katz's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.[1]** |
| 464 | Jonathan Katz CV | |
| 465 | Katz Tables 1-5 from Expert Report | **Plaintiffs object to Exhibit 465 under FRE 801 as inadmissible hearsay.  Plaintiffs further object under FRE 702(d) to the extent Tables 1-5 in Dr. Katz's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 466 | 2023-06-30 Kimberly Nelson Expert Report | **Plaintiffs object to Exhibit 466 under FRE 801 as inadmissible hearsay.  Plaintiffs further object under FRE 702(d) to the extent the opinions in Dr. Nelson's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 467 | Kimberly Nelson CV | |
| 468 | Nelson Tables 1-4 from Expert Report | **Plaintiffs object to Exhibit 468 under FRE 801 as inadmissible hearsay.  Plaintiffs further object under FRE 702(d) to the extent Tables 1-4 of Dr. Nelson's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 469 | 2023-06-30 Michael Smith Expert Report | **Plaintiffs object to Exhibit 469 under FRE 801 as inadmissible hearsay.  Plaintiffs further object under FRE 702(d) to the extent the opinions in Dr. Smith's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 470 | Michael Smith CV | |

---

[1] Plaintiffs' position is that both of the parties' expert reports and excerpted sections, tables, and figures of such reports should be admitted. However, Plaintiffs reserve all objections to the admission of Defendants' expert reports and excerpted sections of such reports, to the extent that Plaintiffs' expert reports are not admitted.

10

| | | |
|---|---|---|
| 471 | Smith Tables 1-2 from Expert Report | **Plaintiffs object to Exhibit 471 under FRE 801 as inadmissible hearsay. Plaintiffs object under FRE 702(d) to the extent Tables 1-2 in Dr. Smith's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 472 | Smith Appendix A from Expert Report – Vote 2021 | **Plaintiffs object to Exhibit 472 under FRE 801 as inadmissible hearsay.** |
| 473 | 2023 Sean Trende Supplemental Expert Report | **Plaintiffs object to Exhibit 473 under FRE 801 as inadmissible hearsay. Plaintiffs further object under FRE 702(d) to the extent the opinions in Dr. Trende's report do not reflect a reliable application of appropriate principles and methods of the facts to this case.** |
| 474 | Sean Trende CV | |
| 475 | Trende Tables from Expert Report | **Plaintiffs object to Exhibit 475 under FRE 801 as inadmissible hearsay. Plaintiffs further object under FRE 702(d) to the extent the tables in Dr. Trende's report do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 476 | Ecological Inference Article (Barreto Ex 73) | **Plaintiffs object to Exhibit 476 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 476 under FRE 401 as irrelevant.** |
| 477 | 2007 Ecological Inference Article (Barreto Ex 74) | **Plaintiffs object to Exhibit 477 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 477 under FRE 401 as irrelevant.** |
| 478 | 2008 Vote Choice Article (Barreto Ex 75) | **Plaintiffs object to Exhibit 478 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 478 under FRE 401 as irrelevant.** |
| 479 | Cross Level Ecological Inference Article (Barreto Ex 76) | **Plaintiffs object to Exhibit 479 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 479 under FRE 401 as irrelevant.** |
| 480 | Limits of Ecologic Inference Article (Barreto Ex 77) | **Plaintiffs object to Exhibit 480 under FRE 801 as inadmissible hearsay. Plaintiffs** |

| | | |
|---|---|---|
| | | further object to Exhibit 480 under FRE 401 as irrelevant. |
| 481 | Method for Showing Racially Polarized Voting Article (Barreto Ex 78) | **Plaintiffs object to Exhibit 481 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 481 under FRE 401 as irrelevant.** |
| 482 | Effect of Districts on Latino Turnout Article (Barreto Ex 79) | **Plaintiffs object to Exhibit 482 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 482 under FRE 401 as irrelevant.** |
| 483 | Ethnic Cues Book by Barreto (Barreto Ex 82) | **Plaintiffs object to Exhibit 483 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 483 under FRE 401 as irrelevant.** |
| 484 | The Tea Party Book by Barreto (Barreto Ex 83) | **Plaintiffs object to Exhibit 484 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 484 under FRE 401 as irrelevant.** |
| 485 | The Latino Gender Gap Book (Bejarano Ex 87) | **Plaintiffs object to Exhibit 485 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 485 under FRE 401 as irrelevant.** |
| 486 | Shared Identities Article (Bejarano Ex 88) | **Plaintiffs object to Exhibit 486 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 486 under FRE 401 as irrelevant.** |
| 487 | Linked Fate and Political Representation Article (Bejarano Ex 89) | **Plaintiffs object to Exhibit 487 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 487 under FRE 401 as irrelevant.** |
| 488 | Latino Politics in America Book (Bejarano Ex 91) | **Plaintiffs object to Exhibit 488 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 488 under FRE 401 as irrelevant.** |
| 489 | 2018 The Politics of Latino Education Article (Bejarano Ex 98) | **Plaintiffs object to Exhibit 489 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 489 under FRE 401 as irrelevant.** |
| 490 | Effects of Single-Member vs At-Large Districts on City Council Diversity Article (Bejarano Ex 99; also Martinez Ex 49) | **Plaintiffs object to Exhibit 490 under FRE 801 as inadmissible hearsay.  Plaintiffs** |

