IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA and<br>ALEJANDRO RANGEL-LOPEZ,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF DODGE CITY, a municipal corporation, the DODGE CITY COMMISSION, E. KENT SMOLL, in his official capacity as Mayor of Dodge City, MICHAEL BURNS, in his official capacity as Vice-Mayor of Dodge City, RICK SOWERS, in his official capacity as a member of the Dodge City Commission, CHUCK TAYLOR, in his official capacity as a member of the Dodge City Commission, and JOSEPH NUCI, in his official capacity as a member of the Dodge City Commission,<br><br>*Defendants.* | Case No. 22-1274-EFM |

**MEMORANDUM AND ORDER**

The Court grants Defendants' Motion for Order to Drop Individual Defendants and the Dodge City Commission (Doc. 179).

**IT IS THEREFORE ORDERED** that Defendants' Motion (Doc. 179) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants the Dodge City Commission, E. Kent Smoll, Michael Burns, Rick Sowers, Chuck Taylor, and Joseph Nuci are **TERMINATED** from this case.

**IT IS SO ORDERED.**

Dated this 23rd day of February, 2024.

						*Eric F. Melgren*
						ERIC F. MELGREN
						CHIEF UNITED STATES DISTRICT JUDGE