**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MIGUEL COCA and<br>ALEJANDRO RANGEL-LOPEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 6:22-cv-01274-EFM-RES |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF DODGE CITY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## <u>DEFENDANT'S BENCH BRIEF REGARDING "RPV NEAR ME"</u>

Defendant submits this bench brief regarding the admissibility and weight of Plaintiffs' Exhibit 136—an excerpt from a website called "RPV Near Me," which is maintained by the Election Law Clinic at Harvard Law School (attached hereto as Exhibit A). Dr. Barreto purports to use the excerpted page to "confirm" his findings of racially polarized voting. (Ex. 110, para. 12). The single-page Appendix C, taken from the RPV Near Me website, purports to show that in the November of 2020 statewide races between Republicans and Democrats, Ford County Latinos voted more heavily for Democrats than white voters. Defendant does not seek relief from the Court at this time, but files this bench brief to alert the court to objections that will be stated if Plaintiffs seek to admit this exhibit.

When offering a single excerpt as if it were a source that can be reasonably relied upon by experts in litigation, Dr. Barreto omits the key disclaimer that Harvard gives regarding its use:

> RPV Near Me is intended to inform the public, **not serve as evidence for litigation**. Analyses are conducted in a cookie-cutter style and are not adjusted to suit potential needs of particular places, which could require additional expert discretion. This site should be used to identify trends and hotspots in state and federal electoral contests, often called "exogenous" elections in legal contexts. Evidence of RPV in "exogenous" elections does not necessarily imply RPV in "endogenous" elections, nor does absence of RPV in "exogenous" elections imply absence of RPV in "endogenous" elections.

Ex. B (emphasis added).

The information provided by RPV Near Me is hearsay, and Defendant cannot reasonably cross-examine its authors as to the "cookie-cutter" analysis they have done to project the Democratic vote in these exogenous elections. RPV Near Me does not purport to show its work or give a margin of error, and this is consistent with the fact that it is solely to "inform" and not to meet the rigorous standards of admissible evidence. Even if one were to assume the accuracy of the analysis of the Democratic vote, the group of voters measured is Ford County voters, not Dodge City voters. It involves horse race elections only with a single candidate representing each of the two major political parties. Local endogenous elections are non-partisan races that occur at different times with different voters and different issues.

Should Plaintiffs attempt to introduce Exhibit 136, Dodge City will object and, if the objection is overruled, introduce other portions of the writing "that in fairness ought to be considered at the same time" and "over a hearsay objection." Fed. R. Evid. 106. Thus, should Plaintiffs offer RPV Near Me into evidence, Dodge City intends to introduce a separate portion of the "RPV Near Me" webpage, including the express disclaimer on the webpage about the tool's inherent limitations and that it should not serve as evidence for litigation, which Dr. Barreto chose not to include.

For the reasons set forth herein, RPV Near Me is not appropriate evidence to determine whether racially polarized voting exists in Dodge City and should not be considered.

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Anthony F. Rupp*
     Anthony F. Rupp, KS #11590
     Tara Eberline, KS #22576
     Sarah E. Stula, KS #27156
     7500 College Boulevard, Suite 1400
     Overland Park, Kansas  66210
     T (913) 498-2100 | F (913) 498-2101
     trupp@foulston.com
     teberline@foulston.com
     sstula@foulston.com

     - and-

     Clayton J. Kaiser, KS #24066
     Samuel J. Walenz, KS #29114
     FOULSTON SIEFKIN, LLP
     1551 North Waterfront Parkway, Suite 100
     Wichita, Kansas 67206
     T (316) 267-6371 | F (316) 267-6345
     ckaiser@foulston.com
     swalenz@foulston.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on the 25th of February 2024, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Anthony F. Rupp*