**Appendix C**: Harvard Law School Election Law Clinic EI Estimates for Ford County

EXHIBIT
Bench Brief Exhibit A



PLAINTIFFS' EXHIBIT 136