# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**MIGUEL COCA, and ALEJANDRO RANGEL-LOPEZ,**

        **Plaintiffs,**

v.                              Case No:  22-1274-EFM

**CITY OF DODGE CITY, KANSAS,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court at a bench trial.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 216, filed on July 10, 2024, judgment is entered in favor of Defendant City of Dodge City, Kansas.

This case is closed.

 

| July 10, 2024 | SKYLER O'HARA |
| --- | --- |
| Date | CLERK OF THE DISTRICT COURT |
| | |
| | by: _s/ Cindy McKee_ |
| | Deputy Clerk |