| | | **further object to Exhibit 490 under FRE 401 as irrelevant.** |
|---|---|---|
| 491 | The Latina Advantage Book (Bejarano Ex 100) | **Plaintiffs object to Exhibit 491 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 491 under FRE 401 as irrelevant.** |
| 492 | At-Large Elections and Minority Representation in Local Government Article (Bejarano Ex 101) | **Plaintiffs object to Exhibit 492 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 492 under FRE 401 as irrelevant.** |
| 493 | The Post-Election Color of Representation Article (Bejarano Ex 102) | **Plaintiffs object to Exhibit 493 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 493 under FRE 401 as irrelevant.** |
| 494 | Differential Influence on Political Participation Article (Bejarano Ex 103) | **Plaintiffs object to Exhibit 494 under FRE 801 as inadmissible hearsay.  Plaintiffs further object to Exhibit 494 under FRE 401 as irrelevant.** |
| 495 | 2017 Dodge City Ethnicity in Schools (Bejarano Ex 104) | **Plaintiffs object to Exhibit 495 under FRE 801 as inadmissible hearsay. Plaintiffs further object to the extent that the information presented in Exhibit 495 is incomplete. Plaintiffs also anticipate a lack of foundation.** |
| 496 | 2022 Kansas Report Card for Dodge City Schools (Bejarano Ex 105) | **Plaintiffs object to Exhibit 496 under FRE 801 as inadmissible hearsay. Plaintiffs further object to the extent that the information presented in Exhibit 496 is incomplete. Plaintiffs also anticipate a lack of foundation.** |
| 497 | Bejarano Voter Lookup - Denton County, TX Elections | **Plaintiffs object to Exhibit 497 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 497 as irrelevant under FRE 401. Plaintiffs also anticipate lack of foundation.** |
| 498 | Bejarano KS SoS VoterView Search | **Plaintiffs object to Exhibit 498 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 498 as irrelevant under FRE 401. Plaintiffs also anticipate lack of foundation.** |
| 499 | 2020-04-28 Trump Executive Order 13917 - Meatpacking plants | **Plaintiffs object to Exhibit 499 under FRE 801 as inadmissible hearsay.** |

| | | |
|---|---|---|
| 500 | 2020-05-05 USDA ltr to Stakeholders re Executive Order 13917 | **Plaintiffs object to Exhibit 500 under FRE 801 as inadmissible hearsay.** |
| 501 | Cowboy Code of Conduct article (Martinez Ex 43) | **Plaintiffs object to Exhibit 501 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 502 | Gene Autry's Cowboy Code (Martinez Ex 44) | **Plaintiffs object to Exhibit 502 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 503 | 1906-1956 Dodge City's Mexican Village article (Martinez Ex 45) | **Plaintiffs object to Exhibit 503 under FRE 801 as inadmissible hearsay.** |
| 504 | 1980-11 Impact of At-Large Elections article (Martinez Ex 48) | **Plaintiffs object to Exhibit 504 under FRE 801 as inadmissible hearsay.** |
| 505 | MIT At Large Elections article (Martinez Ex 50) | **Plaintiffs object to Exhibit 505 under FRE 801 as inadmissible hearsay.** |
| 506 | 2021-04-30 LWV Statement on Redistricting (Oskooii Ex 37) | **Plaintiffs object to Exhibit 506 under FRE 801 as inadmissible hearsay. Plaintiffs further object to Exhibit 506 as irrelevant under FRE 401. Plaintiffs also anticipate a lack of foundation.** |
| 507 | 2023 Dodge City and Ford County Retail & Business Development Guide (Oskooii Ex 38) | **Plaintiffs object to Exhibit 507 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate a lack of foundation.** |
| 508 | Information regarding Cities in Kansas and Form of Government (Pogue Ex 5; Dodge_City_3628-3630) | |
| *509 | New Frontiers Project – Report on At-Large Districts in Southwest Kansas (Rangel-Lopez Ex 2; PLS_000002-20) | |
| 510 | 2020-06-23 DeLaRosa email re Dodge City Statement on Diversity, Acceptance and Tolerance (Rangel-Lopez Ex 5; PLS_000141) | |
| *511 | Transcript of Town Hall Meeting relating to the New Frontiers Report (Rangel-Lopez Ex 6; PLS_000190-194) | |
| 512 | Spring 2022 Draft of Dodge City Welcoming Plan (Rangel-Lopez Ex 7; PLS_000202-206) | **Plaintiffs object to Exhibit 512 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate lack of foundation.** |

| | | |
|---|---|---|
| 513 | 2022 APSA Ethics Guide | **Plaintiffs object to Exhibit 513 under FRE 801 as inadmissible hearsay. Plaintiffs also anticipate lack of foundation.** |
| 514 | 2023-05-23 Colavecchio email to counsel re Barreto docs | **Plaintiffs object to Exhibit 514 under FRE 801 as inadmissible hearsay.** |
| 514a | Barreto's Tidygeocoder-WRU-eiCompare.R file, attached to Colavecchio 5-23-23 email | **Plaintiffs object to Exhibit 514a under FRE 801 as inadmissible hearsay.** |
| 515 | 2023-07-21 Errata Sheet to Michael Smith's Expert Witness Report | **Plaintiffs object to Exhibit 514 under FRE 801 as inadmissible hearsay. Plaintiffs further object under FRE 702(d) to the extent the opinions in Dr. Smith's errata sheet do not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 516 | 2023-07-26 Michael Smith R code memo | **Plaintiffs object to Exhibit 516 under FRE 801 as inadmissible hearsay. Plaintiffs further object under FRE 702(d) to the extent Dr. Smith's code does not reflect a reliable application of appropriate principles and methods to the facts of this case.** |
| 517 | 2023-11-07 Dodge City General Election Results | |
| | Demonstrative Exhibits | |
| | Exhibits necessary for impeachment or rebuttal | |
| | Exhibits listed by plaintiff | |
| | Exhibits marked during portions of any designated deposition testimony | |

Dated: February 12, 2024

Chad W. Dunn*
Sonni Waknin*
Bernadette Reyes*
**UCLA VOTING RIGHTS PROJECT**
3250 Public Affairs Building
Los Angeles, CA 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
310-400-6019

Jonathan Topaz*
Sophia Lin Lakin*
Victoria Ochoa*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
jtopaz@aclu.org
slakin@aclu.org
vochoa@aclu.org
212-549-2500

Scott Fuqua*
**FUQUA LAW & POLICY, P.C.**
P.O. Box 32015
Santa Fe, NM 87594
scott@fuqualawpolicy.com
505-982-0961

Respectfully submitted,

By:  */s/  Kunyu Ching*

Sharon Brett KS 28696
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
kching@aclukansas.org
913-490-4100

Abena Mainoo*
Jonathan I. Blackman*
Mijin Kang*
Katherine MacAdam*
Isabella Masiello*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com
imasiello@cgsh.com
212-225-2000


*Attorneys for Plaintiffs*

* Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 12th day of February 2024, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

| | |
|---|---|
| FOULSTON SIEFKIN LLP | FOULSTON SIEFKIN, LLP |
| Anthony F. Rupp, KS #11590 | Clayton J. Kaiser, KS #24066 |
| Tara Eberline, KS #22576 | Samuel J. Walenz, KS #29114 |
| Sarah E. Stula, KS #27156 | 1551 North Waterfront Parkway, Suite 100 |
| 7500 College Boulevard, Suite 1400 | Wichita, Kansas 67206 |
| Overland Park, Kansas 66210 | (316) 267-6371 |
| (913) 498-2100 | (316) 267-6345 (fax) |
| (913) 498-2101 (fax) | ckaiser@foulston.com |
| trupp@foulston.com | swalenz@foulston.com |
| teberline@foulston.com | |
| sstula@foulston.com | |

By: */s/ Kunyu Ching*
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
kching@aclukansas.org
913-490-4100